# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

      *Plaintiffs*,

v.

CITY OF MIAMI,

      *Defendant*.

_____/

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to this matter waive their right to proceed before a District Judge of this Court and consent to have the Magistrate Judge currently assigned to the case, the Honorable Lauren Fleischer Louis, conduct any and all further proceedings in the case (including the trial) and order the entry of judgment. The parties do not consent to the reassignment to any other or successor Magistrate Judge.

Respectfully submitted this 23rd day of February, 2023,

| | |
|---|---|
| */s/ Caroline A. McNamara* | */s/ George T. Levesque* |
| Nicholas L.V. Warren (FBN 1019018) | Jason L. Unger (FBN 991562) |
| **ACLU Foundation of Florida, Inc**. | Andy Bardos (FBN 822671) |
| 336 East College Avenue, Suite 203 | George T. Levesque (FBN 555541) |
| Tallahassee, FL 32301 | **GrayRobinson, P.A.** |
| (786) 363-1769 | 301 S. Bronough Street, Suite 600 |
| nwarren@aclufl.org | Tallahassee, FL 32301 |
| | Tel: (850) 577-9090 |
| Daniel B. Tilley (FBN 102882) | Fax: (850) 577-3311 |
| Caroline A. McNamara (FBN 1038312) | |
| **ACLU Foundation of Florida, Inc**. | Christopher N. Johnson (FBN 69329) |
| 4343 West Flagler Street, Suite 400 | Marlene Quintana (FBN 88358) |
| Miami, FL 33134 | **GrayRobinson, P.A.** |
| (786) 363-2714 | 333 S.E. 2nd Avenue, Suite 3200 |
| dtilley@aclufl.org | Miami, FL 33131 |
| cmcnamara@aclufl.org | Tel: (305) 416-6880 |
| | Fax: (305) 416-6887 |

1

Neil A. Steiner*
**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
neil.steiner@dechert.com

Christopher J. Merken*
Jocelyn Kirsch*
**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2380
christopher.merken@dechert.com
jocelyn.kirsch@dechert.com

* *Admitted pro hac vice*

*Counsel for Plaintiffs*

Kevin Jones (FBN 119067)
Bryan Capdevila (FBN 119286)
Eric Eves (FBN 91053)
**City of Miami, Office of the City Attorney**
444 S.W. 2nd Avenue
Miami, FL 33130
Tel: (305) 416-1800
Fax: (305) 416-1801

*Counsel for Defendant*