IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/

## PLAINTIFFS' NOTICE REGARDING TIME FOR ARGUMENT AT PRELIMINARY INJUNCTION HEARING

Pursuant to the Court's Order Setting Hearing (ECF 38), Plaintiffs give notice that they anticipate they will need a total of **two hours and thirty minutes** for argument time to present their case at the hearing on March 29, 2023.

As stated in the Request for Hearing in their Motion for Preliminary Injunction (ECF 26 at 37) and pursuant to Local Rule 7.1(b)(2), Plaintiffs did not request to and will not call witnesses, and will rely on the papers attached to their Motion to support their case.

Although the City likewise did not request an evidentiary hearing in their Response to the Motion pursuant to Local Rule 7.1(b)(2), should the City call witnesses, Plaintiffs respectfully request that any time spent cross-examining them not count against their argument time.

Respectfully submitted this 22nd day of March, 2023,

/s/ Nicholas L.V. Warren

Nicholas L.V. Warren (FBN 1019018)       Neil A. Steiner*
**ACLU Foundation of Florida, Inc**.      **Dechert LLP**
336 East College Avenue, Suite 203      Three Bryant Park
Tallahassee, FL 32301      1095 Avenue of the Americas
(786) 363-1769      New York, NY 10036
nwarren@aclufl.org      (212) 698-3822

Daniel B. Tilley (FBN 102882)  
Caroline A. McNamara (FBN 1038312)  
**ACLU Foundation of Florida, Inc**.  
4343 West Flagler Street, Suite 400  
Miami, FL 33134  
(786) 363-2714  
dtilley@aclufl.org  
cmcnamara@aclufl.org  

neil.steiner@dechert.com  

Christopher J. Merken*  
Jocelyn Kirsch*  
**Dechert LLP**  
Cira Centre  
2929 Arch Street  
Philadelphia, PA 19104  
(215) 994-2380  
christopher.merken@dechert.com  
jocelyn.kirsch@dechert.com  

*Admitted pro hac vice*

*Counsel for Plaintiffs*