UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-24066-KMM

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRACH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; and ALEXANDER
CONTRERAS,

        Plaintiffs,

v.

CITY OF MIAMI,

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS CAUSE having come before the Court on Defendant City of Miami's Motion for an Extension of Time to File Objections to Magistrate Judge's Report and Recommendation [DE __] and the Court having reviewed the file, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion is hereby **GRANTED**;

2. The deadline to file Objections to the Magistrate Judge's Report and Recommendation [DE 52] shall be extended through and including May 19, 2023.

**DONE AND ORDERED** in Chambers, Miami, Florida this ___ day of May, 2023.

                                                      K. MICHAEL MOORE
                                                      United States District Judge

Copies furnished to all counsel of record