UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-24066-KMM

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRACH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; and ALEXANDER
CONTRERAS,

        Plaintiffs,

v.

CITY OF MIAMI,

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS CAUSE having come before the Court on Defendant City of Miami's Motion for Leave to File Reply In Support of Objections to Magistrate Judge's Report and Recommendations [55] and the Court having reviewed the file, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Motion is hereby **GRANTED**;

    2.    Defendant shall file a Reply on May 19, 2023.

**DONE AND ORDERED** in Chambers, Miami, Florida this ___ day of May, 2023.

                                                                                              _____
                                                                                              K. MICHAEL MOORE
                                                                                              United States District Judge

Copies furnished to all counsel of record