IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/

## NOTICE OF MEDIATOR SELECTION AND SCHEDULING MEDIATON

Pursuant to the Paperless Order of Referral to Supplemental Mediation dated May 23, 2023 (ECF 61), the parties have mutually agreed on the designation of the following mediator to conduct the supplemental mediation conference for this case: Raoul Cantero, White & Case LLP, 200 S. Biscayne Blvd., Ste. 4900, Miami, FL 33131.

The parties have also agreed to the following place, date, and time for mediation:

    **Time:** 3:00 – 6:00 P.M.

    **Date:** Tuesday, June 13, 2023

    **Place:** White & Case LLP, 200 S. Biscayne Blvd., Ste. 4900, Miami, FL 33131

Respectfully submitted this 31st day of May, 2023,

/s/ Nicholas L.V. Warren

| | |
|---|---|
| Nicholas L.V. Warren (FBN 1019018) | Neil A. Steiner* |
| **ACLU Foundation of Florida, Inc**. | **Dechert LLP** |
| 336 East College Avenue, Suite 203 | Three Bryant Park |
| Tallahassee, FL 32301 | 1095 Avenue of the Americas |
| (786) 363-1769 | New York, NY 10036 |
| nwarren@aclufl.org | (212) 698-3822 |
| | neil.steiner@dechert.com |
| Daniel B. Tilley (FBN 102882) | |
| Caroline A. McNamara (FBN 1038312) | Christopher J. Merken* |
| **ACLU Foundation of Florida, Inc**. | **Dechert LLP** |

1

4343 West Flagler Street, Suite 400  
Miami, FL 33134  
(786) 363-2714  
dtilley@aclufl.org  
cmcnamara@aclufl.org  

Cira Centre  
2929 Arch Street  
Philadelphia, PA 19104  
(215) 994-2380  
christopher.merken@dechert.com  

*Admitted pro hac vice*

*Counsel for Plaintiffs*