UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    Plaintiffs,

v.

CITY OF MIAMI,

    Defendant.

_____/

## SCHEDULING ORDER

Pursuant to the Court's Order Granting Plaintiffs' Expedited Motion for Preliminary Injunction (ECF No. 60) and the Parties' June 2, 2023 Status Conference (ECF No. 62), it is hereby ORDERED AND ADJUDGED that:

1. The Parties shall complete mediation by **June 22, 2023**.

2. The Parties shall inform the Court of the status of mediation discussions by **June 23, 2023**.

    a. If the Parties reach a settlement regarding the interim remedial plan, the Parties shall notify the Court of the settlement within **three (3) days** of the mediation conference.

3. Should the Parties fail to reach an agreement on an interim remedial map, Defendant shall have until **June 30, 2023** to enact and file its own proposed interim remedial map with the Court.

    a. If Plaintiffs have no objection to Defendant's proposed interim remedial map, Plaintiffs shall notify the Court within **two (2) days** of their receipt of Defendant's proposed interim remedial map.

    b. If Plaintiffs object to Defendant's proposed interim remedial map, Plaintiffs shall have **seven (7) days** to file a memorandum in opposition, which shall not exceed 30 pages. In turn, the Defendant may file a reply within **five (5) days** of the filing of Plaintiff's memorandum, which shall not exceed 10 pages.

4. Should the Parties fail to reach an agreement and Defendant is unable to enact and file with the Court a proposed interim remedial plan by **June 30, 2023**, Defendant shall notify the Court by close of business on **June 30, 2023**. Each Party shall then have until **July 5, 2023** to propose their own interim remedial plans for the Court's consideration. The proposals shall not exceed 30 pages.

    a. Each Party will have until **July 14, 2023** to file a response brief which shall not exceed 20 pages.

5. By **August 1, 2023**, Defendant shall provide the Court's Order approving any interim remedial plan to the Miami-Dade County Elections Department along with all files and data necessary to implement the plan in the November elections.

DONE AND ORDERED in Chambers at Miami, Florida, this _2nd_ day of June, 2023.

                                              K. MICHAEL MOORE
                                              UNITED STATES DISTRICT JUDGE

c: All counsel of record