UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:22-CV-24066-KMM

GRACE INC., et al,

    Plaintiffs,

vs.

CITY OF MIAMI,

    Defendant,

_____/

**MEDIATOR'S REPORT**

Pursuant to this Court's order dated May 23, 2023, this case was mediated on June 13, 2023. The undersigned acted as mediator in this case. Although the parties agreed to keep open the lines of communication after the mediation, the mediation ultimately resulted in:

    \_\_\_\_\_ A signed settlement agreement as to all issues.

    \_\_X\_\_ An impasse or lack of agreement

    \_\_\_\_\_ Adjournment

|  |  |
|---|---|
| Dated: June 23, 2023 | Respectfully Submitted, |
|  | **WHITE & CASE LLP** |
|  | */s/ Raoul G. Cantero* |
|  | Raoul G. Cantero |
|  | Florida Bar No. 552356 |
|  | Southeast Financial Center |
|  | 200 S. Biscayne Blvd., Suite 4900 |
|  | Miami, Florida  33131-2352 |
|  | Telephone: (305) 371-2700 |
|  | Facsimile:  (305) 358-5744 |
|  | E-mail: rcantero@whitecase.com |
|  | E-mail: ldominguez@whitecase.com |
|  | *Mediator* |

Case No. 1:22-CV-24066-KMM

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been filed through the Court's CM/ECF system and a copy was served on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system on this 23rd day of June 2023.

BY: <u>*Raoul G. Cantero*</u><br>
Raoul G. Cantero