IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/

**JOINT STATUS REPORT REGARDING MEDIATION**

Pursuant to the Court's Scheduling Order of June 2, 2023 (ECF 69), the parties submit this Joint Status Report to inform the Court of the status of mediation discussions. The Parties have not reached a settlement regarding the interim remedial plan.

1. The Parties conducted mediation from 3:00 to 6:20 P.M. on June 13 at Miami City Hall, before mediator Raoul Cantero.

2. All Individual Plaintiffs were present, as were representatives of each Organizational Plaintiff with authority to enter into a full compromise and settlement.

3. Plaintiffs' counsel Nicholas Warren, Daniel Tilley, and Christopher Merken were present.

4. For the City, Melissa Fernandez-Stiers, Chief of Staff to the City Manager for the City of Miami attended.

5. Counsel for the City, Jason Unger, Chris Johnson, and George Levesque of Gray Robinson, PA; and Victoria Mendez, John Greco, Kevin Jones, Kerry McNulty, and John Wysong of the City of Miami, Office of the City Attorney, were present.

6. The Parties did not reach a settlement regarding the interim remedial plan.

Respectfully submitted this 23rd day of June, 2023,

| /s/ Nicholas L.V. Warren | /s/ George T. Levesque |
|---|---|
| Nicholas L.V. Warren (FBN 1019018)<br>**ACLU Foundation of Florida, Inc**.<br>336 East College Avenue, Suite 203<br>Tallahassee, FL 32301<br>(786) 363-1769<br>nwarren@aclufl.org<br><br>Daniel B. Tilley (FBN 102882)<br>Caroline A. McNamara (FBN 1038312)<br>**ACLU Foundation of Florida, Inc**.<br>4343 West Flagler Street, Suite 400<br>Miami, FL 33134<br>(786) 363-2714<br>dtilley@aclufl.org<br>cmcnamara@aclufl.org<br><br>Neil A. Steiner*<br>**Dechert LLP**<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3822<br>neil.steiner@dechert.com<br><br>Christopher J. Merken*<br>**Dechert LLP**<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 994-2380<br>christopher.merken@dechert.com<br><br>* *Admitted pro hac vice*<br><br>*Counsel for Plaintiffs* | Jason L. Unger, Esquire<br>Florida Bar No. 991562<br>Jason.Unger@gray-robinson.com<br>George T. Levesque<br>Florida Bar No. 55551<br>George. Levesque@gray-robinson.com<br>Andy Bardos<br>Florida Bar No. 822671<br>Andy.Bardos@gray-robinson.com<br>**GRAYROBINSON, P.A.**<br>301 S. Bronough Street<br>Suite 600<br>Tallahassee, Florida 32301<br>Telephone: (850) 577-9090<br>Facsimile:  (850) 577-3311<br><br>Christopher N. Johnson<br>Florida Bar No. 69329<br>Christopher.Johnson@gray-robinson.com<br>Marlene Quintana, B.C.S.<br>Florida Bar No. 88358<br>Marlene.Quintana@gray-robinson.com<br>**GRAYROBINSON, P.A.**<br>333 S.E. 2nd Avenue, Suite 3200<br>Miami, Florida  33131<br>Telephone: (305) 416-6880<br>Facsimile:  (305) 416-6887<br><br>CITY OF MIAMI<br>VICTORIA MÉNDEZ, City Attorney<br>Florida Bar No. 194931<br>JOHN A. GRECO, Chief Deputy City Attorney<br>Florida Bar No. 991236<br>KEVIN R. JONES, Deputy City Attorney<br>Florida Bar No. 119067<br>KERRI L. MCNULTY,<br>Litigation & Appeals Division Chief<br>Florida Bar No. 16171<br>Office of the City Attorney<br>444 S.W. 2nd Avenue<br>Miami, FL 33130<br>*Telephone: (305) 416-1800*<br>*Facsimile:  (305) 416-1801*<br>*Counsel for Defendant* |