IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/

## **PLAINTIFFS' UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

Pursuant to Local Rule 11.1(d)(3)(A), Plaintiffs move to withdraw attorney Jocelyn Kirsch from this case as counsel for Plaintiffs. As grounds therefore, Plaintiffs state:

1. Ms. Kirsch left her employment with Dechert LLP.

2. On June 6, 2023, counsel for Plaintiffs provided notice to Plaintiffs of Ms. Kirsch's intent to withdraw from representation.

3. Plaintiffs consent to Ms. Kirsch's withdrawal from representation.

4. On June 27, 2023, Plaintiffs notified counsel for Defendant of Ms. Kirsch's intent to withdraw from representation.

5. Defendant does not oppose Ms. Kirsch's withdrawal from representation.

6. The remaining co-counsel of record will continue to represent Plaintiffs in this case.

WHEREFORE, Plaintiffs respectfully request that this Court grant Jocelyn Kirsch leave to withdraw.

**CERTIFICATE OF CONFERRAL**

Counsel for Plaintiffs conferred with counsel for Defendant, who does not oppose this motion.

Respectfully submitted this 28th day of June, 2023.

__/s/ Nicholas L.V. Warren__

| | |
|---|---|
| Nicholas L.V. Warren (FBN 1019018)<br>**ACLU Foundation of Florida, Inc**.<br>336 East College Avenue, Suite 203<br>Tallahassee, FL 32301<br>(786) 363-1769<br>nwarren@aclufl.org | Neil A. Steiner*<br>**Dechert LLP**<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3822<br>neil.steiner@dechert.com |
| Daniel B. Tilley (FBN 102882)<br>Caroline A. McNamara (FBN 1038312)<br>**ACLU Foundation of Florida, Inc**.<br>4343 West Flagler Street, Suite 400<br>Miami, FL 33134<br>(786) 363-2714<br>dtilley@aclufl.org<br>cmcnamara@aclufl.org | Christopher J. Merken*<br>**Dechert LLP**<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 994-2380<br>christopher.merken@dechert.com |

*Admitted pro hac vice*

*Counsel for Plaintiffs*