UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| GRACE, INC.; ENGAGE MIAMI, INC.; SOUTH DADE BRANCH OF THE NAACP; MIAMI-DADE BRANCH OF THE NAACP; CLARICE COOPER; YANELIS VALDES; JARED JOHNSON; AND ALEXANDRA CONTRERAS,<br><br>   Plaintiff(s),<br>vs.<br><br>CITY OF MIAMI,<br><br>   Defendant(s).<br>_____ / | CASE NO.: 22-CV-24066-KMM |

**NOTICE OF APPEARANCE AND DESIGNATION OF E-MAIL ADDRESSES**

**PLEASE TAKE NOTICE** that Kevin R. Jones is admitted to practice in this Court and hereby appears as counsel of record for the Defendant, CITY OF MIAMI. All parties are requested to direct all correspondence, pleadings, and orders in this matter to the e-mail addresses listed below. Accordingly, and consistent with the purposes of Local Rule 11.1, Kevin R. Jones designates the primary and secondary e-mail addresses for service purposes, as follows:

   **Primary Email:** KRJones@miamigov.com

   **Secondary Email:** JMDelOro@miamigov.com

                    Respectfully submitted,

                    VICTORIA MÉNDEZ, City Attorney
                    KEVIN R. JONES, Deputy City Attorney
                    *Attorneys for City of Miami*
                    444 S.W. 2nd Avenue, Suite 945
                    Miami, FL  33130-1910
                    Telephone: (305) 416-1800
                    Facsimile: (305) 400-5071
                    Primary Email: krjones@miamigov.com
                    Secondary Email: JMDeloro@miamigov.com

                    By:  /s/ Kevin R. Jones
                         Kevin R. Jones, Deputy City Attorney
                         Florida Bar No. 0119067

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 3rd day of July, 2023, the foregoing document is being served this day on all counsel of record or parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _/s/ Kevin R. Jones_
Kevin R. Jones, Deputy City Attorney
Florida Bar No. 0119067