IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/

**NOTICE OF FILING EXHIBITS IN SUPPORT OF PLAINTIFFS' OBJECTIONS
TO THE CITY'S PROPOSED INTERIM REMEDIAL PLAN**

Plaintiffs give notice of filing the attached exhibits in support of their Objections to the City's Proposed Interim Remedial Plan:

| ECF No. | Description | No. of Pages |
|---|---|---|
| *Commission Meeting Transcripts* | | |
| 82-1 | May 11, 2023 Transcript | 20 |
| 82-2 | June 14, 2023 Transcript | 92 |
| *Commission Documents* | | |
| 82-3 | May 11 Meeting Marked Agenda (p. 1) | 1 |
| 82-4 | June 14 Meeting Notice | 2 |
| 82-5 | June 14 Meeting Agenda (Pre-Meeting) | 3 |
| 82-6 | June 14 Meeting Marked Agenda | 3 |
| *Plaintiffs' Correspondence to City* | | |
| 82-7 | Four Emails Sharing Letter Proposing P1 & P2 (May 23), Supp. Info. from Moy (June 9), Moy Rep. on P1 & P2 (June 12), and P3 (June 13) | 3 |
| 82-8 | Supplemental Information on P1 & P2 from Dr. Moy (June 9, 2023) | 1 |
| 82-9 | Report of Dr. Moy on P1 and P2 (June 12, 2023) | 9 |
| 82-10 | Plaintiffs' Letter Urging Veto (June 17, 2023) | 1 |

| *Expert Reports* | | |
|---|---|---|
| 82-11 | Expert Report of Dr. Cory McCartan | 15 |
| 82-12 | Second Expert Report of Dr. Carolyn Abott | 22 |
| 82-13 | Supplementary Expert Report of Dr. Bryant Moy | 10 |

| *Miscellaneous Materials* | | |
|---|---|---|
| 82-14 | Commissioner King's May 26, 2023 Instagram Post | 1 |
| 82-15 | Commissioner King's June 14, 2023 Facebook Post | 1 |
| 82-16 | Samantha Morrell, *Supreme Court Decision Impact on Miami's Black Voters as Redistricting Heats Up*, MIA. TIMES (June 13, 2023), https://www.miamitimesonline.com/news/local/supreme-court-decision-impact-on-miami-s-black-voters-as-redistricting-debate-heats-up/article_9ca8357e-0a85-11ee-92da-271537e0c6f5.html | 3 |
| 82-17 | Declaration of Nicholas Warren | 3 |
| 82-18 | June 23, 2023 Email from Chris Johnson to Nicholas Warren | 1 |
| 82-19 | June 23, 2023 Email from Nicholas Warren to City's Counsel | 1 |
| 82-20 | June 30, 2023 Email from Nicholas Warren to City's Counsel | 1 |
| 82-21 | Laws of Fla. ch. 2023-101 (HB 411) (creating Fla. Stat. § 166.0321) | 2 |

| *Maps (with Google Maps Links, if applicable)* | | |
|---|---|---|
| *Enacted Plans* | | |
| 82-22 | 2013 Plan (https://bit.ly/3wDsHsl) | 1 |
| 82-23 | 2022 Enjoined Plan (https://bit.ly/40b7OCk) | 1 |
| 82-24 | Resolution 23-271 (D3 Alt. Map v.3) (https://bit.ly/3D1gzo7) | 1 |
| *Drafts Considered on June 14* (https://bit.ly/43n1gBa) | | |
| 82-25 | Version 12 (De Grandy's Draft Plan Proposal) | 1 |
| 82-26 | D1 Alt. Map (Version 14) | 1 |
| 82-27 | D2 Alt. Map | 1 |

| | | |
|---|---|---|
| 82-28 | D3 Alt. Map v.1 | 1 |
| 82-29 | D3 Alt. Map v.2 | 1 |
| 82-30 | D5 Alt. Map | 1 |
| *Maps Showing Areas of Comparison and Analysis* | | |
| 82-31 | Areas Moved between Enjoined Plan and Res. 23-271 | 1 |
| 82-32 | Areas Moved between Version 12 and Res. 23-271; *and* Other Areas of Comparison | 1 |
| 82-33 | Definitions and Divisions of Overtown | 1 |
| *Plaintiffs' Maps* (https://bit.ly/44c4sk1) | | |
| 82-34 | P1 (May 23, 2023) | 1 |
| 82-35 | P2 (May 23, 2023) | 1 |
| 82-36 | P3 (June 13, 2023) | 1 |
| 82-37 | P4 (July 6, 2023) | 1 |
| *Precincts and VTDs* | | |
| 82-38 | 2022 Precinct Map, *with Res. 23-271 overlaid* (https://bit.ly/3jjbRvQ) | 1 |
| 82-39 | 2020 Census Voting Tabulation District (VTD) Map, *with Res. 23-271 overlaid* (https://bit.ly/40wASEv) | 1 |

Respectfully submitted this 6th day of July, 2023,

/s/ Nicholas L.V. Warren

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714

Neil A. Steiner*
**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
neil.steiner@dechert.com

Christopher J. Merken*
**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

3

dtilley@aclufl.org
cmcnamara@aclufl.org

(215) 994-2380
christopher.merken@dechert.com

*Admitted pro hac vice*

*Counsel for Plaintiffs*