

# City of Miami

## Marked Agenda

## City Commission

City Hall
3500 Pan American Drive
Miami, FL  33133
https://miamifl.iqm2.com

*Francis X. Suarez, Mayor*
*Christine King, Chair, District Five*
*Joe Carollo, Vice Chair, District Three*
*Alex Diaz de la Portilla, Commissioner, District One*
*Sabina Covo, Commissioner, District Two*
*Manolo Reyes, Commissioner, District Four*
*Arthur Noriega, V, City Manager*
*Victoria Méndez, City Attorney*
*Todd B. Hannon, City Clerk*

| Thursday, May 11, 2023, | 9:00 AM | City Hall |
|---|---|---|

**9:00 AM**         **INVOCATION AND PLEDGE OF ALLEGIANCE**

*Present: Chairwoman King, Commissioner Diaz de la Portilla, Commissioner Covo and Commissioner Reyes*

*Absent: Vice Chair Carollo*

*On the 11th day of May 2023, the City Commission of the City of Miami, Florida, met at its regular meeting place in City Hall, 3500 Pan American Drive, Miami, Florida, in regular session. The Commission Meeting was called to order by Chairwoman King at 9:11 a.m. and adjourned at 12:47 p.m.*

*Note for the Record: Commissioner Diaz de La Portilla entered the Commission chambers at 11:09 a.m.*

*ALSO PRESENT:*

*Arthur Noriega, V, City Manager*
*Victoria Méndez, City Attorney*
*Todd B. Hannon, City Clerk*