**Hurricane Season is June 1 - Nov. 30. View our Hurricane Guide.**

Hurricane Guide (https://www.miamigov.com/My-Home-Neighborhood/Hurricane-Guide)

 

Home (https://www.miamigov.com/Home)   /   Special Commission Meeting - June 14, 2023

# Special Commission Meeting - June 14, 2023

Published on June 09, 2023

**Pursuant to Miami City Commission Resolution R-23-0270, adopted on June 8, 2023, a special meeting of the Miami City Commission will be held on Wednesday, June 14, 2023, at 10:00 a.m. in the City Commission chambers located at Miami City Hall, 3500 Pan American Dr, Miami, FL 33133.** The purpose of the special meeting will be to consider and take any and all actions related to the redistricting of City Commission districts, including, but not limited to, the drafting and/or adoption of any related maps and boundaries. No business shall be conducted, or a vote taken at a special City Commission meeting on business other than the subject(s) for which the special meeting is called unless the City Commission by a majority vote deems such resolution or ordinance to be of an emergency nature and such resolution or ordinance has been reviewed by the Office of Management and Budget for any fiscal impact.



The June 14, 2023 Special City Commission Meeting will be broadcast live for members of the public to view on the City's website (www.miamigov.com/tv (https://)), Facebook, Twitter, YouTube, and Channel 77 (Comcast only for residents living in the City of Miami).

Site Feedback

For your information, public comment on the agenda item(s) to be heard at this special meeting can be submitted via an online comment form and will be distributed to the Elected Officials and City Administration and made part of the public record. The deadline to submit public comment via the online comment form will occur when the Chairperson closes public comment for the special meeting.

Public comment on the agenda item(s) to be heard at this special meeting may also be provided live at City Hall, 3500 Pan American Drive, Miami, Florida, subject to any and all rules and procedures as the City may implement or amend. Public comment will begin at approximately 10:00 a.m.

**Please visit **https://www.miamigov.com/meetinginstructions (https://)** for detailed instructions on how to provide public comment using the online public comment form.**

A copy of the agenda for the Special City Commission Meeting will be available at:
**http://miamifl.iqm2.com/Citizens/Default.aspx  (https://)**

Should any person desire to appeal any decision of the City Commission with respect to any matter to be considered at this special meeting, that person shall ensure that a verbatim record of the proceedings is made including all testimony and evidence upon which any appeal may be based (F.S. 286.0105).

In accordance with the Americans with Disabilities Act of 1990, persons needing special accommodations to participate in this proceeding may contact the Office of the City Clerk at (305) 250-5361 (Voice) no later than two (2) business days prior to the proceeding. TTY users may call via 711 (Florida Relay Service) no later than two (2) business days prior to the proceeding.

Tagged as:

Announcements    Public Notices

Site Feedback