# City of Miami

*City Hall*
*3500 Pan American Drive*
*Miami, FL 33133*
*www.miamigov.com*



**Meeting Agenda**

**Wednesday, June 14, 2023**

**10:00 AM**

**Special Meeting**

**City Hall**

## City Commission

*Francis X. Suarez, Mayor*
*Christine King, Chair, District Five*
*Joe Carollo, Vice Chair, District Three*
*Alex Diaz de la Portilla, Commissioner, District One*
*Sabina Covo, Commissioner, District Two*
*Manolo Reyes, Commissioner, District Four*
*Arthur Noriega, V, City Manager*
*Victoria Méndez, City Attorney*
*Todd B. Hannon, City Clerk*

| City Commission | Meeting Agenda | June 14, 2023 |
|---|---|---|

**ANY PERSON WHO IS A LOBBYIST PURSUANT TO CHAPTER 2, ARTICLE VI OF THE CITY CODE MUST REGISTER WITH THE CITY CLERK AND COMPLY WITH RELATED CITY REQUIREMENTS FOR LOBBYISTS PRIOR TO ENGAGING IN LOBBYING ACTIVITIES BEFORE CITY STAFF, BOARDS, COMMITTEES, AND THE CITY COMMISSION.  A COPY OF THE CITY CODE SECTION IS AVAILABLE  AT THE OFFICE OF THE CITY CLERK OR ONLINE AT WWW.MUNICODE.COM.**

**ANY PERSON MAKING A PRESENTATION, FORMAL REQUEST, OR PETITION TO THE CITY COMMISSION CONCERNING REAL PROPERTY MUST MAKE THE DISCLOSURES REQUIRED BY THE CITY CODE IN WRITING.  A COPY OF THIS CITY CODE SECTION IS AVAILABLE AT THE OFFICE OF THE CITY CLERK OR ONLINE AT WWW.MUNICODE.COM.**

**PURSUANT TO SECTION 4(G)(5) OF THE CITY CHARTER, THE MAYOR MAY VETO CERTAIN ITEMS APPROVED BY THE CITY COMMISSION WITHIN TEN CALENDAR DAYS FOLLOWING THE COMMISSION ACTION.  THE CITY COMMISSION MAY, AFTER THE VETO OCCURS, OVERRIDE SUCH VETO BY A FOUR-FIFTHS VOTE OF THE COMMISSIONERS THEN PRESENT.**

**ANY PERSON MAKING OFFENSIVE REMARKS OR WHO BECOMES UNRULY IN THE COMMISSION CHAMBERS WILL BE BARRED FROM FURTHER ATTENDING CITY COMMISSION MEETINGS AND MAY BE SUBJECT TO ARREST.  NO CLAPPING, APPLAUDING, HECKLING, OR VERBAL OUTBURSTS IN SUPPORT OR OPPOSITION TO A SPEAKER OR HIS OR HER REMARKS SHALL BE PERMITTED.  NO SIGNS OR PLACARDS SHALL BE ALLOWED IN THE COMMISSION CHAMBERS.  PERSONS EXITING THE COMMISSION CHAMBER SHALL DO SO QUIETLY.**

**THE MATERIAL FOR EACH ITEM ON THE AGENDA IS AVAILABLE DURING BUSINESS HOURS AT THE OFFICE OF THE CITY CLERK AND ON-LINE, 24 HOURS A DAY, AT WWW. MIAMIGOV.COM.**

**ANY PERSON MAY BE HEARD BY THE CITY COMMISSION, THROUGH THE CHAIR FOR NOT MORE THAN TWO MINUTES, ON ANY PROPOSITION BEFORE THE CITY COMMISSION UNLESS MODIFIED BY THE CHAIR.  IF THE PROPOSITION IS BEING CONTINUED OR RESCHEDULED, THE OPPORTUNITY TO BE HEARD MAY BE AT SUCH LATER DATE, BEFORE THE CITY COMMISSION TAKES ACTION ON SUCH PROPOSITION.  THE CHAIR WILL ADVISE THE PUBLIC WHEN THE PUBLIC MAY HAVE THE OPPORTUNITY TO ADDRESS THE CITY COMMISSION DURING THE PUBLIC COMMENT PERIOD OR AT ANY OTHER DESIGNATED TIME.**

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

**ANYONE WISHING TO APPEAL ANY DECISION MADE BY THE CITY COMMISSION FOR ANY MATTER CONSIDERED AT THIS MEETING MAY NEED A VERBATIM RECORD OF THE ITEM.  A VIDEO OF THIS MEETING MAY BE REQUESTED AT THE DEPARTMENT OF COMMUNICATIONS OR VIEWED ONLINE AT WWW.MIAMIGOV.COM.  ANY PERSON WITH A DISABILITY REQUIRING ASSISTANCE, AUXILIARY AIDS, AND SERVICES FOR MEETINGS MAY NOTIFY THE OFFICE OF THE CITY CLERK.**

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

**THE LUNCH RECESS WILL BEGIN AT THE CONCLUSION OF DELIBERATION OF THE AGENDA ITEM BEING CONSIDERED AT NOON. THE MEETING WILL END EITHER AT THE CONCLUSION OF THE DELIBERATION OF THE AGENDA ITEM BEING CONSIDERED AT 10:00 P.M. OR AT THE CONCLUSION OF THE REGULARLY SCHEDULED AGENDA, WHICHEVER OCCURS FIRST.  THIS RULE DOES NOT APPLY WHEN THE CITY COMMISSION IS ENGAGED IN ITS ANNUAL BUDGET HEARINGS (ORDINANCE 12586).**

**10:00 AM**     **INVOCATION AND PLEDGE**

## SP - SPECIAL MEETING

NOTE: Legislation may result from City Commission consideration of any Commission Discussion item.

This portion of the agenda is separately designated as being available for the purpose of providing and securing City Commission information, direction, and guidance in significant pending and concluded matters, including matters not specifically set forth in this section.

It is anticipated that no input from anyone other than the City personnel is needed or expected while the City Commission is considering any matter in this portion of the Agenda; accordingly, no member of the public may address the City Commission during this time.

**SP.1**      **DISCUSSION ITEM**

**14148**     A DISCUSSION ITEM FOR THE PURPOSE OF CONSIDERING AND TAKING ANY AND ALL ACTIONS RELATED TO THE REDISTRICTING OF CITY COMMISSION DISTRICTS, INCLUDING, BUT NOT LIMITED TO, THE DRAFTING AND/OR ADOPTION OF ANY RELATED MAPS AND BOUNDARIES.

**SPONSOR(S):**     City Commission

**Districts Impacted:**

## END OF SPECIAL MEETING