

# City of Miami

## Marked Agenda

## City Commission

*City Hall*
*3500 Pan American Drive*
*Miami, FL 33133*
*https://miamifl.iqm2.com*

*Francis X. Suarez, Mayor*
*Christine King, Chair, District Five*
*Joe Carollo, Vice Chair, District Three*
*Alex Diaz de la Portilla, Commissioner, District One*
*Sabina Covo, Commissioner, District Two*
*Manolo Reyes, Commissioner, District Four*
*Arthur Noriega, V, City Manager*
*Victoria Méndez, City Attorney*
*Todd B. Hannon, City Clerk*

| Wednesday, June 14, 2023 | 10:00 AM | City Hall |
|---|---|---|

**10:00 AM**     **INVOCATION AND PLEDGE ALLEGIANCE**

*Present: Chairwoman King, Vice Chair Carollo, Commissioner Diaz de la Portilla, Commissioner Covo and Commissioner Reyes*

*On the 14th day of June 2023, the City Commission of the City of Miami, Florida, met at its regular meeting place in City Hall, 3500 Pan American Drive, Miami, Florida, in special session. The Commission Meeting was called to order by Chairwoman King at 10:41 a.m., recessed at 12:24 p.m., reconvened at 3:56 p.m., and adjourned at 4:40 p.m.*

*Note for the Record: Commissioner Covo entered the Commission chambers at 10:44 a.m.*

*ALSO PRESENT:*

*Arthur Noriega, V, City Manager*
*Victoria Méndez, City Attorney*
*Todd B. Hannon, City Clerk*

## ORDER OF THE DAY

## PUBLIC COMMENT PERIOD FOR "SP' ITEM(S)

| | |
|---|---|
| **14175** | **DISCUSSION ITEM** |
| *Office of the City Clerk* | PUBLIC COMMENTS SUBMITTED ONLINE BY MEMBERS OF THE PUBLIC FOR THE JUNE 14, 2023 SPECIAL CITY COMMISSION MEETING. |

| RESULT: | PRESENTED |
|---|---|

| | |
|---|---|
| **SP.1** | **DISCUSSION ITEM** |
| **14148** | A DISCUSSION ITEM FOR THE PURPOSE OF CONSIDERING AND TAKING ANY AND ALL ACTIONS RELATED TO THE REDISTRICTING OF CITY COMMISSION DISTRICTS, INCLUDING, BUT NOT LIMITED TO, THE DRAFTING AND/OR ADOPTION OF ANY RELATED MAPS AND BOUNDARIES. |
| *Commissioners and Mayor* | |

| RESULT: | DISCUSSED |
|---|---|

## NA - NON-AGENDA ITEM(S)

**NA.1**

**14173**

*City Commission*

**RESOLUTION**

A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S), PROVIDING THE NEW JURISDICTIONAL BOUNDARIES OF THE CITY COMMISSION DISTRICTS FOLLOWING THE RESULTS OF THE 2020 UNITED STATES CENSUS; OFFICIALLY DELINEATING THE BOUNDARIES OF EACH DISTRICT AS SET FORTH IN "EXHIBIT 1," ATTACHED AND INCORPORATED; MAKING FINDINGS; AND PROVIDING AN EFFECTIVE DATE.

**ENACTMENT NUMBER:  R-23-0271**

| | |
|---|---|
| **MOTION TO:** | Adopt |
| **RESULT:** | **ADOPTED** |
| **MOVER:** | **Alex Diaz de la Portilla, Commissioner** |
| **SECONDER:** | **Manolo Reyes, Commissioner** |
| **AYES:** | King, Carollo, Diaz de la Portilla, Reyes |
| **NAYS:** | Covo |

## ADJOURNMENT

*The meeting adjourned at 4:40 p.m.*