# Racially Polarized Voting in Miami, Florida

Bryant J. Moy, PhD

June 12, 2023

## Introduction and Scope of Work

My name is Bryant J. Moy, Ph.D., and I am a faculty fellow in the Center for Data Science and a Visiting Assistant Professor in the Wilf Family Department of Politics at New York University. My qualifications were further described in my initial report dated February 10, 2023.

I have been asked to analyze two proposed maps and provide my expert opinion on whether Black voters could elect their preferred candidates in the newly constituted District 5. I was provided a geolocated voter file and two shape files containing the geographic boundaries of newly constituted District 5.

In this report, I analyze the performance of the Black-preferred candidate in six recent contests from 2022. Next, I re-analyze five contests from 2020 where I previously showed evidence of racial polarization. I discuss how the newly proposed maps make it easier for Black voters to translate their preferences to higher vote totals for their preferred candidate.

## Summary of Findings

- Black voters in Miami District 5 cohesively support a single candidate in the six recent elections: Senate, Governor, County Judge Group 5, Chief Financial Officer, Commissioner of Agriculture, and Attorney General. Moreover, non-Hispanic white voters' support for the Black-preferred candidate is under 50% in all but one of the analyzed contests.

- In the six recent elections, the Black-preferred candidate received the vast majority of the top two-candidate vote share across both newly proposed districts.

- In the re-analysis of five previously polarized contests in 2020, I find that the Black-preferred candidate would prevail in either of the proposed districts. Moreover, it would be easier for Black voters to translate their preferences into a higher vote share for their preferred candidate in the two proposed districts than in the currently constituted one.

## 1 Black-Preferred Candidates in Recent Elections

In this section, I estimate the extent to which Black voters cohesively support a single candidate and whether non-Hispanic whites support the Black-preferred candidate. Furthermore, using precinct-level election results, I provide evidence of how the Black-preferred candidate would have performed under the various District 5 maps. In Table 1, I provide a list of six recently held contests in 2022. I indicate the ethnicity of the candidate in parentheses: "B" represents Black, "W" represents non-Hispanic white, and "H" represents Hispanic of any race.

Table 1: List of Elections Analyzed

| Race | Black-Preferred Candidate | Non-Black-Preferred Candidate |
|---|---|---|
| US Senate | Demings (B) | Rubio (H) |
| Governor | Crist (W) | DeSantis (W) |
| Attorney General | Ayala (B) | Moody (W) |
| Chief Financial Officer | Hattersley (W) | Patronis (W) |
| Commissioner of Agriculture | Blemur (B) | Simpson (W) |
| County Judge 5 | Seraphin (B) | Diaz de la Portilla (H) |

## 1.1   Estimating Support for the Black-Preferred Candidate By Race

I analyze the extent to which Blacks and whites support different candidates. As shown in Figure 1, Black voters cohesively support a single candidate. Indeed, Black voters support their preferred candidate in rates higher than 80% in all elections analyzed. Non-Hispanic white support for the Black-preferred candidate is below 50% in all contests but County Judge Group 5.

Figure 1: Estimated Proportion of Support by Race



## 1.2   Performance of Black-Preferred Candidate in Recent Elections

Using precinct-level results of six elections held in 2022, I aggregate results to determine how many votes the Black-preferred candidate would have received within the boundaries of the two newly constituted districts (See Table 2). The two-candidate vote shares were similar across proposed districts.[1] Yet, the Black-preferred candidate would have prevailed in all contests analyzed at the district-level.

Table 2: Black-Preferred Candidate Performance in Recent Election

| Race | Map | Vote Total[2] | Black-Pref. # | Black-Pref. % | Non-Black-Pref. # | Non-Black-Pref. % |
|---|---|---|---|---|---|---|
| County Judge Grp 5 | Current | 6473 | 5046 | 77.95% | 1427 | 22% |
| County Judge Grp 5 | 1 | 6567 | 5124 | 78% | 1443 | 22% |
| County Judge Grp 5 | 2 | 6698 | 5220 | 78% | 1478 | 22% |
| US Senate | Current | 14370 | 11741 | 81.7% | 2629 | 18.3% |
| US Senate | 1 | 14483 | 11784 | 81.36% | 2699 | 18.6% |
| US Senate | 2 | 14859 | 12047 | 81% | 2812 | 18.9% |
| Governor | Current | 14392 | 11523 | 80% | 2869 | 20% |
| Governor | 1 | 14500 | 11555 | 80% | 2945 | 20% |
| Governor | 2 | 14875 | 11812 | 79.4% | 3063 | 20.5% |
| Attorney General | Current | 14300 | 11424 | 80% | 2876 | 20% |
| Attorney General | 1 | 14418 | 11462 | 79.5% | 2956 | 20.5% |
| Attorney General | 2 | 14793 | 11730 | 79.3% | 3063 | 20.7% |
| CFO | Current | 14200 | 11470 | 80.8% | 2730 | 19.2% |
| CFO | 1 | 14324 | 11505 | 80.3% | 2819 | 19.7% |
| CFO | 2 | 14696 | 11764 | 80% | 2932 | 20% |
| Comm. of Agriculture | Current | 14273 | 11689 | 81.9% | 2584 | 22.1% |
| Comm. of Agriculture | 1 | 14396 | 11724 | 81.4% | 2672 | 18.6% |
| Comm. of Agriculture | 2 | 14766 | 11986 | 81.2% | 2780 | 18.8% |

