## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

GRACE, INC., *et al.*,

   *Plaintiffs*,

v.               Case No. 1:22-cv-24066-KMM

CITY OF MIAMI,

   *Defendant*.

_____/

### SECOND EXPERT REPORT OF DR. CAROLYN ABOTT

### July 5, 2023

**Introduction and Summary**

The City's Proposed Remedy ("Res. 23-271") differs only marginally from the Enjoined Plan. The largest differences can be found in Districts 3 and 4, though Black voting-age populations do not change substantively at all between the two plans. Race is still the primary determinant of the shapes of the districts in Res. 23-271.

 I was asked by Plaintiff's counsel in this case to use data on voting-age population (VAP), citizen voting-age population (CVAP), and voting patterns within individual city precincts in order to determine whether and to what extent race can explain the overall shapes of the districts in Res. 23-271 as well as the changes between the Enjoined Plan and Res. 23-271.

 Based on my examination, I reach the conclusion that differences between Res. 23-271 and the Enjoined Plan are a result of racial concerns.

**Sources and Methodology**

In preparing this report, I have relied on my personal knowledge gathered through my years of researching, studying, and publishing. I also utilize the standard methodology that political

1

scientists use when investigating precinct and census data. The 2020 Census provided data on voting-age populations (VAP) by race at the block level that could then be aggregated up to the precinct and split-precinct level. Data on 2020 citizen voting-age population (CVAP) by race provided in the Appendix is from the 2020 American Community Survey 5-Year Estimates (ACS).

City Commission district maps were provided to me by Counsel. Precinct shapefiles and statewide election results were downloaded from the Voting and Election Science Team on Harvard's Dataverse (https://dataverse.harvard.edu/dataverse/electionscience).

**Overview of Commission Districts in Res. 23-271**

Overall, the commission districts in Res. 23-271 are nearly identical to those contained in the Enjoined Plan. *Figure 1* displays the two maps next to one another. They are visually very similar. The biggest changes to the overall composition of the districts occurred in Districts 3 and 4. As shown in *Table 1* and *Table 2*, White VAP increases in District 3 from 7.7% under the Enjoined Plan to 10.5% under Res. 23-271. Hispanic VAP, on the other hand, decreases in District 3 from 88.3% to 84.5%. District 4 absorbs most of these changes such that White VAP decreases (from 7.6% to 7.2%) and Hispanic VAP increases (89.5% to 90.0%). District 2 also absorbs some of these racial changes, though to a lesser degree. Across all districts, Black VAP remains virtually unchanged. Population deviation improved under Res. 23-271, decreasing the population spread from 6,722 (with 86,578 in District 5 and 93,300 in District 2) under the Enjoined Plan to a spread of 3,149 (with 86,444 in District 5 and 89,593 in District 2).

While both maps are overwhelmingly similar, as discussed above, there is a degree of compactness that is lost in Res. 23-271 relative to the Enjoined Plan. This is particularly true with regards to District 5 and the areas moved between District 5 and 1 (especially Areas 13, 14, and

16 in *Figure 2*) and the areas moved between Districts 5 and 2 (particularly Area 19).  The single block that makes up Area 12, moved from District 3 to 2, also creates an unnatural sliver of District 3 that extends into District 2, decreasing overall compactness.

*Figure 1: The Enjoined Plan (Top Panel) and Res. 23-271 (Bottom Panel)*



*Table 1: District Racial Compositions Under the Enjoined Plan*

| District | Black VAP | White VAP | Hispanic VAP |
|---|---|---|---|
| 1 | 11.0% | 3.5% | 89.5% |
| 2 | 7.3% | 37.4% | 48.6% |
| 3 | 5.4% | 7.7% | 88.3% |
| 4 | 3.1% | 7.6% | 89.5% |
| 5 | 50.3% | 10.5% | 40.6% |

*Table 2: District Racial Compositions Under Res. 23-271*

| District | Black VAP | White VAP | Hispanic VAP |
|---|---|---|---|
| 1 | 10.9% | 3.4% | 89.7% |
| 2 | 7.7% | 36.5% | 49.6% |
| 3 | 5.4% | 10.5% | 84.5% |
| 4 | 3.1% | 7.2% | 90.0% |
| 5 | 50.3% | 10.5% | 40.6% |

*Figure 2: Areas Moved Between Enjoined Plan and Res. 23-271*



**Individual Areas Moved Between Enjoined Plan and Res. 23-271**

District 1

District 1, under both plans, is a super-majority Hispanic district with a small Black and even smaller White VAP. Under Res. 23-271, District 1 lost four areas from the Enjoined Plan as depicted in *Figure 2*: Areas 7, 13, 16, and 17. These areas moved out of District 1 are highlighted in yellow in *Table 3*. District 1 also gained four areas: Areas 6, 8, 14, and 15. These areas are highlighted in teal.  Below I discuss the racial compositions of each of these areas and how they impacted the overall change to District 1. I exclude Areas 15 and 16 in this discussion as they are given separate treatment in the discussion of Historic Overtown.

Area 7 is a small (population of 48), high Hispanic VAP, low Black VAP area that was moved from District 1 to District 3. Both districts are of similar racial composition and this movement made little difference to either of their overall racial VAP. Areas 13 and 17, however, have higher Black VAP than District 1 (29.2% and 66.7%, respectively) and were moved into District 5, a majority Black district.

