# Supplementary Report:
# Racially Polarized Voting in Miami, Florida

Bryant J. Moy, PhD

July 1, 2023

## Introduction and Scope of Work

My name is Bryant J. Moy, Ph.D., and I am a faculty fellow in the Center for Data Science and a Visiting Assistant Professor in the Wilf Family Department of Politics at New York University. My qualifications were further described in my initial report dated February 10, 2023.

I have been asked to analyze two proposed maps and provide my expert opinion on whether Black voters could elect their preferred candidates in the newly constituted District 5. The first is Plaintiff's 4 ("P4") and the second is the City of Miami's proposed map ("City"). I was provided a geolocated voter file and two shape files containing the geographic boundaries of newly constituted District 5.

In this report, I first provide racial demographic data of registered voters under the current map, the P4 plan, and the city's proposal. Second, I analyze the performance of the Black-preferred candidate in six recent contests from 2022. Lastly, I re-analyze five contests from 2020 where I previously showed evidence of racial polarization. I discuss how the newly proposed maps make it easier for Black voters to translate their preferences to higher vote totals for their preferred candidate.

## Summary of Findings

- Black voters in the City of Miami cohesively support a single candidate in the six recent elections: Senate, Governor, County Judge Group 5, Chief Financial Officer, Commissioner of Agriculture, and Attorney General. Moreover, non-Black voters' support for the Black-preferred candidate is under 50% in all contests. I find patterns of racially polarized voting in these contests.

- In the six recent elections, the Black-preferred candidate received the vast majority of the top two-candidate vote across both newly proposed districts. Moreover, the Black-preferred candidate would have received more votes under the P4 plan than both the enjoined map and the city's proposed plan.

- In the re-analysis of five previously polarized contests in 2020, I find that the Black-preferred candidate would prevail under either of the proposed districts. More importantly, the Black-preferred candidates under P4 have a marginally higher likelihood of prevailing given the larger makeup of the district regardless of the Black share of the precinct.

# 1    Racial Demographics of Registered Voters in District 5

There are 220,103 registered voters in Miami.[1] In Table 1 I show the racial composition of registered voters under each map's District 5. The City of Miami has a majority-Hispanic electorate with Anglos (non-Hispanic whites) constituting 21% of the electorate and Blacks constituting 17% of the electorate.

Table 1: District 5 Racial Composition: Registered Voters

| Race | Enjoined | Enjoined % | P4 | P4 % | City | City % |
|------|----------|-----------|------|------|------|--------|
| Anglo | 6,813 | 14.0% | 7,550 | 15.0% | 6,782 | 14.0% |
| Black | 28,054 | 57.6% | 28,156 | 55.5% | 27,793 | 57.0% |
| Hispanic | 13,166 | 27.0% | 14,324 | 28.0% | 13,338 | 27.0% |
| AAPI/American Indian | 661 | 1.3% | 703 | 1.4% | 713 | 1.5% |
| Total | 48,694 | - | 50,733 | - | 48,626 | - |

# 2    Black-Preferred Candidates in Recent Elections

In this section, I analyze six recently help contests in 2022 to assess the extent to which they show patterns of racially polarized voting: U.S. Senate, Governor, Attorney General, Chief Financial Officer, Commissioner of Agriculture, and County Judge Group 5. I estimate the extent to which Black voters cohesively support a single candidate using bivariate scatterplots. The x-axis corresponds with the Black Share of the Total Citizen Voting Age Population for 2020, while the y-axis corresponds with the Black preferred candidate's vote share within Miami precincts.[2] I draw a linear line of best fit through the cluster of precincts. The positive association means that as the Black share of the Citizen Voting Age Population increases, the Black-preferred candidate receives a higher share of the vote.

For all contest, when the precinct is homogeneously Black, the identified Black-preferred candidate receives overwhelming support. Similarly, when precincts are homogeneously non-Black, the Black-preferred candidate fails to receive the majority of the votes on average. All of the six contests analyzed show signs of racially polarized voting.[3]

In Table 2, I indicate which individuals are the Black-preferred candidates and include their ethnicity in parentheses: "B" represents Black, "W" represents non-Hispanic white, and "H" represents Hispanic of any race.

