## Commissioner King's May 26, 2023 Instagram Post

Christine King (@iamchristineking) and SEOPW CRA (@miamicra), INSTAGRAM (May 26, 2023) , https://www.instagram.com/p/Cstt71krZJU/ (tagging @miamicra, @naacp, @naacp_miami_dade):

