# Commissioner King's June 14, 2023 Facebook Post

Christine King (@iamchristinekingesq), FACEBOOK (June 14, 2023), https://www.facebook.com/iamchristinekingesq/posts/pfbid0GLNPxss1HxdDuk5Wen7uy2V1Q8mx5UTQiony7bwMqtuv35adyjwRTeRDe6a6GhTtl

