## Secure File Transfer

files@sendthisfile.com <files@sendthisfile.com>
Fri 6/23/23 9:27 AM
To:Nicholas Warren <NWarren@aclufl.org>



**Sender:** christopher.johnson@gray-robinson.com
**Upload Date:** 2023-06-23 08:27:46.0
**Message:** Nick, attached is the presentations and the txt files for all plans presented. They can be imported as csv files (they are comma delimited). There are no 1 through 14. They are labeled as labeled in the presentations. The proposed plan was referred to sometimes as "12" and D1 plan may have been referred to as "14." I would appreciate a copy of the transcript when you have it.

Click the following link to download your file(s).

Click to Retrieve File(s)

D3 altv2.txt
Presentation2.pptx
d1 alt.txt
d2 alt.txt
d3 alt.txt
d3 altv3.txt
d5 alt.txt
final.txt
presentation .pptx
proposed plan.txt

If the above link is not clickable, copy and paste the following URL into your browser.

https://www.sendthisfile.com/DBBoEr9RghsgeTTODnDAfkti

Note: These files will expire in 14 days from the time this email was generated.

Powered by www.SendThisFile.com