## Re: GRACE - mediation status report & map files

Nicholas Warren <NWarren@aclufl.org>
Fri 6/23/23 11:09 AM
To:Christopher N. Johnson <Christopher.Johnson@gray-robinson.com>
Cc:Daniel Tilley <dtilley@aclufl.org>;Carrie McNamara <CMcNamara@aclufl.org>;Christopher Merken <christopher.merken@dechert.com>;Jason Unger <jason.unger@gray-robinson.com>;George Levesque <George.Levesque@gray-robinson.com>
Bcc:Joe Dye <dyework54@gmail.com>

Chris (Johnson),

Thanks, confirming I've received the files. I just opened the "final" plan and am noticing differences between this file and what was displayed on the PowerPoint (Presentation2 slide 6) and voted on by the Commission. Can you explain why and how the map changed after the Commission voted?

And, on "There are no 1 through 14" - do these plans not exist? (So Mr. De Grandy started his numbering of draft plans at 12, and skipped to 14?) Or is it your position that they are not discoverable and/or not public records?

Finally - can you please send us the final written resolution and let us know when it is presented to the mayor (or if it has already)?

Best,
Nick