## Re: GRACE - mediation status report & map files

Nicholas Warren <NWarren@aclufl.org>
Fri 6/30/23 2:33 PM
To:Christopher N. Johnson <Christopher.Johnson@gray-robinson.com>;Jason Unger <jason.unger@gray-robinson.com>;George Levesque <George.Levesque@gray-robinson.com>
Cc:Daniel Tilley <dtilley@aclufl.org>;Carrie McNamara <CMcNamara@aclufl.org>;Christopher Merken <christopher.merken@dechert.com>;Joe Dye <dyework54@gmail.com>;Gilbert Placeres <gplaceres@jd25.law.harvard.edu>

Counsel,

We just received the final 6/14 transcript from our vendor. We'd be happy to share a copy if you agree to split the $315 cost.

And, don't feel obligated to respond (to the extent you so felt) to my questions regarding the written resolution and presentment to the mayor. I see the final resolution was prepared after the vote, became effective a week ago, and was finally posted online today.

We are still wondering how the map changed after the commission voted on it, but perhaps we'll learn about that in your filing.

Best,
Nick