

2013 Plan