

D3 Alt. Map v.1