

Areas Moved between Enjoined Plan and Res. 23-271