

Other Areas of Comparison



Areas Moved between Version 12 and Res. 23-271