

P3 - Plaintiffs' Map 3