

**2022 Precincts**
*with Resolution 23-271*