

Census Voting Tabulation Districts *with Resolution 23-271*