**P1**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 86,569 | −1,879 | −2.1 | 14.9 | 70.1 | 16.1 | 14.8 | 66.3 | 16.5 |
| 2 | 89,078 | +630 | +0.7 | 31.2 | 57.9 | 5.8 | 33.2 | 56.3 | 6.4 |
| 3 | 87,666 | −782 | −0.9 | 5.8 | 90.8 | 5.2 | 7.4 | 88.6 | 3.6 |
| 4 | 89,091 | +643 | +0.7 | 3.5 | 95.0 | 3.0 | 4.5 | 94.1 | 0.8 |
| 5 | 89,837 | +1,389 | +1.6 | 13.8 | 41.2 | 45.2 | 12.4 | 32.3 | 53.0 |
| Overall Range | 3,268 | 3.7 | | | | | | | |

**P2**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 86,541 | −1,907 | −2.2 | 4.3 | 86.6 | 13.7 | 6.0 | 81.0 | 12.4 |
| 2 | 89,897 | +1,449 | +1.6 | 36.9 | 48.7 | 7.9 | 39.6 | 44.3 | 10.1 |
| 3 | 85,108 | −3,340 | −3.8 | 10.6 | 84.8 | 4.3 | 12.3 | 84.5 | 2.4 |
| 4 | 90,388 | +1,940 | +2.2 | 2.9 | 95.6 | 3.3 | 3.5 | 94.5 | 1.5 |
| 5 | 90,307 | +1,859 | +2.1 | 13.3 | 41.0 | 46.2 | 11.9 | 31.8 | 54.3 |
| Overall Range | 5,280 | 6.0 | | | | | | | |

**P3**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 87,607 | −841 | −1.0 | 5.6 | 85.4 | 13.0 | 7.2 | 80.6 | 11.7 |
| 2 | 89,522 | +1,074 | +1.2 | 37.9 | 48.2 | 7.0 | 41.1 | 44.2 | 8.2 |
| 3 | 85,973 | −2,475 | −2.8 | 10.6 | 84.9 | 4.3 | 12.2 | 84.6 | 2.4 |
| 4 | 90,388 | +1,940 | +2.2 | 2.9 | 95.6 | 3.3 | 3.5 | 94.5 | 1.5 |
| 5 | 88,751 | +303 | +0.3 | 11.3 | 41.1 | 48.8 | 10.1 | 31.6 | 56.5 |
| Overall Range | 4,415 | 5.0 | | | | | | | |

**P4**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 87,556 | −892 | −1.0 | 5.6 | 85.8 | 13.0 | 7.2 | 80.3 | 11.9 |
| 2 | 89,522 | +1,074 | +1.2 | 37.9 | 48.2 | 7.0 | 41.1 | 44.2 | 8.2 |
| 3 | 87,829 | −619 | −0.7 | 10.4 | 85.1 | 4.2 | 12.1 | 84.7 | 2.4 |
| 4 | 87,667 | −781 | −0.9 | 2.9 | 95.6 | 3.2 | 3.4 | 94.5 | 1.5 |
| 5 | 89,667 | +1,219 | +1.4 | 11.2 | 41.5 | 48.4 | 10.0 | 32.3 | 55.8 |
| Overall Range | 2,111 | 2.4 | | | | | | | |

**Enjoined Plan**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 88,108 | −340 | −0.4 | 3.5 | 89.5 | 11.0 | 5.0 | 86.1 | 8.2 |
| 2 | 93,300 | +4,852 | +5.5 | 37.4 | 48.6 | 7.3 | 40.5 | 44.4 | 8.7 |
| 3 | 87,658 | −790 | −0.9 | 7.7 | 88.3 | 5.4 | 9.9 | 85.6 | 3.9 |
| 4 | 86,597 | −1,851 | −2.1 | 7.6 | 89.5 | 3.1 | 8.3 | 89.6 | 1.3 |
| 5 | 86,578 | −1,870 | −2.1 | 10.5 | 40.6 | 50.3 | 9.5 | 30.8 | 58.2 |
| Overall Range | 6,722 | 7.6 | | | | | | | |

**Resolution 23-271 - Version 12 D3 alt v3 - City's Proposed Remedial Plan**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 87,455 | −993 | −1.1 | 3.4 | 89.7 | 10.9 | 5.0 | 85.9 | 8.3 |
| 2 | 89,593 | +1,145 | +1.3 | 36.5 | 49.6 | 7.7 | 38.6 | 45.8 | 9.6 |
| 3 | 89,194 | +746 | +0.8 | 10.5 | 84.5 | 5.4 | 12.6 | 82.7 | 3.8 |
| 4 | 89,555 | +1,107 | +1.3 | 7.2 | 90.0 | 3.1 | 7.9 | 90.0 | 1.4 |
| 5 | 86,444 | −2,004 | −2.3 | 10.5 | 40.6 | 50.3 | 9.6 | 31.4 | 57.4 |
| Overall Range | 3,149 | 3.6 | | | | | | | |

DE 82-12
pp.14-16

**Exhibit A**