**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

      *Plaintiffs*,

v.

CITY OF MIAMI,

      *Defendant.*

_____/

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

      Pursuant to Local Rule 7.8, Plaintiffs give notice of these authorities supporting their arguments in ECF 83 at 5–8 and ECF 84 at 3–10:

      1.    *S.C. State Conf. of NAACP v. Alexander*, — F. Supp. 3d —, 2023 WL 118775, at *14 (D.S.C. Jan. 6, 2023) (enjoining elections under a racially gerrymandered congressional redistricting plan "until a constitutionally valid apportionment plan is approved by this Court," noting "it is well settled that the legislature should be given a reasonable opportunity to recommend for consideration a remedial plan that meets constitutional standards," and "provid[ing] the Defendants the opportunity to submit a remedial plan to the Court"), *appeal filed and prob. juris. noted*, 143 S. Ct. 2456.

      2.    *S.C. State Conf. of NAACP v. Alexander*, No. 3:21-cv-3302 (D.S.C. Feb. 4, 2023), ECF 501 at 2 (extending the legislature's deadline to enact and submit a remedy and noting "[t]he Court intended thereafter to allow the parties to comment upon the legislature's proposed remedial plan, produce evidence in support of their respective positions, offer other plans if they desired, and conduct an evidentiary hearing and oral argument, as necessary, prior to the adoption of a remedial plan").

## CERTIFICATE OF WORD COUNT

In compliance with Local Rule 7.8, this notice contains 199 words.

Respectfully submitted this 17th day of July, 2023,

 /s/ Nicholas L.V. Warren

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Neil A. Steiner*
**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
neil.steiner@dechert.com

Christopher J. Merken*
**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2380
christopher.merken@dechert.com

* *Admitted pro hac vice*

*Counsel for Plaintiffs*