June 19, 2023

Carolyn,

We would like you to do an analysis of the City's Proposed Remedy, using the tools and methods from your initial report, focusing on these questions:

1. To what extent, if any, does race explain (1) the overall shapes of the districts in the City's Propsed Remedy, and (2) individual areas moved from the Enjoined Plan?
    a. What other comparisons can you make, if any, between the Enjoined Plan and the City's Proposed Remedy, with respect to the district shapes and racial makeup?
2. To what extent, if any, does a desire to maximize Republican advantage in Districts 1, 3, and 4 (particularly District 1) explain the City's Proposed Remedy?
3. The city's consultant emphasized a desire to include all of the "Historic Overtown" neighborhood (as he defined) it in District 5. Compare the consultant's boundaries of "Historic Overtown," with the official definition in the City Code, as well as the definition of the Greater Miami Convention & Vistors Bureau (GMCVB, the official, accredited destination sales and marketing org for Greater Miami). Based on the racial makeup of these 3 definitions, what conclusions can you draw, if any, about why the city's consultant defined Historic Overtown as he did? What consequences, if any, did his approach have for the racial makeup of District 5 versus surrounding districts?

Appendix:
- We would also like you to provide an appendix with the demographics of the districts in all the plans considered, plus areas of comparison relevant to your report. (There are DRA links at the top of each section corresponding to the areas of comparison. I plan to provide maps labeling these areas, to include in the report separately.)
- Lastly, we'd like the final appendix to report the Federal Detention Center population and demographics, and note which commission district FDC is located in under each plan.
- We have provided initial figures for the appendix, sourced from DRA and the Census Bureau site. Feel free to double-check the accuracy of these.


**DRA Links:**

Enjoined: https://davesredistricting.org/join/2ed70c28-fb11-40a2-9f63-cf4570879b4a
Version 12: https://davesredistricting.org/join/943e3d2d-120d-4511-bd95-2801de71b46d
Version 14 (D1 alt): https://davesredistricting.org/join/125bf7a2-49ab-454a-bbb5-c4af17d81750
V12 D2 alt: https://davesredistricting.org/join/7c8a36a7-ec3b-41da-986e-e2953cb4f5bf
V12 D5 alt: https://davesredistricting.org/join/35f20319-2a42-4560-ab86-70ff9ef6a6db
V12 D3 alt v1: https://davesredistricting.org/join/72debe27-612f-4477-ac57-bc0bb0bd72ca

V12 D3 alt v2: https://davesredistricting.org/join/f375ad62-35f0-4614-9549-bcea1d5acd58
V12 D3 alt v3 (City's proposed plan): https://davesredistricting.org/join/cf8d8edc-a484-4f50-a88c-6fe6588d1c5f
P1: https://davesredistricting.org/join/425fd941-5e6a-4687-904d-fa4e291da9e5
P2: https://davesredistricting.org/join/797fb60f-57aa-4d23-b9ef-95f419d3f29b
P3: https://davesredistricting.org/join/9e10faa1-5391-40bb-88f4-7328879b0f29
P4: https://davesredistricting.org/join/c7aa9164-803b-4b87-a48e-30bcd368feb7

**Overtown Definitions:**

**City Code definition (Code § 2-1051):** "As used herein, the "Overtown area" is that area approximately bounded on the north by Northwest 20th Street from Florida East Coast Railroad to Northwest 3rd Avenue to Northwest 5th Avenue; on the west by I-95 Expressway from Northwest 21st Terrace to 836 Expressway and State Road 836 (East-West) Expressway from I-95 to the Miami River; on the south by Northwest 3rd Street from Florida East Coast Railroad to Northwest 7th Avenue and the Miami River from Northwest 7th Avenue to 836 Expressway; and on the east by Florida East Coast Railroad right-of-way. (Note: All boundaries are to be construed expansively, incorporating the breadth of described streets, avenues, expressways, and railroad property.)"

**Convention & Visitors Bureau**: https://www.miamiandbeaches.com/neighborhoods/historic-overtown

**De Grandy (consultant) slide:**

