## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 31, 2023

Andre V. Bardos
GrayRobinson, PA
301 S BRONOUGH ST STE 600
TALLAHASSEE, FL 32301-1724

John Anthony Greco
Office of the Miami City Attorney
444 SW 2ND AVE STE 945
MIAMI, FL 33130

Christopher N. Johnson
GrayRobinson, PA
333 SE 2ND AVE STE 3200
MIAMI, FL 33131

Kevin Renard Jones
Office of the Miami City Attorney
444 SW 2ND AVE STE 945
MIAMI, FL 33130

George T. Levesque
GrayRobinson, PA
301 S BRONOUGH ST STE 600
TALLAHASSEE, FL 32301-1724

Kerri McNulty
City of Miami-City Attorney
444 SW 2ND AVE SE 926-1
MIAMI, FL 33130

Victoria Mendez
Office of the Miami City Attorney
444 SW 2ND AVE STE 945
MIAMI, FL 33130

Marlene Quintana

FILED BY _____ JE _____ D.C.

Jul 31, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

GrayRobinson, PA
333 SE 2ND AVE STE 3200
MIAMI, FL 33131

Jason L. Unger
GrayRobinson, PA
301 S BRONOUGH ST STE 600
TALLAHASSEE, FL 32301-1724

Appeal Number:  23-12472-D
Case Style:  GRACE, Inc., et al v. City of Miami
District Court Docket No:  1:22-cv-24066-KMM

## CIVIL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

<u>Appellant Requirements</u>
Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Pay to the **District Court** the Filing Fee **OR** File a <u>Motion to Proceed In Forma Pauperis (IFP)</u> in the district court. <u>See</u> FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. <u>See</u> FRAP 24(a)(5).*

2. File in this Court **AND** in the district court a <u>Transcript Order Form</u> **OR** file a certificate in this Court stating no transcripts will be ordered. <u>See</u> FRAP 10(b)(1), 11th Cir. R. 10-1. (Not applicable in certain bankruptcy appeals. <u>See</u> FRAP 6(b)).

   *If no transcripts are ordered, appellant's brief is due 40 days after <u>**07/31/2023**</u>, except as otherwise provided by the rules. <u>See</u> 11th Cir. Rules 12-1 and 31-1.*

3. File a <u>Certificate of Interested Persons and Corporate Disclosure Statement (CIP)</u>. <u>See</u> 11th Cir. R. 26-1(a)(1).

4. Complete the <u>Web-Based CIP</u> (attorneys only). <u>See</u> 11th Cir. R. 26.1-1(b).

5.  File a Civil Appeal Statement (attorneys only). See 11th Cir. R. 33-1(a)(3).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1.  File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2.  Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Attorney Participation
All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers
| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CIVIL - Notice of Docketing

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-24066-KMM

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRACH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; and ALEXANDER
CONTRERAS,

        Plaintiffs,

v.

CITY OF MIAMI,

        Defendant.

_____/

## <u>NOTICE OF APPEAL TO THE ELEVENTH CIRCUIT COURT OF APPEALS</u>

NOTICE IS HEREBY GIVEN that Defendant, CITY OF MIAMI, hereby appeals to the

United States Court of Appeal for the Eleventh Circuit the Order by the United States District

Court for the Southern District of Florida (ECF 94) entered on July 30, 2023 sustaining objections

to the CITY OF MIAMI's Notice of Passage of Redistricting Plan. ("Notice")(ECF 77) that had

been adopted pursuant to the Court Order (ECF 60) entered on May 23, 2023, adopting the Report

and Recommendation (ECF 52) and issuing a preliminary injunction, the Honorable Kevin

Michael Moore presiding.

        Respectfully submitted,

        By: ___*s/ Christopher N. Johnson*___
        GRAYROBINSON, P.A.
        Jason L. Unger, Esquire
        Florida Bar No. 991562
        George T. Levesque
        Florida Bar No. 55551
        Andy Bardos