# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 10, 2023

Nicholas Warren
ACLU Foundation of Florida, Inc.
336 E COLLEGE AVE STE 203
TALLAHASSEE, FL 32301



Appeal Number: 23-11854-D
Case Style: GRACE, Inc., et al v. City of Miami
District Court Docket No: 1:22-cv-24066-KMM

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The enclosed order has been ENTERED.

Clerk's Office Phone Numbers
General Information:      404-335-6100      Attorney Admissions:          404-335-6122
Case Administration:      404-335-6135      Capital Cases:                404-335-6200
CM/ECF Help Desk:         404-335-6125      Cases Set for Oral Argument:  404-335-6141

MOT-2 Notice of Court Action

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-11854

_____

GRACE, INC.,
ENGAGE MIAMI, INC.,
SOUTH DADE BRANCH OF THE NAACP,
MIAMI-DADE BRANCH OF THE NAACP,
CLARICE COOPER, et al.,

                                                          Plaintiffs-Appellees,

*versus*

CITY OF MIAMI,

                                                          Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

2                      Order of the Court                      23-11854

D.C. Docket No. 1:22-cv-24066-KMM

———————————

ORDER:

"Plaintiffs-Appellees' Motion to Transfer Consideration of Attorneys' Fees on Appeal to the District Court" is GRANTED. Consideration of whether Appellees are entitled to appellate attorney's fees and the amount of appellate attorney's fees to which Appellees are entitled, if any, is TRANSFERRED to the district court. *See* 11th Cir. R. 39-2(d).

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE