(ORDER LIST: 600 U.S.)

THURSDAY, AUGUST 17, 2023

ORDER IN PENDING CASE

23A116      GRACE, INC., ET AL. V. MIAMI, FL

        The application to vacate stay presented to Justice Thomas and by him referred to the Court is denied.