UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRANCH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; ALEXANDRA
CONTRERAS; and STEVEN MIRO

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant.*

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Julia Markham-Cameron, Esq. of the law firm Dechert LLP, 1095 Avenue of the Americas, New York, NY 10036, (212) 641-5685, for purposes of appearance as co-counsel on behalf of Plaintiffs in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Julia Markham-Cameron to receive electronic filings in this case, and in support thereof states as follows:

    1.    Julia Markham-Cameron is not admitted to practice in the Southern District of Florida and is a member in good standing of the Bar of New York.

    2.    Movant, Nicholas Warren, Esq. of the ACLU Foundation of Florida, Inc., 336 East College Avenue, Suite 203, Tallahassee, FL 32301, (786)-363-1769, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be

required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Julia Markham-Cameron has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Julia Markham-Cameron, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Julia Markham-Cameron at email address: Julia.Markham-Cameron@dechert.com.

WHEREFORE, Nicholas Warren moves this Court to enter an Order for Julia Markham-Cameron to appear before this Court on behalf of Plaintiffs, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Julia Markham-Cameron.

Date: September 14, 2023          Respectfully submitted,

/s/ Nicholas Warren

Nicholas Warren
Florida Bar No. 1019018
ACLU Foundation of Florida, Inc.
336 East College Avenue, Suite 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

*Attorney for Plaintiffs*