**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:22-cv-24066-KMM

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRANCH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; ALEXANDRA
CONTRERAS; and STEVEN MIRO

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant.*

_____/

**<u>CERTIFICATION OF JULIA MARKHAM-CAMERON</u>**

    Julia Markham-Cameron, Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York bar; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                              /s/ *Julia Markham-Cameron*
                                                                Julia Markham-Cameron