UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRANCH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; and ALEXANDRA
CONTRERAS,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant.*

_____/

## CERTIFICATION OF GREGORY P. LUIB

    Gregory P. Luib, Esq., pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the New York and Washington, D.C. bars, as well as the bar of the United States Supreme Court; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                 /s/ *Gregory P. Luib*
                                                                                   Gregory P. Luib