AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Grace, Inc., et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-24066-KMM |
| City of Miami | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Miami.

Date: 10/10/2023

/s/ Sydney M. Feldman
*Attorney's signature*

Sydney M. Feldman
*Printed name and bar number*
GrayRobinson, P.A.
333 SE 2nd Avenue
Suite 3200
Miami, Florida 33131
*Address*

sydney.feldman@gray-robinson.com
*E-mail address*

(305) 416-6880
*Telephone number*

(305) 416-6887
*FAX number*