IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/

## NOTICE OF APPEARANCE

The undersigned attorney, Janine M. Lopez, hereby enters her appearance in this matter as counsel for Plaintiffs.

Respectfully submitted this 11th day of October, 2023,

                                                                     */s/ Janine M. Lopez*
                                                                     Janine M. Lopez (FBN 1038560)
                                                                     **ACLU Foundation of Florida**
                                                                     4343 West Flagler Street, Suite 400
                                                                       Miami, FL 33134
                                                                       (786) 363-2707
                                                                       jlopez@aclufl.org

                                                                     *Attorney for Plaintiffs*