IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/

**NOTICE OF ATTORNEY ADDRESS CHANGE**

Pursuant to Local Rule 11.1(g), attorney Nicholas Warren gives notice that his address has changed to 1809 Art Museum Drive, Suite 203, Jacksonville, FL 32207.

Respectfully submitted this 25th day of October, 2023,

    /s/ *Nicholas L.V. Warren*

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida, Inc**.
1809 Art Museum Drive, Suite 203
Jacksonville, FL 32207
(786) 363-1769
nwarren@aclufl.org

*Counsel for Plaintiffs*

1