**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    Plaintiffs,

v.

CITY OF MIAMI,

    Defendant.
_____/

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, CITY OF MIAMI**

The undersigned gives notice of his appearance as co-counsel in this matter for Defendant, City of Miami, and requests to be furnished with all documents filed in this matter.

Dated October 27, 2023

VICTORIA MÉNDEZ, City Attorney
ERIC J. EVES, Senior Appellate Counsel
Attorneys for City of Miami
444 S.W. 2nd Avenue, Suite 945
Miami, FL  33130-1910
Telephone: (305) 416-1800
Primary Email:  EEves@miamigov.com
Secondary Email:  CSantos@miamigov.com

By: */s/Eric J. Eves*_____
    Eric J. Eves
    Florida Bar No. 91053