Page 1

1            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF FLORIDA

2                  CASE NO. 1:22-cv-24066-KMM

3

4    GRACE, INC., et al.,

5                   Plaintiffs,

6    vs.

7    CITY OF MIAMI,

8                   Defendant.
     _____

9

10

             DEPOSITION BY VIDEOCONFERENCE

11

                           OF

12

             DR. CAROLYN ABOTT

13

14

15

                      Monday, October 16th, 2023
16                    9:03 a.m. to 1:29 p.m.
                      By Videoconference

17

18

19

20

21

22        Taken on behalf of the Defendant by
23   Mayra Texeira, Shorthand Reporter and Notary Public
24   in and for the State of Florida at Large, pursuant
25   to Notice of Taking Deposition in the above cause.

Page 2

1    REMOTE APPEARANCES:
2
3
4    On behalf of the Plaintiffs: (Via Videoconference)
5            DECHERT LLP
             Cira Center-2929 Arch Street
6            Philadelphia, Pennsylvania 19104
             BY: CHRISTOPHER J. MERKEN, ESQUIRE
7
8
     On behalf of the Defendant: (Via Videoconference)
9
             GRAY|ROBINSON
10           301 S. Bronough Street
             Suite 600
11           Tallahassee, Florida 32301
             BY: GEORGE T. LEVESQUE, ESQUIRE
12
13
     Also Present:
14
             Nicholas Warren, Esquire/ACLU
15
                     - - - - - -
16
                      I N D E X
17
       Witness                 Direct      Cross
18
     Dr. Carolyn Abott          3,117       115
19
             E X H I B I T    I N D E X
20
     Defendant's       Description        Page No.
21
      Exhibit 1        Trial Report          123
22
23
24
25

1          THE COURT REPORTER: Dr. Abott,

2      can you show your ID by holding it up to

3      the camera for me?

4  (Witness presented government-issued identification

5  and identity was verified.)

6          THE COURT REPORTER: Thank you. Please

7      raise your right hand. Do you swear that the

8      testimony you will give in this cause will be

9      the truth, the whole truth, and nothing but the

10     truth so help you God?

11         THE WITNESS: Yes.

12  Thereupon:

13                DR. CAROLYN ABOTT

14  was called as a witness and, having been first duly

15  sworn remotely, was examined and testified as

16  follows:

17              DIRECT EXAMINATION

18  BY MR. LEVESQUE:

19     Q.   Good morning, Doctor.  My name is

20  George Levesque.  I'm with Gray Robinson and we

21  represent the City of Miami in this case. Before we

22  get started, can you please state your full name for

23  the record.

24     A.   Sure. It's Carolyn Abott.  Carolyn Beth

25  Abott.

```
                                                   Page 4
 1        Q.   And have you ever been deposed before?
 2        A.   I have not.
 3        Q.   Have you ever given testimony live in
 4   court before?
 5        A.   No.
 6        Q.   Okay. I'm going to go over a few of the
 7   ground rules for this deposition this morning. One
 8   of the ground rules is, particularly because we're
 9   on Zoom and when people talk over each other it can
10   get a little confusing, the format is I'll be asking
11   questions, you'll be providing answers. If you could
12   wait until I finish my question and then provide
13   your answer, that will help the court reporter, who
14   is taking down everything that we say, transcribe
15   things accurately. If I ask a question and you
16   provide an answer, I'm going to assume that you
17   understood the question that I asked and are
18   answering the question that I asked. Is that fair?
19        A.   Yeah.
20        Q.   At various points your counsel may object
21   to questions that I ask. We may have a colloquy
22   related to his objection. But if -- unless he's
23   instructed you not to answer, I'll probably come
24   back to you and say if you understand the question
25   you can answer. And then if you understand the
```

Page 5

1   question, please answer. If you don't ask me to
2   repeat or rephrase and I can do my best to do that.
3   Is that fair?
4       A.   Yes.
5       Q.   Also, because we're on Zoom this might not
6   be as big of a problem, but there are going to be
7   certain questions that might be a yes answer or a no
8   answer. For the purposes of creating a record I'll
9   need you to answer audibly. If you shake your head
10  or nod your head, I can see it on video what you
11  mean, but it makes it a little more difficult for
12  the court reporter to take that down. I might say,
13  well, is that a yes or is that a no. I'm not doing
14  it to be rude. I'm doing it to make sure that we're
15  getting an accurate reflection of the record.
16           This morning, are you on any medication
17  that would impair your ability to testify truthfully
18  or recall your report in this matter?
19      A.   No.
20      Q.   How did you -- how did you --
21           MR. MERKEN: George, just quickly --
22      A.   I am a Type I diabetic so I'm on insulin,
23  but at any point if my blood sugar starts going low
24  I'll need to take a break just so I can have some
25  glucose.

1          Q.   Understood. And this is not intending to

2    be the Spanish Inquisition or anything like that. If

3    at any point you need to take a bathroom break or if

4    you feel your blood sugar is dropping, please let us

5    know.  We can take a break. The one thing that I

6    would ask -- obviously, if you're in a medical

7    emergency we can address that, but the one thing

8    that I would ask is if there is a question pending

9    that we answer the question pending and then we can

10   take a break. Is that fair?

11         A.   Sure.

12         Q.   How did you come to offer an expert

13   opinion in this case?

14         A.   I was contacted by Nick Warren.

15         Q.   And how do you know Mr. Warren?

16         A.   He contacted me. I had not known him

17   beforehand.

18         Q.   Okay. And what did Mr. Warren ask you to

19   do?

20         A.   He asked me if I was available to serve as

21   an expert witness on this case versus the City of

22   Miami and the drawing of the maps for the districts.

23         Q.   And did you agree to become an expert in

24   this case then?

25         A.   I did.

1       Q.   And how much have you been compensated to

2   date for your services?

3       A.   I don't know to date.

4       Q.   What is your hourly rate?

5       A.   $450.

6       Q.   Can you ballpark how many hours you've

7   worked on it?

8       A.   I can't. It's been over the course of a

9   year or so.

10       Q.   Is it more than 10,000?

11       A.   No.

12       Q.   Is it more than 5,000?

13            MR. MERKEN: George, objection to

14       form. Are you asking the number of hours

15       or the dollar amount?

16            MR. LEVESQUE: I'm asking -- I'm

17       sorry. Fair point. I'll rephrase.

18       Q.   Have you billed for your services in this

19   matter?

20       A.   I have billed. Yes.

21       Q.   Have you billed more than $5,000 in

22   services for this matter?

23       A.   I don't know the answer to that. I'd have

24   to look at my records.

25       Q.   So as we sit here today you have no idea

1  how many hours that -- or how many dollars you've

2  billed for your services?

3       A.   I can't give you a dollar amount right

4  now. It's been several, you know, checks that have

5  been written over the course of a year.

6       Q.   So -- and, again, I'm not looking for an

7  exact dollar amount, I'm looking for a ballpark

8  range. Would it be more than $5?

9       A.   Yes. It would be more than $5.

10      Q.   Okay. Would it be less than $100,000?

11      A.   Yes. It would be less than $100,000.

12      Q.   Okay. So are you able to narrow it between

13  more than $5 and less than $100,000?

14      A.   I would have -- it would be a guess. I

15  couldn't tell you for sure. But it's certainly less

16  than $50,000, certainly less -- not certainly. I

17  believe it's less than $20,000.

18      Q.   Which attorneys have you communicated with

19  concerning this case?

20      A.   I have communicated with Nick Warren. I've

21  communicated with Christopher. And Neil. And Kerri.

22  And I can't recall everyone's last name.

23      Q.   And have they provided you with any facts

24  or data that you have considered in forming your

25  opinions?

Page 9

1       A.   Yes.

2       Q.   What facts did they provide you with?

3       A.   They have told me the generals of the case

4    and what the case was about. They have provided me

5    with maps.

6       Q.   Did they provide you with any data?

7       A.   No.

8       Q.   Now, when you reference the generals of

9    the case, what are the generals of the case to the

10   extent that you can recall?

11      A.   The generals of the case are that after

12   the 2020 census, the City of Miami needed to

13   redistrict for population reasons.  Their city

14   commission districts and the plaintiffs believe that

15   the districts were not drawn in such a way as to

16   take into account proper concerns, particularly with

17   regard to race and ethnicity.

18      Q.   When you say that the districts were not

19   drawn to take into account proper concerns regarding

20   race and ethnicity, can you explain that?

21      A.   I just need to say that they -- they were

22   sorting certain areas and precincts based upon race

23   and ethnic concerns and considerations.

24      Q.   Did they provide any other background

25   information to you that you relied on in forming

Page 10

1  your opinions?

2       A.   No.

3       Q.   What did you do to prepare your work and

4  your opinions in this case?

5       A.   Can you clarify what you mean by prepare?

6       Q.   Sure. You have drafted a couple of

7  different reports that have been provided to us.

8  What did you do in preparation of those reports?

9       A.   Do you mean beyond collecting data and

10 analyzing the data?  I'm still not sure what you

11 mean by prepare.

12      Q.   Well, let's back up. What did plaintiffs

13 ask you to do in this case?

14      A.   So as I wrote in my first expert report I

15 was asked to use data from the census and from the

16 ACS, the American Community Survey, to look at

17 voting patterns within individual precincts and

18 portions of precincts to determine whether and to

19 what extent race can explain the shapes of the 2022

20 enacted plan and the changes between the 2013 and

21 the 2022 enacted plan. So that was what they asked

22 me to do.

23      Q.   Okay. And what did you do to fulfill that

24 request?

25      A.   I downloaded data from the census and from

Page 11

```
 1    the ACS. What else?  I received city commission
 2    maps, incumbent addresses.  And then other data was
 3    downloaded from Verse, which is on Harvard's
 4    website.  And then another expert witness, Dr. Moy,
 5    provided me with additional results. Once that data
 6    was downloaded I was able to analyze the data, look
 7    for patterns in the data, map them on to shape files
 8    of maps and precincts, and come to conclusions based
 9    on my analysis.
10         Q.   And what methodology did you use to
11    perform your analysis?
12         A.   Standard methodology. Looking at data.
13    Looking at patterns. At the very early stage looking
14    at relationships before and after the maps were
15    enacted, the 2013 to 2022 maps.
16         Q.   Did you review any news articles?
17         A.   I did see a handful of news articles.
18         Q.   And the handful of news articles that
19    you're referencing, were those provided by counsel?
20         A.   They were not.
21         Q.   Is that research that you conducted
22    yourself?
23         A.   It was.
24         Q.   Do any of those news articles factor in to
25    your opinions that are detailed in your report?
```

Page 12

```
 1        A.   No.
 2        Q.   Did you do any historical research related
 3   to the City's redistricting plans?
 4        A.   No.
 5        Q.   Is the CV that is attached to your report
 6   current?
 7        A.   I don't have which CV you have.
 8        Q.   Okay. Give me one second. What I am going
 9   to do is I am going to share in the Dropbox on the
10   chat your trial report. Let me see if I can --
11             MR. MERKEN: George, we also have a
12        copy of it in paper here if that's
13        easier.
14             MR. LEVESQUE: Is it the trial
15        report?
16             MR. MERKEN: Can I direct her to
17        that?  Is that all right?
18             MR. LEVESQUE: Yes. That's fine.
19             MR. MERKEN: So this is at the end of
20        the second expert report. This is the CV
21        right here.  So if you go to the end of
22        that, it's after page 22 of the second
23        report.
24             THE WITNESS: I see it. Okay.
25             MR. LEVESQUE: Okay. If we could go
```

1         off the record very quickly.

2              (Discussion off the record.)

3    BY MR. LEVESQUE:

4         Q.   Dr. Abott, you have your trial report in

5    front of you?

6         A.   Yes. Yes.

7         Q.   Are you able to refer to that and let me

8    know if that reflects the latest and greatest for

9    your work that is contained in your CV?

10        A.   It is not the most up to date, but it

11   contains -- I mean, it's accurate. It's just --

12   there are a few additions since this printed.

13        Q.   Okay. What are the things that would be

14   added to this?

15        A.   Well, my book is under contract. I have

16   additional research in progress. Additional working

17   papers. Additional invited talks and presentations.

18   Additional grants.

19        Q.   And were those all commenced after this

20   report was provided to us?

21        A.   Correct.

22        Q.   If I could ask you to refer to page 3 of

23   your report.

24        A.   Is this the first report?

25        Q.   Yes.

Page 14

1       A.    Okay. Yeah.

2       Q.    Under sources and methodology you say, in

3   preparing this report I've relied on my personal

4   knowledge gathered through my years of researching,

5   studying, and publishing.

6            Is there any knowledge or experience that

7   you would not have relied on in terms of forming

8   your opinions that are not detailed in your CV?

9       A.    No.

10      Q.    In the next paragraph you say, I also

11  utilized the standard methodology that political

12  scientists use when investigating precinct and

13  census data.

14           What exactly do you mean by standard

15  methodology?

16      A.    I suppose I just mean what political

17  scientists do when they download and analyze data

18  from the census, and election data, which is what I

19  described earlier, looking for patterns.

20      Q.    Is there a name for the methodology that

21  you've used?

22      A.    I don't -- I don't believe -- I would say

23  it's quantitative, but nothing more specific than

24  that.

25      Q.    Are there academic journals or other

Page 15

1    sources that one could go to to understand what

2    standard methodology you're referring to?

3         A.   I don't believe there would be articles

4    written specifically about how to analyze election

5    data in particular. This analysis is typically

6    contained -- an explanation analysis is typically

7    contained in every article, a thorough explanation

8    of how the analysis was done, how the data was

9    collected. But, generally speaking, if you want a

10   primer on quantitative analysis, that's a more

11   general field that has been applied to election

12   analysis.

13        Q.   Further down in that paragraph you

14   reference that you relied on the 2019 American

15   Community Survey five-year estimates. Would you

16   agree that the 2019 American Community Survey

17   five-year estimate data is an estimate?

18        A.   Yes.

19        Q.   When were you first engaged to work on

20   this matter?

21        A.   I would have to go back and look at my

22   e-mails.

23        Q.   Is there a reason why you used the 2019

24   ACS data versus the 2021 ACS data?

25        A.   I was asked by counsel to use that data. I

Page 16

1    can speculate about why, but I was asked to use that

2    data.

3         Q.   Were you instructed not to use the 2021

4    ACS data?

5         A.   No. No. No.

6         Q.   What is your understanding of the

7    difference between the 2019 and the 2021 ACS data?

8         A.   They take place in different years. Their

9    estimates are different points in time.

10        Q.   Is that the only difference?

11        A.   I don't know.

12        Q.   You mentioned that the city commission

13   district maps and incumbent addresses were provided

14   to you by counsel. For the incumbent addresses, do

15   you recall what those were?

16        A.   The actual address?

17        Q.   Yes.

18        A.   No.

19        Q.   Well, for example, in District 3, if we

20   wanted to know where the commissioner in District 3

21   lives, how would we go about finding that in terms

22   of your consideration for your report?

23        A.   Sorry. Can you rephrase that?  I couldn't

24   hear you.

25        Q.   Sure. If we wanted to know what your

Page 17

1   understanding of the address for the commissioner

2   for District 3, how would we figure that out?

3        A.   My understanding of that?

4        Q.   Yes.

5        A.   How would you know -- how would you figure

6   it out?  I suppose you would have to ask me.  I

7   mean --

8        Q.   Okay. Do you know where the commissioner

9   in District 3 lives?

10        A.   I -- I could point to a general part of

11   the map. I couldn't tell you his actual -- his exact

12   address.

13        Q.   Well, and I guess my question is, you

14   don't detail where the commissioners lived in your

15   report. Correct?

16        A.   Correct.

17        Q.   So if I wanted to verify that, yes, in

18   fact that is the commissioner's address, how would I

19   go about doing that?

20        A.   Verify what is his address?

21        Q.   What you believe to be his address.

22        A.   It's not contained in the report so I

23   suppose you would have to ask me.

24        Q.   Okay. Do you have notes that reflect that

25   information?

Page 18

1        A.    I don't have notes. I have data. I have a

2    data file with their addresses.

3        Q.    What format is that data file in?

4        A.    An Excel spreadsheet.

5        Q.    And that was provided to you by counsel?

6        A.    It was.

7        Q.    Why was the incumbent address information

8    important?

9        A.    The incumbent address information was

10   important because we wanted to make sure that any

11   potential redistricting didn't take an incumbent

12   commissioner out of their district and perhaps pit

13   two incumbents against one another in a new

14   district.

15       Q.    You also indicate on page 3 of your report

16   that you downloaded statewide election results from

17   Harvard's Dataverse; is that correct?

18       A.    Correct.

19       Q.    What years did you download?

20       A.    It was the governor's election, so I

21   believe that was 2018. But I'm not -- I can't -- I'm

22   not positive.

23       Q.    Did you look at any other election results

24   for any other years?

25       A.    I believe in my second report I refer to

1   the presidential election in 2020.

2       Q.   Other than the governor's election or the

3   presidential election, did you look at any other

4   races in performing your analysis?

5       A.   As I mentioned, Dr. Moy provided me

6   results for the 2020 county mayor race. I looked

7   very briefly at that.

8       Q.   Okay. Other than these three races, did

9   you look at any other races?

10      A.   I did not.

11      Q.   What was important or probative about the

12  governor's 2018 race?

13      A.   The governor's race was a partisan race

14  unlike the city commission elections.  And there was

15  an alternative claim or argument to be made that the

16  districts were drawn in such a way as to bolster

17  partisan concerns. So by looking at an actual

18  partisan election I could show what evidence there

19  was for or against that.

20      Q.   Would the same also be true for your

21  examination of the presidential election?

22      A.   Correct.

23      Q.   What about for the mayoral race?

24      A.   The county mayoral race or the mayoral

25  race?

Page 20

1      Q.   The county mayoral race.

2      A.   Yes. Yes.

3      Q.   Now, would you agree that partisanship is

4   closely aligned with ideology?

5      A.   Yes.

6      Q.   So that if there are politically

7   conservative commissioners, regardless of whether

8   they're Republicans or Democrats in a nonpartisan

9   race, that might be a factor in terms of how the

10   districts were drawn. Would you agree with that?

11      A.   No.

12      Q.   Why not?

13      A.   Partisanship is a label that is used as a

14   cue for voters. It is a way to organize political

15   activity at the government and at the electoral

16   level. Ideology is an indication of a preference or

17   a policy and the type of policy that gets enacted

18   that is related to but not identical to

19   partisanship.

20      Q.   Is it your position that commissioners

21   might not be in touch with their constituents to

22   understand the ideology that they hold regardless of

23   their partisan affiliations?

24      A.   I'm sorry. Can you rephrase the question?

25      Q.   Sure. Would you agree with the premise

Page 21

1    that commissioners might have a good understanding

2    of the ideology of their constituents?

3         A.   No. I can't speculate on that.

4         Q.   So you have no idea whether city

5    commissioners may understand the ideology of their

6    constituents?

7         A.   I have no idea.

8         Q.   Okay. Did you examine any of the materials

9    that were provided in any of the elections that you

10   examined?

11        A.   The material -- I don't know what

12   materials were provided you're referring to.

13        Q.   You referenced that the city commission

14   races were nonpartisan. Correct?

15        A.   Correct.

16        Q.   Do you know if any of the candidates for

17   those races utilized language other than Republican

18   or Democrat that might be associated with Republican

19   or Democrat?

20        A.   Are you referring to their campaigns?

21        Q.   Yes.

22        A.   No. I don't know anything about their

23   campaigns.

24        Q.   So if any of the candidates ran on

25   antisocialist agendas, you wouldn't have any

Page 22

1    knowledge of that. Correct?

2        A.    No knowledge.

3        Q.    Would you agree that an antisocialist

4    agenda would be associated with, generally speaking,

5    a Republican party?

6        A.    I wouldn't -- I don't want to say -- no. I

7    don't agree with that necessarily.

8        Q.    Okay. So it's your understanding that

9    Republican endorse socialism?

10       A.    No.

11       Q.    Are you aware of Republican candidates who

12   speak out against socialism?

13       A.    None in particular. I couldn't give you

14   any names.

15       Q.    But are you aware of whether that is

16   something that many Republican candidates often

17   speak against?

18       A.    To the same extent Democrats do. I don't

19   have any distinction between the two.

20       Q.    Now, you indicated that Dr. Moy provided

21   you with election results for the 2020 county mayor

22   race. Why was this information important to you?

23       A.    I was also asked to take a look at -- if

24   it was helpful to me to also look at the county

25   mayor race.

Page 23

```
 1        Q.   Was it helpful to you?

 2        A.   I didn't find it necessary.

 3        Q.   Have you ever drawn a redistricting plan?

 4        A.   For an official capacity?

 5        Q.   Yes.

 6        A.   No.

 7        Q.   Have you ever drawn a redistricting plan

 8   as an academic exercise?

 9        A.   Sure.

10        Q.   How many times?

11        A.   Oh, I couldn't tell you. I don't know.

12        Q.   More than five?

13        A.   Sure.

14        Q.   More than ten?

15        A.   I don't know the answer to this question.

16   Sorry.

17        Q.   Before you commenced your analysis of the

18   city maps, did you do an analysis of the city's

19   population?

20        A.   The size of the city and the size of the

21   districts?  Population size?

22        Q.   Sure. We'll start with population size.

23        A.   Yes. I was asked to look at the size of

24   the city and the districts.

25        Q.   Did you also look at the racial and ethnic
```

Page 24

1    makeup of the districts?

2         A.   Yes.

3         Q.   Did you look at the racial and ethnic

4    makeup of the city as a whole?

5         A.   Yes.

6         Q.   Did you look at the racial and ethnic

7    makeup of where they live within the geographic

8    boundaries of the city?

9         A.   Insofar as that I analyzed the districts

10   and the precincts and the blocks within the

11   district.

12        Q.   When you're talking about your analysis of

13   the precincts and the blocks, were those only for

14   the areas that were moved or did you look at that

15   for the entire city area?

16        A.   I did not look at precincts within the

17   core to the same extent. I looked at precincts on

18   the boundaries of the districts.

19        Q.   When you were examining that information

20   related to the precincts and blocks related to the

21   core, did you look at the political performance of

22   those areas?

23        A.   What do you mean by political performance?

24        Q.   Whether they perform for a Republican or a

25   Democrat.

Page 25

1      A.   I looked at the districts as a whole. Yes.
2    The cores of the district.
3      Q.   Did you review any of the transcripts in
4    this matter?
5      A.   No. No.
6      Q.   Are you able to summarize your opinions in
7    this case?
8      A.   My conclusions?
9      Q.   Yes.
10     A.   Sure. My conclusions were that precincts
11   and portions of precincts were moved with racial and
12   ethnic considerations in mind and that voters were
13   sorted into districts based on racial and ethnic
14   considerations.
15     Q.   What were you told about the map drawing
16   process for the districts?
17     A.   That the commission was responsible for
18   doing it. I was told that there was a three to two
19   final approval of the 2022 enjoined map. And I was
20   told that it was two Republican commissioners and
21   one democratic commissioner that voted the majority
22   for approval of the enjoined map -- the 2022
23   enjoined map.
24     Q.   Do you know which two Republican
25   commissioners voted for the map?

Page 26

1          A.    I can't recall at this time.

2          Q.    Do you recall which democratic

3     commissioner voted for the map?

4          A.    I believe it was District 5's

5     commissioner.

6          Q.    Do you know District 5's commissioner's

7     name?

8          A.    I don't.

9          Q.    Are you aware of whether the commission

10    hired outside attorneys and people with experience

11    in map drawing to draw the commission maps?

12         A.    The only person I'm aware of is the

13    consultant -- consultant De Grandy.

14         Q.    And how are you aware of Mr. De Grandy?

15         A.    I was given versions of his map that was

16    presented to the commission.

17         Q.    Did you read any of Mr. De Grandy's

18    comments about his presentation of either the 2022

19    plan or the 2023 plan?

20         A.    No.

21         Q.    Would that information be important to you

22    in forming your opinions?

23         A.    No.

24         Q.    Why not?

25         A.    I have the data. I don't need -- I don't

Page 27

```
 1   need any additional comments.
 2        Q.   So is it -- I just want to be clear. Is it
 3   your position that the data tells the entire story?
 4        A.   Yes.
 5        Q.   So if there are other alternative
 6   explanations as to why a line was moved, those would
 7   be irrelevant for the purposes of your analysis; is
 8   that correct?
 9        A.   It depends -- it depends on the
10   alternative explanation, but if -- if it can be
11   shown to be an inadequate explanation based on the
12   data, then that's all I need.
13        Q.   But at this point the only alternative
14   explanations are the ones that are relayed to you by
15   counsel; is that correct?
16        A.   The ones that I -- I list in my report.
17        Q.   Did you review or analyze any of the
18   plaintiffs' plans that were presented?
19        A.   No. I was given a map if I wanted to look
20   at it, but I did not review or discuss it in my
21   report.
22        Q.   Do you recall which plan it was?
23        A.   It was after the second -- it was when I
24   was writing my second report. So it was after the --
25   after the `22 enjoined plan. I don't know exactly
```

Page 28

1   which map. There was a lot of maps.

2       Q.   Were you aware that plaintiffs have

3   proposed four alternative plans in this litigation?

4       A.   I was not.

5       Q.   If I could ask you to flip back to page 1

6   of your report. Your introductory sentence says, the

7   enacted Miami city commission districting plan is

8   the byproduct of many decades of racialized

9   commission maps.

10          What is your basis for that statement?

11      A.   I was given the 2003 map and the 1997 map,

12  I believe it was. And they look, at first glance,

13  quite similar to the 2013 map and to the enjoined

14  2022 map.

15      Q.   Okay. But I guess -- you're making the

16  statement here that the commission maps are decades

17  of racialized commission maps as a starting point.

18  What is your basis for concluding that the

19  commission maps were racialized as a starting point?

20      A.   The cores. The districts as they have

21  existed for many decades have not changed

22  significantly except for pieces on the border. The

23  portions that have not changed have continued to be

24  highly segregated based on race and ethnicity.

25      Q.   In your mind, is that improper?

1          A.    I have no opinion on that.

2          Q.    So just to be clear, you don't have an

3    opinion on whether the historic maps from 1997

4    through 2013 considered -- improperly considered

5    race in the drawing of those maps?

6          A.    I cannot say anything about proper or

7    improper.

8          Q.    Okay. So you're just observing that from

9    1997 through 2013 there were maps that had five

10   districts, three of which would likely reliably

11   elect a Hispanic candidate and one of which would

12   reliably elect a Black candidate? Would that be --

13         A.    Correct.

14         Q.    And that same conclusion would be true for

15   the 2022 plan. Correct?

16         A.    Correct.

17         Q.    And the 2023 plan?

18         A.    Is that the proposed remedy which is the

19   2023 plan you're referring to?

20         Q.    Yes. So -- I'll try to refer to the plans

21   that the City passed by the year that they were

22   enacted. So we've got 1997, 2003, 2013, 2022, and

23   2023 for the plans.

24         A.    So the proposed --

25         Q.    Sorry. Go ahead.

1        A.    The proposed remedy was passed then?

2    That's currently enacted?  I don't know.

3        Q.    Have you examined the 2023 plan?

4        A.    As the proposed remedy, yes, I have in my

5    second report.

