Page 1

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF FLORIDA

2               CASE NO. 1:22-cv-24066-KMM

3

4    GRACE, INC., et al.,

5               Plaintiffs,

6    vs.

7    CITY OF MIAMI,

8               Defendant.
     _____

9

10

                      DEPOSITION OF

11

                      STEVEN MIRO

12

13

14

                      Wednesday, October 4th, 2023

15                    9:23 a.m. to 11:15 a.m.

                      333 Southeast 2nd Avenue

16                    Suite 3200

                      Miami, Florida 33131

17

18

19

20

21

22       Taken on behalf of the Defendant before

23   Mayra Texeira, Shorthand Reporter and Notary Public

24   in and for the State of Florida at Large, pursuant

25   to Notice of Taking Deposition in the above cause.

```
 1
                         APPEARANCES
 2

 3

 4     On behalf of the Plaintiffs:
 5             American Civil Liberties Union Foundation
               336 East College Avenue
 6             Suite 203
               Tallahassee, Florida 32301
 7             BY: DANIEL TILLEY, ESQUIRE
               BY: NICHOLAS WARREN, ESQUIRE
 8

 9

       On behalf of the Defendant:
10
               GRAY|ROBINSON, P.A.
11             333 Southeast 2nd Avenue
               Suite 3200
12             Miami, Florida 33131
               BY: CHRISTOPHER JOHNSON, ESQUIRE
13             BY: GEORGE LEVESQUE, ESQUIRE
14

15                      - - - - - -
16
                         I N D E X
17
         Witness                    Direct     Cross
18
         Steven Miro                  4         ---
19

20

21

22

23

24

25
```

Page 3

1          E X H I B I T   I N D E X

2   Defendant's        Description           Page No.

3   Exhibit 23         Complaint               16

4   Exhibit 109        Complaint               18

5   Exhibit 24-83      Map                     19

6   Exhibit 82-24      Map                     32

7   Exhibit 82-25      Map                     43

8   Exhibit 82-23      Expert Report           53

9   Exhibit 82-36      Map                     55

10  Exhibit 24-39      Declaration             76

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                    Page 4
 1    Thereupon:
 2                     STEVEN MIRO
 3    was called as a witness and, having been first duly
 4    sworn, was examined and testified as follows:
 5                    DIRECT EXAMINATION
 6    BY MR. JOHNSON:
 7         Q.   Good morning, Mr. Miro.  My name is Chris
 8    Johnson. Would you please state your full name for
 9    the record.
10         A.   Steven Miro.
11         Q.   And what is your date of birth?
12         A.   ███████████  █████.
13         Q.   What is your --
14         A.   I'm exempt from Florida statute on that,
15    too.
16         Q.   Okay. What is your current address?
17         A.   I'm exempt from Florida statute 119.072.
18         Q.   Okay. So we won't file that with the
19    Court, but for the purposes of the deposition what's
20    your address?
21              MR. TILLEY: Can we do this off the
22         record or --
23              MR. JOHNSON: Well, I mean, we've
24         already had his date of birth on the
25         record. So we might -- we have to redact
```

1       that page anyway if we file it.

2           THE WITNESS: Fine. If they redact it

3       I'm all right with it.

4       A.    ███████████████████████████

5  ███ ██████.

6       Q.   And do you know which City of Miami

7  district that is currently located in?

8       A.   Currently District 3.

9       Q.   So have you ever been deposed before?

10      A.   Yes.

11      Q.   Approximately how many times?

12      A.   Over ten.

13      Q.   Okay. I was going to ask what kind of

14  cases, but we'll get to that in a second.

15          Have you ever testified in court before?

16      A.   Yes.

17      Q.   Approximately how many times?

18      A.   Four or five.

19      Q.   So I'll go through the rules very quickly.

20  You're probably very familiar with them. I'm going

21  to ask you a series of questions. Please listen

22  carefully. Be careful not to try to talk over me

23  with your answers because we have a court reporter

24  taking everything down stenographically and she

25  can't create a good record. She also can't create a

1    record if you do a head nod or make a sound or an

2    affirmative or negative noise because that also does

3    not come across in the court record.

4              Do you understand that?

5         A.   Yes.

6         Q.   If you have any questions about my

7    question, if you don't understand it, please ask me

8    to clarify. If you answer I'll assume you understood

9    it.  Is that fair?

10        A.   Yes.

11        Q.   Do you understand that all your statements

12   are being recorded today?

13        A.   Correct.

14        Q.   If you need a break, let me know.  That's

15   fine.  All I ask is that we don't have a question

16   pending and then we can go ahead and take a break.

17        A.   Okay.

18        Q.   Are you on any medications today that may

19   affect your ability to testify?

20        A.   No.

21        Q.   Are you on any medications that may affect

22   your memory?

23        A.   No.

24        Q.   Do you have any conditions that may affect

25   your memory or ability to testify?

Page 7

1        A.    No.

2        Q.    So did you prepare for this deposition

3   today?

4        A.    Yes.

5        Q.    What did you do to prepare?

6        A.    I met -- yesterday I met with the legal

7   team going through an array of questions.

8        Q.    I'm not going to ask you about what you

9   discussed with your legal team.

10             Did you review any documents?

11       A.    No.

12       Q.    Other than your legal team, did you speak

13   to anyone else in preparation for this deposition

14   today?

15       A.    No.

16       Q.    Very briefly, what is your educational

17   background?

18       A.    Starting from high school?

19       Q.    No. Post high school.

20       A.    Okay. All right. I went to Tallahassee

21   Community College, Pat Thomas Law Enforcement

22   Academy. I went to Miami-Dade College for police

23   service aid.  And then I went to University of Miami

24   for my paralegal certification.

25       Q.    Do you have any degrees?

Page 8

1       A.   I have certifications.

2       Q.   Okay. What are your certifications?

3   Paralegal?

4       A.   Paralegal, FDLE certification, and an

5   array of trainings.

6       Q.   Would you please define FDLE for the court

7   reporter?

8       A.   Florida Department of Law Enforcement.

9       Q.   Are you married?

10      A.   Yes.

11      Q.   And what's your spouse's name?

12      A.   Lauren Galicia.

13      Q.   Are you currently employed?

14      A.   Yes.

15      Q.   Where?

16      A.   Jackson Memorial Hospital.

17      Q.   What's the nature of your employment?

18      A.   Public safety.

19      Q.   How long have you been there?

20      A.   Approximately over three years.

21      Q.   Very briefly, summarize your employment

22  history.  You don't need to go into any major depth.

23      A.   I worked at Miami Springs PD. Miccosukee

24  PD. Highway Patrol. Key Biscayne PD. City of Miami.

25  Jackson Memorial Hospital.

1      Q.    You said PD a number of times.  And that's
2   police department. Correct?
3      A.    Police department.
4      Q.    Did you own a business at one point?
5      A.    Yes.
6      Q.    Is that Paramount Security?
7      A.    Yes.
8      Q.    Okay. Do you still own that business?
9      A.    No.
10      Q.    Have you ever been terminated from
11   employment?
12      A.    No.
13      Q.    So each of these positions you voluntarily
14   left?
15      A.    Yes.
16      Q.    Were you terminated from the City of
17   Miami?
18      A.    I had pending litigation and I won the
19   case. The case was settled.
20      Q.    Okay. But what was the nature of your
21   termination?  Was that voluntarily or were you
22   involuntarily terminated?
23      A.    I guess involuntary.
24      Q.    Have you ever been convicted of a crime?
25   Not asking about traffic or anything like that.

Page 10

```
 1        A.    Never.
 2              MR. TILLEY: Make sure you let him
 3        finish.
 4        Q.    Have you ever been charged with a crime
 5   involving fraud or misrepresentation or anything of
 6   that nature?
 7        A.    No.
 8        Q.    Have you ever been charged with a crime?
 9        A.    No.
10        Q.    Have you ever been a party to a lawsuit?
11        A.    Yes.
12        Q.    Approximately how many lawsuits?
13        A.    Over five.
14        Q.    Have you ever been involved in a lawsuit
15   with the City of Miami?
16        A.    Yes.
17        Q.    Approximately how many lawsuits?
18        A.    That I am the party of?
19        Q.    That you are a party of. Yes.
20        A.    Not a witness?
21        Q.    Correct. Not a witness.
22        A.    Three, I believe.
23        Q.    And what are the nature of those three
24   lawsuits?  What is the nature of those three
25   lawsuits?
```

Page 11

1           A.    Two public records requests, which I won,

2    and the whistleblower which was settled.

3           Q.    Briefly describe what you're referring to

4    as the whistleblower case.

5           A.    I signed a confidentiality agreement.

6           Q.    And that confidentiality agreement is with

7    regard to the settlement. Correct?

8           A.    Correct.

9           Q.    I'm not going to ask you about the

10   settlement, just with regard to the case itself. Did

11   you bring the case or did they bring the case?

12          A.    I brought the case.

13          Q.    And what were you suing for?

14          A.    Whistleblower protection.

15          Q.    And you're saying that case settled?

16          A.    Yes.

17          Q.    And where were you born?

18          A.    Miami.

19          Q.    I'm going to ask you, because of the

20   nature of this case, questions about your race,

21   ethnicity. How would you define your race and

22   ethnicity?

23          A.    Hispanic male.

24          Q.    Are your parents from Miami?

25          A.    No.

Page 12

1     Q.   Where are they from?

2     A.   Cuba.

3     Q.   Do you speak any language other than

4  English?

5     A.   Yes.

6     Q.   What language?

7     A.   Spanish.

8     Q.   Anything else?

9     A.   No.

10    Q.   Other than Hispanic and Cuban, do you

11  identify as any other race or ethnicity?

12    A.   No.

13    Q.   How long have you lived at your current

14  address?

15    A.   Since 2014.

16    Q.   Have you lived there full-time?

17    A.   Yes.

18    Q.   Do you maintain any other addresses?

19    A.   Maintain as to -- that's the only home I

20  own.

21    Q.   All right. And you own that residence?

22    A.   Yes.

23    Q.   Have you owned it since 2014?

24    A.   Yes.

25    Q.   When you moved there, did you intend to

```
 1    make that your permanent residence?
 2          A.    Yes.
 3          Q.    Do you have any intention to move?
 4          A.    Eventually, yes.
 5          Q.    Do you have any current intention to move?
 6          A.    Current?  Not right now.
 7          Q.    Is that your homestead?
 8          A.    Yes.
 9          Q.    And is that listed on your driver's
10    license?
11          A.    No.
12          Q.    Okay. What address is listed on your
13    driver's license?
14          A.    My mailing address.
15          Q.    Where is your mailing address?
16          A.    ████████████████████████.
17          Q.    Is that Miami?
18          A.    Yes.
19          Q.    Do you own that residence?
20          A.    No.
21          Q.    Who owns that residence?
22          A.    My mother.
23          Q.    Why don't you list your residential
24    address on your driver's license?
25          A.    Because I'm exempt per Florida statute
```

Page 14

1    119.072.

2        Q.    And the ███████████████████, is

3    that located in the City of Miami?

4        A.    No. Unincorporated.

5        Q.    Are you a registered voter?

6        A.    Yes.

7        Q.    What address is listed on your voter

8    registration?

9        A.    My home address.

10       Q.    The one that you own?

11       A.    Yes.

12       Q.    Okay. How many city elections have you

13   voted in?

14       A.    They're odd years, so approximately four.

15       Q.    Do you know what voting precinct you're

16   in?

17       A.    I know where it's located.

18       Q.    Where is that?

19       A.    Beacon Boulevard. It's a fire station.

20       Q.    And have you been registered to vote there

21   since 2014?

22       A.    I think so.

23       Q.    I'm going to ask you about your employment

24   with the City of Miami. So describe the nature of

25   that employment.

Page 15

1          A.    Working under Commissioner Carollo.

2          Q.    And when did that begin?

3          A.    December 4th, 2017.

4          Q.    And how long were you employed by

5     Commissioner Carollo -- or working for Commissioner

6     Carollo?

7          A.    Until June of 2018.

8          Q.    Did you have a job title?

9          A.    District liaison.

10         Q.    And what did your duties entail?

11         A.    Constituency services. Planning the

12    commission agenda. That's it.  That's it.

13         Q.    Did you ever have anybody who reported to

14    you?

15         A.    Anybody reported to me?

16         Q.    Yeah.

17         A.    Well, there's a conflict there. There was

18    two that reported to me, but apparently under Joe no

19    one reported to me so --

20         Q.    Okay. Who are the two you are referring

21    to?

22         A.    Gisela Maestre and Mara Roman, I believe.

23         Q.    Can you spell that for the court reporter?

24         A.    The last name or which one?

25         Q.    Both.

Page 16

1          A.    Maestre, I don't know how to spell it.
2     Roman, R-O-M-A-N.
3          Q.    And who did you report to?
4          A.    Joe Carollo.
5          Q.    So what events led up to your termination?
6          A.    I received a letter stating -- very vague,
7     that this date, this time, your services are no
8     longer required.
9          Q.    Was there an ethics complaint against you?
10         A.    There was. Against me and Joe Carollo,
11    yes.
12         Q.    What was the nature of the ethics
13    complaint against you?
14         A.    Various issues. Targeting the businesses.
15         Q.    And was that ethics complaint filed before
16    or after you were terminated?
17         A.    While I was still employed with the city.
18         (Defendant's Exhibit 23, Complaint, was
19         marked for Identification.)
20         Q.    I'm showing you what's been marked as
21    Defendant's Exhibit 23, a document in this case
22    called first amended complaint. Are you familiar
23    with this document?
24         A.    Yes.
25         Q.    Have you seen it before?

Page 17

```
 1        A.   I just got it right now. I don't know if
 2   it's the one I saw that was sent to me or not.
 3        Q.   Well, go ahead and take a minute to review
 4   it, then.
 5        A.   Okay.
 6        Q.   So is this the first amended complaint in
 7   this action?
 8        A.   It appears to be, yes.
 9        Q.   Did you review it before it was filed?
10        A.   I don't recall.
11        Q.   Do you know if you had any input in
12   drafting it?
13        A.   I don't recall.
14        Q.   Okay. You weren't originally a plaintiff
15   in this action. Correct?
16        A.   I think you're correct.
17        Q.   How did you come to be a plaintiff in this
18   action?
19        A.   I reached out to the legal team saying I
20   wanted to be involved because I live in District 3
21   and I reside within the City of Miami.
22        Q.   And why did you want to be involved?
23        A.   Because I think what the Court has
24   concluded that the districts have been
25   gerrymandered.
```

Page 18

1       Q.   How were they gerrymandered?

2       A.   Packing people into one district, natural

3  boundaries, going elsewhere, picking and choosing

4  who they want their constituents to be, not allowing

5  public input.

6       Q.   Anything else?

7       A.   Not right now.

8       Q.   Do you understand whether or not not

9  allowing public input is part of this lawsuit?

10      A.   Sorry?

11      Q.   Do you understand whether or not -- you

12  said not allowing public input. Is that part of this

13  lawsuit?

14      A.   I'm not sure. I'm not an attorney.

15      (Defendant's Exhibit 109, Complaint, was

16      marked for Identification.)

17      Q.   I'm showing you what's been marked as

18  Defendant's Exhibit 109, a document in this

19  proceeding titled supplemental complaint. Have you

20  seen this document before?

21      A.   I don't think so. I'm not sure.

22      Q.   Do you know if you had any input into

23  drafting or editing this document?

24      A.   I don't recall.

25      Q.   I'm going to make that Defendant's 24-83.

1          (Defendant's Exhibit 24-83, Map, was

2          marked for Identification.)

3          Q.    I'm showing you a document we've marked as

4    Defendant's 24-83. This is a map of the City of

5    Miami. The document is titled 2022 enacted plan. Do

6    you recognize that document?

7          A.    Is this the map that the city just passed?

8          Q.    Well, this was in 2022. So this was the

9    map that was enjoined by the Court, if you will

10   accept that representation.

11         A.    I don't know what that means. Sorry.

12         Q.    Okay. You asked about the map that the

13   city just passed. What are you --

14         A.    Yeah. I saw so many maps in the process

15   of -- you know, I don't know which one this is.

16         Q.    Okay. Do you have an understanding of what

17   the map looked like before this lawsuit was filed?

18         A.    Going back to the `20 -- I believe the

19   2010 map?

20         Q.    Well, do you understand that there was a

21   census in 2020?

22         A.    Yes.

23         Q.    Okay. And you understand that -- whether

24   or not the City of Miami engaged in a redistricting

25   process after that census?

Page 20

```
 1        A.    Correct.
 2        Q.    Do you have an understanding of what that
 3   map looked like when they finished that process?
 4        A.    No. There were so many changes to it, I --
 5        Q.    Okay. Well, let me have you take a look at
 6   this map. Do you have any issue with this map?
 7              MR. TILLEY: Object to the form.
 8        A.    Yes.
 9        Q.    Okay. And what are your issues with regard
10   to this map?
11        A.    Again, the natural boundaries for
12   District 3.  And I'm only going where I live in
13   District 3.
14        Q.    Where do you live in District 3?
15        A.    Well, you have my address.
16        Q.    Okay. On that map. I'm going to hand you a
17   pen. If you can approximately indicate where you
18   live on District 3.
19              MR. TILLEY: I assume we'll redact
20         this as well.
21              MR. JOHNSON: Okay. Let's not mark
22         it, then. We know it's District 3. Okay.
23        Q.    Well, let me put it this way. Do you live
24   in what's marked as the Little Havana area there?
25        A.    Yes.
```

Page 21

1      Q.   And that's in the pleadings. Right?  So I
2   don't think there is an issue with that. In fact,
3   let's turn to the first amended complaint. If you
4   could look at Defendant's 23, paragraph 27.
5      A.   Yes.
6      Q.   Okay. So you're a resident of Little
7   Havana in District 3?
8      A.   Yeah.
9      Q.   Okay. So what's your issue with regard to
10   how District 3 is drawn in this map?
11     A.   Well, it goes into another area not
12   keeping Coconut Grove whole. It goes -- it crosses
13   over south US-1. District 3 has never crossed over
14   into US-1.
15     Q.   So your issue is the crossing of US-1?
16     A.   Yes. Talking about District 3. I mean,
17   they -- the commission, the last map that they
18   passed they spoke for 15 minutes on a barbecue
19   restaurant which they wanted into the district that
20   has no residence whatsoever.  It's just a venue.
21   And they spoke about, you know, economic development
22   that they wanted which -- which goes south into the
23   wharf. So they spoke on a multitude of issues and
24   they spoke a lot about race from our amended
25   complaint.

Page 22

```
 1        Q.   Okay. I'm just going to bring you back to

 2    this map. All right. So you mentioned four things

 3    that you had a problem with that caused you to join

 4    the lawsuit.  One was about packing of people into

 5    one district. Do you think people were packed into

 6    District 3 in this map?

 7        A.   Yeah.

 8        Q.   When you say people, what people are you

 9    referring to?

