Page 1

1          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF FLORIDA

2                     MIAMI DIVISION

3             CASE NO. 1:22-cv-24066-KMM

4

5    GRACE, INC., et al.,

6             Plaintiffs,

7    vs.

8    CITY OF MIAMI,

9             Defendant.
     _____

10

11

12                   DEPOSITION OF

13                 JARED A. JOHNSON

14

15          DATE TAKEN: Wednesday, October 18, 2023
            TIME:       2:00 p.m. - 4:42 p.m.
16          PLACE:      333 S.E. 2nd Avenue
                        Suite 3200
17                      Miami, Florida

18

            Taken on behalf of Defendant by
19      Beatriz Valdes-Prieto, FPR, and Notary Public in
        and for the State of Florida at Large.

20

21

22

23

24

25

Page 2

```
 1                    APPEARANCES
 2    On behalf of the Plaintiffs:
 3        CAROLINE MCNAMARA, ESQ.
          ACLU
 4        4343 West Flagler Street
          Suite 400
 5        Miami, FL 33134
          cmcnamara@aclufl.org
 6
 7    On behalf of the Defendant:
 8        GEORGE T. LEVESQUE, ESQ.
          GrayRobinson, P.A.
 9        301 South Bronough Street
          Suite 600
10        Tallahassee, Florida 32301
          george.levesque@gray-robinson.com
11
12                   - - - - -
13
                   I N D E X
14
15    DEPOSITION OF
      JARED A. JOHNSON
16
```

```
      Direct Examination by Mr. Levesque          4
17    Cross-Examination by Ms. McNamara           84
      Redirect Examination by Mr. Levesque        90
18
      Certificate of Oath of Witness             94
19    Reporter's Certificate                     95
      Read Letter                                96
20    Errata Sheet                               97
```

```
21
22
23
24
25
```

Page 3

1           E X H I B I T   I N D E X

2      Defendant's   Description           Page No.

3       Exhibit 8224   Resolution 23-271

                       City's Proposed Remedy   35

4

       Exhibit 8212   Appendices           39

5

       Exhibit 77     City of Miami Commission

6                     Districts Adopted

                      June 14, 2023         44

7

       Exhibit 2438   Declaration of Jared

8                     Johnson               46

9       Exhibit 8234   Plantiffs' Map 1      70

10      Exhibit 2480   1997 Plan             72

11      Exhibit 8235   Plaintiffs' Map 2     74

12      Exhibit 8236   Plaintiffs' Map 3     78

13      Exhibit 8237   Plaintiffs' Map 4     79

14      Exhibit 2482   2013 Plan             81

15

16

17

18

19

20

21

22

23

24

25

Page 4

1          THE COURT REPORTER:  Raise your right hand,
2     please, sir, to be sworn.
3          Do you solemnly swear or affirm that the
4     testimony you are about to give will be the
5     truth, the whole truth, and nothing but the
6     truth?
7          THE WITNESS:  Yes.
8          THE COURT REPORTER:  Thank you, sir.
9  THEREUPON:
10                    JARED JOHNSON
11  was called as a witness and, having been first
12  duly sworn remotely, was examined and testified
13  as follows:
14                 DIRECT EXAMINATION
15  BY MR. LEVESQUE:
16     Q.    Good afternoon, Mr. Johnson.  My name is
17  George Levesque.  I'm an attorney with GrayRobinson
18  and our firm represents the City of Miami in this
19  redistricting litigation.  Before we get started in
20  earnest, have you ever been deposed before?
21     A.    No.
22     Q.    Okay.  Have you ever been a plaintiff in a
23  lawsuit before?
24     A.    No.
25     Q.    Okay.  What I'm going to do is I'm going to

1  go over some of the ground rules first so we have a

2  good base to work from.  Obviously, the format is

3  question and answer.  I ask questions, you provide

4  answers.  As I'm asking questions and you're nodding

5  your head, the court reporter is taking down

6  everything that we say.  So I might ask a yes or no

7  question, you might nod your head or shake your head.

8  I know exactly what you mean because if we were

9  sitting in a restaurant having a beer or something

10 like that, I would know.  But because she's taking

11 down everything that we say out loud, I'll need you to

12 answer audibly.  I'm not always the best about it.

13 Your counsel might be better than I am about it.

14 Sometimes the court reporter is better than all of us

15 because she's the one that takes it down.  So at

16 different times somebody might say, "is that a yes."

17 They're not meaning to be rude or anything.  They're

18 just trying to get an accurate transcription of the

19 record.

20        One of other the things that's important

21 is, as we're having communications, sometimes in the

22 course of a communication you may know exactly where

23 I'm going with my question and you might start to

24 answer.  If we're in a situation where we're both

25 talking over each other that makes the court

1    reporter's job more challenging.  So let's try to make

2    her job easier by letting me finish my question and

3    I'll do my best to let you finish answering the

4    question and try not to interrupt so that we're not

5    talking over each other.  Is that fair?

6         A.    Yes.

7         Q.    At different times I may ask a question

8    that is confusing or a question that you don't

9    understand.  Please ask me to repeat it or rephrase it

10   and I'll do the best that I can.  That happened a

11   little bit in the last deposition because sometimes my

12   questions are not always the clearest questions.  At

13   different times I might ask a question that might be

14   objectionable and your counsel may object.  If she

15   does object, what I'd ask you to do is just allow her

16   to get her objection on the record, and then from

17   there I might ask if you understand the question, go

18   ahead and answer the question.  At different times she

19   might instruct you not to answer.  I can't give you

20   legal advice what to do but I might confirm whether

21   you're going to follow your counsel's instruction.

22              Are you on any medication that would impair

23   your ability to recall or testify truthfully today?

24        A.    No.

25        Q.    Can you please state your full name for the

```
                                                    Page 7
 1    record?
 2         A.      Jared Arin Johnson.
 3         Q.      And how do you spell that middle name?
 4         A.      A-R-I-N.
 5         Q.      What is your current residential address?
 6         A.      255 Southwest 11th Street, Apartment 1302,
 7    Miami, Florida 33130.
 8         Q.      And how long have you lived in that
 9    residence?
10         A.      It's been over two years.  Two years and a
11    few months.
12         Q.      And roughly when did you move into that
13    residence?
14         A.      I believe, July of 2021.
15         Q.      Where did you live before then?
16         A.      New York City.
17         Q.      And what brought you down to sunny south
18    Florida?
19         A.      My wife is currently attending law school
20    at the University of Miami.
21         Q.      And what year is she in?
22         A.      She's now in her third year.
23         Q.      Okay.  There's a light at the end of the
24    tunnel.
25         A.      There is.
```

Page 8

1    Q.    And how long did you live in New York City?

2    A.    I lived in New York for almost five years.

3  I moved to New York in September of 2016.

4    Q.    And where did you live before New York

5  City?

6    A.    I lived in Arlington, Virginia.

7    Q.    And how long did you live in Arlington?

8    A.    I believe around, maybe, six years.  I

9  think I moved there in 2010.

10    Q.    Where were you born?

11    A.    Alexandria, Virginia.

12    Q.    Did you generally live in the Virginia area

13  from the time of your birth until the time that you

14  moved to New York?

15    A.    Yes.  Correct.

16    Q.    Can you briefly describe your academic

17  background?

18    A.    Yes.  I have a bachelor of science in

19  systems engineering from the University of Virginia.

20  That's my latest amount of education acquired.

21    Q.    And what do you currently do?

22    A.    Self-employed as a digital product manager.

23    Q.    And I honestly don't know the answer to

24  this question.  What is a digital product manager?

25    A.    I know.  Whenever someone asks me, there's

1    a lot of different answers.  Essentially we work with

2    companies to create digital applications -- web,

3    mobile applications from like strategy through

4    development and implementation.

5        Q.    Do you hold any certificates in any areas?

6        A.    Nothing since graduation.  I had a minor in

7    engineering -- in business, but, no, no other

8    certificates since graduation.

9        Q.    And how long have you been self-employed?

10       A.    Since August of 2021.

11       Q.    Is that roughly around when you moved to

12   South Florida?

13       A.    Yes.

14       Q.    Where were you employed in New York City?

15       A.    At a digital agency called Work & Co.

16       Q.    And what did they do?

17       A.    Web and mobile application development for

18   various clients.

19       Q.    And do you currently rent an apartment?

20       A.    I do.

21       Q.    And do you have documentation that would

22   reflect that that is your primary residence?

23       A.    Yes.

24       Q.    What type of documentation would you have?

25       A.    A lease -- leasing agreement.

Page 10

1      Q.     And that's in your name?

2      A.     Yes.

3      Q.     Do you have a Florida driver's license?

4      A.     Yes.

5      Q.     Does it reflect that address?

6      A.     Yes.

7      Q.     Do you have a voter ID?

8      A.     I don't know what a voter -- but they gave

9   me a piece of paper that said I --

10      Q.     It's a piece of paper that tells you what

11   precinct that you vote in and --

12      A.     Yes, I do.  Yes.

13      Q.     And do you know if -- are you registered to

14   vote at that address?

15      A.     Yes.

16      Q.     And have you voted in any of the elections

17   in Miami-Dade County since moving to Florida?

18      A.     Yes.

19      Q.     Which elections have you voted in?

20      A.     I voted in the gubernatorial -- last

21   gubernatorial election.

22      Q.     And that would have been the DeSantis/Crist

23   election?

24      A.     Correct.  Yes.

25      Q.     Other than voting for the governor, did you

Page 11

```
 1   vote for the other candidates that were on the ballot

 2   in that election?

 3       A.     Yes.

 4       Q.     Did you vote for all of them?

 5       A.     Yes.

 6       Q.     And just for clarity of that question, you

 7   voted in all of the races; you didn't necessarily vote

 8   for all of the candidates?

 9       A.     I voted for all the candidates that were

10   provided on the ballot.

11       Q.     How did you become -- how did you come to

12   be involved in this litigation?

13       A.     It was as a member of the Engage Miami

14   organization.

15       Q.     And what is Engage Miami?

16       A.     It's an activism organization based here in

17   Miami, Florida.

18       Q.     How did you become acquainted with Engage

19   Miami?

20       A.     Upon moving to Miami I was looking for

21   organizations to get involved in both as a way of

22   meeting people and building community, as well as

23   finding people with similar interests to mine, and did

24   a Google search and found Engage and then became a

25   member.
```

Page 12

```
 1      Q.     And what did you have to do to become a

 2  member?

 3      A.     I believe there was a form -- an online

 4  form that I filled out that, you know, made that

 5  membership official.

 6      Q.     And other than completing a membership

 7  form, did you do anything else to become a member?

 8      A.     I believe I also paid an amount of money to

 9  them as well.

10      Q.     Did they recommend an amount or did you

11  make just a particular donation?

12      A.     I can't recall if there was -- it was a

13  couple years ago so I can't recall if there was an

14  amount or not that was recommended.

15      Q.     Was it a one-time payment that you made?

16      A.     I do remember that there is a recurring

17  donation that I do make to the organization.

18      Q.     And is that a recurring donation that you

19  make annually?

20      A.     I believe it's quarterly.

21      Q.     Do you recall what that is?

22      A.     I believe it's $50.

23      Q.     As part of your membership did you have to

24  make a pledge or affirm certain statements or

25  positions of Engage Miami?
```

Page 13

1      A.      No.

2      Q.      Did you have to attest to a certain code of

3   conduct or behavioral requirements for Engage Miami's

4   members?

5      A.      No.

6      Q.      Are you aware of any type of requirement

7   that would either restrict or prescribe membership if

8   someone disagrees with the positions that Engage Miami

9   takes?

10      A.      Not that I'm aware of.

11      Q.      And then specifically related to this

12   litigation, I think you indicated that you became

13   involved through Engage Miami?

14      A.      Uh-hum.

15      Q.      How did you become involved as a plaintiff?

16      A.      I had a conversation with Yani who is a

17   member of Engage Miami.

18      Q.      Is that Yani Valdes?

19      A.      Yes.

20      Q.      And do you know what her title is?

21      A.      I do not know off the top of my head her

22   exact title.  I know she's in the leadership of the

23   organization.

24      Q.      And what was your conversation with Yani?

25      A.      Just being made aware of the lawsuit and

Page 14

1  talking through whether I would like to be a member as

2  a plaintiff of the lawsuit.

3      Q.    And did you speak to anyone else about the

4  decision to become a plaintiff in the lawsuit other

5  than Yani?

6      A.    Probably mentioned it to my wife as well.

7      Q.    And this will be true -- as much as I might

8  like to know, I don't want to know any of the

9  conversations between you and your wife or --

10     A.    Sure.

11     Q.    -- you or your counsel.

12     A.    Okay.

13     Q.    Other than your wife, and I'm assuming at

14  some point you did speak to your counsel, but other

15  than those, did you speak to anyone else other than

16  Yani related to joining this lawsuit?

17     A.    No.

18     Q.    And what did you -- what did she tell you

19  the lawsuit would involve?

20     A.    She mentioned, from my recollection, it

21  would involve a suit against the City in regards to

22  racial gerrymandering -- racially motivated

23  gerrymandering of the commission district.

24     Q.    When the City was drawing its districts in

25  2022 or in late 2021 going into 2022, you were a

Page 15

1    resident of the City at that time, correct?

2         A.    That's correct.

3         Q.    Did you attend any of the city commission

4    meetings?

5         A.    No, I did not.

6         Q.    During the 2023 period in June of this

7    year, did you attend the city commission meeting where

8    they were drawing the 2023 plan?

9         A.    No.

10        Q.    And when I refer to the 2022 plan, do you

11   understand that I'm referring to the plan that they --

12   the plan that they drew in 2022?

13        A.    Yeah.  The initial map.

14        Q.    The original rewrite?

15        A.    Yes.

16        Q.    And then, when I refer to the 2023 plan,

17   I'm referring to the plan that passed in June of 2023.

18        A.    Yes.

19        Q.    What is your understanding of the history

20   of redistricting in the City of Miami?

21        A.    I don't have a lot of context around the

22   history of redistricting in Miami.

23        Q.    So you've not like read any books, done any

24   research as to, you know, the way pre-1997 how the

25   City used to hold its elections and then after 1997

```
 1    how the City held its elections and how the districts
 2    were designed in 1997, 2003, or 2013?
 3         A.    I don't recall any context around pre-1997
 4    elections.
 5         Q.    What about after 1997?
 6         A.    No.  Well, now, I obviously know about
 7    what's happened since the map has been -- you know,
 8    from the 2022 map.  But between 1997 and 2022 my
 9    knowledge of the redistricting process is limited.
10         Q.    Okay.  In terms of even as a source of your
11    limited knowledge from 1997 to 2022, what would be the
12    source of your knowledge?
13         A.    I'm sorry.  Can you repeat that question?
14         Q.    Sure.  You indicated that your knowledge of
15    whatever happened between 1997 and 2022 is limited?
16         A.    Yes.
17         Q.    That implies there's a little bit.  It
18    might not be a lot but a little bit.  What would be
19    the source of that knowledge?
20         A.    Just understanding, you know, the idea of
21    an at-large -- the at-large districts that were done
22    previously versus the district structure that exists
23    now.  I can't recall the exact source of that insight.
24    That's the only -- that's the extent of the insight
25    that I have around, kind of, the history of the
```

Page 17

```
 1    structure of Miami elections.

 2         Q.     Mr. Johnson, I am going to start with

 3    showing you a copy of the First Amended Complaint, and

 4    we're not going to mark this one simply because it's a

 5    big document.  We don't need to get crazy with it.

 6         A.     Sure.

 7         Q.     And I'll give you a second to look at that

 8    and then I will ask you, do you recognize that

 9    document?

10         A.     Yes.

11         Q.     What is that document?

12         A.     This is the First Amended Complaint in

13    regards to this case.

14         Q.     Did you see that document before it was

15    filed?

16         A.     I cannot recall the timing at which I

17    viewed the document.

18         Q.     If I represent to you that the document was

19    filed on February 10th, 2023, does that help orient

20    you as to whether you saw it before or after it was

21    filed?

22         A.     No.  It does not.

23         Q.     Okay.  And on page 5, paragraph 26, you are

24    identified as a Black resident of Brickell in District

25    3; is that correct?
```

Page 18

1      A.     Yes.

2      Q.     And to the best of your knowledge is that a

3  truthful statement?

4      A.     Yes.

5      Q.     And also, in paragraph 30, it goes on to

6  assert that the enacted plan, which is referring to

7  the 2022 plan, places plaintiffs Cooper, Johnson, and

8  Valdes and organizational plaintiffs' members in

9  districts where they are not the predominant racial

10 group.  Do you know what the predominant racial group

11 is in District 3?

12     A.     I'm not a hundred percent sure.  My

13 assumption is Hispanic.

14     Q.     And why would that be your assumption?

15     A.     Based on observation of those in my

16 district.

17     Q.     Would it be fair to say, based upon

18 observation, that a significant majority of the

19 residents of the City of Miami are Hispanic?

20     A.     No.

21     Q.     Okay.  Are you aware of whether super

22 majority of the residents of Miami are Hispanic?

23     A.     No.

24     Q.     No knowledge of that?

25     A.     No.

Page 19

1      Q.      Okay.  Do you observe a lot of Hispanics

2   living in your neighborhood?

3      A.      Define my neighbor.  Can you define my

4   neighborhood?

5      Q.      You identified Brickell as an area where

6   you live.  Would you consider that your neighborhood?

7      A.      Yes.  Brickell.

8      Q.      So in Brickell, are there a lot of Hispanic

9   residents?

10      A.      There's a good amount of Hispanic

11   residents.

12      Q.      Do you know if they -- would you consider

13   them to be the majority race or ethnic population for

14   that area of Brickell?

15      A.      It is not clear to me whether or not that

16   is the case.

17      Q.      Okay.  In terms of other race or ethnic

18   population that might rival the size of the Hispanics,

19   and I don't mean that they're necessarily battling

20   each other but just in terms of quantity, what other

21   races or ethnicities might be comparative to their

22   size?

23      A.      I would say white Caucasian.

24      Q.      So do you know what race or ethnicity the

25   commissioner from District 3 is?

Page 20

1     A.     Yes.

2     Q.     And what is that?

3     A.     Hispanic.

4     Q.     Do you have a problem being represented by

5  a Hispanic commissioner?

6     A.     No.

7     Q.     Do you have a problem with your current

8  commissioner?

9     A.     Define problem, please.

10    Q.     Is he somebody that you would support?

11    A.     No.

12    Q.     Okay.  Do you believe that you were placed

13 into District 3 because you were Black?

14    A.     I believe that the drawing of District 3

15 had racial intention.

16    Q.     What is your basis for making that

17 statement?

18    A.     My basis is both -- well, validation,

19 number one, is through the preliminary injunction that

20 was issued by Judge Moore and looking at the map that

21 was presented by the City.

22    Q.     Okay.  We've got some things there to

23 unpack.

24    A.     Sure.

25    Q.     Well before the judge issued the

Page 21

1   preliminary injunction --

2        A.      Sure.

3        Q.      -- there's an amended complaint that was

4   filed that asserted that you were placed into a

5   district where you were not the predominant race and

6   further allegations that indicate that you were placed

7   in that district because of your race.  So let's put a

8   pin in the preliminary injunction one.

9        A.      Sure.

10       Q.      What are -- and I apologize.  I got

11  distracted and didn't write down the second one.  Do

12  you recall what the second basis was?

13       A.      Well, that's why I said -- it wasn't a

14  basis.  I just wanted to make the note that the judge

15  issued that preliminary injunction that did validate

16  my concern.  I said initially the concern was based on

17  the map that was initially -- that 2022, I believe,

18  that initial map that was issued by the City.

19       Q.      That's right.  And so related to the 2022

20  map --

21       A.      Yes.

22       Q.      -- what about that map makes you believe

23  that you were placed in your district because of your

24  race?

25       A.      You know, I believe that based on the way

Page 22

1   in which those lines were drawn indicated that there

2   was -- and other statements that were made by

3   commissioners around the creation of the map --

4   indicated there was an intention to create those

5   borders or those boundaries, rather, based on racial

6   intent.

7       Q.    So in drawing District 3, what is your

8   understanding of what the City's intention was?

9       A.    My assumption about the City's intention is

10  to ensure that boundaries are drawn that, essentially,

11  compile people of the same race into their own

12  individual districts, including District 3.

13      Q.    So in drawing District 3, it was the City's

14  goal to unite people of the same race in District 3?

15      A.    I believe that the goal is to broadly --

16  you know, not in an absolute term but broadly,

17  essentially, place people of the same race in the same

18  district.

19      Q.    Okay.  What district do you think you

20  should be in?

21      A.    Personally, I -- I have a preference for

22  being in District 2.

23      Q.    Have you analyzed the statistical numbers

24  for the 2022 plan?

25      A.    I have reviewed those numbers -- the

1    numbers that were provided by -- I forgot the name of

2    the professor that provided those numbers, but I did

3    review them.

4         Q.    Okay.  Is the professor that you're

5    referencing Dr. Abott who performed an expert analysis

6    in this particular litigation?

7         A.    Yes.

8         Q.    Have you ever spoken with Dr. Abott?

9         A.    No.

10        Q.    In paragraph 30 of the amended complaint

11   you state that "The enacted plan sends the message

12   that their commissioner's job is to represent the

13   predominant group, not them."  What is your basis for

14   that statement?