# 2   Black-Preferred Candidate Performance in Previously Racially Polarized Elections

Table 3: Black-Preferred Candidate Performance in Previous RPV Elections

| Race | Map | Vote # | Black-Pref. # | Black-Pref. % | Non-Black-Pref. # | Non-Black-Pref. % |
|---|---|---|---|---|---|---|
| President | Current | 30418 | 25648 | 84.3% | 4770 | 15.7% |
| President | 1 | 34422 | 28462 | 82.7% | 5960 | 17.3% |
| President | 2 | 35032 | 28935 | 82.6% | 6097 | 17.4% |
| County Mayor | Current | 26889 | 22159 | 82.4% | 4730 | 17.6% |
| County Mayor | 1 | 30509 | 24845 | 81.4% | 5664 | 18.6% |
| County Mayor | 2 | 31059 | 25262 | 81.3% | 5797 | 18.6% |
| County Judge Grp 9 | Current | 10335 | 6933 | 67% | 3402 | 32.9% |
| County Judge Grp 9 | 1 | 11686 | 7631 | 65.3% | 4055 | 34.7% |
| County Judge Grp 9 | 2 | 11867 | 7744 | 65.2% | 4123 | 34.7% |
| Circuit Judge Group 57 | Current | 10654 | 7380 | 69% | 3274 | 30.7% |
| Circuit Judge Group 57 | 1 | 12016 | 8103 | 67.4% | 3913 | 32.6% |
| Circuit Judge Group 57 | 2 | 12200 | 8227 | 67.4% | 3973 | 32.6% |
| Circuit Judge Group 67 | Current | 10407 | 6079 | 58.4% | 4328 | 41.6% |
| Circuit Judge Group 67 | 1 | 11779 | 6646 | 56.4% | 5133 | 43.6% |
| Circuit Judge Group 67 | 2 | 11958 | 6751 | 56.4% | 5207 | 43.5% |

In this section, I re-analyze five 2020 contests that showed signs of racial polarization in my previous report: President, County Mayor, County Judge Group 9, Circuit Judge Group 57, and Circuit Judge Group

---

1. I use the top two candidate vote totals to examine the contest's Black-preferred and non-Black-preferred candidates.

67. In Table 3, I aggregate the official election results for each district and show how many votes the Black-preferred candidate would have received under each map. Across all contests, the Black-preferred candidate would have received the majority of the votes in District 5.

Figures 2 - 6 depicts the relationship between the Black share of the electorate and the share that the Black-preferred candidate received. Each dot represents a precinct and corresponds to the share of Black registered voters and the two-candidate vote share in that precinct. I report the correlation coefficient in the top left of each figure. These correlation coefficients are bounded from -1 to +1. Numbers closer to 1 indicate that Black voters are able to translate their preferences into their preferred candidate's vote share.

As we see in the figures, Black voters can better translate their preferences into higher vote shares in the two proposed districts than in the current District 5. For all contests, the correlation coefficient is larger and closer to one in the two proposed districts.

Figure 2: Presidential Election







Figure 4: County Judge Group 9



Figure 5: Circuit Judge Group 57



Figure 6: Circuit Judge 67

## Summary

In this report, I analyzed two newly proposed maps for District 5. I analyzed six recent elections and found that Black support in this district is cohesive. Moreover, in those elections, the Black-preferred candidate will receive the majority of the votes in the newly proposed districts. Lastly, I re-analyze five contests that previously showed evidence of racial polarization. The Black-preferred candidate would prevail in either of the two proposed districts. More importantly, Black voters can better translate their numbers into higher vote shares for their preferred candidate in the two proposed districts.

Bryant J. Moy, Ph.D.
Date: June 12, 2023