*Table 3: Areas Moved Between Enjoined Plan and Res. 23-271 in District 1*
*(areas moved out highlighted in yellow; areas moved in highlighted in teal)*

| Area # | Movement | WVAP | HVAP | BVAP | Total Pop. |
|---|---|---|---|---|---|
| 6 | 4 to 1 | 0.0 | 99.1 | 3.6 | 139 |
| 7 | 1 to 3 | 25.7 | 68.6 | 8.6 | 48 |
| 8 | 3 to 1 | 1.5 | 97.1 | 2.9 | 762 |
| 13 | 1 to 5 | 1.0 | 80.2 | 29.2 | 805 |
| 14 | 5 to 1 | 2.4 | 66.3 | 37.5 | 286 |
| 15 | 5 to 1 | 11.1 | 41.9 | 55.6 | 376 |
| 16 | 1 to 5 | 7.3 | 66.7 | 26.4 | 1,353 |
| 17 | 1 to 5 | 0.0 | 33.3 | 66.7 | 10 |

Areas 6 and 8, moved into District 1 from racially similar Districts 4 and 3 (respectively) are high Hispanic VAP, low Black VAP areas. Area 14, moved from District 5 to District 1, has a relatively high Hispanic VAP compared to the district it is being moved from, and a relatively low Black VAP.

Areas 15 and 16 are discussed separately in the discussion of Overtown.

District 2

District 2 is the most ethnically and racially diverse Commission district in the City. Though the district is still Hispanic VAP-plurality under both plans, white VAP trails by only 11 percentage points under the Enjoined Plan, compared to about 13 percentage points under Res. 23-271. In other words, the white VAP of District 2 is just 0.9 points lower than the Enjoined Plan, and Hispanic VAP is just 1.0 point higher. Six areas moved between the Enjoined Plan and Res. 23-271 affected District 2 directly. These are listed in *Table 4*, where areas moved out of District 2 are again highlighted in yellow and areas moved into District 2 are highlighted in teal.

*Table 4: Areas Moved Between Enjoined Plan and Res. 23-271 in District 2*
*(areas moved out highlighted in yellow; areas moved in highlighted in teal)*

| Area # | Movement | WVAP | HVAP | BVAP | Total Pop. |
|--------|----------|------|------|------|------------|
| 10 | 4 to 2 | 31.7 | 59.2 | 7.1 | 1,597 |
| 11 | 2 to 3 | 41.0 | 43.6 | 5.2 | 8,304 |
| 12 | 3 to 2 | 45.9 | 42.1 | 4.7 | 1,360 |
| 18 | 5 to 2 | 30.6 | 50.6 | 8.6 | 342 |
| 19 | 5 to 2 | 20.8 | 64.0 | 11.9 | 3,731 |
| 20 | 2 to 5 | 30.5 | 56.7 | 5.5 | 2,433 |

Both Areas 11 and 20 are Hispanic VAP-plurality areas with low Black VAP. They are similar in racial composition to the donor District 2. Area 11 has lower Hispanic VAP than recipient District

3, although it is a Hispanic-plurality area. Area 20 has lower Black VAP than recipient District 5, and a lower white VAP than donor District 2.

All of the areas that were moved into District 2 look more similar, racially, to District 2 than their donor districts. Area 12, in particular, is a white VAP-plurality area that was moved out of a Hispanic VAP supermajority district.   Similarly, Areas 18 and 19 have Black VAP that is considerably lower than their donor District 5 and considerably higher White VAP.

District 3

District 3 is another Hispanic VAP supermajority district. *Table 5* lists the moved areas that affected District 3.

Areas 8, 9, and 12 were moved out of the Enjoined Plan's District 3 under Res. 23-271. While Areas 8 and 12 were discussed in previous sections, Area 9 was also moved out of District 3. Area 9 is a supermajority Hispanic VAP area that was moved into another high Hispanic VAP district (District 4). While both Areas 8 and 9 are high Hispanic VAP areas that were exchanged amongst other high Hispanic VAP areas, it bears repeating that Area 12 is a plurality White VAP area that was moved out of District 3 and into the more diverse District 2, forming an irregular divot into District 3—as if to compensate for the more evenly divided plurality Hispanic VAP Area 11, which was added to District 3 immediately to the south.

*Table 5: Areas Moved Between Enjoined Plan and Res. 23-271 in District 3*
*(areas moved out highlighted in yellow; areas moved in highlighted in teal)*

| Area # | Movement | WVAP | HVAP | BVAP | Total Pop. |
|--------|----------|------|------|------|------------|
| 7 | 1 to 3 | 25.7 | 68.6 | 8.6 | 48 |
| 8 | 3 to 1 | 1.5 | 97.1 | 2.9 | 762 |
| 9 | 3 to 4 | 7.2 | 89.3 | 5.1 | 4,694 |
| 11 | 2 to 3 | 41.0 | 43.6 | 5.2 | 8,304 |
| 12 | 3 to 2 | 45.9 | 42.1 | 4.7 | 1,360 |

Area 7 was discussed in a previous section.

Changes to Districts 4 and 5 were discussed in the sections on Districts 1-3.

*Table 6* summarizes the areas moved into and out of District 4 and *Table 7* summarizes the areas moved into and out of District 5. Note that eight distinct areas were moved in and out of District 5, the largest number in any district.