Table 2: List of Elections Analyzed

| Race | Black-Preferred Candidate | Non-Black-Preferred Candidate |
|------|--------------------------|-------------------------------|
| US Senate | Demings (B) | Rubio (H) |
| Governor | Crist (W) | DeSantis (W) |
| Attorney General | Ayala (B) | Moody (W) |
| Chief Financial Officer | Hattersley (W) | Patronis (W) |
| Commissioner of Agriculture | Blemur (B) | Simpson (W) |
| County Judge Group 5 | Seraphin (B) | Diaz de la Portilla (H) |

---

1. Consistent with the first report, I include Black, Anglo, Hispanic, AAPI/American Indian and exclude voters whose race is recorded as "Other," "Multi-racial," or "Unknown" throughout the analysis. Registered voters recorded as both active and inactive status are included in this analysis.

2. For this analysis, I use the top two candidates only.

3. In 5 of the 6 contest, when the Black share of CVAP is 0, the Black-preferred candidate receives a vote share in the low 40s. In the County Judge Group 5, however, when the Black share of CVAP is 0, the Black-preferred candidate receives 49% of the vote. While still under 50%, there is suggestive evidence that the County Judge Group 5 may show less racial polarization than the other contests.

Figure 1: Black Preferred Candidates in Recent Contests



## 2.1   Performance of Black-Preferred Candidate in Recent Elections

Using precinct-level results of six elections held in 2022, I aggregate results to determine how many votes the Black-preferred candidate would have received within the boundaries of the two newly constituted districts (See Table 3). The two-candidate vote shares were similar across proposed districts.[4] The Black-preferred candidate would have prevailed in all contests analyzed at the district-level. According to Table 3, the Black-preferred candidate would receive more votes under the P4 map than both the enjoined and the city's plan.

---

4. I use the top two candidate vote totals to examine the contest's Black-preferred and non-Black-preferred candidates.

Table 3: Black-Preferred Candidate Performance in Recent Election

| Race | Map | Vote Total | Black-Pref. # | Black-Pref. % | Non-Black-Pref. # | Non-Black-Pref. % |
|---|---|---|---|---|---|---|
| County Judge Grp 5 | Enjoined | 7157 | 5234 | 73.1% | 1923 | 26.9% |
| County Judge Grp 5 | P4 | 7046 | 5433 | 77.1% | 1613 | 22.9% |
| County Judge Grp 5 | City | 7548 | 5735 | 76.0% | 1813 | 24.0% |
| US Senate | Enjoined | 16807 | 12230 | 72.8% | 4577 | 27.2% |
| US Senate | P4 | 15942 | 12718 | 79.8% | 3224 | 20.2% |
| US Senate | City | 17753 | 13815 | 77.8% | 3938 | 22.2% |
| Governor | Enjoined | 16849 | 11989 | 71.2% | 4860 | 28.8% |
| Governor | P4 | 15966 | 12462 | 78.1% | 3504 | 21.9% |
| Governor | City | 17782 | 13530 | 76.1% | 4252 | 23.9% |
| Attorney General | Enjoined | 16660 | 11979 | 71.9% | 4681 | 28.1% |
| Attorney General | P4 | 15876 | 12403 | 78.1% | 3473 | 21.9% |
| Attorney General | City | 17678 | 13507 | 76.4% | 4171 | 23.6% |
| CFO | Enjoined | 16554 | 11908 | 71.9% | 4646 | 28.1% |
| CFO | P4 | 15762 | 12418 | 78.8% | 3344 | 21.2% |
| CFO | City | 17552 | 13477 | 76.8% | 4075 | 23.2% |
| Comm. of Agriculture | Enjoined | 16607 | 12182 | 73.4% | 4425 | 26.2% |
| Comm. of Agriculture | P4 | 15830 | 12645 | 79.9% | 3185 | 20.1% |
| Comm. of Agriculture | City | 17608 | 13743 | 78.0% | 3865 | 22.0% |