6        Q.    On page 2 of your report -- let me back

7    up. Going back to page 1, in the first paragraph,

8    second sentence you state, changes made from the

9    2013 enacted plan are also racially motivated,

10   though these changes are minimal compared to the

11   inherited racialization from previous plans. You

12   state that they were minimal.

13           How did you measure that?

14       A.    I looked at the overall change to the

15   districts.

16       Q.    Would you agree that the overall change to

17   the districts was not significant?

18       A.    Yes.

19       Q.    Do you have any opinions on how the city

20   plan could have or should have been drawn?

21       A.    Only to the extent of what I outline in my

22   report that there were alternative precincts and

23   portions of precincts that could have been moved

24   instead of the ones that were moved.

25       Q.    On page 2 you state, based on my

Page 31

1   examination I reached the conclusion that areas

2   moved from one district to another were done so on

3   the basis of race and that other areas could have

4   been moved without further segregating the districts

5   by race.

6          Is it your opinion that there were moves

7   that further segregated the districts by race?

8       A.   There were moves that exacerbated the

9   situation, yes.

10      Q.   When you say exacerbated, does that mean

11  it made them more or less segregated?

12      A.   More segregated.

13      Q.   And how would you measure that?

14      A.   I looked at the precincts that were moved

15  compared to the precincts that were not moved that

16  were nearby.

17      Q.   From a quantifying standpoint how does

18  that translate to the 2020 plan district numbers?

19      A.   The 2020 plan?  Which is the 2020 plan?

20      Q.   I'm sorry. 2022.

21      A.   Okay. Sorry. Can you repeat the question?

22      Q.   Sure. If you were to quantify that

23  exacerbation, how is that going to be reflected in

24  the 2022 plan numbers?

25      A.   You have to compare what the

1  hypothetical -- the counter possibility was and if

2  you compare it to what could have been moved versus

3  what was moved -- because there had to have been

4  changes because of population equality reasons.

5  Right?  There had to be changes made. The changes

6  that were made compared to the changes that could

7  have been made made the districts more segregated

8  than they otherwise would have been.

9      Q.   Did you draw any comparisons related to

10  the changes that were made to the benchmark

11  districts?

12      A.   Can you repeat the question?

13      Q.   Did you draw any conclusions related to

14  the changes that were made benchmark districts?  And

15  when I refer to the benchmark districts I'm

16  referring to the 2013 plan.

17      A.   Sorry. Draw any conclusions about changes

18  that were made to the 2013 districts. I mean, my

19  conclusions were that the changes were made based on

20  racial and ethnic considerations.

21      Q.   Would you agree that if the three Hispanic

22  districts were drawn in such a way that the Hispanic

23  voting age population dropped in each of those

24  districts, that that undercuts the idea that the

25  districts were racially exacerbated?

Page 33

1      A.   I don't understand the question. Can you

2   repeat it, please?

3      Q.   We'll move along. I think it might help

4   when we start getting into some of the examples. In

5   that paragraph you say, I also have observed the

6   commission's practice of splitting precincts along

7   racial lines.

8           What is your basis for that statement?

9      A.   The basis for my statement is that

10   precincts were split and the ones that remained in

11   districts versus the ones that were moved into new

12   districts looked different in terms of their race.

13   Each split looked different.

14      Q.   Do you know if the map drawers paid

15   attention to precincts when they were drawing the

16   map?

17      A.   I don't know.

18      Q.   If they'd completely ignored precincts

19   because the new map would be re-precincted [sic],

20   does that change your opinion as to their

21   motivation?

22      A.   No.

23      Q.   Is it your belief that they intentionally

24   considered the splitting of precincts as they were

25   drawing the plan?

Page 34

1      A.    I don't know.

2      Q.    If I could ask you to flip to the bottom

3  of page 3. There you say that City of Miami had

4  inherited districts maps from 2013 and beyond that

5  exhibited clear patterns of racial segregation.

6          What is your understanding of how the

7  Voting Rights Act might apply to the city's

8  districts?

9      A.    I don't know.

10     Q.    Are you familiar with the Voting Rights

11 Act?

12     A.    I have heard of it.  Yes.

13     Q.    Are you aware of whether the Voting Rights

14 Act requires there to be a district that will

15 perform for a Black candidate based upon the city's

16 ethnic and racial makeup?

17     A.    I'm not a lawyer. I don't know the

18 specifics.

19     Q.    Well, wouldn't whether a district needs to

20 be drawn in such a way so that it performs for a

21 Black candidate be relevant for your opinions?

22     A.    No.

23     Q.    Why not?

24     A.    That wasn't what I was asked to do.

25     Q.    So if the law requires that the district

Page 35

1    be drawn in such a way that it performs for a Black

2    candidate which would necessarily require the

3    consideration of whether there's a sufficient Black

4    population in the district, that wouldn't be

5    relevant for your analysis that examined race?

6        A.    I wasn't asked to take that into

7    consideration.

8        Q.    On page 4 you state, majorities tend to be

9    exaggerated in districts and identified Districts 1,

10   3, and 4 for Hispanics and District 5 for Black

11   voters.

12             Are you aware of other ways the districts

13   could be drawn that would not exaggerate the

14   minority -- I'm sorry -- the minorities in those

15   districts?

16       A.    I don't know.

17       Q.    That's not something that you explored?

18       A.    It wasn't what I was asked to do.

19       Q.    Are you aware of what the Hispanic voting

20   age population is for the city of Miami?

21       A.    I'm not.

22       Q.    Are you aware of what the Black voting age

23   population is for the city of Miami?

24       A.    I believe it was 15 percent.

25       Q.    In paragraph 4 of your report, you state,

Page 36

1    only one district, District 5, had equal or greater

2    Black VAP under the 2013 plan.

3              What are your referring to there?

4         A.   Sorry. Which page are you on?

5         Q.   Page 4.

6         A.   Yeah. I see it.  Okay. What am I referring

7    to in that sentence?

8         Q.   Yes.

9         A.   That District 5 was the only district that

10   had equal or greater than 14.8 percent Black VAP.

11        Q.   Do you know what it was in the 2013 plan?

12        A.   Do I know what what was in the 2013 plan?

13        Q.   What the Black VAP is in the 2013 plan?

14        A.   For the city?

15        Q.   For District 5.

16        A.   52.9 percent.

17        Q.   Do you know what the Black VAP was in the

18   2022 plan for District 5?

19        A.   15.3 percent.

20        Q.   So at least in terms of drawing that new

21   district for the 2022 plan, the Black VAP decreased.

22   Correct?

23        A.   Yes.

24        Q.   And if the Black VAP decreased from the

25   2013 plan, that didn't exacerbate the racial

1  segregation, did it?

2       A.    Again, it depends upon what you're

3  comparing it to. You can't compare it to the 2013

4  plan; you have to compare it to what needed to be

5  changed because of population reasons.

6       Q.    Well, is there a predetermined change that

7  needs to occur for population reasons?

8       A.    You needed to decrease the size of

9  District 2.

10       Q.    And how overpopulated was District 2?

11       A.    Under the 2013 plan there were 117,281

12  individuals compared to the other districts that had

13  somewhere between 80- and 83,000 people.

14       Q.    And District 5 needed to gain population.

15  Correct?

16       A.    It was the second largest so it could have

17  gained some or it could not have gained some, but

18  District 2 needed to decrease.

19       Q.    You'd mentioned that the proper comparison

20  is not to the 2013 benchmark, but to the

21  alternatives that could have been considered. Why is

22  that?

23       A.    Because the 2013 plan couldn't remain as

24  it was.

25       Q.    But why wouldn't the 2013 plan be a proper

Page 38

```
1    comparator if you were utilizing the cores of

2    existing districts?

3         A.   The changes that were made needed to be

4    compared to other possible changes. There was no

5    version of the world in which you could have had the

6    exact same map in 2013.

7         Q.   I understand. I guess where I'm going at

8    is, why does it have to be alternative options to

9    what they considered versus we start from the

10   benchmark, that's the plan that we need to change,

11   we have a preset racial makeup, and you compare

12   it -- is it making it more racially segregated from

13   the 2013 plan or less racially segregated from the

14   2013 plan?  Why would that not be a proper analysis?

15        A.   Because I reject the idea that the 2013

16   plan is something to compare a new plan to when you

17   cannot have the 2013 plan in 2022.

18        Q.   Are you aware of whether courts examined

19   the benchmark plan to assess what needs to be done

20   or whether a replacement plan is sufficient for

21   legal reasons?

22        A.   No. I am not aware.

23        Q.   Did counsel for plaintiffs direct you to

24   not make comparisons to the benchmark plan?

25        A.   No.
```

1      Q.   On page 5, the last full paragraph at the

2   bottom of that page, in the third sentence -- I'll

3   go ahead and read for completeness. You reference

4   Table 3 depicts the racial VAP composition after

5   redistricting.  And that sets up your comparison

6   that you're comparing the 2022 plan to the 2013

7   plan. Correct?

8      A.   I don't know if it sets up the comparison.

9   It's a list of -- it's a description.

10      Q.   Okay. The second sentence, overall Black

11   VAP in District 2 decreased slightly as a percentage

12   total of VAP from 7.7 to 7.2 percent as did Hispanic

13   VAP from 52 percent to 49 percent after

14   redistricting.

15          Are you comparing the 2022 plan with the

16   2013 plan in that sentence?

17      A.   I'm comparing the -- I'm comparing the

18   Black and Hispanic VAP from the 2013 plan in

19   District 2 to the 2022 plan in District 2.

20      Q.   And then you say, this was due to the fact

21   that white VAP increased from 34 percent to

22   37 percent after redistricting.

23          From a geographic standpoint, do you know

24   where those white voters lived?

25      A.   No, I don't.

Page 40

1        Q.   Did you do any analysis of where -- strike
2    that.
3             Did you do any analysis of whether there
4    were concentrated areas of minority population?
5        A.   In District 2?
6        Q.   Anywhere in the map.
7        A.   No. I don't -- I don't know specifically.
8    I mean, I looked at -- I looked at individual
9    precincts and if I go back and look at my data I can
10   tell you if I looked where, but yes.
11       Q.   But that's not something that you've done
12   to date in terms of looking at the map as a whole to
13   figure out where there might be concentrations of
14   minority voters?
15       A.   I looked at portions of districts and
16   precincts to see the racial composition of those
17   areas.
18       Q.   But just for those precincts along the
19   borders. Correct?
20       A.   I did not, generally speaking, look at
21   individual precincts within the cores of the
22   districts, the internal portions of the district.
23       Q.   Okay.  So in the next sentence you state,
24   on the whole, however, there was no statistical
25   difference between voting age population or VAP by

Page 41

1    race before and after redistricting at the district

2    level.

3              If I understand that correctly, that means

4    that even though they redrew these districts, there

5    is still going to be three Hispanic districts, a

6    Black district, and a plurality district. Correct?

7        A.    Correct.

8        Q.    And your examination goes to a more

9    granular level to do that data analysis. Is my

10   understanding there correct?

11       A.    Correct.

12       Q.    Now, jumping into your analysis made

13   between the changes for the 2013 and 2022 plan,

14   starting with District 1. You would agree that

15   District 1 had to gain population. Correct?

16       A.    Yes.

17       Q.    Do you know if District 1 assumes

18   District 2?

19       A.    It does not.

20       Q.    Okay. And in responding to that question,

21   what are you referring to that is in front of you?

22       A.    My expert report.

23       Q.    Is that the only thing that you have in

24   front of you at this time?

25       A.    Correct.

Page 42

1      Q.   Do you also have a computer in front of

2  you?

3      A.   I do not.

4      Q.   Okay. Is there a tablet?

5           MR. MERKEN: George, that's the

6      controls for the video screen.

7           MR. LEVESQUE: Thank you, Chris. I

8      was wondering what that was.

9           MR. MERKEN: It's just the Zoom

10     controls.

11  BY MR. LEVESQUE:

12     Q.   So if District 1 needed to gain

13  population, how would it get population as part of

14  the map drawing process?

15     A.   District 2 has to give precincts or areas

16  of the district to the joining -- the districts that

17  it touches, so District 5, 3, and 4 and then those

18  districts have to give portions of their district to

19  District 1, which they all touch.

20     Q.   So for the purposes of the city

21  commission's work, District 2 could shed population

22  theoretically to one district and then you could

23  rotate the population all the way around or it could

24  give a little bit to all three districts and some

25  variation of those three districts would need to

Page 43

1    donate to District 1. Is that fair?

2         A.    That sounds right.

3         Q.    And there are lots of different ways that

4    the commission could make those population

5    adjustments; would you agree?

6         A.    Yes.

7         Q.    From a race and ethnicity standpoint, what

8    is the makeup of District 1?

9         A.    Just generally speaking?

10        Q.    Yes.

11        A.    It's a Hispanic super majority district.

12        Q.    On that same page you say, the changes

13   under the 2022 enacted plan resulted in District 1

14   growing both in absolute and relative terms.  And

15   you indicated is now the second largest district

16   after District 2.

17             What is the significance of that to you

18   for your analysis?

19        A.    It just means that it gained more

20   population than maybe it absolutely needed to if you

21   want to keep the rank ordering of the districts the

22   same.

23        Q.    Are you aware of anything that would

24   require one to keep the rank ordering of the

25   districts the same?

A. No. No.

Q. Is there anything in your opinions that suggests that not keeping the rank ordering is problematic?

A. No.

Q. In the next paragraph you say, changes made to District 1 occurred in tandem with changes only to District 5.

Is that problematic?

A. No. Not in and of itself.

Q. If we could scroll down to Table 4. And I think this reflects your analysis of the precincts; is that correct?

A. These are splits, precincts splits.

Q. Okay. Are you aware of anything that requires a map drawer to use precincts when drawing plans?

A. No.

Q. If the city was going to be re-precincted [sic] as part of the 2020 census process, do you think it would still be important for the map drawer to utilize precincts in drawing?

A. I don't know.

Q. If the city map drawer ignored precincts, is that problematic to you?

Page 45

1      A.   If he did so in a uniform way, probably

2  not.

3      Q.   When you say in a uniform way, can you

4  explain that?

5      A.   If all of the portions that were moved

6  were completely split and every -- in every way,

7  every time there was a move, I would say that would

8  be evidence that they did not take into account

9  precincts when they moved. The portions of the

10 district.

11     Q.   And what would be something that would

12 indicate that they didn't do it in a uniform way?

13     A.   If they split districts -- if they split

14 precincts sometimes and didn't split precincts other

15 times.

16     Q.   And there is no chance that that could be

17 explained simply by where they were drawing the

18 district lines and where the precinct lines fall?

19     A.   I don't know.  I didn't look at that.

20     Q.   So in looking at your Table 4, if I

21 understand correctly, you've got a District 1 split

22 column and a District 5 split column. Does that

23 indicate which precincts were placed into which

24 districts?

25     A.   Yeah.  Some of them remained in those

Page 46

1  districts, some of them were moved. But after --

2  under the 2022 enacted plan, the District 1 split

3  column are splits that remained or were moved into

4  District 1 and the District 5 split column were

5  precinct splits that were either moved into

6  District 5 or remained in District 5.

7       Q.   Okay. And looking at Precinct 531 for

8  District 1, in Area 6, 27.2 percent Black population

9  either remained or was moved into District 1. Would

10  that have increased or decreased the BVAP in

11  District 1?

12       A.   I don't know.  It depends on the other

13  changes that were made.

14       Q.   Well, that change by itself, do you know

15  if 27.2 percent is higher or lower than the existing

16  percentage for District 1?

17       A.   It's higher.

18       Q.   So that would have a tendency to increase

19  the BVAP in District 1. Correct?

20       A.   Again, it depends on what other changes

21  you make.

22       Q.   Sure. But in a vacuum, 27.2 percent higher

23  than the current BVAP in District 1, that would have

24  the effect of increasing it if all other things

25  remained equal. Correct?

Page 47

1          A.    27.2 percent Black VAP is higher than the
2    District 1 Black VAP under the 2013 plan. But as
3    I've said, other changes need to be made. So none of
4    this could have happened in a vacuum.
5          Q.    And we'll go through the rest of the
6    changes.   I just want to make sure we're
7    understanding what's going on with both the district
8    drawing and your analysis.
9                The second figure, 44.9 percent represents
10   white voting age population. Correct?
11         A.    Correct.
12         Q.    And all other things being equal, 44.9
13   percent would have boosted the white voting age
14   population in District 1. Correct?
15         A.    44.9 percent white VAP is higher than the
16   white VAP in District 1 under the 2013 plan.
17         Q.    And 71.1 percent is lower -- well, let me
18   back up. I'm getting ahead of myself.
19               71.1 percent is referring to the Hispanic
20   voting age population in Precinct 531 that is either
21   kept or moved into District 1. Correct?
22         A.    Yes. Correct.
23         Q.    And that is lower than the existing
24   Hispanic voting age population in District 1.
25   Correct?

Page 48

1      A.   Under the 2013 plan. Correct.

2      Q.   And under the 2022 plan.

3      A.   Correct.

4      Q.   Now, you used percentages here. Do you

5  know how many voters were in Precinct 531 that we're

6  talking about?

7      A.   I do not have the total population for

8  531. No.

9      Q.   For any of your precinct analyses in your

10  first report, do you list the number of voters that

11  are impacted by the move?

12      A.   I do have some of this in the appendix.

13      Q.   And is that the table that begins on

14  page 25?

15      A.   Yes.

16      Q.   And you've got a series of tables there

17  that begin on 25 and run to page 29?

18      A.   Correct.

19      Q.   Looking at Precinct 523 for District 1,

20  27.4 percent would be a higher Black voting age

21  population than what was included in the 2024 plan.

22  I'm sorry. 2022 plan. Correct?

23      A.   For which district?

24      Q.   For District 1.

25      A.   Yes.

Page 49

1      Q.    And looking at Precinct 529, 18.7 percent

2   would be a higher Black voting age population than

3   what is included in District 1 in the 2022 plan.

4   Correct?

5      A.    Correct.

6      Q.    And the same would also be true for

7   Precincts 512 and 522?

8      A.    Correct.

9      Q.    So every single precinct there would have

10  boosted the Black voting age population in a

11  Hispanic district. Correct?

12     A.    Those areas that were moved had higher

13  Black VAP than the district that they were moved

14  into under the 2013 and 2022 plan.

15     Q.    So those changes, then, would not have

16  exacerbated the racial segregation in comparison to

17  the 2013 benchmark. Is that fair?

18     A.    Those changes were not made in a vacuum.

19  So, as I've said, I am not comparing what could have

20  been made -- what was made to the 2013 plan. I'm

21  comparing what was made to the 2013 plan in

22  comparison to what could have been made to the 2013

23  plan.

24     Q.    Well, certainly they could have placed

25  those areas for that Black population in District 5

1    to further boost the Black population in District 5,

2    couldn't they?

3         A.   District 5 had to get rid of population if

4    they were being given more population by District 2.

5    As I note in my report, District 5 gave some areas

6    to District 1 and then District 1 turned around and

7    gave some areas to District 5. So it wasn't -- they

8    weren't even a net donor. They interchanged areas.

9         Q.   I guess my question is, if they were doing

10   it for racial reasons, wouldn't you expect that if

11   District 1 was looking to shed Black voters and

12   boost Hispanic voters, wouldn't you expect the BVAP

13   that is being shifted to District 1 to be lower than

14   what is reflected?

15        A.   No.

16        Q.   Why not?

17        A.   Because they had to change their map and

18   they had to change it in such a way that they were

19   using areas of the city that were on their border.

20   So they had to find areas that may not have had as

21   low Black population as the core or lower than the

22   core.

23        Q.   What are the areas that could have been

24   moved for District 1 that would -- let me back up.

25             Regarding the changes to District 1, how

Page 51

1    was race a factor?

2         A.   I don't understand. Can you clarify the

3    question?

4         Q.   Sure. Based upon your analysis of the

5    data, you've reached conclusions about what was done

6    to District 1 and why it was done to District 1. So

7    my question is, what precisely was done to

8    District 1 and why was it done?

9         A.   District 1 took on areas from District 5

10   that were lower in Black population, Black VAP, than

11   other areas that remained in District 5. And that's

12   why I have these splits in this table to show you

13   that precincts -- I'm using as the unit of analysis

14   here because it's a -- we know that that area is

15   close together -- the splits are very close to one

16   another because they're contained in the same

17   precinct.  So there was a decision -- for instance,

18   for Precinct 531 there was a decision to take that

19   portion of that area into District 1 rather than the

20   part that remained or was moved into District 5

21   which had a higher Black population, higher Black

22   VAP.

23        Q.   Okay. But that's not necessarily true for

24   all of the precincts, is it?

25        A.   I looked at all of the precincts that were

Page 52

1    moved.

2         Q.    Okay.  Let's look at Precinct 529.

3         A.    Yes.

4         Q.    There is a percentage -- 18.7 percent was

5    moved to District 1 or stayed in District 1 whereas

6    for District 5, 13.3 percent Black voting age

7    population either stayed or was moved to District 5.

8         A.    Correct.

9         Q.    That's inconsistent with the narrative

10   that Black voting age population was boosted in

11   District 5 and Hispanic population was boosted in

12   District 1, isn't it?

13        A.    This is -- 529 is one district where the

14   splits do not reflect the pattern I am referring to.

15   It is a small difference, 18.7 percent Black VAP

16   compared to 13.3 percent Black VAP. So a 5.4

17   percentage point difference compared to some of

18   these other precincts where the difference in

19   percentage points is almost 40 percentage points.

20        MR. MERKEN: George, can we take a

21        quick five-minute break when you're at a

22        good place. It's been about 90 minutes.

23        MR. LEVESQUE: Sure. We'll take a

24        break now. It's 10:30. Let's be back at

25        10:35.

1          (Recess in proceedings.)

2     BY MR. LEVESQUE:

3          Q.    Dr. Abott, going back to page 7 of your

4     report analyzing the 2022 plan, Table 4, you've

5     identified five precincts where you have identified

6     where the decisions were made deliberately on the

7     basis of race. Do I understand what is supposed to

8     be reflected in that report?

9          A.    Yes.

10         Q.    Did you examine all of the precincts that

11    were swapped between D-5 and D-1?

12         A.    Yes.

13         Q.    Are these the only five that you

14    identified where that was going on?

15         A.    If those were the only ones listed then I

16    believe those were the -- those were the areas that

17    were moved.

18         Q.    Okay. And if I can refer you to page 25

19    and 26 where in the area description we're talking

20    about areas that were moved from D-5 to D-1 starting

21    on page 25 first. About halfway down you've got

22    Riverside there moved from D-5 to D-1.

23         A.    This is -- this is the February 7th draft.

24         Q.    Okay. So is the draft -- if we wanted to

25    look at the 2022 enacted plan we should be looking

Page 54

1    at the report starting on page 26?

2         A.    That's comparison of the February 7th

3    drafted to the enacted plan.

4         Q.    Okay. So if we wanted to do a comparison,

5    then, of the benchmark plan, the 2013 plan to the

6    enacted plan, the `22 plan, we should look at

7    page 27?

8         A.    Yes.

9         Q.    And so that plan also moved Precinct 530.

10   Correct?

11        A.    Yes.

12        Q.    And that's not one that you identified as

13   being racially problematic. Correct?

14        A.    Table 4 looks at just precincts that were

15   split. Just areas that were split. I used the

16   split -- I used the split precincts as a way to look

17   at areas that were very close to one another that

18   were in a preexisting geographical unit, although I

19   don't know if that's relevant, but they were areas

20   that were very close to one another. And reasonably

21   good comparisons to make with one another. If you

22   look at whole precincts you can compare any other

23   precinct on the border as an option. These were

24   areas that had natural comparisons that I wanted to

25   make.

Page 55

1        Q.   Well, and I guess my question is, in
2    looking at the list of precincts that were moved
3    from D-5 to D-1, the only one that is identified in
4    your Table 4 that was actually moved from D-5 to
5    D-1 is 531; is that correct?
6        A.   No. The first row of the table are areas
7    that were moved from D-5 to D-1 as well. So the
8    precinct splits at 512 and 522.
9        Q.   Okay. So all together there were three
10   precincts that were moved from D-5 to D-1 that are
11   detailed in your table?
12       A.   They were not moved wholly. These were
13   three precincts that were split that D-5 took on
14   from D-1.
15       Q.   But the precincts that were split in 529
16   and 523 in Table 4, those were areas that were
17   already in D-1. Correct?
18       A.   Correct. The split was moved into D-5.
19       Q.   Dr. Abott, I'm going to try and share my
20   screen here. Are you able to see that document?
21       A.   I can see it. I can't -- I don't think I
22   can read it that well. My eyes aren't the best,
23   but --
24       Q.   Let me see if I can enlarge it here. Is
25   that helpful?

Page 56

1        A.    Yeah. You have to scroll down for me to

2    see the whole thing. But yeah.

3        Q.    And I'm going to represent to you that

4    this is Resolution R21-0485 that the city commission

5    adopted providing directions to its map drawers on

6    how they should rank criteria and address their map

7    drawing duties.

8              Are you able to read that criteria?

9        A.    Yes.

10       Q.    Was this information conveyed to you in

11   terms of how the city instructed its map drawers to

12   go about drawing maps?

13       A.    No.

14       Q.    Do you see anything on there that reflects

15   compactness?

16       A.    Maybe E, but I don't know.

17       Q.    Where it says maintain communities of

18   interest in neighborhoods where feasible?

19       A.    Correct.

20       Q.    Is it your understanding that that's the

21   functional equivalent of compactness in

22   redistricting parlance?

23       A.    No.

24       Q.    That would be two different things.

25   Correct?

1      A.   Sorry?

2      Q.   That would -- those would be two different

3  things. Correct?

4      A.   The way I understand it, yes.

5      Q.   Were you aware that the city commission

6  rejected compactness as a redistricting criteria?

7      A.   I was not aware.

8      Q.   If the city commission directed its map

9  drawers to not worry about compactness when drawing

10  district lines, but to factor in normal things like

11  voter cohesion or maintaining the core of existing

12  districts, are those decision points that would

13  impact any of your opinions?

14      A.   No.

15      Q.   On page 7 of your report underneath Table

16  4 you indicated that the areas that were chosen were

17  deliberately done on the basis of race. Is that

18  statement in reference to the precinct splits that

19  were -- that you describe above?

20      A.   Yes.

21      Q.   You would agree, though, that there were

22  other -- I'm sorry. You would agree that there were

23  other changes that were made that were not

24  necessarily reflected in those particular precincts.

25  Correct?

Page 58

1          A.    Correct.

2          Q.    So what is reflected there are just the

3    precincts where you were able to identify race as a

4    factor in the changes. Is that fair?

5          A.    What's reflected here are areas that to my

6    political scientist mind represent good comparisons

7    and good counter hypotheticals for what could have

8    been done versus what was done.

9          Q.    Well, you used an interesting description

10   there. Counter hypotheticals for what could have

11   been done. What other things for District 1 could

12   have been done that would not have taken race into

13   account?

14         A.    There were other precincts or other

15   portions of precincts that could have been moved

16   that had different breakdowns of race and ethnicity

17   that would have not been as -- the degree of -- the

18   size of the Black VAP would have been lower, for

19   instance, in other places that could have remained

20   in District 5.

21         Q.    Okay. We're talking about District 1,

22   though, right now.

23         A.    Right. So areas that had higher Black VAP

24   than the ones that were moved into District 1.

25         Q.    Well, all of the areas -- all of the

1    precinct areas that we've identified there all had

2    higher Black voting age population than what was

3    reflected in District 1. Correct?