10        A.   People like me.

11        Q.   Are you referring to your ethnicity?

12        A.   Spanish. Yes.

13             MR. TILLEY: Just make sure to let

14        him finish.

15        Q.   Your opinion is that -- one of your

16    objections to this map is you believe that it packed

17    Hispanics into District 3. Correct?

18        A.   Yes.

19        Q.   Okay. Now, do you see that area where

20    District 3 crosses over US-1? Is that the Natoma

21    Manors area as it's marked?

22        A.   Yes.

23        Q.    Is it your belief that adding that area in

24    District 3 increased the number of Hispanics in

25    District 3?
```

Page 23

1          A.    No.

2          Q.    Do you believe it decreased the number of

3    Hispanics in District 3?

4          A.    I'm not sure if it did or not.

5          Q.    If it decreased the number of Hispanics in

6    District 3, then you would agree that that wouldn't

7    have caused the packing of Hispanics. Correct?

8          A.    If what you said is correct, then yes.

9          Q.    In fact, if there were less Hispanics in

10   Natoma Manors, then the rest of District 3 would be

11   the effect of unpacking District 3, wouldn't it?

12         A.    Right. Again, if we go based on natural

13   boundaries, and US-1 is a natural boundary, and,

14   again, they crossed over interjecting into Coconut

15   Grove area.

16         Q.    Okay. So -- but if it didn't increase the

17   number of Hispanics, then you would agree that it

18   didn't create any packing. Correct?

19         A.    Well, the commissioners picked and choose

20   [sic] who they wanted their residents to be, their

21   citizens.

22         Q.    Well, in this case who were they picking

23   and choosing?

24         A.    Well, you know, when it comes to their

25   voters' bases, meaning they were -- they actually

Page 24

1   wanted -- they want to pick and choose the voter

2   base.

3       Q.   Who was the commissioner for District 3 in

4   2022?

5       A.   Joe Carollo.

6       Q.   Okay. Is it your opinion that his voter

7   base was in Natoma Manors?

8       A.   No one has voted for him there yet.

9       Q.   So that wouldn't actually increase his

10  voter base, would it, if Natoma Manors was added to

11  District 3 -- would it?

12      A.   I mean, he was living within the

13  parameters of District 3 and then he decided to move

14  into his Coconut Grove house.

15      Q.   Right. So that actually put his house into

16  District 3. Right?

17      A.   Yeah. He relocated the district into his

18  house.

19      Q.   Is that part of your lawsuit that he

20  shouldn't have done that?

21      A.   No. That's my opinion.

22      Q.   Okay. Do you have any other objections to

23  District 3 as it's drawn in this map?

24      A.   Again, them choosing who they want their

25  voter base to be.

Page 25

1      Q.    Well, what -- I don't understand what you
2  mean by choosing who they want their voter base to
3  be. Do you think that's something that's wrong?
4      A.    Absolutely. I mean, imagine me as a
5  constituent if I called the city because I got a
6  pothole outside and, you know what, the commission
7  says, I'm not going to handle this issue because I
8  go to the Towers and I get 100 votes as opposed to
9  Steven and his wife.
10      Q.    Is that the basis for this lawsuit?
11      A.    No. But that's my opinion.
12      Q.    Okay. I'm just asking for the basis of
13  this lawsuit. I mean, you understand that in this
14  lawsuit you're alleging that the drawing of the
15  districts were unconstitutional?
16      A.    Correct.
17      Q.    That they violated equal protection?
18      A.    Right.
19      Q.    Is it your opinion that choosing your
20  voters based on who supports you and potholes
21  violates the protection act?
22      A.    No. Again, that's my opinion. But, again,
23  when you pack areas over, you know -- when you pack
24  areas that that's -- that becomes an issue. And you
25  decide to, you know, go into negotiations with other

Page 26

1    commissioners as to what areas you want, what areas

2    you don't want, I have an issue with that.

3         Q.   Okay. Do you believe that kind of

4    negotiation shouldn't be part of the process?

5         A.   It should under the Sunshine.

6         Q.   All right.  If it's done in public, do you

7    believe that that should or should not be part of

8    the process?

9         A.   Well, it should. The thing is, you know,

10   if you go speak in the public forum it's -- you're

11   wasting your breath for two minutes.

12        Q.   Okay. I just want to focus on the

13   allegations of the lawsuit. So with regard to the

14   issues you raised about the so-called

15   gerrymandering.

16        A.   Yes.

17        Q.   Do you think part of this lawsuit is to

18   stop political gerrymandering?

19        A.   I don't know what that means.

20        Q.   Okay. So if a commissioner,

21   hypothetically, were to gerrymander his district or

22   her district for certain political benefits, do you

23   think that's right or wrong?

24        A.   You're asking for my opinion?

25        Q.   Yes.

Page 27

1        A.    I think it's wrong.

2        Q.    Do you think that's part of this lawsuit?

3        A.    I don't know.

4        Q.    Do you think that's what was done here?

5        A.    I think they picked who they wanted as

6    their constituents and what areas they wanted, what

7    areas they didn't want. Yes.

8        Q.    For political reasons?

9        A.    For whatever reason -- whatever reason

10   they had. I don't know.

11       Q.    Okay. Well, what reason do you believe

12   they had?

13       A.    I don't know.  You have to speak to them

14   on that.

15       Q.    Okay. So you don't have an opinion as to

16   what the reasoning was for somebody --

17       A.    Their reasoning, no. I don't know what

18   their reasoning was besides what they put on the

19   record.

20       Q.    Okay. With regard to any of the other

21   districts -- we talked about District 3 -- do you

22   have any opinion about the shape of these other

23   districts?

24       A.    I have an opinion, yes, that District 5

25   went further south, including the wharf. Again,

Page 28

1   it's -- there is no residency there. There is only

2   just financial benefit within that scope.  They

3   clearly stated the District 5 commissioner didn't

4   want to go into Morningside because then she loses

5   more of her base so then she negotiated with, at the

6   time, the indicted commissioner, Alex Diaz De La

7   Portilla, not to go too far east because then she

8   gets Hispanics and it dilutes her packing of the

9   African-Americans.

10          Q.   Do you believe African-Americans are

11   packed in District 5?

12          A.   I would say so.

13          Q.   Okay. Why?

14          A.   Again, to retain the power -- you know,

15   their base.

16          Q.   Okay. What is your understanding of

17   packing?

18              MR. TILLEY: Objection to form.

19          Q.   You used the term. I just want to know how

20   you define it.

21          A.   Right. It's when you include a group of

22   your ethnicity into one district --

23          Q.   Okay.

24          A.   -- that you would think would vote for you

25   or what have you.

1    Q.  Is there any size group that -- is there a

2  limit to the size of what you think it becomes

3  packing or is a single person packing?

4    A.  I would say -- you know, the districts

5  have to have, you know, based on the census, the

6  voters -- a significant amount of voters in each

7  district. So, for instance, if there is 200,000

8  people in the City of Miami, you gotta divide that

9  by five and that's how you come up practically.

10   Q.  Do you have any understanding -- well, do

11 you know what a Voting Rights Act district is?

12   A.  Not verbatim, no.

13   Q.  Do you have any understanding of whether

14 or not District 5 is a Voting Rights Act district to

15 allow Black residents to be able to elect a

16 candidate of their choice?

17       MR. TILLEY: Object to the form.

18   A.  Oh, absolutely. My Godfather was in that

19 lawsuit in 1996 to make it single-member districts.

20   Q.  And you agree that they should have a

21 Voting Rights Act district where they can be

22 competitive to elect a candidate --

23   A.  Absolutely.

24       MR. TILLEY: Object to the form.

25       MR. JOHNSON: What's the objection?

```
 1          MR. TILLEY: It calls for a legal
 2     conclusion.
 3     A.   Yes.
 4     Q.   All right. And so what percentage of Black
 5  residents do you think there should be in
 6  District 5?
 7     A.   You have to go back to -- I gotta see the
 8  data that --
 9     Q.   I'm asking for your opinion.
10     A.   Oh, I -- I can't tell you.
11          MR. TILLEY: Let him finish the
12     question.
13     Q.   Do you think there is a particular
14  percentage it should be?
15     A.   I can't say without --
16     Q.   What data would you need to see?
17     A.   The maps. The maps we did.
18     Q.   When you're saying the data of the maps,
19  particularly which data?
20     A.   The ones that us, the plaintiffs --
21     Q.   All right. Yeah. I understand. I'm not
22  asking whose data, I'm saying what kind of
23  information would you need to see to determine what
24  the percentage of the Black voting age population
25  should be in District 5.
```

Page 31

1          A.    Again, I need to see some type of

2     documentation besides a map.

3          Q.    All right. I'm going to have you turn to

4     page 11 of Defendant's 23. So this is the first

5     amended complaint to which you're a party.  And on

6     this page there is a lot of population data related

7     to the districts. Is this the sort of information

8     you need to see?

9          A.    Which one in specific are you speaking

10    about?

11         Q.    Just about District 5. What you think that

12    the percentage of the -- what you think the

13    percentage of the Black voting-age population should

14    be.

15         A.    Page 11 doesn't say pretty much of

16    anything. Line 77 says under the 2013 plan.

17         Q.    Okay. Tell you what, I'm going to show you

18    some demographic data later. Let's keep going.

19              You were talking about the Downtown area

20    being added to District 5 for economic reasons. Do

21    you think that's why Commissioner King wanted that

22    area in her district?

23         A.    In my opinion, yes.

24         Q.    Mark that as 82-24. I'm showing you what's

25    been marked as Defendant's 82-24, the same docket

Page 32

```
 1    entry in this case, a document entitled Resolution
 2    23-271.
 3              Do you recognize this map?
 4         A.   It's one of probably the many maps I saw.
 5    I can't keep track of all of them.
 6         (Defendant's Exhibit 82-24, Map, was
 7         marked for Identification.)
 8         Q.   All right.  And in this map you're still
 9    in District 3 in Little Havana. Correct?
10         A.   I'm not sure.
11         Q.   Well, are you currently still in
12    District 3?
13         A.   I am. Yes. Now.
14         Q.   Do you have an issue with how District 3
15    is drawn in this map?
16         A.   Is this the map that they are using now?
17         Q.   I'm just asking you, looking at this map
18    if you have an opinion as to -- any objection to how
19    this map is drawn?
20         A.   If it was the city's, I had an issue with
21    every map the city drew.
22         Q.   All right. If it was the plaintiffs' map
23    you wouldn't have an issue with it?
24         A.   I mean, we came with good faith in trying
25    to negotiate with the city.
```

Page 33

```
 1        Q.    Okay.
 2        A.    So I would say yes. We did our due
 3   diligence.
 4        Q.    Okay. So if it's the plaintiffs' map
 5   you're okay with it, but if it's the city's map
 6   you're not?
 7        A.    No. After seeing the city's map,
 8   obviously -- yeah, they're not good.
 9        Q.    And you can't tell me looking at this map
10   whose map it is?
11        A.    It appears to be the city's map.
12        Q.    Okay. And do you have any objection,
13   particular specific objections, with this map?
14        A.    Again, natural boundaries, packing, and --
15   yeah. That's it.
16        Q.    All right. So with regard to packing, do
17   you believe this map packed Hispanics into
18   District 3?
19        A.    Again, the commissioners chose who they
20   wanted their constituents to be.
21        Q.    Okay. I'm just asking about the packing of
22   Hispanics. Do you believe that this map packed
23   Hispanics in District 3?
24        A.    Yes. Some voices would not be heard. Yes.
25        Q.    Do you think they should have lowered the
```

Page 34

1    number of Hispanics in District 3?

2         A.    I don't know what the numbers were, but --

3    I would say, again, if I am in District 3 and I make

4    a constituent call, my voice wouldn't be heard.

5         Q.    Okay. I'm just asking you with regard to

6    the issue of packing. There is all kinds of reasons

7    why your voice might not be heard. Right?

8         A.    Hypothetically, yes.

9         Q.    I mean, you had litigation against the

10   City of Miami. That might be a reason they won't pay

11   attention to something you would say or --

12        A.    Yeah. But that shouldn't be a reason.

13        Q.    I'm not asking about other reasons.  I'm

14   just throwing that out there. I just want to ask you

15   about race now. So with regard to District 3, do you

16   believe that this map packs Hispanics into

17   District 3?

18        A.    It packs the demographic that they want

19   within the District 3, yes.

20        Q.    All right. And there could be all kinds of

21   different demographics they may want and not want.

22   Right?  It could be political -- you need to answer

23   verbally.

24        A.    I didn't answer anything.

25        Q.    There may be all kinds of reasons that

Page 35

```
 1    they would want certain populations.  Right?
 2         A.    Correct.
 3         Q.    Could be political reasons. Right?
 4         A.    Correct.
 5         Q.    Donor reasons. Right?
 6         A.    I don't know about that.
 7         Q.    Could be areas where they invest in public
 8    works and parks that they want to have credit for
 9    with the constituents. Right?
10         A.    If you say so.
11         Q.    No. I'm asking you.
12         A.    No. I don't know about that.
13         Q.    Did you ever work at a campaign?
14         A.    Yes.
15         Q.    Whose campaign?
16         A.    Joe Carollo.
17         Q.    Okay. And he had his campaign running in
18    District 3. Correct?
19         A.    Yes.
20         Q.    And were those some of the considerations
21    when you run for office, donors?
22         A.    Donors, yes. But donors were sought as the
23    county vendors and lobbyists.
24         Q.    So leaving out all these other political
25    considerations, again I want to go right back to
```