15        A.    If the intention is to create borders or

16   boundaries of districts based on race, then I think it

17   follows that you would assume that a commissioner's

18   job is primarily to serve the interests of those who

19   they're intentionally racially gerrymandering for.

20        Q.    Let me ask you about that.

21        A.    Sure.

22        Q.    Are you aware that the plaintiffs have

23   proposed four plans in this litigation as

24   alternatives?

25        A.    Yes.

Page 24

1      Q.     Have you reviewed those plans?

2      A.     Yes.

3      Q.     Have you reviewed the statistical analysis

4   of those plans?

5      A.     Yes.

6      Q.     Are you aware that those plans also have

7   three districts that will likely elect a Hispanic

8   candidate, one district that is specifically designed

9   to elect a Black candidate and that is required by the

10  Voting Rights Act, and then a plurality district that

11  doesn't have a majority of any particular race or

12  ethnicity?

13     A.     I think that the assumption that three

14  Hispanic commissioners would be elected and one Black

15  representative would be elected is just an assumption.

16     Q.     Do you know if the plaintiffs have put

17  forth expert analysis at least as to the Black

18  district, D5, that a Black preferred candidate would

19  be elected from that district?

20     A.     I am not aware of additional expert

21  analysis of District 5, no.

22     Q.     And I want to be clear.  When we're talking

23  about those districts, we're talking about districts

24  that not necessarily are going to elect a Black

25  candidate or a Hispanic candidate, but that would

Page 25

1  elect a Black preferred candidate or Hispanic

2  preferred candidate.  Do you currently know who serves

3  in District 5?

4       A.     I am not aware of who serves in District 5,

5  or I can't recall the name of the representative.

6       Q.     Do you currently know who serves in

7  District 2?

8       A.     I am not aware of or cannot recall the name

9  of the representative for District 2.

10      Q.     But you would rather have her as your

11  commissioner versus Commissioner Carollo?

12      A.     It's not for me to say which of the

13  existing commissioners I would rather have.  My main

14  concern is to be placed in a district that is not

15  racially gerrymandered so I feel empowered to elect

16  someone who serves my interests.

17      Q.     Would you agree that -- and I understand

18  that it's the plaintiffs' position that the districts

19  were racially gerrymandered to elect three candidates

20  that would be the Hispanic-preferred candidate, one

21  candidate that would be the Black-preferred candidate,

22  and one candidate that would be the Anglo-preferred

23  candidate, apparently.  Would you agree that if the

24  four plaintiffs' plans have very similar racial

25  numbers that would produce very similar results, they

Page 26

```
 1   just, you know, break up the neighborhoods a little
 2   differently, that that might be an indicator that the
 3   City's plans are racially gerrymandered?
 4       A.    I take a little exception to a little
 5   different.  I think that the maps that the plaintiffs
 6   have put forward -- and also based on the last
 7   judgment by the judge who, I think for, I believe, Map
 8   4 indicated that that map was not racially
 9   gerrymandered.  So I would disagree with the assertion
10   that the maps that have been agreed upon by the
11   plaintiffs and presented are a little -- have a little
12   difference to the City's map.
13       Q.    You've referenced the judge's rulings
14   twice.
15       A.    Yes.
16       Q.    Are you aware that 11th Circuit, the people
17   who sit above him, have told him he's wrong?
18       A.    I don't believe they've told him he's
19   wrong.  I believe that there is an injunction to
20   actually have a court case and a trial to adjudicate
21   the claims.
22       Q.    And do you understand that the injunction
23   is not actually a judgment on the merits that has been
24   issued, correct?
25       A.    That is correct.
```

Page 27

1     Q.     So the judge actually might be convinced at

2     trial that there's not a racial gerrymandering here.

3     A.     Yes.

4     Q.     Are you also aware that the 11th Circuit

5     said, at least in terms of the imposition of

6     plaintiffs' plan four, that it doesn't appear to

7     correct any of the racial gerrymandering that is

8     claimed?

9     A.     Yes.

10    Q.     So you've read the 11th Circuit opinion?

11    A.     I haven't read it in its entirety.  I'm

12    aware of the 11th Circuit opinion.

13    Q.     In paragraph 32 you state that "The members

14    are further harmed because the enacted plan splits up

15    their neighborhoods and they are split along racial

16    lines."  I want to break that up.  First, is it your

17    understanding that splitting up neighborhoods is, per

18    se, racial gerrymandering?

19    A.     That depends on the definition of

20    neighborhood.  I can't say in absolute terms that, you

21    know, in a broad sense that it is, but in the context

22    of the districts that have been drawn for Miami,

23    specifically from the State, it's my personal opinion

24    that it is.

25    Q.     So anytime the City breaks up a

1    neighborhood or doesn't unite a neighborhood that

2    might have historically been split between two

3    districts, that's racial gerrymandering?

4        A.    Again, it depends on the context and the

5    details of the demographics and the population within

6    the specific neighborhood that is being cut up.

7        Q.    If we're talking about a Hispanic

8    neighborhood that has historically been divided

9    between District 1 and District 4, Hispanic on one

10   side, Hispanic on the other, and no other way to draw

11   that area other than to have it in an Hispanic

12   district, is splitting that neighborhood a racial

13   gerrymander?

14            MS. MCNAMARA:  Objection to the form.  You

15       can answer.

16            THE WITNESS:  Looking at it in isolation,

17       if we're talking about a city that just had

18       Hispanic residents and we're splitting a 100

19       percent Hispanic city into two districts, no.

20   BY MR. LEVESQUE:

21       Q.    Okay.  We can set that aside.  I'm going to

22   provide you a copy of the Supplemental Complaint that

23   we will not attach as an exhibit.  Have you seen this

24   document before?

25       A.    Yes.

Page 29

1    Q.    And what is this document?

2    A.    It is a Supplemental Complaint that was

3    filed by the plaintiffs.

4    Q.    And did you review this document before it

5    was filed?

6    A.    I cannot recall the exact time that I

7    reviewed this document.

8    Q.    And this document is dated September 7th,

9    2023.  Does that help identify whether you reviewed it

10   before or after it was filed?

11   A.    No.  It does not.

12   Q.    Do you know if you would have approved this

13   document before it was filed?

14   A.    I believe I would have.

15   Q.    Looking at this Supplemental Complaint, on

16   page 3, paragraph 12, it indicates that you're Black

17   and you were a resident of District 3 under the 2022

18   plan and still are a resident of District 3 under the

19   2023 plan.  Is that a true and accurate statement?

20   A.    Yes.

21   Q.    Out of curiosity, which district are you in

22   in the plaintiffs' plans?

23   A.    I believe in the first I am in District 2,

24   and I believe in the subsequent three I'm in District

25   3.

Page 30

1      Q.      So even in their plans they didn't put you

2   in District 2?

3      A.      Well, I -- yes.  In some of them.

4      Q.      Did you ask to be put in District 2?

5      A.      I've supported -- I've supported the map

6   that we put forth, the P4.  I did advocate for being

7   put in District 2, yes.

8      Q.      Were you aware that plaintiffs' plans split

9   Brickell?

10      A.      Yes.

11      Q.      When plaintiffs' plans split Brickell, did

12   they do it with racial reasons?

13      A.      It's not the intention, no.

14      Q.      Regarding either the '22 plan or the '23

15   plan, is it your contention that it's not the effect

16   of the plan it's just whatever the city commissioners

17   intended that's problematic?

18      A.      I believe both can be problematic.  I

19   believe the intention, as well as the result, you

20   know, also -- is also problematic.

21      Q.      If the result of the 2023 plan in terms of

22   overall election performance is substantially similar

23   to the plaintiffs' plan four, in that scenario, would

24   you agree that just because the results are the same

25   that that might be an indicator that there is no

1    gerrymandering --

2         A.      No.

3         Q.      -- and that you have to look at the intent?

4         A.      No.

5         Q.      Why would that be the case?

6         A.      We're speaking hypothetically.  I think the

7    intent for myself as a plaintiff, as well as the other

8    plaintiffs, to my understanding, is to intentionally

9    create maps that are not racially gerymandered and

10   that just allows the residents of the districts to be

11   able to feel empowered to elect representatives that

12   represent their interests.  So that is the extent to

13   which my concern is.  To remedy a map and then say,

14   oh, we didn't talk about race but you're still

15   essentially mirroring, you know, for the most part,

16   based on the analysis of the expert as well, you know,

17   to me is still problematic.

18        Q.      Are you aware that Dr. Abott identified

19   that there are a lot of similarities between

20   plaintiffs' Districts 2 and 5 in plan four and the

21   2023 plan?

22        A.      I cannot recall that assertion by him.

23        Q.      Her.

24        A.      Her.  Sorry.

25        Q.      Are you aware that -- let me ask you this,

Page 32

1   did you review the report of Dr. McCartan who drew

2   comparisons on compactness and population comparisons

3   between the plans?

4        A.    I don't recall reviewing his report.

5        Q.    And as it relates to the 2023 plan, you

6   also assert you are not the predominant racial group

7   in District 3.  What is the predominant racial group

8   in District 3's plan?  I'm sorry.  The 2023 plan for

9   District 3.

10       A.    I believe it's Hispanic.  That's my

11  assumption.

12       Q.    Why is that only an assumption?

13       A.    Because I just can't recall.  I believe I

14  did look at the statistics based on that study.  I

15  just can't recall the exact number.

16       Q.    And what about the crafting of the 2023

17  plan specifically conveyed the message that the

18  commissioners' job is to represent the predominant

19  group, not them?

20       A.    Could you repeat the question again?  I'm

21  sorry.

22       Q.    What about the 2023 plan specifically --

23  because they were passed at different times.

24       A.    Uh-hum.

25       Q.    They say different things.

Page 33

1       A.      Sure.

2       Q.      What about the passage of the 2023 plan

3   sent a message that their commissioner's job is to

4   represent the predominant group, not them?

5       A.      Well, as I said, in the 2022 plan because

6   of our understanding of the intentionality to racially

7   gerrymander those districts and the 2023 plan being

8   pretty similar, in my opinion, to the 2022 plan, I

9   arrived at the same conclusion for the 2023 plan.

10      Q.      Did you compare either the 2022 or the 2023

11  plan to the 2013 plan?

12      A.      No.

13      Q.      Did you compare them to the 2003 plan?

14      A.      No.

15      Q.      Or the 1997 plan?

16      A.      No.

17      Q.      Does your opinion change if, at least in

18  terms of the progressions of the plans, they generally

19  maintain the same general shape from cycle to cycle

20  except for the equalization of population?

21      A.      No.

22      Q.      Why not?

23      A.      First of all, I'm looking purely at the way

24  the lines are drawn now based on the demographics that

25  exist currently.  I'm not aware of the demographics of

Page 34

```
 1    different parts of Miami in the past.  I think the
 2    only thing I could really look at or is relevant to my
 3    analysis of the maps in the context of gerrymandering
 4    is the existing demographics.
 5         Q.     What is your familiarity with traditional
 6    redistricting principles?
 7         A.     None.
 8         Q.     If a traditional redistricting
 9    principle includes maintaining the core of the
10    existing district, would you have any reason to
11    believe that following that traditional redistricting
12    principle it's still racial gerrymandering?
13         A.     Not in isolation.
14         Q.     Are you aware of why -- and I'll represent
15    to you that maintaining the core of existing districts
16    is a traditional redistricting principle.  Are you
17    able to think about why that might be a good principle
18    for someone responsible for drawing district lines to
19    follow?
20         A.     Not off the top of my head.
21         Q.     If the districts don't change
22    significantly, do you think that would help in
23    avoiding voter confusion?
24         A.     Can you repeat the question again?  Sorry.
25         Q.     If the districts don't change significantly
```

Page 35

```
 1   from cycle to cycle --
 2        A.     Uh-hum.
 3        Q.     -- do you think that would help with
 4   avoiding voter confusion?
 5        A.     I'm not sure.
 6        Q.     If the districts don't change from cycle to
 7   cycle, do you think that would allow the communities
 8   of interest within the district to build stronger
 9   bonds and advocate together to their commissioner?
10        A.     In the absence of insight around that, I'm
11   not aware.  I don't know.
12        Q.     Now, Mr. Johnson, I am going to show you
13   what we are going to mark as Defendant's Exhibit 8224.
14               (Thereupon, Resolution 23-271 City's Proposed
15          Remedy was received as Defendant's Exhibit 8224
16          for identification.)
17        Q.     And before I ask my next set of
18   questions -- I probably skipped this in the intro --
19   this is not intended to be the Spanish Inquisition or
20   some type of torture session.
21        A.     Okay.
22        Q.     If you need to take a break for water or
23   comfort or whatever, just let me know.  The one thing
24   that I would ask is if we've got a question pending,
25   let's go ahead and dispose of the question pending and
```

```
 1    then we can take a break.

 2         A.    Okay.  Great.

 3         Q.    Have you seen this plan before?

 4         A.    Yes.

 5         Q.    What is this plan?

 6         A.    This is the City's proposed remedy.

 7         Q.    So this would be the plan that was passed

 8    earlier this year?

 9         A.    Yes.

10         Q.    And this is the plan that the upcoming

11    elections in November will be conducted under?

12         A.    Yes.

13         Q.    As you look at District 3 there, what about

14    the lines of District 3 do you believe constitute a

15    racial gerrymandering?

16         A.    Well, without the actual data points

17    overlaid on top of the map, just from the eye test

18    looking at the incursion into Coconut Grove of

19    District 3, is one that I can see right now.  And

20    especially as it differs from the maps that we've --

21    the plaintiffs put together in trying to keep together

22    coherent geographic boundaries, it just seems that

23    that's not really the case here for District 3

24    specifically.

25         Q.    Okay.  Is there anything other than the
```

Page 37

```
 1   incursion into Coconut Grove and the reference to
 2   geographic boundaries that you're relying on?
 3       A.     Again, from the eye test, looking at
 4   Shenandoah and The Roads being split, I'm not sure
 5   exactly what the specific numbers of demographics are
 6   there.  That also sticks out to me.
 7       Q.     Is the fact that Brickell splits an
 8   indicator of racial gerrymandering to you?
 9       A.     It is.  Or it can be in the context of the
10   broader District 3.
11       Q.     Okay.  And when you say in the context of
12   the broader District 3, how do you mean?
13       A.     Well, taking all of my statements together,
14   the incursion into Coconut Grove, the splitting of
15   Brickell, the splitting of The Roads and Shenandoah
16   collectively seemed to be a racial gerrymander.  So
17   Brickell being split in insolation I don't believe
18   is -- it's part of the broader District 3.
19       Q.     So if they didn't make the incursion into
20   Coconut Grove and they didn't split Shenandoah but
21   they did split Brickell, would that sort of standing
22   alone then not be sufficient to conclude racial
23   gerrymandering?
24       A.     Again, without the data points, I'm just
25   relying on an eye test.  You know, going into more
```

1   detail as we had done with the maps that we put

2   together, you know, is our recommendation of how to

3   eliminate the racial gerrymandering particularly of

4   District 3 as well.

5          Q.     Now, the incursion of District 3 into

6   Coconut Grove, specifically that area of Natoma

7   Manors -- are you familiar with that area?

8          A.     I've spent some time like biking around

9   there but not intimately familiar.

10         Q.     Are you aware that one of the commissioners

11  maintains a residence at almost the very point of that

12  foot?

13         A.     I do know that.

14         Q.     Okay.  You would agree that drawing a

15  commissioner's residence into his district doesn't

16  have anything to do with racial reasons, correct?

17         A.     In isolation of just saying my residence

18  and my district, no.  In the context of this,

19  potentially.

20         Q.     Potentially but not necessarily?

21         A.     Again, I'm doing it based on an eye test.

22  We have to go into actual data.  Again, we've put maps

23  together that have mitigated or eliminated the racial

24  gerrymander that was presented by the City.

25         Q.     And is it your understanding that the

Page 39

1    numbers -- the data bear out that you've eliminated

2    the racial gerrymander?

3        A.    I believe with the map that we have

4    recommended, that we have done so.

5        Q.    Okay.

6        A.    That is my opinion.

7        Q.    Mr. Johnson, I am going to provide you with

8    what we are going to mark as Defendant's Exhibit 8212.

9                (Thereupon, Appendices was received as

10            Defendant's Exhibit 8212 for identification.)

11            Q.    And I will represent to you that this is an

12    excerpt of the appendix that was attached to

13    Dr. Abbott's report.

14        A.    Okay.

15        Q.    I believe you indicated that you did look

16    at her report and have you reviewed this appendix

17    before?

18        A.    I can't recall if I looked at the appendix.

19        Q.    Okay.  I would like to draw your attention

20    to the last data block on page 15.

21        A.    Okay.

22        Q.    And for the five districts, they identify

23    various districts with white voting age population,

24    Hispanic voting age population, and Black voting age

25    population.  Do you see that?

Page 40

```
 1      A.      I do.

 2      Q.      And then they also identify white citizen

 3  voting age population, Hispanic citizen voting age

 4  population, and Black citizen voting age population.

 5  Do you see that as well?

 6      A.      Yes.  May I ask a question?

 7      Q.      Yes.

 8      A.      The difference between citizen and -- so is

 9  this the voting -- the voting population versus the

10  citizens who are eligible to vote?  Is that the

11  difference between --

12      Q.      Citizen voting age population.

13      A.      So those who are eligible to vote?

14      Q.      I'll let your counsel explain the

15  difference there.  Because there are some --

16      A.      All right.  Sorry.

17      Q.      -- nuances and --

18      A.      Okay.

19      Q.      In any event, I guess my starting question

20  is, do you know the difference between the two?

21      A.      Between citizen voting and --

22      Q.      Just voting age population and citizen

23  voting age population?

24      A.      No.

25      Q.      That's fine.  And you indicated that the
```

Page 41

 1    data would reflect some of the gerrymandering that

 2    occurs.  Let's just look at the voting age population.

 3    What about that data indicates that racial

 4    gerrymandering is occurring in your mind?

 5         A.    I'm still trying to understand what I'm

 6    seeing.  Are these the proportions of --

 7         Q.    The voting age population --

 8         A.    -- the voting age population?  So are we

 9    looking at both the voting age and the citizen voting

10    age or one or the other?  I'm just trying to

11    understand.

12         Q.    Well, you had indicated that the data

13    demonstrates racial gerrymandering?

14         A.    In part, yes.

15         Q.    And so, I guess, what about this particular

16    data in your mind demonstrates racial gerrymandering

17    is occurring?  And if you want, we can just focus on

18    District 3 for the time being.

19         A.    Well, again, you're showing me one set of

20    data and I think when I say data I don't mean like one

21    table on this appendix.  I'm looking at the data more

22    holistically of demographics and shifts and those

23    types of things.  So based on what you're showing me

24    right now is not consistent with what I refer to as

25    data.

Page 42

1      Q.      Okay.  Can you explain that a little more?

2      A.      I'm basing, you know, my position around

3   what was -- what was in the report that I read, not

4   this appendix.  I can't recall if I read the appendix

5   or not.  But based on the data that was also used by

6   Judge Moore to indicate that there was no significant

7   difference between the output of this map relative to

8   the City's original map, that's the data that I'm

9   referencing.

10      Q.      Okay.  Well, then let me just sort of -- in

11   looking at District 3, I think you indicated that The

12   Roads was a neighborhood that was split in District 3?

13      A.      Yeah.  The Roads and Shenandoah, yes.

14      Q.      Okay.  Do you know where the boundaries for

15   The Roads and Shenandoah are?

16      A.      I don't know the specific boundary of those

17   neighborhoods, no.

18      Q.      Are you able to roughly mark out -- and I

19   understand that it might not be exact but would you be

20   able to roughly mark out like the area that you think

21   The Roads is?

22      A.      My assumption is that it's somewhere

23   between where it says The Roads and Shenandoah at

24   least from east to west, and then I'm assuming it's

25   between Little Havana and The Roads on the north side.

Page 43

1          Q.      Okay.  With that test, would you agree that

2    whatever the various potential actual boundaries,

3    would you agree that the words The Roads are entirely

4    in District 3?

5          A.      According to this map, I believe maybe.

6          Q.      Okay.  And at this point I'm not even

7    actually asking about the boundaries for the

8    neighborhood.  I'm just asking are the words "The

9    Roads" in District 3?

10         A.      The Roads in the City-proposed remedy, yes.

11         Q.      Okay.  Do you know if there's a defined

12   neighborhood that actually -- or some sort of official

13   city definition that defines the areas of The Roads?

14         A.      Not that I'm aware of.

15         Q.      Do you know if there is some official city

16   definition that defines the neighborhood of

17   Shenandoah?

18         A.      Not that I'm aware of.

19         Q.      Are you aware of anything for any of the

20   neighborhoods that officially defines what the area of

21   any of the neighborhoods in the City of Miami are?

22         A.      Not that I'm aware of.

23                 MR. LEVESQUE:  Why don't we take a short

24         five-minute break.

25                 THE WITNESS:  I was just thinking the same

Page 44

```
 1     thing.
 2              (Thereupon, a recess was had from
 3          3:06 p.m. - 3:14 p.m.)
 4              MR. LEVESQUE:  We can go back on the
 5          record.
 6     BY MR. LEVESQUE:
 7          Q.    Mr. Johnson, I'm going to show you an
 8     exhibit that we are going to mark as Document 77.  I'm
 9     sorry.  Defendant's Document Number 77.
10                   (Thereupon, City of Miami Commission
11                Districts Adopted June 14, 2023 were received as
12                Defendant's Exhibit 77 for identification.)
13          Q.    Mr. Johnson, I will represent to you that
14     these are the plans that were attached to the
15     resolution that the City of Miami Commission adopted,
16     and it might be a visual representation of the
17     districts that might be a little bit easier to see
18     because in addition to the large blowup that's on the
19     first page, if you flip through you will see that
20     there are larger versions that permit you to better
21     ascertain some of the boundaries of the district.  Do
22     you see that?
23          A.    Yes.
24          Q.    And in looking at District 3, would you
25     agree that at least for the southeastern part of the
```

Page 45

1    district it generally follows major roadways that

2    would include Bayshore Drive and Miami Avenue?