Table 6: Areas Moved Between Enjoined Plan and Res. 23-271 in District 4
(areas moved out highlighted in yellow; areas moved in highlighted in teal)

| Area # | Movement | WVAP | HVAP | BVAP | Total Pop. |
|--------|----------|------|------|------|------------|
| 6 | 4 to 1 | 0.0 | 99.1 | 3.6 | 139 |
| 9 | 3 to 4 | 7.2 | 89.3 | 5.1 | 4,694 |
| 10 | 4 to 2 | 31.7 | 59.2 | 7.1 | 1,597 |

Table 7: Areas Moved Between Enjoined Plan and Res. 23-271 in District 5
(areas moved out highlighted in yellow; areas moved in highlighted in teal)

| Area # | Movement | WVAP | HVAP | BVAP | Total Pop. |
|--------|----------|------|------|------|------------|
| 13 | 1 to 5 | 1.0 | 80.2 | 29.2 | 805 |
| 14 | 5 to 1 | 2.4 | 66.3 | 37.5 | 286 |
| 15 | 5 to 1 | 11.1 | 41.9 | 55.6 | 376 |
| 16 | 1 to 5 | 7.3 | 66.7 | 26.4 | 1,353 |
| 17 | 1 to 5 | 0.0 | 33.3 | 66.7 | 10 |
| 18 | 5 to 2 | 30.6 | 50.6 | 8.6 | 342 |
| 19 | 5 to 2 | 20.8 | 64.0 | 11.9 | 3,731 |
| 20 | 2 to 5 | 30.5 | 56.7 | 5.5 | 2,433 |

**Overall Movement between Majority-Hispanic and -Black Districts, and District 2**

Looking at all of the areas moved into and out of the three majority-Hispanic Districts 1, 3, and 4; majority-Black District 5, and the racially mixed District 2, further shows that the changes made to the Enjoined Plan shored up, or did not change, the racial composition of each grouping of districts. Collectively, the areas moved out of Districts 1, 3, and 4 have much lower Hispanic VAP

(58.8%) than the Enjoined districts (86.1, 85.6, and 89.6%), making that three-district grouping more concentrated in its Hispanic VAP.

Likewise, the areas moved out of District 5 had a much lower Black VAP (16.6%) than the district overall. District 5's Black VAP (50.3%) is the same in the Enjoined Plan and Res. 23-271.

Areas moved out of District 2 were similar in demographics to the district overall.

*Table 8: Overall Movement in and out of Districts 1-3-4, District 2, and District 5*

| Area # | Description | WVAP | HVAP | BVAP | Total Pop. |
|---|---|---|---|---|---|
| 6, 7, 8, 9 | Areas moved among D1, D3, D4 | 6.4 | 90.4 | 4.8 | 5,643 |
| 10, 12, 13, 16, 17 | Areas moved out of D1, D3, D4 and into D2 or D5 | 25.6 | 58.8 | 14.3 | 5,125 |
| 11, 20 | Areas moved out of D2 | 38.6 | 46.6 | 5.3 | 10,737 |
| 14, 15, 18, 19 | Areas moved out of D5 | 19.8 | 61.2 | 16.6 | 4,735 |

**Changes made to Overtown**

Referring back to *Figure* 2, Area 15 (moved from District 5 to District 1) and Area 16 (moved from District 1 to District 5) are of special note. These areas are portions of a contested area of the City referred to as Overtown (by City Code § 2-1051,[1] the Miami Police Department (MPD),[2] and the City's now-dissolved Neighborhood Enhancement Team (NET)[3]) or as Historic Overtown (by the Greater Miami Convention & Visitors Bureau (GMCVB)[4] and consultant Miguel De Grandy).

While the definitions found in City Code and by the GMCVB/NET/MPD[5] differ slightly, as

---

[1] The Code defines Overtown as follows: "As used herein, the "Overtown area" is that area approximately bounded on the north by Northwest 20th Street from Florida East Coast Railroad to Northwest 3rd Avenue to Northwest 5th Avenue; on the west by I-95 Expressway from Northwest 21st Terrace to 836 Expressway and State Road 836 (East-West) Expressway from I-95 to the Miami River; on the south by Northwest 3rd Street from Florida East Coast Railroad to Northwest 7th Avenue and the Miami River from Northwest 7th Avenue to 836 Expressway; and on the east by Florida East Coast Railroad right-of-way. (Note: All boundaries are to be construed expansively, incorporating the breadth of described streets, avenues, expressways, and railroad property.)"
[2] https://www.miami-police.org/overtown.html
[3] http://www.miami21.org/PDFs/support/netmapnew.jpg
[4] https://www.miamiandbeaches.com/neighborhoods/historic-overtown
[5] The GMCVB's Overtown definition is identical to the NET and Police Neighborhood Service Area boundaries.

depicted in *Figure 3*, they are both more expansive than the definition used by De Grandy.



*Figure 3: Different Definitions of Overtown/Historic Overtown*

The top-left panel of *Figure 3* compares the City's definition with that of De Grandy's; Area 35, in teal, is the area included in the City's definition but excluded by De Grandy. Similarly, Area 36 in the top-right panel – though slightly smaller than Area 35 – is the area included in the GMCVB/NET/MPD definition but excluded in De Grandy's. What both Area 35 and Area 36 have in common is that they have considerably lower Black VAP (24.6% and 26.2%, respectively) than Area 34 (60.5%), De Grandy's definition of Overtown. This is important to note because Area 34 corresponds almost exactly to the portions of Overtown that are contained in District 5 under Res. 23-271. While the northeast portions of Areas 35 and 36 (north of NW 20th St and east of

NW 1st Ave), which were also excluded from De Grandy's definition, are contained within District 5, these portions have much greater black VAP (64.1%) than the southwest portions that are contained in District 1.