# 3  Black-Preferred Candidate Performance in Previously Racially Polarized Elections

Table 4: Black-Preferred Candidate Performance in Previous RPV Elections

| Race | Map | Vote # | Black-Pref. # | Black-Pref. % | Non-Black-Pref. # | Non-Black-Pref. % |
|---|---|---|---|---|---|---|
| President | Enjoined | 36848 | 28308 | 76.8% | 8540 | 23.2% |
| President | P4 | 38379 | 31312 | 81.6% | 7067 | 18.4% |
| President | City | 41234 | 33233 | 80.6% | 8001 | 19.4% |
| County Mayor | Enjoined | 32852 | 24968 | 76.0% | 7884 | 24.0% |
| County Mayor | P4 | 34145 | 27473 | 80.5% | 6672 | 19.5% |
| County Mayor | City | 36703 | 29209 | 79.6% | 7494 | 20.4% |
| County Judge Grp 9 | Enjoined | 12043 | 7281 | 60.5% | 4762 | 39.5% |
| County Judge Grp 9 | P4 | 12798 | 8198 | 64.1% | 4600 | 35.9% |
| County Judge Grp 9 | City | 13325 | 8443 | 63.4% | 4882 | 36.6% |
| Circuit Judge Group 57 | Enjoined | 12348 | 7563 | 61.2% | 4785 | 38.8% |
| Circuit Judge Group 57 | P4 | 13140 | 8741 | 66.5% | 4399 | 33.5% |
| Circuit Judge Group 57 | City | 13685 | 8976 | 65.6% | 4709 | 34.4% |
| Circuit Judge Group 67 | Enjoined | 12189 | 6362 | 52.2% | 5827 | 47.8% |
| Circuit Judge Group 67 | P4 | 12891 | 7219 | 56.0% | 5672 | 44.0% |
| Circuit Judge Group 67 | City | 13428 | 7504 | 55.9% | 5924 | 44.1% |

In this section, I re-analyze five 2020 contests that exhibited signs of racial polarization in my previous report: President, County Mayor, County Judge Group 9, Circuit Judge Group 57, and Circuit Judge Group 67. In Table 4, I aggregate the official election results for each district and show how many votes the Black-preferred candidate would have received under each map. Across all contests, the Black-preferred candidate would have received the majority of the votes in District 5.

Figures 2 - 6 depicts the relationship between the Black share of the Citizen Voting Age Population and the share that the Black-preferred candidate received. I report the linear line of best fit and the $R^2$ in each graph. As we see in the figures, Black voters are able to translate their preferences into high vote shares for their preferred candidate. Furthermore, the P4 plan increases the likelihood that the Black-preferred candidate will prevail over the enjoined map and the plan proposed by the city. Specifically, as shown in the

equation, the intercept is shifted upward which meaning that the Black-preferred candidate is in a better position to prevail given the larger makeup of the district regardless of the Black share of the precinct. Take the County Mayor contest for example. The y-intercept shifts from .648 in enjoined map to .716 to the plaintiff's plan. This shift is even larger compared with the city's plan (.638 to .716).

Figure 2: Presidential Election





Figure 3: County Mayor



Figure 4: County Judge Group 9



Figure 5: Circuit Judge Group 57



Figure 6: Circuit Judge 67

## Summary

In this report, I analyzed two newly proposed maps for District 5: plaintiff's 4 ("P4") and the city's plan ("City"). I analyzed six recent elections and found that Black support is cohesive for a single candidate and non-Black support for the Black-preferred candidate is under 50%. Moreover, in those elections, the Black-preferred candidate will receive the majority of the votes in the newly proposed districts. Next, I re-analyzed five contests that previously showed evidence of racial polarization. The Black-preferred candidate would prevail in either of the two proposed districts. More importantly, Black voters would have seen their preferred candidate receive a higher vote share under P4 than both the city's plan and the enjoined plan.

Bryant J. Moy, Ph.D.
Date: July 1, 2023