4         A.   Correct. But they did not have higher

5    Black VAP compared to other possible precincts that

6    could have been moved in.

7         Q.   And I guess what -- did you identify what

8    those area possible precincts are in your report?

9         A.   In this table it looks at the other half

10   for the other portion of the precinct that was not

11   moved.

12        Q.   So if I understand correctly, then, the

13   argument is that it could have incorporated some of

14   those other precincts.  From a map drawing process,

15   did you look at where those precincts were

16   geographically in relation to the precincts that

17   weren't moved?

18        A.   They were all on the border. Right?  You

19   had to find areas that were on the border of these

20   districts. So I looked at other precincts or

21   precinct splits that were also on the borders.

22        Q.   Well, let's look at Area 8 of your report.

23   I'm going to put it up on the screen if I can. Are

24   you able to see that?

25        A.   Yes.

Page 60

1      Q.    Okay. So we've got Precincts 512 and 522

2    in Area 8. When we look at Area 8 that is in

3    question here, are you able to see that?

4      A.    Yes.

5      Q.    Geographically in that area, do you know

6    where Precincts 512 and 522 are located?

7      A.    I couldn't tell you from this map.

8      Q.    Did you look at whether the precincts that

9    you were comparing are reflected geographically such

10   that where the City drew the line your precinct with

11   a higher Black voting age population would be in the

12   yellow portion or the blue portion or purple?

13     A.    The area with the higher Black population

14   remained in the yellow portion, which is District 5.

15     Q.    So if it wanted to include that portion,

16   it would need to go further into District 5.

17   Correct?

18     A.    Not necessarily. It could have gone to the

19   right. To the east.

20     Q.    Did you do analysis of that block to the

21   east?

22     A.    It's not in the report.

23     Q.    Do you know if the areas of Precincts

24   512 or 522 are to the east?

25     A.    I'm sorry?

Page 61

1        Q.    Do you know --

2        A.    Say it again.

3        Q.    Do you know if the areas of Precincts 512

4    and 522 are to the east?

5        A.    I don't. I don't. They might be. I don't.

6        Q.    From a redistricting standpoint, is there

7    anything unusual about the way those lines were

8    drawn, in your opinion?

9        A.    Probably decreases a little bit of

10   compactness the way they were drawn.

11       Q.    But that wouldn't be a problem if the city

12   commission decided not to use compactness as a

13   measure that it was going to observe. Correct?

14       A.    Correct.

15       Q.    At the bottom of page 8 and the top of

16   page 9 of your report it indicates three areas that

17   were moved from District 2 stand out. The first area

18   is 10 and 11 that was given to District 5. This

19   section of donated precincts had a lower white

20   voting age population, a greater Hispanic and Black

21   VAP compared to the areas that were not moved.

22             What is the significance of that

23   observation?

24       A.    The significance is that areas that were

25   moved compared to areas that weren't moved shored up

1    preexisting breakdowns of race in the districts.

2         Q.    Do you recall what the Hispanic population

3    in that district was in District 2 in the 2013 plan?

4         A.    51.9 percent.

5         Q.    And after the 2022 plan was enacted it was

6    less than that. Correct?

7         A.    Yes.

8         Q.    Is that a statistically -- I'm sorry. What

9    was the percentage difference between 2013 and 2022?

10        A.    2013 was 51.9 percent, 2022 was

11   48.6 percent.

12        Q.    Is that a statistically different drop for

13   that district?

14        A.    I don't know.

15        Q.    Were you asked to reach an opinion whether

16   that was a statistically significant drop?

17        A.    No.

18        Q.    And if I understood some of our earlier

19   dialogue, when it comes to race and ethnicity on a

20   map-wide basis for each district, there are not

21   statistically significant changes that were made to

22   the map. Correct?

23        A.    Across all five districts.

24        Q.    What about in relation to any particular

25   district?

Page 63

1          A.    I don't know.

2          Q.    Now, the areas of the map that we're

3     talking about, Area 10 and 11 -- bring that back up.

4     Are you able to see that?

5          A.    Yes.

6          Q.    What is your understanding of what is

7     going on with this geography in terms of housing?

8     What's there?  Do you know?

9          A.    I have no idea. I don't know.

10          Q.    In terms of the map as a whole, do you

11     have any understanding of where the white voting age

12     population resides?

13          A.    In District 2 for the plurality of them.

14          Q.    So are you aware that District 2 is a

15     district that primarily runs along the coast?

16          A.    Yes.

17          Q.    What is your understanding of where the

18     Hispanic population is largely concentrated?

19          A.    Districts 1, 3, and 4.

20          Q.    And so those would be the inland areas of

21     the city boundaries. Correct?

22          A.    One and 4 are on the city boundaries.

23     District 3 is not on city boundaries inland. Or on

24     the coast either.

25          Q.    What areas of District 2.  Did you

Page 64

1   identify that could have been shifted to District 5
2   that did not have a problematic racial makeup?
3        A.    There were two split precincts I list
4   here, precinct 534-A and 536-A. The split precincts
5   that were given to District 5 had higher Black VAP
6   than the portions that remained in District 2. It's
7   broken down in district -- broken down in Table 5.
8        Q.    And looking at that map are you able to
9   identify where those districts -- I'm sorry. Where
10  the precincts would be?
11       A.    I don't recall.
12       Q.    At any point when you were doing your
13  precinct analyses did you drill down to the
14  geography to figure out where they were located?
15       A.    Yeah. Using the shape files. The maps.
16       Q.    So if a precinct -- let's say in that
17  example there is a precinct that you were drawing a
18  comparison with for 534 or 536-A that was closer to
19  what is the old district line for District 2, did
20  that weigh into your analysis at all about whether
21  you could give as much credence to the racial
22  disparity?
23       A.    I primarily looked at the splits -- the
24  precinct splits. Just look at areas that were split
25  amongst District 2 and District 5 that were

Page 65

1    traditionally geographic units, preexisting

2    geographic units, and compared what those areas

3    looked like before and after the split.

4          Q.    So you looked at the data, you didn't

5    necessarily take into account the geography or any

6    of the other information that might be impacting

7    where the City was drawing the line. Is that fair?

8          A.    I don't know what specifically you mean by

9    geography, but I was not taking into account

10   anything other than the data and the maps.

11         Q.    I guess, Doctor, let me ask it this way.

12   In this area of 10 and 11, what is your

13   understanding -- or do you have any understanding of

14   where white population might live within those

15   borders and where the Black population might live

16   within those borders?

17         A.    No. Not at the block level. No, I don't.

18         Q.    Would that be important to know as part of

19   your analysis?

20         A.    No.

21         Q.    Why not?

22         A.    I don't see how it would impact my

23   conclusions or my analyses.

24         Q.    Well, if one of the precincts that

25   reflects the racial disparity you're referencing is,

1    say, located along this boundary (indicating), and

2    they're capturing all of the area outside of that,

3    they can't very well carve that out and put it into

4    District 2 to maintain that, could they?

5         A.   Can you rephrase that?  I don't know who

6    they is that you're referring to.

7         Q.   Whoever is drawing the map. If someone is

8    drawing a map and they're going to take this entire

9    area (indicating), and let's say Precinct 534-A,

10   hypothetically speaking, were somewhere along this

11   area (indicating), they're capturing the areas on

12   the outside or at the top to make a clean line,

13   those are all decisions that might reduce or

14   otherwise explain why there's a racial disparity

15   there. Correct?

16        A.   No.

17        Q.   Why not?

18        A.   They're taking -- they're taking portions

19   of the precinct. The other portion of the precinct

20   is contiguous -- geographically contiguous with the

21   other half of the precinct.

22        Q.   But do you know which way the precincts

23   are running?

24        A.   Not off the top of my head.

25        Q.   Did you examine whether any of these

Page 67

1   boundaries were following major roadways?

2        A.   No.

3        Q.   Okay. I want to shift down to Area 13. Is

4   it your opinion that the racial disparities in the

5   precinct splits there explain why that area was

6   drawn that way?

7        A.   No.

8        Q.   What is your opinion concerning Area 13?

9        A.   My opinion is that because the precincts

10  do not differ by race that there were other

11  considerations for why that area was moved. But

12  because that area was moved other areas needed to be

13  moved as well.

14       Q.   Is it your conclusion that that area was

15  drawn so that they could move other areas?

16       A.   No. I don't know.  I don't have -- I don't

17  know the motivations.

18       Q.   Did anyone ever inform you that at the

19  very lowest point of that Area 13 in that general

20  area where my cursor is (indicating), that that is

21  where one of the city commissioners maintains a

22  residence?

23       A.   Yes.

24       Q.   And what is your understanding of that?

25       A.   My understanding is that the commissioner

Page 68

1   had two homes, one of which was in District 3 and
2   the other one was not.
3       Q.   Did anyone ever inform you that that area
4   was drawn so that his other residence would be
5   included in District 3?
6       A.   No.
7       Q.   You indicated earlier that there were news
8   reports that you had reviewed based upon your
9   research. What were those news reports?
10      A.   News reports were about the politics and
11  the process and the conflict over the new maps or
12  the map drawing process, I suppose.
13      Q.   Okay. Were those related to the map
14  drawing process that was commenced in 2022?
15      A.   Yes.
16      Q.   Did the news reports also cover the map
17  drawing process that was done in 2023?
18      A.   No.
19      Q.   Did it cover any of the prior map drawing
20  processes, whether it be `97, 2003, or 2013?
21      A.   No.
22      Q.   In 2022, how did it describe the politics?
23      A.   They mentioned the commissioner's second
24  home.  That seemed to be one of the biggest stories
25  that were mentioned. And that they were having

Page 69

1  trouble coming up with a consensus about a map.
2      Q.   Did the article also cover other
3  circumstances as to why the commissioner might want
4  his second home in his district?
5      A.   I don't know.  I don't know in particular.
6      Q.   Do you recall if you read that news story
7  before or after you finalized your first report in
8  this matter?
9      A.   Before.
10      Q.   Is there a reason you did not include that
11  in your report?
12      A.   I couldn't speculate on motivation.
13      Q.   Well, you considered incumbent addresses
14  as something to be included in your report. Correct?
15      A.   I considered the primary addresses, the
16  homes of commissioners to determine whether any new
17  lines of the districts would draw the incumbents out
18  of their districts. He had a home in District 3 so
19  that home was never in risk of being drawn out of
20  District 3.
21      Q.   Are you aware of any time he moved to the
22  residence that is located in the bottom of that
23  Area 13?
24      A.   No.
25      Q.   So if he had moved to that residence that

Page 70

1   was located in the bottom of Area 13, no one

2   informed you of that?

3       A.   No.

4       Q.   The residence that he was living at when

5   he was elected to office, that address would be in

6   your notes. Correct?

7       A.   It's in the data files.

8       Q.   Those are the data files that were

9   provided to you by counsel?

10      A.   Correct.

11      Q.   After reading that -- strike that. If I

12  could ask you to flip to page 9 in your report.

13  There you say, in Area 17 a former section of the

14  southwest part of District 2 directly below US-1 did

15  not substantially differ from the portions of

16  District 2 surrounding it.  It did, however, differ

17  from -- markedly from the racial composition of the

18  receding District 4 which undercuts the argument

19  that commissioners were seeking to maintain four of

20  the districts' racial compositions.

21          Is it your understanding that the

22  commission intended to maintain the core of the

23  districts racial compositions?

24      A.   I believe it was one plausible

25  explanation.

Page 71

1      Q.   Would you agree that even separate from

2   racial compositions, that there could be core

3   geography that would be another measure or another

4   criteria in terms of maintaining the core of

5   districts?  It doesn't have to be race. Correct?

6      A.   I don't know what you mean by geography.

7      Q.   Well, we're looking at these redistricting

8   plans.  They cover land. Correct?

9      A.   Yes.

10     Q.   Let me share my screen. So in looking at

11  this map, District 4 covers a particular area of the

12  city. Correct?

13     A.   Yes.

14     Q.   If one were to maintain as much of the

15  core of District 4, keeping in mind that District 4

16  would need to gain population, then one probably

17  wouldn't wholesale or rewrite Districts 2, 3, and 4.

18  Correct?

19     A.   It depends what your priorities are. I

20  can't tell you how to draw a map about the -- you

21  know, the specific boundaries of the cores. If

22  that's a priority, that's the commission's priority.

23     Q.   Do you know which commissioner voted

24  against the plan for the 2022 enacted plan?

25     A.   I believe there were two. I don't know

Page 72

 1   which ones.

 2        Q.   Is it your opinion that the city

 3   commission was looking to maintain the core of the

 4   districts based upon racial composition?

 5        A.   I don't know.

 6        Q.   You would agree that the changes there in

 7   Area 17 appear to be at odds in terms of racial

 8   motivations than those that we've discussed in

 9   relation to Area 8 and Area 10 and 11. Would you

10   agree?

11        A.   At least the splits -- the two precincts

12   that were split in Area 17 do look different from

13   one another racially.

14        Q.   And so if the city commission was looking

15   to exacerbate the Hispanic population in District 4

16   they didn't do a very good job, did they?

17        A.   I don't -- I'm not sure what you mean.

18        Q.   Well, in describing some of the other

19   areas in the split analysis that you've conducted,

20   say for Area 10 and 11, comparing Districts 2 and 5

21   and Area 8 and 6 related to Districts 5 and 1, you

22   described those changes as exacerbating the existing

23   racial segregation. That's not true of Area 17, is

24   it?

25        A.   The splits that were either given or

Page 73

1    remained -- the splits that were given to District 4

2    have greater Hispanic VAP than the splits that

3    remained in District 2.

4         Q.   In examining the other areas of

5    District 2 that District 4 could gain from, did you

6    look at any of the areas directly adjacent to Areas

7    16 and 17 and 13?

8         A.   I write in the first paragraph that

9    Area 17 did not substantially differ from other

10   portions of District 2 surrounding it.

11        Q.   But, again, that's -- that's a scenario

12   where -- let me back up.

13             That's the exact opposite scenario that we

14   discussed related to District 1 and District 5.

15   Correct?

16        A.   No. Because the precinct splits were still

17   designed around Hispanic VAP or still differed --

18   they differed based on Hispanic VAP.

19        Q.   Those two precinct splits that you

20   identified for Area 17, do you know how many

21   residents from a numerical basis are included there?

22        A.   At the bottom of page 9, the District 4

23   split of Precinct 584 contains 10 percent of the VAP

24   that District 2 split contains. It's 235 individuals

25   versus 2,108.

1      Q.   Okay. And so in unpacking those numbers,
2   does that mean the 235 is a reference to what is
3   retained in District 4?
4      A.   What was given to District 4. Yes.
5      Q.   And the 2,108, are those retained in
6   District 2?
7      A.   Correct.
8      Q.   From a statistical significance
9   standpoint, is 235 a statistically significant group
10   of voters?
11      A.   Significant relative to what?
12      Q.   To the district size.
13      A.   I mean, I don't -- statistical
14   significance is about an estimate. It's about
15   understanding whether an estimate is likely to be
16   correct. So these aren't estimates.
17      Q.   Can you repeat your answer related to --
18      A.   There is a difference between statistical
19   significance and substantive significance.
20   Statistical significance refers to estimating
21   things. Whether -- an estimate has a confidence
22   interval. It has bounds. It could be X less than the
23   estimate or it could be X more than the estimate.
24   The 235 individuals is not an estimate, it's the
25   number of individuals that lived in that precinct

Page 75

1    split.

2         Q.   So if we're dealing with -- and you will

3    have to forgive me. It's been almost 30 years since

4    I took statistics. So if you're talking about actual

5    numbers, I think you indicated, is that substantive

6    significance?

7         A.   Substantive significance. Yes.

8         Q.   Are 235 voters substantively significant

9    for a district size?

10        A.   That's a subjective opinion. That's a

11   subjective decision. Subjective opinion.

12        Q.   What would that subjective opinion be

13   dependent on?

14        A.   It depends what your goals and your

15   preferences are about how the map should look or

16   how -- you know, whatever your opinion about what

17   matters in the map.

18        Q.   Okay.

19             MR. LEVESQUE: I'm going to suggest

20        we take about a ten-minute break.

21             MR. MERKEN: Sounds good, George.

22                  (Recess in proceedings.)

23        Q.   Dr. Abott, if I can refer to you page 12

24   of that first report. I'm going to share my screen.

25   There again is a depiction of the areas. I want to

1  talk about Area 14 and 15 now. If I understand
2  correctly, is it your opinion that Area 14 or 15 was
3  added to offset the addition of Area 13?
4      A.   That is my speculation. Yes.
5      Q.   Did you do any analysis of any of those
6  geographic areas where District 3 borders District 4
7  in terms of what the Hispanic voting age population
8  is in any of those areas?
9      A.   In any of those -- I'm sorry; the last
10 part you said?
11     Q.   In any of those areas related to the
12 border between District 3 and District 4?
13     A.   I don't think I looked particularly at the
14 border over there.
15     Q.   So it's possible that District 4 could
16 have picked up population in the corner where
17 District 4 and District 3 connect and that might
18 have had the same Hispanic voting age population
19 makeup that's reflected in Area 14 or 15; you just
20 don't know. Correct?
21     A.   Well, that's what I say in this paragraph
22 that Area 14 and 15 does not strongly differ from
23 the areas immediately surrounding it either in
24 District 3 or in District 4.
25     Q.   Well, I guess -- is it your opinion that

Page 77

1    that area was selected to offset the addition of the

2    Area 13 that had a heavier white voting age

3    population?

4         A.   That was my speculation. Yes.

5         Q.   You framed it as a speculation.  Is that

6    one of your opinions in this case?

7         A.   I cannot make judgments or draw

8    conclusions about specific motivations. I can just

9    tell you that the data suggests that Area 14, 15

10   offsets some of the whiter population that was added

11   by Area 13.

12        Q.   You would agree that District 4 needed to

13   pick up population somewhere to make up that

14   difference. Correct?

15        A.   Do you mean District 3?

16        Q.   I'm sorry. Yes. District 3.

17        A.   Let me see. Yes. District 3 needed to add

18   population. Area 13 contained 1,396 people, which is

19   only 18.6 percent of the total number of people that

20   were moved to District 3.

21        Q.   So District 3 could have picked up

22   additional voters or residents from District 2 or

23   District 4 or District 1. If it's picking up voters

24   from District 4, I just want to be clear, you didn't

25   do any analysis as to whether -- and looking at my

Page 78

1   cursor kind of there in that corner -- whether

2   picking up these areas would be racially the same as

3   this area, did you?

4       A.   I did. I looked at the surrounding areas

5   and the areas were similar. My point was that it

6   would have made more sense, from my perspective, to

7   pick up more areas from Area 2 which was the

8   district -- sorry. From District 2. Because

9   District 2 is the area -- was the district that

10   needed to shed population. So rather than take area

11   and take population from District 4, District 3

12   could have taken more area from District 2.

13       Q.   Okay. I want to talk about the alternative

14   explanations that you rejected in your report. On

15   page 12 you reject partisanship as an alternative

16   explanation. And one of the bases is that the

17   districts are nonpartisan districts.

18       Why is the fact that the districts are

19   nonpartisan districts not indicative or not

20   appropriate for consideration of a partisan

21   gerrymandering?

22       A.   It's not that the districts are not

23   partisan, the commission is not partisan. The

24   commissioners who serve in the commission are

25   nonpartisan and run in nonpartisan elections. The

Page 79

1   reason that partisanship is not an adequate

2   explanation right away is simply based on the fact

3   that elections are not done on a partisan basis.

4   They're not done on a partisan basis.  And even

5   though it is somewhat easy to figure out the

6   partisanship of the candidate, or of the person

7   running the election, the commissioners who agreed

8   to this map did so across their party lines.

9        Q.   What about consideration of issues such as

10  ideology?

11       A.   What about them?

12       Q.   Did you factor in the ideology of any of

13  the candidates or commissioners?

14       A.   No.

15       Q.   Do you know the ideology of any of the

16  commissioners?

17       A.   No.

18       Q.   You identified the fact that the 2022

19  enacted plan was passed on a 3-2 margin. Do you know

20  if there were other types of politics that might

21  have factored into that?

22       A.   No.

23       Q.   Do you know if that map was passed along

24  racial or ethnic lines?

25       A.   Well, I know the commissioner from

Page 80

1    District 5 was a Black Democrat and the other two

2    Republicans who joined the Democrat, I don't know

3    their race. But they weren't Black.

4         Q.    Do you know the race or ethnicity of the

5    two commissioners who voted against the plan?

6         A.    I don't.

7         Q.    Do you think that would be relevant in

8    terms of your analysis?

9         A.    No.

10        Q.    Have you done any research on the City of

11   Miami's electoral politics?

12        A.    No.

13        Q.    And in reaching your conclusions in your

14   first report, that is not something you factor into

15   your consideration. Correct?

16        A.    Correct.

17        Q.    In doing your analysis you relied

18   exclusively on the data to reach your conclusions.

19   Correct?

20        A.    Correct.

21        Q.    In reviewing the 2022 enacted plan, would

22   you agree with the statement that the plan generally

23   maintains the cores of the existing district?

24        A.    Yes.

25        Q.    On page 16 you have a statement, a number

Page 81

1    of alternative maps were proposed but not enacted

2    and you state all maps tended to shore up existing

3    racial compositions with individual commission

4    districts, particularly those districts of 1, 2,

5    and 5.

6            So that would be true of not only the

7    enacted plan, but all of the versions that were

8    rejected by the commission as well. Correct?

9        A.   All of the alternative maps that I was

10   given. Yes. All the alternative proposals that I was

11   given.

12       Q.   And when you say the maps tended to shore

13   up existing racial compositions, what do you mean by

14   shore up?

15       A.   What I mean is that areas that were moved

16   into those districts tended to look more like those

17   districts that they were moved into rather than

18   alternative options that were not moved into those

19   districts.

20       Q.   And when you refer to the existing racial

21   composition, you don't have an opinion one way or

22   another on whether the city plan in 1997, in 2003,

23   or 2013 would have been impermissible racial

24   gerrymander, do you?

25       A.   I do not have an opinion.

Page 82

1          Q.   If I could ask you to flip to page 1 of

2     your second report you indicate that the city's

3     proposed remedy, Resolution 23-271 differs only

4     marginally from the enjoined plan. In comparing

5     those two plans, do you know if there were any

6     efforts to address any of the criticism of the

7     Court related to the enjoined plan?

8          A.   I do not.

9          Q.   Did you read the Court's order relating to

10    the enjoined plan?

11         A.   I did not.

12         Q.   So if the Court criticized a particular

13    area of the map and the city commission addressed

14    that, your opinion wouldn't take any of that into

15    account?

16         A.   No.

17         Q.   Is it fair to say that just like your

18    first report, your second report relies exclusively

19    on an analysis of the data to reach its conclusions?

20         A.   Yes.

21         Q.   Under what circumstances would it be

22    appropriate to consider other factors other than

23    just the data when applying your standard

24    methodology?

25         A.   I don't understand the question.

Page 83

1      Q.   My understanding is you used a standard

2   methodology, that's the way you described it, in

3   analyzing the data related to the maps. Correct?

4      A.   Correct. Yes.

5      Q.   Are there circumstances where under that

6   standard methodology it is appropriate to consider

7   things other than simply the data to look for

8   explanations as to why a certain decision was made?

9      A.   Not for the questions I was asked to

10   answer by counsel.

11      Q.   And remind me again, what were the

12   questions that you were asked to answer?

13      A.   In the second report I was asked to use

14   data on voting age population and citizen voting age

15   population and voting patterns within individual

16   city precincts in order to determine whether and to

17   what extent race can explain the overall shapes in

18   the districts in a proposed remedy as well as the

19   changes between the enjoined plan and the proposed

20   remedy.

21      Q.   Would you agree that the 2023 plan,

22   Resolution 23-271, is substantially similar to both

23   the enjoined plan and the 2013 plan?

24      A.   It is to the enjoined plan.  I did not

25   compare it to the 2013 plan.

Page 84

1      Q.   So as we sit here today you're not able to

2  offer an opinion on whether that's similar or not?

3      A.   I did not compare it to the 2013 plan.

4      Q.   Now on page 2, similar to your first

5  report, you indicate that you rely on the 2020

6  census data, but you also rely on the 2020 American

7  Community Survey five-year estimates.  For the first

8  report you relied on the 2019 survey data.  For the

9  second report, is there 2020 American Community

10  Survey data?

11     A.   Can you say the last part again?

12     Q.   Is there 2020 American Community Survey

13  five-year estimate data for 2020?

14     A.   In the appendix. Yes.

15     Q.   And is that -- do you know if the 2021

16  American Community Survey five-year estimate data

17  was available?

18     A.   I don't know.

19     Q.   Is there a reason why you used 2019 for

20  the first report and 2020 for the second report?

21     A.   That's the data that counsel asked me to

22  use.

23     Q.   Do you know when the 2021 American

24  Community Survey five-year estimates were released?

25     A.   I do not know.

Page 85

1      Q.   Do you know if it was available at the

2  time that you did this report?

3      A.   I do not know.

4      Q.   Do you know if the data would have

5  reflected something different either than 2019 or

6  2021?

7      A.   I do not know.

8      Q.   Do you know how many commissioners

9  supported the 2023 plan?

10      A.   I do not know.

11      Q.   And just like the first report related to

12  the 2022 plan, you didn't review any transcripts

13  related to the enactment of the 2023 plan. Correct?

14      A.   Correct.

15      Q.   Would you agree that if a city commission

16  draws a non-compact district that they can do it for

17  nonracial reasons?

18      A.   Yes.

19      Q.   There might be any number of

20  constitutional reasons why they might draw a

21  non-compact district. Correct?

22           MR. MERKEN: Objection to the form to

23      the extent it calls for a legal

24      conclusion.

25      Q.   You can answer, Doctor.

1      A.   There are other reasons -- there are

2  reasons why someone -- a commission might draw a

3  non-compact district that's not related to race.

4      Q.   What are some of those otherwise

5  acceptable reasons why they might draw a non-compact

6  district that has nothing to do with race?

7      A.   I cannot -- I can't speculate.

8      Q.   I'm not asking you to speculate as to why

9  this particular city commission; I'm just asking you

10  are you aware of what other non-compact -- what

11  other reasons might exist for any commission to draw

12  a non-compact district?

13      A.   Geographical features in the landscape.

14  Partisan concerns. The size of the population in

15  those areas.

16      Q.   Is there a reason why you compared the

17  23-271 plan, the 2023 plan, to the enjoined plan and

18  not the benchmark plan?

19      A.   That's what counsel asked me to do.

20      Q.   Would you agree that under either the 2022

21  plan or the 2023 plan, that Districts 1, 3, and 4

22  became less Hispanic?

23      A.   No. No. Under the 2022 plan, District 1

24  went from being 89.5 percent Hispanic VAP to 89.7

25  percent Hispanic VAP.  District 3 went from 88.3 to

Page 87

1    84.5, which was a decrease.  And District -- sorry.

2    What was the last one?

3         Q.   Are you -- which plan -- which plan are

4    you -- it would be 4, but which plan are you

5    comparing to which?

6         A.   The enjoined plan to the 2020 -- the 2022

7    plan to the 2023 plan.

8         Q.   Okay.

9         A.   Then in District 4, Hispanic VAP went from

10   89.5 percent to 90.0 percent.