```
 1    race.
 2         A.    Right.
 3         Q.    Do you believe that this District 3 packs
 4    Hispanics -- just Hispanics into District 3?
 5         A.    The demographics that they wanted, yes.
 6         Q.    When you say the demographics that they
 7    wanted, are you talking about Hispanics or are you
 8    talking about other things --
 9         A.    Hispanics.
10         Q.    -- in addition to Hispanics?
11         A.    Hispanics. Yes.
12         Q.    Okay. Do you believe this map should have
13    lowered the percentage of Hispanics in District 3?
14         A.    Not necessarily lowered, but, you know,
15    include more -- you know, other sections of the
16    district.
17         Q.    What other sections?
18         A.    Well, I gotta see our map so I could
19    decipher.
20         Q.    I'm asking you to look at that one. You
21    are familiar. You helped run his campaign in that
22    district.  Right?
23         A.    This isn't the map we used.
24         Q.    Okay. So in this map, Natoma Manors is
25    included in District 3. Correct?
```

Page 37

1          A.    Correct.

2          Q.    And that's south of US-1, isn't it?

3          A.    Correct.

4          Q.    And Bay Heights is also south of US-1 and

5     it's included in District 3. Correct?

6          A.    Correct.

7          Q.    And the area to the east of US-1,

8     stretching all the way up to Brickell, is included

9     in District 3.

10         A.    Yes.

11         Q.    Would you take those areas out of

12    District 3?

13         A.    No. I mean, I -- again -- sorry. I -- I

14    don't know.

15         Q.    What does it depend on?

16         A.    Depends on the packing of the district. I

17    don't know the ratio of how many Hispanics. I don't

18    know --

19         Q.    Okay. Do you think they should have

20    lowered the number of Hispanics in District 3?

21         A.    Again, I don't know --

22         Q.    Okay.

23         A.    -- the numbers that they had here.

24         Q.    I'm not asking specific numbers.

25         A.    You are.

Page 38

1          Q.    I'm just saying should it have gone up or
2     down?
3          A.    Again, I will say that the commissioners
4     chose who they want -- wanted their constituents to
5     be.
6          Q.    I'm going to bring you back to my question
7     about packing. You did say that you felt there was
8     packing of Hispanics in District 3, didn't you?
9          A.    Yes. Certain demographics of packing. Yes.
10         Q.    You keep changing that answer to certain
11    demographics.
12         A.    No. I've been consistent with my answer.
13         Q.    Well, I want to define it.  When you say
14    certain demographics, define that for me, then,
15    please.
16         A.    You know, the commissioners' voter base,
17    which is 65-plus living in affordable housing, those
18    are the ones that he panders to. This is my opinion
19    and me working on his campaign. This is -- that's
20    mainly what we went after. And therefore it dilutes
21    voices like mine.
22         Q.    Who are young, not 65 and not --
23         A.    Right. And in affordable housing. Right.
24    That's my opinion as to how they chose their
25    constituents.

Page 39

1          Q.   Okay. I'm showing you what's been marked

2     as Defendant's 82-34. This is a document bearing the

3     same docket entry number and it's titled P-1,

4     Plaintiff's Map 1.

5               Do you recognize this document?

6          A.   Yes.

7          Q.   Okay. What is this document?

8          A.   P-1 Plaintiffs' Map 1.

9          Q.   And did you draw this plan?

10         A.   Me personally, no.

11         Q.   Do you know who drew the plan?

12         A.   No.

13         Q.   Did you have any input in drawing this

14    plan?

15         A.   Yes.

16         Q.   And what was the nature of your input in

17    drawing it?

18              MR. TILLEY: Object to the form. I'm

19         sorry. Instructing the witness not to

20         answer.

21         Q.   I thought you said you didn't have any

22    input in drawing it.  Is that correct?

23         A.   I didn't draw it.

24         Q.   Okay. Did you have any input in how it

25    would be structured?

Page 40

1      A.   Yes.

2      Q.   Okay. Did you attend a meeting and talk

3   about that?

4      A.   Yes.

5      Q.   Okay. I'm not going to ask you about

6   conversations you had with counsel. Was that meeting

7   with counsel?

8      A.   Yes.

9      Q.   Did you have any meetings without counsel?

10      A.   No.

11      Q.   Did you approve this map?

12      A.   I think it was an array of all the

13   plaintiffs giving their input so -- approving -- I

14   gave my input in it, yes.

15      Q.   Okay. Did you make -- you personally, did

16   you make any specific changes to any of the

17   boundaries in this map?

18      A.   Me personally, no.

19      Q.   Did you discuss this map with anyone other

20   than your counsel?

21      A.   No.

22      Q.   Do you know if any of the other plaintiffs

23   made changes to this map?

24      A.   I don't know.

25      Q.   Looking at this map today, would you make

Page 41

1    any changes to this map?

2         A.   I'm going to say no.

3         Q.   And in this map, you still would be in

4    District 3 in Little Havana. Correct?

5         A.   I think so. Yes.

6         Q.   Do you think this map, compared to the

7    other two maps you looked at, increases or decreases

8    the number of Hispanics in District 3?

9         A.   I think it's a fair map. And has

10   probably -- like everyone in possibly Miami that's

11   Hispanic, I think it still has the Hispanics, but,

12   again, it dilutes the voter base of the commissioner

13   and it gives more voices to people like me.

14        Q.   How does it dilute the voter base of the

15   commissioner?

16        A.   Again, his voter base is 65-plus.

17        Q.   So it brings in younger people, less

18   public -- low income housing, I mean?

19        A.   It brings in more residential into the

20   districts and it keeps the communities whole.

21        Q.   And you're talking about the Shenandoah

22   area there, bringing that area in?

23        A.   It keeps the communities whole. Yes.

24        Q.   Does it keep all communities whole?

25        A.   I don't know about all communities, but it

Page 42

1    keeps all the communities practically intact.

2         Q.    Does it include all of Little Havana in

3    District 3?

4         A.    This one I would say yes.

5         Q.    All right. So, in your opinion, this does

6    include all of Little Havana?

7         A.    It does. Yes.

8         Q.    Okay. In your opinion, does it include all

9    of Grapeland Heights?  I'm sorry. Is Grapeland

10   Heights kept intact, in your opinion, in this map?

11        A.    I'm not sure what Grapeland Heights is.

12        Q.    It's labeled in the map.

13        A.    I know it is, but -- I mean, three letters

14   go into Allapattah. I don't know.

15        Q.    These are labels; they're not necessarily

16   distinctive boundaries so I'm just asking your

17   understanding of what the boundaries of these

18   communities might be, not just where the letter is.

19        A.    Well, the natural boundaries look more

20   natural than artificial.

21        Q.    What's your definition of a natural

22   boundary?

23        A.    Okay. US-1, for instance, Metrorail. An

24   avenue that's a highly populated area. The river.

25        Q.    You say roads and avenues can be a natural

1    boundary?

2        A.   I'm not an expert in it, but I would say

3    yes.

4        Q.   Okay. So do you have an opinion as to

5    whether or not this map splits Edgewater?

6        A.   I don't know if it did or not.

7        Q.   Do you have an opinion as to whether or

8    not it splits Grapeland Heights?

9        A.   I'm not sure.

10       Q.   I'm showing you what's been marked as

11   Defendant's Exhibit 82-35, docket entry of the same

12   number, a map titled P2, Plaintiffs' Map 2.  Have

13   you seen this document before?

14       A.   Yes.

15       (Defendant's Exhibit 82-25, Map, was

16       marked for Identification.)

17       Q.   And what is this?

18       A.   P2-Plaintiffs' Map 2.

19       Q.   And did you draw this map?

20       A.   Didn't draw it, no.

21       Q.   Did you have any input in actually drawing

22   it?

23       A.   Input in drawing it?  I had my input, yes.

24   I don't know about drawing it.

25       Q.   Was your input before or after it was

Page 44

1    drawn?

2         A.    Before.

3         Q.    Okay. And like what we already discussed,

4    a meeting that you had, and I'm not going to ask you

5    about counsel, was it at the same meeting?

6         A.    I don't recall many meetings we had.

7         Q.    Do you know who actually physically drew

8    the map?

9         A.    I do not.

10        Q.    Did you make any changes to this map?

11        A.    I don't recall.

12        Q.    Do you know if any of the plaintiffs made

13   any changes to this map?

14        A.    I don't know.

15        Q.    What's your opinion of this map?

16             MR. TILLEY: Object to the form.

17        Q.    Do you have any objections to this map?

18        A.    No.

19        Q.    Okay. Do you believe this map preserves

20   communities or it splits them?

21        A.    Natural boundaries are intact.

22        Q.    I'm not asking about natural boundaries

23   right now, I'm asking about the neighborhood --

24   splitting of neighborhoods. You mentioned that

25   earlier. Correct?

1      A.   Correct.

2      Q.   All right. Does this map split

3  neighborhoods?

4      A.   I don't see.

5      Q.   In your opinion, does it include all of

6  Little Havana?

7      A.   It includes all of Little Havana. Yes.

8      Q.   So your definition of Little Havana, this

9  includes all of it.  You consider 8th Street part of

10  Little Havana?

11      A.   I don't know if that's 8th Street or

12  Flagler. I can't remember. There were so many maps.

13  Sorry.

14      Q.   How about Overtown?  In your opinion, does

15  this map split Overtown?

16      A.   I mean, I don't -- based on this map I

17  can't remember if it did or not. Over is in a now

18  indicted commissioner and town is in Commissioner

19  King's district.

20      Q.   How about Edgewater?  Is that split?

21      A.   Based on the lettering, yes. Edge is in

22  the green section, which is Covo, and water is in

23  the yellow section which is Commissioner King.

24      Q.   Okay. And I apologize. I don't think I was

25  being clear. I understand that there are labels on

Page 46

```
 1    this map.

 2         A.   Yes.

 3         Q.   And those labels are probably there for

 4    informational purposes.  I'm not saying that those

 5    are definitive definitions of the neighborhood where

 6    the actual letters are. I'm asking about your

 7    understanding, to the extent you have one, of what

 8    those neighborhoods are and whether or not this map

 9    splits them.

10              To the extent that you have an

11    understanding of what Overtown is, in your opinion,

12    does this map split Overtown?

13         A.   I know historic Overtown. I don't know the

14    actual -- you know, where it starts, where it ends,

15    per se. I just know it doesn't resonate --

16    District 5 doesn't go all the way down to the

17    Downtown -- interjecting into the Downtown area.

18         Q.   Well, if this map split neighborhoods like

19    Downtown, Edgewater, Overtown, Brickell, Little

20    Havana, would you still be okay with it?

21         A.   If it split, yes, I would.

22         Q.   Why?

23         A.   Because then the voters have more of a

24    voice.

25         Q.   Do you know which district you would be
```

Page 47

1    living in in this map?

2         A.    With 100 percent certainty, I cannot.

3         Q.    Is it possible it would be District 1?

4         A.    I think -- I think I'll be in District 4.

5         Q.    Okay.

6         A.    Commissioner Reyes.

7         Q.    Do you believe that this district packs or

8    unpacks Hispanics in District 4?

9         A.    I think this is a fair map.

10        Q.    All right. Let me ask you specific

11   questions about that. I mean, choices have to get

12   made in making a map. Right?

13        A.    Right.

14        Q.    Sometimes you have to go to natural

15   borders, sometimes you don't.  Sometimes you split a

16   neighborhood, sometimes you keep them together.

17   Right?

18        A.    Yeah. I guess. I don't draw maps.

19        Q.    Some changes will increase the percentage

20   of certain populations, some maps will decrease it.

21   Right?

22        A.    I guess.

23        Q.    Do you know whether or not this map

24   increases or decreases the percentage of Hispanics

25   in District 4?

Page 48

1       A.   I don't recall.

2       Q.   Okay. Does that matter to you?

3       A.   I mean, I know I'll be in another

4    district. I -- I'll have a voice.

5       Q.   Do you think you would have a greater

6    voice in this District 4 than you would in the

7    District 3 in the maps we marked in earlier from the

8    city?

9       A.   Can you repeat the question? Sorry.

10           MR. JOHNSON: Can you read it?

11           (Thereupon, the requested portion of the

12    record was read by the Court Reporter.)

13       A.   I have a great relationship with

14    Commissioner Reyes, so yes.

15       Q.   Okay. So is there any another reason you

16    think you would have more of a voice in District 4?

17       A.   My concerns will be addressed.

18       Q.   Would you have any concern if I told you

19    District 4 would be 95 percent Hispanic in this map?

20       A.   Well, there is more residential than there

21    is affordable housing. It appears there is more

22    natural boundaries to Flagler.

23       Q.   I just -- bringing you back to race. You

24    understand this case is about race?

25       A.   Yes.

Page 49

1      Q.   I'm not trying to harp on it other than
2   the fact that it's central to this complaint. Right?
3      A.   I'm well aware it's about race. Especially
4   commissioners put it a lot on the record.
5      Q.   So I'm going to keep bringing you back to
6   that. And that's your allegation in this case, isn't
7   it?
8      A.   Correct.
9      Q.   Okay. So if this map puts you in a
10  District 4 that was 95 percent Hispanic, would you
11  be okay with that?
12     A.   I don't know if it is 95 percent.
13     Q.   I'm asking you if, would that be okay?
14     A.   I can't answer that.
15     Q.   Why not?
16     A.   Because I don't know if it is 95.
17     Q.   I'm saying assuming it's 95 percent, would
18  you be okay with that?
19     A.   If the courts deem it proper, yes. I'll
20  leave it up to the judge to decide that.
21     Q.   All right. Well, you understand the judge
22  bases it upon your allegations. Right?  It takes a
23  party to bring a case.
24     A.   Right.
25     Q.   So I'm asking you, the party, what you

1    think. The judge isn't a party. Right?

2         A.   No, he's not.

3         Q.   So if this map puts you in a 95 percent

4    Hispanic District 4, would you be okay with that?

5         A.   Again, I don't know.

6         Q.   Why don't you know?  What would you need

7    to know?

8         A.   Because I don't know if it is 95 percent

9    with certainty.

10        Q.   I'm saying if it was. Assume it's 95

11   percent.

12        A.   I can't.

13        Q.   Well, you didn't do any of the

14   demographics, did you?

15        A.   No.

16        Q.   All right. So it's not like you went out

17   and took the census. Right?

18        A.   No.

19        Q.   So at some point somebody showed you a

20   number and you had to assume that was the correct

21   number.

22        A.   Right.

23        Q.   All right. So if the plaintiff said that

24   that number is 95 percent there, would you be okay

25   with it?

Page 51

1          A.   Again, I don't know if it's 95 percent.

2          Q.   I'm saying assume it is.

3          A.   I can't assume.

4          Q.   Are you refusing to answer the question?

5          A.   I can't answer it based on what you told

6     me.

7          Q.   Why?

8          A.   Because 95 percent, I don't know if it is

9     and I do not want to make any assumptions.

10          Q.   All right. It is 95 percent. Don't assume

11     it. It's 95 percent. I'm representing to you it's 95

12     percent. In fact --

13               MR. JOHNSON: Mark that, please.

14          Q.   I'm showing you what's been marked as

15     Defendant's 82-12, document with the same docket

16     entry number in this case titled second expert

17     report of Dr. Carolyn Abott. Have you seen this

18     document before?

19          A.   No.

20          Q.   Do you know who Dr. Carolyn Abott is?

21          A.   Well, she's an expert.

22          Q.   And she is an expert for plaintiffs.

23     Correct?

24          A.   Yes.

25          Q.   She's, in fact, your expert. Correct?

Page 52

1      A.   Yes.

2      Q.   And would you agree with her numbers or

3   would you accept them?

4           MR. TILLEY: Objection to form.

5      A.   I never saw this. I don't know --

6      Q.   I'm going to turn you to page 16. Do you

7   see the table titled P2, the second one down?

8      A.   Yes.

9      Q.   All right.  And do you see Districts 1, 2,

10   3, 4, 5 listed in a column to the left?

11      A.   Yes.

12           MR. TILLEY: Make sure he finishes

13      the question.

14      Q.   And do you see as you follow the rows

15   across the top a row titled HVAP?

16      A.   Yes.

17      Q.   And do you understand HVAP is Hispanic

18   voting-age population?

19      A.   Yes.

20      Q.   And as you scroll down to the fourth cell,

21   which would be the Hispanic voting-age population in

22   District 4, do you see where it says 95.6 percent?

23      A.   Yes.

24      Q.   Okay.

25

Page 53

1          (Defendant's Exhibit 82-23, Expert Report, was

2          marked for Identification.)

3          Q.    So you no longer have to assume it's 95

4     percent. Your own expert says it's over 95 percent.

5     Right?

6          A.    Thank you.

7          Q.    Now answer my question. Are you okay with

8     being put into a District 4 that is over 95 percent

9     Hispanic?

10         A.    Yes.

11         Q.    Why?

12         A.    I finally saw the numbers and I didn't

13    want to assume anything. Again, it's more

14    residential dwellings. And, again, I'll have more of

15    a voice.

16         Q.    Okay. So it doesn't matter if it's 95

17    percent Hispanic. Correct?

18         A.    Well, again, the majority of the folks in

19    Miami are majority Hispanic. You know, District 5 is

20    African-American. That's why the voter rights act

21    got implemented.

22         Q.    Do you think it's possible to draw a

23    District 4 that won't be a majority Hispanic?

24         A.    You're going to have to do a lot of

25    reshuffling.

Page 54

1      Q.    I'm just asking if you think it's

2   possible.

3      A.    I think it's physically impossible.

4      Q.    How about District 3? You think it's

5   possible to draw a District 3 that's not majority

6   Hispanic?

7      A.    It's almost physically -- it's very hard.

8   You're going to have to go into Brickell Downtown.

9      Q.    You have to cross US-1, don't you?

10     A.    Right.

11     Q.    To lower it at all. Right?

12     A.    You also have to cross the Metrorail to

13   the Brickell area.

14     Q.    How about District 1?

15     A.    Same thing.

16     Q.    Would you make any changes to this map?

17          MR. JOHNSON: Sorry. What map are we

18     talking about?

19     Q.    Map 2 -- Plaintiffs' Map 2, would you make

20   any change to that map?

21     A.    No.

22     Q.    I'm showing you what's been marked as

23   Defendant's Exhibit 82-36, a document with the same

24   document entry number titled P3, Plaintiffs' Map 3.

25   Have you seen this map before?

Page 55

1        A.    Yes.

2        Q.    And what is this map?

3        A.    P3, Plaintiffs' Map 3.

4        (Defendant's Exhibit 82-36, Map, was

5        marked for Identification.)

6        Q.    And did you draw this map?

7        A.    No.

8        Q.    Do you know who drew this map?

9        A.    I do not.

10       Q.    Did you have any input in the drawing of

11   this map?

12       A.    I gave my opinion. Yes.

13       Q.    Do you know when this map was submitted?

14       A.    I don't recall the exact date.

15       Q.    Was this map done in and around the time

16   of mediation?

17       A.    I don't recall.

18       Q.    Do you know if this map was submitted

19   shortly before the City of Miami's meeting --

20   commission meeting?

21            MR. TILLEY: Object to the form.

22       A.    There was an array of meetings.

23       Q.    All right. How about the meeting in June?

24   Do you know whether or not this map was submitted

25   shortly before the commission meeting in June?

Page 56

```
 1        A.    I don't know.
 2        Q.    Okay. Do you know if any other plaintiffs
 3   had any input in drawing this map?
 4        A.    I don't know.
 5        Q.    Did you make any specific changes to any
 6   of the boundaries in this map?
 7        A.    I gave my input.
 8        Q.    What's your input?
 9              MR. TILLEY: I'm going to instruct
10         the witness not to answer.
11        Q.    All right. Did you give that input to
12   counsel?
13        A.    Yes.
14        Q.    I'm not going to ask you about that. Did
15   you discuss this map with anybody outside the
16   presence of counsel?
17        A.    No.
18        Q.    And did you approve this map?
19        A.    The commission approves the map.
20        Q.    Well, did you approve of this map?
21        A.    I think I did. Yes.
22        Q.    Okay. Do you have any objection to
23   anything on this map?
24        A.    No.
25        Q.    Which district would you be in in this
```

Page 57

1    map?

2         A.    Hard to tell.

3         Q.    Do you have any opinion as to whether or

4    not this map splits the neighborhood referred to as

5    Little Havana?  And, again, not just limited to the

6    letters on the map, but the actual neighborhood of

7    Little Havana.

8         A.    It goes into two districts, I believe.

9         Q.    Which two?

10        A.    It appears District 3, Commissioner

11   Carollo, and the now indicted commissioner,

12   Portilla.

13        Q.    All right. Just for definition, we're

14   going to refer to the district as District 1.

15   Commissioner Diaz De La Portilla is no longer a

16   sitting commissioner at this point in time. Right?

17   I know you're referring to his district; I'm trying

18   to be clear. That's why I'm trying to go 1, 2, 3,

19   4, 5. You're saying it's between 1 and 3. Correct?

20        A.    You want me to say 1.  Got it.

21        Q.    That's how it's labeled on the map so it's

22   easier that way. So you're saying that --

23             MR. TILLEY: Just for clarity, this

24        map is not labeled -- sorry. It is. By

25        colors. My apologies.

Page 58

1          Q.    Okay. So you're saying Little Havana would

2     be split between Districts 1 and 3 in this map?

3          A.    Yes.

4          Q.    And you're okay with it?

5          A.    Yes.

6          Q.    Do you know if you would be in District 1,

7     3, or 4 in this map?

8          A.    We did an array of maps.  I don't remember

9     where I'll be here. If you want me to answer the

10    question I think I'll be in District 4.

11         Q.    Okay. But you would be okay with it

12    regardless of which district -- you wouldn't object

13    to it if it ended up being 1 or 3. Right?

14         A.    No. I'll go wherever --

15         Q.    Does it matter which district you're in,

16    1, 3 or 4?

17         A.    No.

18         Q.    Okay. Do you have an opinion as to whether

19    or not this map splits any neighborhoods other than

20    Little Havana which we just mentioned?

21         A.    No. I think it's a good map.

22         Q.    Do you know if it splits Overtown?

23         A.    It appears to keeps Overtown intact. The O

24    is in District 1 and V-E-R-T-O-W-N are in

25    District 5.

Page 59