3        A.    Bayshore Drive and Miami Avenue.  It does

4    follow those, yes.

5        Q.    And then for a portion of the -- the top

6    part of the foot it follows South Dixie Highway?

7        A.    Oh, yes.  Yes.

8        Q.    And then at the northeastern part, once it

9    has the little jog over to Southwest 2nd Avenue, it

10   comes up and essentially follows the river all the way

11   up to Northwest 18th Avenue?

12       A.    Yes.

13       Q.    You would agree that the river would be a

14   natural geographic boundary?

15       A.    Yeah.

16       Q.    In looking at this map, and I know it

17   doesn't have the neighborhoods on there, does that

18   help you better ascertain whether The Roads is

19   entirely within District 3 or not?

20       A.    No.

21       Q.    Okay.  Are you able to generally identify

22   where you live on this map?

23       A.    Yes.

24       Q.    If I could ask you -- I'm going to hand you

25   a pen.  If I could ask you to mark on that map where

Page 46

1    you live and you can either put a little circle or dot

2    and circle it or however you'd like to indicate where

3    you live.

4         A.    Okay.

5         Q.    Okay.  If you could show that to your

6    counsel too.

7              So at least as it appears do I understand

8    that you live west of Miami Avenue?

9         A.    Yes.

10        Q.    Mr. Johnson, I'm going to show you another

11   document that I'm pretty sure you've seen before and

12   this we're going to mark as Defendant's Document 2438.

13              (Thereupon, Declaration of Jared Johnson

14         was received as Defendant's Exhibit 2438

15         for identification.)

16        Q.    Mr. Johnson, do you recognize that

17   district?

18        A.    The district indicated on the declaration?

19        Q.    I'm sorry.  Do you recognize that document?

20        A.    Yes, I do.

21        Q.    And for some reason I have verbal problems

22   occasionally.  It's never been diagnosed, but I might

23   substitute words inadvertently.  If I do that, please

24   draw that to my attention.

25        A.    That's okay.

1      Q.      So you have seen this declaration before?

2      A.      Yes.

3      Q.      Did you write this declaration?

4      A.      In conjunction with my counsel.

5      Q.      And I don't want to know anything about

6   what you discussed with your counsel, but I would like

7   to ask you about some of the statements in here.  In

8   paragraph four, you state, "I want what is best for

9   Miami and my community here."  What do you believe is

10  best for Miami and your community?

11     A.      In the context of representation, wanting

12  to ensure that the residents of Miami feel empowered

13  to elect officials that have their interests as their

14  priority.

15     Q.      And with a democratic process that

16  sometimes is divided, how do you translate that to

17  what is best for Miami and your community?

18     A.      The core of democracy is the power of the

19  people and, you know, empowering people to have a

20  voice in their elected officials includes both the

21  votes they cast at the ballot box as well as ensuring

22  that the districts that they are members of are

23  indicated by them -- like the voters are able to

24  choose their districts and not commissioners choosing

25  their voters, I think, is the ideal.

1    Q.     Well, there would be a solution if that
2  were the case that would involve the district maps
3  having to be adopted by voter referendum, if that were
4  the case.  Would you agree?

5    A.     Not necessarily.

6    Q.     Okay.  Well, at least under the City's
7  current governance model, the city commissioners are
8  responsible for drawing the districts, correct?

9    A.     Correct.

10   Q.     And every single one of those commissioners
11 were elected to the city commission not even from
12 either of these maps.  Do you have any dispute as to
13 the legitimacy of their holding office based upon
14 their election to the districts from 2013?

15   A.     I wasn't a resident during 2013.  I don't
16 have a lot of insight in terms of how those districts
17 were created at that time.  My only perspective is
18 based on the maps that were presented by the City.

19   Q.     In an ideal world an elected representative
20 will represent all of their constituents regardless of
21 how elections turn out, correct?

22   A.     In an ideal world, yes.

23   Q.     And some representatives are better at
24 trying to walk that line than others, would you agree?

25   A.     Walk the line of --

1    Q.     Being a faithful public servant and

2  representing all of their constituents' interests?

3    A.     Yes.

4    Q.     And that's going to vary from elected

5  representative to elected representative?

6    A.     Yes.

7    Q.     And it's not necessarily going to be

8  dependent on party or political affiliation or

9  anything like that because you might have someone who

10  only pays attention to some of their constituents in

11  either party, in either race regardless of any of

12  those other factors.  There's going to be a great deal

13  of variability.  Would you agree with that?

14    A.     Yes.

15    Q.     In paragraph five, you state that "I

16  believe that the process of creating the map should

17  have been fairer, including to Black residents of

18  Miami."  Can you explain that statement?

19    A.     I believe that the existing process of

20  creating the map, which, you know, from my perspective

21  was racially gerrymandered, did not adequately

22  represent the voices of Black residents.  My

23  assumption is that if Black residents' voices were

24  heard in the way in which I believe they should have

25  been, then we would not have had a racially

1   gerrymandered map in the beginning.  It would have

2   reflected something along the lines of what, you know,

3   we have put forth in the four maps that have been

4   crafted by the plaintiffs.  And, again, there can be

5   nuances in terms of some of the boundaries within

6   those maps but, you know, the statement is essentially

7   saying that I don't believe that Black voices were

8   represented adequately in the drawing of the lines of

9   the map on the 2022, as well as the remedy in 2023.

10      Q.      Okay.  When you're referencing the Black

11  voices not being heard was that in relation to

12  District 3 or was it in relation to other districts?

13      A.      Miami as a city.  Not just District 3.

14      Q.      Okay.  And so how were Black voters -- I

15  guess, what were Black voters calling for in terms of

16  the drawing of the districts?

17      A.      I think Black voters are consistent in

18  ensuring that districts aren't racially gerrymandered.

19  That's the core message from Black voters.

20      Q.      Were you aware -- let me ask this.

21  District 5 -- District 5 is a district that, I think

22  the parties agree, is required by the Voting Rights

23  Act.  District 5 is a district that is required to be

24  drawn to perform for the Black candidate of choice.

25  The preferred Black candidate.  The Black preferred

```
 1   candidate.  Would you agree with that statement?
 2        A.     I'm unaware of the statutes that govern the
 3   creation of District 5.
 4        Q.     So whether the City or the plaintiffs in
 5   drawing their maps deliberately considered race in the
 6   drawing of District 5, as the voting rights required
 7   of them, that's not anything that you have knowledge
 8   of one way or another?
 9        A.     I do not.
10        Q.     Are you critical of the way the City drew
11   District 5?
12        A.     I have, at this point, no -- I look at
13   the -- you know, primarily the district that I'm in.
14   That's where my primary focus has been.
15        Q.     Okay.  And so going back to District 3,
16   what about the City's drawing of District 3 could have
17   been fairer to Black residents?
18        A.     I believe the maps that we, as the
19   plaintiffs, put forth represent, you know, my input
20   and my perspective, as well as the perspective of
21   other plaintiffs.  So I stand by the maps that we've
22   put forth in terms of that.
23        Q.     And you referenced the input and the
24   perspective that you referenced.  Are you aware of
25   whether the plaintiffs held community meetings to seek
```

Page 52

1   input on the map drawing process?

2       A.      I am.

3       Q.      Did you attend any of those meetings?

4       A.      No.

5       Q.      And I don't mean this to be punchy or

6   something but --

7       A.      Sure.

8       Q.      -- you're not an elected representative,

9   correct?

10      A.      No.

11      Q.      Have you ever thought about running for

12  office?

13      A.      I have.

14      Q.      Are any of the plaintiffs elected

15  representatives?

16      A.      Not that I know of.

17      Q.      Do you know who drew the plaintiffs' maps?

18      A.      I don't believe one individual drew the

19  plaintiffs' maps.

20      Q.      Do you know the individuals that would have

21  been involved with drawing the plaintiffs' maps?

22      A.      Plaintiffs, as well as our counsel.

23      Q.      Do you know if all of those meetings where

24  they had sessions drawing the maps, were they

25  recorded?

Page 53

1       A.      I'm not aware.

2       Q.      Were they noticed and made available to the

3  public so that everybody could understand what you

4  were doing and what you were discussing when you did

5  it?

6       A.      I'm unaware.

7       Q.      What could the City have done to be fairer

8  to Black residents in District 3 in drawing District

9  3?

10      A.      I believe there could have been more

11 outreach to Black residents of the City to get

12 perspective.  You know, prime example is the map that

13 the plaintiffs put forward, you know, and the City

14 came back with a map that was -- didn't seem like a

15 compromise.  It seemed like a very similar map to what

16 was already being provided.  So to me it is almost a

17 validation of my assumption of not taking Black voices

18 seriously into account as the lines are being drawn on

19 the map.

20      Q.      Are you aware that during the first round

21 of redistricting the issue of District 4 going down

22 and taking a little cut of Coconut Grove was a big

23 point of contention?

24      A.      I do recall, yes.

25      Q.      Do you recall that there was an area of the

Page 54

```
 1   west Grove that was included in District 4 that people
 2   were not happy about?
 3        A.     I do recall, yes.
 4        Q.     What's your understanding of the racial
 5   makeup of the west Grove?
 6        A.     My understanding is the west Grove is a
 7   predominantly Black neighborhood.
 8        Q.     And that's one of the, say, few areas where
 9   gentrification hasn't completely displaced the Black
10   population down there; is that correct?
11        A.     I would -- I would say that's correct.
12        Q.     And when the City redrew the lines in 2023,
13   you do see where they included that area of the
14   western Grove back into District 4 -- I'm sorry --
15   District 2, correct?
16        A.     Correct.  Yes.
17        Q.     And so that road actually follows, I
18   believe at that point it might be US-1 or Dixie
19   Highway?
20        A.     Dixie Highway.
21        Q.     So that would be an area where at least the
22   second time around the City listened to the
23   constituents and they included that back in the west
24   Grove, correct?
25        A.     I can't speak for the motivations as to the
```

Page 55

1    amendment of that section of the map, but that part

2    has changed relative to the original map.  That's

3    correct.

4         Q.    Do you think that was a change that the

5    City made for racial reasons?

6         A.    Racial -- define racial reasons in this --

7         Q.    Well, did they move it back in to racially

8    gerrymander the map?

9         A.    The map holistically is racially

10   gerymandered.

11        Q.    Explain that.

12        A.    I already discussed it.  We've talked about

13   data.  We've talked about the preliminary injunction

14   which I know the court of appeals still has to decide

15   on but I think there's reason to believe that -- and

16   the statements that were also articulated by the

17   commissioners as well that are on record, holistically

18   indicate that there was racially gerrymandering

19   associated with the creation of this map -- of the

20   original map and this map being very similar with some

21   small adjustments still very much mirror the map that

22   was originally racially gerymandered.

23        Q.    Have you gone back and watched or reviewed

24   any of the original city commission meetings?

25        A.    No, I have not.

Page 56

```
 1      Q.     How are you aware of what was said at those
 2   meetings?
 3      A.     Because I read statements from those
 4   meetings.
 5      Q.     When you say you've read statements, where
 6   did you read statements?
 7      A.     In Judge Moore's decision from the
 8   preliminary injunction.
 9      Q.     So the basis for your understanding that
10   the City racially gerrymandered the map is reading
11   Judge Moore's opinion?
12      A.     That's not the original because the opinion
13   happened after seeing that those statements are also
14   there as well that indicate the racial gerrymandering
15   based on conversations by commissioners themselves.
16      Q.     I understand that but, I guess, did you
17   read the statements before Judge Moore's ruling?
18      A.     I was aware of the statements.
19      Q.     And how did you become aware of the
20   statements?
21      A.     As a plaintiff and as part of Engage Miami.
22      Q.     Okay.  So was it from reading the amended
23   complaint?
24      A.     I'm using the amended complaint to make my
25   argument.  That's not the first time I understood that
```

1    commissioners had made statements and the statements

2    are written down in Judge Moore's decision.

3         Q.    I understand that they're written down and

4    I understand they're written in the amended complaint

5    but apart from -- and in the original complaint.

6         A.    Yes.

7         Q.    Apart from those three documents, where did

8    you --

9         A.    Like I said, I had conversations with

10   people in Engage and the plaintiffs about those

11   comments as well.

12        Q.    So your understanding of what was said and

13   what was meant is not actually from going back and

14   looking at the full transcript of the hearings.  It's

15   from your conversations with your fellow plaintiffs,

16   it's from reading pleadings that have been filed in

17   this case?

18        A.    Correct.

19        Q.    As it relates to the 2023 plan, were you at

20   the June 14th meeting?

21        A.    The June 14th commission meeting?

22        Q.    Yes.

23        A.    City of Miami?  No.

24        Q.    Did you view that meeting?  Watch the

25   video?

Page 58

1      A.      Watch the video, no.

2      Q.      Did you read the transcript?

3      A.      No.

4      Q.      Is your understanding of what was said at

5    the June 14th meeting related to the 2023 map all

6    derived from either the pleadings, Judge Moore's

7    order, or your conversations with plaintiffs?

8      A.      Yes.

9      Q.      Paragraph six says, "As a resident of the

10   newly enacted city commission District 3, I am

11   concerned that Black residents like me have been

12   categorized and stripped from my district on the basis

13   of our race."  When you say "stripped from my

14   district," what district are you being stripped from?

15     A.      My assumption would be, you know, my

16   preference being in District 2 and being placed in a

17   District 3 was the context around that statement.

18     Q.      Do you know if you get to pick your

19   district as a resident of Miami?

20     A.      No.

21     Q.      Would you agree that the only way to pick

22   your district is buy or rent a residence within that

23   district?

24     A.      I'm sorry.  What was the last part you

25   said?

Page 59

```
 1        Q.     Buy or rent a residence in that district.
 2        A.     Rent a residence.  What's a rent a
 3   residence?
 4        Q.     Rent.  It's a verb.  Buy or rent a
 5   residence in the district.
 6        A.     Yes.
 7        Q.     So if you wanted to be in District 2, you
 8   could rent an apartment in District 2?
 9        A.     I got it.  I understand.  Yeah.
10        Q.     Now, you state that, "Black residents like
11   me have been categorized and stripped from my
12   district."  What category did the city commission put
13   you in?
14        A.     Black resident.
15        Q.     Okay.  And when they put you in District 3,
16   what were they trying to accomplish?
17        A.     I believe by placing the boundaries around
18   District 3 that were indicated on the map that there
19   was racial intent behind the creation of that
20   district.
21        Q.     I understand racial intent but what I'm
22   asking is, what were they trying to accomplish?  Were
23   they trying to make District 2 less Black by putting
24   you in District 3 or were they trying to make District
25   3 more Black by putting you in District 3?
```

Page 60

1      A.     I can't speak for the exact nuance of 2

2    versus 3.  All I know, from my perspective, is that

3    because there was racial intent associated with the

4    creation of that district, which in my opinion dilutes

5    the power of Black voters in the City of Miami, that's

6    why the statement was provided in the declaration.

7      Q.     Now you said something different that I'll

8    need to ask you about.  You mentioned that it dilutes

9    the Black voting power in the districts.  How does it

10   do that?

11     A.     Racial gerrymandering by definition does

12   that.

13     Q.     You're in District 3.  Before the maps were

14   drawn, do I understand correctly that you were in

15   District 2?

16     A.     I believe I was in District 3.

17     Q.     So before the districts were drawn you were

18   still in District 3?

19     A.     Correct.

20     Q.     Other than District 2, is there any other

21   district that you would conceivably naturally fall

22   into?

23     A.     No.

24     Q.     Okay.  Do you know what the Black voting

25   age population is in District 2?

Page 61

1        A.      I do not.

2        Q.      Do you know if you were included in

3   District 2 that there would be a significant boost to

4   the Black voting age population in District 2?

5        A.      Can you repeat that?  I'm sorry.

6        Q.      Sure.  Well, let me ask it this way.  Do

7   you know if there is generally in the Brickell area

8   sufficient Black population that if they put them in

9   either District 3 or District 2 that they would change

10  the Black voting age performance for either of those

11  districts?

12       A.      Off the top of my head I'm not aware

13       Q.      And I think earlier you indicated that, at

14  least based upon your observation walking around

15  Brickell and living in the area, being familiar with

16  the general racial makeup, Hispanics and whites make

17  up the vast majority of the residents in that area,

18  correct?

19       A.      Based on my observations, yes.

20       Q.      It's fair to say that you in that area are

21  a minority living in Brickell?

22       A.      Yes.

23       Q.      Are you aware that the City of Miami has

24  approximately 70 percent -- 17 percent Black voting

25  age population within the city limits?

Page 62

```
 1      A.      I'd read a number but I couldn't recall but
 2   that sounds...
 3      Q.      Are you aware that a vast majority of those
 4   residents actually live in the geography that is
 5   placed in District 5?
 6      A.      I am not aware of that, no.
 7      Q.      Are you aware that the City of Miami has
 8   roughly a 70 percent voting age population for
 9   Hispanics?
10      A.      I was not aware of the exact number.
11      Q.      Roughly 14 percent for white voting age
12   population within the city limits?
13      A.      I wasn't aware of that number.
14      Q.      So none of those numbers affect your view
15   of the racial makeup of how the district might
16   actually look if you actually had the numbers?
17      A.      No.
18      Q.      So at least as it relates to being
19   categorized and stripped from the district, you have
20   no understanding or no idea what the City might have
21   been trying to accomplish by doing that?
22      A.      I know based on, again what I said earlier,
23   the intention of the City to racially gerrymander my
24   district as well as the districts beyond my district.
25      Q.      When you say, "stripped from my district,"
```

Page 63

1    and you were in District 3 before, and you are in

2    District 3 now, can you explain like where are you

3    being stripped from?

4         A.    Again, I think that for me in the

5    redistricting, because obviously over time

6    demographics change and whatnot, I believe that

7    personally I should have been in District 2.  And by

8    being placed in District 3, you know, in the context

9    of the creation of the map more generally I believe

10   that it was done with racial intent.

11        Q.    But your basis for understanding, you know,

12   the changes in demographics, that only picks up from

13   about 2021, right, when you moved here?

14        A.    Sure.

15        Q.    You haven't looked historically back as to,

16   you know, how those districts were configured, whether

17   they've always been configured that way or not,

18   correct?

19        A.    Correct.

20        Q.    In paragraph eight, you say, I am concerned

21   that the commission map splits my neighborhood,

22   Brickell, along racial lines between Districts 2 and

23   District 3.  Going back to the maps that we were just

24   looking at, looking at District 3, which lines are

25   being drawn and what race is on the side of each line

Case 1:22-cv-24066-KMM Document 130-5 Entered on FLSD Docket 11/10/2023 Page 64 of 126

Page 64

1  in terms of splitting Brickell there?

2      A.    Can you repeat that question?  I was

3  looking at --

4      Q.    Sure.  Let's start with which lines split

5  Brickell along racial lines.

6      A.    I mean the line that -- the line that's in

7  Brickell.  There's only one line.

8      Q.    Is it just the fact that Brickell is split

9  that it's split along racial lines?

10     A.    District 3 -- again, it's not just Brickell

11  but it's being in District 3 versus District 2.  So

12  the split of Brickell, you know, where it is and then

13  creating a District 3 with that part of Brickell

14  within it, you know, is a racial gerrymander relative

15  to me being in District 2 and that line being there.

16     Q.    But in your statement, though, you say that

17  splits my neighborhood, Brickell, along racial lines

18  between District 2 and District 3.

19     A.    Right.  Because district -- sorry.

20     Q.    The way that I read that is that the City

21  is drawing a line and there are people on one side of

22  the line that are one race and people on the other

23  side of the line that are a different race and that

24  they're doing that deliberately to keep those races

25  separate.  Is my understanding of what you mean by

Page 65

1    that statement correct or incorrect?

2         A.    It's incorrect.

3         Q.    Okay.  Explain to me, then, what you mean

4    by that statement.

5         A.    So District 2 and District 3 comprise not

6    just of Brickell but of other parts of the City of

7    Miami.  So the statement is essentially saying that

8    within the Brickell neighborhood where the boundary

9    occurs, that within my part of Brickell plus District

10   3, is racially gerrymandered relative to the other

11   part of Brickell with the totality of District 2.

12        Q.    What is your understanding of why the City

13   had to redraw the lines in the first place?

14        A.    My understanding is that there is a

15   redistricting process that occurs on a specific

16   cadence.

17        Q.    Is it something that they always have to do

18   or is it something that is required when there's a

19   particular event?

20        A.    That I'm not sure of, if there's any

21   specific events.  My understanding is that there is a

22   specific cadence that redistricting does take place.

23   I'm not exactly sure if there's any sort of ad hoc

24   event that would necessitate a redistricting.

25        Q.    So when it comes to a government's

1    obligation to draw new district lines, are you aware

2    that there are requirements under the Unites States

3    Constitution that require under the equal protection

4    clause that districts be redrawn after the census to

5    provide for the one person, one vote requirement?