Overall, De Grandy's boundaries of Historic Overtown are considerably more restrictive than both City Code and the GMCVB/NET/MPD definition. The southwest portions of Historic Overtown that De Grandy excluded from his definition were kept in D1 (with high Hispanic VAP) and are notably racially different from the area that he defined as Historic Overtown. This definition shored up the existing racial composition of District 5 and shored up the Hispanic supermajority in District 1. While there is a small sliver of Historic Overtown excluded from De Grandy's version in the northeast that contains very few people (413 relative to the 3,301 that made up the entirety of the area excluded by the consultant), it is characterized by levels of Black VAP that are more similar to the areas that the consultant did not exclude (64.1% in this northern portion compared to the 60.5% in the portion of Historic Overtown identified by De Grandy). Regardless of definitions, this small, high Black VAP section of Areas 35 and 36 was included in District 5 along with De Grandy's defined area, providing further evidence that De Grandy defined Historic Overtown along racial lines, resulting in the area being split into District 1 and District 5 on the basis of race.

**Partisan motivations**

Partisan motivations cannot explain the boundaries of the commission districts nor the movement of specific areas between the Enjoined Plan and Res. 23-271. In particular, a desire to maximize Republican advantage in Districts 1, 3, and/or 4 cannot explain any aspect of Res. 23-

271. As I discussed in my previous report, commission elections occur on a nonpartisan basis and commission district maps have no outcome on other elections (i.e., state or federal elections).

Additionally, the areas that were moved into Districts 1, 3, and 4 under Res. 23-271 were, in general, no less Republican than other surrounding precincts that could have potentially been moved. Most of Precinct 531, for instance, was kept in District 5 (which voted only 16% for Donald Trump for president in 2020) and out of District 1 (which voted 49% for Trump). But Precinct 531 is less Democratic (28% for Trump) than both Precinct 522 (13% for Trump) and Precinct 523 (26% Trump), parts of which were kept in District 1. It is notable that the less-Democratic Precinct 531 includes most of the Overtown area, as discussed above. The more-Democratic Precinct 522 is divided in the identical manner as in the Enjoined Plan, along racial lines, as discussed in my initial report at page 7.

Less-Republican areas like Precincts 996 (31% for Trump) and part of Precinct 546 (29% for DeSantis) were also added to or retained in District 3 (which voted 46% for Trump), while alternative adjacent precincts like 569 (43% Trump), nearly all of 541 (41% Trump), and part of 566 (39% Trump) with higher Republican vote shares remained or were moved into District 2 (which voted 34% for Trump).

Further, Precinct 989 (78% Trump) was moved in its entirety from District 1 into District 3. In exchange, most of the less-Republican Precincts 997 (58% Trump) and 971 (63% Trump) were added to District 1 from Districts 3 and 4. These movements suggest that enhancing Republican advantage in District 1 was not a motivation behind the map.

Shoring up the Republican partisanship of any one of Districts 1, 3, or 4 would have allowed the mapmaker to move areas along the internal borders of those districts to achieve a

desired partisan advantage in the others, but the map does not reflect such a strategy. There is no evidence to suggest that any areas were moved or not moved to shore up partisan advantages in district cores.

**Conclusion**

The City's Proposed Remedy ("Res. 23-271") for the Miami City Commission has not been substantially changed from the Enjoined Plan. The changes that have occurred appear to continue to be designed around racial and ethnic considerations. There is no basis on which to make the argument that these considerations were instead partisan in nature.

Dr. Carolyn Abott, Ph.D.

July 5, 2023, in New York City, NY

## **Appendices**

## **Appendix 1. Plan District Demographics**

| Enjoined Plan | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Dist.** | **Total Pop.** | **Pop. Dev.** | **% Dev.** | **WVAP** | **HVAP** | **BVAP** | **WCVAP** | **HCVAP** | **BCVAP** |
| **1** | 88,108 | −340 | −0.4 | 3.5 | 89.5 | 11.0 | 5.0 | 86.1 | 8.2 |
| **2** | 93,300 | +4,852 | +5.5 | 37.4 | 48.6 | 7.3 | 40.5 | 44.4 | 8.7 |
| **3** | 87,658 | −790 | −0.9 | 7.7 | 88.3 | 5.4 | 9.9 | 85.6 | 3.9 |
| **4** | 86,597 | −1,851 | −2.1 | 7.6 | 89.5 | 3.1 | 8.3 | 89.6 | 1.3 |
| **5** | 86,578 | −1,870 | −2.1 | 10.5 | 40.6 | 50.3 | 9.5 | 30.8 | 58.2 |
| *Overall Range* | | *6,722* | *7.6* | | | | | | |