11        Q.   Okay. My question was -- and I'll break it

12   down. Because my question was actually related to

13   both, the 2022 and the 2023 compared to the 2013

14   plan.

15        A.   Okay.

16        Q.   Compared to the 2013 plan, the 2022 plan,

17   Districts 1, 3, and 4 become less Hispanic. Correct?

18        A.   Correct.

19        Q.   And District 5 becomes less Black.

20   Correct?

21        A.   Between the 2013 and the 2022 plan, yes.

22        Q.   Correct. And then comparing the 2023 plan

23   to the 2013 plan, the same is also true for all

24   three of those districts. Correct?

25        A.   Yes.

Page 88

1      Q.   And the same is also true for District 5,

2   the Black district?

3      A.   Yes. Correct.

4      Q.   Did you do any analysis as to whether the

5   city commission could have drawn districts that were

6   higher in Hispanic percentage for Districts 1, 3, or

7   4?

8      A.   I did not.

9      Q.   And the same question for District 5.

10      A.   I did not.

11      Q.   Did you ever speak with Dr. Moy?

12      A.   Yes.

13      Q.   How many times?

14      A.   In the capacity of working on this

15   case or --

16      Q.   Yes.

17      A.   I believe we e-mailed once or twice.

18      Q.   Do you know if counsel was included on

19   those e-mails?

20      A.   I cannot recall.

21      Q.   Did you speak with Dr. McCartan at all

22   related to this case?

23      A.   I did not.

24      Q.   I'm going to share my screen a little bit.

25   We're going to talk through some of the changes in

Page 89

1    the map. Are you able to see that okay?

2         A.    Yeah.

3         Q.    Okay.

4              MR. MERKEN:  George, could you

5         please make it a little bit larger?

6              MR. LEVESQUE: I can. How about I do

7         that. And I can scroll around to

8         different areas that we'll be discussing.

9              MR. MERKEN: Is that okay?

10             THE WITNESS: Yeah. That's fine.

11             MR. MERKEN: Thank you, George.

12   BY MR. LEVESQUE:

13        Q.    The first area I want to talk about is

14   this area here (indicating). This area, District 1,

15   and this area is District 4. You're critical of the

16   move of that little sliver between District 6. Can

17   you explain why?

18        A.    Are you referring to Area 6 right now?

19        Q.    Yes. I apologize. Area 6. Can you tell me

20   why?

21        A.    Yeah. One second. So what is -- can you

22   repeat the question about Area 6, please?

23        Q.    On page 5, I'm trying to ascertain the

24   significance of both the table and the reference in

25   the paragraph above as to the significance of

Page 90

1    highlighting Area 6 in your report.

2         A.   All of the areas that were highlighted in

3    teal in Table 3 are areas that were moved into

4    District 1 between the 2022 plan and the 2023 plan.

5    So it was a comparison of the two plans looking at

6    what was moved into District 1 from the previous

7    plan.

8         Q.   Is the move of that Area 6 from District 4

9    to District 1 problematic in your mind?

10        A.   I don't -- they -- it was an area -- Area

11   6 is a small population and it had a very high

12   Hispanic VAP, but I don't think I highlighted these

13   as -- because they were necessarily problematic. I

14   highlighted them to describe what changes were being

15   made between the two plans.

16        Q.   Let me put it this way. You've identified

17   several areas there in Table 3 related to the

18   movements involving District 1. Which changes are

19   indicative of race-based criteria then?

20        A.   I think my point in highlighting these was

21   that there was actually very little change between

22   the two plans.

23        Q.   For District 1?

24        A.   For District 1.

25        Q.   Do you see any of the changes that were

Page 91

1  made to District 1 as being problematic?

2      A.   I don't -- I'm not in a position to draw a

3  conclusion about whether they were problematic or

4  not.

5      Q.   Let me -- I'll sort of rephrase it. Do you

6  see any of those changes that were made to

7  District 1 as being drawn in a way that race is the

8  predominant factor?

9      A.   I don't -- I don't -- I don't -- I don't

10  have an answer to that. I don't -- I don't know.

11      Q.   Okay.

12      A.   Because the changes made were very

13  minimal. As I said in the second paragraph on

14  page 5, the districts are of similar racial

15  composition and this movement made little difference

16  to either of their overall racial VAP.

17      Q.   Let's talk about some of the changes that

18  were made in District 2. Yo can see district -- that

19  Area 10 is being added back into District 2. Are you

20  critical of the commission's decision to add that

21  area back into District 2?

22      A.   No.

23      Q.   Are you critical of the decision to add

24  this area of 11 back into District 3?

25      A.   I don't have an opinion.

Page 92

```
 1       Q.   Would you agree that that addition is very
 2   similar to -- strike that. Let me ask this. Are
 3   there any changes to District 2 that you feel were
 4   drawn primarily on race-based criteria?
 5       A.   The areas that were moved into
 6   District 2 look more similar racially to
 7   District 2 than the donor districts.
 8       Q.   So is that -- can you translate that for
 9   me?
10       A.   Translate it into what?  You want me to
11   rephrase it?
12       Q.   Well, are the -- I'm trying to
13   understand -- my question was, do you feel any of
14   the changes to District 2 were made based upon
15   race-based criteria?
16       A.   Between the `22 plan -- the 2022 plan and
17   the 2023 plan?
18       Q.   Correct.
19       A.   I don't have an opinion other than to say
20   that the districts -- the areas looked different
21   racially between the donor districts and the
22   recipient districts.
23       Q.   Okay. But you don't have an opinion on
24   whether race predominated those decisions?
25       A.   I don't. I wasn't -- I wasn't asked to do
```

1    that. I was simply asked to compare the two plans.

2         Q.    Well, were you asked to draw conclusions

3    related to the 2022 plan?

4         A.    The changes to the `22 plan?

5         Q.    No. I'm kind of backtracking a little bit

6    so I understand what you were asked to do. In

7    relation to the 2022 plan, were you asked to draw

8    conclusions from the data related to the changes

9    that were made to the 2022 -- I'm sorry. Changes

10   made to the districts to reach the 2022 plan?

11        A.    I was asked to look at the differences

12   between the two plans.

13        Q.    And when you say the two plans, are you

14   referring to 2013 and 2022 or are you referring to

15   2022 and 2023?

16        A.    2022 and 2023.

17        Q.    So other than noting the differences

18   between 2022 and 2023, you weren't asked to draw any

19   conclusions as to what might have been the

20   motivating factors in those changes?

21        A.    I didn't do the same sort of analysis I

22   did in the first expert report where I looked at

23   surrounding possible precincts that could have been

24   moved rather than the ones that were moved.

25        Q.    And I think related to the 2022 plan, your

Page 94

1    opinion was that on a districtwide basis there was

2    not a racially significant change from 2013 to 2022;

3    is that correct?

4         A.   Yes.

5         Q.   Is the same also true for the 2023 plan?

6         A.   Yes.

7         Q.   At the bottom of page 8 you state:

8    Collectively the areas moved out of Districts 1, 3,

9    and 4 have much lower Hispanic VAP -- turning over

10   to page 9 -- 58.8 percent than the enjoined

11   districts 85.6 and 89.6, making that three district

12   grouping more concentrated to a Hispanic VAP.

13            Is that just a factual observation that

14   you're making?

15        A.   It is a factual observation I'm making.

16        Q.   Are you drawing any conclusions from that

17   factual observation?

18        A.   Not from that factual observation alone.

19        Q.   Well, let me ask this. Is it your opinion

20   that the city commission drew the 2023 plan to shore

21   up the three Hispanic districts with additional

22   Hispanic voters?

23        A.   I don't think the changes between the 2022

24   plan and the 2023 plan were notably different for

25   the Hispanic super majority districts.

Page 95

1      Q.   Okay. So what conclusion would you be

2  drawing either in part or in whole from that factual

3  observation related to the three district grouping

4  being more concentrated in its Hispanic VAP?

5      A.   Are you referring to specific areas or

6  just all of the -- all of the areas that were moved

7  out of the majority Hispanic districts?

8      Q.   Well, I had read that sentence and I asked

9  if you were drawing any conclusions or relying on

10  that for any conclusions and you said not -- and I'm

11  paraphrasing. My impression from your answer was

12  that that would not serve as the basis -- the sole

13  basis for conclusion but it might factor into other

14  conclusions. I'm inquiring as to what those other

15  conclusions are that would rely on that factual

16  basis.

17      A.   There are no other conclusions. But

18  conclusions -- the observations that the -- the

19  areas that were moved out of the Hispanic super

20  majority districts are lower in Hispanic VAP than

21  the areas that were moved out of the enjoined

22  districts.

23      Q.   Okay. What effect would that have on

24  District 2?

25      A.   It would shore up -- it would shore up

Page 96

1    District 2's racial composition.

2         Q.   In which direction?

3         A.   What do you mean by which direction?

4         Q.   Well, related to Hispanic voters, what did

5    those movements do for District 2?

6         A.   Sorry. Can we go back -- can you clarify

7    exactly which areas you're referring to?  Just so

8    we're all on the same page.

9         Q.   I'm referring to the areas that were moved

10   out of Districts 1, 3, and 4. Your statement at the

11   bottom of page 8.

12        A.   Right. Are these areas that were moved

13   directly into District 2 that you're talking about?

14        Q.   Yes.

15        A.   Okay. Do we have a specific -- are you

16   looking at a specific table?

17        Q.   Let's look at Area 10 that's on the screen

18   there.

19        A.   Yeah.

20        Q.   What effect would moving that into

21   District 2 have on District 2 in terms of Hispanic

22   voters?

23        A.   It would probably not do much because it's

24   similar to the racial composition of District 2.

25   Relative to the 2022 plan it would add in -- it

Page 97

1  would add in some more Hispanic voters that had been

2  taken out. But the composition of that area is very

3  similar to the composition of District 2 as a whole.

4      Q.   What about for Area 11?

5      A.   Well, the same answer except it was

6  removed from District 2. So it was an area that was

7  very similar to District 2 that was removed from

8  District 2. But it was not similar to the district

9  it was moved into, which is District 3.

10     Q.   Other than making those observations about

11  similarities and dissimilarities, you're not making

12  any conclusions from that related to these changes?

13     A.   Not those specific changes, no.

14     Q.   What about the changes to Area 12?

15     A.   Area 12, it's that little --

16     Q.   Right in there (indicating).

17     A.   Okay. Similar -- moving a portion of

18  the -- moving an area that looks not like its donor

19  district, Area 3, which was super majority

20  Hispanic -- moving that area into -- back into

21  District 2, which looked more like District 2 as a

22  whole.

23     Q.   Other than the factual observation, you're

24  not drawing any further conclusions from that?

25     A.   No. Correct.

1      Q.   Area 9, other than making the factual

2  observations related to Area 9, do you draw any

3  further conclusions related to Area 9?

4      A.   No. It was a high Hispanic area moved

5  between two high Hispanic districts.

6      Q.   And what about for Area 20?  Other than

7  making factual observations about the population

8  that is being moved, do you draw any conclusions

9  about the addition of that area to District 5?

10     A.   No.

11     Q.   What about for Area 19 that was moved from

12  District 5 into District 2?  Other than making

13  factual observations about the move, do you draw any

14  conclusions from that move?

15     A.   Well, so Area 19 had a lower Black VAP

16  than the District 5 as a whole and it was given to

17  District 2. So that it looked more like District 2,

18  the recipient district, which did affect or would be

19  more likely to affect the overall racial composition

20  of District 5.

21     Q.   Do you know if the racial composition of

22  District 5 changed between the 2022 plan to the 2023

23  plan?

24     A.   It did not.

25     Q.   Okay. For Area 13 and 14 there, between

 1    District 1 and District 5, that little spot, other

 2    than making factual observations about the

 3    population being exchanged between those two

 4    districts, do you draw any conclusions from those

 5    changes?

 6         A.   Again, 13 and 14?

 7         Q.   Yes.

 8         A.   Area 13 had a higher Black VAP than

 9    District 1 and that was moved into District 5 which

10    was majority Black. Area 14 has a high Hispanic VAP

11    compared to District 5, which is what it was being

12    moved from and a relatively low Black VAP.

13         Q.   Other than the factual observations that

14    you just described, do you draw any conclusion --

15    did you draw any further conclusions from those

16    factual observations?

17         A.   The changes to the Black VAP in the 2022

18    map was not changed significantly by the 2023 map.

19         Q.   Do you reach the conclusion, then, that

20    those changes related to Areas 13 and 14 indicate

21    map drawing based upon race-based criteria?

22         A.   Race was taken into account.

23         Q.   It was taken into account for Areas 13 and

24    14?

25         A.   They look different given that they were

Page 100

1    swapped from the same donor and recipient -- from

2    the same districts given that they were exchanged in

3    the swap and that they look racially different,

4    their composition is racially different. That

5    suggests to me that race was considered.

6        Q.    Related to the changes to the -- in that

7    Area 13, do you agree that that would tend to make

8    District 5 a district with a 50.3 Black voting age

9    population less Black and more Hispanic?

10       A.    Yes. But as I've said before, you have to

11   take into consideration alternative movements. But

12   yes.

13       Q.    Well, in looking at at least one of the

14   alternative movements between District 3 -- I'm

15   sorry -- District 1 and District 5, in that Area 14,

16   that would make District 1, which is a Hispanic

17   district, more Black and less Hispanic. Correct?

18       A.    Yes.

19       Q.    And so at least as it relates to 13 and

20   14, those are going against the majority population

21   in those districts?

22       A.    There's a difference in population size

23   between the two areas as well. So there are -- you

24   know, much -- there are, what, a quarter of the

25   people in Area 14 as there are in Area 13.

Page 101

1      Q.    Okay. Well, let's look at Area 15, then.

2   It was moved from 5 into 1. Would you agree that

3   that would also make District 1 more Black and less

4   Hispanic without having a significant change to

5   District 5?

6      A.    Area 15 that was moved to District 1 has a

7   higher Black voting age population than district --

8   than Area 16. Yes. That is correct.

9      Q.    And District 16 -- I'm sorry. Not District

10  16. Area 16 that was moved from District 1 into

11  District 5 would have a tendency to make District 5,

12  a Black district, more Hispanic and less Black.

13  Correct?

14     A.    Correct. Compared at least -- without

15  looking at other options, yes.

16     Q.    So at least in looking at those -- and you

17  would agree the change in 17 only involves ten

18  people. Correct?

19     A.    Yes.

20     Q.    Of the changes that are detailed in Areas

21  13 and 15, all of those areas fall -- are made in a

22  direction that would be opposite to shoring up the

23  district that is getting that population. Correct?

24     A.    Without comparing it to other options,

25  that is correct. But noting also that the number of

Page 102

1  people moved to each of these areas is quite small.
2       Q.   Okay. When you say they are quite small,
3  what are you referring to?  What is your comparison
4  there?
5       A.   I'm sorry. What was the last part you
6  said?
7       Q.   What is your comparison?
8       A.   To the overall number of people who are
9  moved in the 2022 plan.
10       Q.   Okay. So in terms of all of the people
11  moved in all of the districts, these changes are
12  small?
13       A.   Yes.
14       Q.   But if I understood correctly, you were
15  saying these changes were indicative of race-based
16  map drawing. Did I understand that correctly?
17       A.   That they were or were not?
18       Q.   That they were.
19       A.   They take race into account. Yes.
20       Q.   They do take race into account. How do
21  they take race into account?
22       A.   They look different than the other areas
23  surrounding them or in the districts.
24       Q.   Well, I guess, Doctor, what -- what are
25  the determining factors when you're moving an

Page 103

1   area -- into a district or out of a district as to

2   whether race is a criteria?

3       A.   If the area looks different racially than

4   other areas or the districts.

5       Q.   Okay. So let's break that down. If I'm

6   moving an area from District 1 into District 5 and

7   the racial composition is either the same as 1 or

8   the same as 5, I'm going from 1 to 5 -- let me start

9   my hypothetical over.

10          If I'm moving a population from District 1

11  to District 5 and the racial composition of the

12  district is the same as District 1, is that a

13  movement that would be indicative of race-based

14  decision-making?

15      A.   If it looks different than the other

16  surrounding areas that could have been moved.

17      Q.   Okay. For the 2023 plan, did you do any

18  analysis of the other surrounding areas?

19      A.   No. Except for -- except for the Overtown

20  area.

21      Q.   Okay. Apart from the Overtown, did you

22  analyze the surrounding areas for any of the other

23  changes that were made?

24      A.   No. I was not asked to do that.

25      Q.   So as we sit here today, then, you're not

1    able to say one way or another whether any of the

2    other changes reflect race-based decision-making; is

3    that correct?

4         A.   My conclusion from this expert report was

5    that the two maps were not substantially different

6    from one another.

7         Q.   Okay. But other than that, you did not

8    examine the individual decisions like you did with

9    the 2022 plan. Correct?

10        A.   I did not look at alternative options.

11        Q.   And you would need to do that to draw the

12   conclusions as to whether a particular movement was

13   indicative of race-based criteria. Correct?

14        A.   For each individual area and each

15   individual movement I would say that is correct. I

16   looked at Overtown and did a similar -- a similar

17   thing that I did with the first report.

18        Q.   So talk to me about your work on Overtown.

19   What did you look at when evaluating the changes

20   that were made to Overtown?

21        A.   I looked at what areas were moved and what

22   areas were not moved.

23        Q.   Okay. And in terms of the map that we're

24   looking at, what areas reflect where Overtown is?

25        A.   There are multiple definitions of

1    Overtown.

2         Q.   Do you have an opinion as to which

3    definition of Overtown should be used?

4         A.   I do not.

5         Q.   Do you know if the definition that is

6    reflected in the map that was put together at the

7    June 14th commission meeting reflects

8    Mr. De Grandy's understanding of where the Overtown

9    historic borders are or whether it reflects the city

10   commission's understanding where the Overtown

11   historic borders are?

12        A.   I --

13             MR. MERKEN: Objection to form. You

14        can answer it if you understand it.

15        A.   Yeah. I don't know the difference between

16   De Grandy's definition and the city's definition.

17        Q.   All right.

18        A.   Or the commission's definition.

19        Q.   Now, as it relates to how the city drew

20   the borders of the Overtown area, what are your

21   conclusions about how the city drew the borders of

22   the Overtown area?

23        A.   Do you mean De Grandy?

24        Q.   I mean, the Overtown area that is

25   reflected in the 2023 plan.

1       A.   There is no designation of Overtown in the

2   2023 plan.

3       Q.   Well, I guess -- Mr. De Grandy is the

4   city's consultant. Correct?

5       A.   As far as I understand. Yes.

6       Q.   I'll represent to you that he is the

7   city's map drawing consultant and legal counsel for

8   the purposes of drawing maps. The changes that are

9   currently reflected on the screen to Overtown, do

10  you understand those to be Mr. De Grandy's

11  alterations?

12      A.   No, I don't.

13      Q.   Okay. On page 11 of your report where you

14  refer to, overall, De Grandy's boundaries of

15  historic Overtown are considerably more restrictive

16  than both city code and the GMCVB/NET/MPD

17  definition. I guess, what description of boundaries

18  are you referring to when you refer to De Grandy's

19  boundaries?

20      A.   I'm looking at Figure 3, the top left map,

21  top of panel where the yellow Area 34 is, according

22  to counsel, De Grandy's definition of historic

23  Overtown.  Whereas that area plus the teal area,

24  Area 35, is more expansive is the definition that is

25  in the city code that's excluded from De Grandy's

Page 107

1    definition of historic Overtown.

2        Q.    Would you agree that Figure 3, that top

3    left picture, generally would match the area that is

4    depicted in the changes to the enjoined plan and the

5    2023 plan that are reflected in that Area 16 and the

6    area north of 17?

7        A.    I think that's correct, but I don't -- I

8    don't have the exact -- these are different maps so

9    I can't tell you for sure.

10       Q.    The maps in Figure 3, did you draw those?

11       A.    I did not.

12       Q.    Do you know who did?

13       A.    I do not.

14       Q.    Were those provided to you by counsel?

15       A.    They were.

16       Q.    Related to your analysis of Overtown, what

17   were you asked to do?

18       A.    I was asked to compare the areas -- the

19   racial composition of the areas that were included

20   in De Grandy's definition to the racial composition

21   of the areas that were excluded from De Grandy's

22   definition but included in other versions -- other

23   definitions of historic Overtown.  Official

24   definitions from the city and from tourist --

25   tourism groups.

1        Q.    The definitions that you have cited in

2    your report, did you research and find those or were

3    those provided to you?

4        A.    I think the city code text -- any other

5    text was provided to me were sources.

6        Q.    What about the Miami Police Department or

7    the greater Miami, Miami convention and visitors

8    bureau definitions?

9        A.    Yes. Both. All three.

10       Q.    All three were provided?  Were they --

11   sorry.

12       A.    Yes.

13       Q.    Were there any definitions that you

14   researched that you found in addition to those

15   three?

16       A.    No.

17       Q.    Have you done any research on the

18   historical background of Overtown?

19       A.    No.

20       Q.    What is your understanding of what

21   Overtown is?

22       A.    My understanding is that historic Overtown

23   is an area that -- part of which is -- has a high

24   Black VAP, but that other parts of historic Overtown

25   do not depending on the definition.

Page 109

1      Q.   Do you know if the borders of what the

2   locals -- strike that.

3           Did you speak to anyone concerning what

4   those who live in that area would consider Overtown

5   to be now?

6      A.   No.

7      Q.   Are you aware of the history of Overtown

8   and the construction of I-95 through Overtown?

9      A.   No.

10      Q.   Did anyone discuss how the construction of

11   I-95 severed Overtown and over time the two sides

12   lost their joint identities?

13      A.   No.

14           MR. LEVESQUE: Okay, Doctor.  What I

15       would like to do is, I would like to take

16       a five-minute break and I think I can

17       sort of be in a position to make a final

18       push if that works.

19           MR. MERKEN: Sounds good. Thank you,

20       George. We'll be back at 1:00.

21              (Recess in proceedings.)

22   BY MR. LEVESQUE:

23      Q.   Dr. Abott, in the final portion of your

24   second report you refer to the partisan motivations

25   not being an acceptable explanation as to why the

1   changes were made to the 2023 plan. The changes that

2   were made to the 2023 plan, did they significantly

3   alter the performance of any of the districts?

4       A.   What do you mean by performance?

5       Q.   Where they would perform for a Republican

6   or a Democrat?

7       A.   I only looked at the 2020 presidential

8   election. I didn't look at any subsequent elections.

9       Q.   Did you also look at the 2018

10  gubernatorial election?

11      A.   Not in this report.

12      Q.   Okay. For either your work on the 2022

13  plan related to assessing partisanship as an

14  explanation or the 2023 plan, did you examine any

15  local elections as to how any of the commissioners

16  might perform in a given district?

17      A.   I didn't look at any other elections.

18      Q.   Okay. So what race or ethnicity is

19  President Trump?

20      A.   White.

21      Q.   And do you know the race or ethnicity of

22  Governor DeSantis?

23      A.   I do not.

24      Q.   Have you done any analysis as to whether a

25  Hispanic candidate running in one of the city

Page 111

1    commission districts would perform better or worse
2    compared to either President Trump or Governor
3    DeSantis?
4        A.   I have not looked at city commission
5    elections.
6        Q.   So if it's possible for a Hispanic city
7    commissioner to get a bump in a nonpartisan election
8    that would outperform either President Trump or
9    Governor DeSantis, that's not something you would
10   have any insight on because that's not an analysis
11   that you've conducted?
12       A.   It is not.
13       Q.   Would you agree, then, that your analysis
14   of partisanship based upon just those two elections
15   without considering how a Hispanic commissioner
16   running in a Hispanic district might not be fully
17   accounted for in terms of how the map drawing could
18   be done?
19       A.   No. I was looking at partisanship, not at
20   race.
21       Q.   Is sometimes race a factor that's -- well,
22   let me strike that.
23            Is race sometimes a factor that comes into
24   play in elections?
25       A.   Yes.

1      Q.   And I think in regards to both your

2  assessment of the 2022 plan and that 2023 plan, your

3  conclusions are led by the data. Correct?

4      A.   Correct.

5      Q.   And at least as it relates to the city's

6  historical districts, you believe the data shows

7  that the city is racially segregated along district

8  lines. Is that fair?

9      A.   Yes.

10     Q.   And in the course of this -- your work on

11  this litigation, you've not been asked to look at

12  any of the plaintiffs' plans for the purposes of

13  issuing opinions. Correct?

14     A.   I was given one of plaintiffs' proposed

15  plans, but I did not look at it. I was given the

16  option to look at it. But I did not.

17     Q.   Why didn't you want to look at their

18  proposed plan?

19     A.   It was outside the scope of what the

20  directives were.

21     Q.   If their three plans had super majority

22  Hispanic districts and a district that would perform

23  for a Black district similar to District 5, would

24  you agree that that is a racially segregated plan as

25  well?

Page 113

1      A.   If the -- if the districts looked as

2  similar -- you know, if the districts looked as

3  similar to what they look like now under the various

4  plans, if they did in `97, 2003, and 2013, then yes,

5  the districts are racially drawn. Racially

6  segregated.

7      Q.   And when you say if they look, are you

8  referring to a visual depiction or are you referring

9  to what the data actually says?

10     A.   Both. The visual depiction is part of the

11 data, but yes.

12     Q.   On page 12, at the bottom you say, further

13 Precinct 989, 78 percent Trump was moved in its

14 entirety from District 1 into District 3. In

15 exchange most of the less Republican precincts, and

16 you reference 997 and 971, were added to District 1

17 from Districts 3 and 4. These movements suggest that

18 enhancing Republican advantage in District 1 was not

19 a motivation behind the map.

20          Would you agree that both precincts

21 supported Trump based upon your numbers?

22     A.   Which precincts are you referring to?

23     Q.   997 and 971.

24     A.   Over 50 percent Trump. Yes.

25     Q.   So you're certainly not doing damage to

Page 114

1    District 1 if you were trying to draw a Republican

2    district. Correct?

3          A.    The claim is that  -- the claim that I'm

4    addressing is that they are shoring up the

5    Republican advantage.  Not maintaining Republican

6    control or a Republican majority, but that they are

7    shoring up the percentages of their Republican

8    voters.

9          Q.    What is -- what is your understanding of

10   what the city commission's partisan goals were?

11         A.    I don't know what the city commission's

12   partisan goals were.

13         Q.    Okay. You address partisanship in both of

14   your reports. What were you told related to your

15   work on that particular aspect of your report?

16         A.    I was asked to address the alternative

17   explanation that these districts were drawn and

18   changed in such ways as to shore up partisan support

19   within the district core.

20         Q.    Did they provide any context for that?

21         A.    No.

22         Q.    So if the city adhered to a particular

23   configuration of Districts 1, 3, and 4 --

24         A.    Sorry.  You cut out. I couldn't hear you.

25         Q.    So if the city adhered to a particular

Page 115

1   configuration of Districts 1, 3, and 4 that split

2   one of the western parts of the county -- I'm sorry.

3   Western parts of the city, that's not something that

4   you would have any knowledge of?  That's not

5   something that factored into any of your analyses of

6   the maps that you reviewed. Correct?

7        A.   No. No knowledge of that.

8            MR. LEVESQUE: Dr. Abott, that's all

9        the questions that I have right now.

10           MR. MERKEN:  I just have a few,

11       George.

12                 CROSS-EXAMINATION

13    BY MR. MERKEN:

14       Q.   Dr. Abott, were you shown any of

15   plaintiffs' maps during this deposition?