```
 1        Q.    And in your opinion that would be intact?
 2        A.    It appears. Yes.
 3        Q.    Okay. How about Omni?
 4        A.    The majority of the letters are in
 5    District 5, and half of the N and I are in
 6    District 2.
 7        Q.    Again, I'm not focusing as much on the
 8    letters, but is it your opinion that Omni is split
 9    in this map or not?
10        A.    Based on this map -- I don't remember.
11    This is probably the third map we submitted. I don't
12    remember.
13        Q.    You don't -- you don't have an opinion,
14    looking at this map right now, as to whether or not
15    it splits Omni?
16        A.    I don't know if it's -- I know Omni is --
17    the old Herald building is there.
18        Q.    You don't have an opinion?
19        A.    Correct.
20        Q.    Okay. How about Brickell?  Do you have an
21    opinion as to whether or not this map splits
22    Brickell?
23        A.    It appears it keeps Brickell intact.
24        Q.    Even though the lettering spills on both
25    sides?
```

Page 60

```
 1        A.   Well, the B and the R are in District 3
 2   and I-C-K-E-L-L are in District 2.
 3        Q.   Do you have an opinion as to whether or
 4   not it splits Downtown?
 5        A.    It appears Downtown is intact with down
 6   and to in District 1.  And I don't know if that is
 7   2nd Avenue or what avenue that is separating the
 8   Downtown from --
 9        Q.   Does Downtown go to the water?
10        A.   Yes.
11        Q.   So that splits the area of the water into
12   District 2, doesn't it?
13             MR. TILLEY: Object to the form.
14        A.   Which water?
15        Q.   The Downtown waterfront area would be in
16   District 2, wouldn't it?
17        A.   Which water?  There's --
18        Q.   Not the river; talking about Biscayne Bay,
19   the waterfront.
20        A.   Okay.
21        Q.   That would be in District 2, wouldn't it?
22        A.   Correct.
23        Q.   Okay. That's two different districts,
24   right, 1 and 2?
25        A.   Yes.
```

Page 61

1       Q.   Okay. You're still okay with this map even

2  if it does split certain neighborhoods as we've just

3  mentioned. Right?

4       A.   Yes. I'm okay with this map.

5       Q.   Okay. But splitting neighborhoods doesn't

6  necessarily make the map objectionable to you, does

7  it?

8       A.   Splitting the map --

9       Q.   Splitting the neighborhood.  I'm sorry.

10 Let me correct that question. Splitting the

11 neighborhood doesn't necessarily make the map

12 objectionable to you, does it?

13      A.   Well, based on the census it needs to be

14 proper and -- you know --

15      Q.   And by census proper, you're talking about

16 balancing the population so it's relatively even in

17 every district. Right?

18      A.   Correct.

19      Q.   Now, this map three, if this also makes

20 District 4 approximately 95 percent Hispanic, you're

21 in that District 4, would you consider that packing?

22      A.   I don't know if that's --

23      Q.   Look at the number if you want to. It's

24 the same Exhibit 82-12, page 16.

25      A.   I'm sorry.  You're talking about

Page 62

1    District 4?

2         Q.   Yes. If you look at Plaintiffs' Map 3

3    which is the third table --

4         A.   Uh-huh.

5         Q.   -- and you go down to the District 4 and

6    you go across to HVAP, it's 95.6 percent Hispanic

7    voting-age population. Right?

8         A.   Yes.

9         Q.   Same as in Map 2.  Correct?

10        A.   Yes.

11        Q.   Same as in Map 4. Correct?

12        A.   I don't have Map 4 yet. But I'm seeing the

13   table. Yes.

14        Q.   And P1, in fact, the Hispanic voting-age

15   population in District 4 is 95 percent. Right?

16        A.   Yes.

17        Q.   So all four maps are either 95 percent or

18   above Hispanic voting-age population in District 4.

19   Correct?

20        A.   Yes.

21        Q.   Okay. Do you consider that to be packing

22   of Hispanics?

23        A.   No.

24        Q.   Why not?

25        A.   Because people identify Hispanic,

Page 63

```
 1    including myself. I was born here and I consider
 2    myself Hispanic.
 3         Q.   But why don't you consider having a level
 4    at 95 percent or above to be packing of Hispanics?
 5         A.   Because I don't think -- again, I'm not an
 6    expert because based on the Voting Rights Act and
 7    the demographics of the City of Miami, major
 8    majority of Miami residents are Hispanic.
 9         Q.   It would be impossible not to create a
10    District 4 that's majority Hispanics, wouldn't it?
11         A.   Well, you'd have to go into other areas
12    and the maps, I guess, would look kind of funny.
13         Q.   What area would you go into for District 4
14    to make it not Hispanic?
15              MR. TILLEY: Object to the form.
16         A.   Yeah. I'm not a map creator.
17         Q.   So you don't have an opinion on that.
18    Right?
19         A.   Creating maps?  No.
20         Q.   You don't have an opinion on whether or
21    not it's possible to even make District 4 not
22    majority Hispanic?
23         A.   Okay.
24         Q.   Okay, you don't have an opinion. Right?
25         A.   Correct.
```

Page 64

1      Q.   All right. But City of Miami is majority
2    Hispanic, isn't it?
3      A.   Yes.
4      Q.   And no matter how you draw these maps
5    you're going to end up with a bunch of districts
6    that are majority Hispanic; isn't that correct?
7      A.   Except excluding District 5 and maybe 2.
8      Q.   But you will end up with at least three,
9    won't you?
10     A.   Could be, yes.
11     Q.   I mean, all of the plaintiffs' maps have
12   three majority Hispanic districts, don't they?
13     A.   They do.
14     Q.   Have you ever seen a map that didn't have
15   three majority Hispanic districts?
16     A.   I don't know.
17     Q.   Do you ever recall seeing a proposed map
18   that would not have three majority Hispanic
19   districts?
20     A.   I wasn't involved back then.
21     Q.   No. I'm just asking you personally if you
22   ever recalled seeing one that doesn't have three
23   majority Hispanic districts?
24     A.   I don't -- I don't remember.
25     Q.   Okay. Going back to Defendant's 24-83, the

Page 65

1    document titled 2022 enacted plan.

2         A.    Okay.

3         Q.    I haven't done Plaintiffs' Map 4 yet so

4    let's do that. Showing you what's been marked as

5    Defendant's 82-37, document of the same docket entry

6    number titled P4, Plaintiffs' Map 4. Have you seen

7    this document before?

8         A.    Yes.

9         Q.    And what is this?

10        A.    P4, Plaintiffs' Map 4.

11        Q.    And did you draw this map?

12        A.    No.

13        Q.    Do you know when this map was drawn?

14        A.    I don't recall.

15        Q.    Did you have any input in the drawing of

16   this map?

17        A.    I had an input, but not in the drawing.

18        Q.    You didn't make any specific line changes

19   to anything here, did you?  Do you know if any

20   plaintiff did?

21        A.    Not sure.

22        Q.    And do you have any objections to this

23   map?

24        A.    No.

25        Q.    Do you know which district you would be

Page 66

1    living in in this map?

2        A.   I don't recall.

3        Q.   All right. No matter which district, it's

4    going to be a majority Hispanic district, isn't it?

5        A.   Appears so. Yes.

6        Q.   And that could be either 1, 3, or 4.

7    Correct?

8        A.   Yes.

9        Q.   Is Little Havana split between those three

10   districts?

11        A.   Little Havana is -- the wording is in

12   the D1.

13        Q.   Not asking about the word.  I'm asking

14   about the actual neighborhood.

15        A.   I think it's split between two districts,

16   District 1 and District 3.

17        Q.   And you're okay with this map even if it

18   splits certain neighborhoods. Correct?

19        A.   What neighborhood does it split?

20        Q.   Well, I mean, does it split Omni?

21        A.   The word is in both districts. I don't

22   know.

23        Q.   So it might split Omni. Right?

24        A.   I don't know.

25        Q.   Does it split downtown?

Page 67

1          A.   Seems like Downtown is intact, just the

2     word down and to is in District 1 and the end is in

3     District 2.

4          Q.   As labeled, Omni, Downtown, and Brickell

5     are all written across two districts as labeled,

6     aren't they?

7          A.   Correct.

8          Q.   But even if it's split those neighborhoods

9     you're still okay with this map?

10         A.   I don't know if it splits it.

11         Q.   But even if -- okay.  If it splits them,

12    would you not be okay with this map?

13         A.   No. I like the map. I just don't know --

14         Q.   It doesn't matter to you if it splits

15    those neighborhoods, does it?

16         A.   I just don't know if it splits.  But this

17    map was done proper, I would say, with due diligence

18    and input.

19         Q.   How do you know it was done with due

20    diligence?

21         A.   We carefully crafted and gave input

22    into -- at least I did.

23         Q.   Do you know who drew it?

24         A.   No, I do not.

25         Q.   So how do you know that they did it

Page 68

```
 1    carefully and --
 2         A.   I have full faith in my legal team.
 3         Q.   Okay. Your legal team drew it?
 4         A.   I don't know.
 5         Q.   Okay. And if this map puts you in a
 6    majority Hispanic district, you're okay with that.
 7    Correct?
 8         A.   Well, based on the expert's report, it
 9    appears 95 percent Hispanic. All three districts, 1,
10    4, and 3. So yes.
11         Q.   So you wouldn't have any objection to be
12    put in a majority Hispanic district?
13         A.   No.
14         Q.   I want to bring you back now to the 2022
15    enacted plan, document 24-83, Defendant's 24-83.
16         A.   Yes.
17         Q.   Now, grab the first amended complaint,
18    document 23 -- Defendant's 23. And turn to page --
19    or to paragraph 31 on page 6. Do you see where it
20    says the enacted plan places Miro and Contreras, and
21    organizational plaintiffs' members, in districts
22    where they are the predominant racial group?  The
23    enacted plan sends the message that they were placed
24    in their district simply because of their race.
25              Do you see that?
```

Page 69

1        A.    Yes. I read it.

2        Q.    Do you agree with that?

3        A.    Yes.

4        Q.    Do you think you were placed in District 3

5    simply because of your race?

6        A.    Yeah.

7        Q.    You don't think there was any other reason

8    you were in District 3?

9        A.    Well, obviously we're 95 percent

10   Hispanics. So I was put there as a Hispanic male

11   into a district.

12       Q.    When you moved there in 2014, you were

13   District 3?

14       A.    I was in District 3. Yes.

15       Q.    Was it a Hispanic area back then?

16       A.    I would say yes.

17       Q.    Okay. So you moved into a Hispanic

18   District 3, didn't you?

19       A.    I did.

20       Q.    You weren't placed there by anyone. You

21   moved there. Right?

22       A.    I moved there.

23       Q.    And this 2022 enacted plan didn't change

24   that, did it?

25       A.    Which map?  I'm sorry.

Page 70

1      Q.   The 2022 enacted map. That didn't change

2   it, did it?  You're still in a Hispanic District 3

3   after that map was enacted, weren't you?

4      A.   I believe so.

5      Q.   What do you think they should have done

6   instead?  Do you think they should have moved you to

7   a non-Hispanic district?

8      A.   No. Natural boundaries is what they should

9   have gone by.  And based on what the commission was

10  saying on the dais, picking whom they want as their

11  constituents and labeling it totally based on race.

12     Q.   So do you think that Carollo was trying to

13  just get race or do you think he was also trying to

14  get over 65, low income housing?

15     A.   Going into his intentions, I don't know,

16  but he did get all the Section 8 housing stays

17  intact in his district, including he moved outside

18  of the district coming back into his house. Now

19  that's my opinion.

20     Q.   Okay. And that's the Natoma Manors you're

21  pointing at.  Right?

22     A.   Yes.

23     Q.   So in 2022 when they redistricted, no

24  matter how they would have done it, and we looked at

25  all the plaintiffs' different maps, you still would

Page 71

1   have been in the majority Hispanic district,

2   wouldn't you?

3        A.   It appears so, yes.

4        Q.   So no map suggested by the plaintiffs

5   would have made any change to your being put into a

6   majority Hispanic district; isn't that correct?

7        A.   That's fair.

8             Can I use the restroom?

9             MR. JOHNSON: Absolutely. Good time

10       for a break.

11            (Recess in proceedings.)

12   BY MR. JOHNSON:

13       Q.   Who is your current city commissioner?

14       A.   District 3, Commissioner Carollo.

15       Q.   And do you know what his race or ethnicity

16   is?

17       A.   I would say Cuban.

18       Q.   And so he's Hispanic?

19       A.   Yes.

20       Q.   Does it matter to you that he's the same

21   ethnicity as you?

22       A.   No.

23       Q.   Does it matter if he's a different

24   ethnicity than you?

25       A.   No.

Page 72

1        Q.   Do you think there should be a specific
2    ethnicity your commissioner should be?
3        A.   No.
4        Q.   Do you believe that looking back at the
5    2020 enacted plan that that map made the Hispanic
6    population of 1, 3, and 4 as high as possible?
7        A.   I don't know that.
8        Q.   So you have no opinion as to whether or
9    not that's correct, do you?
10       A.   Yes. I don't know that. I just know the
11   natural boundaries are no longer natural; they are
12   artificial.
13       Q.   Do you believe that that plan stripped
14   Hispanics out of District 2?
15       A.   District 2 is the green. Right?  This one
16   doesn't have a table of contents so --
17       Q.   Yeah. District 2 is green.
18       A.   Okay.
19       Q.   It has actually the number 2.  This one is
20   numbered. See the water?
21       A.   Yeah.
22       Q.   Do you believe that this map stripped
23   Hispanics out of District 2?
24       A.   I don't know.
25       Q.   Do you believe that map stripped Hispanics

1    out of District 5?

2         A.    I don't know. I mean, what are we

3    comparing it to?

4         Q.    I'm just asking you in the way that that

5    map was constructed.

6         A.    It was constructed with a lot of input

7    from the commissioners about race.

8         Q.    Do you think they are not supposed to

9    discuss race?

10        A.    They can, but not the way they blatantly

11   handpicked their demographics and what they want and

12   what they didn't want.  Again, when they spoke for

13   15 minutes that they wanted a barbecue restaurant, I

14   don't think that's important for a district to have

15   or not have.

16        Q.    Or wanted to have the low income housing

17   or the over 65, that sort of thing?

18        A.    No. You said that. I was talking about the

19   barbecue restaurant.

20        Q.    Okay. I'm just talking about -- you were

21   talking about them discussing race and I asked

22   you --

23        A.    Yeah.

24        Q.    -- do you think they're not allowed to

25   discuss race?

Page 74

```
1          A.    No. They can, I guess.
2          Q.    Do you have an issue with them discussing
3    race?
4          A.    I mean, depends to what extent. Right?
5          Q.    Depends on what?  For you personally?
6          A.    Well, I don't recall what they said
7    verbatim, but some of the stuff I think was absurd
8    in what they were saying.
9          Q.    Okay. But you agree they can discuss race
10   or not?  I'm trying to --
11         A.    Yeah. Sure.
12         Q.    Do you have an opinion on what the ethnic
13   breakdown in District 5, the Black district, should
14   be.
15         A.    You said it.  I think Black.
16         Q.    Right. But what percent do you think?
17         A.    I don't know.
18         Q.    More or less than 50 percent black
19   voting-age population?
20         A.    Whatever the voters act dictates.
21         Q.    Okay. I'm not asking what the law is. I
22   understand you don't have a legal opinion. I'm just
23   asking if you have an opinion as to what the
24   percentage should be?
25         A.    No, I don't.
```

1      Q.   Okay. Do you believe that -- we have the

2  plaintiffs' maps, one, two, three, and four that we

3  looked at that are marked as 82-34 through 37.

4      A.   Okay.

5      Q.   Do you believe any of these maps strip

6  Hispanics out of District 2?

7      A.   District 2?  No. I don't think so.

8      Q.   Do you believe any of these maps stripped

9  Hispanics out of District 5?

10      A.   No. I think these are great maps.

11      Q.   All of them?

12      A.   One, two, three, and four. Yes.

13      Q.   So if there is a particular change in one

14  of these maps, you would agree that it doesn't

15  unconstitutionally gerrymander. Right?

16      A.   I'll wait until my attorney gets back. Can

17  you repeat the question?

18      Q.   I'm showing you what's been marked as

19  Defendant's 24-39, a document in this case with the

20  same docket entry number titled declaration of

21  Steven Miro.

22          Do you recognize this document?

23      A.   Yes.

24      Q.   And what is this document?

25      A.   Declaration of Steven Miro.

Page 76

1      Q.    And did you sign this document?

2      A.    I did.

3      Q.    Did you prepare the document?

4      A.    I did not.

5      (Defendant's Exhibit 24-39, Declaration, was

6      marked for Identification.)

7      Q.    I'm not going to ask you about, again, any

8  conversations with counsel. Did you review any

9  documents in preparation for signing this?

10     A.    I don't recall.

11     Q.    Other than your attorneys, did you discuss

12  this document with anyone?

13     A.    No.

14     Q.    Before or after signing it?

15     A.    No. I didn't discuss it with anyone.

16     Q.    In paragraph 3 it says you're politically

17  engaged and continue to be politically engaged in

18  the future.

19          How are you politically engaged?

20     A.    Well, I -- I watch the meetings. I still

21  assist in campaigns in a limited capacity.

22     Q.    What campaigns are you assisting in?

23     A.    Well, right now it's in the county races.

24  And I'm helping commissioner in District 1.

25     Q.    County District 1?

Page 77

```
 1        A.    No. In the city. Trying to clean the city.