6        A.    I don't have a lot of understanding of the

7    law but I believe that that's the case to my

8    understanding.

9        Q.    And the idea being that, theoretically, if

10    a city never redistricted and they had huge population

11    shifts, you might have one district with 20 people,

12    one district with 100 people, and the people with the

13    ten-person district their vote counts more than the

14    people with the hundred-person district.  Does that

15    make sense?

16        A.    That does make sense, yes.

17        Q.    Are you aware after the 2020 census which

18    of the City's districts were overpopulated and which

19    of the City's districts were underpopulated?

20        A.    I'm unsure of the districts that were under

21    and overpopulated.

22        Q.    Would it surprise you if District 2 was the

23    only district that was overpopulated?

24        A.    No.

25        Q.    Why is that?

Page 67

```
 1        A.      Look at the skyline.

 2        Q.      There's a lot of building going on?

 3        A.      Yes.

 4        Q.      In paragraph nine, you say, "The border

 5   between Districts 2 and 3 is just a block and a half

 6   to the east of my apartment.  In my view it is more

 7   logical to keep all of my Brickell neighbors together

 8   in one district because our neighborhood has

 9   common issues of being an urban, dense,

10   transit-oriented, coastal neighborhood that can more

11   sensibly be served by a single commissioner."  Would

12   you agree that on some level the lines have to go

13   somewhere?

14        A.      Yes.

15        Q.      And if there's a constraint of trying to

16   keep generally population equal amongst the districts,

17   some neighborhoods might have to be split?

18        A.      Yes.

19        Q.      Would you also agree that some

20   neighborhoods might actually benefit from having more

21   than one commissioner represent them?

22        A.      There could be some benefits, yes.

23        Q.      So if a neighborhood has two commissioners

24   that represent them and they're both zealous advocates

25   for them, that's two of the three votes they need to
```

1    get a majority in the city commission, correct?

2        A.      Potentially, yes.

3        Q.      In paragraph ten, you say -- do you have

4    any reason to believe that that would not be the case

5    for Brickell?

6        A.      To --

7        Q.      Let me back up.  Forget the mixing of two

8    different questions.

9        A.      Sure.

10       Q.      Going back to what we were discussing

11   before, do you have any reason to believe that if

12   Brickell is represented by two commissioners, in this

13   case a commissioner from District 3 and District 2,

14   that they wouldn't have at least one commissioner

15   zealously representing them?

16       A.      If there are two commissioners that -- I

17   just want to make sure I understand the question.  If

18   there's two commissioners that are representing

19   Brickell, do I assume that one of those commissioners

20   would be like zealously supporting --

21       Q.      Do you have any reason to believe that at

22   least one of them would not be?

23       A.      At least one of them would not be?

24       Q.      Yes.

25       A.      It's possible.

Page 69

1       Q.      Possible but --

2       A.      It's possible.

3       Q.      And it's possible that both commissioners

4   could zealously represent them and Brickell might be

5   doing really well in terms of the needs that address

6   an urban, dense, transit-oriented coastal

7   neighborhood's particular problems?

8       A.      Possible.  Yes.

9       Q.      In paragraph ten, you say, "I am also

10  concerned that District 3 is predominantly driven by

11  racial considerations that are not geared toward fair

12  representation for minority residents."  Which

13  minority residents are you talking about?

14      A.      In this case Black residents specifically.

15      Q.      How would it make it more fair for Black

16  residents?  I guess, what would be your solution to

17  the City's map?  Is it the plaintiffs' maps?

18      A.      Correct.  Yes.

19      Q.      In paragraph 11, you say, "I believe that

20  the racial classification of voters in the commission

21  map prevents fair representation on the city

22  commission."  What do you mean by that statement?

23      A.      As I said previously, racial gerrymandering

24  by definition dilutes the power of the racial groups

25  that they are gerrymandering.  So in this case if

Page 70

1    there's a racial gerrymandering that is taking place,

2    which we believe that there is, then it follows that

3    we would not have a fair representation on the city

4    commission.

5        Q.    Okay.  When you're talking about dilution,

6    that means that one group of voters are being placed

7    into a particular district and they are making it such

8    that their voice, which would make a difference in the

9    other district, is being diluted.  Do you agree with

10   that general definition?

11       A.    Yes.

12       Q.    So my question is, with the way the City

13   drew District 3, what district are the Black voters

14   being stripped from that they would have an impact on

15   that they're now being deprived of?

16       A.    I'll go back to my answer.  The maps that

17   we put together, you know, all four of those options

18   reflect our perspective of how Black power -- or Black

19   voting power, rather, would not be diluted.

20       Q.    Mr. Johnson, I am now going to show you

21   Exhibit 8234.

22              (Thereupon, Plantiffs' Map 1 was received

23         as Defendant's Exhibit 8234 for identification.)

24              THE WITNESS:  Thank you.

25   BY MR. LEVESQUE:

Page 71

1        Q.     Mr. Johnson, do you recognize that

2   document?

3        A.     Yes.

4        Q.     Did you review and approve this document

5   before it was shared with the city commission?

6        A.     I can't remember the timing, but I did

7   approve this document, yes.

8        Q.     Did you have input into this document?

9        A.     Provided my perspective, yes.

10       Q.     Did you like the way they drew Brickell in

11   this map?

12       A.     Yes.

13       Q.     Do you see where they split the town of

14   Edgewater?

15       A.     Yes.

16       Q.     Would you agree that there are

17   neighborhoods that are not kept whole in this

18   district?

19       A.     With the assumption that the boundaries of

20   Edgewater are represented by the text there, then,

21   yes, it does seem that -- at least for that

22   neighborhood there is some splitting of them.

23       Q.     Are you aware that plaintiffs' maps unite

24   an area of West Miami that has never been joined in

25   single member districts?

Page 72

```
 1      A.      I'm not familiar with previous maps of
 2 Miami so I'm unaware of that.
 3      Q.      I'm going to ask you to briefly take a look
 4 at what we're going to mark as Defendant's Exhibit
 5 2480.
 6              (Thereupon, 1997 Plan was received
 7          as Defendant's Exhibit 2480 for identification.)
 8      Q.      I'll represent to you that this is the
 9 first redistricting plan that was originally drawn by
10 the city commission back in 1997.
11      A.      Okay.
12      Q.      And you can see in that area of western
13 Miami Flagami is split between District 1 and District
14 4.  And even if you look back at the City's most
15 recent plan, that first page --
16      A.      Yes.
17      Q.      -- you see that that area of Flagami is
18 still split between District 1 and District 4.
19      A.      Yes.
20      Q.      Do you believe that community input is
21 important for a city commission to listen to?
22      A.      Yes.
23      Q.      Would you agree that a lot of times when
24 people come and speak before the City sometimes there
25 might be constituents who are advocating for things
```

Page 73

1  that are at odds?

2      A.      Yes.

3      Q.      Are you aware of anyone who came forward

4  and requested that Flagami should be united into one

5  district?

6      A.      I can't recall.

7      Q.      Do you know why in every version of the

8  plaintiffs' map they kept Flagami whole in one

9  district?

10     A.      I can't recall the exact rationale for --

11  what is this, District 4?

12     Q.      Yes.

13     A.      For that specifically.

14     Q.      Have you looked at or studied any of the

15  racial statistics for any of the plaintiffs' plans?

16     A.      Yes.  I believe the -- what I had mentioned

17  earlier that -- I still can't remember the expert's

18  name.  I believe that same expert did evaluate the

19  demographical data with the maps that we had provided.

20     Q.      Are you referring to Dr. Moy or Dr. Abott?

21     A.      I believe it was Dr. Abott but I can't a

22  hundred percent recall the name.

23     Q.      What is your understanding of the either --

24  for lack of a better term -- the goal or the

25  philosophy or the theory behind plaintiffs' Map 1?

Page 74

1      A.      The philosophy is to, number one, keep

2   constrained geographical areas and then also not

3   racially gerrymandering the city.

4      Q.      Are you aware that the city commission

5   publicly discussed the criteria that they wanted their

6   map drawer to follow?

7      A.      I do recall -- let me ask a follow-up

8   question, just to make sure I'm understanding.  In

9   regards to the remedy map -- the 2023 map?

10     Q.      No.

11     A.      The 2022?

12     Q.      I'm referring to initially when the City

13  first started out on this little journey they passed a

14  resolution or adopted a resolution that specifically

15  directed the map drawer to consider certain criteria.

16     A.      I can't recall.

17     Q.      And is that you can't recall if they did it

18  or you can't recall --

19     A.      No.  I can't recall --

20     Q.      -- the specific criteria?

21     A.      Yeah.  The specific criteria.

22     Q.      All right.  I'm going to show you what

23  we're going to mark as Defendant's Exhibit 8235.

24              (Thereupon, Plaintiffs' Map 2 was received

25         as Defendant's Exhibit 8235 for identification.)

1          THE WITNESS:  Thank you.

2    BY MR. LEVESQUE:

3          Q.     Mr. Johnson, do you recognize that map?

4          A.     Yes, I do.

5          Q.     And in looking at that map, you would

6    recognize that there are still neighborhoods that are

7    being split, correct?

8          A.     Yes.

9          Q.     And, in fact, in this map Brickell gets

10   split, does it not?

11         A.     It does, yes.

12         Q.     And in this map are you in District 3?

13         A.     Yes, I am.

14         Q.     But they keep Coconut Grove whole, correct?

15         A.     It does, yes.

16         Q.     There were a lot of people that requested

17   that, correct?

18         A.     Yes.

19         Q.     In the community meetings what is your

20   understanding of how many community meetings that the

21   plaintiffs and others conducted related to getting

22   input on their plans?

23         A.     I cannot recall the exact number.  I

24   believe there was at least two or three.

25         Q.     Are you aware of any that occurred in any

1    of the three Hispanic super majority districts?

2         A.    I am unaware.

3         Q.    Are you aware of a reason why they wouldn't

4    have included meetings in any of the three Hispanic

5    districts?

6         A.    I don't know.

7         Q.    In drafting plaintiffs' plans, would you

8    agree that the most significantly revised districts

9    are the three Hispanic districts?

10        A.    When you say the majority of the Hispanic

11   districts, are you saying Districts 1, 3, and 4?

12        Q.    Yes.

13        A.    Yes.

14        Q.    And District 2 and District 5 are certainly

15   not exactly as they were and there are changes

16   throughout the plaintiffs' maps, I'll certainly

17   concede, but as we make our way to Map 4, they're

18   starting to look more and more like the original

19   districts.  Would you agree?

20        A.    The plaintiffs' Map 4?

21        Q.    Yes.  As we work through that process.

22   We're not there yet --

23        A.    Okay.  I want to make sure I didn't miss

24   anything.

25        Q.    If you want to wait to answer that, just

1  tell me.  That'd be fine.

2      A.    That would be -- yeah.  That would be more

3  helpful if I can take a look.

4      Q.    You at least recognize in this particular

5  map District 2 doesn't take Silver Bluff like it did

6  in plan one?

7      A.    Correct.  Yes.

8      Q.    But it does come further down so that

9  District 5 and District 1 take up more of the coast,

10 correct?

11     A.    Yes.

12     Q.    In fact, are you aware of whether District

13 1 has ever run all the way to the coast?

14     A.    1997 does not have it running up to the

15 coast.  That's the only other map that I would have

16 knowledge of.

17     Q.    So at least as far as you're aware, you are

18 not aware of any other map that has it?

19     A.    No.  I'm not aware.

20     Q.    Would you agree that some of the coastal

21 areas have very different issues than some of the more

22 inland communities?

23     A.    Yes.

24     Q.    Now I'm going to ask you, Mr. Johnson, if

25 you could look at plaintiffs' map 8236.  I'm sorry;

1   Defendant's Exhibit 8236.

2            (Thereupon, Plaintiffs' Map 3 was received

3            as Defendant's Exhibit 8236 for identification.)

4            THE WITNESS:   Thank you.

5      Q.     Do you recognize this map?

6      A.     Yes.

7      Q.     Do you know who or what group drew this

8   map?

9      A.     Similar to the maps before, in

10  conjunction -- plaintiffs in conjunction with counsel.

11     Q.     This particular map, do you know what

12  prompted it?

13     A.     I can't recall the specific details.

14     Q.     Do you recall whether there was a little

15  bit of consternation that was expressed because the

16  plaintiffs' first two maps did not include

17  historically Black Overtown in District 5?

18     A.     I believe there was, to my recollection,

19  conversation around Overtown, keeping it in one

20  district.

21     Q.     When you say there was a conversation, who

22  was a part of that conversation?

23     A.     The plaintiffs.  I can't recall the exact

24  members.  The plaintiffs.

25     Q.     Do you recall hearing anything about either

Page 79

1    members of the Black community that live in Overtown

2    or the commissioner of District 5 objecting to the way

3    the plaintiffs' maps 1 and 2 were drawn?

4         A.    I vaguely remember a conversation that

5    cited the district's comments but I can't recall the

6    full nature of that conversation.

7         Q.    And you see in this plan they still keep

8    Flagami whole?

9         A.    Yes.

10        Q.    And you have no idea why they did that?

11        A.    Again, I can't recall the exact details

12   around Flagami being kept whole, no.

13        Q.    Would it seem unusual to keep an area -- or

14   to draw an area into one district that has never been

15   that way and it's not being done for population

16   reasons?

17             MS. MCNAMARA:  Objection to form.  You can

18        answer.

19             THE WITNESS:  No.

20   BY MR. LEVESQUE:

21        Q.    I am now going to show you what we are

22   going to mark as Defendant's Exhibit 8237.

23             (Thereupon, Plaintiffs' Map 4 was

24        received as Defendant's Exhibit 8237 for

25        identification.)

Page 80

1     Q.    Mr. Johnson, have you seen this document

2   before?

3     A.    Yes.

4     Q.    And this was presented to the Court as the

5   plaintiffs' preferred plan; is that correct?

6     A.    Yes.

7     Q.    Of the four plans that were proffered to

8   the Court as the preferred plan, which plan did you

9   prefer most?

10    A.    Personal preference was map 1.

11    Q.    Okay.  What is your understanding of the

12  areas of Overtown?

13    A.    My understanding -- clarify.

14    Q.    Sure.  Do you have any understanding of the

15  borders of Overtown, where they are?

16    A.    I don't know the exact borders, no.

17    Q.    And in this plan they still stuck you in

18  Brickell, didn't they?

19    A.    Yes.

20    Q.    District 3?

21    A.    Yes.

22    Q.    Would you agree that the configuration of

23  Districts 2 and 5 here are generally pretty similar to

24  Districts 2 and 5 in the 2013 plan?

25    A.    I don't believe I have the 2013.

Page 81

1    Q.     You don't.  But I can fix that because I
2    think what you need is one more map.
3    A.     One more map.  I'll see maps in my sleep
4    now.
5              MR. LEVESQUE:  We're going to mark this as
6        Defendant's Exhibit 2482.
7                (Thereupon, 2013 Plan was received as
8            Defendant's Exhibit 2482 for identification.)
9    Q.     Okay.  This is the 2013 plan.  Comparing
10   the plaintiffs' map to the 2013 plan, would you agree,
11   and I'll stipulate they are not identical, but,
12   generally speaking, you've got two similar districts?
13   A.     Yeah.  Broadly speaking.
14   Q.     Broadly speaking, District 5 and District
15   2, if you treat them as a whole, are pretty similar
16   with probably differences around the bottom, you know,
17   there in District 2 in Coconut Grove and north with
18   the Golden Pines area and then some of the way that
19   the downtown area is handled with District 1, District
20   5, and District 2 there, correct?
21   A.     Yes.
22   Q.     But what is not the same as the plaintiffs'
23   map and the 2013 plan is the configuration of the
24   Hispanic districts, correct?
25   A.     Yes.

Page 82

1    Q.    And, in fact, in every single one of the
2    plaintiffs' plans, whether it's plaintiffs' 1, 2, 3,
3    or 4, those three Hispanic districts are significantly
4    reworked; would you agree?
5    A.    Yes.  There is definitely a difference
6    between 2013 and Map 4 regarding those districts, yes.
7    Q.    Is it your position that because of the
8    racial or ethnic makeup, that those districts had to
9    be redrawn that way?
10   A.    Yes.
11   Q.    Is it your position that when those
12   districts were redrawn, the racial and ethnic makeup
13   was going to be significantly different?
14   A.    I'm sorry.  Can you repeat that question?
15   Q.    Is it your position that the racial and
16   ethnic makeup of plaintiffs' plans was intended to
17   alter Districts 1, 3, and 4?
18   A.    The intention of the plaintiffs' plans is
19   to create five districts that are not racially
20   gerrymandered.
21   Q.    The City's three districts all have super
22   majority Hispanic districts in both the 2022 plan and
23   the 2023 plan.  Is it your position that because they
24   have super majority Hispanic districts they're
25   racially gerrymandered?

Page 83

1      A.     Super majorities in and of themselves don't

2   a hundred percent indicate racial gerrymandering.

3      Q.     How many -- you said not a hundred percent.

4   90 percent?  How far does a super majority Hispanic

5   district get you for those three districts?

6      A.     Racial gerrymandering is not just in the

7   context of super majority of Hispanic voters.  It's

8   also statements that have been made and intentions

9   behind the creation of those districts as well.

10      Q.     Would you agree that there were statements

11   made for the 2022 plan and there were statements made

12   for the 2023 plan?

13      A.     Yes.

14      Q.     They weren't the same.  Would you agree

15   with that?

16      A.     Verbatim weren't the same.  Like there's

17   statements that were made before 2022 that aren't

18   verbally identical to 2023, but there are still

19   racially motivated statements in both -- preceding the

20   creation of both of those maps.

21      Q.     As we sit here today, are you able to

22   identify any racially motivated statements that you

23   would point to as a basis for your claims for the 2023

24   plan?

25      A.     I can't recall off the top of my head.

Page 84

1              MR. LEVESQUE:  If we take about a

2       seven-minute break, I might be done.

3              MS. MCNAMARA:  Okay.  That works.

4              (Thereupon, a brief recess was had from

5         4:21 p.m. - 4:30 p.m..)

6              MR. LEVESQUE:  We can go back on the

7       record.  Mr. Johnson, I don't have any more

8       questions at this time.

9              THE WITNESS:  Okay.

10             MS. MCNAMARA:  I don't have very many

11      questions.  But I have non-zero number of

12      questions.

13                   CROSS-EXAMINATION

14   BY MS. MCNAMARA:

15      Q.     So you testified earlier that you liked the

16   P1 map the most of all the maps for you personally.

17      A.     Yes.

18      Q.     And what about it do you like the most?

19      A.     It's the only one that keeps me in my

20   preferred -- well, places me in my preferred district

21   of District 2.

22      Q.     And that's District 2.  Let's say they kept

23   all the districts the same but just redistributed the

24   numbers and so, let's say -- it doesn't matter but

25   we'll use P1.  Let's say that we just decided in this

Page 85

1    map that the green district is actually D5 and maybe

2    the yellow district is D2, and the other three or

3    whatever, would the actual numbers attached to it

4    impact your view of what district you're in?

5         A.    No.

6         Q.    It's about the contents of the district,

7    not the label?

8         A.    Correct.  Yes.

9         Q.    What else -- other than the fact that

10   Brickell where you live is unified in the plaintiffs'

11   Map 1 for District 2, what else do you like about it?

12        A.    Well, I think, you know, as we talked about

13   in terms of the spirit of all four maps being not

14   intentionally -- or there's no intention of racial

15   gerrymandering at all and keeping those neighborhoods

16   together are also things that stand out.

17        Q.    Now, let's just say hypothetically, instead

18   of living in Brickell that you live in Natoma Manors.

19        A.    Uh-hum.

20        Q.    Would you still think that P1 is the best

21   district for someone who lives in Natoma Manors --

22   P1's D2 -- I'll just -- I messed that up enough.  I'll

23   restart.

24        A.    It's okay.

25        Q.    Let's say you lived in Natoma Manors --

1      A.     Yes.

2      Q.     -- instead of in Brickell.

3      A.     Okay.

4      Q.     Would you still be happy with the way that

5  the districts are drawn such that Natoma Manors is

6  within District 2 along with all of Brickell and

7  everything else that's in District 2 on this P1 map?

8      A.     I believe so, yes.

9      Q.     Do you think, of the maps you've looked at,

10 that the Natoma Manors section of District 2 makes the

11 most sense in the P1 map or in one of the other maps,

12 however they're drawn?  And you can look at all the

13 maps if you want.

14     A.     And the question is -- to clarify, the

15 question was whether or not Natoma Manors makes sense

16 to be placed in District 2 in all the maps?