| Version 12 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Dist.** | **Total Pop.** | **Pop. Dev.** | **% Dev.** | **WVAP** | **HVAP** | **BVAP** | **WCVAP** | **HCVAP** | **BCVAP** |
| **1** | 87,465 | −983 | −1.1 | 3.4 | 89.7 | 10.9 | 5.0 | 85.9 | 8.3 |
| **2** | 88,749 | +301 | +0.3 | 36.1 | 49.9 | 7.7 | 38.1 | 46.3 | 9.7 |
| **3** | 89,479 | +1,031 | +1.2 | 10.7 | 84.4 | 5.4 | 13.8 | 81.4 | 3.8 |
| **4** | 89,390 | +942 | +1.1 | 7.4 | 89.8 | 3.1 | 8.0 | 89.8 | 1.4 |
| **5** | 87,158 | −1,290 | −1.5 | 10.8 | 40.7 | 50.0 | 9.8 | 31.4 | 57.0 |
| *Overall Range* | | *2,276* | *2.6* | | | | | | |

| Version 14 (D1 alt) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Dist.** | **Total Pop.** | **Pop. Dev.** | **% Dev.** | **WVAP** | **HVAP** | **BVAP** | **WCVAP** | **HCVAP** | **BCVAP** |
| **1** | 87,465 | −983 | −1.1 | 3.4 | 89.7 | 10.9 | 5.0 | 85.9 | 8.3 |
| **2** | 89,424 | +976 | +1.1 | 35.9 | 51.2 | 5.9 | 38.9 | 49.5 | 5.7 |
| **3** | 89,530 | +1,082 | +1.2 | 7.1 | 89.5 | 5.1 | 9.9 | 86.0 | 3.6 |
| **4** | 88,247 | −201 | −0.2 | 10.2 | 84.6 | 5.1 | 10.4 | 83.6 | 4.8 |
| **5** | 87,575 | −873 | −1.0 | 11.0 | 40.5 | 49.9 | 10.2 | 31.4 | 56.6 |
| *Overall Range* | | *2,065* | *2.3* | | | | | | |

| Version 12 D2 alt | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Dist.** | **Total Pop.** | **Pop. Dev.** | **% Dev.** | **WVAP** | **HVAP** | **BVAP** | **WCVAP** | **HCVAP** | **BCVAP** |
| **1** | 87,465 | −983 | −1.1 | 3.4 | 89.7 | 10.9 | 5.0 | 85.9 | 8.3 |
| **2** | 90,146 | +1,698 | +1.9 | 36.7 | 49.4 | 7.6 | 38.4 | 45.9 | 9.6 |
| **3** | 88,806 | +358 | +0.4 | 10.1 | 85.0 | 5.5 | 12.7 | 82.6 | 3.8 |
| **4** | 89,390 | +942 | +1.1 | 7.4 | 89.8 | 3.1 | 8.0 | 89.8 | 1.4 |
| **5** | 86,434 | −2,014 | −2.3 | 10.5 | 40.6 | 50.3 | 9.6 | 31.4 | 57.4 |
| *Overall Range* | | *3,712* | *4.2* | | | | | | |

**Version 12 D5 alt**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 87,465 | −983 | −1.1 | 3.4 | 89.7 | 10.9 | 5.0 | 85.9 | 8.3 |
| 2 | 89,473 | +1,025 | +1.2 | 36.2 | 49.8 | 7.7 | 38.0 | 46.1 | 9.8 |
| 3 | 89,479 | +1,031 | +1.2 | 10.7 | 84.4 | 5.4 | 13.8 | 81.4 | 3.8 |
| 4 | 89,390 | +942 | +1.1 | 7.4 | 89.8 | 3.1 | 8.0 | 89.8 | 1.4 |
| 5 | 86,434 | −2,014 | −2.3 | 10.5 | 40.6 | 50.3 | 9.6 | 31.4 | 57.4 |
| *Overall Range* | *3,045* | *3.4* | | | | | | | |

**Version 12 D3 alt v1**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 87,465 | −983 | −1.1 | 3.4 | 89.7 | 10.9 | 5.0 | 85.9 | 8.3 |
| 2 | 89,593 | +1,145 | +1.3 | 36.5 | 49.6 | 7.7 | 38.6 | 45.8 | 9.6 |
| 3 | 89,194 | +746 | +0.8 | 10.5 | 84.5 | 5.4 | 12.6 | 82.7 | 3.8 |
| 4 | 89,555 | +1,107 | +1.3 | 7.2 | 90.0 | 3.1 | 7.9 | 90.0 | 1.4 |
| 5 | 86,434 | −2,014 | −2.3 | 10.5 | 40.6 | 50.3 | 9.6 | 31.4 | 57.4 |
| *Overall Range* | *3,159* | *3.6* | | | | | | | |

**Version 12 D3 alt v2**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 87,201 | −1,247 | −1.4 | 3.4 | 89.8 | 10.8 | 5.0 | 85.9 | 8.3 |
| 2 | 89,593 | +1,145 | +1.3 | 36.5 | 49.6 | 7.7 | 38.6 | 45.8 | 9.6 |
| 3 | 89,194 | +746 | +0.8 | 10.5 | 84.5 | 5.4 | 12.6 | 82.7 | 3.8 |
| 4 | 89,555 | +1,107 | +1.3 | 7.2 | 90.0 | 3.1 | 7.9 | 90.0 | 1.4 |
| 5 | 86,698 | −1,750 | −2.0 | 10.5 | 40.7 | 50.3 | 9.6 | 31.6 | 57.3 |
| *Overall Range* | *2,895* | *3.3* | | | | | | | |