16       A.   During the deposition, no.

17       Q.   Had you performed any analysis of any of

18   the plaintiffs' proposed plans before today?

19       A.   No.

20       Q.   Was any testimony today about any of the

21   plaintiffs proposed maps purely speculative?

22       A.   Yes.

23       Q.   The city commission elections are

24   nonpartisan?

25       A.   Yes.

1      Q.   Was any part of either of your two reports

2   based on whether a district -- whether a commission

3   district would elect candidates of a certain race?

4      A.   No.

5      Q.   You testified about conclusions you drew

6   in your second report, the report dated July 5th,

7   2023. Do you remember that testimony?

8      A.   Yes.

9      Q.   On page 13 of that report there is a

10   section labeled conclusion. And I'm going to read

11   that in its entirety and just let me know if this is

12   an accurate reading of this. You write, quote, the

13   city's proposed remedy, Resolution 23-271, for the

14   Miami city commission has not been substantially

15   changed from the enjoined plan. The changes that

16   have occurred appear to continue to be designed

17   around racial and ethnic considerations. There is no

18   basis on which to make the argument that these

19   considerations were instead partisan in nature.

20           Did I accurately read your conclusion?

21      A.   Yes.

22      Q.   Is that your conclusion about the changes

23   between the 2023 map and the 2022 map?

24      A.   Yes.

25           MR. MERKEN: Nothing further.

Page 117

1           MR. LEVESQUE: Okay. I have a few
2      follow-ups. Actually probably more than a
3      few to respond to that last question.
4                   REDIRECT EXAMINATION
5  BY MR. LEVESQUE:
6      Q.   Dr. Abott, related to the 2023 plan, and
7  your opinion that it continues to reflect a racial
8  gerrymander, that would also be true because it's
9  your opinion that the 1997 plan, the 2003 plan, and
10  the 2013 plan represent racially segregated
11  districts. Correct?
12      A.   Yes.
13      Q.   And so any map that has super majority
14  Hispanic districts above 80 percent in number, any
15  map that has a Black voting age population within
16  two or three percentage points of 50 percent that
17  would reliably perform for a Black candidate are
18  going to be racially segregated districts in your
19  view. Correct?
20      A.   Not necessarily.
21      Q.   What are the circumstances where three
22  super majority Hispanic districts stand in either an
23  almost majority or majority Black district not be
24  racially segregated?
25      A.   I would have to look at the map to make

Page 118

1    that conclusion.

2         Q.    Okay. Dr. Abott, that is plaintiffs'

3    alternative plan 1 that was presented in this

4    litigation. That's not a map that you've analyzed as

5    part of your work in this case. Correct?

6         A.    No. Correct.

7         Q.    And I'll represent to you that Districts

8    1, 3, and 4 in that map have Hispanic voting age

9    populations of 70.1 percent, 90.8 percent, and

10   95 percent. And they have a Black voting age

11   population for District 5 at 45.2 percent. Given

12   those statistics, would it be your opinion that that

13   is a racially segregated map?

14        A.    I would have to do more analysis. I don't

15   feel comfortable responding to that question.

16        Q.    Okay. What more analysis would you need to

17   do?

18        A.    I would need to look at the boundaries and

19   understand how the districts were drawn.

20        Q.    Well, you didn't do --

21        A.    And the white voting age population.

22        Q.    You didn't do a boundary analysis for the

23   1997 plan or the 2003 plan or the 2013 plan to reach

24   the conclusion that those maps were racially

25   segregated districts. Correct?

1      A.    I did a visual inspection of how they

2   looked compared to the 2013 and the 2022 map and,

3   given my analysis of those maps, concluded that they

4   were very similar.

5      Q.    But you came in with the conclusion that

6   the five districts were already racially segregated

7   because of the 1997 plan, the 2003 plan, and even

8   the 2013 plan. Did I not understand that correctly?

9      A.    Well, I didn't come into this assuming

10  that. I compared them to the current -- to the 2013

11  and the 2022 plan.

12     Q.    Well, in the opening statement of your

13  first report you say, the enacted Miami city

14  commission districting plan is the byproduct of many

15  decades of racialized commission plans. That would

16  seem to imply that the 2022 plan didn't make the

17  other plans racially racialized, it followed in the

18  footsteps of racialized commission plans. Correct?

19     A.    Correct.

20     Q.    And you didn't do a boundary analysis or

21  even an analysis of what the populations were in any

22  of the districts or the city as a whole related to

23  either the `97, the 2003, or the 2013 plan. Correct?

24     A.    I looked at how similar the maps were to

25  the current plans -- to the more recent plans.

1      Q.   But you didn't do the boundary analysis

2    that you just referenced, did you?

3      A.   To the `97 and 2003 plans?

4      Q.   Or the 2013 plan?

5      A.   I did not do a boundary analysis on the

6    earlier plans.

7      Q.   But you still reached the conclusion that

8    they were racialized commission maps. Correct?

9      A.   Yes.

10     Q.   And you did that simply because they had

11   large segments of minority population in one

12   district. Correct?

13     A.   No. I did that because they looked very

14   similar to the 2022 and the 2013 maps.

15     Q.   So you -- just so I understand, then, you

16   reached the conclusion that the 1997 plan and the

17   2003 plan and the 2013 plan were racialized maps

18   because they looked similar to the 2022 plan that

19   you analyzed?

20     A.   There were very few changes over the

21   years.

22     Q.   Okay. Give me one more second. Dr. Abott,

23   I'm going to represent to you that that is

24   plaintiffs' map 4 that was filed in this litigation

25   as an alternative remedy. Have you seen this map

Page 121

```
 1   before at all?

 2        A.   I have not.

 3        Q.   You were not asked to do any type of

 4   analysis on this map. Correct?

 5        A.   I was not.

 6        Q.   Generally speaking, if you've got the 2023

 7   plan available to you, would you agree that

 8   District 2 and District 5 visually are similar to

 9   what is reflected in the 2023 plan?

10        A.   They look different to me.

11        Q.   Okay. What is different about them?

12        A.   There are different portions of District 5

13   that look to have been moved into District 1 in the

14   2023 plan.

15        Q.   Are they large areas that significantly

16   revamp the configuration of that district?

17        A.   I don't know.  I haven't done the

18   analysis.

19        Q.   Do you know if the population figures are

20   substantially similar?

21        A.   I don't know, but I know -- I can see from

22   this map on page 3 that the part of District 5 that

23   is in District 1 in the plaintiffs' map is downtown

24   so --

25        Q.   Do you also notice a difference in the
```

Page 122

1    configuration of District 1 and District 4?

2         A.    Yes.

3         Q.    You've examined the historical plans in

4    the 2022 and the 2023 plan. Are you aware of any of

5    those plans that configure Districts 1, 3, or 4 in

6    that manner?

7         A.    I don't know.  I don't have them in front

8    of me.

9         Q.    Dr. Abott, do you recognize that plan?

10        A.    It says the 1997 plan.

11        Q.    Does that look like the 1997 plan that you

12   reviewed?

13        A.    I believe so.

14        Q.    And does that plan draw District 4

15   entirely within the western part of the city's

16   boundaries?

17        A.    What do you mean the western part?

18        Q.    This area here (indicating). There is an

19   area called Flagami.

20        A.    Yes.

21        Q.    Is District 4 entirely in that area or is

22   it split between Districts 1 and 4?

23        A.    There is a portion of District 1 that's on

24   top of District 4 towards the west, but I don't know

25   about Flagami specifically.

1      Q.   Okay. No one has ever discussed Flagami

2  with you in terms of the analysis of the plans, have

3  they?

4      A.   No.

5      Q.   As part of your analysis, you've not done

6  any research or issued any opinions or conclusions

7  about neighborhoods and keeping them whole, have

8  you?

9      A.   No. Other than Overtown.

10     Q.   As part of your analysis, you've not done

11  anything to identify or assess voter cohesion, have

12  you?

13     A.   No.

14          MR. LEVESQUE: That's all at this

15      time.

16          MR. MERKEN: All right. We're all

17      set. We will read.

18          MR. LEVESQUE: Okay. Madam Court

19      Reporter, we'll order a copy.

20      (Defendant's Exhibit 1, Report, was

21      marked for Identification.)

22

23      (Thereupon, the taking of the deposition was

24  concluded at 1:29 p.m.)

25          (Signature and formalities were not waived.)

Page 124

1    Christopher Merken, Esquire

     christopher.merken@dechert.com

2

                         (October 27th, 2023

3

     RE: Grace, Inc., et al v. City of Miami

4        October 16th, 2023-Dr. Carolyn Abott

5

         The above-referenced transcript is available

6    for review.

7        The witness should read the testimony to

8    verify its accuracy. If there are any changes,

9    the witness should note those with the reason

10   on the attached errata sheet.

11       The witness should, please, date and sign the

12   errata sheet and e-mail to the deposing attorney as

13   well as to Veritext at Transcripts-fl@veritext.com

14   and copies will be e-mailed to all ordering parties.

15       It is suggested that the completed errata be

16   returned 30 days from receipt of testimony, as

17   considered reasonable under Federal rules*.

18   However, there is no Florida statute to this regard.

19       If the witness fails to do so, the transcript

20   may be used as if signed.

21                       Yours,

22

23                       Veritext Legal Solutions

24   *Federal Civil Procedure Rule 30(e)/Florida Civil

25   Procedure Rule 1.310(e).

```
                                              Page 125
```

 1 │ Grace, Inc., et al v. City of Miami

 2 │ October 16th, 2023-Dr. Carolyn Abott

 3 │              E R R A T A   S H E E T

 4 │ PAGE_____ LINE_____ CHANGE_____

 5 │ _____

 6 │ REASON_____

 7 │ PAGE_____ LINE_____ CHANGE_____

 8 │ _____

 9 │ REASON_____

10 │ PAGE_____ LINE_____ CHANGE_____

11 │ _____

12 │ REASON_____

13 │ PAGE_____ LINE_____ CHANGE_____

14 │ _____

15 │ REASON_____

16 │ PAGE_____ LINE_____ CHANGE_____

17 │ _____

18 │ REASON_____

19 │

20 │     Under penalties of perjury, I declare that I

21 │ have read the foregoing document and that the facts

22 │ Stated in it are true.

23 │

24 │ _____  _____

25 │       DR. CAROLYN ABOTT              DATE

Page 126

1                    CERTIFICATE OF OATH
2               (VIDEOCONFERENCE PROCEEDINGS)
3   STATE  OF  FLORIDA    )
    COUNTY OF MIAMI-DADE )
4
5          I, Mayra Texeira, Court Reporter and Notary
6   Public in and for the State of Florida at Large,
7   certify that the witness, DR. CAROLYN ABOTT,
8   appeared before me via videoconference on
9   October 16th, 2023 and was duly sworn by me.
10
11          Signed this 27th day of October, 2023.
12
13
14
15
16
    _____
17          MAYRA TEXEIRA, Court Reporter
18          Notary Public - State of Florida
19          COMMISSION NO. HH 12099
20          EXPIRES JUNE 26, 2024
21
22
23   Personally known _____
     OR Produced Identification X
24   Type of Identification Produced NY DL
25

Page 127

1                   CERTIFICATE OF REPORTER

2      STATE  OF  FLORIDA    )

       COUNTY OF MIAMI-DADE )

3

4             I, MAYRA TEXEIRA, Court Reporter, do hereby

5      certify that I was authorized to and did

6      stenographically report the videoconference

7      deposition of DR. CAROLYN ABOTT; that a review of

8      the transcript was not waived; and that the

9      foregoing transcript, pages 1 through 123, is a true

10     and complete record of my stenographic notes.

11            I FURTHER CERTIFY that I am not a relative,

12     employee, attorney or counsel of any of the parties,

13     nor am I a relative or employee of any of the

14     parties' attorney or counsel connected with the

15     action, nor am I financially interested in the

16     action.

17            Dated this 27th day of October, 2023.

18

19

20

21            MAYRA TEXEIRA, Court Reporter

22

23

24

25

**[1 - 2013]**

| 1 | | | |
|---|---|---|---|
| **1**  2:21 28:5 30:7 35:9 41:14,15 41:17 42:12,19 43:1,8,13 44:7 45:21 46:2,4,8,9 46:11,16,19,23 47:2,14,16,21 47:24 48:19,24 49:3 50:6,6,11 50:13,24,25 51:6,6,8,9,19 52:5,5,12 53:11 53:20,22 55:3,5 55:7,10,14,17 58:11,21,24 59:3 63:19 70:14 72:21 73:14 77:23 81:4 82:1 86:21 86:23 87:17 88:6 89:14 90:4 90:6,9,18,23,24 91:1,7 94:8 96:10 99:1,9 100:15,16 101:2 101:3,6,10 103:6,7,8,10,12 113:14,16,18 114:1,23 115:1 118:3,8 121:13 121:23 122:1,5 122:22,23 123:20 127:9 | **1,396**  77:18<br>**1.310**  124:25<br>**10**  61:18 63:3 65:12 72:9,20 73:23 91:19 96:17<br>**10,000**  7:10<br>**100,000**  8:10,11 8:13<br>**10:30**  52:24<br>**10:35**  52:25<br>**11**  61:18 63:3 65:12 72:9,20 91:24 97:4 106:13<br>**115**  2:18<br>**117,281**  37:11<br>**12**  75:23 78:15 97:14,15 113:12<br>**12099**  126:19<br>**123**  2:21 127:9<br>**13**  67:3,8,19 69:23 70:1 73:7 76:3 77:2,11,18 98:25 99:6,8,20 99:23 100:7,19 100:25 101:21 116:9<br>**13.3**  52:6,16<br>**14**  76:1,2,19,22 77:9 98:25 99:6 99:10,20,24 100:15,20,25<br>**14.8**  36:10 | **14th**  105:7<br>**15**  35:24 76:1,2 76:19,22 77:9 101:1,6,21<br>**15.3**  36:19<br>**16**  73:7 80:25 101:8,9,10,10 107:5<br>**16th**  1:15 124:4 125:2 126:9<br>**17**  70:13 72:7,12 72:23 73:7,9,20 101:17 107:6<br>**18.6**  77:19<br>**18.7**  49:1 52:4 52:15<br>**19**  98:11,15<br>**19104**  2:6<br>**1997**  28:11 29:3 29:9,22 81:22 117:9 118:23 119:7 120:16 122:10,11<br>**1:00**  109:20<br>**1:22**  1:2<br>**1:29**  1:16 123:24 | **64:6,19,25 66:4**<br>70:14,16 71:17<br>72:20 73:3,5,10<br>73:24 74:6<br>77:22 78:7,8,9<br>78:12 81:4 84:4<br>91:18,19,21<br>92:3,6,7,14<br>95:24 96:5,13<br>96:21,21,24<br>97:3,6,7,8,21,21<br>98:12,17,17<br>121:8<br>**2's**  96:1<br>**2,108**  73:25 74:5<br>**20**  98:6<br>**20,000**  8:17<br>**2003**  28:11<br>29:22 68:20<br>81:22 113:4<br>117:9 118:23<br>119:7,23 120:3<br>120:17<br>**20039**  126:16<br>127:20<br>**2013**  10:20<br>11:15 28:13<br>29:4,9,22 30:9<br>32:16,18 34:4<br>36:2,11,12,13<br>36:25 37:3,11<br>37:20,23,25<br>38:6,13,14,15<br>38:17 39:6,16<br>39:18 41:13 |
| | | **2** | |
| | | **2**  30:6,25 37:9 37:10,18 39:11 39:19,19 40:5 41:18 42:15,21 43:16 50:4 61:17 62:3 63:13,14,25 | |

**[2013 - 40]**

47:2,16 48:1
49:14,17,20,21
49:22 54:5 62:3
62:9,10 68:20
81:23 83:23,25
84:3 87:13,16
87:21,23 93:14
94:2 113:4
117:10 118:23
119:2,8,10,23
120:4,14,17
**2018**   18:21
19:12 110:9
**2019**   15:14,16
15:23 16:7 84:8
84:19 85:5
**2020**   9:12 19:1,6
22:21 31:18,19
31:19 44:20
84:5,6,9,12,13
84:20 87:6
110:7
**2021**   15:24 16:3
16:7 84:15,23
85:6
**2022**   10:19,21
11:15 25:19,22
26:18 28:14
29:15,22 31:20
31:24 36:18,21
38:17 39:6,15
39:19 41:13
43:13 46:2 48:2
48:22 49:3,14
53:4,25 62:5,9

62:10 68:14,22
71:24 79:18
80:21 85:12
86:20,23 87:6
87:13,16,21
90:4 92:16 93:3
93:7,9,10,14,15
93:16,18,25
94:2,23 96:25
98:22 99:17
102:9 104:9
110:12 112:2
116:23 119:2,11
119:16 120:14
120:18 122:4
**2023**   1:15 26:19
29:17,19,23
30:3 68:17
83:21 85:9,13
86:17,21 87:7
87:13,22 90:4
92:17 93:15,16
93:18 94:5,20
94:24 98:22
99:18 103:17
105:25 106:2
107:5 110:1,2
110:14 112:2
116:7,23 117:6
121:6,9,14
122:4 124:2,4
125:2 126:9,11
127:17
**2024**   48:21
126:20

**22**   12:22 27:25
54:6 92:16 93:4
**23-271**   82:3
83:22 86:17
116:13
**235**   73:24 74:2,9
74:24 75:8
**24066**   1:2
**25**   48:14,17
53:18,21
**26**   53:19 54:1
126:20
**27**   54:7
**27.2**   46:8,15,22
47:1
**27.4**   48:20
**27th**   124:2
126:11 127:17
**29**   48:17
**2929**   2:5

**3**

**3**   13:22 16:19,20
17:2,9 18:15
34:3 35:10 39:4
42:17 63:19,23
68:1,5 69:18,20
71:17 76:6,12
76:17,24 77:15
77:16,17,20,21
78:11 86:21,25
87:17 88:6 90:3
90:17 91:24
94:8 96:10 97:9
97:19 100:14
106:20 107:2,10

113:14,17
114:23 115:1
118:8 121:22
122:5
**3,117**   2:18
**3-2**   79:19
**30**   75:3 124:16
124:24
**301**   2:10
**32301**   2:11
**34**   39:21 106:21
**35**   106:24
**37**   39:22

**4**

**4**   35:8,10,25
36:5 42:17
44:11 45:20
53:4 54:14 55:4
55:16 57:16
63:19,22 70:18
71:11,15,15,17
72:15 73:1,5,22
74:3,4 76:6,12
76:15,17,24
77:12,23,24
78:11 86:21
87:4,9,17 88:7
89:15 90:8 94:9
96:10 113:17
114:23 115:1
118:8 120:24
122:1,5,14,21
122:22,24
**40**   52:19

**[44.9 - aclu]**

**44.9**  47:9,12,15
**45.2**  118:11
**450**  7:5
**48.6**  62:11
**49**  39:13

**5**

**5**  8:8,9,13 35:10
  36:1,9,15,18
  37:14 39:1
  42:17 44:8
  45:22 46:4,6,6
  49:25 50:1,3,5,7
  51:9,11,20 52:6
  52:7,11 53:11
  53:20,22 55:3,4
  55:7,10,13,18
  58:20 60:14,16
  61:18 64:1,5,7
  64:25 72:20,21
  73:14 80:1 81:5
  87:19 88:1,9
  89:23 91:14
  98:9,12,16,20
  98:22 99:1,9,11
  100:8,15 101:2
  101:5,11,11
  103:6,8,8,11
  112:23 118:11
  121:8,12,22
**5's**  26:4,6
**5,000**  7:12,21
**5.4**  52:16
**50**  113:24
  117:16

**50,000**  8:16
**50.3**  100:8
**51.9**  62:4,10
**512**  49:7 55:8
  60:1,6,24 61:3
**52**  39:13
**52.9**  36:16
**522**  49:7 55:8
  60:1,6,24 61:4
**523**  48:19 55:16
**529**  49:1 52:2,13
  55:15
**530**  54:9
**531**  46:7 47:20
  48:5,8 51:18
  55:5
**534**  64:4,18 66:9
**536**  64:4,18
**58.8**  94:10
**584**  73:23
**5th**  116:6

**6**

**6**  46:8 72:21
  89:16,18,19,22
  90:1,8,11
**600**  2:10

**7**

**7**  53:3 57:15
**7.2**  39:12
**7.7**  39:12
**70.1**  118:9
**71.1**  47:17,19
**78**  113:13

**7th**  53:23 54:2

**8**

**8**  59:22 60:2,2
  61:15 72:9,21
  94:7 96:11
**80**  37:13 117:14
**83,000**  37:13
**84.5**  87:1
**85.6**  94:11
**88.3**  86:25
**89.5**  86:24 87:10
**89.6**  94:11
**89.7**  86:24

**9**

**9**  61:16 70:12
  73:22 94:10
  98:1,2,3
**90**  52:22
**90.0**  87:10
**90.8**  118:9
**95**  109:8,11
  118:10
**97**  68:20 113:4
  119:23 120:3
**971**  113:16,23
**989**  113:13
**997**  113:16,23
**9:03**  1:16

**a**

**a.m.**  1:16
**ability**  5:17
**able**  8:12 11:6
  13:7 25:6 55:20
  56:8 58:3 59:24

60:3 63:4 64:8
84:1 89:1 104:1
**abott**  1:12 2:18
  3:1,13,24,25
  13:4 53:3 55:19
  75:23 109:23
  115:8,14 117:6
  118:2 120:22
  122:9 124:4
  125:2,25 126:7
  127:7
**above**  1:25
  57:19 89:25
  117:14 124:5
**absolute**  43:14
**absolutely**
  43:20
**academic**  14:25
  23:8
**acceptable**  86:5
  109:25
**account**  9:16,19
  45:8 58:13 65:5
  65:9 82:15
  99:22,23 102:19
  102:20,21
**accounted**
  111:17
**accuracy**  124:8
**accurate**  5:15
  13:11 116:12
**accurately**  4:15
  116:20
**aclu**  2:14

acs  10:16 11:1
15:24,24 16:4,7
act  34:7,11,14
action  127:15
127:16
activity  20:15
actual  16:16
17:11 19:17
75:4
actually  55:4
87:12 90:21
113:9 117:2
add  77:17 91:20
91:23 96:25
97:1
added  13:14
76:3 77:10
91:19 113:16
addition  76:3
77:1 92:1 98:9
108:14
additional  11:5
13:16,16,17,18
27:1 77:22
94:21
additions  13:12
address  6:7
16:16 17:1,12
17:18,20,21
18:7,9 56:6 70:5
82:6 114:13,16
addressed  82:13
addresses  11:2
16:13,14 18:2
69:13,15

addressing
114:4
adequate  79:1
adhered  114:22
114:25
adjacent  73:6
adjustments
43:5
adopted  56:5
advantage
113:18 114:5
affect  98:18,19
affiliations
20:23
age  32:23 35:20
35:22 40:25
47:10,13,20,24
48:20 49:2,10
52:6,10 59:2
60:11 61:20
63:11 76:7,18
77:2 83:14,14
100:8 101:7
117:15 118:8,10
118:21
agenda  22:4
agendas  21:25
agree  6:23
15:16 20:3,10
20:25 22:3,7
30:16 32:21
41:14 43:5
57:21,22 71:1
72:6,10 77:12
80:22 83:21

85:15 86:20
92:1 100:7
101:2,17 107:2
111:13 112:24
113:20 121:7
agreed  79:7
ahead  29:25
39:3 47:18
al  1:4 124:3
125:1
aligned  20:4
alter  110:3
alterations
106:11
alternative
19:15 27:5,10
27:13 28:3
30:22 38:8
78:13,15 81:1,9
81:10,18 100:11
100:14 104:10
114:16 118:3
120:25
alternatives
37:21
american  10:16
15:14,16 84:6,9
84:12,16,23
amount  7:15 8:3
8:7
analyses  48:9
64:13 65:23
115:5
analysis  11:9,11
15:5,6,8,10,12

19:4 23:17,18
24:12 27:7 35:5
38:14 40:1,3
41:9,12 43:18
44:12 47:8 51:4
51:13 60:20
64:20 65:19
72:19 76:5
77:25 80:8,17
82:19 88:4
93:21 103:18
107:16 110:24
111:10,13
115:17 118:14
118:16,22 119:3
119:20,21 120:1
120:5 121:4,18
123:2,5,10
analyze  11:6
14:17 15:4
27:17 103:22
analyzed  24:9
118:4 120:19
analyzing  10:10
53:4 83:3
answer  4:13,16
4:23,25 5:1,7,8
5:9 6:9 7:23
23:15 74:17
83:10,12 85:25
91:10 95:11
97:5 105:14
answering  4:18
answers  4:11

**antisocialist**
  21:25 22:3
**apart** 103:21
**apologize** 89:19
**appear** 72:7
  116:16
**appearances** 2:1
**appeared** 126:8
**appendix** 48:12
  84:14
**applied** 15:11
**apply** 34:7
**applying** 82:23
**appropriate**
  78:20 82:22
  83:6
**approval** 25:19
  25:22
**arch** 2:5
**area** 24:15 46:8
  51:14,19 53:19
  59:8,22 60:2,2,5
  60:13 61:17
  63:3 65:12 66:2
  66:9,11 67:3,5,8
  67:11,12,14,19
  67:20 68:3
  69:23 70:1,13
  71:11 72:7,9,9
  72:12,20,21,23
  73:9,20 76:1,2,3
  76:19,22 77:1,2
  77:9,11,18 78:3
  78:7,9,10,12
  82:13 89:13,14

89:14,15,18,19
89:22 90:1,8,10
90:10 91:19,21
91:24 96:17
97:2,4,6,14,15
97:18,19,20
98:1,2,3,4,6,9
98:11,15,25
99:8,10 100:7
100:15,25,25
101:1,6,8,10
103:1,3,6,20
104:14 105:20
105:22,24
106:21,23,23,24
107:3,5,6
108:23 109:4
122:18,19,21
**areas** 9:22 24:14
  24:22 31:1,3
  40:4,17 42:15
  49:12,25 50:5,7
  50:8,19,20,23
  51:9,11 53:16
  53:20 54:15,17
  54:19,24 55:6
  55:16 57:16
  58:5,23,25 59:1
  59:19 60:23
  61:3,16,21,24
  61:25 63:2,20
  63:25 64:24
  65:2 66:11
  67:12,15 72:19
  73:4,6,6 75:25

76:6,8,11,23
78:2,4,5,7 81:15
86:15 89:8 90:2
90:3,17 92:5,20
94:8 95:5,6,19
95:21 96:7,9,12
99:20,23 100:23
101:20,21 102:1
102:22 103:4,16
103:18,22
104:21,22,24
107:18,19,21
121:15
**argument** 19:15
  59:13 70:18
  116:18
**article** 15:7 69:2
**articles** 11:16
  11:17,18,24
  15:3
**ascertain** 89:23
**asked** 4:17,18
  6:20 10:15,21
  15:25 16:1
  22:23 23:23
  34:24 35:6,18
  62:15 83:9,12
  83:13 84:21
  86:19 92:25
  93:1,2,6,7,11,18
  95:8 103:24
  107:17,18
  112:11 114:16
  121:3