 2        Q.    Who are you helping in District 1?

 3        A.    Miguel Angel Gabela.

 4        Q.    Spell his last name for the court

 5   reporter.

 6        A.    G-A-B-E-L-A.

 7        Q.    Are you serving in the paid capacity?

 8        A.    No. No.

 9        Q.    Just volunteering with his campaign?

10        A.    Very limited. Not even door knocking or

11   anything. He's a personal friend.

12        Q.    So in paragraph --

13        A.    Which document?

14        Q.    We're still looking at the same document,

15   the declaration. Paragraph 5.

16        A.    It's only two pages.

17        Q.    No. Paragraph 5.

18        A.    Okay.

19        Q.    Sorry. Yeah. So when I say paragraph --

20   attorney slang.

21        A.    Sorry.

22        Q.    Paragraph 5 says, as a resident of the

23   newly enacted city commission District 3, I'm

24   concerned that Hispanic residents like me have been

25   packed into my district on the basis of their race.
```

Page 78

```
 1        A.   Yes.
 2        Q.   Do you still agree with that statement?
 3        A.   Yeah.
 4        Q.   Do you believe that any of the plaintiffs'
 5   maps 1 through 4 pack Hispanics in District 3 based
 6   on their race?
 7        A.   They pack Hispanics, yes, but the way the
 8   commission packed the Hispanics was erroneous and
 9   outrageous and so therefore --
10        Q.   Why?
11        A.   Because the way they were blatantly
12   speaking about race and who they wanted in their
13   districts, who they did not want was -- was an issue
14   and the way they interjected themselves in other
15   districts.  It's my opinion.
16        Q.   And by interjecting themselves in other
17   districts, you're talking about Commissioner
18   Carollo's house in the Natoma Manors area. Right?
19   Is that what you mean?
20        A.   Which area?  I'm sorry. Natoma Manors?
21        Q.   Yes. I'm looking -- if you look at the
22   2022 map -- the 2022 enacted plan. When you're
23   talking about --
24        A.   Yes.
25        Q.   -- in other districts, is that what you're
```

Page 79

1   referring to?

2        A.   Yes.  It goes into the Coconut Grove area.

3        Q.   But you don't think that that move packed

4   initial Hispanics into District 3, do you?

5        A.   No. No. It just -- it's moving from one

6   area to another taking the district along with him.

7        Q.   So that wasn't a packing of race reason,

8   was it?  You don't think that?

9        A.    No. That's just a personal and -- a

10  personal reason why he moved there.  And also so

11  they don't take his house from him in that 63

12  million-dollar judgment. Shield his property so --

13  that's my opinion.  And now we come to find out the

14  District 1 now indicted commissioner lived 56 days

15  outside of the district as well so --

16       Q.   Looking at paragraph 7 of --

17       A.   Oh, yes.

18       Q.   It says you're worried that Little Havana

19  is split into three districts and that the

20  commission seems to have done so deliberately to

21  allocate Hispanic residents into different

22  districts.

23       A.   Yes.

24       Q.   Do you still agree with that statement?

25       A.   Yes.

Page 80

1      Q.    Okay. You do understand that some of the
2  plaintiffs' plans also split up Little Havana; is
3  that correct?
4      A.    Yes.
5      Q.    And in all the plans we looked at you
6  would still be allocated to a Hispanic district,
7  wouldn't you?
8      A.    Yes.
9      Q.    In fact, no plans suggested by the
10 plaintiffs wouldn't have the effect of putting you
11 in a Hispanic district, would it?
12     A.    Correct.
13     Q.    On paragraph 8 you said you're concerned
14 Miami residents are not fairly represented on the
15 city commission as a result of the way the
16 commission drew its maps, including District 5.
17           Who do you think should be on the city
18 commission?
19     A.    I think the District 5 is a typo. Sorry. I
20 signed it, but it's supposed to say District 3.
21     Q.    So you're not referring to District 5
22 there at all, you're referring to District 3? It's a
23 typo?
24     A.    Right. I know there was a typo in here.
25     Q.    Well, typos happen.  So you're saying that

Page 81

1    should be District 3. Right?

2         A.    I mean, let me read it again. Sorry.

3         Q.    Sure.

4         A.    I guess. Yeah. That's fair. Yes.

5         Q.    What's fair?  That that should be

6    District 3?

7         A.    No. I could say District 5.

8         Q.    Okay. So you don't think District 5 is

9    represented on the city commission?

10        A.    No. I think it is. But the way

11   Commissioner King wanted to -- and, again, I just

12   helped with the District 3 map. But District 5

13   didn't want to go further east interjecting

14   Morningside, which getting more area there so she

15   wanted to fine tune it and going into economic

16   development area where there is no residential

17   value, it's just economic value.

18        Q.    I'm asking if you think District 5 is

19   fairly represented on the city commission.

20        A.    No. Again, I --

21        Q.    You think it's a racial representation?

22        A.    I think she represents the area.

23        Q.    In terms of ethnic representation, do you

24   think that the ethnic representation on the city

25   commission is unfair?

Page 82

1    A.   In my opinion, I think it's unfair that

2    you cannot speak in front of the commission and

3    interject your opinion on any item without getting

4    berated. You have two minutes and they have an hour

5    of berating you and making PowerPoint presentations

6    or what have you.

7    Q.   Have you spoken at these city commission

8    meetings?

9    A.   I have signed up to speak. I think I spoke

10   once and I decided not to speak because then they

11   berate you.

12   Q.   Okay. So I'm not asking now about speaking

13   before the city commission.  I'm just asking about

14   representation on the city commission. Do you think

15   that the ethnic makeup of the city commission is

16   unfair?

17   A.   The way it is now?

18   Q.   Yeah.

19   A.   No. I think it's fair.

20        MR. JOHNSON: Just go ahead and give

21   me a minute.

22            (Recess in proceedings.)

23   BY MR. JOHNSON:

24   Q.   Do you personally have any opinion on what

25   the borders of Overtown are?

Page 83

1        A.    Personal opinion?

2        Q.    Yeah. Do you have any definition of what

3    those borders are?

4        A.    No.

5        Q.    Okay.

6             MR. JOHNSON: No further questions.

7             MR. TILLEY: We'll read.

8

9        (Thereupon, the taking of the deposition was

10   concluded at 11:15 a.m.)

11       (Signature and formalities were not waived.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 84

1    RE:        Grace, Inc., et al v. City of Miami
     DEPO OF:   Steven Miro
2    TAKEN:     Wednesday, October 4th, 2023
3
                           EXCEPT FOR ANY CORRECTIONS
4                          MADE ON THE ERRATA SHEET BY
                           ME, I CERTIFY THIS IS A TRUE
5                          AND ACCURATE TRANSCRIPT.
                           FURTHER DEPONENT SAYETH NOT.
6
7                          _____,
                           STEVEN MIRO
8
9    STATE OF FLORIDA        )
                             )  SS:
10   COUNTY OF MIAMI DADE    )
11
             Sworn and subscribed to before me this
12   _____ day of _____, 20___.
     PERSONALLY KNOWN_____OR ID._____
13
14
                           _____
15                         Notary Public in and for
                           the State of Florida at
16                         Large.
17   My commission expires:
18
19
20
21
22
23
24
25

```
                                                        Page 85

 1                        ERRATA SHEET
 2    IN RE:          Grace, Inc., et al v. City of Miami
      DEPOSITION OF: Steven Miro
 3    TAKEN:          Wednesday, October 4th, 2023
 4    DO NOT WRITE ON TRANSCRIPT - ENTER ANY CHANGES HERE
 5    Page #   Line #    Change           Reason
 6    _____/_____/_____/_____
 7    _____/_____/_____/_____
 8    _____/_____/_____/_____
 9    _____/_____/_____/_____
10    _____/_____/_____/_____
11    _____/_____/_____/_____
12    _____/_____/_____/_____
13    _____/_____/_____/_____
14    _____/_____/_____/_____
15    _____/_____/_____/_____
16    _____/_____/_____/_____
17    _____/_____/_____/_____
18    _____/_____/_____/_____
19    _____/_____/_____/_____
20    _____/_____/_____/_____
21    State of Florida:
      County of_____:
22
      Under penalties of perjury, I declare that I have
23    read my deposition transcript, and it is true and
      correct subject to any changes in form or substance
24    entered here.
      _____         _____
25    DATE                STEVEN MIRO
```

Page 86

1                    CERTIFICATE OF OATH

2

3    STATE  OF  FLORIDA    )

     COUNTY OF MIAMI-DADE )

4

5

6            I, Mayra Texeira, Court Reporter and Notary

7    Public in and for the State of Florida at Large,

8    certify that the witness, STEVEN MIRO, personally

9    appeared before me on October 4th, 2023 and was duly

10   sworn by me.

11

12           Signed this 18th day of October, 2023.

13

14

15

16

17

     _____

18   MAYRA TEXEIRA, Court Reporter

19   Notary Public - State of Florida

20   COMMISSION NO. HH 12099

21   EXPIRES JUNE 26, 2024

22

23

24

25

Page 87

1                    CERTIFICATE OF REPORTER

2      STATE   OF   FLORIDA    )

       COUNTY OF MIAMI-DADE )

3

4              I, MAYRA TEXEIRA, Court Reporter, do hereby

5      certify that I was authorized to and did

6      stenographically report the deposition of

7      STEVEN MIRO; that a review of the transcript was not

8      waived; and that the foregoing transcript,

9      pages 1 through 83, is a true and complete record of

10     my stenographic notes.

11             I FURTHER CERTIFY that I am not a relative,

12     employee, attorney or counsel of any of the parties,

13     nor am I a relative or employee of any of the

14     parties' attorney or counsel connected with the

15     action, nor am I financially interested in the

16     action.

17             Dated this 18th day of October, 2023.

18

19

20

       _____

21             MAYRA TEXEIRA, Court Reporter

22

23

24

25

Page 88

```
 1   DANIEL TILLEY, ESQUIRE

     dtilley@acclufl.org

 2

 3                     October 18th, 2023

 4   RE: Grace, Inc. Rt Al. v. City Of Miami

         10/4/2023 - Steven Miro - Job# 6121370

 5

 6       The above-referenced transcript is available for

 7   review.

 8       Steven Miro should read the testimony to

 9   verify its accuracy. If there are any changes,

10   Steven Miro should note those with the reason

11   on the attached Errata Sheet.

12       Steven Miro should, please, date and sign the

13   Errata Sheet and email to the deposing attorney as well as

14   to Veritext at Transcripts-fl@veritext.com and copies will

15   be emailed to all ordering parties.

16       It is suggested that the completed errata be returned 30

17   days from receipt of testimony, as considered reasonable

18   under Federal rules*, however, there is no Florida statute

19   to this regard.

20       If the witness fails to do so, the transcript may be used

21   as if signed.