17     Q.     Well, I mean, if you looked at all of these

18 maps --

19     A.     Uh-hum.

20     Q.     -- and you lived in Natoma Manors --

21     A.     Right.

22     Q.     -- which one would you think is the best

23 one -- and it's based on the fact that you're living

24 there and that's why you --

25            MR. LEVESQUE:  Object to form.

Page 87

```
 1        Q.      -- that's why you prefer that one.
 2        A.      So which of the maps I would prefer to be
 3   in -- would prefer if I lived in Natoma Manors?  Is
 4   that the question?
 5        Q.      Well, let me -- here's a shorter
 6   question --
 7        A.      Sorry.
 8        Q.      -- that's probably easier.
 9        A.      Okay.
10        Q.      If you lived in Natoma Manors rather than
11   Brickell --
12        A.      Yeah.
13        Q.      -- would P1 still be your preferred map out
14   of all the maps?
15        A.      Speaking hypothetically, yes.
16        Q.      Can you look at, I believe, it's D 77.
17   That's the 2023 map.  Is Natoma Manors in District 3
18   in this map?
19        A.      I have to make sure I remember where it
20   actually is.  Hold on.  It does not look to be.  Maybe
21   I'm -- it's not labeled so maybe I'm --
22        Q.      If I were to represent to you that the
23   bottom little foot of the green section that says like
24   Tigertail Avenue and Bayshore Drive --
25        A.      Yeah.  Yeah.
```

Page 88

1        Q.      -- that that is Natoma Manors.

2        A.      In this one it's District 3.

3        Q.      Okay.  So it looks to me as if both in

4    plaintiffs' Map 1 and in the 2023 map, that both your

5    residence in Brickell and Natoma Manors are in

6    District 3?

7        A.      Correct.  No.  Sorry.  It's 2.

8        Q.      Let me rephrase that.  Both your

9    neighborhood in Brickell -- your residence in

10   Brickell --

11       A.      Yes.

12       Q.      -- and Natoma Manors are in the same

13   district in both the 2023 map and in plaintiffs' Map

14   1?

15       A.      Yes.  Correct.

16       Q.      Which district between the 2023 map and

17   plaintiffs' Map 1 do you think better represents

18   Natoma Manors and Brickell if you just considered them

19   and, I guess, the part that connects them?

20       A.      Sure.  I would say plaintiffs' Map 1.  I'm

21   just trying to understand the question.  I think I

22   understand it.  I just --

23       Q.      I'm thinking if I want to ask more

24   questions beyond that.

25               Do you think that the preference of

Page 89

```
 1   districts depends on the location or on the person who
 2   lives at that location for determining that person's
 3   preference?
 4        A.    Does the preference for the district depend
 5   on the location or --
 6        Q.    I can --
 7        A.    I just feel like I'm in a very hypothetical
 8   space so it's really hard for me to, like, navigate
 9   it.
10        Q.    You said that if you lived in Natoma
11   Manors --
12        A.    Yeah.
13        Q.    -- you would most prefer the P1 that is in
14   District 2 which also happens to include where you
15   currently live in Brickell?
16        A.    Yes.  And I'm probably biased because I'm
17   currently living in Brickell so it's really hard for
18   me to...
19        Q.    Do you think that any person randomly
20   picked who lived in Natoma Manors would feel the same
21   way or do you think that, depending on who the person
22   is who lives in Natoma Manors, they might have
23   different opinions about whether they liked P1 versus
24   the 2023?
25             MR. LEVESQUE:  Object to form.
```

Page 90

```
 1              THE WITNESS:  It's possible that there may
 2        be a difference of opinion there.
 3   BY MS. MCNAMARA:
 4        Q.     But for you there wouldn't be?
 5              MR. LEVESQUE:  Object to form.
 6              THE WITNESS:  Based on the map as it
 7        exists, the plaintiffs' Map 1, hypothetically, I
 8        don't know if I would have an issue with this map
 9        if I lived in Natoma Manors.
10   BY MS. MCNAMARA:
11        Q.     Do you know anybody who lives in Natoma
12   Manors?
13        A.     No, I don't.
14              MS. MCNAMARA:  No further.
15                 REDIRECT EXAMINATION
16   BY MR. LEVESQUE:
17        Q.     Mr. Johnson, you were asked about which
18   version of the maps make the most sense to you.
19        A.     Uh-hum.
20        Q.     And you indicated plaintiffs' version --
21   plaintiffs' plan one made the most sense to you; is
22   that correct?
23        A.     Made the most -- that's the preferred -- I
24   recall being asked the preferred map and I said, yes,
25   plaintiffs' Map 1.
```

```
 1      Q.     But I think in the context of
 2   identifying -- well, I think you also indicated that
 3   plaintiffs' plan one would better represent Brickell
 4   and Natoma Manors.  Did I understand that correctly?
 5      A.     My recollection was, in response to the
 6   question is, if I hypothetically were a resident of
 7   Natoma Manors would I be comfortable with the way in
 8   which plaintiffs' Map 1 was drawn and I,
 9   hypothetically, said yes.
10      Q.     What makes Brickell and Natoma Manors ideal
11   areas that should be united in one district?
12      A.     What makes -- what makes Brickell and
13   Natoma Manors ideal to be --
14      Q.     In the same district.
15      A.     You know, I -- I don't have all the details
16   in terms of all the characteristics of Natoma Manors
17   and Brickell.  Again, I know that the spirit of this
18   map was created to both create constrained
19   geographical areas as well as, you know, ensure that
20   these areas are not racially gerrymandered.  So that
21   is the extent at which I understand and as long as
22   that is the intent of this map -- you know, being in
23   Natoma Manors with that being the intent of the map
24   being drawn illustrates the reason why I answered the
25   question the way I did.
```

1     Q.     And when you talk about the intent of the

2   map, one of the things that you've been critical of

3   the City are public statements about why they were

4   drawing the maps or public statements describing three

5   Hispanic districts, a Black district, and an Anglo

6   district?

7     A.     Sure.

8     Q.     You would agree that when the plaintiffs

9   drew their plans, the public wasn't present, there was

10  nobody recording --

11    A.     Sure.

12    Q.     -- nobody knows what the plaintiffs were

13  thinking --

14    A.     Sure.

15    Q.     -- and, at least at this point in time,

16  with one more day of discovery -- two more days of

17  discovery left, there's nobody that is testifying

18  about how they did anything when it comes to the

19  thought processes and what was considered --

20    A.     Sure.

21    Q.     -- for drawing the plaintiffs' plans?

22  Would you agree with that?

23    A.     Yes.

24           MR. LEVESQUE:  That's all.

25           MS. MCNAMARA:  All right.

Page 93

1              MR. LEVESQUE:  Read or waive?

2              MS. MCNAMARA:  Read.

3              MR. LEVESQUE:  And we'll take a copy.

4              THE COURT REPORTER:  And, Ms. McNamara, do

5     you want a copy?

6              MS. MCNAMARA:  I will want a copy.

7              THE COURT REPORTER:  Okay.  Thank you.  We

8     are off the record.

9         (Thereupon, the taking of the

10    deposition was concluded at 4:42 p.m.

11    Signature and formalities were not waived.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                    Page 94

 1            CERTIFICATE OF OATH WITNESS
 2    STATE OF FLORIDA      )
      COUNTY OF MIAMI-DADE )
 3
 4        I, the undersigned authority, certify that
 5    JARED A. JOHNSON personally appeared before me on
 6    October 18, 2023 and was duly sworn.
 7        WITNESS my Hand and Official Seal this
 8    2nd day of November, 2023.
 9
10
11
12                    BEATRIZ VALDES-PRIETO
                      Notary Public - State of Florida
13                    Commission No. HH 005266
                      Expires 6-23-2024
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 95

1          REPORTER'S DEPOSITION CERTIFICATE
2  STATE OF FLORIDA:
                        SS.
3  COUNTY OF DADE:
4
          I, BEATRIZ VALDES-PRIETO, Florida Professional
5
   Reporter and Notary Public in and for the State of
6
   Florida at Large, do hereby certify that I was
7
   authorized to and did stenographically report in
8
   shorthand the deposition of Jared A. Johnson, a
9
   witness called by the defendant in the above styled
10
   cause; that the reading and signing of the deposition
11
   were not waived by the witness; that the foregoing
12
   pages, numbered from 1 to 93, inclusive, constitute a
13
   true and complete record of my stenographic notes.
14
          I further certify that I am not a relative,
15
   employee, attorney or counsel of any of the parties,
16
   nor am I a relative or employee of any of the parties'
17
   attorney or counsel connected with the action, nor
18
   financially interested in the action.
19
          Dated this 2nd day of November, 2023.
20
21
22                    
23          BEATRIZ VALDES-PRIETO,
            Florida Professional Reporter
24
25

Page 96

```
 1              VERITEXT LEGAL SOLUTIONS
                   One Biscayne Tower
 2        2 S. Biscayne Boulevard - Suite 2250
                  Miami, Florida 33131
 3
        November 2, 2023
 4
        TO:  Mr. Jared Johnson
 5           c/o Caroline McNamara, Esq.
             ACLU
 6           4343 West Flagler Street
             Suite 400
 7           Miami, FL 33134
             cmcnamara@aclufl.org
 8
        Re:  Grace, Inc., et al. vs. City of Miami
 9      Deposition of: Jared A. Johnson
        Taken: October 18, 2023
10      Veritext Job Number:  6162475
11          The above-referenced transcript is available
        for review.
12          Mr. Johnson should read the testimony to
        verify its accuracy.  If there are any changes,
13      Mr. Johnson should note those with the reason on
        the attached Errata Sheet.
14          Mr. Johnson should, please, date and sign the
        Errata Sheet and e-mail to the deposing attorney
15      as well as to Veritext at Transcripts-
        fl@veritext.com and copies will be e-mailed to
16      all ordering parties.
            It is suggested that the completed errata be
17      returned 30 days from receipt of testimony, as
        considered reasonable under Federal rules*;
18      however, there is no Florida statute to this
        regard.
19          If the witness fails to do so, the transcript
        may be used as if signed.
20
21                   Yours,
22                   Veritext Legal Solutions
23
24           *Federal Civil Procedure Rule 30(e)/Florida
25            Civil Procedure Rule 1.310(e).
```

Page 97

1    Re:  Grace, Inc., et al. vs. City of Miami
     Deposition of: Jared A. Johnson
2    Taken: October 18, 2023
3             E R R A T A   S H E E T
4    PAGE_____ LINE_____ CHANGE_____
5    _____
6    REASON_____
7
     PAGE_____ LINE_____ CHANGE_____
8

9    _____

     REASON_____
10
11   PAGE_____ LINE_____ CHANGE_____
12   _____
13   REASON_____
14   PAGE_____ LINE_____ CHANGE_____
15   _____
16   REASON_____
17
     PAGE_____ LINE_____ CHANGE_____
18

19   _____

     REASON_____
20
21   PAGE_____ LINE_____ CHANGE_____
22   _____
23   REASON_____
24
25

**[& - 32301]**

| & |
|---|
| **&**   9:15 |

| **0** |
|---|
| **005266**   94:13 |

| **1** |
|---|

**1**   3:9 28:9 54:18
70:22 72:13,18
73:25 76:11
77:9,13 79:3
80:10 81:19
82:2,17 85:11
88:4,14,17,20
90:7,25 91:8
95:12
**1.310**   96:25
**100**   28:18 66:12
**10th**   17:19
**11**   69:19
**11th**   7:6 26:16
27:4,10,12
**12**   29:16
**12689**   94:11
95:22
**1302**   7:6
**14**   3:6 44:11
62:11
**14th**   57:20,21
58:5
**15**   39:20
**17**   61:24
**18**   1:15 94:6
96:9 97:2
**18th**   45:11

**1997**   3:10 15:24
15:25 16:2,3,5,8
16:11,15 33:15
72:6,10 77:14
**1:22**   1:3

| **2** |
|---|

**2**   3:11 22:22
25:7,9 29:23
30:2,4,7 31:20
54:15 58:16
59:7,8,23 60:1
60:15,20,25
61:3,4,9 63:7,22
64:11,15,18
65:5,11 66:22
67:5 68:13
74:24 76:14
77:5 79:3 80:23
80:24 81:15,17
81:20 82:2
84:21,22 85:11
86:6,7,10,16
88:7 89:14 96:2
96:3
**20**   66:11
**2003**   16:2 33:13
**2010**   8:9
**2013**   3:14 16:2
33:11 48:14,15
80:24,25 81:7,9
81:10,23 82:6
**2016**   8:3
**2020**   66:17
**2021**   7:14 9:10
14:25 63:13

**2022**   14:25,25
15:10,12 16:8,8
16:11,15 18:7
21:17,19 22:24
29:17 33:5,8,10
50:9 74:11
82:22 83:11,17
**2023**   1:15 3:6
15:6,8,16,17
17:19 29:9,19
30:21 31:21
32:5,8,16,22
33:2,7,9,10
44:11 50:9
54:12 57:19
58:5 74:9 82:23
83:12,18,23
87:17 88:4,13
88:16 89:24
94:6,8 95:19
96:3,9 97:2
**22**   30:14
**2250**   96:2
**23**   30:14
**23-271**   3:3
35:14
**24066**   1:3
**2438**   3:7 46:12
46:14
**2480**   3:10 72:5,7
**2482**   3:14 81:6,8
**255**   7:6
**26**   17:23
**2:00**   1:15

**2nd**   1:16 45:9
94:8 95:19

| **3** |
|---|

**3**   3:12 17:25
18:11 19:25
20:13,14 22:7
22:12,13,14
29:16,17,18,25
32:7,9 36:13,14
36:19,23 37:10
37:12,18 38:4,5
41:18 42:11,12
43:4,9 44:24
45:19 50:12,13
51:15,16 53:8,9
58:10,17 59:15
59:18,24,25,25
60:2,13,16,18
61:9 63:1,2,8,23
63:24 64:10,11
64:13,18 65:5
65:10 67:5
68:13 69:10
70:13 75:12
76:11 78:2
80:20 82:2,17
87:17 88:2,6
**3's**   32:8
**30**   18:5 23:10
96:17,24
**301**   2:9
**32**   27:13
**3200**   1:16
**32301**   2:10

**33130** 7:7
**33131** 96:2
**33134** 2:5 96:7
**333** 1:16
**35** 3:3
**39** 3:4
**3:06** 44:3
**3:14** 44:3

**4**

**4** 2:16 3:13 26:8
28:9 53:21 54:1
54:14 72:14,18
73:11 76:11,17
76:20 79:23
82:3,6,17
**400** 2:4 96:6
**4343** 2:4 96:6
**44** 3:6
**46** 3:8
**4:21** 84:5
**4:30** 84:5
**4:42** 1:15 93:10

**5**

**5** 17:23 24:21
25:3,4 31:20
50:21,21,23
51:3,6,11 62:5
76:14 77:9
78:17 79:2
80:23,24 81:14
81:20
**50** 12:22

**6**

**6-23-2024** 94:13
**600** 2:9
**6162475** 96:10

**7**

**70** 3:9 61:24
62:8
**72** 3:10
**74** 3:11
**77** 3:5 44:8,9,12
87:16
**78** 3:12
**79** 3:13
**7th** 29:8

**8**

**81** 3:14
**8212** 3:4 39:8,10
**8224** 3:3 35:13
35:15
**8234** 3:9 70:21
70:23
**8235** 3:11 74:23
74:25
**8236** 3:12 77:25
78:1,3
**8237** 3:13 79:22
79:24
**84** 2:17

**9**

**90** 2:17 83:4
**93** 95:12
**94** 2:18
**95** 2:19

**96** 2:19
**97** 2:20

**a**

**abbott's** 39:13
**ability** 6:23
**able** 31:11 34:17
42:18,20 45:21
47:23 83:21
**abott** 23:5,8
31:18 73:20,21
**above** 26:17
95:9 96:11
**absence** 35:10
**absolute** 22:16
27:20
**academic** 8:16
**accomplish**
59:16,22 62:21
**account** 53:18
**accuracy** 96:12
**accurate** 5:18
29:19
**aclu** 2:3 96:5
**aclufl.org** 2:5
96:7
**acquainted**
11:18
**acquired** 8:20
**act** 24:10 50:23
**action** 95:17,18
**activism** 11:16
**actual** 36:16
38:22 43:2 85:3
**actually** 26:20
26:23 27:1 43:7

**43:12 54:17**
57:13 62:4,16
62:16 67:20
85:1 87:20
**ad** 65:23
**addition** 44:18
**additional**
24:20
**address** 7:5 10:5
10:14 69:5
**adequately**
49:21 50:8
**adjudicate**
26:20
**adjustments**
55:21
**adopted** 3:6
44:11,15 48:3
74:14
**advice** 6:20
**advocate** 30:6
35:9
**advocates** 67:24
**advocating**
72:25
**affect** 62:14
**affiliation** 49:8
**affirm** 4:3 12:24
**afternoon** 4:16
**age** 39:23,24,24
40:3,3,4,12,22
40:23 41:2,7,8,9
41:10 60:25
61:4,10,25 62:8
62:11

**agency** 9:15
**ago** 12:13
**agree** 25:17,23
  30:24 38:14
  43:1,3 44:25
  45:13 48:4,24
  49:13 50:22
  51:1 58:21
  67:12,19 70:9
  71:16 72:23
  76:8,19 77:20
  80:22 81:10
  82:4 83:10,14
  92:8,22
**agreed** 26:10
**agreement** 9:25
**ahead** 6:18
  35:25
**al** 1:5 96:8 97:1
**alexandria** 8:11
**allegations** 21:6
**allow** 6:15 35:7
**allows** 31:10
**alter** 82:17
**alternatives**
  23:24
**amended** 17:3
  17:12 21:3
  23:10 56:22,24
  57:4
**amendment**
  55:1
**amount** 8:20
  12:8,10,14
  19:10

**analysis** 23:5
  24:3,17,21
  31:16 34:3
**analyzed** 22:23
**anglo** 25:22
  92:5
**annually** 12:19
**answer** 5:3,12
  5:24 6:18,19
  8:23 28:15
  70:16 76:25
  79:18
**answered** 91:24
**answering** 6:3
**answers** 5:4 9:1
**anybody** 90:11
**anytime** 27:25
**apart** 57:5,7
**apartment** 7:6
  9:19 59:8 67:6
**apologize** 21:10
**apparently**
  25:23
**appeals** 55:14
**appear** 27:6
**appearances** 2:1
**appeared** 94:5
**appears** 46:7
**appendices** 3:4
  39:9
**appendix** 39:12
  39:16,18 41:21
  42:4,4
**application** 9:17

**applications** 9:2
  9:3
**approve** 71:4,7
**approved** 29:12
**approximately**
  61:24
**area** 8:12 19:5
  19:14 28:11
  38:6,7 42:20
  43:20 53:25
  54:13,21 61:7
  61:15,17,20
  71:24 72:12,17
  79:13,14 81:18
  81:19
**areas** 9:5 43:13
  54:8 74:2 77:21
  80:12 91:11,19
  91:20
**argument** 56:25
**arin** 7:2
**arlington** 8:6,7
**arrived** 33:9
**articulated**
  55:16
**ascertain** 44:21
  45:18
**aside** 28:21
**asked** 90:17,24
**asking** 5:4 43:7
  43:8 59:22
**asks** 8:25
**assert** 18:6 32:6
**asserted** 21:4

**assertion** 26:9
  31:22
**associated**
  55:19 60:3
**assume** 23:17
  68:19
**assuming** 14:13
  42:24
**assumption**
  18:13,14 22:9
  24:13,15 32:11
  32:12 42:22
  49:23 53:17
  58:15 71:19
**attach** 28:23
**attached** 39:12
  44:14 85:3
  96:13
**attend** 15:3,7
  52:3
**attending** 7:19
**attention** 39:19
  46:24 49:10
**attest** 13:2
**attorney** 4:17
  95:15,17 96:14
**audibly** 5:12
**august** 9:10
**authority** 94:4
**authorized** 95:7
**available** 53:2
  96:11
**avenue** 1:16
  45:2,3,9,11 46:8
  87:24

**avoiding**  34:23
  35:4
**aware**  13:6,10
  13:25 18:21
  23:22 24:6,20
  25:4,8 26:16
  27:4,12 30:8
  31:18,25 33:25
  34:14 35:11
  38:10 43:14,18
  43:19,22 50:20
  51:24 53:1,20
  56:1,18,19
  61:12,23 62:3,6
  62:7,10,13 66:1
  66:17 71:23
  73:3 74:4 75:25
  76:3 77:12,17
  77:18,19

**b**

**b**  3:1
**bachelor**  8:18
**back**  44:4 51:15
  53:14 54:14,23
  55:7,23 57:13
  63:15,23 68:7
  68:10 70:16
  72:10,14 84:6
**background**
  8:17
**ballot**  11:1,10
  47:21
**base**  5:2
**based**  11:16
  18:15,17 21:16

21:25 22:5
  23:16 26:6
  31:16 32:14
  33:24 38:21
  41:23 42:5
  48:13,18 56:15
  61:14,19 62:22
  86:23 90:6
**basing**  42:2
**basis**  20:16,18
  21:12,14 23:13
  56:9 58:12
  63:11 83:23
**battling**  19:19
**bayshore**  45:2,3
  87:24
**bear**  39:1
**beatriz**  1:19
  94:12 95:4,23
**beer**  5:9
**beginning**  50:1
**behalf**  1:18 2:2
  2:7
**behavioral**  13:3
**believe**  7:14 8:8
  12:3,8,20,22
  20:12,14 21:17
  21:22,25 22:15
  26:7,18,19
  29:14,23,24
  30:18,19 32:10
  32:13 34:11
  36:14 37:17
  39:3,15 43:5
  47:9 49:16,19

49:24 50:7
  51:18 52:18
  53:10 54:18
  55:15 59:17
  60:16 63:6,9
  66:7 68:4,11,21
  69:19 70:2
  72:20 73:16,18
  73:21 75:24
  78:18 80:25
  86:8 87:16
**benefit**  67:20
**benefits**  67:22
**best**  5:12 6:3,10
  18:2 47:8,10,17
  85:20 86:22
**better**  5:13,14
  44:20 45:18
  48:23 73:24
  88:17 91:3
**beyond**  62:24
  88:24
**biased**  89:16
**big**  17:5 53:22
**biking**  38:8
**birth**  8:13
**biscayne**  96:1,2
**bit**  6:11 16:17
  16:18 44:17
  78:15
**black**  17:24
  20:13 24:9,14
  24:17,18,24
  25:1,21 29:16
  39:24 40:4