**Resolution 23-271 - Version 12 D3 alt v3 - City's Proposed Remedial Plan**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 87,455 | −993 | −1.1 | 3.4 | 89.7 | 10.9 | 5.0 | 85.9 | 8.3 |
| 2 | 89,593 | +1,145 | +1.3 | 36.5 | 49.6 | 7.7 | 38.6 | 45.8 | 9.6 |
| 3 | 89,194 | +746 | +0.8 | 10.5 | 84.5 | 5.4 | 12.6 | 82.7 | 3.8 |
| 4 | 89,555 | +1,107 | +1.3 | 7.2 | 90.0 | 3.1 | 7.9 | 90.0 | 1.4 |
| 5 | 86,444 | −2,004 | −2.3 | 10.5 | 40.6 | 50.3 | 9.6 | 31.4 | 57.4 |
| *Overall Range* | *3,149* | *3.6* | | | | | | | |

**P1**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 86,569 | −1,879 | −2.1 | 14.9 | 70.1 | 16.1 | 14.8 | 66.3 | 16.5 |
| 2 | 89,078 | +630 | +0.7 | 31.2 | 57.9 | 5.8 | 33.2 | 56.3 | 6.4 |
| 3 | 87,666 | −782 | −0.9 | 5.8 | 90.8 | 5.2 | 7.4 | 88.6 | 3.6 |
| 4 | 89,091 | +643 | +0.7 | 3.5 | 95.0 | 3.0 | 4.5 | 94.1 | 0.8 |
| 5 | 89,837 | +1,389 | +1.6 | 13.8 | 41.2 | 45.2 | 12.4 | 32.3 | 53.0 |
| *Overall Range* | | *3,268* | *3.7* | | | | | | |

**P2**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 86,541 | −1,907 | −2.2 | 4.3 | 86.6 | 13.7 | 6.0 | 81.0 | 12.4 |
| 2 | 89,897 | +1,449 | +1.6 | 36.9 | 48.7 | 7.9 | 39.6 | 44.3 | 10.1 |
| 3 | 85,108 | −3,340 | −3.8 | 10.6 | 84.8 | 4.3 | 12.3 | 84.5 | 2.4 |
| 4 | 90,388 | +1,940 | +2.2 | 2.9 | 95.6 | 3.3 | 3.5 | 94.5 | 1.5 |
| 5 | 90,307 | +1,859 | +2.1 | 13.3 | 41.0 | 46.2 | 11.9 | 31.8 | 54.3 |
| *Overall Range* | | *5,280* | *6.0* | | | | | | |

**P3**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 87,607 | −841 | −1.0 | 5.6 | 85.4 | 13.0 | 7.2 | 80.6 | 11.7 |
| 2 | 89,522 | +1,074 | +1.2 | 37.9 | 48.2 | 7.0 | 41.1 | 44.2 | 8.2 |
| 3 | 85,973 | −2,475 | −2.8 | 10.6 | 84.9 | 4.3 | 12.2 | 84.6 | 2.4 |
| 4 | 90,388 | +1,940 | +2.2 | 2.9 | 95.6 | 3.3 | 3.5 | 94.5 | 1.5 |
| 5 | 88,751 | +303 | +0.3 | 11.3 | 41.1 | 48.8 | 10.1 | 31.6 | 56.5 |
| *Overall Range* | | *4,415* | *5.0* | | | | | | |

**P4**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 87,556 | −892 | −1.0 | 5.6 | 85.8 | 13.0 | 7.2 | 80.3 | 11.9 |
| 2 | 89,522 | +1,074 | +1.2 | 37.9 | 48.2 | 7.0 | 41.1 | 44.2 | 8.2 |
| 3 | 87,829 | −619 | −0.7 | 10.4 | 85.1 | 4.2 | 12.1 | 84.7 | 2.4 |
| 4 | 87,667 | −781 | −0.9 | 2.9 | 95.6 | 3.2 | 3.4 | 94.5 | 1.5 |
| 5 | 89,667 | +1,219 | +1.4 | 11.2 | 41.5 | 48.4 | 10.0 | 32.3 | 55.8 |
| *Overall Range* | | *2,111* | *2.4* | | | | | | |