**asking** 4:10 7:14
  7:16 86:8,9
**aspect** 114:15
**assess** 38:19
  123:11
**assessing**
  110:13
**assessment**
  112:2
**associated**
  21:18 22:4
**assume** 4:16
**assumes** 41:17
**assuming** 119:9
**attached** 12:5
  124:10
**attention** 33:15
**attorney** 124:12
  127:12,14
**attorneys** 8:18
  26:10
**audibly** 5:9
**authorized**
  127:5
**available** 6:20
  84:17 85:1
  121:7 124:5
**aware** 22:11,15
  26:9,12,14 28:2
  34:13 35:12,19
  35:22 38:18,22
  43:23 44:15
  57:5,7 63:14
  69:21 86:10
  109:7 122:4

| b | | | |
|---|---|---|---|

**b** 2:19
**back** 4:24 10:12
  15:21 28:5 30:6
  30:7 40:9 47:18
  50:24 52:24
  53:3 63:3 73:12
  91:19,21,24
  96:6 97:20
  109:20
**background**
  9:24 108:18
**backtracking**
  93:5
**ballpark** 7:6 8:7
**based** 9:22 11:8
  25:13 27:11
  28:24 30:25
  32:19 34:15
  51:4 68:8 72:4
  73:18 79:2
  90:19 92:4,14
  92:15 99:21,21
  102:15 103:13
  104:2,13 111:14
  113:21 116:2
**bases** 78:16
**basis** 28:10,18
  31:3 33:8,9 53:7
  57:17 62:20
  73:21 79:3,4
  94:1 95:12,13
  95:16 116:18
**bathroom** 6:3

**begins** 48:13
**behalf** 1:22 2:4
  2:8
**belief** 33:23
**believe** 8:17
  9:14 14:22 15:3
  17:21 18:21,25
  26:4 28:12
  35:24 53:16
  70:24 71:25
  88:17 112:6
  122:13
**benchmark**
  32:10,14,15
  37:20 38:10,19
  38:24 49:17
  54:5 86:18
**best** 5:2 55:22
**beth** 3:24
**better** 111:1
**beyond** 10:9
  34:4
**big** 5:6
**biggest** 68:24
**billed** 7:18,20
  7:21 8:2
**bit** 42:24 61:9
  88:24 89:5 93:5
**black** 29:12
  34:15,21 35:1,3
  35:10,22 36:2
  36:10,13,17,21
  36:24 39:10,18
  41:6 46:8 47:1,2
  48:20 49:2,10

49:13,25 50:1
50:11,21 51:10
51:10,21,21
52:6,10,15,16
58:18,23 59:2,5
60:11,13 61:20
64:5 65:15 80:1
80:3 87:19 88:2
98:15 99:8,10
99:12,17 100:8
100:9,17 101:3
101:7,12,12
108:24 112:23
117:15,17,23
118:10
**block** 60:20
  65:17
**blocks** 24:10,13
  24:20
**blood** 5:23 6:4
**blue** 60:12
**bolster** 19:16
**book** 13:15
**boost** 50:1,12
**boosted** 47:13
  49:10 52:10,11
**border** 28:22
  50:19 54:23
  59:18,19 76:12
  76:14
**borders** 40:19
  59:21 65:15,16
  76:6 105:9,11
  105:20,21 109:1

**bottom** 34:2
  39:2 61:15
  69:22 70:1
  73:22 94:7
  96:11 113:12
**boundaries** 24:8
  24:18 63:21,22
  63:23 67:1
  71:21 106:14,17
  106:19 118:18
  122:16
**boundary** 66:1
  118:22 119:20
  120:1,5
**bounds** 74:22
**break** 5:24 6:3,5
  6:10 52:21,24
  75:20 87:11
  103:5 109:16
**breakdowns**
  58:16 62:1
**briefly** 19:7
**bring** 63:3
**broken** 64:7,7
**bronough** 2:10
**bump** 111:7
**bureau** 108:8
**bvap** 46:10,19
  46:23 50:12
**byproduct** 28:8
  119:14

| c | | | |
|---|---|---|---|

**called** 3:14
  122:19

calls  85:23
camera  3:3
campaigns
  21:20,23
candidate  29:11
  29:12 34:15,21
  35:2 79:6
  110:25 117:17
candidates
  21:16,24 22:11
  22:16 79:13
  116:3
capacity  23:4
  88:14
capturing  66:2
  66:11
carolyn  1:12
  2:18 3:13,24,24
  124:4 125:2,25
  126:7 127:7
carve  66:3
case  1:2 3:21
  6:13,21,24 8:19
  9:3,4,9,9,11
  10:4,13 25:7
  77:6 88:15,22
  118:5
cause  1:25 3:8
census  9:12
  10:15,25 14:13
  14:18 44:20
  84:6
center  2:5
certain  5:7 9:22
  83:8 116:3

certainly  8:15
  8:16,16 49:24
  113:25
certificate  126:1
  127:1
certify  126:7
  127:5,11
chance  45:16
change  30:14,16
  33:20 37:6
  38:10 46:14
  50:17,18 90:21
  94:2 101:4,17
  125:4,7,10,13
  125:16
changed  28:21
  28:23 37:5
  98:22 99:18
  114:18 116:15
changes  10:20
  30:8,10 32:4,5,5
  32:6,10,14,17
  32:19 38:3,4
  41:13 43:12
  44:6,7 46:13,20
  47:3,6 49:15,18
  50:25 57:23
  58:4 62:21 72:6
  72:22 83:19
  88:25 90:14,18
  90:25 91:6,12
  91:17 92:3,14
  93:4,8,9,20
  94:23 97:12,13
  97:14 99:5,17

99:20 100:6
  101:20 102:11
  102:15 103:23
  104:2,19 106:8
  107:4 110:1,1
  116:15,22
  120:20 124:8
chat  12:10
checks  8:4
chosen  57:16
chris  42:7
christopher  2:6
  8:21 124:1
christopher.m...
  124:1
cira  2:5
circumstances
  69:3 82:21 83:5
  117:21
cited  108:1
citizen  83:14
city  1:7 3:21
  6:21 9:12,13
  11:1 16:12
  19:14 21:4,13
  23:18,20,24
  24:4,8,15 28:7
  29:21 30:19
  34:3 35:20,23
  36:14 42:20
  44:19,24 50:19
  56:4,11 57:5,8
  60:10 61:11
  63:21,22,23
  65:7 67:21

71:12 72:2,14
  80:10 81:22
  82:13 83:16
  85:15 86:9 88:5
  94:20 105:9,19
  105:21 106:16
  106:25 107:24
  108:4 110:25
  111:4,6 112:7
  114:10,11,22,25
  115:3,23 116:14
  119:13,22 124:3
  125:1
city's  12:3 23:18
  34:7,15 82:2
  105:16 106:4,7
  112:5 116:13
  122:15
civil  124:24,24
claim  19:15
  114:3,3
clarify  10:5 51:2
  96:6
clean  66:12
clear  27:2 29:2
  34:5 77:24
close  51:15,15
  54:17,20
closely  20:4
closer  64:18
coast  63:15,24
code  106:16,25
  108:4
cohesion  57:11
  123:11

collected   15:9
collecting   10:9
collectively   94:8
colloquy   4:21
column   45:22
  45:22 46:3,4
come   4:23 6:12
  11:8 119:9
comes   62:19
  111:23
comfortable
  118:15
coming   69:1
commenced
  13:19 23:17
  68:14
comments   26:18
  27:1
commission
  9:14 11:1 16:12
  19:14 21:13
  25:17 26:9,11
  26:16 28:7,9,16
  28:17,19 43:4
  56:4 57:5,8
  61:12 70:22
  72:3,14 78:23
  78:24 81:3,8
  82:13 85:15
  86:2,9,11 88:5
  94:20 105:7
  111:1,4 115:23
  116:2,14 119:14
  119:15,18 120:8
  126:19

commission's
  33:6 42:21
  71:22 91:20
  105:10,18
  114:10,11
commissioner
  16:20 17:1,8
  18:12 25:21
  26:3,5 67:25
  69:3 71:23
  79:25 111:7,15
commissioner's
  17:18 26:6
  68:23
commissioners
  17:14 20:7,20
  21:1,5 25:20,25
  67:21 69:16
  70:19 78:24
  79:7,13,16 80:5
  85:8 110:15
communicated
  8:18,20,21
communities
  56:17
community
  10:16 15:15,16
  84:7,9,12,16,24
compact   85:16
  85:21 86:3,5,10
  86:12
compactness
  56:15,21 57:6,9
  61:10,12

comparator
  38:1
compare   31:25
  32:2 37:3,4
  38:11,16 54:22
  83:25 84:3 93:1
  107:18
compared   30:10
  31:15 32:6
  37:12 38:4
  52:16,17 59:5
  61:21,25 65:2
  86:16 87:13,16
  99:11 101:14
  111:2 119:2,10
comparing   37:3
  39:6,15,17,17
  49:19,21 60:9
  72:20 82:4 87:5
  87:22 101:24
comparison
  37:19 39:5,8
  49:16,22 54:2,4
  64:18 90:5
  102:3,7
comparisons
  32:9 38:24
  54:21,24 58:6
compensated
  7:1
complete   127:10
completed
  124:15
completely
  33:18 45:6

completeness
  39:3
composition
  39:4 40:16
  70:17 72:4
  81:21 91:15
  96:1,24 97:2,3
  98:19,21 100:4
  103:7,11 107:19
  107:20
compositions
  70:20,23 71:2
  81:3,13
computer   42:1
concentrated
  40:4 63:18
  94:12 95:4
concentrations
  40:13
concerning   8:19
  67:8 109:3
concerns   9:16
  9:19,23 19:17
  86:14
concluded
  119:3 123:24
concluding
  28:18
conclusion
  29:14 31:1
  67:14 85:24
  91:3 95:1,13
  99:14,19 104:4
  116:10,20,22
  118:1,24 119:5

120:7,16
**conclusions**
  11:8 25:8,10
  32:13,17,19
  51:5 65:23 77:8
  80:13,18 82:19
  93:2,8,19 94:16
  95:9,10,14,15
  95:17,18 97:12
  97:24 98:3,8,14
  99:4,15 104:12
  105:21 112:3
  116:5 123:6
**conducted**
  11:21 72:19
  111:11
**confidence**
  74:21
**configuration**
  114:23 115:1
  121:16 122:1
**configure**  122:5
**conflict**  68:11
**confusing**  4:10
**connect**  76:17
**connected**
  127:14
**consensus**  69:1
**conservative**
  20:7
**consider**  82:22
  83:6 109:4
**considerably**
  106:15

**consideration**
  16:22 35:3,7
  78:20 79:9
  80:15 100:11
**considerations**
  9:23 25:12,14
  32:20 67:11
  116:17,19
**considered**  8:24
  29:4,4 33:24
  37:21 38:9
  69:13,15 100:5
  124:17
**considering**
  111:15
**constituents**
  20:21 21:2,6
**constitutional**
  85:20
**construction**
  109:8,10
**consultant**
  26:13,13 106:4
  106:7
**contacted**  6:14
  6:16
**contained**  13:9
  15:6,7 17:22
  51:16 77:18
**contains**  13:11
  73:23,24
**context**  114:20
**contiguous**
  66:20,20

**continue**  116:16
**continued**  28:23
**continues**  117:7
**contract**  13:15
**control**  114:6
**controls**  42:6,10
**convention**
  108:7
**conveyed**  56:10
**copies**  124:14
**copy**  12:12
  123:19
**core**  24:17,21
  50:21,22 57:11
  70:22 71:2,4,15
  72:3 114:19
**cores**  25:2 28:20
  38:1 40:21
  71:21 80:23
**corner**  76:16
  78:1
**correct**  13:21
  17:15,16 18:17
  18:18 19:22
  21:14,15 22:1
  27:8,15 29:13
  29:15,16 36:22
  37:15 39:7
  40:19 41:6,7,10
  41:11,15,25
  44:13 46:19,25
  47:10,11,14,21
  47:22,25 48:1,3
  48:18,22 49:4,5
  49:8,11 52:8

54:10,13 55:5
55:17,18 56:19
56:25 57:3,25
58:1 59:3,4
60:17 61:13,14
62:6,22 63:21
66:15 69:14
70:6,10 71:5,8
71:12,18 73:15
74:7,16 76:20
77:14 80:15,16
80:19,20 81:8
83:3,4 85:13,14
85:21 87:17,18
87:20,22,24
88:3 92:18 94:3
97:25 100:17
101:8,13,14,18
101:23,25 104:3
104:9,13,15
106:4 107:7
112:3,4,13
114:2 115:6
117:11,19 118:5
118:6,25 119:18
119:19,23 120:8
120:12 121:4
**correctly**  41:3
45:21 59:12
76:2 102:14,16
119:8
**counsel**  4:20
11:19 15:25
16:14 18:5
27:15 38:23

70:9 83:10
84:21 86:19
88:18 106:7,22
107:14 127:12
127:14
**counter**  32:1
58:7,10
**county**  19:6,24
20:1 22:21,24
115:2 126:3
127:2
**couple**  10:6
**course**  7:8 8:5
112:10
**court**  1:1 3:1,6
4:4,13 5:12 82:7
82:12 123:18
126:5,17 127:4
127:21
**court's**  82:9
**courts**  38:18
**cover**  68:16,19
69:2 71:8
**covers**  71:11
**creating**  5:8
**credence**  64:21
**criteria**  56:6,8
57:6 71:4 90:19
92:4,15 99:21
103:2 104:13
**critical**  89:15
91:20,23
**criticism**  82:6
**criticized**  82:12

**cross**  2:17
115:12
**cue**  20:14
**current**  12:6
46:23 119:10,25
**currently**  30:2
106:9
**cursor**  67:20
78:1
**cut**  114:24
**cv**  1:2 12:5,7,20
13:9 14:8

**d**

**d**  2:16,19 53:11
53:11,20,20,22
53:22 55:3,3,4,5
55:7,7,10,10,13
55:14,17,18
**dade**  126:3
127:2
**damage**  113:25
**data**  8:24 9:6
10:9,10,15,25
11:2,5,6,7,12
14:13,17,18
15:5,8,17,24,24
15:25 16:2,4,7
18:1,2,3 26:25
27:3,12 40:9
41:9 51:5 65:4
65:10 70:7,8
77:9 80:18
82:19,23 83:3,7
83:14 84:6,8,10
84:13,16,21

85:4 93:8 112:3
112:6 113:9,11
**dataverse**  18:17
**date**  7:2,3 13:10
40:12 124:11
125:25
**dated**  116:6
127:17
**day**  126:11
127:17
**days**  124:16
**de**  26:13,14,17
105:8,16,23
106:3,10,14,18
106:22,25
107:20,21
**dealing**  75:2
**decades**  28:8,16
28:21 119:15
**dechert**  2:5
**dechert.com**
124:1
**decided**  61:12
**decision**  51:17
51:18 57:12
75:11 83:8
91:20,23 103:14
104:2
**decisions**  53:6
66:13 92:24
104:8
**declare**  125:20
**decrease**  37:8
37:18 87:1

**decreased**  36:21
36:24 39:11
46:10
**decreases**  61:9
**defendant**  1:8
1:22 2:8
**defendant's**
2:20 123:20
**definition**  105:3
105:5,16,16,18
106:17,22,24
107:1,20,22
108:25
**definitions**
104:25 107:23
107:24 108:1,8
108:13
**degree**  58:17
**deliberately**
53:6 57:17
**democrat**  21:18
21:19 24:25
80:1,2 110:6
**democratic**
25:21 26:2
**democrats**  20:8
22:18
**department**
108:6
**dependent**
75:13
**depending**
108:25
**depends**  27:9,9
37:2 46:12,20

71:19 75:14
**depicted** 107:4
**depiction** 75:25
113:8,10
**depicts** 39:4
**deposed** 4:1
**deposing** 124:12
**deposition** 1:10
1:25 4:7 115:15
115:16 123:23
127:7
**desantis** 110:22
111:3,9
**describe** 57:19
68:22 90:14
**described** 14:19
72:22 83:2
99:14
**describing**
72:18
**description** 2:20
39:9 53:19 58:9
106:17
**designation**
106:1
**designed** 73:17
116:16
**detail** 17:14
**detailed** 11:25
14:8 55:11
101:20
**determine** 10:18
69:16 83:16
**determining**
102:25

**diabetic** 5:22
**dialogue** 62:19
**differ** 67:10
70:15,16 73:9
76:22
**differed** 73:17
73:18
**difference** 16:7
16:10 40:25
52:15,17,18
62:9 74:18
77:14 91:15
100:22 105:15
121:25
**differences**
93:11,17
**different** 10:7
16:8,9 33:12,13
43:3 56:24 57:2
58:16 62:12
72:12 85:5 89:8
92:20 94:24
99:25 100:3,4
102:22 103:3,15
104:5 107:8
121:10,11,12
**differs** 82:3
**difficult** 5:11
**direct** 2:17 3:17
12:16 38:23
**directed** 57:8
**direction** 96:2,3
101:22
**directions** 56:5

**directives**
112:20
**directly** 70:14
73:6 96:13
**discuss** 27:20
109:10
**discussed** 72:8
73:14 123:1
**discussing** 89:8
**discussion** 13:2
**disparities** 67:4
**disparity** 64:22
65:25 66:14
**dissimilarities**
97:11
**distinction**
22:19
**district** 1:1,1
16:13,19,20
17:2,9 18:12,14
24:11 25:2 26:4
26:6 31:2,18
34:14,19,25
35:4,10 36:1,1,9
36:9,15,18,21
37:9,10,14,18
39:11,19,19
40:5,22 41:1,6,6
41:14,15,17,18
42:12,15,16,17
42:18,19,21,22
43:1,8,11,13,15
43:16 44:7,8
45:10,18,21,22
46:2,4,4,6,6,8,9

46:11,16,19,23
47:2,7,14,16,21
47:24 48:19,23
48:24 49:3,11
49:13,25 50:1,3
50:4,5,6,6,7,11
50:13,24,25
51:6,6,8,9,9,11
51:19,20 52:5,5
52:6,7,11,12,13
57:10 58:11,20
58:21,24 59:3
60:14,16 61:17
61:18 62:3,3,13
62:20,25 63:13
63:14,15,23,25
64:1,5,6,7,19,19
64:25,25 66:4
68:1,5 69:4,18
69:20 70:14,16
70:18 71:11,15
71:15 72:15
73:1,3,5,5,10,14
73:14,22,24
74:3,4,6,12 75:9
76:6,6,12,12,15
76:17,17,24,24
77:12,15,16,17
77:20,21,22,23
77:23,24 78:8,8
78:9,9,11,11,12
80:1,23 85:16
85:21 86:3,6,12
86:23,25 87:1,9
87:19 88:1,2,9

89:14,15,16
90:4,6,8,9,18,23
90:24 91:1,7,18
91:18,19,21,24
92:3,6,7,14
94:11 95:3,24
96:1,5,13,21,21
96:24 97:3,6,7,8
97:8,9,19,21,21
98:9,12,12,16
98:17,17,18,20
98:22 99:1,1,9,9
99:11 100:8,8
100:14,15,15,16
100:17 101:3,5
101:6,7,9,9,10
101:11,11,12,23
103:1,1,6,6,10
103:11,12,12
110:16 111:16
112:7,22,23,23
113:14,14,16,18
114:1,2,19
116:2,3 117:23
118:11 120:12
121:8,8,12,13
121:16,22,23
122:1,1,14,21
122:23,24
**districting**   28:7
119:14
**districts**   6:22
9:14,15,18
19:16 20:10
23:21,24 24:1,9

24:18 25:1,13
25:16 28:20
29:10 30:15,17
31:4,7 32:7,11
32:14,15,18,22
32:24,25 33:11
33:12 34:4,8
35:9,9,12,15
37:12 38:2
40:15,22 41:4,5
42:16,18,24,25
43:21,25 45:13
45:24 46:1
57:12 59:20
62:1,23 63:19
64:9 69:17,18
70:20,23 71:5
71:17 72:4,20
72:21 78:17,17
78:18,19,22
81:4,4,16,17,19
83:18 86:21
87:17,24 88:5,6
91:14 92:7,20
92:21,22 93:10
94:8,11,21,25
95:7,20,22
96:10 98:5 99:4
100:2,21 102:11
102:23 103:4
110:3 111:1
112:6,22 113:1
113:2,5,17
114:17,23 115:1
117:11,14,18,22

118:7,19,25
119:6,22 122:5
122:22
**districtwide**
94:1
**dl**   126:24
**doctor**   3:19
65:11 85:25
102:24 109:14
**document**   55:20
125:21
**doing**   5:13,14
17:19 25:18
50:9 64:12
80:17 113:25
**dollar**   7:15 8:3
8:7
**dollars**   8:1
**donate**   43:1
**donated**   61:19
**donor**   50:8 92:7
92:21 97:18
100:1
**download**   14:17
18:19
**downloaded**
10:25 11:3,6
18:16
**downtown**
121:23
**dr**   1:12 2:18 3:1
3:13 11:4 13:4
19:5 22:20 53:3
55:19 75:23
88:11,21 109:23

115:8,14 117:6
118:2 120:22
122:9 124:4
125:2,25 126:7
127:7
**draft**   53:23,24
**drafted**   10:6
54:3
**draw**   26:11 32:9
32:13,17 69:17
71:20 77:7
85:20 86:2,5,11
91:2 93:2,7,18
98:2,8,13 99:4
99:14,15 104:11
107:10 114:1
122:14
**drawer**   44:16
44:21,24
**drawers**   33:14
56:5,11 57:9
**drawing**   6:22
25:15 26:11
29:5 33:15,25
36:20 42:14
44:16,22 45:17
47:8 56:7,12
57:9 59:14
64:17 65:7 66:7
66:8 68:12,14
68:17,19 94:16
95:2,9 97:24
99:21 102:16
106:7,8 111:17

**drawn** 9:15,19
19:16 20:10
23:3,7 30:20
32:22 34:20
35:1,13 61:8,10
67:6,15 68:4
69:19 88:5 91:7
92:4 113:5
114:17 118:19
**draws** 85:16
**drew** 60:10
94:20 105:19,21
116:5
**drill** 64:13
**drop** 62:12,16
**dropbox** 12:9
**dropped** 32:23
**dropping** 6:4
**due** 39:20
**duly** 3:14 126:9
**duties** 56:7

**e**

**e** 2:16,19,19
15:22 56:16
88:17,19 124:12
124:14,24,25
125:3,3,3
**earlier** 14:19
62:18 68:7
120:6
**early** 11:13
**easier** 12:13
**east** 60:19,21,24
61:4

**easy** 79:5
**effect** 46:24
95:23 96:20
**efforts** 82:6
**either** 26:18
46:5,9 47:20
52:7 63:24
72:25 76:23
85:5 86:20
91:16 95:2
103:7 110:12
111:2,8 116:1
117:22 119:23
**elect** 29:11,12
116:3
**elected** 70:5
**election** 14:18
15:4,11 18:16
18:20,23 19:1,2
19:3,18,21
22:21 79:7
110:8,10 111:7
**elections** 19:14
21:9 78:25 79:3
110:8,15,17
111:5,14,24
115:23
**electoral** 20:15
80:11
**emergency** 6:7
**employee**
127:12,13
**enacted** 10:20
10:21 11:15
20:17 28:7

29:22 30:2,9
43:13 46:2
53:25 54:3,6
62:5 71:24
79:19 80:21
81:1,7 119:13
**enactment**
85:13
**endorse** 22:9
**engaged** 15:19
**enhancing**
113:18
**enjoined** 25:19
25:22,23 27:25
28:13 82:4,7,10
83:19,23,24
86:17 87:6
94:10 95:21
107:4 116:15
**enlarge** 55:24
**entire** 24:15
27:3 66:8
**entirely** 122:15
122:21
**entirety** 113:14
116:11
**equal** 36:1,10
46:25 47:12
**equality** 32:4
**equivalent**
56:21
**errata** 124:10
124:12,15
**esquire** 2:6,11
2:14 124:1

**estimate** 15:17
15:17 74:14,15
74:21,23,23,24
84:13,16
**estimates** 15:15
16:9 74:16 84:7
84:24
**estimating**
74:20
**et** 1:4 124:3
125:1
**ethnic** 9:23
23:25 24:3,6
25:12,13 32:20
34:16 79:24
116:17
**ethnicity** 9:17
9:20 28:24 43:7
58:16 62:19
80:4 110:18,21
**evaluating**
104:19
**everyone's** 8:22
**evidence** 19:18
45:8
**exacerbate**
36:25 72:15
**exacerbated**
31:8,10 32:25
49:16
**exacerbating**
72:22
**exacerbation**
31:23

**[exact - first]**

**exact** 8:7 17:11
38:6 73:13
107:8
**exactly** 14:14
27:25 96:7
**exaggerate**
35:13
**exaggerated**
35:9
**examination**
3:17 19:21 31:1
41:8 115:12
117:4
**examine** 21:8
53:10 66:25
104:8 110:14
**examined** 3:15
21:10 30:3 35:5
38:18 122:3
**examining**
24:19 73:4
**example** 16:19
64:17
**examples** 33:4
**excel** 18:4
**except** 28:22
97:5 103:19,19
**exchange**
113:15
**exchanged** 99:3
100:2
**excluded** 106:25
107:21
**exclusively**
80:18 82:18

**exercise** 23:8
**exhibit** 2:21
123:20
**exhibited** 34:5
**exist** 86:11
**existed** 28:21
**existing** 38:2
46:15 47:23
57:11 72:22
80:23 81:2,13
81:20
**expansive**
106:24
**expect** 50:10,12
**experience** 14:6
26:10
**expert** 6:12,21
6:23 10:14 11:4
12:20 41:22
93:22 104:4
**expires** 126:20
**explain** 9:20
10:19 45:4
66:14 67:5
83:17 89:17
**explained** 45:17
**explanation**
15:6,7 27:10,11
70:25 78:16
79:2 109:25
110:14 114:17
**explanations**
27:6,14 78:14
83:8

**explored** 35:17
**extent** 9:10
10:19 22:18
24:17 30:21
83:17 85:23
**eyes** 55:22

**f**

**fact** 17:18 39:20
78:18 79:2,18
**factor** 11:24
20:9 51:1 57:10
58:4 79:12
80:14 91:8
95:13 111:21,23
**factored** 79:21
115:5
**factors** 82:22
93:20 102:25
**facts** 8:23 9:2
125:21
**factual** 94:13,15
94:17,18 95:2
95:15 97:23
98:1,7,13 99:2
99:13,16
**fails** 124:19
**fair** 4:18 5:3
6:10 7:17 43:1
49:17 58:4 65:7
82:17 112:8
**fall** 45:18
101:21
**familiar** 34:10
**far** 106:5

**feasible** 56:18
**features** 86:13
**february** 53:23
54:2
**federal** 124:17
124:24
**feel** 6:4 92:3,13
118:15
**field** 15:11
**figure** 17:2,5
40:13 47:9
64:14 79:5
106:20 107:2,10
**figures** 121:19
**file** 18:2,3
**filed** 120:24
**files** 11:7 64:15
70:7,8
**final** 25:19
109:17,23
**finalized** 69:7
**financially**
127:15
**find** 23:2 50:20
59:19 108:2
**finding** 16:21
**fine** 12:18 89:10
**finish** 4:12
**first** 3:14 10:14
13:24 15:19
28:12 30:7
48:10 53:21
55:6 61:17 69:7
73:8 75:24
80:14 82:18