22                   Yours,

23                   Veritext Legal Solutions

24

      *Federal Civil Procedure Rule 30(e)/Florida Civil Procedure

25    Rule 1.310(e).
```

**1**

**1** 21:13,14,15
22:20 23:13
37:2,4,7 39:3,4
39:8,8 42:23
47:3 52:9 54:9
54:14 57:14,18
57:19,20 58:2,6
58:13,16,24
60:6,24 66:6,16
67:2 68:9 72:6
76:24,25 77:2
78:5 79:14 87:9
**1.310** 88:25
**10/4/2023** 88:4
**100** 25:8 47:2
**109** 3:4 18:15,18
**11** 31:4,15
**119.072.** 4:17
14:1
**11:15** 1:15
83:10
**12099** 86:20
**132nd** 13:16
14:2
**15** 21:18 73:13
**16** 3:3 52:6
61:24
**18** 3:4
**18th** 86:12
87:17 88:3
**19** 3:5
**1984** 4:12
**1996** 29:19

**1:22** 1:2

**2**

**2** 43:12,18 52:9
54:19,19 57:18
59:6 60:2,12,16
60:21,24 62:9
64:7 67:3 72:14
72:15,17,19,23
75:6,7
**20** 19:18 84:12
**200,000** 29:7
**20039** 86:17
87:20
**2010** 19:19
**2013** 31:16
**2014** 12:15,23
14:21 69:12
**2017** 15:3
**2018** 15:7
**2020** 19:21 72:5
**2022** 19:5,8 24:4
65:1 68:14
69:23 70:1,23
78:22,22
**2023** 1:14 84:2
85:3 86:9,12
87:17 88:3
**2024** 86:21
**203** 2:6
**23** 3:3 16:18,21
21:4 31:4 68:18
68:18
**23-271** 32:2
**24-39** 3:10
75:19 76:5

**24-83** 3:5 18:25
19:1,4 64:25
68:15,15
**24066** 1:2
**26** 86:21
**26th** 5:4
**27** 21:4
**2nd** 1:15 2:11
60:7

**3**

**3** 5:8 17:20
20:12,13,14,18
20:22 21:7,10
21:13,16 22:6
22:17,20,24,25
23:3,6,10,11
24:3,11,13,16
24:23 27:21
32:9,12,14
33:18,23 34:1,3
34:15,17,19
35:18 36:3,4,13
36:25 37:5,9,12
37:20 38:8 41:4
41:8 42:3 48:7
52:10 54:4,5,24
55:3 57:10,18
57:19 58:2,7,13
58:16 60:1 62:2
66:6,16 68:10
69:4,8,13,14,18
70:2 71:14 72:6
76:16 77:23
78:5 79:4 80:20
80:22 81:1,6,12

**30** 88:16,24
**31** 68:19
**32** 3:6
**3200** 1:16 2:11
**32301** 2:6
**33125** 5:5
**33131** 1:16 2:12
**333** 1:15 2:11
**336** 2:5
**37** 75:3

**4**

**4** 2:18 47:4,8,25
48:6,16,19
49:10 50:4
52:10,22 53:8
53:23 57:19
58:7,10,16
61:20,21 62:1,5
62:11,12,15,18
63:10,13,21
65:3,6,10 66:6
68:10 72:6 78:5
**43** 3:7
**4506** 13:16 14:2
**4th** 1:14 4:12
15:3 84:2 85:3
86:9

**5**

**5** 27:24 28:3,11
29:14 30:6,25
31:11,20 46:16
52:10 53:19
57:19 58:25
59:5 64:7 73:1

**[5 - anyway]**

74:13 75:9
77:15,17,22
80:16,19,21
81:7,8,12,18
**50** 74:18
**53** 3:8
**530** 5:4
**55** 3:9
**56** 79:14

**6**

**6** 68:19
**6121370** 88:4
**63** 79:11
**65** 38:17,22
41:16 70:14
73:17

**7**

**7** 79:16
**76** 3:10
**77** 31:16

**8**

**8** 70:16 80:13
**82-12** 51:15
61:24
**82-23** 3:8 53:1
**82-24** 3:6 31:24
31:25 32:6
**82-25** 3:7 43:15
**82-34** 39:2 75:3
**82-35** 43:11
**82-36** 3:9 54:23
55:4
**82-37** 65:5

**83** 87:9
**8th** 45:9,11

**9**

**95** 48:19 49:10
49:12,16,17
50:3,8,10,24
51:1,8,10,11,11
53:3,4,8,16
61:20 62:15,17
63:4 68:9 69:9
**95.6** 52:22 62:6
**9:23** 1:15

**a**

**a.m.** 1:15,15
83:10
**ability** 6:19,25
**able** 29:15
**abott** 51:17,20
**above** 1:25
62:18 63:4 88:6
**absolutely** 25:4
29:18,23 71:9
**absurd** 74:7
**academy** 7:22
**accept** 19:10
52:3
**acclufl.org** 88:1
**accuracy** 88:9
**accurate** 84:5
**act** 25:21 29:11
29:14,21 53:20
63:6 74:20
**action** 17:7,15
17:18 87:15,16

**actual** 46:6,14
57:6 66:14
**actually** 23:25
24:9,15 43:21
44:7 72:19
**added** 24:10
31:20
**adding** 22:23
**addition** 36:10
**address** 4:16,20
12:14 13:12,14
13:15,24 14:7,9
20:15
**addressed** 48:17
**addresses** 12:18
**affect** 6:19,21
6:24
**affirmative** 6:2
**affordable**
38:17,23 48:21
**african** 28:9,10
53:20
**age** 30:24 31:13
52:18,21 62:7
62:14,18 74:19
**agenda** 15:12
**agree** 23:6,17
29:20 52:2 69:2
74:9 75:14 78:2
79:24
**agreement** 11:5
11:6
**ahead** 6:16 17:3
82:20

**aid** 7:23
**al** 1:4 84:1 85:2
88:4
**alex** 28:6
**allapattah**
42:14
**allegation** 49:6
**allegations**
26:13 49:22
**alleging** 25:14
**allocate** 79:21
**allocated** 80:6
**allow** 29:15
**allowed** 73:24
**allowing** 18:4,9
18:12
**amended** 16:22
17:6 21:3,24
31:5 68:17
**american** 2:5
53:20
**americans** 28:9
28:10
**amount** 29:6
**angel** 77:3
**answer** 6:8
34:22,24 38:10
38:12 39:20
49:14 51:4,5
53:7 56:10 58:9
**answers** 5:23
**anybody** 15:13
15:15 56:15
**anyway** 5:1

apologies 57:25
apologize 45:24
apparently
  15:18
appearances 2:1
appeared 86:9
appears 17:8
  33:11 48:21
  57:10 58:23
  59:2,23 60:5
  66:5 68:9 71:3
approve 40:11
  56:18,20
approves 56:19
approving
  40:13
approximately
  5:11,17 8:20
  10:12,17 14:14
  20:17 61:20
area 20:24
  21:11 22:19,21
  22:23 23:15
  31:19,22 37:7
  41:22,22 42:24
  46:17 54:13
  60:11,15 63:13
  69:15 78:18,20
  79:2,6 81:14,16
  81:22
areas 25:23,24
  26:1,1 27:6,7
  35:7 37:11
  63:11

array 7:7 8:5
  40:12 55:22
  58:8
artificial 42:20
  72:12
asked 19:12
  73:21
asking 9:25
  25:12 26:24
  30:9,22 32:17
  33:21 34:5,13
  35:11 36:20
  37:24 42:16
  44:22,23 46:6
  49:13,25 54:1
  64:21 66:13,13
  73:4 74:21,23
  81:18 82:12,13
assist 76:21
assisting 76:22
assume 6:8
  20:19 50:10,20
  51:2,3,10 53:3
  53:13
assuming 49:17
assumptions
  51:9
attached 88:11
attend 40:2
attention 34:11
attorney 18:14
  75:16 77:20
  87:12,14 88:13
attorneys 76:11

authorized 87:5
available 88:6
avenue 1:15 2:5
  2:11 5:4 42:24
  60:7,7
avenues 42:25
aware 49:3

**b**

b 3:1 60:1 77:6
back 19:18 22:1
  30:7 35:25 38:6
  48:23 49:5
  64:20,25 68:14
  69:15 70:18
  72:4 75:16
background
  7:17
balancing 61:16
barbecue 21:18
  73:13,19
base 24:2,7,10
  24:25 25:2 28:5
  28:15 38:16
  41:12,14,16
based 23:12
  25:20 29:5
  45:16,21 51:5
  59:10 61:13
  63:6 68:8 70:9
  70:11 78:5
bases 23:25
  49:22
basis 25:10,12
  77:25

bay 37:4 60:18
beacon 14:19
bearing 39:2
behalf 1:22 2:4
  2:9
belief 22:23
believe 10:22
  15:22 19:18
  22:16 23:2 26:3
  26:7 27:11
  28:10 33:17,22
  34:16 36:3,12
  44:19 47:7 57:8
  70:4 72:4,13,22
  72:25 75:1,5,8
  78:4
benefit 28:2
benefits 26:22
berate 82:11
berated 82:4
berating 82:5
birth 4:11,24
biscayne 8:24
  60:18
black 29:15
  30:4,24 31:13
  74:13,15,18
blatantly 73:10
  78:11
borders 47:15
  82:25 83:3
born 11:17 63:1
boulevard
  14:19

**boundaries**  18:3
20:11 23:13
33:14 40:17
42:16,17,19
44:21,22 48:22
56:6 70:8 72:11
**boundary**  23:13
42:22 43:1
**break**  6:14,16
71:10
**breakdown**
74:13
**breath**  26:11
**brickell**  37:8
46:19 54:8,13
59:20,22,23
67:4
**briefly**  7:16
8:21 11:3
**bring**  11:11,11
22:1 38:6 49:23
68:14
**bringing**  41:22
48:23 49:5
**brings**  41:17,19
**brought**  11:12
**building**  59:17
**bunch**  64:5
**business**  9:4,8
**businesses**
16:14

**c**

**c**  60:2
**call**  34:4

**called**  4:3 16:22
25:5 26:14
**calls**  30:1
**campaign**  35:13
35:15,17 36:21
38:19 77:9
**campaigns**
76:21,22
**candidate**  29:16
29:22
**capacity**  76:21
77:7
**careful**  5:22
**carefully**  5:22
67:21 68:1
**carollo**  15:1,5,6
16:4,10 24:5
35:16 57:11
70:12 71:14
**carollo's**  78:18
**carolyn**  51:17
51:20
**case**  1:2 9:19,19
11:4,10,11,11
11:12,15,20
16:21 23:22
32:1 48:24 49:6
49:23 51:16
75:19
**cases**  5:14
**cause**  1:25
**caused**  22:3
23:7
**cell**  52:20

**census**  19:21,25
29:5 50:17
61:13,15
**central**  49:2
**certain**  26:22
35:1 38:9,10,14
47:20 61:2
66:18
**certainty**  47:2
50:9
**certificate**  86:1
87:1
**certification**
7:24 8:4
**certifications**
8:1,2
**certify**  84:4 86:8
87:5,11
**change**  54:20
69:23 70:1 71:5
75:13 85:5
**changes**  20:4
40:16,23 41:1
44:10,13 47:19
54:16 56:5
65:18 85:4,23
88:9
**changing**  38:10
**charged**  10:4,8
**choice**  29:16
**choices**  47:11
**choose**  23:19
24:1
**choosing**  18:3
23:23 24:24

25:2,19
**chose**  33:19
38:4,24
**chris**  4:7
**christopher**
2:12
**citizens**  23:21
**city**  1:7 5:6 8:24
9:16 10:15 14:3
14:12,24 16:17
17:21 19:4,7,13
19:24 25:5 29:8
32:21,25 34:10
48:8 55:19 63:7
64:1 71:13 77:1
77:1,23 80:15
80:17 81:9,19
81:24 82:7,13
82:14,15 84:1
85:2 88:4
**city's**  32:20 33:5
33:7,11
**civil**  2:5 88:24
88:24
**clarify**  6:8
**clarity**  57:23
**clean**  77:1
**clear**  45:25
57:18
**clearly**  28:3
**coconut**  21:12
23:14 24:14
79:2
**college**  2:5 7:21
7:22

colors  57:25
column  52:10
come  6:3 17:17
  29:9 79:13
comes  23:24
coming  70:18
commission
  15:12 21:17
  25:6 55:20,25
  56:19 70:9
  77:23 78:8
  79:20 80:15,16
  80:18 81:9,19
  81:25 82:2,7,13
  82:14,15 84:17
  86:20
commissioner
  15:1,5,5 24:3
  26:20 28:3,6
  31:21 41:12,15
  45:18,18,23
  47:6 48:14
  57:10,11,15,16
  71:13,14 72:2
  76:24 78:17
  79:14 81:11
commissioners
  23:19 26:1
  33:19 38:3,16
  49:4 73:7
communities
  41:20,23,24,25
  42:1,18 44:20
community  7:21

compared  41:6
comparing  73:3
competitive
  29:22
complaint  3:3,4
  16:9,13,15,18
  16:22 17:6
  18:15,19 21:3
  21:25 31:5 49:2
  68:17
complete  87:9
completed
  88:16
concern  48:18
concerned
  77:24 80:13
concerns  48:17
concluded
  17:24 83:10
conclusion  30:2
conditions  6:24
confidentiality
  11:5,6
conflict  15:17
connected  87:14
consider  45:9
  61:21 62:21
  63:1,3
considerations
  35:20,25
considered
  88:17
consistent  38:12
constituency
  15:11

constituent  25:5
  34:4
constituents
  18:4 27:6 33:20
  35:9 38:4,25
  70:11
constructed
  73:5,6
contents  72:16
continue  76:17
contreras  68:20
conversations
  40:6 76:8
convicted  9:24
copies  88:14
correct  6:13 9:2
  10:21 11:7,8
  17:15,16 20:1
  22:17 23:7,8,18
  25:16 32:9 35:2
  35:4,18 36:25
  37:1,3,5,6 39:22
  41:4 44:25 45:1
  49:8 50:20
  51:23,25 53:17
  57:19 59:19
  60:22 61:10,18
  62:9,11,19
  63:25 64:6 66:7
  66:18 67:7 68:7
  71:6 72:9 80:3
  80:12 85:23
corrections  84:3
counsel  40:6,7,9
  40:20 44:5

56:12,16 76:8
  87:12,14
county  35:23
  76:23,25 84:10
  85:21 86:3 87:2
court  1:1 4:19
  5:15,23 6:3 8:6
  15:23 17:23
  19:9 48:12 77:4
  86:6,18 87:4,21
courts  49:19
covo  45:22
crafted  67:21
create  5:25,25
  23:18 63:9
creating  63:19
creator  63:16
credit  35:8
crime  9:24 10:4
  10:8
cross  2:17 54:9
  54:12
crossed  21:13
  23:14
crosses  21:12
  22:20
crossing  21:15
cuba  12:2
cuban  12:10
  71:17
current  4:16
  12:13 13:5,6
  71:13
currently  5:7,8
  8:13 32:11

[cv - district]                                          Page 94

| cv 1:2 | decreases 41:7 | depends 37:16 | distinctive |
|---|---|---|---|

**cv** 1:2

**d**

**d** 2:16 3:1
**d1** 66:12
**dade** 7:22 84:10
  86:3 87:2
**dais** 70:10
**daniel** 2:7 88:1
**data** 30:8,16,18
  30:19,22 31:6
  31:18
**date** 4:11,24
  16:7 55:14
  85:25 88:12
**dated** 87:17
**day** 84:12 86:12
  87:17
**days** 79:14
  88:17
**de** 28:6 57:15
**december** 4:12
  15:3
**decide** 25:25
  49:20
**decided** 24:13
  82:10
**decipher** 36:19
**declaration**
  3:10 75:20,25
  76:5 77:15
**declare** 85:22
**decrease** 47:20
**decreased** 23:2
  23:5

**decreases** 41:7
  47:24
**deem** 49:19
**defendant** 1:8
  1:22 2:9
**defendant's** 3:2
  16:18,21 18:15
  18:18,25 19:1,4
  21:4 31:4,25
  32:6 39:2 43:11
  43:15 51:15
  53:1 54:23 55:4
  64:25 65:5
  68:15,18 75:19
  76:5
**define** 8:6 11:21
  28:20 38:13,14
**definition** 42:21
  45:8 57:13 83:2
**definitions** 46:5
**definitive** 46:5
**degrees** 7:25
**deliberately**
  79:20
**demographic**
  31:18 34:18
**demographics**
  34:21 36:5,6
  38:9,11,14
  50:14 63:7
  73:11
**department** 8:8
  9:2,3
**depend** 37:15

**depends** 37:16
  74:4,5
**depo** 84:1
**deponent** 84:5
**deposed** 5:9
**deposing** 88:13
**deposition** 1:10
  1:25 4:19 7:2,13
  83:9 85:2,23
  87:6
**depth** 8:22
**describe** 11:3
  14:24
**description** 3:2
**determine** 30:23
**development**
  21:21 81:16
**diaz** 28:6 57:15
**dictates** 74:20
**different** 34:21
  60:23 70:25
  71:23 79:21
**diligence** 33:3
  67:17,20
**dilute** 41:14
**dilutes** 28:8
  38:20 41:12
**direct** 2:17 4:5
**discuss** 40:19
  56:15 73:9,25
  74:9 76:11,15
**discussed** 7:9
  44:3
**discussing**
  73:21 74:2

**distinctive**
  42:16
**district** 1:1,1
  5:7,8 15:9 17:20
  18:2 20:12,13
  20:14,18,22
  21:7,10,13,16
  21:19 22:5,6,17
  22:20,24,25
  23:3,6,10,11
  24:3,11,13,16
  24:17,23 26:21
  26:22 27:21,24
  28:3,11,22 29:7
  29:11,14,14,21
  30:6,25 31:11
  31:20,22 32:9
  32:12,14 33:18
  33:23 34:1,3,15
  34:17,19 35:18
  36:3,4,13,16,22
  36:25 37:5,9,12
  37:16,20 38:8
  41:4,8 42:3
  45:19 46:16,25
  47:3,4,7,8,25
  48:4,6,7,16,19
  49:10 50:4
  52:22 53:8,19
  53:23 54:4,5,14
  56:25 57:10,14
  57:14,17 58:6
  58:10,12,15,24
  58:25 59:5,6
  60:1,2,6,12,16

60:21 61:17,20
61:21 62:1,5,15
62:18 63:10,13
63:21 64:7
65:25 66:3,4,16
66:16 67:2,3
68:6,12,24 69:4
69:8,11,13,14
69:18 70:2,7,17
70:18 71:1,6,14
72:14,15,17,23
73:1,14 74:13
74:13 75:6,7,9
76:24,25 77:2
77:23,25 78:5
79:4,6,14,15
80:6,11,16,19
80:20,21,22
81:1,6,7,8,12,12
81:18
**districts** 17:24
25:15 27:21,23
29:4,19 31:7
41:20 52:9 57:8
58:2 60:23 64:5
64:12,15,19,23
66:10,15,21
67:5 68:9,21
78:13,15,17,25
79:19,22
**divide** 29:8
**docket** 31:25
39:3 43:11
51:15 65:5
75:20

**document** 16:21
16:23 18:18,20
18:23 19:3,5,6
32:1 39:2,5,7
43:13 51:15,18
54:23,24 65:1,5
65:7 68:15,18
75:19,22,24
76:1,3,12 77:13
77:14
**documentation**
31:2
**documents** 7:10
76:9
**dollar** 79:12
**donor** 35:5
**donors** 35:21,22
35:22
**door** 77:10
**downtown**
31:19 46:17,17
46:19 54:8 60:4
60:5,8,9,15
66:25 67:1,4
**dr** 51:17,20
**drafting** 17:12
18:23
**draw** 39:9,23
43:19,20 47:18
53:22 54:5 55:6
64:4 65:11
**drawing** 25:14
39:13,17,22
43:21,23,24
55:10 56:3

65:15,17
**drawn** 21:10
24:23 32:15,19
44:1 65:13
**drew** 32:21
39:11 44:7 55:8
67:23 68:3
80:16
**driver's** 13:9,13
13:24
**dtilley** 88:1
**due** 33:2 67:17
67:19
**duly** 4:3 86:9
**duties** 15:10
**dwellings** 53:14

**e**

**e** 2:16 3:1,1
58:24 60:2 77:6
88:24,25
**earlier** 44:25
48:7
**easier** 57:22
**east** 2:5 28:7
37:7 81:13
**economic** 21:21
31:20 81:15,17
**edge** 45:21
**edgewater** 43:5
45:20 46:19
**editing** 18:23
**educational**
7:16
**effect** 23:11
80:10

**either** 62:17
66:6
**elect** 29:15,22
**elections** 14:12
**email** 88:13
**emailed** 88:15
**employed** 8:13
15:4 16:17