49:17,22,23
  50:7,10,14,15
  50:17,19,24,25
  50:25 51:17
  53:8,11,17 54:7
  54:9 58:11
  59:10,14,23,25
  60:5,9,24 61:4,8
  61:10,24 69:14
  69:15 70:13,18
  70:18 78:17
  79:1 92:5
**block**  39:20
  67:5
**blowup**  44:18
**bluff**  77:5
**bonds**  35:9
**books**  15:23
**boost**  61:3
**border**  67:4
**borders**  22:5
  23:15 80:15,16
**born**  8:10
**bottom**  81:16
  87:23
**boulevard**  96:2
**boundaries**  22:5
  22:10 23:16
  36:22 37:2
  42:14 43:2,7
  44:21 50:5
  59:17 71:19
**boundary**  42:16
  45:14 65:8

**box** 47:21
**break** 26:1
  27:16 35:22
  36:1 43:24 84:2
**breaks** 27:25
**brickell** 17:24
  19:5,7,8,14 30:9
  30:11 37:7,15
  37:17,21 61:7
  61:15,21 63:22
  64:1,5,7,8,10,12
  64:13,17 65:6,8
  65:9,11 67:7
  68:5,12,19 69:4
  71:10 75:9
  80:18 85:10,18
  86:2,6 87:11
  88:5,9,10,18
  89:15,17 91:3
  91:10,12,17
**brief** 84:4
**briefly** 8:16
  72:3
**broad** 27:21
**broader** 37:10
  37:12,18
**broadly** 22:15
  22:16 81:13,14
**bronough** 2:9
**brought** 7:17
**build** 35:8
**building** 11:22
  67:2
**business** 9:7

**buy** 58:22 59:1
  59:4

**c**

**c** 96:5
**cadence** 65:16
  65:22
**called** 4:11 9:15
  95:9
**calling** 50:15
**candidate** 24:8
  24:9,18,25,25
  25:1,2,20,21,21
  25:22,23 50:24
  50:25 51:1
**candidates** 11:1
  11:8,9 25:19
**caroline** 2:3
  96:5
**carollo** 25:11
**case** 1:3 17:13
  19:16 26:20
  31:5 36:23 48:2
  48:4 57:17 66:7
  68:4,13 69:14
  69:25
**cast** 47:21
**categorized**
  58:12 59:11
  62:19
**category** 59:12
**caucasian** 19:23
**cause** 95:10
**census** 66:4,17
**certain** 12:24
  13:2 74:15

**certainly** 76:14
  76:16
**certificate** 2:18
  2:19 94:1 95:1
**certificates** 9:5
  9:8
**certify** 94:4 95:6
  95:14
**challenging** 6:1
**change** 33:17
  34:21,25 35:6
  55:4 61:9 63:6
  97:4,7,11,14,17
  97:21
**changed** 55:2
**changes** 63:12
  76:15 96:12
**characteristics**
  91:16
**choice** 50:24
**choose** 47:24
**choosing** 47:24
**circle** 46:1,2
**circuit** 26:16
  27:4,10,12
**cited** 79:5
**citizen** 40:2,3,4
  40:8,12,21,22
  41:9
**citizens** 40:10
**city** 1:8 3:5 4:18
  7:16 8:1,5 9:14
  14:21,24 15:1,3
  15:7,20,25 16:1
  18:19 20:21

  21:18 27:25
  28:17,19 30:16
  38:24 43:10,13
  43:15,21 44:10
  44:15 48:7,11
  48:18 50:13
  51:4,10 53:7,11
  53:13 54:12,22
  55:5,24 56:10
  57:23 58:10
  59:12 60:5
  61:23,25 62:7
  62:12,20,23
  64:20 65:6,12
  66:10 68:1
  69:21 70:3,12
  71:5 72:10,21
  72:24 74:3,4,12
  92:3 96:8 97:1
**city's** 3:3 22:8,9
  22:13 26:3,12
  35:14 36:6 42:8
  48:6 51:16
  66:18,19 69:17
  72:14 82:21
**civil** 96:24,25
**claimed** 27:8
**claims** 26:21
  83:23
**clarify** 80:13
  86:14
**clarity** 11:6
**classification**
  69:20

**clause** 66:4
**clear** 19:15
    24:22
**clearest** 6:12
**clients** 9:18
**cmcnamara** 2:5
    96:7
**coast** 77:9,13,15
**coastal** 67:10
    69:6 77:20
**coconut** 36:18
    37:1,14,20 38:6
    53:22 75:14
    81:17
**code** 13:2
**coherent** 36:22
**collectively**
    37:16
**come** 11:11
    72:24 77:8
**comes** 45:10
    65:25 92:18
**comfort** 35:23
**comfortable**
    91:7
**comments** 57:11
    79:5
**commission** 3:5
    14:23 15:3,7
    44:10,15 48:11
    55:24 57:21
    58:10 59:12
    63:21 68:1
    69:20,22 70:4
    71:5 72:10,21

74:4 94:13
**commissioner**
    19:25 20:5,8
    25:11,11 35:9
    67:11,21 68:13
    68:14 79:2
**commissioner's**
    23:12,17 33:3
    38:15
**commissioners**
    22:3 24:14
    25:13 30:16
    32:18 38:10
    47:24 48:7,10
    55:17 56:15
    57:1 67:23
    68:12,16,18,19
    69:3
**common** 67:9
**communication**
    5:22
**communicatio...**
    5:21
**communities**
    35:7 77:22
**community**
    11:22 47:9,10
    47:17 51:25
    72:20 75:19,20
    79:1
**compactness**
    32:2
**companies** 9:2
**comparative**
    19:21

**compare** 33:10
    33:13
**comparing** 81:9
**comparisons**
    32:2,2
**compile** 22:11
**complaint** 17:3
    17:12 21:3
    23:10 28:22
    29:2,15 56:23
    56:24 57:4,5
**complete** 95:13
**completed**
    96:16
**completely** 54:9
**completing** 12:6
**comprise** 65:5
**compromise**
    53:15
**concede** 76:17
**conceivably**
    60:21
**concern** 21:16
    21:16 25:14
    31:13
**concerned**
    58:11 63:20
    69:10
**conclude** 37:22
**concluded**
    93:10
**conclusion** 33:9
**conduct** 13:3
**conducted**
    36:11 75:21

**configuration**
    80:22 81:23
**configured**
    63:16,17
**confirm** 6:20
**confusing** 6:8
**confusion** 34:23
    35:4
**conjunction**
    47:4 78:10,10
**connected** 95:17
**connects** 88:19
**consider** 19:6
    19:12 74:15
**considerations**
    69:11
**considered** 51:5
    88:18 92:19
    96:17
**consistent** 41:24
    50:17
**consternation**
    78:15
**constituents**
    48:20 49:2,10
    54:23 72:25
**constitute** 36:14
    95:12
**constitution**
    66:3
**constrained**
    74:2 91:18
**constraint**
    67:15

**contention**
  30:15 53:23
**contents** 85:6
**context** 15:21
  16:3 27:21 28:4
  34:3 37:9,11
  38:18 47:11
  58:17 63:8 83:7
  91:1
**conversation**
  13:16,24 78:19
  78:21,22 79:4,6
**conversations**
  14:9 56:15 57:9
  57:15 58:7
**conveyed** 32:17
**convinced** 27:1
**cooper** 18:7
**copies** 96:15
**copy** 17:3 28:22
  93:3,5,6
**core** 34:9,15
  47:18 50:19
**correct** 8:15
  10:24 15:1,2
  17:25 26:24,25
  27:7 38:16 48:8
  48:9,21 52:9
  54:10,11,15,16
  54:24 55:3
  57:18 60:19
  61:18 63:18,19
  65:1 68:1 69:18
  75:7,14,17 77:7
  77:10 80:5

81:20,24 85:8
  88:7,15 90:22
**correctly** 60:14
  91:4
**counsel** 5:13
  6:14 14:11,14
  40:14 46:6 47:4
  47:6 52:22
  78:10 95:15,17
**counsel's** 6:21
**counts** 66:13
**county** 10:17
  94:2 95:3
**couple** 12:13
**course** 5:22
**court** 1:1 4:1,8
  5:5,14,25 26:20
  55:14 80:4,8
  93:4,7
**crafted** 50:4
**crafting** 32:16
**crazy** 17:5
**create** 9:2 22:4
  23:15 31:9
  82:19 91:18
**created** 48:17
  91:18
**creating** 49:16
  49:20 64:13
**creation** 22:3
  51:3 55:19
  59:19 60:4 63:9
  83:9,20
**crist** 10:22

**criteria** 74:5,15
  74:20,21
**critical** 51:10
  92:2
**cross** 2:17 84:13
**curiosity** 29:21
**current** 7:5 20:7
  48:7
**currently** 7:19
  8:21 9:19 25:2,6
  33:25 89:15,17
**cut** 28:6 53:22
**cv** 1:3
**cycle** 33:19,19
  35:1,1,6,7

**d**

**d** 2:13 3:1 87:16
**d2** 85:2,22
**d5** 24:18 85:1
**dade** 10:17 94:2
  95:3
**data** 36:16
  37:24 38:22
  39:1,20 41:1,3
  41:12,16,20,20
  41:21,25 42:5,8
  55:13 73:19
**date** 1:15 96:14
**dated** 29:8
  95:19
**day** 92:16 94:8
  95:19
**days** 92:16
  96:17

**deal** 49:12
**decide** 55:14
**decided** 84:25
**decision** 14:4
  56:7 57:2
**declaration** 3:7
  46:13,18 47:1,3
  60:6
**defendant** 1:9
  1:18 2:7 95:9
**defendant's** 3:2
  35:13,15 39:8
  39:10 44:9,12
  46:12,14 70:23
  72:4,7 74:23,25
  78:1,3 79:22,24
  81:6,8
**define** 19:3,3
  20:9 55:6
**defined** 43:11
**defines** 43:13,16
  43:20
**definitely** 82:5
**definition** 27:19
  43:13,16 60:11
  69:24 70:10
**deliberately**
  51:5 64:24
**democracy**
  47:18
**democratic**
  47:15
**demographical**
  73:19

**demographics**
28:5 33:24,25
34:4 37:5 41:22
63:6,12
**demonstrates**
41:13,16
**dense** 67:9 69:6
**depend** 89:4
**dependent** 49:8
**depending**
89:21
**depends** 27:19
28:4 89:1
**deposed** 4:20
**deposing** 96:14
**deposition** 1:12
2:15 6:11 93:10
95:1,8,10 96:9
97:1
**deprived** 70:15
**derived** 58:6
**desantis** 10:22
**describe** 8:16
**describing** 92:4
**description** 3:2
**designed** 16:2
24:8
**detail** 38:1
**details** 28:5
78:13 79:11
91:15
**determining**
89:2
**development**
9:4,17

**diagnosed** 46:22
**difference** 26:12
40:8,11,15,20
42:7 70:8 82:5
90:2
**differences**
81:16
**different** 5:16
6:7,13,18 9:1
26:5 32:23,25
34:1 60:7 64:23
68:8 77:21
82:13 89:23
**differently** 26:2
**differs** 36:20
**digital** 8:22,24
9:2,15
**diluted** 70:9,19
**dilutes** 60:4,8
69:24
**dilution** 70:5
**direct** 2:16 4:14
**directed** 74:15
**disagree** 26:9
**disagrees** 13:8
**discovery** 92:16
92:17
**discussed** 47:6
55:12 74:5
**discussing** 53:4
68:10
**displaced** 54:9
**dispose** 35:25
**dispute** 48:12

**distracted** 21:11
**district** 1:1,1
14:23 16:22
17:24 18:11,16
19:25 20:13,14
21:5,7,23 22:7
22:12,13,14,18
22:19,22 24:8
24:10,18,19,21
25:3,4,7,9,14
28:9,9,12 29:17
29:18,21,23,24
30:2,4,7 32:7,8
32:9 34:10,18
35:8 36:13,14
36:19,23 37:10
37:12,18 38:4,5
38:15,18 41:18
42:11,12 43:4,9
44:21,24 45:1
45:19 46:17,18
48:2 50:12,13
50:21,21,21,23
50:23 51:3,6,11
51:13,15,16
53:8,8,21 54:1
54:14,15 58:10
58:12,14,14,16
58:17,19,22,23
59:1,5,7,8,12,15
59:18,20,23,24
59:24,25 60:4
60:13,15,16,18
60:20,21,25
61:3,4,9,9 62:5

62:15,19,24,24
62:25 63:1,2,7,8
63:23,24 64:10
64:11,11,13,15
64:18,18,19
65:5,5,9,11 66:1
66:11,12,13,14
66:22,23 67:8
68:13,13 69:10
70:7,9,13,13
71:18 72:13,13
72:18,18 73:5,9
73:11 75:12
76:14,14 77:5,9
77:9,12 78:17
78:20 79:2,14
80:20 81:14,14
81:17,19,19,20
83:5 84:20,21
84:22 85:1,2,4,6
85:11,21 86:6,7
86:10,16 87:17
88:2,6,13,16
89:4,14 91:11
91:14 92:5,6
**district's** 79:5
**districts** 3:6
14:24 16:1,21
18:9 22:12
23:16 24:7,23
24:23 25:18
27:22 28:3,19
31:10,20 33:7
34:15,21,25
35:6 39:22,23

44:11,17 47:22
47:24 48:8,14
48:16 50:12,16
50:18 60:9,17
61:11 62:24
63:16,22 66:4
66:18,19,20
67:5,16 71:25
76:1,5,8,9,11,11
76:19 80:23,24
81:12,24 82:3,6
82:8,12,17,19
82:21,22,24
83:5,9 84:23
86:5 89:1 92:5
**divided**  28:8
47:16
**division**  1:2
**dixie**  45:6 54:18
54:20
**document**  17:5
17:9,11,14,17
17:18 28:24
29:1,4,7,8,13
44:8,9 46:11,12
46:19 71:2,4,7,8
80:1
**documentation**
9:21,24
**documents**  57:7
**doing**  38:21
53:4 62:21
64:24 69:5
**donation**  12:11
12:17,18

**dot**  46:1
**downtown**
81:19
**dr**  23:5,8 31:18
32:1 39:13
73:20,20,21
**drafting**  76:7
**draw**  28:10
39:19 46:24
66:1 79:14
**drawer**  74:6,15
**drawing**  14:24
15:8 20:14 22:7
22:13 34:18
38:14 48:8 50:8
50:16 51:5,6,16
52:1,21,24 53:8
64:21 92:4,21
**drawn**  22:1,10
27:22 33:24
50:24 53:18
60:14,17 63:25
72:9 79:3 86:5
86:12 91:8,24
**drew**  15:12 32:1
51:10 52:17,18
70:13 71:10
78:7 92:9
**drive**  45:2,3
87:24
**driven**  69:10
**driver's**  10:3
**duly**  4:12 94:6

**e**

**e**  2:13 3:1,1
96:14,15,24,25
97:3,3,3
**earlier**  36:8
61:13 62:22
73:17 84:15
**earnest**  4:20
**easier**  6:2 44:17
87:8
**east**  42:24 67:6
**edgewater**
71:14,20
**education**  8:20
**effect**  30:15
**eight**  63:20
**either**  13:7
30:14 33:10
46:1 48:12
49:11,11 58:6
61:9,10 73:23
78:25
**elect**  24:7,9,24
25:1,15,19
31:11 47:13
**elected**  24:14,15
24:19 47:20
48:11,19 49:4,5
52:8,14
**election**  10:21
10:23 11:2
30:22 48:14
**elections**  10:16
10:19 15:25
16:1,4 17:1

36:11 48:21
**eligible**  40:10,13
**eliminate**  38:3
**eliminated**
38:23 39:1
**employed**  8:22
9:9,14
**employee**  95:15
95:16
**empowered**
25:15 31:11
47:12
**empowering**
47:19
**enacted**  18:6
23:11 27:14
58:10
**engage**  11:13,15
11:18,24 12:25
13:3,8,13,17
56:21 57:10
**engineering**
8:19 9:7
**ensure**  22:10
47:12 91:19
**ensuring**  47:21
50:18
**entirely**  43:3
45:19
**entirety**  27:11
**equal**  66:3
67:16
**equalization**
33:20

errata   2:20
96:13,14,16
especially   36:20
esq   2:3,8 96:5
essentially   9:1
22:10,17 31:15
45:10 50:6 65:7
et   1:5 96:8 97:1
ethnic   19:13,17
82:8,12,16
ethnicities
19:21
ethnicity   19:24
24:12
evaluate   73:18
event   40:19
65:19,24
events   65:21
everybody   53:3
exact   13:22
16:23 29:6
32:15 42:19
60:1 62:10
73:10 75:23
78:23 79:11
80:16
exactly   5:8,22
37:5 65:23
76:15
examination
2:16,17,17 4:14
84:13 90:15
examined   4:12
example   53:12

except   33:20
exception   26:4
excerpt   39:12
exhibit   3:3,4,5,7
3:9,10,11,12,13
3:14 28:23
35:13,15 39:8
39:10 44:8,12
46:14 70:21,23
72:4,7 74:23,25
78:1,3 79:22,24
81:6,8
exist   33:25
existing   25:13
34:4,10,15
49:19
exists   16:22
90:7
expert   23:5
24:17,20 31:16
73:18
expert's   73:17
expires   94:13
explain   40:14
42:1 49:18
55:11 63:2 65:3
expressed   78:15
extent   16:24
31:12 91:21
eye   36:17 37:3
37:25 38:21

**f**

fact   37:7 64:8
75:9 77:12 82:1
85:9 86:23

factors   49:12
fails   96:19
fair   6:5 18:17
61:20 69:11,15
69:21 70:3
fairer   49:17
51:17 53:7
faithful   49:1
fall   60:21
familiar   38:7,9
61:15 72:1
familiarity   34:5
far   77:17 83:4
february   17:19
federal   96:17,24
feel   25:15 31:11
47:12 89:7,20
fellow   57:15
filed   17:15,19
17:21 21:4 29:3
29:5,10,13
57:16
filled   12:4
financially
95:18
finding   11:23
fine   40:25 77:1
finish   6:2,3
firm   4:18
first   4:11 5:1
17:3,12 27:16
29:23 33:23
44:19 53:20
56:25 65:13
72:9,15 74:13

78:16
five   8:2 39:22
43:24 49:15
82:19
fix   81:1
fl   2:5 96:7,15
flagami   72:13
72:17 73:4,8
79:8,12
flagler   2:4 96:6
flip   44:19
florida   1:1,17
1:19 2:10 7:7,18
9:12 10:3,17
11:17 94:2,12
95:2,4,6,23 96:2
96:18,24
focus   41:17
51:14
follow   6:21
34:19 45:4 74:6
74:7
following   34:11
follows   4:13
23:17 45:1,6,10
54:17 70:2
foot   38:12 45:6
87:23
foregoing   95:11
forget   68:7
forgot   23:1
form   12:3,4,7
28:14 79:17
86:25 89:25
90:5

**formalities** 93:11
**format** 5:2
**forth** 24:17 30:6 50:3 51:19,22
**forward** 26:6 53:13 73:3
**found** 11:24
**four** 23:23 25:24 27:6 30:23 31:20 47:8 50:3 70:17 80:7 85:13
**fpr** 1:19
**full** 6:25 57:14 79:6
**further** 21:6 27:14 77:8 90:14 95:14

**g**

**geared** 69:11
**general** 33:19 61:16 70:10
**generally** 8:12 33:18 45:1,21 61:7 63:9 67:16 80:23 81:12
**gentrification** 54:9
**geographic** 36:22 37:2 45:14
**geographical** 74:2 91:19

**geography** 62:4
**george** 2:8 4:17
**george.levesque** 2:10
**gerrymander** 28:13 33:7 37:16 38:24 39:2 55:8 62:23 64:14
**gerrymandered** 25:15,19 26:3,9 49:21 50:1,18 56:10 65:10 82:20,25 91:20
**gerrymandering** 14:22,23 23:19 27:2,7,18 28:3 31:1 34:3,12 36:15 37:8,23 38:3 41:1,4,13 41:16 55:18 56:14 60:11 69:23,25 70:1 74:3 83:2,6 85:15
**gerymandered** 31:9 55:10,22
**getting** 75:21
**give** 4:4 6:19 17:7
**go** 5:1 6:17 35:25 38:22 44:4 67:12 70:16 84:6

**goal** 22:14,15 73:24
**goes** 18:5
**going** 4:25,25 5:23 6:21 14:25 17:2,4 24:24 28:21 35:12,13 37:25 39:7,8 44:7,8 45:24 46:10,12 49:4,7 49:12 51:15 53:21 57:13 63:23 67:2 68:10 70:20 72:3,4 74:22,23 77:24 79:21,22 81:5 82:13
**golden** 81:18
**good** 4:16 5:2 19:10 34:17
**google** 11:24
**govern** 51:2
**governance** 48:7
**government's** 65:25
**governor** 10:25
**grace** 1:5 96:8 97:1
**graduation** 9:6 9:8
**gray** 2:10
**grayrobinson** 2:8 4:17