## Appendix 2a. Areas Moved between Enjoined Plan and Res. 23-271

| Area # | Description | Movement | WVAP | HVAP | BVAP | Total Pop. | Bounded by |
|---|---|---|---|---|---|---|---|
| 6 | Flagami (single block) | 4 to 1 | 0.0 | 99.1 | 3.6 | 139 | NW 3rd St, 4th Ave, 4th St, 45th Ave |
| 7 | Sewell Park | 1 to 3 | 25.7 | 68.6 | 8.6 | 48 | Dolphin Expy, Lawrence Canal, Miami River |
| 8 | Sewell Park | 3 to 1 | 1.5 | 97.1 | 2.9 | 762 | Dolphin Expy, Lawrence Canal, NW 7th St, 22nd Ave |
| 9 | Little Havana/Shenandoah | 3 to 4 | 7.2 | 89.3 | 5.1 | 4,694 | SW 32nd Ave, 5th St, 31st Ave, 4th St, 23rd Ave, 8th St, 16th Ave, 22nd St, 17th Ave, 9th St, 27th Ave, 8th St |
| 10 | West Grove | 4 to 2 | 31.7 | 59.2 | 7.1 | 1,597 | US 1, SW 27th Ave, Bird Ave |
| 11 | Bay Heights to Brickell | 2 to 3 | 41.0 | 43.6 | 5.2 | 8,304 | SW/SE 7th St, Metromover, Brickell Plaza, S Miami Ave, Alatka St, US 1, I-95, Metrorail |
| 12 | West Brickell (single block) | 3 to 2 | 45.9 | 42.1 | 4.7 | 1,360 | Miami River, Metrorail, SW 7th St, 2nd Ave |
| 13 | Northeast Allapattah | 1 to 5 | 1.0 | 80.2 | 29.2 | 805 | NW 12th Ave, 36th St, 8th Ave, 34th St, 11th Ave, 33rd Ct, 33rd St |
| 14 | Northeast Allapattah | 5 to 1 | 2.4 | 66.3 | 37.5 | 286 | I-95, NW 32nd St, 8th Ave, 35th St |
| 15 | Overtown | 5 to 1 | 11.1 | 41.9 | 55.6 | 376 | I-95, Dolphin Expy, NW 7th Ave, 22nd St |
| 16 | Overtown/Culmer | 1 to 5 | 7.3 | 66.7 | 26.4 | 1,353 | Dolphin Expy, NW 7th Ave, 8th St Rd, Seybold Canal |
| 17 | People's BBQ block | 1 to 5 | 0.0 | 33.3 | 66.7 | 10 | I-95, NW 7th St, 4th Ave, 8th St |
| 18 | Baypoint/Morningside | 5 to 2 | 30.6 | 50.6 | 8.6 | 342 | Biscayne Blvd, Federal Hwy, NE 36th St |
| 19 | Omni | 5 to 2 | 20.8 | 64.0 | 11.9 | 3,731 | FEC Rwy, NE 19th St , NE 2nd Ave, NE/NW 10th St |
| 20 | Downtown | 2 to 5 | 30.5 | 56.7 | 5.5 | 2,433 | Miami River, Metrorail, SW 3rd St, S Miami Ave, SE 2nd St, SE 2nd Ave |
| | | | | | Total Moved | 26,240 | |

**Appendix 2b. Overall Movement between Majority-Hispanic Districts, Majority-Black District 5, and District 2 between Enjoined Plan and Res. 23-271**

| Area # | Description | WVAP | HVAP | BVAP | Total Pop. |
|---|---|---|---|---|---|
| 6, 7, 8, 9 | Areas moved among D1, D3, D4 | 6.4 | 90.4 | 4.8 | 5,643 |
| 10, 12, 13, 16, 17 | Areas moved out of D1, D3, D4 and into D2 or D5 | 25.6 | 58.8 | 14.3 | 5,125 |
| 11, 20 | Areas moved out of D2 | 38.6 | 46.6 | 5.3 | 10,737 |
| 14, 15, 18, 19 | Areas moved out of D5 | 19.8 | 61.2 | 16.6 | 4,735 |

**Appendix 3. Cores of Enjoined Districts Remaining Intact in Res. 23-271**

| Dist. | WVAP | HVAP | BVAP | Total Pop. |
|---|---|---|---|---|
| 1 | 3.4 | 90.0 | 10.6 | 85,892 |
| 2 | 37.2 | 48.8 | 7.5 | 82,563 |
| 3 | 7.1 | 89.0 | 5.4 | 80,842 |
| 4 | 7.2 | 90.1 | 3.0 | 84,861 |
| 5 | 9.9 | 39.3 | 52.5 | 81,843 |

**Appendix 4. Areas Moved between Version 12 and Res. 23-271**

| Area # | Description and Movement Between Enjoined, Version 12, and Res. 23-271 | WVAP | HVAP | BVAP | Total Pop. | Bounded by |
|---|---|---|---|---|---|---|
| 17 | People's BBQ block moved from D1 to D3 in Res. 23-271 | 0.0 | 33.3 | 66.7 | 10 | I-95, NW 7th St, 4th Ave, 8th St |
| 21 | North Grove area moved from D2 to D3 in Version 12, then back to D2 in Res. 23-271 | 54.8 | 35.9 | 3.3 | 1,672 | US 1, SW 22nd Ave, Kirk St, S Bayshore Dr, Aviation Ave, SW 27th Ave |
| 22 | Shenandoah area moved from D3 to D4 in Version 12, then back to D3 in Res. 23-271 | 12.1 | 83.2 | 3.2 | 1,932 | SW 17th Ave, 22nd St, 16th Ave, 8th St, 14th Ave, 3rd Ave, US 1 |
| 23 | Little Havana area moved from D3 to D4 in Res. 23-271 | 3.0 | 94.8 | 4.3 | 2,097 | SW 8th St, 32nd Ave, 5th St, 31st Ave, 4th St, 23rd Ave |
| 24 | Brickell/Simpson Park areas moved from D2 to D3 in Res. 23-271 | 39.2 | 47.1 | 5.3 | 2,949 | SW 25th Rd, I-95, Metrorail, SW 12th St, S Miami Ave; and S Miami Ave, SE 7th St, Brickell Place |
| 25 | Brickell area moved from D3 to D2 in Res. 23-271 | 45.2 | 42.1 | 5.3 | 1,397 | SW 7th St, 2nd Ave, Miami River, S Miami Ave |
| 26 | North end of Morningside moved from D2 to D5 in Version 12, then back to D2 in Res. 23-271 | 41.9 | 42.8 | 11.8 | 724 | Biscayne Bay, NE 55th Ter, Biscayne Blvd, NE 61st St |