84:4,7,20 85:11
89:13 93:22
104:17 119:13
**five** 15:15,17
23:12 29:9
52:21 53:5,13
62:23 84:7,13
84:16,24 109:16
119:6
**fl** 124:13
**flagami** 122:19
122:25 123:1
**flip** 28:5 34:2
70:12 82:1
**florida** 1:1,24
2:11 124:18,24
126:3,6,18
127:2
**follow** 117:2
**followed** 119:17
**following** 67:1
**follows** 3:16
**footsteps** 119:18
**foregoing**
125:21 127:9
**forgive** 75:3
**form** 7:14 85:22
105:13
**formalities**
123:25
**format** 4:10
18:3
**former** 70:13
**forming** 8:24
9:25 14:7 26:22

**found** 108:14
**four** 28:3 70:19
**framed** 77:5
**front** 13:5 41:21
41:24 42:1
122:7
**fulfill** 10:23
**full** 3:22 39:1
**fully** 111:16
**functional**
56:21
**further** 15:13
31:4,7 50:1
60:16 97:24
98:3 99:15
113:12 116:25
127:11

## g

**gain** 37:14
41:15 42:12
71:16 73:5
**gained** 37:17,17
43:19
**gathered** 14:4
**general** 15:11
17:10 67:19
**generally** 15:9
22:4 40:20 43:9
80:22 107:3
121:6
**generals** 9:3,8,9
9:11
**geographic** 24:7
39:23 65:1,2
76:6

**geographical**
54:18 86:13
**geographically**
59:16 60:5,9
66:20
**geography** 63:7
64:14 65:5,9
71:3,6
**george** 2:11
3:20 5:21 7:13
12:11 42:5
52:20 75:21
89:4,11 109:20
115:11
**gerrymander**
81:24 117:8
**gerrymandering**
78:21
**getting** 5:15
33:4 47:18
101:23
**give** 3:8 8:3 12:8
22:13 42:15,18
42:24 64:21
120:22
**given** 4:3 26:15
27:19 28:11
50:4 61:18 64:5
72:25 73:1 74:4
81:10,11 98:16
99:25 100:2
110:16 112:14
112:15 118:11
119:3

**glance** 28:12
**glucose** 5:25
**gmcvb** 106:16
**go** 4:6 12:21,25
15:1,21 16:21
17:19 29:25
39:3 40:9 47:5
56:12 60:16
96:6
**goals** 75:14
114:10,12
**god** 3:10
**goes** 41:8
**going** 4:6,16 5:6
5:23 12:8,9 30:7
31:23 38:7 41:5
44:19 47:7 53:3
53:14 55:19
56:3 59:23
61:13 63:7 66:8
75:19,24 88:24
88:25 100:20
103:8 116:10
117:18 120:23
**good** 3:19 21:1
52:22 54:21
58:6,7 72:16
75:21 109:19
**government** 3:4
20:15
**governor**
110:22 111:2,9
**governor's**
18:20 19:2,12
19:13

**grace**  1:4 124:3
  125:1
**grandy**  26:13,14
  105:23 106:3
**grandy's**  26:17
  105:8,16 106:10
  106:14,18,22,25
  107:20,21
**grants**  13:18
**granular**  41:9
**gray**  2:9 3:20
**greater**  36:1,10
  61:20 73:2
  108:7
**greatest**  13:8
**ground**  4:7,8
**group**  74:9
**grouping**  94:12
  95:3
**groups**  107:25
**growing**  43:14
**gubernatorial**
  110:10
**guess**  8:14 17:13
  28:15 38:7 50:9
  55:1 59:7 65:11
  76:25 102:24
  106:3,17

**h**

**h**  2:19 125:3
**half**  59:9 66:21
**halfway**  53:21
**hand**  3:7
**handful**  11:17
  11:18

**happened**  47:4
**harvard's**  11:3
  18:17
**head**  5:9,10
  66:24
**hear**  16:24
  114:24
**heard**  34:12
**heavier**  77:2
**help**  3:10 4:13
  33:3
**helpful**  22:24
  23:1 55:25
**hh**  126:19
**high**  90:11 98:4
  98:5 99:10
  108:23
**higher**  46:15,17
  46:22 47:1,15
  48:20 49:2,12
  51:21,21 58:23
  59:2,4 60:11,13
  64:5 88:6 99:8
  101:7
**highlighted**
  90:2,12,14
**highlighting**
  90:1,20
**highly**  28:24
**hired**  26:10
**hispanic**  29:11
  32:21,22 35:19
  39:12,18 41:5
  43:11 47:19,24
  49:11 50:12

  52:11 61:20
  62:2 63:18
  72:15 73:2,17
  73:18 76:7,18
  86:22,24,25
  87:9,17 88:6
  90:12 94:9,12
  94:21,22,25
  95:4,7,19,20
  96:4,21 97:1,20
  98:4,5 99:10
  100:9,16,17
  101:4,12 110:25
  111:6,15,16
  112:22 117:14
  117:22 118:8
**hispanics**  35:10
**historic**  29:3
  105:9,11 106:15
  106:22 107:1,23
  108:22,24
**historical**  12:2
  108:18 112:6
  122:3
**history**  109:7
**hold**  20:22
**holding**  3:2
**home**  68:24
  69:4,18,19
**homes**  68:1
  69:16
**hourly**  7:4
**hours**  7:6,14 8:1
**housing**  63:7

**hypothetical**
  32:1 103:9
**hypothetically**
  66:10
**hypotheticals**
  58:7,10

**i**

**idea**  7:25 21:4,7
  32:24 38:15
  63:9
**identical**  20:18
**identification**
  3:4 123:21
  126:23,24
**identified**  35:9
  53:5,5,14 54:12
  55:3 59:1 73:20
  79:18 90:16
**identify**  58:3
  59:7 64:1,9
  123:11
**identities**
  109:12
**identity**  3:5
**ideology**  20:4,16
  20:22 21:2,5
  79:10,12,15
**ignored**  33:18
  44:24
**immediately**
  76:23
**impact**  57:13
  65:22
**impacted**  48:11

impacting 65:6
impair 5:17
impermissible 81:23
imply 119:16
important 18:8 18:10 19:11 22:22 26:21 44:21 65:18
impression 95:11
improper 28:25 29:7
improperly 29:4
inadequate 27:11
include 60:15 69:10
included 48:21 49:3 68:5 69:14 73:21 88:18 107:19,22
inconsistent 52:9
incorporated 59:13
increase 46:18
increased 39:21 46:10
increasing 46:24
incumbent 11:2 16:13,14 18:7,9 18:11 69:13

incumbents 18:13 69:17
indicate 18:15 45:12,23 82:2 84:5 99:20
indicated 22:20 43:15 57:16 68:7 75:5
indicates 61:16
indicating 66:1 66:9,11 67:20 89:14 97:16 122:18
indication 20:16
indicative 78:19 90:19 102:15 103:13 104:13
individual 10:17 40:8,21 81:3 83:15 104:8,14,15
individuals 37:12 73:24 74:24,25
inform 67:18 68:3
information 9:25 17:25 18:7 18:9 22:22 24:19 26:21 56:10 65:6
informed 70:2
inherited 30:11 34:4

inland 63:20,23
inquiring 95:14
inquisition 6:2
insight 111:10
insofar 24:9
inspection 119:1
instance 51:17 58:19
instructed 4:23 16:3 56:11
insulin 5:22
intended 70:22
intending 6:1
intentionally 33:23
interchanged 50:8
interest 56:18
interested 127:15
interesting 58:9
internal 40:22
interval 74:22
introductory 28:6
investigating 14:12
invited 13:17
involves 101:17
involving 90:18
irrelevant 27:7
issued 3:4 123:6
issues 79:9

issuing 112:13

**j**

j 2:6
job 72:16
joined 80:2
joining 42:16
joint 109:12
journals 14:25
judgments 77:7
july 116:6
jumping 41:12
june 105:7 126:20

**k**

keep 43:21,24
keeping 44:3 71:15 123:7
kept 47:21
kerri 8:21
kind 78:1 93:5
kmm 1:2
know 6:5,15 7:3 7:23 8:4 13:8 16:11,20,25 17:5,8 21:11,16 21:22 23:11,15 25:24 26:6 27:25 30:2 33:14,17 34:1,9 34:17 35:16 36:11,12,17 39:8,23 40:7 41:17 44:23 45:19 46:12,14

48:5 51:14
54:19 56:16
60:5,23 61:1,3
62:14 63:1,8,9
65:8,18 66:5,22
67:16,17 69:5,5
71:6,21,23,25
72:5 73:20
75:16 76:20
79:15,19,23,25
80:2,4 82:5
84:15,18,23,25
85:1,3,4,7,8,10
88:18 91:10
98:21 100:24
105:5,15 107:12
109:1 110:21
113:2 114:11
116:11 121:17
121:19,21,21
122:7,24
**knowledge** 14:4
14:6 22:1,2
115:4,7
**known** 6:16
126:23

**l**

**label** 20:13
**labeled** 116:10
**land** 71:8
**landscape** 86:13
**language** 21:17
**large** 1:24
120:11 121:15
126:6

**largely** 63:18
**larger** 89:5
**largest** 37:16
43:15
**latest** 13:8
**law** 34:25
**lawyer** 34:17
**led** 112:3
**left** 106:20
107:3
**legal** 38:21
85:23 106:7
124:23
**level** 20:16 41:2
41:9 65:17
**levesque** 2:11
3:18,20 7:16
12:14,18,25
13:3 42:7,11
52:23 53:2
75:19 89:6,12
109:14,22 115:8
117:1,5 123:14
123:18
**likely** 29:10
74:15 98:19
**line** 27:6 60:10
64:19 65:7
66:12 125:4,7
125:10,13,16
**lines** 33:7 45:18
45:18 57:10
61:7 69:17 79:8
79:24 112:8

**list** 27:16 39:9
48:10 55:2 64:3
**listed** 53:15
**litigation** 28:3
112:11 118:4
120:24
**little** 4:10 5:11
42:24 61:9
88:24 89:5,16
90:21 91:15
93:5 97:15 99:1
**live** 4:3 24:7
65:14,15 109:4
**lived** 17:14
39:24 74:25
**lives** 16:21 17:9
**living** 70:4
**llp** 2:5
**local** 110:15
**locals** 109:2
**located** 60:6
64:14 66:1
69:22 70:1
**look** 7:24 10:16
11:6 15:21
18:23 19:3,9
22:23,24 23:23
23:25 24:3,6,14
24:16,21 27:19
28:12 40:9,20
45:19 52:2
53:25 54:6,16
54:22 59:15,22
60:2,8 64:24
72:12 73:6

75:15 81:16
83:7 92:6 93:11
96:17 99:25
100:3 101:1
102:22 104:10
104:19 110:8,9
110:17 112:11
112:15,16,17
113:3,7 117:25
118:18 121:10
121:13 122:11
**looked** 19:6
24:17 25:1
30:14 31:14
33:12,13 40:8,8
40:10,15 51:25
59:20 64:23
65:3,4 76:13
78:4 92:20
93:22 97:21
98:17 104:16,21
110:7 111:4
113:1,2 119:2
119:24 120:13
120:18
**looking** 8:6,7
11:12,13,13
14:19 19:17
40:12 45:20
46:7 48:19 49:1
50:11 53:25
55:2 64:8 71:7
71:10 72:3,14
77:25 90:5
96:16 100:13

101:15,16
104:24 106:20
111:19
**looks**  54:14 59:9
97:18 103:3,15
**lost**  109:12
**lot**  28:1
**lots**  43:3
**low**  5:23 50:21
99:12
**lower**  46:15
47:17,23 50:13
50:21 51:10
58:18 61:19
94:9 95:20
98:15
**lowest**  67:19

**m**

**madam**  123:18
**made**  19:15
30:8 31:11 32:5
32:6,7,7,10,14
32:18,19 38:3
41:12 44:7
46:13 47:3
49:18,20,20,21
49:22 53:6
57:23 62:21
78:6 83:8 90:15
91:1,6,12,15,18
92:14 93:9,10
101:21 103:23
104:20 110:1,2
**mail**  124:12

**mailed**  88:17
124:14
**mails**  15:22
88:19
**maintain**  56:17
66:4 70:19,22
71:14 72:3
**maintaining**
57:11 71:4
114:5
**maintains**  67:21
80:23
**major**  67:1
**majorities**  35:8
**majority**  25:21
43:11 94:25
95:7,20 97:19
99:10 100:20
112:21 114:6
117:13,22,23,23
**make**  5:14
18:10 38:24
43:4 46:21 47:6
54:21,25 66:12
77:7,13 89:5
100:7,16 101:3
101:11 109:17
116:18 117:25
119:16
**makes**  5:11
**makeup**  24:1,4
24:7 34:16
38:11 43:8 64:2
76:19

**making**  28:15
38:12 94:11,14
94:15 97:10,11
98:1,7,12 99:2
103:14 104:2
**manner**  122:6
**map**  11:7 17:11
25:15,19,22,23
25:25 26:3,11
26:15 27:19
28:1,11,11,13
28:14 33:14,16
33:19 38:6 40:6
40:12 42:14
44:16,21,24
50:17 56:5,6,11
57:8 59:14 60:7
62:20,22 63:2
63:10 64:8 66:7
66:8 68:12,13
68:16,19 69:1
71:11,20 75:15
75:17 79:8,23
82:13 89:1
99:18,18,21
102:16 104:23
105:6 106:7,20
111:17 113:19
116:23,23
117:13,15,25
118:4,8,13
119:2 120:24,25
121:4,22,23
**maps**  6:22 9:5
11:2,8,14,15

16:13 23:18
26:11 28:1,9,16
28:17,19 29:3,5
29:9 34:4 56:12
64:15 65:10
68:11 81:1,2,9
81:12 83:3
104:5 106:8
107:8,10 115:6
115:15,21
118:24 119:3,24
120:8,14,17
**margin**  79:19
**marginally**  82:4
**marked**  123:21
**markedly**  70:17
**match**  107:3
**material**  21:11
**materials**  21:8
21:12
**matter**  5:18
7:19,22 15:20
25:4 69:8
**matters**  75:17
**mayor**  19:6
22:21,25
**mayoral**  19:23
19:24,24 20:1
**mayra**  1:23
126:5,17 127:4
127:21
**mccartan**  88:21
**mean**  5:11 10:5
10:9,11 13:11
14:14,16 17:7

24:23 31:10
32:18 40:8 65:8
71:6 72:17 74:2
74:13 77:15
81:13,15 96:3
105:23,24 110:4
122:17
**means** 41:3
43:19
**measure** 30:13
31:13 61:13
71:3
**medical** 6:6
**medication** 5:16
**meeting** 105:7
**mentioned**
16:12 19:5
37:19 68:23,25
**merken** 2:6 5:21
7:13 12:11,16
12:19 42:5,9
52:20 75:21
85:22 89:4,9,11
105:13 109:19
115:10,13
116:25 123:16
124:1
**methodology**
11:10,12 14:2
14:11,15,20
15:2 82:24 83:2
83:6
**miami** 1:7 3:21
6:22 9:12 28:7
34:3 35:20,23

108:6,7,7
116:14 119:13
124:3 125:1
126:3 127:2
**miami's** 80:11
**mind** 25:12
28:25 58:6
71:15 90:9
**minimal** 30:10
30:12 91:13
**minorities** 35:14
**minority** 35:14
40:4,14 120:11
**minute** 52:21
75:20 109:16
**minutes** 52:22
**monday** 1:15
**morning** 3:19
4:7 5:16
**motivated** 30:9
**motivating**
93:20
**motivation**
33:21 69:12
113:19
**motivations**
67:17 72:8 77:8
109:24
**move** 33:3 45:7
48:11 67:15
89:16 90:8
98:13,14
**moved** 24:14
25:11 27:6
30:23,24 31:2,4

31:14,15 32:2,3
33:11 45:5,9
46:1,3,5,9 47:21
49:12,13 50:24
51:20 52:1,5,7
53:17,20,22
54:9 55:2,4,7,10
55:12,18 58:15
58:24 59:6,11
59:17 61:17,21
61:25,25 67:11
67:12,13 69:21
69:25 77:20
81:15,17,18
90:3,6 92:5
93:24,24 94:8
95:6,19,21 96:9
96:12 97:9 98:4
98:8,11 99:9,12
101:2,6,10
102:1,9,11
103:16 104:21
104:22 113:13
121:13
**movement**
91:15 103:13
104:12,15
**movements**
90:18 96:5
100:11,14
113:17
**moves** 31:6,8
**moving** 96:20
97:17,18,20
102:25 103:6,10

**moy** 11:4 19:5
22:20 88:11
**mpd** 106:16
**multiple** 104:25

**n**

**n** 2:16,19
**name** 3:19,22
8:22 14:20 26:7
**names** 22:14
**narrative** 52:9
**narrow** 8:12
**natural** 54:24
**nature** 116:19
**nearby** 31:16
**necessarily** 22:7
35:2 51:23
57:24 60:18
65:5 90:13
117:20
**necessary** 23:2
**need** 5:9,24 6:3
9:21 26:25 27:1
27:12 38:10
42:25 47:3
60:16 71:16
104:11 118:16
118:18
**needed** 9:12
37:4,8,14,18
38:3 42:12
43:20 67:12
77:12,17 78:10
**needs** 34:19
37:7 38:19

**neighborhoods** 56:18 123:7
**neil** 8:21
**net** 50:8 106:16
**never** 69:19
**new** 18:13 33:11 33:19 36:20 38:16 68:11 69:16
**news** 11:16,17 11:18,24 68:7,9 68:10,16 69:6
**nicholas** 2:14
**nick** 6:14 8:20
**nod** 5:10
**non** 85:16,21 86:3,5,10,12
**nonpartisan** 20:8 21:14 78:17,19,25,25 111:7 115:24
**nonracial** 85:17
**normal** 57:10
**north** 107:6
**notably** 94:24
**notary** 1:23 126:5,18
**note** 50:5 124:9
**notes** 17:24 18:1 70:6 127:10
**notice** 1:25 121:25
**noting** 93:17 101:25

**number** 7:14 48:10 74:25 77:19 80:25 85:19 101:25 102:8 117:14
**numbers** 31:18 31:24 74:1 75:5 113:21
**numerical** 73:21
**ny** 126:24

**o**

**oath** 126:1
**object** 4:20
**objection** 4:22 7:13 85:22 105:13
**observation** 61:23 94:13,15 94:17,18 95:3 97:23
**observations** 95:18 97:10 98:2,7,13 99:2 99:13,16
**observe** 61:13
**observed** 33:5
**observing** 29:8
**obviously** 6:6
**occur** 37:7
**occurred** 44:7 116:16
**october** 1:15 124:2,4 125:2 126:9,11 127:17

**odds** 72:7
**offer** 6:12 84:2
**office** 70:5
**official** 23:4 107:23
**offset** 76:3 77:1
**offsets** 77:10
**oh** 23:11
**okay** 4:6 6:18 8:10,12 10:23 12:8,24,25 13:13 14:1 17:8 17:24 19:8 21:8 22:8 28:15 29:8 31:21 36:6 39:10 40:23 41:20 42:4 44:15 46:7 51:23 52:2 53:18,24 54:4 55:9 58:21 60:1 67:3 68:13 74:1 75:18 78:13 87:8,11,15 89:1 89:3,9 91:11 92:23 95:1,23 96:15 97:17 98:25 101:1 102:2,10 103:5 103:17,21 104:7 104:23 106:13 109:14 110:12 110:18 114:13 117:1 118:2,16 120:22 121:11

123:1,18
**old** 64:19
**once** 11:5 88:17
**ones** 27:14,16 30:24 33:10,11 53:15 58:24 72:1 93:24
**opening** 119:12
**opinion** 6:13 29:1,3 31:6 33:20 61:8 62:15 67:4,8,9 72:2 75:10,11 75:12,16 76:2 76:25 81:21,25 82:14 84:2 91:25 92:19,23 94:1,19 105:2 117:7,9 118:12
**opinions** 8:25 10:1,4 11:25 14:8 25:6 26:22 30:19 34:21 44:2 57:13 77:6 112:13 123:6
**opposite** 73:13 101:22
**option** 54:23 112:16
**options** 38:8 81:18 101:15,24 104:10
**order** 82:9 83:16 123:19

**ordering**  43:21
43:24 44:3
124:14
**organize**  20:14
**outline**  30:21
**outperform**
111:8
**outside**  26:10
66:2,12 112:19
**overall**  30:14,16
39:10 83:17
91:16 98:19
102:8 106:14
**overpopulated**
37:10
**overtown**
103:19,21
104:16,18,20,24
105:1,3,8,10,20
105:22,24 106:1
106:9,15,23
107:1,16,23
108:18,21,22,24
109:4,7,8,11
123:9

**p**

**p.m.**  1:16
123:24
**page**  2:20 12:22
13:22 18:15
28:5 30:6,7,25
34:3 35:8 36:4,5
39:1,2 43:12
48:14,17 53:3
53:18,21 54:1,7

57:15 61:15,16
70:12 73:22
75:23 78:15
80:25 82:1 84:4
89:23 91:14
94:7,10 96:8,11
106:13 113:12
116:9 121:22
125:4,7,10,13
125:16
**pages**  127:9
**paid**  33:14
**panel**  106:21
**paper**  12:12
**papers**  13:17
**paragraph**
14:10 15:13
30:7 33:5 35:25
39:1 44:6 73:8
76:21 89:25
91:13
**paraphrasing**
95:11
**parlance**  56:22
**part**  17:10
42:13 44:20
51:20 65:18
70:14 76:10
84:11 95:2
102:5 108:23
113:10 116:1
118:5 121:22
122:15,17 123:5
123:10

**particular**  15:5
22:13 57:24
62:24 69:5
71:11 82:12
86:9 104:12
114:15,22,25
**particularly**  4:8
9:16 76:13 81:4
**parties**  124:14
127:12,14
**partisan**  19:13
19:17,18 20:23
78:20,23,23
79:3,4 86:14
109:24 114:10
114:12,18
116:19
**partisanship**
20:3,13,19
78:15 79:1,6
110:13 111:14
111:19 114:13
**parts**  108:24
115:2,3
**party**  22:5 79:8
**passed**  29:21
30:1 79:19,23
**pattern**  52:14
**patterns**  10:17
11:7,13 14:19
34:5 83:15
**penalties**  125:20
**pending**  6:8,9
**pennsylvania**
2:6

**people**  4:9 26:10
37:13 77:18,19
100:25 101:18
102:1,8,10
**percent**  35:24
36:10,16,19
39:12,13,13,21
39:22 46:8,15
46:22 47:1,9,13
47:15,17,19
48:20 49:1 52:4
52:6,15,16 62:4
62:10,11 73:23
77:19 86:24,25
87:10,10 94:10
113:13,24
117:14,16 118:9
118:9,10,11
**percentage**
39:11 46:16
52:4,17,19,19
62:9 88:6
117:16
**percentages**
48:4 114:7
**perform**  11:11
24:24 34:15
110:5,16 111:1
112:22 117:17
**performance**
24:21,23 110:3
110:4
**performed**
115:17

| | | | |
|---|---|---|---|
| **performing** 19:4 | 29:15,17,19 30:3,9,20 31:18 | 106:2 107:4,5 110:1,2,13,14 | 67:19 78:5 90:20 |
| **performs** 34:20 35:1 | 31:19,19,24 32:16 33:25 | 112:2,2,18,24 116:15 117:6,9 | **points** 4:20 16:9 52:19,19 57:12 |
| **perjury** 125:20 | 36:2,11,12,13 | 117:9,10 118:3 | 117:16 |
| **person** 26:12 79:6 | 36:18,21,25 37:4,11,23,25 | 118:23,23,23 119:7,7,8,11,14 | **police** 108:6 **policy** 20:17,17 |
| **personal** 14:3 | 38:10,13,14,16 | 119:16,23 120:4 | **political** 14:11 |
| **personally** 126:23 | 38:16,17,19,20 38:24 39:6,7,15 | 120:16,17,17,18 121:7,9,14 | 14:16 20:14 24:21,23 58:6 |
| **perspective** 78:6 | 39:16,18,19 | 122:4,9,10,11 | **politically** 20:6 |
| **philadelphia** 2:6 | 41:13 43:13 46:2 47:2,16 | 122:14 **plans** 12:3 27:18 | **politics** 68:10,22 79:20 80:11 |
| **pick** 77:13 78:7 | 48:1,2,21,22 | 28:3 29:20,23 | **population** 9:13 |
| **picked** 76:16 77:21 | 49:3,14,20,21 49:23 53:4,25 | 30:11 44:17 71:8 82:5 90:5 | 23:19,21,22 32:4,23 35:4,20 |
| **picking** 77:23 78:2 | 54:3,5,5,6,6,9 62:3,5 71:24,24 | 90:15,22 93:1 93:12,13 112:12 | 35:23 37:5,7,14 40:4,25 41:15 |
| **picture** 107:3 | 79:19 80:5,21 | 112:15,21 113:4 | 42:13,13,21,23 |
| **pieces** 28:22 | 80:22 81:7,22 | 115:18 119:15 | 43:4,20 46:8 |
| **pit** 18:12 | 82:4,7,10 83:19 | 119:17,18,25,25 | 47:10,14,20,24 |
| **place** 16:8 52:22 | 83:21,23,23,24 | 120:3,6 122:3,5 | 48:7,21 49:2,10 |
| **placed** 45:23 49:24 | 83:25 84:3 85:9 85:12,13 86:17 | 123:2 **plausible** 70:24 | 49:25 50:1,3,4 50:21 51:10,21 |
| **places** 58:19 | 86:17,17,18,21 | **play** 111:24 | 52:7,10,11 59:2 |
| **plaintiffs** 1:5 | 86:21,23 87:3,3 | **please** 3:6,22 | 60:11,13 61:20 |
| 2:4 9:14 10:12 | 87:4,6,7,7,14,16 | 5:1 6:4 33:2 | 62:2 63:12,18 |
| 27:18 28:2 | 87:16,21,22,23 | 89:5,22 124:11 | 65:14,15 71:16 |
| 38:23 112:12,14 | 90:4,4,7 92:16 | **plurality** 41:6 | 72:15 76:7,16 |
| 115:15,18,21 | 92:16,17 93:3,4 | 63:13 | 76:18 77:3,10 |
| 118:2 120:24 | 93:7,10,25 94:5 | **plus** 106:23 | 77:13,18 78:10 |
| 121:23 | 94:20,24,24 | **point** 5:23 6:3 | 78:11 83:14,15 |
| **plan** 10:20,21 | 96:25 98:22,23 | 7:17 17:10 | 86:14 90:11 |
| 23:3,7 26:19,19 | 102:9 103:17 | 27:13 28:17,19 | 98:7 99:3 100:9 |
| 27:22,25 28:7 | 104:9 105:25 | 52:17 64:12 | 100:20,22 101:7 |

101:23 103:10
117:15 118:11
118:21 120:11
121:19
**populations**
118:9 119:21
**portion** 51:19
59:10 60:12,12
60:14,15 66:19
97:17 109:23
122:23
**portions** 10:18
25:11 28:23
30:23 40:15,22
42:18 45:5,9
58:15 64:6
66:18 70:15
73:10 121:12
**position** 20:20
27:3 91:2
109:17
**positive** 18:22
**possibility** 32:1
**possible** 38:4
59:5,8 76:15
93:23 111:6
**potential** 18:11
**practice** 33:6
**precinct** 14:12
45:18 46:5,7
47:20 48:5,9,19
49:1,9 51:17,18
52:2 54:9,23
55:8 57:18 59:1
59:10,21 60:10