**employee** 87:12
87:13
**employment**
8:17,21 9:11
14:23,25
**enacted** 19:5
65:1 68:15,20
68:23 69:23
70:1,3 72:5
77:23 78:22
**ended** 58:13
**ends** 46:14
**enforcement**
7:21 8:8
**engaged** 19:24
76:17,17,19
**english** 12:4
**enjoined** 19:9
**entail** 15:10
**enter** 85:4
**entered** 85:24
**entitled** 32:1
**entry** 32:1 39:3
43:11 51:16
54:24 65:5
75:20

**equal**  25:17
**errata**  84:4 85:1
  88:11,13,16
**erroneous**  78:8
**especially**  49:3
**esquire**  2:7,7,12
  2:13 88:1
**et**  1:4 84:1 85:2
**ethics**  16:9,12
  16:15
**ethnic**  74:12
  81:23,24 82:15
**ethnicity**  11:21
  11:22 12:11
  22:11 28:22
  71:15,21,24
  72:2
**events**  16:5
**eventually**  13:4
**exact**  55:14
**examination**  4:5
**examined**  4:4
**except**  64:7 84:3
**excluding**  64:7
**exempt**  4:14,17
  13:25
**exhibit**  3:3,4,5,6
  3:7,8,9,10 16:18
  16:21 18:15,18
  19:1 32:6 43:11
  43:15 53:1
  54:23 55:4
  61:24 76:5
**expert**  3:8 43:2
  51:16,21,22,25

53:1,4 63:6
**expert's**  68:8
**expires**  84:17
  86:21
**extent**  46:7,10
  74:4

## f

**fact**  21:2 23:9
  49:2 51:12,25
  62:14 80:9
**fails**  88:20
**fair**  6:9 41:9
  47:9 71:7 81:4,5
  82:19
**fairly**  80:14
  81:19
**faith**  32:24 68:2
**familiar**  5:20
  16:22 36:21
**far**  28:7
**fdle**  8:4,6
**federal**  88:18,24
**felt**  38:7
**file**  4:18 5:1
**filed**  16:15 17:9
  19:17
**finally**  53:12
**financial**  28:2
**financially**
  87:15
**find**  79:13
**fine**  5:2 6:15
  81:15
**finish**  10:3
  22:14 30:11

**finished**  20:3
**finishes**  52:12
**fire**  14:19
**first**  4:3 16:22
  17:6 21:3 31:4
  68:17
**five**  5:18 10:13
  29:9
**fl**  88:14
**flagler**  45:12
  48:22
**florida**  1:1,16
  1:24 2:6,12 4:14
  4:17 5:4 8:8
  13:25 84:9,15
  85:21 86:3,7,19
  87:2 88:18,24
**focus**  26:12
**focusing**  59:7
**folks**  53:18
**follow**  52:14
**follows**  4:4
**foregoing**  87:8
**form**  20:7 28:18
  29:17,24 39:18
  44:16 52:4
  55:21 60:13
  63:15 85:23
**formalities**
  83:11
**forum**  26:10
**foundation**  2:5
**four**  5:18 14:14
  22:2 62:17 75:2
  75:12

**fourth**  52:20
**fraud**  10:5
**friend**  77:11
**front**  82:2
**full**  4:8 12:16
  68:2
**funny**  63:12
**further**  27:25
  81:13 83:6 84:5
  87:11
**future**  76:18

## g

**g**  77:6
**gabela**  77:3
**galicia**  8:12
**george**  2:13
**gerrymander**
  26:21 75:15
**gerrymandered**
  17:25 18:1
**gerrymandering**
  26:15,18
**getting**  81:14
  82:3
**gisela**  15:22
**give**  56:11 82:20
**gives**  41:13
**giving**  40:13
**go**  5:19 6:16
  8:22 17:3 23:12
  25:8,25 26:10
  28:4,7 30:7
  35:25 42:14
  46:16 47:14
  54:8 57:18

**[go - include]**

58:14 60:9 62:5
62:6 63:11,13
81:13 82:20
**godfather** 29:18
**goes** 21:11,12
21:22 57:8 79:2
**going** 5:13,20
7:7,8 11:9,19
14:23 18:3,25
19:18 20:12,16
22:1 25:7 31:3
31:17,18 38:6
40:5 41:2 44:4
49:5 52:6 53:24
54:8 56:9,14
57:14 64:5,25
66:4 70:15 76:7
81:15
**good** 4:7 5:25
32:24 33:8
58:21 71:9
**gotta** 29:8 30:7
36:18
**grab** 68:17
**grace** 1:4 84:1
85:2 88:4
**grapeland** 42:9
42:9,11 43:8
**gray** 2:10
**great** 48:13
75:10
**greater** 48:5
**green** 45:22
72:15,17

**group** 28:21
29:1 68:22
**grove** 21:12
23:15 24:14
79:2
**guess** 9:23 47:18
47:22 63:12
74:1 81:4

**h**

**h** 3:1
**half** 59:5
**hand** 20:16
**handle** 25:7
**handpicked**
73:11
**happen** 80:25
**hard** 54:7 57:2
**harp** 49:1
**havana** 20:24
21:7 32:9 41:4
42:2,6 45:6,7,8
45:10 46:20
57:5,7 58:1,20
66:9,11 79:18
80:2
**head** 6:1
**heard** 33:24
34:4,7
**heights** 37:4
42:9,10,11 43:8
**helped** 36:21
81:12
**helping** 76:24
77:2

**herald** 59:17
**hh** 86:20
**high** 7:18,19
72:6
**highly** 42:24
**highway** 8:24
**hispanic** 11:23
12:10 41:11
48:19 49:10
50:4 52:17,21
53:9,17,19,23
54:6 61:20 62:6
62:14,18,25
63:2,8,14,22
64:2,6,12,15,18
64:23 66:4 68:6
68:9,12 69:10
69:15,17 70:2,7
71:1,6,18 72:5
77:24 79:21
80:6,11
**hispanics** 22:17
22:24 23:3,5,7,9
23:17 28:8
33:17,22,23
34:1,16 36:4,4,7
36:9,10,11,13
37:17,20 38:8
41:8,11 47:8,24
62:22 63:4,10
69:10 72:14,23
72:25 75:6,9
78:5,7,8 79:4
**historic** 46:13

**history** 8:22
**home** 12:19
14:9
**homestead** 13:7
**hospital** 8:16,25
**hour** 82:4
**house** 24:14,15
24:18 70:18
78:18 79:11
**housing** 38:17
38:23 41:18
48:21 70:14,16
73:16
**huh** 62:4
**hvap** 52:15,17
62:6
**hypothetically**
26:21 34:8

**i**

**identification**
16:19 18:16
19:2 32:7 43:16
53:2 55:5 76:6
**identify** 12:11
62:25
**imagine** 25:4
**implemented**
53:21
**important** 73:14
**impossible** 54:3
63:9
**include** 28:21
36:15 42:2,6,8
45:5

**included**  36:25 37:5,8
**includes**  45:7,9
**including**  27:25 63:1 70:17 80:16
**income**  41:18 70:14 73:16
**increase**  23:16 24:9 47:19
**increased**  22:24
**increases**  41:7 47:24
**indicate**  20:17
**indicted**  28:6 45:18 57:11 79:14
**information**  30:23 31:7
**informational**  46:4
**initial**  79:4
**input**  17:11 18:5 18:9,12,22 39:13,16,22,24 40:13,14 43:21 43:23,23,25 55:10 56:3,7,8 56:11 65:15,17 67:18,21 73:6
**instance**  29:7 42:23
**instruct**  56:9
**instructing**  39:19

**intact**  42:1,10 44:21 58:23 59:1,23 60:5 67:1 70:17
**intend**  12:25
**intention**  13:3,5
**intentions**  70:15
**interested**  87:15
**interject**  82:3
**interjected**  78:14
**interjecting**  23:14 46:17 78:16 81:13
**invest**  35:7
**involuntarily**  9:22
**involuntary**  9:23
**involved**  10:14 17:20,22 64:20
**involving**  10:5
**issue**  20:6 21:2 21:9,15 25:7,24 26:2 32:14,20 32:23 34:6 74:2 78:13
**issues**  16:14 20:9 21:23 26:14
**item**  82:3

**j**

**jackson**  8:16,25
**job**  15:8 88:4

**joe**  15:18 16:4 16:10 24:5 35:16
**johnson**  2:12 4:6,8,23 20:21 29:25 48:10 51:13 54:17 71:9,12 82:20 82:23 83:6
**join**  22:3
**judge**  49:20,21 50:1
**judgment**  79:12
**june**  15:7 55:23 55:25 86:21

**k**

**k**  60:2
**keep**  31:18 32:5 38:10 41:24 47:16 49:5
**keeping**  21:12
**keeps**  41:20,23 42:1 58:23 59:23
**kept**  42:10
**key**  8:24
**kind**  5:13 26:3 30:22 63:12
**kinds**  34:6,20 34:25
**king**  31:21 45:23 81:11
**king's**  45:19
**kmm**  1:2

**knocking**  77:10
**know**  5:6 6:14 14:15,17 16:1 17:1,11 18:22 19:11,15,15 20:22 21:21 23:24 25:6,23 25:25 26:9,19 27:3,10,13,17 28:14,19 29:4,5 29:11 34:2 35:6 35:12 36:14,15 37:14,17,18,21 38:16 39:11 40:22,24 41:25 42:13,14 43:6 43:24 44:7,12 44:14 45:11 46:13,13,14,15 46:25 47:23 48:3 49:12,16 50:5,6,7,8 51:1 51:8,20 52:5 53:19 55:8,13 55:18,24 56:1,2 56:4 57:17 58:6 58:22 59:16,16 60:6 61:14,22 64:16 65:13,19 65:25 66:22,24 67:10,13,16,19 67:23,25 68:4 70:15 71:15 72:7,10,10,24 73:2 74:17

80:24
**known**   84:12

**l**

**l**   60:2,2 77:6
**la**   28:6 57:15
**labeled**   42:12
   57:21,24 67:4,5
**labeling**   70:11
**labels**   42:15
   45:25 46:3
**language**   12:3,6
**large**   1:24 84:16
   86:7
**lauren**   8:12
**law**   7:21 8:8
   74:21
**lawsuit**   10:10
   10:14 18:9,13
   19:17 22:4
   24:19 25:10,13
   25:14 26:13,17
   27:2 29:19
**lawsuits**   10:12
   10:17,24,25
**leave**   49:20
**leaving**   35:24
**led**   16:5
**left**   9:14 52:10
**legal**   7:6,9,12
   17:19 30:1 68:2
   68:3 74:22
   88:23
**letter**   16:6 42:18
**lettering**   45:21
   59:24

**letters**   42:13
   46:6 57:6 59:4,8
**level**   63:3
**levesque**   2:13
**liaison**   15:9
**liberties**   2:5
**license**   13:10,13
   13:24
**limit**   29:2
**limited**   57:5
   76:21 77:10
**line**   31:16 65:18
   85:5
**list**   13:23
**listed**   13:9,12
   14:7 52:10
**listen**   5:21
**litigation**   9:18
   34:9
**little**   20:24 21:6
   32:9 41:4 42:2,6
   45:6,7,8,10
   46:19 57:5,7
   58:1,20 66:9,11
   79:18 80:2
**live**   17:20 20:12
   20:14,18,23
**lived**   12:13,16
   79:14
**living**   24:12
   38:17 47:1 66:1
**lobbyists**   35:23
**located**   5:7 14:3
   14:17

**long**   8:19 12:13
   15:4
**longer**   16:8 53:3
   57:15 72:11
**look**   20:5 21:4
   36:20 42:19
   61:23 62:2
   63:12 78:21
**looked**   19:17
   20:3 41:7 70:24
   75:3 80:5
**looking**   32:17
   33:9 40:25
   59:14 72:4
   77:14 78:21
   79:16
**loses**   28:4
**lot**   21:24 31:6
   49:4 53:24 73:6
**low**   41:18 70:14
   73:16
**lower**   54:11
**lowered**   33:25
   36:13,14 37:20

**m**

**m**   16:2
**made**   40:23
   44:12 47:12
   71:5 72:5 84:4
**maestre**   15:22
   16:1
**mailing**   13:14
   13:15
**maintain**   12:18
   12:19

**major**   8:22 63:7
**majority**   53:18
   53:19,23 54:5
   59:4 63:8,10,22
   64:1,6,12,15,18
   64:23 66:4 68:6
   68:12 71:1,6
**make**   6:1 10:2
   13:1 18:25
   22:13 29:19
   34:3 40:15,16
   40:25 44:10
   51:9 52:12
   54:16,19 56:5
   61:6,11 63:14
   63:21 65:18
**makes**   61:19
**makeup**   82:15
**making**   47:12
   82:5
**male**   11:23
   69:10
**manors**   22:21
   23:10 24:7,10
   36:24 70:20
   78:18,20
**map**   3:5,6,7,9
   19:1,4,7,9,12,17
   19:19 20:3,6,6
   20:10,16 21:10
   21:17 22:2,6,16
   24:23 31:2 32:3
   32:6,8,15,16,17
   32:19,21,22
   33:4,5,7,9,10,11

**[map - n]**

33:13,17,22
34:16 36:12,18
36:23,24 39:4,8
40:11,17,19,23
40:25 41:1,3,6,9
42:10,12 43:5
43:12,12,15,18
43:19 44:8,10
44:13,15,17,19
45:2,15,16 46:1
46:8,12,18 47:1
47:9,12,23
48:19 49:9 50:3
54:16,17,19,19
54:20,24,25
55:2,3,4,6,8,11
55:13,15,18,24
56:3,6,15,18,19
56:20,23 57:1,4
57:6,21,24 58:2
58:7,19,21 59:9
59:10,11,14,21
61:1,4,6,8,11,19
62:2,9,11,12
63:16 64:14,17
65:3,6,10,11,13
65:16,23 66:1
66:17 67:9,12
67:13,17 68:5
69:25 70:1,3
71:4 72:5,22,25
73:5 78:22
81:12
**maps** 19:14
30:17,17,18

32:4 41:7 45:12
47:18,20 48:7
58:8 62:17
63:12,19 64:4
64:11 70:25
75:2,5,8,10,14
78:5 80:16
**mara** 15:22
**mark** 20:21
31:24 51:13
**marked** 16:19
16:20 18:16,17
19:2,3 20:24
22:21 31:25
32:7 39:1 43:10
43:16 48:7
51:14 53:2
54:22 55:5 65:4
75:3,18 76:6
**married** 8:9
**matter** 48:2
53:16 58:15
64:4 66:3 67:14
70:24 71:20,23
**mayra** 1:23 86:6
86:18 87:4,21
**mean** 4:23
21:16 24:12
25:2,4,13 32:24
34:9 37:13
41:18 42:13
45:16 47:11
48:3 64:11
66:20 73:2 74:4
78:19 81:2

**meaning** 23:25
**means** 19:11
26:19
**mediation** 55:16
**medications**
6:18,21
**meeting** 40:2,6
44:4,5 55:19,20
55:23,25
**meetings** 40:9
44:6 55:22
76:20 82:8
**member** 29:19
**members** 68:21
**memorial** 8:16
8:25
**memory** 6:22,25
**mentioned** 22:2
44:24 58:20
61:3
**message** 68:23
**met** 7:6,6
**metrorail** 42:23
54:12
**miami** 1:7,16
2:12 5:4,6 7:22
7:23 8:23,24
9:17 10:15
11:18,24 13:17
14:3,24 17:21
19:5,24 29:8
34:10 41:10
53:19 63:7,8
64:1 80:14 84:1
84:10 85:2 86:3

87:2 88:4
**miami's** 55:19
**miccosukee**
8:23
**miguel** 77:3
**million** 79:12
**mine** 38:21
**minute** 17:3
82:21
**minutes** 21:18
26:11 73:13
82:4
**miro** 1:11 2:18
4:2,7,10 68:20
75:21,25 84:1,7
85:2,25 86:8
87:7 88:4,8,10
88:12
**misrepresenta...**
10:5
**morning** 4:7
**morningside**
28:4 81:14
**mother** 13:22
**move** 13:3,5
24:13 79:3
**moved** 12:25
69:12,17,21,22
70:6,17 79:10
**moving** 79:5
**multitude** 21:23

**n**

**n** 2:16 3:1 16:2
58:24 59:5

**name**  4:7,8 8:11
15:24 77:4
**natoma**  22:20
23:10 24:7,10
36:24 70:20
78:18,20
**natural**  18:2
20:11 23:12,13
33:14 42:19,20
42:21,25 44:21
44:22 47:14
48:22 70:8
72:11,11
**nature**  8:17
9:20 10:6,23,24
11:20 14:24
16:12 39:16
**necessarily**
36:14 42:15
61:6,11
**need**  6:14 8:22
30:16,23 31:1,8
34:22 50:6
**needs**  61:13
**negative**  6:2
**negotiate**  32:25
**negotiated**  28:5
**negotiation**  26:4
**negotiations**
25:25
**neighborhood**
44:23 46:5
47:16 57:4,6
61:9,11 66:14
66:19

**neighborhoods**
44:24 45:3 46:8
46:18 58:19
61:2,5 66:18
67:8,15
**never**  10:1
21:13 52:5
**newly**  77:23
**nicholas**  2:7
**nod**  6:1
**noise**  6:2
**non**  70:7
**northwest**  5:4
**notary**  1:23
84:15 86:6,19
**note**  88:10
**notes**  87:10
**notice**  1:25
**number**  9:1
22:24 23:2,5,17
34:1 37:20 39:3
41:8 43:12
50:20,21,24
51:16 54:24
61:23 65:6
72:19 75:20
**numbered**
72:20
**numbers**  34:2
37:23,24 52:2
53:12

**o**

**o**  16:2 58:23,24
**oath**  86:1

**object**  20:7
29:17,24 39:18
44:16 55:21
58:12 60:13
63:15
**objection**  28:18
29:25 32:18
33:12 52:4
56:22 68:11
**objectionable**
61:6,12
**objections**
22:16 24:22
33:13 44:17
65:22
**obviously**  33:8
69:9
**october**  1:14
84:2 85:3 86:9
86:12 87:17
88:3
**odd**  14:14
**office**  35:21
**oh**  29:18 30:10
79:17
**okay**  4:16,18
5:13 6:17 7:20
8:2 9:8,20 13:12
14:12 15:20
17:5,14 19:12
19:16,23 20:5,9
20:16,21,22
21:6,9 22:1,19
23:16 24:6,22
25:12 26:3,12

26:20 27:11,15
27:20 28:13,16
28:23 31:17
33:1,4,5,12,21
34:5 35:17
36:12,24 37:19
37:22 39:1,7,24
40:2,5,15 42:8
42:23 43:4 44:3
44:19 45:24
46:20 47:5 48:2
48:15 49:9,11
49:13,18 50:4
50:24 52:24
53:7,16 56:2,22
58:1,4,11,11,18
59:3,20 60:20
60:23 61:1,1,4,5
62:21 63:23,24
64:25 65:2
66:17 67:9,11
67:12 68:3,5,6
69:17 70:20
72:18 73:20
74:9,21 75:1,4
77:18 80:1 81:8
82:12 83:5
**old**  59:17
**omni**  59:3,8,15
59:16 66:20,23
67:4
**once**  82:10
**ones**  30:20
38:18

**opinion**  22:15
24:6,21 25:11
25:19,22 26:24
27:15,22,24
30:9 31:23
32:18 38:18,24
42:5,8,10 43:4,7
44:15 45:5,14
46:11 55:12
57:3 58:18 59:1
59:8,13,18,21
60:3 63:17,20
63:24 70:19
72:8 74:12,22
74:23 78:15
79:13 82:1,3,24
83:1
**opposed**  25:8
**ordering**  88:15
**organizational**
68:21
**originally**  17:14
**outrageous**  78:9
**outside**  25:6
56:15 70:17
79:15
**overtown**  45:14
45:15 46:11,12
46:13,19 58:22
58:23 82:25
**own**  9:4,8 12:20
12:21 13:19
14:10 53:4
**owned**  12:23

**owns**  13:21

**p**

**p**  39:3,8
**p.a.**  2:10
**p1**  62:14
**p2**  43:12,18
52:7
**p3**  54:24 55:3
**p4**  65:6,10
**pack**  25:23,23
78:5,7
**packed**  22:5,16
28:11 33:17,22
77:25 78:8 79:3
**packing**  18:2
22:4 23:7,18
28:8,17 29:3,3
33:14,16,21
34:6 37:16 38:7
38:8,9 61:21
62:21 63:4 79:7
**packs**  34:16,18
36:3 47:7
**page**  3:2 5:1
31:4,6,15 52:6
61:24 68:18,19
85:5