**great** 36:2 49:12
**green** 85:1 87:23
**ground** 5:1
**group** 18:10,10 23:13 32:6,7,19 33:4 70:6 78:7
**groups** 69:24
**grove** 36:18 37:1,14,20 38:6 53:22 54:1,5,6 54:14,24 75:14 81:17
**gubernatorial** 10:20,21
**guess** 40:19 41:15 50:15 56:16 69:16 88:19

**h**

**h** 3:1 97:3
**half** 67:5
**hand** 4:1 45:24 94:7
**handled** 81:19
**happened** 6:10 16:7,15 56:13
**happens** 89:14
**happy** 54:2 86:4
**hard** 89:8,17
**harmed** 27:14
**havana** 42:25
**head** 5:5,7,7 13:21 34:20 61:12 83:25

**heard** 49:24 50:11
**hearing** 78:25
**hearings** 57:14
**held** 16:1 51:25
**help** 17:19 29:9 34:22 35:3 45:18
**helpful** 77:3
**hh** 94:13
**highway** 45:6 54:19,20
**hispanic** 18:13 18:19,22 19:8 19:10 20:3,5 24:7,14,25 25:1 25:20 28:7,9,10 28:11,18,19 32:10 39:24 40:3 76:1,4,9,10 81:24 82:3,22 82:24 83:4,7 92:5
**hispanics** 19:1 19:18 61:16 62:9
**historically** 28:2 28:8 63:15 78:17
**history** 15:19,22 16:25
**hoc** 65:23
**hold** 9:5 15:25 87:20

**holding** 48:13
**holistically** 41:22 55:9,17
**honestly** 8:23
**huge** 66:10
**hum** 13:14 32:24 35:2 85:19 86:19 90:19
**hundred** 18:12 66:14 73:22 83:2,3
**hypothetical** 89:7
**hypothetically** 31:6 85:17 87:15 90:7 91:6 91:9

**i**

**idea** 16:20 62:20 66:9 79:10
**ideal** 47:25 48:19,22 91:10 91:13
**identical** 81:11 83:18
**identification** 35:16 39:10 44:12 46:15 70:23 72:7 74:25 78:3 79:25 81:8
**identified** 17:24 19:5 31:18

**identify** 29:9 39:22 40:2 45:21 83:22
**identifying** 91:2
**illustrates** 91:24
**impact** 70:14 85:4
**impair** 6:22
**implementation** 9:4
**implies** 16:17
**important** 5:20 72:21
**imposition** 27:5
**inadvertently** 46:23
**include** 45:2 78:16 89:14
**included** 54:1 54:13,23 61:2 76:4
**includes** 34:9 47:20
**including** 22:12 49:17
**inclusive** 95:12
**incorrect** 65:1,2
**incursion** 36:18 37:1,14,19 38:5
**indicate** 21:6 42:6 46:2 55:18 56:14 83:2
**indicated** 13:12 16:14 22:1,4 26:8 39:15

**40:25 41:12 42:11 46:18 47:23 59:18 61:13 90:20 91:2
**indicates** 29:16 41:3
**indicator** 26:2 30:25 37:8
**individual** 22:12 52:18
**individuals** 52:20
**initial** 15:13 21:18
**initially** 21:16 21:17 74:12
**injunction** 20:19 21:1,8,15 26:19,22 55:13 56:8
**inland** 77:22
**input** 51:19,23 52:1 71:8 72:20 75:22
**inquisition** 35:19
**insight** 16:23,24 35:10 48:16
**insolation** 37:17
**instruct** 6:19
**instruction** 6:21
**intended** 30:17 35:19 82:16

| | j | k | |
|---|---|---|---|
| **intent** 22:6 31:3 31:7 59:19,21 60:3 63:10 91:22,23 92:1 | **jared** 1:13 2:15 3:7 4:10 7:2 46:13 94:5 95:8 96:4,9 97:1 | **keep** 36:21 64:24 67:7,16 74:1 75:14 79:7 79:13 | 70:17 73:7 76:6 78:7,11 80:16 81:16 85:12 90:8,11 91:15 91:17,19,22 |
| **intention** 20:15 22:4,8,9 23:15 30:13,19 62:23 82:18 85:14 | **job** 6:1,2 23:12 23:18 32:18 33:3 96:10 | **keeping** 78:19 85:15 | **knowledge** 16:9 16:11,12,14,19 18:2,24 51:7 77:16 |
| **intentionality** 33:6 | **jog** 45:9 | **keeps** 84:19 | **knows** 92:12 |
| **intentionally** 23:19 31:8 85:14 | **johnson** 1:13 2:15 3:8 4:10,16 7:2 17:2 18:7 35:12 39:7 44:7 44:13 46:10,13 46:16 70:20 71:1 75:3 77:24 80:1 84:7 90:17 94:5 95:8 96:4,9 96:12,13,14 97:1 | **kept** 71:17 73:8 79:12 84:22 | |
| | | **kind** 16:25 | **l** |
| **intentions** 83:8 | | **kmm** 1:3 | **label** 85:7 |
| **interest** 35:8 | | **know** 5:8,10,22 8:23,25 10:8,13 12:4 13:20,21 13:22 14:8,8 15:24 16:6,7,20 18:10 19:12,24 21:25 22:16 24:16 25:2,6 26:1 27:21 29:12 30:20 31:15,16 35:11 35:23 37:25 38:2,13 40:20 42:2,14,16 43:11,15 45:16 47:5,19 49:20 50:2,6 51:13,19 52:16,17,20,23 53:12,13 55:14 58:15,18 60:2 60:24 61:2,7 62:22 63:8,11 63:16 64:12,14 | **labeled** 87:21 |
| **interested** 95:18 | | | **lack** 73:24 |
| **interests** 11:23 23:18 25:16 31:12 47:13 49:2 | | | **large** 1:19 16:21 16:21 44:18 95:6 |
| **interrupt** 6:4 | | | **larger** 44:20 |
| **intimately** 38:9 | **joined** 71:24 | | **late** 14:25 |
| **intro** 35:18 | **joining** 14:16 | | **latest** 8:20 |
| **involve** 14:19,21 48:2 | **journey** 74:13 | | **law** 7:19 66:7 |
| **involved** 11:12 11:21 13:13,15 52:21 | **judge** 20:20,25 21:14 26:7 27:1 42:6 56:7,11,17 57:2 58:6 | | **lawsuit** 4:23 13:25 14:2,4,16 14:19 |
| **isolation** 28:16 34:13 38:17 | **judge's** 26:13 | | **leadership** 13:22 |
| **issue** 53:21 90:8 | **judgment** 26:7 26:23 | | **lease** 9:25 |
| **issued** 20:20,25 21:15,18 26:24 | **july** 7:14 | | **leasing** 9:25 |
| **issues** 67:9 77:21 | **june** 3:6 15:6,17 44:11 57:20,21 58:5 | | **left** 92:17 |
| | | | **legal** 6:20 96:1 96:22 |
| | | | **legitimacy** 48:13 |
| | | | **letter** 2:19 |

**[letting - map]**                                                      Page 111

letting  6:2
level  67:12
levesque   2:8,16
  2:17 4:15,17
  28:20 43:23
  44:4,6 70:25
  75:2 79:20 81:5
  84:1,6 86:25
  89:25 90:5,16
  92:24 93:1,3
license   10:3
light   7:23
liked   84:15
  89:23
likely   24:7
limited   16:9,11
  16:15
limits   61:25
  62:12
line   48:24,25
  63:25 64:6,6,7
  64:15,21,22,23
  97:4,7,11,14,17
  97:21
lines   22:1 27:16
  33:24 34:18
  36:14 50:2,8
  53:18 54:12
  63:22,24 64:4,5
  64:9,17 65:13
  66:1 67:12
listen   72:21
listened   54:22
litigation   4:19
  11:12 13:12

23:6,23
little   6:11 16:17
  16:18 26:1,4,4
  26:11,11 42:1
  42:25 44:17
  45:9 46:1 53:22
  74:13 78:14
  87:23
live   7:15 8:1,4,7
  8:12 19:6 45:22
  46:1,3,8 62:4
  79:1 85:10,18
  89:15
lived   7:8 8:2,6
  85:25 86:20
  87:3,10 89:10
  89:20 90:9
lives   85:21 89:2
  89:22 90:11
living   19:2
  61:15,21 85:18
  86:23 89:17
location   89:1,2
  89:5
logical   67:7
long   7:8 8:1,7
  9:9 91:21
look   17:7 31:3
  32:14 34:2
  36:13 39:15
  41:2 51:12
  62:16 67:1 72:3
  72:14 76:18
  77:3,25 86:12
  87:16,20

looked   39:18
  63:15 73:14
  86:9,17
looking   11:20
  20:20 28:16
  29:15 33:23
  36:18 37:3 41:9
  41:21 42:11
  44:24 45:16
  57:14 63:24,24
  64:3 75:5
looks   88:3
lot   9:1 15:21
  16:18 19:1,8
  31:19 48:16
  66:6 67:2 72:23
  75:16
loud   5:11

**m**

made   12:4,15
  13:25 22:2 53:2
  55:5 57:1 83:8
  83:11,11,17
  90:21,23
mail   96:14
mailed   96:15
main   25:13
maintain   33:19
maintaining
  34:9,15
maintains   38:11
major   45:1
majorities   83:1
majority   18:18
  18:22 19:13

24:11 61:17
  62:3 68:1 76:1
  76:10 82:22,24
  83:4,7
make   6:1 12:11
  12:17,19,24
  21:14 37:19
  56:24 59:23,24
  61:16 66:15,16
  68:17 69:15
  70:8 74:8 76:17
  76:23 87:19
  90:18
makes   5:25
  21:22 86:10,15
  91:10,12,12
makeup   54:5
  61:16 62:15
  82:8,12,16
making   20:16
  70:7
manager   8:22
  8:24
manors   38:7
  85:18,21,25
  86:5,10,15,20
  87:3,10,17 88:1
  88:5,12,18
  89:11,20,22
  90:9,12 91:4,7
  91:10,13,16,23
map   3:9,11,12
  3:13 15:13 16:7
  16:8 20:20
  21:17,18,20,22

**[map - moved]**

22:3 26:7,8,12
30:5 31:13
36:17 39:3 42:7
42:8 43:5 45:16
45:22,25 49:16
49:20 50:1,9
52:1 53:12,14
53:15,19 55:1,2
55:8,9,19,20,20
55:21 56:10
58:5 59:18 63:9
63:21 69:17,21
70:22 71:11
73:8,25 74:6,9,9
74:15,24 75:3,5
75:9,12 76:17
76:20 77:5,15
77:18,25 78:2,5
78:8,11 79:23
80:10 81:2,3,10
81:23 82:6
84:16 85:1,11
86:7,11 87:13
87:17,18 88:4,4
88:13,13,16,17
88:20 90:6,7,8
90:24,25 91:8
91:18,22,23
92:2
**maps**   26:5,10
31:9 34:3 36:20
38:1,22 48:2,12
48:18 50:3,6
51:5,18,21
52:17,19,21,24

60:13 63:23
69:17 70:16
71:23 72:1
73:19 76:16
78:9,16 79:3
81:3 83:20
84:16 85:13
86:9,11,13,16
86:18 87:2,14
90:18 92:4
**mark**   17:4
35:13 39:8
42:18,20 44:8
45:25 46:12
72:4 74:23
79:22 81:5
**matter**   84:24
**mccartan**   32:1
**mcnamara**   2:3
2:17 28:14
79:17 84:3,10
84:14 90:3,10
90:14 92:25
93:2,4,6 96:5
**mean**   5:8 19:19
37:12 41:20
52:5 64:6,25
65:3 69:22
86:17
**meaning**   5:17
**means**   70:6
**meant**   57:13
**medication**   6:22
**meeting**   11:22
15:7 57:20,21

57:24 58:5
**meetings**   15:4
51:25 52:3,23
55:24 56:2,4
75:19,20 76:4
**member**   11:13
11:25 12:2,7
13:17 14:1
71:25
**members**   13:4
18:8 27:13
47:22 78:24
79:1
**membership**
12:5,6,23 13:7
**mentioned**   14:6
14:20 60:8
73:16
**merits**   26:23
**message**   23:11
32:17 33:3
50:19
**messed**   85:22
**miami**   1:2,8,17
2:5 3:5 4:18 7:7
7:20 10:17
11:13,15,17,19
11:20 12:25
13:8,13,17
15:20,22 17:1
18:19,22 27:22
34:1 43:21
44:10,15 45:2,3
46:8 47:9,10,12
47:17 49:18

50:13 56:21
57:23 58:19
60:5 61:23 62:7
65:7 71:24 72:2
72:13 94:2 96:2
96:7,8 97:1
**miami's**   13:3
**middle**   7:3
**mind**   41:4,16
**mine**   11:23
**minor**   9:6
**minority**   61:21
69:12,13
**minute**   43:24
84:2
**mirror**   55:21
**mirroring**   31:15
**mitigated**   38:23
**mixing**   68:7
**mobile**   9:3,17
**model**   48:7
**money**   12:8
**months**   7:11
**moore**   20:20
42:6
**moore's**   56:7,11
56:17 57:2 58:6
**motivated**   14:22
83:19,22
**motivations**
54:25
**move**   7:12 55:7
**moved**   8:3,9,14
9:11 63:13

**moving** 10:17
11:20
**moy** 73:20

**n**

**n** 2:13 3:1 7:4
**name** 4:16 6:25
7:3 10:1 23:1
25:5,8 73:18,22
**natoma** 38:6
85:18,21,25
86:5,10,15,20
87:3,10,17 88:1
88:5,12,18
89:10,20,22
90:9,11 91:4,7
91:10,13,16,23
**natural** 45:14
**naturally** 60:21
**nature** 79:6
**navigate** 89:8
**necessarily** 11:7
19:19 24:24
38:20 48:5 49:7
**necessitate**
65:24
**need** 5:11 17:5
35:22 60:8
67:25 81:2
**needs** 69:5
**neighbor** 19:3
**neighborhood**
19:2,4,6 27:20
28:1,1,6,8,12
42:12 43:8,12
43:16 54:7

63:21 64:17
65:8 67:8,10,23
71:22 88:9
**neighborhood's**
69:7
**neighborhoods**
26:1 27:15,17
42:17 43:20,21
45:17 67:17,20
71:17 75:6
85:15
**neighbors** 67:7
**never** 46:22
66:10 71:24
79:14
**new** 7:16 8:1,2,3
8:4,14 9:14 66:1
**newly** 58:10
**nine** 67:4
**nod** 5:7
**nodding** 5:4
**non** 84:11
**north** 42:25
81:17
**northeastern**
45:8
**northwest** 45:11
**notary** 1:19
94:12 95:5
**note** 21:14
96:13
**notes** 95:13
**noticed** 53:2
**november** 36:11
94:8 95:19 96:3

**nuance** 60:1
**nuances** 40:17
50:5
**number** 20:19
32:15 44:9 62:1
62:10,13 74:1
75:23 84:11
96:10
**numbered**
95:12
**numbers** 22:23
22:25 23:1,2
25:25 37:5 39:1
62:14,16 84:24
85:3

**o**

**o** 96:5
**oath** 2:18 94:1
**object** 6:14,15
86:25 89:25
90:5
**objecting** 79:2
**objection** 6:16
28:14 79:17
**objectionable**
6:14
**obligation** 66:1
**observation**
18:15,18 61:14
**observations**
61:19
**observe** 19:1
**obviously** 5:2
16:6 63:5

**occasionally**
46:22
**occurred** 75:25
**occurring** 41:4
41:17
**occurs** 41:2 65:9
65:15
**october** 1:15
94:6 96:9 97:2
**odds** 73:1
**office** 48:13
52:12
**official** 12:5
43:12,15 94:7
**officially** 43:20
**officials** 47:13
47:20
**oh** 31:14 45:7
**okay** 4:22,25
7:23 14:12
16:10 17:23
18:21 19:1,17
20:12,22 22:19
23:4 28:21
35:21 36:2,25
37:11 38:14
39:5,14,19,21
40:18 42:1,10
42:14 43:1,6,11
45:21 46:4,5,25
48:6 50:10,14
51:15 56:22
59:15 60:24
65:3 70:5 72:11
76:23 80:11

81:9 84:3,9
85:24 86:3 87:9
88:3 93:7
**once** 45:8
**online** 12:3
**opinion** 27:10
27:12,23 33:8
33:17 39:6
56:11,12 60:4
90:2
**opinions** 89:23
**options** 70:17
**order** 58:7
**ordering** 96:16
**organization**
11:14,16 12:17
13:23
**organizational**
18:8
**organizations**
11:21
**orient** 17:19
**oriented** 67:10
69:6
**original** 15:14
42:8 55:2,20,24
56:12 57:5
76:18
**originally** 55:22
72:9
**output** 42:7
**outreach** 53:11
**overall** 30:22
**overlaid** 36:17

**overpopulated**
66:18,21,23
**overtown** 78:17
78:19 79:1
80:12,15
**own** 22:11

**p**

**p.a.** 2:8
**p.m.** 1:15,15
44:3,3 84:5
93:10
**p.m..** 84:5
**p1** 84:16,25
85:20 86:7,11
87:13 89:13,23
**p1's** 85:22
**p4** 30:6
**page** 3:2 17:23
29:16 39:20
44:19 72:15
97:4,7,11,14,17
97:21
**pages** 95:12
**paid** 12:8
**paper** 10:9,10
**paragraph**
17:23 18:5
23:10 27:13
29:16 47:8
49:15 58:9
63:20 67:4 68:3
69:9,19
**part** 12:23
31:15 37:18
41:14 44:25

45:6,8 55:1
56:21 58:24
64:13 65:9,11
78:22 88:19
**particular**
12:11 23:6
24:11 41:15
65:19 69:7 70:7
77:4 78:11
**particularly**
38:3
**parties** 50:22
95:15,16 96:16
**parts** 34:1 65:6
**party** 49:8,11
**passage** 33:2
**passed** 15:17
32:23 36:7
74:13
**past** 34:1
**payment** 12:15
**pays** 49:10
**pen** 45:25
**pending** 35:24
35:25
**people** 11:22,23
22:11,14,17
26:16 47:19,19
54:1 57:10
64:21,22 66:11
66:12,12,14
72:24 75:16
**percent** 18:12
28:19 61:24,24
62:8,11 73:22

83:2,3,4
**perform** 50:24
**performance**
30:22 61:10
**performed** 23:5
**period** 15:6
**permit** 44:20
**person** 66:5,13
66:14 89:1,19
89:21
**person's** 89:2
**personal** 27:23
80:10
**personally**
22:21 63:7
84:16 94:5
**perspective**
48:17 49:20
51:20,20,24
53:12 60:2
70:18 71:9
**philosophy**
73:25 74:1
**pick** 58:18,21
**picked** 89:20
**picks** 63:12
**piece** 10:9,10
**pin** 21:8
**pines** 81:18
**place** 1:16 22:17
65:13,22 70:1
**placed** 20:12
21:4,6,23 25:14
58:16 62:5 63:8
70:6 86:16

**places** 18:7 84:20
**placing** 59:17
**plaintiff** 4:22 13:15 14:2,4 31:7 56:21
**plaintiffs** 1:6 2:2 3:11,12,13 18:7,8 23:22 24:16 25:18,24 26:5,11 27:6 29:3,22 30:8,11 30:23 31:8,20 36:21 50:4 51:4 51:19,21,25 52:14,17,19,21 52:22 53:13 57:10,15 58:7 69:17 71:23 73:8,15,25 74:24 75:21 76:7,16,20 77:25 78:2,10 78:16,23,24 79:3,23 80:5 81:10,22 82:2,2 82:16,18 85:10 88:4,13,17,20 90:7,20,21,25 91:3,8 92:8,12 92:21
**plan** 3:10,14 15:8,10,11,12 15:16,17 18:6,7 22:24 23:11

27:6,14 29:18 29:19 30:14,15 30:16,21,23 31:20,21 32:5,8 32:8,17,22 33:2 33:5,7,8,9,11,11 33:13,15 36:3,5 36:7,10 57:19 72:6,9,15 77:6 79:7 80:5,8,8,17 80:24 81:7,9,10 81:23 82:22,23 83:11,12,24 90:21 91:3
**plans** 23:23 24:1 24:4,6 25:24 26:3 29:22 30:1 30:8,11 32:3 33:18 44:14 73:15 75:22 76:7 80:7 82:2 82:16,18 92:9 92:21
**plantiffs** 3:9 70:22
**pleadings** 57:16 58:6
**please** 4:2 6:9 6:25 20:9 46:23 96:14
**pledge** 12:24
**plurality** 24:10
**plus** 65:9
**point** 14:14 38:11 43:6

51:12 53:23 54:18 83:23 92:15
**points** 36:16 37:24
**political** 49:8
**population** 19:13,18 28:5 32:2 33:20 39:23,24,25 40:3,4,4,9,12,22 40:23 41:2,7,8 54:10 60:25 61:4,8,25 62:8 62:12 66:10 67:16 79:15
**portion** 45:5
**position** 25:18 42:2 82:7,11,15 82:23
**positions** 12:25 13:8
**possible** 68:25 69:1,2,3,8 90:1
**potential** 43:2
**potentially** 38:19,20 68:2
**power** 47:18 60:5,9 69:24 70:18,19
**pre** 15:24 16:3
**preceding** 83:19
**precinct** 10:11
**predominant** 18:9,10 21:5