## Appendix 5. Other Areas of Comparison

| Area # | Description | WVAP | HVAP | BVAP | Total Pop | Bounded by |
|---|---|---|---|---|---|---|
| 27 | South end of Morningside/Baypoint, kept in D2 in Version 12 | 39.5 | 44.7 | 10.1 | 1,980 | Biscayne Bay, Julia Tuttle, Federal Hwy, NE 55th Ter |
| 26 + 27 | Entire Morningside/Baypoint area – moved into D5 in Version 14 and P1, P2, P3 | 40.1 | 44.2 | 10.6 | 2,704 | Biscayne Bay, Julia Tuttle, Federal Hwy, Biscayne Blvd, NE 61st St |
| 28 | D5's Downtown appendage south of NW/NE 8th St retained from Enjoined Plan | 21.1 | 47.4 | 32.5 | 2,848 | Miami River, SW 1st St, I-95, NW/NE 8th St, NE/SE 2nd Ave, SE 2nd St, S Miami Ave, SW 3rd St, Metrorail |
| 29 | Entire Omni/Downtown area west of NE 2nd Ave included in D2 (including Condo Canyon) | 20.8 | 62.9 | 12.7 | 5,703 | FEC Rwy, NW 19th St, 2nd Ave, NE/NW 8th St |
| 30 | Bay Heights area added to D3 | 31.4 | 61.6 | 0.9 | 604 | US 1, S Miami Ave, Alatka St |
| 31 | Entire Northeast Allapattah area included in D5 | 2.0 | 67.8 | 38.3 | 1,293 | SR 112, I-95, NW 35th St, 8th Ave, 34th St, 11th Ave, 33rd Ct, 33rd St, 12th Ave |
| 32 | D1's entire riverside appendage | 10.4 | 71.9 | 19.6 | 4,630 | Miami River, Dolphin Expy, Seybold Canal, NW 8th St Rd, 8th St, 4th Ave, 7th St, I-95, SW 1st St |

## Appendix 6. Divisions of Overtown

| Area # | Description | WVAP | HVAP | BVAP | Total Pop | Bounded by |
|---|---|---|---|---|---|---|
| 34 | "Historic Overtown" on De Grandy Slide | 3.6 | 39.5 | 60.5 | 8,536 | Dolphin Expy, I-95, NW 20th St, 1st Ave, FEC Rwy, NW 8th St, 8th St Rd, Seybold Canal |
| 35 | Areas of Overtown (City Code § 2-1051) excluded from De Grandy definition | 9.1 | 67.6 | 24.6 | 4,394 | Dolphin Expy, I-95, NW 21st Ter, 22nd St, 3rd Ave, 20th St, FEC Rwy, NW 3rd St, Miami River |
| 36 | Areas of Overtown (Greater Miami Convention & Victors Bureau/NET/MPD definition) excluded from De Grandy definition | 10.9 | 63.7 | 26.2 | 3,301 | Dolphin Expy, I-95, NW 21st Ter, 22nd St, 3rd Ave, 20th St, FEC Rwy, NW 5th St, Miami River |
| 37 | 3 Overtown blocks moved into D5 in Version 12 D3 alt v2, then moved back into D1 | 5.3 | 70.2 | 35.6 | 254 | NW 7th Ave, 8th St, 4th Ave, 7th St |
| 38 | 14 Overtown blocks always kept in D1 | 2.9 | 76.5 | 23.6 | 2,589 | NW 7th Ave, 7th St, I-95, 3rd St, Miami River |
| 37 + 38 | Total 17-block Overtown area in D1 (between NW 3rd and 8th Streets) | 3.1 | 76.0 | 24.6 | 2,843 | NW 7th Ave, 8th St, 4th Ave, 7th St, I-95, 3rd St, Miami River |
| 39 | Overtown area west of the Seybold Canal kept in D1 | 28.0 | 56.1 | 10.3 | 948 | Dolphin Expy, Seybold Canal, NW 8th St Rd, 7th Ave, Miami River |
| 40 | Portion of Overtown (City Code) in D5 | 3.7 | 39.6 | 60.1 | 9,139 | Dolphin Expy, I-95, NW 21st Ter, 22nd St, 3rd Ave, 20th St, FEC Rwy, NW 3rd St, I-95, NW 7th St, 4th Ave, 8th St, 8th St Rd, Seybold Canal |

**Appendix 7. FDC-Miami Population and Placement in Different Plans**

The Federal Detention Center (FDC) Miami is located at Block 1013 of Tract 37.06 in Miami-Dade County. The Census Bureau reports separately the incarcerated population. For this block, the incarcerated population is the same as the total population, meaning no non-incarcerated individuals were counted at this block. Below are the demographics of the FDC-Miami block, and which Commission district FDC-Miami is located in under each of the redistricting plans.

| Total Pop. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|
| 1,407 | 20.7 | 40.5 | 43.7 | 12.3 | 40.3 | 47.4 |

| Plan | District |
|---|---|
| 2013 Plan | 2 |
| Enjoined Plan | 5 |
| Version 12 | 5 |
| Version 14 (D1 alt) | 5 |
| Version 12 D2 alt | 5 |

| Plan | District |
|---|---|
| Version 12 D5 alt | 5 |
| Version 12 D3 alt v1 | 5 |
| Version 12 D3 alt v2 | 5 |
| Version 12 D3 alt v3 (Res. 23-271) | 5 |

| Plan | District |
|---|---|
| P1 | 1 |
| P2 | 2 |
| P3 | 1 |
| P4 | 1 |