64:4,13,16,17
64:24 66:9,19
66:19,21 67:5
73:16,19,23
74:25 113:13
**precincted**
33:19 44:19
**precincts** 9:22
10:17,18 11:8
24:10,13,16,17
24:20 25:10,11
30:22,23 31:14
31:15 33:6,10
33:15,18,24
40:9,16,18,21
42:15 44:12,14
44:16,22,24
45:9,14,14,23
49:7 51:13,24
51:25 52:18
53:5,10 54:14
54:16,22 55:2
55:10,13,15
57:24 58:3,14
58:15 59:5,8,14
59:15,16,20
60:1,6,8,23 61:3
61:19 64:3,4,10
65:24 66:22
67:9 72:11
83:16 93:23
113:15,20,22
**precisely** 51:7
**predetermined**
37:6

**predominant**
91:8
**predominated**
92:24
**preexisting**
54:18 62:1 65:1
**preference**
20:16
**preferences**
75:15
**premise** 20:25
**preparation**
10:8
**prepare** 10:3,5
10:11
**preparing** 14:3
**present** 2:13
**presentation**
26:18
**presentations**
13:17
**presented** 3:4
26:16 27:18
118:3
**preset** 38:11
**president**
110:19 111:2,8
**presidential**
19:1,3,21 110:7
**previous** 30:11
90:6
**primarily** 63:15
64:23 92:4
**primary** 69:15

**primer** 15:10
**printed** 13:12
**prior** 68:19
**priorities** 71:19
**priority** 71:22
71:22
**probably** 4:23
45:1 61:9 71:16
96:23 117:2
**probative** 19:11
**problem** 5:6
61:11
**problematic**
44:4,9,25 54:13
64:2 90:9,13
91:1,3
**procedure**
124:24,25
**proceedings**
53:1 75:22
109:21 126:2
**process** 25:16
42:14 44:20
59:14 68:11,12
68:14,17
**processes** 68:20
**produced**
126:23,24
**progress** 13:16
**proper** 9:16,19
29:6 37:19,25
38:14
**proposals** 81:10
**proposed** 28:3
29:18,24 30:1,4

81:1 82:3 83:18
83:19 112:14,18
115:18,21
116:13
**provide**  4:12,16
9:2,6,24 114:20
**provided**  8:23
9:4 10:7 11:5,19
13:20 16:13
18:5 19:5 21:9
21:12 22:20
70:9 107:14
108:3,5,10
**providing**  4:11
56:5
**public**  1:23
126:6,18
**publishing**  14:5
**purely**  115:21
**purple**  60:12
**purposes**  5:8
27:7 42:20
106:8 112:12
**pursuant**  1:24
**push**  109:18
**put**  59:23 66:3
90:16 105:6

**q**

**quantify**  31:22
**quantifying**
31:17
**quantitative**
14:23 15:10
**quarter**  100:24

**question**  4:12
4:15,17,18,24
5:1 6:8,9 17:13
20:24 23:15
31:21 32:12
33:1 41:20 50:9
51:3,7 55:1 60:3
82:25 87:11,12
88:9 89:22
92:13 117:3
118:15
**questions**  4:11
4:21 5:7 83:9,12
115:9
**quick**  52:21
**quickly**  5:21
13:1
**quite**  28:13
102:1,2
**quote**  116:12

**r**

**r**  125:3,3
**r21-0485**  56:4
**race**  9:17,20,22
10:19 19:6,12
19:13,13,23,24
19:25 20:1,9
22:22,25 28:24
29:5 31:3,5,7
33:12 35:5 41:1
43:7 51:1 53:7
57:17 58:3,12
58:16 62:1,19
67:10 71:5 80:3
80:4 83:17 86:3

86:6 90:19 91:7
92:4,15,24
99:21,22 100:5
102:15,19,20,21
103:2,13 104:2
104:13 110:18
110:21 111:20
111:21,23 116:3
**races**  19:4,8,9
21:14,17
**racial**  23:25
24:3,6 25:11,13
32:20 33:7 34:5
34:16 36:25
38:11 39:4
40:16 49:16
50:10 64:2,21
65:25 66:14
67:4 70:17,20
70:23 71:2 72:4
72:7,23 79:24
81:3,13,20,23
91:14,16 96:1
96:24 98:19,21
103:7,11 107:19
107:20 116:17
117:7
**racialization**
30:11
**racialized**  28:8
28:17,19 119:15
119:17,18 120:8
120:17
**racially**  30:9
32:25 38:12,13

54:13 72:13
78:2 92:6,21
94:2 100:3,4
103:3 112:7,24
113:5,5 117:10
117:18,24
118:13,24 119:6
119:17
**raise**  3:7
**ran**  21:24
**range**  8:8
**rank**  43:21,24
44:3 56:6
**rate**  7:4
**rather**  51:19
78:10 81:17
93:24
**reach**  62:15
80:18 82:19
93:10 99:19
118:23
**reached**  31:1
51:5 120:7,16
**reaching**  80:13
**read**  26:17 39:3
55:22 56:8 69:6
82:9 95:8
116:10,20
123:17 124:7
125:21
**reading**  70:11
116:12
**reason**  15:23
69:10 79:1
84:19 86:16

124:9 125:6,9
125:12,15,18
**reasonable**
124:17
**reasonably**
54:20
**reasons**  9:13
32:4 37:5,7
38:21 50:10
85:17,20 86:1,2
86:5,11
**recall**  5:18 8:22
9:10 16:15 26:1
26:2 27:22 62:2
64:11 69:6
88:20
**receding**  70:18
**receipt**  124:16
**received**  11:1
**recent**  119:25
**recess**  53:1
75:22 109:21
**recipient**  92:22
98:18 100:1
**recognize**  122:9
**record**  3:23 5:8
5:15 13:1,2
127:10
**records**  7:24
**redirect**  117:4
**redistrict**  9:13
**redistricting**
12:3 18:11 23:3
23:7 39:5,14,22
41:1 56:22 57:6

61:6 71:7
**redrew**  41:4
**reduce**  66:13
**refer**  13:7,22
18:25 29:20
32:15 53:18
75:23 81:20
106:14,18
109:24
**reference**  9:8
15:14 39:3
57:18 74:2
89:24 113:16
**referenced**
21:13 120:2
124:5
**referencing**
11:19 65:25
**referring**  15:2
21:12,20 29:19
32:16 36:3,6
41:21 47:19
52:14 66:6
89:18 93:14,14
95:5 96:7,9
102:3 106:18
113:8,8,22
**refers**  74:20
**reflect**  17:24
52:14 104:2,24
117:7
**reflected**  31:23
50:14 53:8
57:24 58:2,5
59:3 60:9 76:19

85:5 105:6,25
106:9 107:5
121:9
**reflection**  5:15
**reflects**  13:8
44:12 56:14
65:25 105:7,9
**regard**  9:17
124:18
**regarding**  9:19
50:25
**regardless**  20:7
20:22
**regards**  112:1
**reject**  38:15
78:15
**rejected**  57:6
78:14 81:8
**related**  4:22
12:2 20:18
24:20,20 32:9
32:13 68:13
72:21 73:14
74:17 76:11
82:7 83:3 85:11
85:13 86:3
87:12 88:22
90:17 93:3,8,25
95:3 96:4 97:12
98:2,3 99:20
100:6 107:16
110:13 114:14
117:6 119:22
**relates**  100:19
105:19 112:5

**relating**  82:9
**relation**  59:16
62:24 72:9 93:7
**relationships**
11:14
**relative**  43:14
74:11 96:25
127:11,13
**relatively**  99:12
**relayed**  27:14
**released**  84:24
**relevant**  34:21
35:5 54:19 80:7
**reliably**  29:10
29:12 117:17
**relied**  9:25 14:3
14:7 15:14
80:17 84:8
**relies**  82:18
**rely**  84:5,6
95:15
**relying**  95:9
**remain**  37:23
**remained**  33:10
45:25 46:3,6,9
46:25 51:11,20
58:19 60:14
64:6 73:1,3
**remedy**  29:18
30:1,4 82:3
83:18,20 116:13
120:25
**remember**
116:7

remind  83:11
remote  2:1
remotely  3:15
removed  97:6,7
repeat  5:2 31:21
  32:12 33:2
  74:17 89:22
rephrase  5:2
  7:17 16:23
  20:24 66:5 91:5
  92:11
replacement
  38:20
report  2:21 5:18
  10:14 11:25
  12:5,10,15,20
  12:23 13:4,20
  13:23,24 14:3
  16:22 17:15,22
  18:15,25 27:16
  27:21,24 28:6
  30:5,6,22 35:25
  41:22 48:10
  50:5 53:4,8 54:1
  57:15 59:8,22
  60:22 61:16
  69:7,11,14
  70:12 75:24
  78:14 80:14
  82:2,18,18
  83:13 84:5,8,9
  84:20,20 85:2
  85:11 90:1
  93:22 104:4,17
  106:13 108:2

109:24 110:11
114:15 116:6,6
116:9 119:13
123:20 127:6
reporter  1:23
  3:1,6 4:13 5:12
  123:19 126:5,17
  127:1,4,21
reports  10:7,8
  68:8,9,10,16
  114:14 116:1
represent  3:21
  56:3 58:6 106:6
  117:10 118:7
  120:23
represents  47:9
republican
  21:17,18 22:5,9
  22:11,16 24:24
  25:20,24 110:5
  113:15,18 114:1
  114:5,5,6,7
republicans
  20:8 80:2
request  10:24
require  35:2
  43:24
requires  34:14
  34:25 44:16
research  11:21
  12:2 13:16 68:9
  80:10 108:2,17
  123:6
researched
  108:14

researching
  14:4
residence  67:22
  68:4 69:22,25
  70:4
residents  73:21
  77:22
resides  63:12
resolution  56:4
  82:3 83:22
  116:13
respond  117:3
responding
  41:20 118:15
responsible
  25:17
rest  47:5
restrictive
  106:15
resulted  43:13
results  11:5
  18:16,23 19:6
  22:21
retained  74:3,5
returned  124:16
revamp  121:16
review  11:16
  25:3 27:17,20
  85:12 124:6
  127:7
reviewed  68:8
  115:6 122:12
reviewing  80:21
rewrite  71:17

rid  50:3
right  3:7 8:3
  12:17,21 32:5
  43:2 58:22,23
  59:18 60:19
  79:2 89:18
  96:12 97:16
  105:17 115:9
  123:16
rights  34:7,10
  34:13
risk  69:19
riverside  53:22
roadways  67:1
robinson  2:9
  3:20
rotate  42:23
row  55:6
rude  5:14
rule  124:24,25
rules  4:7,8
  124:17
run  48:17 78:25
running  66:23
  79:7 110:25
  111:16
runs  63:15

**s**

s  2:10 125:3
saying  102:15
says  28:6 56:17
  113:9 122:10
scenario  73:11
  73:13

scientist  58:6
scientists  14:12
  14:17
scope  112:19
screen  42:6
  55:20 59:23
  71:10 75:24
  88:24 96:17
  106:9
scroll  44:11
  56:1 89:7
second  12:8,20
  12:22 18:25
  27:23,24 30:5,8
  37:16 39:10
  43:15 47:9
  68:23 69:4 82:2
  82:18 83:13
  84:9,20 89:21
  91:13 109:24
  116:6 120:22
section  61:19
  70:13 116:10
see  5:10 11:17
  12:10,24 36:6
  40:16 55:20,21
  55:24 56:2,14
  59:24 60:3 63:4
  65:22 77:17
  89:1 90:25 91:6
  91:18 121:21
seeking  70:19
seem  119:16
seemed  68:24

seen  120:25
segments
  120:11
segregated
  28:24 31:7,11
  31:12 32:7
  38:12,13 112:7
  112:24 113:6
  117:10,18,24
  118:13,25 119:6
segregating
  31:4
segregation
  34:5 37:1 49:16
  72:23
selected  77:1
sense  78:6
sentence  28:6
  30:8 36:7 39:2
  39:10,16 40:23
  95:8
separate  71:1
series  48:16
serve  6:20 78:24
  95:12
services  7:2,18
  7:22 8:2
set  123:17
sets  39:5,8
several  8:4
  90:17
severed  109:11
shake  5:9
shape  11:7
  64:15

shapes  10:19
  83:17
share  12:9
  55:19 71:10
  75:24 88:24
shed  42:21
  50:11 78:10
sheet  124:10,12
shift  67:3
shifted  50:13
  64:1
shore  81:2,12
  81:14 94:20
  95:25,25 114:18
shored  61:25
shoring  101:22
  114:4,7
shorthand  1:23
show  3:2 19:18
  51:12
shown  27:11
  115:14
shows  112:6
sic  33:19 44:20
sides  109:11
sign  124:11
signature
  123:25 126:16
  127:20
signed  124:20
  126:11
significance
  43:17 61:22,24
  74:8,14,19,19
  74:20 75:6,7

  89:24,25
significant
  30:17 62:16,21
  74:9,11 75:8
  94:2 101:4
significantly
  28:22 99:18
  110:2 121:15
similar  28:13
  78:5 83:22 84:2
  84:4 91:14 92:2
  92:6 96:24 97:3
  97:7,8,17
  104:16,16
  112:23 113:2,3
  119:4,24 120:14
  120:18 121:8,20
similarities
  97:11
simply  45:17
  79:2 83:7 93:1
  120:10
single  49:9
sit  7:25 84:1
  103:25
situation  31:9
size  23:20,20,21
  23:22,23 37:8
  58:18 74:12
  75:9 86:14
  100:22
slightly  39:11
sliver  89:16
small  52:15
  90:11 102:1,2

102:12
**socialism** 22:9
  22:12
**sole** 95:12
**solutions** 124:23
**somewhat** 79:5
**sorry** 7:17 16:23
  20:24 23:16
  29:25 31:20,21
  32:17 35:14
  36:4 48:22 57:1
  57:22 60:25
  62:8 64:9 76:9
  77:16 78:8 87:1
  93:9 96:6
  100:15 101:9
  102:5 108:11
  114:24 115:2
**sort** 91:5 93:21
  109:17
**sorted** 25:13
**sorting** 9:22
**sounds** 43:2
  75:21 109:19
**sources** 14:2
  15:1 108:5
**southern** 1:1
**southwest** 70:14
**spanish** 6:2
**speak** 22:12,17
  88:11,21 109:3
**speaking** 15:9
  22:4 40:20 43:9
  66:10 121:6

**specific** 14:23
  71:21 77:8 95:5
  96:15,16 97:13
**specifically** 15:4
  40:7 65:8
  122:25
**specifics** 34:18
**speculate** 16:1
  21:3 69:12 86:7
  86:8
**speculation**
  76:4 77:4,5
**speculative**
  115:21
**split** 33:10,13
  45:6,13,13,14
  45:21,22 46:2,4
  54:15,15,16,16
  55:13,15,18
  64:3,4,24 65:3
  72:12,19 73:23
  73:24 75:1
  115:1 122:22
**splits** 44:14,14
  46:3,5 51:12,15
  52:14 55:8
  57:18 59:21
  64:23,24 67:5
  72:11,25 73:1,2
  73:16,19
**splitting** 33:6,24
**spot** 99:1
**spreadsheet**
  18:4

**stage** 11:13
**stand** 61:17
  117:22
**standard** 11:12
  14:11,14 15:2
  82:23 83:1,6
**standpoint**
  31:17 39:23
  43:7 61:6 74:9
**start** 23:22 33:4
  38:9 103:8
**started** 3:22
**starting** 28:17
  28:19 41:14
  53:20 54:1
**starts** 5:23
**state** 1:24 3:22
  30:8,12,25 35:8
  35:25 40:23
  81:2 94:7 126:3
  126:6,18 127:2
**stated** 125:22
**statement** 28:10
  28:16 33:8,9
  57:18 80:22,25
  96:10 119:12
**states** 1:1
**statewide** 18:16
**statistical** 40:24
  74:8,13,18,20
**statistically**
  62:8,12,16,21
  74:9
**statistics** 75:4
  118:12

**statute** 124:18
**stayed** 52:5,7
**stenographic**
  127:10
**stenographica...**
  127:6
**stories** 68:24
**story** 27:3 69:6
**street** 2:5,10
**strike** 40:1
  70:11 92:2
  109:2 111:22
**strongly** 76:22
**studying** 14:5
**subjective** 75:10
  75:11,11,12
**subsequent**
  110:8
**substantially**
  70:15 73:9
  83:22 104:5
  116:14 121:20
**substantive**
  74:19 75:5,7
**substantively**
  75:8
**sufficient** 35:3
  38:20
**sugar** 5:23 6:4
**suggest** 75:19
  113:17
**suggested**
  124:15
**suggests** 44:3
  77:9 100:5

| | | | |
|---|---|---|---|
| **suite** 2:10 | **t** | **tallahassee** 2:11 | **thank** 3:6 42:7 |

**suite** 2:10
**summarize** 25:6
**super** 43:11
94:25 95:19
97:19 112:21
117:13,22
**support** 114:18
**supported** 85:9
113:21
**suppose** 14:16
17:6,23 68:12
**supposed** 53:7
**sure** 3:24 5:14
6:11 8:15 10:6
10:10 16:25
18:10 20:25
23:9,13,22
25:10 31:22
46:22 47:6 51:4
52:23 72:17
107:9
**surrounding**
70:16 73:10
76:23 78:4
93:23 102:23
103:16,18,22
**survey** 10:16
15:15,16 84:7,8
84:10,12,16,24
**swap** 100:3
**swapped** 53:11
100:1
**swear** 3:7
**sworn** 3:15
126:9

**t**

**t** 2:11,19 125:3
125:3
**table** 39:4 44:11
45:20 48:13
51:12 53:4
54:14 55:4,6,11
55:16 57:15
59:9 64:7 89:24
90:3,17 96:16
**tables** 48:16
**tablet** 42:4
**take** 5:12,24 6:3
6:5,10 9:16,19
16:8 18:11
22:23 35:6 45:8
51:18 52:20,23
65:5 66:8 75:20
78:10,11 82:14
100:11 102:19
102:20,21
109:15
**taken** 1:22
58:12 78:12
97:2 99:22,23
**talk** 4:9 76:1
78:13 88:25
89:13 91:17
104:18
**talking** 24:12
48:6 53:19
58:21 63:3 75:4
96:13
**talks** 13:17

**tallahassee** 2:11
**tandem** 44:7
**teal** 90:3 106:23
**tell** 8:15 17:11
23:11 40:10
60:7 71:20 77:9
89:19 107:9
**tells** 27:3
**ten** 23:14 75:20
101:17
**tend** 35:8 100:7
**tended** 81:2,12
81:16
**tendency** 46:18
101:11
**terms** 14:7
16:21 20:9
33:12 36:20
40:12 43:14
56:11 63:7,10
71:4 72:7 76:7
80:8 96:21
102:10 104:23
111:17 123:2
**testified** 3:15
116:5
**testify** 5:17
**testimony** 3:8
4:3 115:20
116:7 124:7,16
**texeira** 1:23
126:5,17 127:4
127:21
**text** 108:4,5

**thank** 3:6 42:7
89:11 109:19
**theoretically**
42:22
**thing** 6:5,7
41:23 56:2
104:17
**things** 4:15
13:13 46:24
47:12 56:24
57:3,10 58:11
74:21 83:7
**think** 33:3 44:12
44:21 55:21
75:5 76:13 80:7
90:12,20 93:25
94:23 107:7
108:4 109:16
112:1
**third** 39:2
**thorough** 15:7
**three** 19:8 25:18
29:10 32:21
41:5 42:24,25
55:9,13 61:16
87:24 94:11,21
95:3 108:9,10
108:15 112:21
117:16,21
**time** 16:9 26:1
41:24 45:7
69:21 85:2
109:11 123:15
**times** 23:10
45:15 88:13

**[today - vap]**

**today** 7:25 84:1 103:25 115:18 115:20
**together** 51:15 55:9 105:6
**told** 9:3 25:15 25:18,20 114:14
**took** 51:9 55:13 75:4
**top** 61:15 66:12 66:24 106:20,21 107:2 122:24
**total** 39:12 48:7 77:19
**touch** 20:21 42:19
**touches** 42:17
**tourism** 107:25
**tourist** 107:24
**towards** 122:24
**traditionally** 65:1
**transcribe** 4:14
**transcript** 124:5 124:19 127:8,9
**transcripts** 25:3 85:12 124:13
**translate** 31:18 92:8,10
**trial** 2:21 12:10 12:14 13:4
**trouble** 69:1
**true** 19:20 29:14 49:6 51:23 72:23 81:6

87:23 88:1 94:5 117:8 125:22 127:9
**trump** 110:19 111:2,8 113:13 113:21,24
**truth** 3:9,9,10
**truthfully** 5:17
**try** 29:20 55:19
**trying** 89:23 92:12 114:1
**turned** 50:6
**turning** 94:9
**twice** 88:17
**two** 18:13 22:19 25:18,20,24 56:24 57:2 64:3 68:1 71:25 72:11 73:19 80:1,5 82:5 90:5 90:15,22 93:1 93:12,13 98:5 99:3 100:23 104:5 109:11 111:14 116:1 117:16
**type** 5:22 20:17 121:3 126:24
**types** 79:20
**typically** 15:5,6

**u**

**under** 13:15 14:2 36:2 37:11 43:13 46:2 47:2 47:16 48:1,2

49:14 82:21 83:5 86:20,23 113:3 124:17 125:20
**undercuts** 32:24 70:18
**underneath** 57:15
**understand** 4:24,25 15:1 20:22 21:5 33:1 38:7 41:3 45:21 51:2 53:7 57:4 59:12 76:1 82:25 92:13 93:6 102:16 105:14 106:5,10 118:19 119:8 120:15
**understanding** 16:6 17:1,3 21:1 22:8 34:6 41:10 47:7 56:20 63:6 63:11,17 65:13 65:13 67:24,25 70:21 74:15 83:1 105:8,10 108:20,22 114:9
**understood** 4:17 6:1 62:18 102:14
**uniform** 45:1,3 45:12
**unit** 51:13 54:18

**united** 1:1
**units** 65:1,2
**unpacking** 74:1
**unusual** 61:7
**ups** 117:2
**use** 10:15 11:10 14:12 15:25 16:1,3 44:16 61:12 83:13 84:22
**used** 14:21 15:23 20:13 48:4 54:15,16 58:9 83:1 84:19 105:3 124:20
**using** 50:19 51:13 64:15
**utilize** 44:22
**utilized** 14:11 21:17
**utilizing** 38:1

**v**

**v** 124:3 125:1
**vacuum** 46:22 47:4 49:18
**vap** 36:2,10,13 36:17,21,24 39:4,11,12,13 39:18,21 40:25 47:1,2,15,16 49:13 51:10,22 52:15,16 58:18 58:23 59:5 61:21 64:5 73:2 73:17,18,23

86:24,25 87:9
90:12 91:16
94:9,12 95:4,20
98:15 99:8,10
99:12,17 108:24
**variation** 42:25
**various** 4:20
113:3
**verified** 3:5
**verify** 17:17,20
124:8
**veritext** 124:13
124:23
**veritext.com**
124:13
**verse** 11:3
**version** 38:5
**versions** 26:15
81:7 107:22
**versus** 6:21
15:24 32:2
33:11 38:9 58:8
73:25
**video** 5:10 42:6
**videoconferen...**
1:10,16 2:4,8
126:2,8 127:6
**view** 117:19
**visitors** 108:7
**visual** 113:8,10
119:1
**visually** 121:8
**voted** 25:21,25
26:3 71:23 80:5

**voter** 57:11
123:11
**voters** 20:14
25:12 35:11
39:24 40:14
48:5,10 50:11
50:12 74:10
75:8 77:22,23
94:22 96:4,22
97:1 114:8
**voting** 10:17
32:23 34:7,10
34:13 35:19,22
40:25 47:10,13
47:20,24 48:20
49:2,10 52:6,10
59:2 60:11
61:20 63:11
76:7,18 77:2
83:14,14,15
100:8 101:7
117:15 118:8,10
118:21
**vs** 1:6

**w**

**wait** 4:12
**waived** 123:25
127:8
**want** 15:9 22:6
27:2 43:21 47:6
67:3 69:3 75:25
77:24 78:13
89:13 92:10
112:17

**wanted** 16:20
16:25 17:17
18:10 27:19
53:24 54:4,24
60:15
**warren** 2:14
6:14,15,18 8:20
**way** 9:15 19:16
20:14 32:22
34:20 35:1
42:23 45:1,3,6
45:12 50:18
54:16 57:4 61:7
61:10 65:11
66:22 67:6
81:21 83:2
90:16 91:7
104:1
**ways** 35:12 43:3
114:18
**we've** 29:22
59:1 60:1 72:8
**website** 11:4
**weigh** 64:20
**went** 86:24,25
87:9
**west** 122:24
**western** 115:2,3
122:15,17
**white** 39:21,24
47:10,13,15,16
61:19 63:11
65:14 77:2
110:20 118:21

**whiter** 77:10
**wholesale** 71:17
**wholly** 55:12
**wide** 62:20
**witness** 2:17 3:4
3:11,14 6:21
11:4 12:24
89:10 124:7,9
124:11,19 126:7
**wondering** 42:8
**work** 10:3 13:9
15:19 42:21
104:18 110:12
112:10 114:15
118:5
**worked** 7:7
**working** 13:16
88:14
**works** 109:18
**world** 38:5
**worry** 57:9
**worse** 111:1
**write** 73:8
116:12
**writing** 27:24
**written** 8:5 15:4
**wrote** 10:14

**x**

**x** 2:16,19,19
74:22,23 126:23

**y**

**yeah** 4:19 14:1
36:6 45:25 56:1
56:2 64:15 89:2

**[yeah - zoom]** Page 160

89:10,21 96:19
105:15
**year**  7:9 8:5
15:15,17 29:21
84:7,13,16,24
**years**  14:4 16:8
18:19,24 75:3
120:21
**yellow**  60:12,14
106:21
**yo**  91:18

**z**

**zoom**  4:9 5:5
42:9

Federal Rules of Civil Procedure

Rule 30

(e)  Review  By  the  Witness;  Changes.

(1)  Review;  Statement  of  Changes.  On  request  by  the
deponent  or  a  party  before  the  deposition  is
completed,  the  deponent  must  be  allowed  30  days
after  being  notified  by  the  officer  that  the
transcript  or  recording  is  available  in  which:

(A)  to  review  the  transcript  or  recording;  and

(B)  if  there  are  changes  in  form  or  substance,  to
sign  a  statement  listing  the  changes  and  the
reasons  for  making  them.

(2)  Changes  Indicated  in  the  Officer's  Certificate.
The  officer  must  note  in  the  certificate  prescribed
by  Rule  30(f)(1)  whether  a  review  was  requested
and,  if  so,  must  attach  any  changes  the  deponent
makes  during  the  30-day  period.

DISCLAIMER:  THE  FOREGOING  FEDERAL  PROCEDURE  RULES
ARE  PROVIDED  FOR  INFORMATIONAL  PURPOSES  ONLY.
THE  ABOVE  RULES  ARE  CURRENT  AS  OF  APRIL  1,
2019.  PLEASE  REFER  TO  THE  APPLICABLE  FEDERAL  RULES
OF  CIVIL  PROCEDURE  FOR  UP-TO-DATE  INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.