**pages**  77:16
87:9
**paid**  77:7
**panders**  38:18
**paragraph**  21:4
68:19 76:16
77:12,15,17,19
77:22 79:16

80:13
**paralegal**  7:24
8:3,4
**parameters**
24:13
**paramount**  9:6
**parents**  11:24
**parks**  35:8
**part**  18:9,12
24:19 26:4,7,17
27:2 45:9
**particular**
30:13 33:13
75:13
**particularly**
30:19
**parties**  87:12,14
88:15
**party**  10:10,18
10:19 31:5
49:23,25 50:1
**passed**  19:7,13
21:18
**pat**  7:21
**patrol**  8:24
**pay**  34:10
**pd**  8:23,24,24
9:1
**pen**  20:17
**penalties**  85:22
**pending**  6:16
9:18
**people**  18:2 22:4
22:5,8,8,10 29:8
41:13,17 62:25

**percent**  47:2
48:19 49:10,12
49:17 50:3,8,11
50:24 51:1,8,10
51:11,12 52:22
53:4,4,8,17
61:20 62:6,15
62:17 63:4 68:9
69:9 74:16,18
**percentage**  30:4
30:14,24 31:12
31:13 36:13
47:19,24 74:24
**perjury**  85:22
**permanent**  13:1
**person**  29:3
**personal**  77:11
79:9,10 83:1
**personally**
39:10 40:15,18
64:21 74:5
82:24 84:12
86:8
**physically**  44:7
54:3,7
**pick**  24:1
**picked**  23:19
27:5
**picking**  18:3
23:22 70:10
**place**  13:16 14:2
**placed**  68:23
69:4,20
**places**  68:20

**plaintiff** 17:14
17:17 50:23
65:20
**plaintiff's** 39:4
**plaintiffs** 1:5
2:4 30:20 32:22
33:4 39:8 40:13
40:22 43:12,18
44:12 51:22
54:19,24 55:3
56:2 62:2 64:11
65:3,6,10 68:21
70:25 71:4 75:2
78:4 80:2,10
**plan** 19:5 31:16
39:9,11,14 65:1
68:15,20,23
69:23 72:5,13
78:22
**planning** 15:11
**plans** 80:2,5,9
**pleadings** 21:1
**please** 4:8 5:21
6:7 8:6 38:15
51:13 88:12
**plus** 38:17 41:16
**point** 9:4 50:19
57:16
**pointing** 70:21
**police** 7:22 9:2,3
**political** 26:18
26:22 27:8
34:22 35:3,24
**politically** 76:16
76:17,19

**populated** 42:24
**population**
30:24 31:6,13
52:18,21 61:16
62:7,15,18 72:6
74:19
**populations**
35:1 47:20
**portilla** 28:7
57:12,15
**portion** 48:11
**positions** 9:13
**possible** 47:3
53:22 54:2,5
63:21 72:6
**possibly** 41:10
**post** 7:19
**pothole** 25:6
**potholes** 25:20
**power** 28:14
**powerpoint**
82:5
**practically** 29:9
42:1
**precinct** 14:15
**predominant**
68:22
**preparation**
7:13 76:9
**prepare** 7:2,5
76:3
**presence** 56:16
**presentations**
82:5

**preserves** 44:19
**pretty** 31:15
**probably** 5:20
32:4 41:10 46:3
59:11
**problem** 22:3
**procedure**
88:24,24
**proceeding**
18:19
**proceedings**
71:11 82:22
**process** 19:14
19:25 20:3 26:4
26:8
**proper** 49:19
61:14,15 67:17
**property** 79:12
**proposed** 64:17
**protection**
11:14 25:17,21
**public** 1:23 8:18
11:1 18:5,9,12
26:6,10 35:7
41:18 84:15
86:7,19
**purposes** 4:19
46:4
**pursuant** 1:24
**put** 20:23 24:15
27:18 49:4 53:8
68:12 69:10
71:5
**puts** 49:9 50:3
68:5

**putting** 80:10

**q**

**question** 6:7,15
30:12 38:6 48:9
51:4 52:13 53:7
58:10 61:10
75:17
**questions** 5:21
6:6 7:7 11:20
47:11 83:6
**quickly** 5:19

**r**

**r** 16:2 58:24
60:1
**race** 11:20,21
12:11 21:24
34:15 36:1
48:23,24 49:3
68:24 69:5
70:11,13 71:15
73:7,9,21,25
74:3,9 77:25
78:6,12 79:7
**races** 76:23
**racial** 68:22
81:21
**raised** 26:14
**ratio** 37:17
**reached** 17:19
**read** 48:10,12
69:1 81:2 83:7
85:23 88:8
**reason** 27:9,9
27:11 34:10,12

48:15 69:7 79:7
79:10 85:5
88:10
**reasonable**
88:17
**reasoning** 27:16
27:17,18
**reasons** 27:8
31:20 34:6,13
34:25 35:3,5
**recall** 17:10,13
18:24 44:6,11
48:1 55:14,17
64:17 65:14
66:2 74:6 76:10
**recalled** 64:22
**receipt** 88:17
**received** 16:6
**recess** 71:11
82:22
**recognize** 19:6
32:3 39:5 75:22
**record** 4:9,22,25
5:25 6:1,3 27:19
48:12 49:4 87:9
**recorded** 6:12
**records** 11:1
**redact** 4:25 5:2
20:19
**redistricted**
70:23
**redistricting**
19:24
**refer** 57:14

**referenced** 88:6
**referred** 57:4
**referring** 11:3
15:20 22:9,11
57:17 79:1
80:21,22
**refusing** 51:4
**regard** 11:7,10
20:9 21:9 26:13
27:20 33:16
34:5,15 88:19
**regardless**
58:12
**registered** 14:5
14:20
**registration**
14:8
**related** 31:6
**relationship**
48:13
**relative** 87:11
87:13
**relatively** 61:16
**relocated** 24:17
**remember**
45:12,17 58:8
59:10,12 64:24
**repeat** 48:9
75:17
**report** 3:8 16:3
51:17 53:1 68:8
87:6
**reported** 15:13
15:15,18,19

**reporter** 1:23
5:23 8:7 15:23
48:12 77:5 86:6
86:18 87:1,4,21
**representation**
19:10 81:21,23
81:24 82:14
**represented**
80:14 81:9,19
**representing**
51:11
**represents**
81:22
**requested** 48:11
**requests** 11:1
**required** 16:8
**reshuffling**
53:25
**reside** 17:21
**residence** 12:21
13:1,19,21
21:20
**residency** 28:1
**resident** 21:6
77:22
**residential**
13:23 41:19
48:20 53:14
81:16
**residents** 23:20
29:15 30:5 63:8
77:24 79:21
80:14
**resolution** 32:1

**resonate** 46:15
**rest** 23:10
**restaurant**
21:19 73:13,19
**restroom** 71:8
**result** 80:15
**retain** 28:14
**returned** 88:16
**review** 7:10
17:3,9 76:8 87:7
88:7
**reyes** 47:6 48:14
**right** 5:3 7:20
12:21 13:6 17:1
18:7 21:1 22:2
23:12 24:15,16
25:18 26:6,23
28:21 30:4,21
31:3 32:8,22
33:16 34:7,20
34:22 35:1,3,5,9
35:25 36:2,22
38:23,23 42:5
44:23 45:2
47:10,12,13,17
47:21 49:2,21
49:22,24 50:1
50:16,17,22,23
51:10 52:9 53:5
54:10,11 55:23
56:11 57:13,16
58:13 59:14
60:24 61:3,17
62:7,15 63:18
63:24 64:1 66:3

66:23 69:21
70:21 72:15
74:4,16 75:15
76:23 78:18
80:24 81:1
**rights** 29:11,14
29:21 53:20
63:6
**river** 42:24
60:18
**roads** 42:25
**robinson** 2:10
**roman** 15:22
16:2
**row** 52:15
**rows** 52:14
**rt** 88:4
**rule** 88:24,25
**rules** 5:19 88:18
**run** 35:21 36:21
**running** 35:17

**s**

**safety** 8:18
**saw** 17:2 19:14
32:4 52:5 53:12
**sayeth** 84:5
**saying** 11:15
17:19 30:18,22
38:1 46:4 49:17
50:10 51:2
57:19,22 58:1
70:10 74:8
80:25
**says** 25:7 31:16
52:22 53:4

68:20 76:16
77:22 79:18
**school** 7:18,19
**scope** 28:2
**scroll** 52:20
**se** 46:15
**second** 5:14
51:16 52:7
**section** 45:22,23
70:16
**sections** 36:15
36:17
**security** 9:6
**see** 22:19 30:7
30:16,23 31:1,8
36:18 45:4 52:7
52:9,14,22
68:19,25 72:20
**seeing** 33:7
62:12 64:17,22
**seems** 67:1
79:20
**seen** 16:25
18:20 43:13
51:17 54:25
64:14 65:6
**sends** 68:23
**sent** 17:2
**separating** 60:7
**series** 5:21
**service** 7:23
**services** 15:11
16:7
**serving** 77:7

**settled** 9:19 11:2
11:15
**settlement** 11:7
11:10
**shape** 27:22
**sheet** 84:4 85:1
88:11,13
**shenandoah**
41:21
**shield** 79:12
**shorthand** 1:23
**shortly** 55:19,25
**show** 31:17
**showed** 50:19
**showing** 16:20
18:17 19:3
31:24 39:1
43:10 51:14
54:22 65:4
75:18
**sic** 23:20
**sides** 59:25
**sign** 76:1 88:12
**signature** 83:11
86:17 87:20
**signed** 11:5
80:20 82:9
86:12 88:21
**significant** 29:6
**signing** 76:9,14
**simply** 68:24
69:5
**single** 29:3,19
**sitting** 57:16

**size** 29:1,2
**slang** 77:20
**solutions** 88:23
**somebody** 27:16
50:19
**sorry** 18:10
19:11 37:13
39:19 42:9
45:13 48:9
54:17 57:24
61:9,25 69:25
77:19,21 78:20
80:19 81:2
**sort** 31:7 73:17
**sought** 35:22
**sound** 6:1
**south** 21:13,22
27:25 37:2,4
**southeast** 1:15
2:11
**southern** 1:1
**southwest** 13:16
14:2
**spanish** 12:7
22:12
**speak** 7:12 12:3
26:10 27:13
82:2,9,10
**speaking** 31:9
78:12 82:12
**specific** 31:9
33:13 37:24
40:16 47:10
56:5 65:18 72:1

**spell** 15:23 16:1 77:4
**spills** 59:24
**split** 45:2,15,20 46:12,18,21 47:15 58:2 59:8 61:2 66:9,15,19 66:20,23,25 67:8 79:19 80:2
**splits** 43:5,8 44:20 46:9 57:4 58:19,22 59:15 59:21 60:4,11 66:18 67:10,11 67:14,16
**splitting** 44:24 61:5,8,9,10
**spoke** 21:18,21 21:23,24 73:12 82:9
**spoken** 82:7
**spouse's** 8:11
**springs** 8:23
**ss** 84:9
**starting** 7:18
**starts** 46:14
**state** 1:24 4:8 84:9,15 85:21 86:3,7,19 87:2
**stated** 28:3
**statement** 78:2 79:24
**statements** 6:11
**states** 1:1

**stating** 16:6
**station** 14:19
**statute** 4:14,17 13:25 88:18
**stays** 70:16
**stenographic** 87:10
**stenographica...** 5:24 87:6
**steven** 1:11 2:18 4:2,10 25:9 75:21,25 84:1,7 85:2,25 86:8 87:7 88:4,8,10 88:12
**stop** 26:18
**street** 45:9,11
**stretching** 37:8
**strip** 75:5
**stripped** 72:13 72:22,25 75:8
**structured** 39:25
**stuff** 74:7
**subject** 85:23
**submitted** 55:13 55:18,24 59:11
**subscribed** 84:11
**substance** 85:23
**suggested** 71:4 80:9 88:16
**suing** 11:13
**suite** 1:16 2:6,11

**summarize** 8:21
**sunshine** 26:5
**supplemental** 18:19
**supports** 25:20
**supposed** 73:8 80:20
**sure** 10:2 18:14 18:21 22:13 23:4 32:10 42:11 43:9 52:12 65:21 74:11 81:3
**sworn** 4:4 84:11 86:10

**t**

**t** 3:1 58:24
**table** 52:7 62:3 62:13 72:16
**take** 6:16 17:3 20:5 37:11 79:11
**taken** 1:22 84:2 85:3
**takes** 49:22
**talk** 5:22 40:2
**talked** 27:21
**talking** 21:16 31:19 36:7,8 41:21 54:18 60:18 61:15,25 73:18,20,21 78:17,23
**tallahassee** 2:6 7:20

**targeting** 16:14
**team** 7:7,9,12 17:19 68:2,3
**tell** 30:10 31:17 33:9 57:2
**ten** 5:12
**term** 28:19
**terminated** 9:10 9:16,22 16:16
**termination** 9:21 16:5
**terms** 81:23
**testified** 4:4 5:15
**testify** 6:19,25
**testimony** 88:8 88:17
**texeira** 1:23 86:6,18 87:4,21
**thank** 53:6
**thing** 26:9 54:15 73:17
**things** 22:2 36:8
**think** 14:22 17:16,23 18:21 21:2 22:5 25:3 26:17,23 27:1,2 27:4,5 28:24 29:2 30:5,13 31:11,12,21 33:25 37:19 40:12 41:5,6,9 41:11 45:24 47:4,4,9 48:5,16 50:1 53:22 54:1

54:3,4 56:21
58:10,21 63:5
66:15 69:4,7
70:5,6,12,13
72:1 73:8,14,24
74:7,15,16 75:7
75:10 79:3,8
80:17,19 81:8
81:10,18,21,22
81:24 82:1,9,14
82:19
**third**  59:11 62:3
**thomas**  7:21
**thought**  39:21
**three**  8:20 10:22
10:23,24 42:13
61:19 64:8,12
64:15,18,22
66:9 68:9 75:2
75:12 79:19
**throwing**  34:14
**tilley**  2:7 4:21
10:2 20:7,19
22:13 28:18
29:17,24 30:1
30:11 39:18
44:16 52:4,12
55:21 56:9
57:23 60:13
63:15 83:7 88:1
**time**  12:16 16:7
28:6 55:15
57:16 71:9
**times**  5:11,17
9:1

**title**  15:8
**titled**  18:19 19:5
39:3 43:12
51:16 52:7,15
54:24 65:1,6
75:20
**today**  6:12,18
7:3,14 40:25
**together**  47:16
**told**  48:18 51:5
**took**  50:17
**top**  52:15
**totally**  70:11
**towers**  25:8
**town**  45:18
**track**  32:5
**traffic**  9:25
**trainings**  8:5
**transcript**  84:5
85:4,23 87:7,8
88:6,20
**transcripts**
88:14
**true**  84:4 85:23
87:9
**try**  5:22
**trying**  32:24
49:1 57:17,18
70:12,13 74:10
77:1
**tune**  81:15
**turn**  21:3 31:3
52:6 68:18
**two**  11:1 15:18
15:20 26:11

41:7 57:8,9
60:23 66:15
67:5 75:2,12
77:16 82:4
**type**  31:1
**typo**  80:19,23
80:24
**typos**  80:25

**u**

**uh**  62:4
**unconstitutional**
25:15
**unconstitution...**
75:15
**under**  15:1,18
26:5 31:16
85:22 88:18
**understand**  6:4
6:7,11 18:8,11
19:20,23 25:1
25:13 30:21
45:25 48:24
49:21 52:17
74:22 80:1
**understanding**
19:16 20:2
28:16 29:10,13
42:17 46:7,11
**understood**  6:8
**unfair**  81:25
82:1,16
**unincorporated**
14:4
**union**  2:5

**united**  1:1
**university**  7:23
**unpacking**
23:11
**unpacks**  47:8
**use**  71:8
**used**  28:19
36:23 88:20
**using**  32:16

**v**

**v**  58:24 84:1
85:2 88:4
**vague**  16:6
**value**  81:17,17
**various**  16:14
**vendors**  35:23
**venue**  21:20
**verbally**  34:23
**verbatim**  29:12
74:7
**verify**  88:9
**veritext**  88:14
88:23
**veritext.com**
88:14
**violated**  25:17
**violates**  25:21
**voice**  34:4,7
46:24 48:4,6,16
53:15
**voices**  33:24
38:21 41:13
**voluntarily**  9:13
9:21

**volunteering**
77:9
**vote** 14:20 28:24
**voted** 14:13
24:8
**voter** 14:5,7
24:1,6,10,25
25:2 38:16
41:12,14,16
53:20
**voters** 23:25
25:20 29:6,6
46:23 74:20
**votes** 25:8
**voting** 14:15
29:11,14,21
30:24 31:13
52:18,21 62:7
62:14,18 63:6
74:19
**vs** 1:6

**w**

**w** 58:24
**wait** 75:16
**waived** 83:11
87:8
**want** 17:22 18:4
24:1,24 25:2
26:1,2,12 27:7
28:4,19 34:14
34:18,21,21
35:1,8,25 38:4
38:13 51:9
53:13 57:20
58:9 61:23

68:14 70:10
73:11,12 78:13
81:13
**wanted** 17:20
21:19,22 23:20
24:1 27:5,6
31:21 33:20
36:5,7 38:4
73:13,16 78:12
81:11,15
**warren** 2:7
**wasting** 26:11
**watch** 76:20
**water** 45:22
60:9,11,14,17
72:20
**waterfront**
60:15,19
**way** 20:23 37:8
46:16 57:22
73:4,10 78:7,11
78:14 80:15
81:10 82:17
**we've** 4:23 19:3
61:2
**wednesday** 1:14
84:2 85:3
**went** 7:20,22,23
27:25 38:20
50:16
**wharf** 21:23
27:25
**whatsoever**
21:20

**whistleblower**
11:2,4,14
**wife** 25:9
**witness** 2:17 4:3
5:2 10:20,21
39:19 56:10
86:8 88:20
**won** 9:18 11:1
**word** 66:13,21
67:2
**wording** 66:11
**work** 35:13
**worked** 8:23
**working** 15:1,5
38:19
**works** 35:8
**worried** 79:18
**write** 85:4
**written** 67:5
**wrong** 25:3
26:23 27:1

**x**

**x** 2:16 3:1,1

**y**

**yeah** 15:16
19:14 21:8 22:7
24:17 30:21
33:8,15 34:12
47:18 63:16
69:6 72:17,21
73:23 74:11
77:19 78:3 81:4
82:18 83:2

**years** 8:20 14:14
**yellow** 45:23
**yesterday** 7:6
**young** 38:22
**younger** 41:17

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is
transcribed, the transcript shall be furnished to
the witness for examination and shall be read to or
by the witness unless the examination and reading
are waived by the witness and by the parties. Any
changes in form or substance that the witness wants
to make shall be listed in writing by the officer
with a statement of the reasons given by the
witness for making the changes. The changes shall
be attached to the transcript. It shall then be
signed by the witness unless the parties waived the
signing or the witness is ill, cannot be found, or
refuses to sign. If the transcript is not signed by
the witness within a reasonable time after it is
furnished to the witness, the officer shall sign
the transcript and state on the transcript the
waiver, illness, absence of the witness, or refusal
to sign with any reasons given therefor. The
deposition may then be used as fully as though
signed unless the court holds that the reasons
given for the refusal to sign require rejection of



the deposition wholly or partly, on motion under
rule 1.330(d)(4).




DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.