23:13 32:6,7,18 33:4
**predominantly** 54:7 69:10
**prefer** 80:9 87:1 87:2,3 89:13
**preference** 22:21 58:16 80:10 88:25 89:3,4
**preferred** 24:18 25:1,2,20,21,22 50:25,25 80:5,8 84:20,20 87:13 90:23,24
**preliminary** 20:19 21:1,8,15 55:13 56:8
**prescribe** 13:7
**present** 92:9
**presented** 20:21 26:11 38:24 48:18 80:4
**pretty** 33:8 46:11 80:23 81:15
**prevents** 69:21
**previous** 72:1
**previously** 16:22 69:23
**prieto** 1:19 94:12 95:4,23
**primarily** 23:18 51:13

**primary** 9:22 51:14
**prime** 53:12
**principle** 34:9 34:12,16,17
**principles** 34:6
**priority** 47:14
**probably** 14:6 35:18 81:16 87:8 89:16
**problem** 20:4,7 20:9
**problematic** 30:17,18,20 31:17
**problems** 46:21 69:7
**procedure** 96:24,25
**process** 16:9 47:15 49:16,19 52:1 65:15 76:21
**processes** 92:19
**produce** 25:25
**product** 8:22,24
**professional** 95:4,23
**professor** 23:2,4
**proffered** 80:7
**progressions** 33:18
**prompted** 78:12
**proportions** 41:6

**proposed** 3:3 23:23 35:14 36:6 43:10
**protection** 66:3
**provide** 5:3 28:22 39:7 66:5
**provided** 11:10 23:1,2 53:16 60:6 71:9 73:19
**public** 1:19 49:1 53:3 92:3,4,9 94:12 95:5
**publicly** 74:5
**punchy** 52:5
**purely** 33:23
**put** 21:7 24:16 26:6 30:1,4,6,7 36:21 38:1,22 46:1 50:3 51:19 51:22 53:13 59:12,15 61:8 70:17
**putting** 59:23 59:25

**q**

**quantity** 19:20
**quarterly** 12:20
**question** 5:3,7 5:23 6:2,4,7,8 6:13,17,18 8:24 11:6 16:13 32:20 34:24 35:24,25 40:6 40:19 64:2 68:17 70:12

74:8 82:14 86:14,15 87:4,6 88:21 91:6,25
**questions** 5:3,4 6:12,12 35:18 68:8 84:8,11,12 88:24

**r**

**r** 7:4 97:3,3
**race** 19:13,17,24 21:5,7,24 22:11 22:14,17 23:16 24:11 31:14 49:11 51:5 58:13 63:25 64:22,23
**races** 11:7 19:21 64:24
**racial** 14:22 18:9,10 20:15 22:5 25:24 27:2 27:7,15,18 28:3 28:12 30:12 32:6,7 34:12 36:15 37:8,16 37:22 38:3,16 38:23 39:2 41:3 41:13,16 54:4 55:5,6,6 56:14 59:19,21 60:3 60:11 61:16 62:15 63:10,22 64:5,9,14,17 69:11,20,23,24 70:1 73:15 82:8

82:12,15 83:2,6 85:14
**racially** 14:22 23:19 25:15,19 26:3,8 31:9 33:6 49:21,25 50:18 55:7,9,18,22 56:10 62:23 65:10 74:3 82:19,25 83:19 83:22 91:20
**raise** 4:1
**randomly** 89:19
**rather** 22:5 25:10,13 70:19 87:10
**rationale** 73:10
**read** 2:19 15:23 27:10,11 42:3,4 56:3,5,6,17 58:2 62:1 64:20 93:1 93:2 96:12
**reading** 56:10 56:22 57:16 95:10
**really** 34:2 36:23 69:5 89:8 89:17
**reason** 34:10 46:21 55:15 68:4,11,21 76:3 91:24 96:13 97:6,9,13,16,19 97:23

reasonable
  96:17
reasons  30:12
  38:16 55:5,6
  79:16
recall  6:23
  12:12,13,21
  16:3,23 17:16
  21:12 25:5,8
  29:6 31:22 32:4
  32:13,15 39:18
  42:4 53:24,25
  54:3 62:1 73:6
  73:10,22 74:7
  74:16,17,18,19
  75:23 78:13,14
  78:23,25 79:5
  79:11 83:25
  90:24
receipt  96:17
received  35:15
  39:9 44:11
  46:14 70:22
  72:6 74:24 78:2
  79:24 81:7
recent  72:15
recess  44:2 84:4
recognize  17:8
  46:16,19 71:1
  75:3,6 77:4 78:5
recollection
  14:20 78:18
  91:5
recommend
  12:10

recommendati...
  38:2
recommended
  12:14 39:4
record  5:19
  6:16 7:1 44:5
  55:17 84:7 93:8
  95:13
recorded  52:25
recording  92:10
recurring  12:16
  12:18
redirect  2:17
  90:15
redistributed
  84:23
redistricted
  66:10
redistricting
  4:19 15:20,22
  16:9 34:6,8,11
  34:16 53:21
  63:5 65:15,22
  65:24 72:9
redraw  65:13
redrawn  66:4
  82:9,12
redrew  54:12
refer  15:10,16
  41:24
reference  37:1
referenced
  26:13 51:23,24
  96:11

referencing
  23:5 42:9 50:10
referendum
  48:3
referring  15:11
  15:17 18:6
  73:20 74:12
reflect  9:22 10:5
  41:1 70:18
reflected  50:2
regard  96:18
regarding  30:14
  82:6
regardless
  48:20 49:11
regards  14:21
  17:13 74:9
registered  10:13
related  13:11
  14:16 21:19
  58:5 75:21
relates  32:5
  57:19 62:18
relation  50:11
  50:12
relative  42:7
  55:2 64:14
  65:10 95:14,16
relevant  34:2
relying  37:2,25
remedy  3:3
  31:13 35:15
  36:6 43:10 50:9
  74:9

remember
  12:16 71:6
  73:17 79:4
  87:19
remotely  4:12
rent  9:19 58:22
  59:1,2,2,4,4,8
repeat  6:9 16:13
  32:20 34:24
  61:5 64:2 82:14
rephrase  6:9
  88:8
report  32:1,4
  39:13,16 42:3
  95:7
reporter  4:1,8
  5:5,14 93:4,7
  95:5,23
reporter's  2:19
  6:1 95:1
represent  17:18
  23:12 31:12
  32:18 33:4
  34:14 39:11
  44:13 48:20
  49:22 51:19
  67:21,24 69:4
  72:8 87:22 91:3
representation
  44:16 47:11
  69:12,21 70:3
representative
  24:15 25:5,9
  48:19 49:5,5
  52:8

**representatives** 31:11 48:23 52:15

**represented** 20:4 50:8 68:12 71:20

**representing** 49:2 68:15,18

**represents** 4:18 88:17

**requested** 73:4 75:16

**require** 66:3

**required** 24:9 50:22,23 51:6 65:18

**requirement** 13:6 66:5

**requirements** 13:3 66:2

**research** 15:24

**residence** 7:9,13 9:22 38:11,15 38:17 58:22 59:1,2,3,5 88:5 88:9

**resident** 15:1 17:24 29:17,18 48:15 58:9,19 59:14 91:6

**residential** 7:5

**residents** 18:19 18:22 19:9,11 28:18 31:10 47:12 49:17,22

49:23 51:17 53:8,11 58:11 59:10 61:17 62:4 69:12,13 69:14,16

**resolution** 3:3 35:14 44:15 74:14,14

**response** 91:5

**responsible** 34:18 48:8

**restart** 85:23

**restaurant** 5:9

**restrict** 13:7

**result** 30:19,21

**results** 25:25 30:24

**returned** 96:17

**review** 23:3 29:4 32:1 71:4 96:11

**reviewed** 22:25 24:1,3 29:7,9 39:16 55:23

**reviewing** 32:4

**revised** 76:8

**reworked** 82:4

**rewrite** 15:14

**right** 4:1 21:19 36:19 40:16 41:24 63:13 64:19 74:22 86:21 92:25

**rights** 24:10 50:22 51:6

**rival** 19:18

**river** 45:10,13

**road** 54:17

**roads** 37:4,15 42:12,13,15,21 42:23,25 43:3,9 43:10,13 45:18

**roadways** 45:1

**robinson.com** 2:10

**roughly** 7:12 9:11 42:18,20 62:8,11

**round** 53:20

**rude** 5:17

**rule** 96:24,25

**rules** 5:1 96:17

**ruling** 56:17

**rulings** 26:13

**run** 77:13

**running** 52:11 77:14

**s**

**s** 96:2 97:3

**s.e.** 1:16

**saw** 17:20

**saying** 38:17 50:7 65:7 76:11

**says** 42:23 58:9 87:23

**scenario** 30:23

**school** 7:19

**science** 8:18

**se** 27:18

**seal** 94:7

**search** 11:24

**second** 17:7 21:11,12 54:22

**section** 55:1 86:10 87:23

**see** 17:14 36:19 39:25 40:5 44:17,19,22 54:13 71:13 72:12,17 79:7 81:3

**seeing** 41:6 56:13

**seek** 51:25

**seem** 53:14 71:21 79:13

**seemed** 37:16 53:15

**seems** 36:22

**seen** 28:23 36:3 46:11 47:1 80:1

**self** 8:22 9:9

**sends** 23:11

**sense** 27:21 66:15,16 86:11 86:15 90:18,21

**sensibly** 67:11

**sent** 33:3

**separate** 64:25

**september** 8:3 29:8

**seriously** 53:18

**servant** 49:1

serve 23:18
served 67:11
serves 25:2,4,6
   25:16
session 35:20
sessions 52:24
set 28:21 35:17
   41:19
seven 84:2
shake 5:7
shape 33:19
shared 71:5
sheet 2:20 96:13
   96:14
shenandoah
   37:4,15,20
   42:13,15,23
   43:17
shifts 41:22
   66:11
short 43:23
shorter 87:5
shorthand 95:8
show 35:12 44:7
   46:5,10 70:20
   74:22 79:21
showing 17:3
   41:19,23
side 28:10 42:25
   63:25 64:21,23
sign 96:14
signature 93:11
   94:11 95:22
signed 96:19

significant
   18:18 42:6 61:3
significantly
   34:22,25 76:8
   82:3,13
signing 95:10
silver 77:5
similar 11:23
   25:24,25 30:22
   33:8 53:15
   55:20 78:9
   80:23 81:12,15
similarities
   31:19
simply 17:4
single 48:10
   67:11 71:25
   82:1
sir 4:2,8
sit 26:17 83:21
sitting 5:9
situation 5:24
six 8:8 58:9
size 19:18,22
skipped 35:18
skyline 67:1
sleep 81:3
small 55:21
solemnly 4:3
solution 48:1
   69:16
solutions 96:1
   96:22
somebody 5:16
   20:10

sorry 16:13
   31:24 32:8,21
   34:24 40:16
   44:9 46:19
   54:14 58:24
   61:5 64:19
   77:25 82:14
   87:7 88:7
sort 37:21 42:10
   43:12 65:23
sounds 62:2
source 16:10,12
   16:19,23
south 2:9 7:17
   9:12 45:6
southeastern
   44:25
southern 1:1
southwest 7:6
   45:9
space 89:8
spanish 35:19
speak 14:3,14
   14:15 54:25
   60:1 72:24
speaking 31:6
   81:12,13,14
   87:15
specific 28:6
   37:5 42:16
   65:15,21,22
   74:20,21 78:13
specifically
   13:11 24:8
   27:23 32:17,22

36:24 38:6
   69:14 73:13
   74:14
spell 7:3
spent 38:8
spirit 85:13
   91:17
split 27:15 28:2
   30:8,11 37:4,17
   37:20,21 42:12
   64:4,8,9,12
   67:17 71:13
   72:13,18 75:7
   75:10
splits 27:14 37:7
   63:21 64:17
splitting 27:17
   28:12,18 37:14
   37:15 64:1
   71:22
spoken 23:8
ss 95:2
stand 51:21
   85:16
standing 37:21
start 5:23 17:2
   64:4
started 4:19
   74:13
starting 40:19
   76:18
state 1:19 6:25
   23:11 27:13,23
   47:8 49:15
   59:10 94:2,12

95:2,5

**statement** 18:3
20:17 23:14
29:19 49:18
50:6 51:1 58:17
60:6 64:16 65:1
65:4,7 69:22

**statements**
12:24 22:2
37:13 47:7
55:16 56:3,5,6
56:13,17,18,20
57:1,1 83:8,10
83:11,17,19,22
92:3,4

**states** 1:1 66:2

**statistical** 22:23
24:3

**statistics** 32:14
73:15

**statute** 96:18

**statutes** 51:2

**stenographic**
95:13

**stenographica...**
95:7

**sticks** 37:6

**stipulate** 81:11

**strategy** 9:3

**street** 2:4,9 7:6
96:6

**stripped** 58:12
58:13,14 59:11
62:19,25 63:3
70:14

**stronger** 35:8

**structure** 16:22
17:1

**stuck** 80:17

**studied** 73:14

**study** 32:14

**styled** 95:9

**subsequent**
29:24

**substantially**
30:22

**substitute** 46:23

**sufficient** 37:22
61:8

**suggested** 96:16

**suit** 14:21

**suite** 1:16 2:4,9
96:2,6

**sunny** 7:17

**super** 18:21
76:1 82:21,24
83:1,4,7

**supplemental**
28:22 29:2,15

**support** 20:10

**supported** 30:5
30:5

**supporting**
68:20

**sure** 14:10
16:14 17:6
18:12 20:24
21:2,9 23:21
33:1 35:5 37:4
46:11 52:7 61:6

63:14 64:4
65:20,23 68:9
68:17 74:8
76:23 80:14
87:19 88:20
92:7,11,14,20

**surprise** 66:22

**swear** 4:3

**sworn** 4:2,12
94:6

**systems** 8:19

**t**

**t** 2:8 3:1 97:3,3

**table** 41:21

**take** 26:4 35:22
36:1 43:23
65:22 72:3 77:3
77:5,9 84:1 93:3

**taken** 1:15,18
96:9 97:2

**takes** 5:15 13:9

**talk** 31:14 92:1

**talked** 55:12,13
85:12

**talking** 5:25 6:5
14:1 24:22,23
28:7,17 69:13
70:5

**tallahassee** 2:10

**tell** 14:18 77:1

**tells** 10:10

**ten** 66:13 68:3
69:9

**term** 22:16
73:24

**terms** 16:10
19:17,20 27:5
27:20 30:21
33:18 48:16
50:5,15 51:22
64:1 69:5 85:13
91:16

**test** 36:17 37:3
37:25 38:21
43:1

**testified** 4:12
84:15

**testify** 6:23

**testifying** 92:17

**testimony** 4:4
96:12,17

**text** 71:20

**thank** 4:8 70:24
75:1 78:4 93:7

**that'd** 77:1

**theoretically**
66:9

**theory** 73:25

**thing** 34:2 35:23
44:1

**things** 5:20
20:22 32:25
41:23 72:25
85:16 92:2

**think** 8:9 13:12
22:19 23:16
24:13 26:5,7
31:6 34:1,17,22
35:3,7 41:20
42:11,20 47:25

50:17,21 55:4
55:15 61:13
63:4 81:2 85:12
85:20 86:9,22
88:17,21,25
89:19,21 91:1,2
**thinking** 43:25
88:23 92:13
**third** 7:22
**thought** 52:11
92:19
**three** 24:7,13
25:19 29:24
57:7 67:25
75:24 76:1,4,9
82:3,21 83:5
85:2 92:4
**tigertail** 87:24
**time** 1:15 8:13
8:13 12:15 15:1
29:6 38:8 41:18
48:17 54:22
56:25 63:5 84:8
92:15
**times** 5:16 6:7
6:13,18 32:23
72:23
**timing** 17:16
71:6
**title** 13:20,22
**today** 6:23
83:21
**together** 35:9
36:21,21 37:13
38:2,23 67:7

70:17 85:16
**told** 26:17,18
**top** 13:21 34:20
36:17 45:5
61:12 83:25
**torture** 35:20
**totality** 65:11
**toward** 69:11
**tower** 96:1
**town** 71:13
**traditional** 34:5
34:8,11,16
**transcript** 57:14
58:2 96:11,19
**transcription**
5:18
**transcripts**
96:15
**transit** 67:10
69:6
**translate** 47:16
**treat** 81:15
**trial** 26:20 27:2
**true** 14:7 29:19
95:13
**truth** 4:5,5,6
**truthful** 18:3
**truthfully** 6:23
**try** 6:1,4
**trying** 5:18
36:21 41:5,10
48:24 59:16,22
59:23,24 62:21
67:15 88:21

**tunnel** 7:24
**turn** 48:21
**twice** 26:14
**two** 7:10,10
28:2,19 40:20
67:23,25 68:7
68:12,16,18
75:24 78:16
81:12 92:16
**type** 9:24 13:6
35:20
**types** 41:23

**u**

**uh** 13:14 32:24
35:2 85:19
86:19 90:19
**unaware** 51:2
53:6 72:2 76:2
**under** 29:17,18
36:11 48:6 66:2
66:3,20 96:17
**underpopulated**
66:19
**undersigned**
94:4
**understand** 6:9
6:17 15:11
25:17 26:22
41:5,11 42:19
46:7 53:3 56:16
57:3,4 59:9,21
60:14 68:17
88:21,22 91:4
91:21

**understanding**
15:19 16:20
22:8 27:17 31:8
33:6 38:25 54:4
54:6 56:9 57:12
58:4 62:20
63:11 64:25
65:12,14,21
66:6,8 73:23
74:8 75:20
80:11,13,14
**understood**
56:25
**unified** 85:10
**unite** 22:14 28:1
71:23
**united** 1:1 73:4
91:11
**unites** 66:2
**university** 7:20
8:19
**unpack** 20:23
**unsure** 66:20
**unusual** 79:13
**upcoming** 36:10
**urban** 67:9 69:6
**use** 84:25
**used** 15:25 42:5
96:19
**using** 56:24

**v**

**vaguely** 79:4
**valdes** 1:19
13:18 18:8
94:12 95:4,23

**validate**  21:15
**validation**  20:18
  53:17
**variability**
  49:13
**various**  9:18
  39:23 43:2
**vary**  49:4
**vast**  61:17 62:3
**verb**  59:4
**verbal**  46:21
**verbally**  83:18
**verbatim**  83:16
**verify**  96:12
**veritext**  96:1,10
  96:15,22
**veritext.com**
  96:15
**version**  73:7
  90:18,20
**versions**  44:20
**versus**  16:22
  25:11 40:9 60:2
  64:11 89:23
**video**  57:25 58:1
**view**  57:24
  62:14 67:6 85:4
**viewed**  17:17
**virginia**  8:6,11
  8:12,19
**visual**  44:16
**voice**  47:20 70:8
**voices**  49:22,23
  50:7,11 53:17

**vote**  10:11,14
  11:1,4,7 40:10
  40:13 66:5,13
**voted**  10:16,19
  10:20 11:7,9
**voter**  10:7,8
  34:23 35:4 48:3
**voters**  47:23,25
  50:14,15,17,19
  60:5 69:20 70:6
  70:13 83:7
**votes**  47:21
  67:25
**voting**  10:25
  24:10 39:23,24
  39:24 40:3,3,4,9
  40:9,12,21,22
  40:23 41:2,7,8,9
  41:9 50:22 51:6
  60:9,24 61:4,10
  61:24 62:8,11
  70:19
**vs**  1:7 96:8 97:1

**w**

**wait**  76:25
**waive**  93:1
**waived**  93:11
  95:11
**walk**  48:24,25
**walking**  61:14
**want**  14:8 24:22
  27:16 41:17
  47:5,8 68:17
  76:23,25 86:13
  88:23 93:5,6

**wanted**  21:14
  59:7 74:5
**wanting**  47:11
**watch**  57:24
  58:1
**watched**  55:23
**water**  35:22
**way**  11:21 15:24
  21:25 28:10
  33:23 45:10
  49:24 51:8,10
  58:21 61:6
  63:17 64:20
  70:12 71:10
  76:17 77:13
  79:2,15 81:18
  82:9 86:4 89:21
  91:7,25
**we've**  20:22
  35:24 36:20
  38:22 51:21
  55:12,13
**web**  9:2,17
**wednesday**  1:15
**west**  2:4 42:24
  46:8 54:1,5,6,23
  71:24 96:6
**western**  54:14
  72:12
**whatnot**  63:6
**white**  19:23
  39:23 40:2
  62:11
**whites**  61:16

**wife**  7:19 14:6,9
  14:13
**witness**  2:18 4:7
  4:11 28:16
  43:25 70:24
  75:1 78:4 79:19
  84:9 90:1,6 94:1
  94:7 95:9,11
  96:19
**words**  43:3,8
  46:23
**work**  5:2 9:1,15
  76:21
**works**  84:3
**world**  48:19,22
**write**  21:11 47:3
**written**  57:2,3,4
**wrong**  26:17,19

**x**

**x**  2:13 3:1,1

**y**

**yani**  13:16,18
  13:24 14:5,16
**yeah**  15:13
  42:13 45:15
  59:9 74:21 77:2
  81:13 87:12,25
  87:25 89:12
**year**  7:21,22
  15:7 36:8
**years**  7:10,10
  8:2,8 12:13
**yellow**  85:2

**[york - zero]**                                        Page 123

| |
|---|
| **york**  7:16 8:1,2 8:3,4,14 9:14 |
| **z** |
| **zealous**  67:24<br>**zealously**  68:15 68:20 69:4<br>**zero**  84:11 |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.