Page 1

1              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF FLORIDA
2
                    CASE NO. 1:22-cv-24066-KMM
3

4       GRACE, INC., et al.,

5                      Plaintiffs,

6       vs.

7       CITY OF MIAMI,

8                      Defendant.
       _____

9

10
                            DEPOSITION OF

11
                           YANELIS VALDES

12

13

14
                            Wednesday, October 4th, 2023
15                          1:05 p.m. to 3:40 p.m.
                            333 Southeast 2nd Avenue
16                          Suite 3200
                            Miami, Florida 33131
17

18

19

20

21

22          Taken on behalf of the Defendant before

23      Mayra Texeira, Shorthand Reporter and Notary Public

24      in and for the State of Florida at Large, pursuant

25      to Notice of Taking Deposition in the above cause.

Page 2

```
 1                    APPEARANCES

 2

 3   On behalf of the Plaintiffs:

 4          American Civil Liberties Union Foundation

            336 East College Avenue

 5          Suite 203

            Tallahassee, Florida 32301

 6          BY: DANIEL TILLEY, ESQUIRE

            BY: NICHOLAS WARREN, ESQUIRE

 7

 8   On behalf of the Defendant:

 9          GRAY|ROBINSON, P.A.

            333 Southeast 2nd Avenue

10          Suite 3200

            Miami, Florida 33131

11          BY: GEORGE LEVESQUE, ESQUIRE

12

13                    - - - - - -

14                    I N D E X

15     Witness                  Direct     Cross

16     Yanelis Valdes            4,68        67

17

18

19

20

21

22

23

24

25
```

Page 3

1              E X H I B I T    I N D E X

| | Defendant's | Description | Page No. |
|---|---|---|---|
| 2 | | | |
| 3 | Exhibit 23 | Complaint | 14 |
| 4 | Exhibit 109 | Complaint | 20 |
| 5 | Exhibit 82-12 | Chart | 23 |
| 6 | Exhibit 24-83 | Map | 26 |
| 7 | Exhibit 82-24 | Map | 30 |
| 8 | Exhibit 82-34 | Map | 31 |
| 9 | Exhibit 82-35 | Map | 36 |
| 10 | Exhibit 82-36 | Map | 38 |
| 11 | Exhibit 82-37 | Map | 41 |
| 12 | Exhibit 82-2 | Transcript Excerpt | 44 |
| 13 | Exhibit 24-41 | Declaration | 57 |

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                    Page 4
 1   Thereupon:
 2                    YANELIS VALDES
 3   was called as a witness and, having been first duly
 4   sworn, was examined and testified as follows:
 5                   DIRECT EXAMINATION
 6   BY MR. LEVESQUE:
 7        Q.   Good afternoon, Ms. Valdes.  We met
 8   previously.  My name is Jorge Levesque.  I'm
 9   representing the City of Miami in this litigation
10   and, as you know, you're an individual plaintiff.
11   Before we get started, can you please state your
12   full name for the record.
13        A.   Yanelis Valdes.
14        Q.   And do you have a middle name?
15        A.   I do not.
16        Q.   And can you spell that for the record?
17        A.   Y-A-N-E-L-I-S, V-A-L-D-E-S.
18        Q.   And what is your date of birth?
19        A.   ████.
20        Q.   What is your current residential address?
21        A.   58 Northeast 14th Street, Apartment 2812,
22   Miami, Florida 33132.
23        Q.   And how long have you lived at that
24   address?
25        A.   Two and a half years. About two and a half
```

Page 5

```
1    years.
2         Q.   And what was your address before that?
3         A.   1600 Northeast First Avenue, Apartment
4    1504, Miami, Florida 33132.
5         Q.   And how long did you live at that address?
6         A.   About two years.
7         Q.   Where did you live before that?
8         A.   I lived in D.C. before that.
9              THE COURT REPORTER: I'm sorry?
10        A.   In D.C. Washington, D.C.
11        Q.   And prior to your time in D.C. did you
12   ever live in Miami?
13        A.   I lived in Miami-Dade County, in Hialeah.
14   Not in the city of Miami.
15        Q.   And where did you live when you lived in
16   Miami-Dade County?
17        A.   In Hialeah. Do you need the address?
18        Q.   Yes.
19        A.   7785 West 29th Way, Apartment 201,
20   Hialeah, Florida 33018.
21        Q.   How long did you live at that Hialeah
22   address?
23        A.   Eighteen years.
24        Q.   Is that your parents' home?
25        A.   Uh-huh.
```

1        Q.    And for the 58 Northeast 14th Street

2   address, what district is that in?

3        A.    Right now it's in District 2.

4        Q.    And prior to the 2022 cycle, so from 2013

5   to 2022, what district was that in?

6        A.    I believe it was District 2.

7        Q.    And what type of documentation do you have

8   that would demonstrate that you live at the

9   58 Northeast 14th Street address?

10        A.    I have a lease. I have my FP&L bill.  And

11   I have a water bill. And Internet as well.

12        Q.    What address is on your driver's license?

13        A.    The 1600 address.

14        Q.    And what address is on your voter's

15   registration?

16        A.    I recently switched it so it should be now

17   the 58 Northeast address.

18        Q.    When did you switch it?

19        A.    Sometime this week in anticipation of the

20   election.

21        Q.    If I can ask, when you moved to the

22   58 Northeast 14th Street address, did you intend for

23   that to be your new residence?

24        A.    Yes.

25        Q.    Is there a reason why you didn't update

Page 7

```
1    your driver's license or your voter's registration

2    at that time?

3         A.   No reason.

4         Q.   Have you ever voted in the city election?

5         A.   I have.

6         Q.   Which election did you vote for?

7         A.   I don't remember.

8         Q.   Have you ever been deposed before?

9         A.   I have not.

10        Q.   Have you ever testified in court before?

11        A.   No.

12        Q.   Do you understand that you're under oath?

13        A.   Yes.

14        Q.   And that you must answer the questions

15   truthfully?

16        A.   Yes.

17        Q.   And do you understand that all the

18   statements -- that all of our conversation is being

19   taken down?

20        A.   Yes.

21        Q.   One of the things that I'll ask you to

22   help me with is to help the court reporter.  You're

23   doing a great job now of answering yes or no.

24   Sometimes you're also shaking your head. Just if

25   that ever becomes an answer I might prompt you and
```

1    say, is that a yes. I'm not meaning to be rude; I'm

2    just meaning to make sure we get a good record.

3            You're doing a great job of speaking

4    clearly. Sometimes I might speak fast. Sometimes I

5    might mumble. If I do that and you don't understand

6    my question, please ask me to repeat it and I'll do

7    so. If for any reason you answer the question I'm

8    going to assume that you understood the question and

9    what I was asking. Is that fair?

10       A.   Yes.

11       Q.   Okay. This isn't intended to be a Spanish

12   Inquisition or something like that. If you ever need

13   a break for -- you know, to take a bathroom break or

14   for any reason just let me know. The one thing I

15   would ask, if we have a question pending go ahead

16   and answer the question and then take a break. Is

17   that fair?

18       A.   Yes.

19       Q.   What did you do to prepare for this

20   deposition?

21       A.    I reviewed the -- like media coverage.  So

22   some of the articles.  And the statements that I've

23   made previously. I also rewatched what I said in the

24   special meeting that happened in February of last

25   year.

1      Q.   Did you watch the meeting that occurred in
2    June of this year?
3      A.   I didn't watch the meeting, but I did read
4    my statement.
5      Q.   And other than your attorneys, did you
6    discuss your deposition with anyone?
7      A.   No. I mentioned that it was happening, but
8    not -- but not the details.
9      Q.   Are you presently married?
10     A.   No.
11     Q.   Have you ever been married before?
12     A.   No.
13     Q.   What is your current employment?
14     A.   I am the director of organizing and
15   advocacy for Engage Miami.
16     Q.   And how long have you been in that
17   position?
18     A.   Two years.
19     Q.   And how did you come into that position?
20     A.   I was first a member of Engage Miami in
21   2019 and I remained connected to the organization
22   and I applied for a job for advocacy manager
23   sometime in 2021 and then received a promotion to
24   this current role in the summer of 2021.
25     Q.   So when you were originally hired you were

```
 1    hired as the advocacy manager?
 2        A.    Yes.
 3        Q.    And then now you're the director of
 4    organization and advocacy?
 5        A.    Yes.
 6        Q.    What are your responsibilities as a
 7    director of organization and advocacy?
 8        A.    I manage our organizers. I help with our
 9    membership model.  So we are membership based.  So I
10    help guide what that looks like. I plan community
11    meetings. I help people be connected to local civic
12    participation. Those are some of the
13    responsibilities that I have.
14        Q.    What does it take to become a member of
15    Engage Miami?
16        A.    So we have a few different ways, but I'll
17    talk about one of the main ways and that's through
18    our community meetings. Folks come out, they have
19    the opportunity to fill out what we call a
20    membership commitment form expressing their interest
21    in becoming a member. They pay into a member fund if
22    they have the means to do so. And they have
23    follow-up conversations with our organizers and are
24    able to participate in different membership only
25    activities that we have. Which vary. That's one way
```

Page 11

1    to get involved as a member.

2         Q.   What are some of the other ways?

3         A.   Another way is by connecting with one of

4    our organizers outside of the community meetings and

5    still filling out the membership commitment form. So

6    the key of us considering somebody as a member is if

7    they filled out the membership commitment form.

8         Q.   Now, is anybody who completes a membership

9    form automatically -- and that's provided to you, do

10   they automatically become a member or is there some

11   overview process?

12        A.   They become a member and we speak with

13   them; we reach out.  And we consider folks

14   organizing members who are more involved, who come

15   out to one or two meetings in the year.

16        Q.   And in terms of maintaining a membership

17   list, does Engage Miami maintain a membership list?

18        A.   Yes.

19        Q.   And about how many of those members

20   currently reside within the city of Miami?

21        A.   Between 40 and 50 people.

22        Q.   Have you looked at your membership list

23   and the addresses -- let me back up.

24             Does your membership form ask for the

25   address of the member?

Page 12

1        A.    Yes.

2        Q.    And have you looked at your membership

3    addresses to assess where your membership lives in

4    each district within the city?

5        A.    I have not recently looked to see if each

6    member lives in each district.

7        Q.    Have you ever done that?

8        A.    I don't remember.

9        Q.    Do you know if anybody in Engage Miami,

10   other than you, has done that?

11       A.    Potentially, but I'm not sure.

12       Q.    Are you familiar with the Engage Miami

13   Civic Foundation?

14       A.    Yes.

15       Q.    What is that?

16       A.    That is our 501(c)3 organization.

17       Q.    And what's the purpose of that

18   organization?

19       A.    I'm not sure that I'm the right person to

20   answer that.

21       Q.    Do you have any affiliations with that

22   organization?

23       A.    Yes.

24       Q.    What's your affiliation with that

25   organization?

Page 13

1        A.    I'm employed by the organization.

2        Q.    Are you also employed by Engage Miami?

3        A.    Yes.

4        Q.    So you've got two employers there?

5        A.    I'm not sure the, like, back end of it.

6    So I don't think that I can really respond to the

7    way that's structured.

8        Q.    In terms of the name of the employer on

9    your paycheck or on your W-2, do you know who that

10   is?

11       A.    I don't remember.

12       Q.    Have you ever been registered to vote

13   under a different name?

14       A.    No. There was a discrepancy when I first

15   ever registered to vote and my last name was spelled

16   incorrectly at one point, but no other name

17   purposely.

18       Q.    And how did you get that resolved?

19       A.    When I updated my voter's registration

20   when I moved back to the city of Miami.

21       Q.    I'm going to show you a document and we're

22   going to mark this as Defendant's Exhibit 23. I'll

23   give you a second to look at that document.

24            Do you recognize that document?

25       A.    I believe so.

Page 14

1    Q.   And what do you recognize that document

2   is?

3    A.   What we filed within the City of Miami for

4   racially gerrymandering during our redistricting

5   process for our district maps.

6    Q.   Did you review that document or a draft of

7   that document before it was filed?

8    A.   I don't remember.

9    (Defendant's Exhibit 23, Complaint, was

10       marked for Identification.)

11   Q.   And when you say you don't remember, does

12  that mean you might have or you might not have?

13   A.   Yes. I might have and I might not have.

14   Q.   Okay. Do you recall if you approved this

15  document before it was filed?

16   A.   I don't remember.

17   Q.   Other than your attorney, have you ever

18  discussed this document with anyone?

19   A.   No.

20   Q.   Okay. If I could ask you to flip to

21  page 6.  In paragraph 29, it says, plaintiff, your

22  name, is a Latina Cuban-American resident of

23  Omni/Downtown and District 5.

24       Is Omni/Downtown the neighborhood that you

25  live in?

Page 15

1          A.    Yes.

2          Q.    And that is where the address of 58

3     Northeast 14th Street address is?

4          A.    Yes.

5          Q.    And in the complaint it asserts that

6     you're a Latina Cuban-American resident. For you,

7     what does it mean to be a Latina?

8          A.    It's a really broad question. I'm not

9     sure.

10         Q.    Well, let me ask this. Is it different

11    than being Hispanic?

12         A.    Yes. I would say so.

13         Q.    And how is it different?

14         A.    From like a semantics point, it means

15    coming from Latin America versus from a

16    Spanish-speaking territory with like Spanish

17    Colonial influence. That's what I would say is the

18    main. And Latina I would say is just a more modern

19    way to refer to my identity.

20         Q.    And you also identify as Cuban-American.

21    Can you explain what that is -- or what you mean by

22    Cuban-American?

23         A.    Sure. My parents are both Cuban, my mom

24    was born on the island, and I was raised in a large

25    Cuban family. But I was born here in the United

Page 16

1    States.  So I consider myself Cuban-American.

2         Q.   In paragraph 30 it asserts that the

3    enacted plan, and the plan that we're talking about,

4    that is the 2022 plan, places you in districts where

5    you are not the predominant racial group.

6              What is the predominant racial group in

7    District 5?

8         A.   African-American.

9         Q.   And what is your objection to being placed

10   in District 5?

11        A.   I would say that it's because of the way

12   that neighborhoods are -- my neighborhood in

13   particular is grouped in a way that is not really

14   taking into account the makeup of our -- the

15   community members in that particular area and so --

16   yeah. It feels like being in a district where my

17   community isn't the predominantly -- the predominant

18   racial community there could dilute the

19   representation that I could have in my district.

20        Q.   So if I can paraphrase, and if I'm getting

21   this wrong please let me know. So you as a Latina,

22   if you're placed in a Black district, you feel your

23   voice would be diluted. Is that accurate?

24        A.   Potentially.

25        Q.   And do you identify the Omni/Downtown area

Page 17

1   as your neighborhood?

2          A.    Yes.

3          Q.    How do you define a neighborhood?

4          A.    Geographic and kind of a place based on

5   boundaries, like local businesses and places that

6   are recognizable and have folks from the community

7   gathering. Some other housing structures as well.

8   Those are some of the things I would say make up a

9   neighborhood.

10         Q.    And in terms of the racial composition of

11  your neighborhood, how would you describe it?

12         A.    I would describe it primarily Hispanic,

13  Latina.

14         Q.    If I could ask you to look at paragraph

15  32. In that paragraph it alleges that the individual

16  plaintiffs, which would include you, are further

17  harmed because the enacted plan splits up their

18  neighborhoods and the neighborhoods are split along

19  racial lines.

20               Are you aware if whether the 2002 enacted

21  plan splits your neighborhood?

22         A.    You mean the 2022?

23         Q.    Yeah. The 2022 map.

24         A.    I don't remember exactly how it was split

25  in the 2022 map. I know that I was moved into a

Page 18

1    different district.

2        Q.   Is your primary concern with the 2022 map

3    that you were moved into another district?

4        A.   I would say that's a concern, but not the

5    only concern.

6        Q.   What other concerns do you have of the

7    2022 map?

8        A.   I would say in general as a whole the city

9    of Miami was drawn in a way that felt like it wasn't

10   representative of like the neighborhood and

11   geographic areas that represented communities and

12   instead were drawn based on race.

13       Q.   Are there other concerns?

14       A.   Yeah. There are other concerns about the

15   way the map was drawn and the representation around

16   community and -- the ways the people are represented

17   in the city.

18       Q.   When you say the ways in which they are

19   represented, how do you mean that?

20       A.   Yeah. So the map was drawn to seemingly

21   put Black residents into one district and Hispanic

22   residents into other districts. And so communities

23   were split up and neighborhoods were broken up and

24   it wasn't from a perspective of like boundaries that

25   are naturally occurring, but based on people's race.

1      Q.   Now, in your instance you were a Hispanic
2    that was drawn into a Black district. If I
3    understand what you are just saying correctly, you
4    would have preferred to have been included in a
5    Hispanic district. Is that a fair characterization?
6      A.   I'm not sure that I would say that. For me
7    a big concern is the full picture of the whole map.
8    For me the community as a whole is really important.
9    And so I'm thinking about other folks in my
10   neighborhood that are in -- have been moved to other
11   parts. Like it's a couple blocks away in a different
12   district.  So for me it's more about as a whole.
13   I've seen the city being drawn in a way that was
14   based on race.
15     Q.   And I want to kind of differentiate
16   between the map as a whole and your district. Let's
17   talk about just your district right now. Or your
18   district as it was drawn when you were in
19   District 5.
20     A.   Uh-huh.
21     Q.   And what I'll call the movement from
22   District 2. In that regard, is your chief complaint
23   that you were a Hispanic resident that was being
24   moved into a Black district?
25     A.   I'm not sure how to answer that.

Page 20

```
1          Q.   Do you feel you were placed in that

2    district just because you were Hispanic?

3          A.   I'm not sure.

4          Q.   You can set that aside. Ms. Valdes, I'm

5    going to show you another document that we are going

6    to mark DE 109. And I'll represent to you that this

7    is a supplemental complaint that was filed in the

8    litigation.

9               Do you recognize this document?

10         A.   I believe so.

11         Q.   Do you recall if you saw this document

12   before it was filed on September 7th, 2023?

13         A.   I don't recall.

14         (Defendant's Exhibit 109, Supplemental

15         Complaint, was marked for Identification.)

16         Q.   Do you recall if you approved this

17   document before it was filed?

18         A.   I don't recall.

19         Q.   Have you ever discussed this document with

20   anyone?

21         A.   No.

22         Q.   Okay. If we could go ahead and flip to

23   page 3. And I'll draw your attention to

24   paragraph 15.  And that asserts that plaintiff is

25   Latina and Cuban-American, was a resident of
```

Page 21

1    District 5 under the 2022 plan, and is a resident of

2    District 2 under the 2023 plan.

3         Do you agree with that statement as it

4    applies to you?

5         A.   Yes.

6         Q.   Then on the following paragraph it says,

7    the 2023 plan placed plaintiffs Cooper, Johnson, and

8    Valdes and organizational plaintiffs' members in

9    districts where they are not the predominant racial

10   group.

11        Now, under that 2023 plan you were placed

12   in District 2. What is the predominant racial group

13   in District 2?

14        A.   White, Anglo.  Non-Hispanic White.

15        Q.   And when you say -- when I say predominant

16   racial group, how are you interpreting that?

17        A.   The majority of folks that make up that

18   community are from that race.  Yeah. The majority of

19   people who live in that district are of this race.

20        Q.   Do you know what percentage of District 2

21   is white?

22        A.   No. Not off the top of my head.

23        Q.   Have you looked at any of the racial

24   statistics for any of the districts in the 2022

25   plan?

Page 22

1          A.    Yes.

2          Q.    Have you looked at any of the

3     statistics -- the racial statistics for the 2023

4     plan?

5          A.    Yes.

6          Q.    And when I say the 2022 plan and the 2023

7     plan, you understand which plans I'm referencing?

8          A.    Yes.

9          Q.    Have you looked at any of the racial

10    statistics for the plans that have been submitted on

11    your behalf as a plaintiff?

12         A.    Yes.

13         Q.    I'm going to show you a document that

14    we're going to mark DE 82-12. And I'll represent to

15    you that this is an appendix that provides racial

16    statistics for some of the plans that have been

17    considered by the city commission and have been

18    presented in this litigation. Looking at page 1, the

19    enjoined plan in District 2, and looking across the

20    columns, can you tell me which racial population has

21    the highest percentage of District 2?

22         A.    Can you explain the headers?

23         Q.    Yes, I can. Starting with the first

24    column, do you understand that district refers to 1,

25    2, 3, 4, 5, each individual district?

Page 23

```
 1        A.   Yes.
 2        (Defendant's Exhibit 82-12, Chart, was
 3        marked for Identification.)
 4        Q.   And then you've got a total population
 5   column?
 6        A.   Yes.
 7        Q.   A population deviation column?
 8        A.   Yes.
 9        Q.   A percentage of population deviation
10   column?
11        A.   Yes.
12        Q.   And then from there you get into white
13   voting age population, Hispanic voting age
14   population, Black voting age population, and then
15   white citizen voting age population, Hispanic
16   citizen voting age population, and Black citizen
17   voting age population.
18             With that understanding, can you tell me
19   which race or ethnicity is the highest in
20   District 2?
21        A.   Voting age population or --
22        Q.   Yeah. We'll go with voting age population.
23        A.   Yeah. It seems like Hispanic is the
24   highest there.
25        Q.   And that's true in -- that's also true of
```

1    citizen voting age population too as well, isn't it?

2         A.   Yes.

3         Q.   Now I'm going to ask you to refer to the

4    next page, which is labeled 15 at the bottom. And I

5    will represent to you that the Resolution 23-271 box

6    at the very bottom refers to the 2023 plan that

7    we've been discussing. In that plan, what race or

8    ethnicity makes up the largest share of District 2?

9         A.   The same, Hispanic.

10        Q.   And currently you live in District 2.

11   Correct?

12        A.   Yes.

13        Q.   And who is your commissioner?

14        A.   Right now it's Sabina Covo.

15        Q.   Do you have a problem as a Latina being

16   represented by another Latina?

17        A.   I do not.

18        Q.   And, in fact, that's what you would prefer

19   for your district. Correct?

20        A.   I'm not sure that I would say that that's

21   what I prefer.

22        Q.   Let me frame it this way, then. Do you

23   have a criticism of how you have been drawn into

24   your district?

25        A.   I'm not sure how to answer that, to be

1    honest.

2         Q.   What is your understanding of how you were

3    treated under the plaintiffs' plans?  Do you recall

4    for plaintiffs' plan 1 whether you were in

5    District 2 or District 5 or some other district?

6         A.   I don't remember.

7         Q.   What about for plaintiffs' plan 2?

8         A.   I don't remember.

9         Q.   Is that true of all the plaintiffs' plans?

10        A.   Probably.

11        Q.   Okay. You can set that document aside, but

12   we may come back to it.

13             Have you ever lived at 2151 Southwest

14   137th Place?

15        A.   No.

16        Q.   Ms. Valdes, I'm going to show you another

17   document.  We're going to mark this document as

18   DE 24-83.  And I'll represent to you that this is

19   the 2022 enacted plan.

20             Have you seen this document before?

21        A.   I've seen this map. I'm not sure if it's

22   the exact document, but --

23        Q.   Now, I understand it's a map of a somewhat

24   large city, but are you able to identify

25   approximately where you would reside in that map?

1       A.   Yes.

2       (Defendant's Exhibit 24-83, Map, was

3       marked for Identification.)

4       Q.   Okay. If I could hand you a pen and ask

5   you to place a dot.

6       A.   (Indicating.)

7       Q.   And then -- I know you probably made a

8   small dot.  If you could just draw an arrow or a

9   circle to make it easier for --

10      A.   (Indicating.)

11      Q.   So you are right there on the edge.

12      A.   Yeah.

13      Q.   Now, we've already talked a little bit

14  about your district. What is it about this map

15  broadly, because you indicated that you had some

16  broad concerns -- what is it about this map broadly

17  that you have concerns with?

18      A.   Can I take a look at this as well while

19  I'm looking at this or --

20      Q.   Sure.

21      A.   Does enjoined and enacted mean the same

22  thing?

23      Q.   Well, they don't mean the same thing;

24  they're referring to the same map.

25      A.   Okay.

1      Q.    And normally I wouldn't answer questions,

2   but --

3      A.    Yeah. I would say some of the things that

4   are of concern to me are the way in which Black

5   residents are really concentrated in one area -- in

6   one district specifically as well as Hispanic voters

7   really being represented and -- sort of more

8   exclusively to 1, 3, and 4. And although District 2

9   has a high Hispanic voting age population in

10  comparison to white from the standpoint of, like,

11  the proportional -- the proportional makeup of the

12  city of Miami, it doesn't seem quite representative.

13         There is also the -- the ways in which

14  some of this is drawn breaks up neighborhoods, not

15  by, like, natural boundaries. And I don't know the

16  specifics of the racial makeup in each of the small

17  slivers, but those are some of the concerns.

18     Q.    We'll work our way backwards there. So you

19  mentioned neighborhoods being broken up, not -- and

20  the districts not being drawn by natural boundaries.

21  What's a natural boundary to you?

22     A.    It means like a highway or a river. Those

23  are examples.

24     Q.    And looking at the map, what would be an

25  area where the map isn't following a natural

Page 28

1    boundary that you think is problematic?

2         A.   I would say the Natoma Manors kind of

3    splits down into -- from Coconut Grove, but it's in

4    a different district than full Coconut Grove.

5    Also -- and I can say like another example is this

6    sliver in District 2 that goes into District 5. I'm

7    not sure again what the makeup of that area is

8    exactly, but those are some that stand out. As well

9    as District 4 going into Coconut Grove and I don't

10   know if that's a highway here, but there is like

11   that sliver.

12        Q.   For that last portion, are you talking

13   about the little triangle piece that comes off right

14   above the words Coconut Grove?

15        A.   Yes.

16        Q.   Now, you mentioned Natoma Manors with a

17   little foot in District 3. Do you have any

18   understanding of why that was done?

19        A.   Not that I recall.

20        Q.   Do you recall any news articles about

21   Commissioner Carollo's house being in that area?

22        A.   I do remember articles about it. Yes.

23        Q.   At the time this map was drawn in 2022, do

24   you think it would have been improper for a

25   commissioner to draw his house into his district?

Page 29

```
1        A.   If it wasn't the house he was living in or
2    if it was currently in a different district, I would
3    say yes.
4        Q.   What would be improper about it?
5        A.   The fact that it's already sitting outside
6    of a district at the time that they're a sitting
7    commissioner. But I think it depends on the
8    specifics of it.
9        Q.   But you would agree that probably has
10   nothing to do with race. Right?
11       A.   I'm not sure.
12       Q.   What aren't you sure about?
13       A.   That I think there could be a -- it could
14   be like multifaceted, the reason. So I'm not sure.
15       Q.   Okay. Assume with me that it was drawn
16   that way just for race -- I'm sorry. Not just for
17   race; just to include his house in the district. You
18   would agree that the inclusion of someone's house in
19   a district is not a race-based reason. Correct?
20       A.   Correct.
21       Q.   Ms. Valdes, I'm going to show you another
22   document that we are going to mark as DE 82-24. And
23   I'll represent to you that this is the 2023 plan
24   we've been talking about.
25            Have you seen this map before?
```

Page 30

```
 1      A.   Yes.
 2      (Defendant's Exhibit 82-24, Map, was
 3      marked for Identification.)
 4      Q.   And if I could ask you to go ahead and
 5  mark if you can roughly where your house is and
 6  circle it in that map.
 7      A.   (Indicating.)
 8      Q.   Now, in this map, is your neighborhood
 9  split?
10      A.   I'm not sure.
11      Q.   In this map, and I want to talk about your
12  district first, what would your objection to this
13  district be?
14      A.   I think more of the district is split up
15  towards the bottom.
16      Q.   And when you say that it was split up
17  towards the bottom, can you describe that for the
18  record?
19      A.   Yeah. In the area that's bordering
20  District 3 and District 2 that goes into like
21  past -- I don't know if this is like US-1 or one of
22  the -- I think it's I-95. It goes more into Coconut
23  Grove.
24      Q.   Let me ask this. In terms of the line that
25  it is following, do you know if that's a major
```

Page 31

 1   roadway or not?

 2        A.   I think so. Oh, the one that is in

 3   there -- that is actually drawn in there now?

 4        Q.   Yes.

 5        A.   I'm not sure.

 6        Q.   Do you have any knowledge of the

 7   neighborhood that would make up a broad area of what

 8   I will refer to as the Grove there in southeastern

 9   Miami?

10        A.   I know some of them.

11        Q.   Do you know if some of them are kept

12   whole?

13        A.   I'm not sure.

14        Q.   And I might have asked this, but do you

15   feel you were placed into District 2 because of your

16   race?

17        A.   I'm not sure. Maybe.

18        Q.   I'm going to provide you another exhibit

19   that we are going to mark DE 82-34. And I'll

20   represent to you that this is plaintiffs' map 1 that

21   was submitted to the city commission and ultimately

22   to the Court. Do you recognize that map?

23        A.   I do.

24        (Defendant's Exhibit 82-34, Map, was

25        marked for Identification.)

Page 32

1          Q.    Do you know who drew this map?

2          A.    Yes.

3          Q.    Who drew this map?

4          A.    The legal team with plaintiffs' input.

5          Q.    Did you have input into this map?

6          A.    Yes.

7          Q.    In this map, what district are you in?

8          A.    District 1.

9          Q.    I'm going to ask you to mark that.

10         A.    (Indicating.)

11         Q.    Thank you. Now, in this map, are you aware

12    of what the racial or ethnic makeup of District 1

13    is?

14         A.    I don't remember the specifics.

15         Q.    Do you recall whether it was a Hispanic

16    district or not?

17         A.    I'm not sure.

18         Q.    Did you discuss this map with anyone other

19    than your attorneys?

20         A.    No.

21         Q.    Did you approve this map before it was

22    submitted to the city?

23         A.    I believe so. There was input so I would

24    say yes.

25         Q.    What were you trying to accomplish with

Page 33

1   this map?

2        A.   Neighborhoods kept whole not on the basis

3   of race.

4        Q.   Do you know if this map splits any

5   neighborhoods?

6        A.   I'm not sure.

7        Q.   You would agree that sometimes

8   neighborhoods have to be split for a variety of

9   reasons in the districting?

10       A.   Yes.

11       Q.   And those reasons can be legitimate

12   constitutional reasons. Correct?

13       A.   Yes.

14       Q.   Do you recall testifying that the maps

15   that were submitted by plaintiffs didn't pack

16   Hispanics?

17       A.   What do you mean by testifying?

18       Q.   I'm sorry. I'll be more precise in my

19   question. Do you recall testifying at a June 14th

20   meeting that the maps that were submitted by

21   plaintiffs did not pack Hispanics?

22       A.   Yes.

23       Q.   And that would have applied to plaintiffs'

24   maps 1, 2, and 3. Correct?

25       A.   Yes.

Page 34

1       Q.   If I could ask you to flip back to

2   DE 82-12 and look at page 16. And for plaintiffs'

3   map 1, in the first district, what is the Hispanic

4   voting age population there?

5       A.   70. District 1?

6       Q.   Yes.

7       A.   70.

8       Q.   70.1 percent?

9       A.   70.1.

10       Q.   And it's got a Hispanic citizen voting age

11   population of 66.3 percent. Correct?

12       A.   Yes.

13       Q.   Is that lower than the Hispanic voting age

14   population for District 1 in all of the other plans?

15            MR. WARREN: Objection.

16       Q.   I'll rephrase. Is that lower -- is the

17   Hispanic -- strike that. Let me back up.

18            Is the Hispanic voting age population in

19   plan 1 lower than the Hispanic voting age population

20   in plaintiffs' maps 2, 3, and 4 for District 1?

21       A.   Yes.

22       Q.   In fact, it's about 15 to 16 points lower

23   in those plans. Correct?

24       A.   Yes.

25       Q.   Is it your understanding that all of your

1    plans are constitutional?

2         A.    I'm not a lawyer so --

3         Q.    I'm just asking your understanding. Is it

4    your belief that all of your plans that you drew

5    were constitutional?

6         A.    Yes.

7         Q.    And when I say you drew, I mean --

8         A.    Yes.

9         Q.    -- broadly the plaintiffs.

10        A.    Yes.

11        Q.    Now, I want you to look at District 4 and

12   the Hispanic voting age population for District 4 in

13   plan 1. And it's 95 percent. Correct?

14        A.    Yes.

15        Q.    When you look at the 2022 enacted plan,

16   are there any districts with a Hispanic voting age

17   population that high?

18        A.    Not at 95.

19        Q.    Are there any Hispanic districts with a

20   voting age population that is in the 90th

21   percentile?

22             MR. WARREN: Object to form.

23        Q.    Are there any Hispanic districts in the

24   2022 plan that have a Hispanic voting age population

25   higher than 90 percent?

Page 36

1      A.   Can you repeat that?

2      Q.   For the 2022 plan that's labeled the

3   enjoined plan on the appendix that we're looking at,

4   are there any populations that are -- I'm sorry. Are

5   there any Hispanic districts that have a population

6   concentration greater than 90 percent?

7      A.   No.

8      Q.   And in every version of plaintiffs'

9   plan -- strike that question.

10          I'm now going to show you an exhibit that

11   we are going to mark as DE 82-35.

12          Do you recognize that as plaintiffs'

13   map 2?

14      A.   Yes.

15      (Defendant's Exhibit 82-35, Map, was

16      marked for Identification.)

17      Q.   Did you review this map before it was

18   submitted to the city?

19      A.   Yes.

20      Q.   And did you review it before it was

21   submitted to the Court?

22      A.   Yes.

23      Q.   And did you approve it?

24      A.   Yes.

25      Q.   Did you have input into it?

Page 37

1      A.   Yes.

2      Q.   If I could ask you to mark --

3      A.   (Indicating.)

4      Q.   And you would agree that this plan is

5   similar to plaintiffs' map 1. Correct?

6      A.   Somewhat.

7      Q.   What are the differences?

8      A.   The eastern part of the city is in

9   District 2 versus District 1. And District 3

10  extends into Silver Bluff in map 2. And District 4

11  comes down -- or sorry. Comes up in the second map.

12  Those are some of the differences.

13     Q.   Looking at this map, are you aware of

14  whether neighborhoods are split?

15     A.   Not that I recall.

16     Q.   Do you know if Little Havana is split in

17  this map?

18     A.   I'm not sure.

19     Q.   Let me ask you this:  Do you know the

20  boundaries for the Little Havana neighborhood?

21     A.   Not off the top of my head, no.

22     Q.   Have you ever looked at the boundaries for

23  the Little Havana neighborhood?

24     A.   At some point, yes.

25     Q.   Was it related to this litigation?

Page 38

```
 1        A.    Maybe.
 2        Q.    Do you recall how long ago it was that you
 3   looked at the boundaries for Little Havana?
 4        A.    No.
 5        Q.    I'm going to show you another document we
 6   are going to mark as DE 82-36.
 7              Do you recognize that as plaintiffs'
 8   map 3?
 9        A.    Yes.
10        (Defendant's Exhibit 82-36, Map, was
11        marked for Identification.)
12        Q.    And as it relates to where you live, if
13   you could mark that on that document.
14        A.    (Indicating.)
15        Q.    And in that map, which district do you
16   live in?
17        A.    I'm not sure.
18        Q.    Did you see this map before it was
19   submitted to the city and the Court?
20        A.    Yes.
21        Q.    Did you bother to try to figure out where
22   you lived at the time?
23        A.    I did.
24        Q.    You don't recall if it's in District 5 or
25   District 2?
```

Page 39

1        A.    I don't recall.

2        Q.    And I understand lines are small so you

3    can't really tell. If you lived in District 5 in

4    this map, would that be a problem?

5        A.    No.

6        Q.    Is it your understanding that District 5

7    in maps 1, 2, and 3 were drawn to elect a Black

8    candidate?

9        A.    I'm sorry. Can you repeat that?

10       Q.    Is it your understanding that District 5

11   in maps 1, 2 and 3 were drawn to elect a Black

12   candidate?

13       A.    I'm not sure what you're --

14       Q.    Are you finished with your answer?

15       A.    Yes.

16       Q.    Do you have any understanding of whether

17   the Voting Rights Act requires the city to draw a

18   Black district?

19       A.    Yes.

20       Q.    When I say Black district, I mean a

21   district that will elect the Black candidate of

22   choice.

23       A.    Yes.

24       Q.    Is it your understanding that District 5,

25   in all of these maps that we've just looked at, and

Page 40

1    I'm referring only to plaintiffs' maps, is intended

2    to be that VRA district?

3         A.   Yes.

4         Q.   Now, in plaintiffs' map 3, if you do

5    reside in District 5, do you feel that you would --

6    your representation would be diluted or that you

7    would somehow not be as well represented if you're

8    in District 5?

9              MR. WARREN: Object to form.

10        Q.   Do you understand the question?

11        A.   Can you repeat it one more time?

12        Q.   Sure. If you do reside in District 5, do

13   you feel your representation is somehow compromised

14   as a result of a Latina being placed in a Black

15   district?

16        A.   I'm not sure.

17        Q.   Okay.

18             MR. WARREN: It might be a good time

19        for a break soon.

20             MR. LEVESQUE: Sure. Let me roll

21        through map 4 if I could and then we'll

22        take a break. That will allow me to

23        regroup.

24             We're going to mark this next

25        document as DE 82-37.

Page 41

```
 1                (Recess in proceedings.)
 2      BY MR. LEVESQUE:
 3          Q.   Ms. Valdes, just before we were
 4      unceremoniously interrupted by the emergency alert,
 5      we were starting to look at plaintiffs' map 4.
 6               Do you recognize that map?
 7          A.   Yes.
 8          (Defendant's Exhibit 82-37, Map, was
 9          marked for Identification.)
10          Q.   And did you review that map before it was
11      submitted to the Court?
12          A.   Yes.
13          Q.   And was this map submitted to the city
14      before it was submitted to the Court?
15          A.   I don't remember.
16          Q.   And do you know who drew this map?
17          A.   Yes. The legal team with plaintiffs'
18      input.
19          Q.   And did your legal team draw all four of
20      the maps that plaintiffs submitted?
21          A.   Yes.
22          Q.   And did you have input into all four of
23      the maps?
24          A.   Yes.
25          Q.   If you could mark on there where you
```

Page 42

1    believe your house might be.

2         A.   (Indicating.)

3         Q.   And was it your intention that this map

4    should correct deficiencies that you found in the

5    2023 enacted plan?

6         A.   That's the one that the city drew this

7    year?

8         Q.   Yes. 2023.

9         A.   I believe so.

10        Q.   If I could ask you to pull out plaintiffs'

11   map 4 and the 2023 enacted plan which is

12   DE 82-24. And they are different maps. Correct?

13        A.   Yes.

14        Q.   They are not exactly the same?

15        A.   No.

16        Q.   But looking at District 5, District 5 is

17   relatively similar.  Would you agree?

18        A.   They have differences.

19        Q.   And I'm not trying to represent that they

20   are exactly the same or there is only like one

21   little nugget, but for the most part they follow

22   I-95.  I believe that is up through Wynwood that

23   have somewhat similar borders. They both run up to

24   the northern city boundaries?

25             MR. WARREN: Object to form.

Page 43

1        A.   I would say downtown is a shift and the

2    end point of District 2 that would have been

3    District 5 in -- or is District 5 -- wait. Sorry.

4    Yeah. So District 2 extends more in the city's 2023

5    map all the way up to Morningside where that is

6    different in the plaintiffs' map. So they have some

7    similarities, but they have differences as well.  So

8    relatively it's pretty subjective, but --

9        Q.   So you would agree they both generally

10   keep the neighborhood Wynwood in District 5?

11       A.   Yes.

12       Q.   They both keep Little Haiti in District 5?

13       A.   Yes.

14       Q.   Liberty City is also in District 5?

15       A.   Yes.

16       Q.   And Little River as well?

17       A.   Yes.

18       Q.   And they both retained the upper east

19   side?

20       A.   Yes.

21       Q.   And I know there is some dispute over the

22   boundaries of Overtown, but both of them have some

23   portion, if not all of Overtown in their districts?

24       A.   The plaintiffs' map 4 has all of Overtown.

25   The city's 2023 map, I believe, has some parts of

1   Overtown split into the two districts.

2        Q.   And when you say split into the two

3   districts, which two districts is Overtown split

4   between in the city plan?

5        A.    In the city plan, I think -- I'm not

6   totally sure, but between Districts 1 and 2, some

7   small parts of it.

8        Q.   Okay. So Overtown that is in District 5

9   might be split between either 1 or 2 in that plan;

10  you're just not sure?

11       A.    Yeah. Yes.

12       Q.   Do you know if plaintiffs' plan 4 splits

13  any neighborhoods or communities of interest?

14       A.   I'm not sure.

15       Q.   I'm going to show you a document that

16  we're going to mark as DE 82-2 and I'll represent to

17  you that this is the June 14th, 2023 meeting

18  transcript. And I'll represent to you also that this

19  is not the entire transcript, just the excerpts that

20  include your statement to the commission.

21            Have you had the opportunity to look at

22  that document?

23       A.    Yes.

24       (Defendant's Exhibit 82-2, Transcript Excerpt,

25            was marked for Identification.)

Page 45

1      Q.   Does that appear to be your complete

2   statement?

3      A.   Yes.

4      Q.   And drawing your attention to page 6,

5   starting on line 13. In the first -- in that line it

6   says, all the maps that we've submitted feature

7   compact and logical districts that respect

8   neighborhoods.

9           Was it your testimony to the commission or

10  your intent to convey to the commission that your

11  maps did not split any neighborhoods?

12          MR. WARREN: Object to form.

13     A.   I would say that it keeps neighborhoods

14  whole in a way that's logical and -- yeah. I would

15  say that. That is the intent.

16     Q.   And that it preserves genuine communities

17  of interest.

18          Was it your intention to convey to the

19  commission that your maps preserved all of the

20  communities of interest?

21     A.   I believe so.

22     Q.   I ask you to look at plaintiffs' map 1

23  now.  District 5 in that map does not include

24  Overtown, does it?

25     A.   It does not.

Page 46

1       Q.   And District 5, as we discussed

2   previously, was the plaintiffs' attempt to draw the

3   VRA required Black district. Correct?

4       A.   Yes.

5       Q.   Now, does carving our -- and Overtown is a

6   historically Black community. Correct?

7       A.   Yes.

8       Q.   Now, does carving out a historically Black

9   community from the Black district respect

10  communities of interest, in your opinion?

11      A.   If Overtown is kept whole, yes.

12      Q.   So if I understand, then, as long as you

13  keep a community whole that should be okay?

14      A.   I think it depends on specifics, but for

15  the most part, yes.

16      Q.   So placing a Black community in an

17  overwhelmingly Hispanic district would be okay as

18  long as they kept that Black community whole and

19  placed in a Hispanic area even though there is a

20  Black district that has been a part of since the

21  district was originally drawn?

22          MR. WARREN: Object to form.

23      A.   Can you repeat that one more time?

24      Q.   Sure. I'll rephrase it.  In your mind, it

25  would be acceptable to remove a Black community from

```
 1    a Black district as long as you kept that community
 2    whole. Is that fair?
 3              MR. WARREN: Object to form.
 4         A.   Broadly I can't answer that, but I think
 5    in this case it makes sense to me.
 6         Q.   What about removing Overtown from
 7    District 5 makes sense to you from plaintiffs'
 8    map 1?
 9         A.   Geographically the neighboring areas have
10    different similarities.  Like Overtown neighboring
11    Omni and downtown, I think there is sometimes
12    like -- I would say because of gentrification that
13    area has shifted and so -- yeah. I'm not sure
14    exactly.
15         Q.   When you were drawing District 1 and
16    District 5 in this plan, were you intending to take
17    into account gentrification?
18              MR. WARREN: Object to form.
19         Q.   And I'll rephrase the question. When you
20    approved this plan for submission to the city, were
21    you intending to account for gentrification?
22         A.   I don't remember. I'm not sure. I think
23    there are similarities amongst communities included
24    in this district. So that's one of the reasons I
25    would say it made sense to me.
```

Page 48

1          Q.    When you say similarities included in this
2    district, which district are you referring to?
3          A.    District 1.
4          Q.    So Overtown, in your opinion, had more
5    similarities with District 1 than District 5 and
6    that's why it made sense to put Overtown in
7    District 1?
8                MR. WARREN: Object to form.
9          A.    I'm not sure.
10         Q.    Well, in one map Overtown is in
11   District 1. In plaintiffs' map 2, parts of Overtown
12   are in District 1, parts of Overtown are in District
13   5. And in map 3, parts of Overtown are in District
14   5, parts of Overtown are in District 1. And then in
15   plaintiffs' map 4, Overtown is in District 5 and
16   none of it is in District 1.
17         A.    Uh-huh.
18         Q.    Would it be fair to say, with that
19   variation, that Overtown could reasonably be placed
20   in either District 1 or District 5?
21         A.    Yes.
22         Q.    And plaintiffs' map 4 was presented to the
23   Court as their first choice of the maps that they
24   presented. Correct?
25         A.    Yes.

Page 49

```
 1        Q.   Do you have a problem with the fact that
 2   both the 2022 enacted plan and the 2023 enacted plan
 3   have one Black district and three majority Hispanic
 4   districts?
 5             MR. WARREN: Object to form.
 6        A.   Do I have a problem with that?
 7        Q.   I'll rephrase and maybe this might help.
 8   Do you have an objection to the fact that the two
 9   plans that were passed by the city, one in 2022, one
10   in 2023, have three Hispanic districts and one Black
11   district?
12             MR. WARREN: Object to form.
13             MR. LEVESQUE: What's the form
14        objection?
15             MR. WARREN: I don't know what
16        Hispanic district is. I don't know what a
17        Black district is. I don't think those
18        terms have been defined.
19   BY MR. LEVESQUE:
20        Q.   When I say Hispanic district, do you
21   understand what I'm talking about?
22        A.   I'm not sure if you mean like that --
23   there is a certain percentage of folks living in the
24   district or that the representative of the
25   district -- so --
```

1      Q.   That the district has a population that is
2   reasonably calculated to elect the majority
3   population candidate of choice. So with that
4   understanding, are we on the same page?
5      A.   I think I understand. And I would say it's
6   more complicated than that. Right?  It's more about
7   the ways in which -- the variation of what is the
8   majority district. So I'm not sure how to answer
9   that question, to be honest.
10     Q.   Are you aware of any way to draw a city
11  districting map, after you draw a VRA required Black
12  district, that doesn't have three districts that are
13  likely to elect a Hispanic candidate?
14     A.   I'm not sure.
15     Q.   When you say you're not sure, you're not
16  sure if you're aware or you're not sure if it's
17  possible to do that?
18     A.   Right. I'm not sure if it's possible.
19     Q.   Now, in your statement to the city
20  commission you say, they don't pack Hispanic voters
21  into three specific districts and no longer
22  designate one district as an Anglo access seat.
23          What did you mean by that?
24     A.   I would say one example of that is the
25  shift of Overtown in the first map that doesn't --

```
 1    just because it's a Black neighborhood put it in
 2    District 5 although District 5 still is able to
 3    elect a Black representative. That's an example.
 4         Q.   Well, let me ask this:  When you put
 5    Overtown into District 5, does that become packing
 6    District 5?
 7         A.   It depends on other boundaries, I would
 8    say. I'm not sure.
 9         Q.   Okay. And you're talking District 5 there.
10    In your statement here you're referencing they
11    don't -- the three maps that were presented, they
12    don't pack Hispanic voters into three specific
13    districts and no longer designate one district as an
14    Anglo access seat. I'm asking -- that doesn't
15    mention District 5. I'm asking what you meant by
16    that statement.
17         A.   As an example, there is more variation in
18    District 1 with -- so in the enjoined plan the
19    Hispanic voting age population is 89.5 whereas in
20    the plaintiffs' maps they are all below that number,
21    as an example.
22         Q.   But you would agree that in all of the
23    plaintiffs' plans District 4 has a 95 percent or
24    higher Hispanic population. Correct?
25         A.   Correct.
```

Page 52

```
 1        Q.   And so there's nothing improper about
 2    drawing a district at a lesser percentage than it
 3    should be?
 4        A.   If that's not the intent.
 5        Q.   Let's look at plaintiffs' maps 1 through 4
 6    for District 4. Unlike the 2022 plan and the 2023
 7    plan, all of them keep that western portion of the
 8    county -- I'm sorry; the city whole instead of
 9    splitting Flagami?
10        A.   In the plaintiffs' maps?
11        Q.   In the plaintiffs' maps.
12        A.   Yes.
13        Q.   Did you attend the city commission
14    meetings when they were drawing the enjoined plan?
15        A.   The first plan?
16        Q.   The first plan.
17        A.   Yes.
18        Q.   Did you attend the city commission
19    meetings when they were drawing the second plan in
20    2023?
21        A.   In June?
22        Q.   In June.
23        A.   Yes. The one that I made this -- that I
24    testified at?
25        Q.   Yes.
```

Page 53

1          A.    Yes.

2          Q.    Did anybody stand up and request that

3     Flagami be united in one district?

4          A.    I don't recall.

5          Q.    Do you know how long Flagami has been

6     split between District 1 and District 4?

7          A.    I do not.

8          Q.    Would it surprise you if Flagami has been

9     split in one way or another since the districts were

10    originally drawn?

11         A.    No. It wouldn't surprise me.

12         Q.    And you certainly agree that in

13    plaintiffs' maps and in the 2022 plan and the 2023

14    plan, Districts 1, 2, and 4 all have super majority

15    Hispanic populations. Correct?

16              MR. WARREN: Object to form.

17         A.    Yeah. They're majority Hispanic.

18         Q.    And they're not just majority Hispanic,

19    they're super majority Hispanic.

20         A.    Can you define super majority?

21         Q.    One form of super majority is two-thirds.

22         A.    Okay.

23         Q.    That would be 66.6 percent, I believe, if

24    my recollection of math is correct. So it's not

25    improper to have three super majority Hispanic

Page 54

1    districts when you're drawing a map. You drew four

2    of them. Correct?

3        A.    Yeah.

4            MR. WARREN: Object to form.

5        Q.    You proposed four of them to the Court.

6    Sorry. Can you answer that audibly?

7        A.    Can you ask the full question again?

8        Q.    It's not improper to draw three Hispanic

9    districts for the city of Miami, is it?

10            MR. WARREN: Object to form.

11       A.    No.

12       Q.    Because you proposed in each of your maps

13   three Hispanic districts. Correct?

14       A.    Correct.

15       Q.    And, in fact, in all of your plans

16   District 4 is the highest populated Hispanic

17   district of every plan considered or represented?

18       A.    Yes.

19       Q.    You reference an Anglo access district.

20   What is an Anglo access district?

21       A.    I'm not sure how I would define that, but

22   it's something that came up quite often in the city

23   commission meetings.

24       Q.    Well, when you were speaking to the

25   commission you said that your maps no longer

```
 1    designate one district as an Anglo access district.
 2         A.    Yes.
 3         Q.    And I guess I'm trying to understand what
 4    you meant by Anglo access district.
 5         A.    I'm not sure.
 6         Q.    You would agree that plaintiffs' map 4 for
 7    District 2 has a higher white voting age population
 8    and a higher white citizen voting age population
 9    than either the enjoined plan -- the 2022 plan or
10    the 2023 plan?
11         A.    Yes.
12         Q.    Were you trying to propose a white
13    district by doing it that way?
14         A.    No.
15         Q.    In drawing your maps, is there a reason
16    why you kept a coastal district?
17              MR. WARREN: Object to form.
18         A.    In which map?  I'm sorry?
19         Q.    In all of your maps, Plaintiffs' map 1,
20    plaintiffs' map 2, plaintiffs' map 3, plaintiffs'
21    map 4, District 2 is what I would characterize as
22    the coastal district. Is that fair?
23         A.    There are others that are -- like map 1
24    has three districts that are on the coast so I'm not
25    sure.
```

Page 56

1      Q.   But certainly for maps 2, 3, and 4, the

2   bulk of the districts is a narrow district that hugs

3   the coast. Correct?

4      A.   Yeah. To an extent.

5      Q.   So my question is, at least in regards to

6   maps 2, 3, and 4, then, what was the purpose of

7   keeping the coastal district?

8      A.   To preserve communities of interest within

9   there.

10      Q.   When you're drawing a coastal district to

11   preserve communities of interest, that's not taking

12   into account race, is it?

13      A.   No. I would say that it's about

14   neighborhoods staying together as well as -- like,

15   communities by the coast are experiencing some other

16   issues from a geoconflict standpoint.

17      Q.   When you say similar issues, what type of

18   issues?

19      A.   Flooding, maybe, as an example.

20      Q.   Okay. Flooding sea level rise, would that

21   be an issue?

22      A.   I would say it's, yeah, an example of an

23   issue.

24      Q.   And both plaintiffs' maps 2, 3, and 4, and

25   the 2022 plan and the 2023 plan all have a coastal

Page 57

1    district that generally keeps those communities of

2    interest whole. Correct?

3         A.   Could you repeat that one more time?

4         Q.   Sure. Plaintiffs' maps 2, 3, and 4, and

5    the 2022 plan, and the 2023 plan, all have a coastal

6    district. Correct?

7         A.   Yes.

8              MR. LEVESQUE: Why don't we take

9         about a five- or ten-minute break. I can

10        kind of organize and make a final push.

11             MR. WARREN: Okay. Don't push too

12        hard.

13                  (Recess in proceedings.)

14   BY MR. LEVESQUE:

15        Q.   Ms. Valdes, I'm going to provide you one

16   more document. We're going to refer to this document

17   as DE 24-41.

18             Do you recognize that document?

19        A.   Yes.

20        (Defendant's Exhibit 24-41, Declaration, was

21        marked for Identification.)

22        Q.   Did you write this document?

23        A.   I don't remember to what degree. I know

24   the legal team --

25        Q.   And I don't want to know about any of your

Page 58

1    conversations with your legal team, but did you

2    discuss this with anybody other than your legal

3    team?

4         A.   No.

5         Q.   Now, in paragraph 4 you say, I care deeply

6    about my community and I want what is best for the

7    community of Miami.  What is best for the community

8    of Miami?

9         A.   In regards to the district maps, I would

10   say it's having representation that is based on the

11   issues and makeup of a community. I would say

12   representation that is actually going to address the

13   issues that folks in different neighborhoods

14   experience. That's one part of what would be best

15   for the community. There is a lot of things.

16        Q.   You also testify in this declaration that,

17   I'm politically engaged and plan to continue being

18   politically engaged in the future. Is that true even

19   under the 2023 plan?

20        A.   Yes.

21        Q.   There is nothing about the city's

22   redistricting plans, whether the first one or the

23   second one, that you're going to stop being

24   politically engaged as a result of what the city

25   does, is there?

1      A.   No. I will continue to be politically

2   engaged regardless.

3      Q.   In paragraph 5 you say that the process of

4   creating a map should have been fair including to

5   Hispanic residents of Miami.  How is it unfair to

6   Hispanic residents of Miami?

7      A.   Drawing maps that are based on the ethnic

8   background of someone and moving them around based

9   on that.  And also not having deeper community

10   engagement around it.

11      Q.   Now, you're Latina. You're in District 2.

12   Under the 2023 plan, you're still in District 2.

13      A.   Yes.

14      Q.   So you would agree that you haven't been

15   moved.

16      A.   Now. In this new map. Yes. I -- I am back

17   in the original district that I was in.

18      Q.   Well, this declaration was addressing the

19   2022 plan.  Now under the 2023 plan you haven't been

20   moved at all.

21      A.   Yeah. Technically speaking. Right.

22      Q.   Do you feel that you were kept in your

23   district because you were Hispanic?

24      A.   Potentially.

25      Q.   When you say potentially, what do you base

1  that on?

2      A.  I don't know what the specific reasoning

3  was for the city to have shifted that in this newer

4  map from this year. But it could be a reason.

5      Q.  And, again, you don't have a problem being

6  in District 2, do you?

7      A.  I don't.

8      Q.  And District 2 currently has a Hispanic

9  Latina as its commissioner. Correct?

10     A.  Correct.

11     Q.  And under the plaintiffs' plans some of

12  them placed you in District 5 that has a Black

13  commissioner. Correct?

14     A.  Correct.

15     Q.  And you don't have a problem being

16  represented by a Black commissioner, do you?

17     A.  I do not.

18     Q.  And then at least one of the plaintiffs'

19  plans have you in a Hispanic district that is

20  different than the District 2, District 1.  You

21  don't have a problem being represented by a

22  representative in District 1, do you?

23     A.  I do not.

24     Q.  And when I say a representative of

25  District 1 I'm referring to a representative that

Page 61

```
1    would be elected from plaintiffs' plan 1. Correct?
2         A.   Correct.
3         Q.   So I guess with that background, what
4    exactly is your objection to being represented by a
5    Black commissioner in District 5 --
6              MR. WARREN: Object to form.
7         Q.   -- in the 2022 plan?
8         A.   It's not just about my particular
9    location, but that of the makeup of the entire
10   district.
11        Q.   And is it your understanding that nobody
12   else in District 5 has issues like you have?
13        A.   What do you mean?
14        Q.   Well, I guess -- explain to me what you
15   were talking about where you were referencing the
16   makeup of District 5.
17        A.   Which map are we talking about right now?
18        Q.   We'll talk about the 2022 enacted plan
19   where you were drawn into District 5.
20        A.   Okay. Got it.
21        Q.   This declaration is addressing --
22        A.   Right.
23        Q.   -- District 5 in that plan.
24        A.   Right.
25        Q.   So I'm trying to understand what the
```

Page 62

1  concerns you would have with being in District 5 in

2  that map. So with that as the backdrop, when you

3  reference the makeup of District 5, and your

4  objection, can you explain that?

5        A.   Yeah. I don't think that the way that this

6  was drawn is representative of the neighborhood. As

7  you see I'm like right on the border.  And, yeah;

8  I'm not sure.

9        Q.   We're looking at the 2022 enacted plan.

10  Actually, if I could just peek at your 2022 enacted

11  plan and see one more time. When we look at the 2022

12  enacted plan you are just to the north of the little

13  green jut that the map drawers refer to as condo

14  canyon where District 2 juts into District 5.

15        A.   Yes. I'm north of that.

16        Q.   And so is it your testimony that the

17  people south of you and the people north of you

18  don't have anything in common with the rest of

19  District 5?

20        A.   No. Not necessarily.

21        Q.   Then, I guess, what's -- what is your

22  objection to those neighborhoods being included in

23  District 5?

24             MR. WARREN: Object to form.

25        A.   I don't remember exactly.

Page 63

1      Q.    You would agree that moving you into
2    District 5 doesn't make it a Blacker district.
3    Correct?
4      A.    Correct.
5      Q.    And, again, you've got no concerns being
6    represented by a Black commissioner. Correct?
7      A.    I do not.
8      Q.    In paragraph 6 you say, I am concerned
9    that Hispanic residents like me have been
10   artificially stripped from my district on the basis
11   of our race.
12             You used the term concerned there. Do you
13   know that to be a fact, that you were artificially
14   stripped from your district on the basis of your
15   race?
16     A.    No. I don't know that as a fact.
17     Q.    Do you believe that actually to be the
18   case?
19     A.    I do believe that. Yes.
20     Q.    Okay. What's your basis for believing that
21   you were artificially stripped from your district in
22   the 2022 plan?
23     A.    I attended a lot of the meetings -- the
24   commission meetings, and there was an emphasis on
25   District 2 being more of a white non-Hispanic

Page 64

```
 1    district.
 2         Q.   And we looked at some of the numbers
 3    before, but you'll recall that plaintiffs' plan 4
 4    draws a whiter district than either of the two
 5    plans?
 6         A.   Yes.
 7         Q.   And so with that background, do you still
 8    believe that you were stripped from the district to
 9    make it whiter?
10         A.   I'm not sure.
11         Q.   And you recognize that even under the 2022
12    plan, that elected Hispanic commissioner -- given
13    that elected Hispanic commissioner, do you believe
14    it's still a Black district?
15         A.   I'm not sure.
16         Q.   In paragraph 7, you state, I'm also
17    concerned that the commission map splits my
18    neighborhood into several districts with slices
19    going to Districts 1, 2, and 5. Again you used the
20    term concerned. How did you mean to use that term in
21    that sentence?
22         A.   Yeah. I think not fully understanding the
23    implications that it would have in terms of
24    representation in my neighborhood.
25         Q.   But you agree that regardless of whether
```

1    you were in 1, 2, and 5 in some of the plans that we

2    discussed, you still would feel comfortable being

3    represented by a Hispanic commissioner from

4    District 1, a Hispanic commissioner from District 2,

5    and a Black commissioner from District 5. Correct?

6         A.   Correct.

7         Q.   In the last sentence there you state, I am

8    worried that this division in my district shape are

9    largely because the commission wanted the districts

10   to have certain racial demographics and did not draw

11   the map to best serve our neighborhood or to provide

12   representation.

13        What did you mean by that statement?

14        A.   It's what I gathered from a lot of their

15   conversations that were had at those meetings.

16        Q.   And in that regard, when you're referring

17   to the conversations at the commission meetings, are

18   you referring to the commissioners that were

19   discussing in general terms three Hispanic

20   districts, a Black district, and what they

21   frequently referred to as an Anglo district, less

22   frequently as a coastal district?  Is that what you

23   are referring to?

24        A.   I believe so. I don't remember the exact

25   language, but --

Page 66

```
1        Q.   But you would at least agree that in every
2    single map that we've discussed today, the three
3    Hispanic districts, a Black district, and a
4    plurality district that was discussed. Correct?
5        A.   Yes.
6        Q.   And in that polarity district, which race
7    or ethnicity is predominant?  Not a majority, but
8    predominant in all the plans?
9             MR. WARREN: Object to form.
10       A.   For District 2?
11       Q.   Uh-huh.
12       A.   The predominant is Hispanic.
13       Q.   In the last paragraph you say, I am
14   concerned Miami residents are not fairly represented
15   as a way of the commission drew its map, including
16   District 5.
17            When you say concerned, what do you mean
18   by concerned there in that sentence?
19       A.   I mean that I'm worried that the maps
20   drawn by the city, and in this point, right, the
21   2022 map, was not representative for reasons beyond
22   just my particular residence based on the ways in
23   which this was presented to the community.
24       Q.   With regard to any of the changes that
25   were made in the 2023 plan, as it relates to you --
```

1    not the map broadly, but as it relates to you and

2    your district, were there changes that were made

3    that you feel that you are not fairly represented

4    now?

5         A.    I'm not sure.

6         Q.    Why aren't you sure?

7         A.    Is there a different way you can ask the

8    question?

9         Q.    Well, I guess I look at it as you asserted

10    that you're a Latina Cuban-American and you are

11    drawn in a district that Hispanics will make up a

12    larger percentage of the population than all of the

13    other races and ethnicities. Do you still have a

14    concern with representation given you've already

15    testified that you don't have a problem being

16    represented by a Black commissioner or a Hispanic

17    commissioner?

18         A.    Yeah. From a personal standpoint, I would

19    say I don't think I have an issue. Yeah. But I'm not

20    really sure how to answer that, to be honest.

21              MR. LEVESQUE: No further questions.

22                   CROSS-EXAMINATION

23    BY MR. WARREN:

24         Q.    Ms. Valdes, earlier you were asked if you

25    had no problem with being represented by a Black

1    commissioner. Do you remember that?

2         A.   Yes.

3         Q.   And I believe you may have said you do. Do

4    you remember that?

5         A.   No.

6         Q.   Just to clarify, because I think you

7    answered a negative question with a positive --

8         A.   Okay.

9         Q.   -- do you have a problem with being

10   represented by a Black commissioner?

11        A.   I do not.

12        Q.   Okay. And one more question. Do you have a

13   concern with the way the city commission drew the

14   maps that they drew?

15        A.   Yes.

16        Q.   What is your main concern with the way the

17   city commission drew the maps that they drew?

18        A.   That it was based on people's race and not

19   necessarily communities of interest and neighborhood

20   makeup.

21             MR. TILLEY: No more questions.

22                  REDIRECT EXAMINATION

23   BY MR. LEVESQUE:

24        Q.   Related to the last question that counsel

25   asked you, related to you in your district and then

1    we talked about the map and we talked about your

2    district, if I understood your prior testimony,

3    there is nothing that you can point to related to

4    you and your district that would indicate that you

5    were placed in your district because of your race.

6    Correct?

7        A.   I'm not sure. I think given, like, how my

8    residence falls on the border in several of the

9    maps. So, again, it's a broader concern about how it

10   was drawn in addition to having been moved out of my

11   original district with the map from 2022.

12       Q.   If I could pause for one moment and ask if

13   I can look at your maps.

14       A.   Yeah. All of them or --

15       Q.   Yeah. Okay. And, again, in the 2023

16   enacted plan you were a Latina that is drawn into a

17   polarity district and you don't have a problem being

18   in that plurality district. Correct?

19       A.   I do not have a problem.

20           MR. JOHNSON: No further questions.

21           MR. TILLEY:  We'll read.

22           THE COURT REPORTER: Do you need it

23      typed up?

24           MR. LEVESQUE: Yeah.

25           MR. TILLEY: Yes. Copy of both.

Page 70

1

2          (Thereupon, the taking of the deposition was

3     concluded at 3:40 p.m.)

4          (Signature and formalities were not waived.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 71

```
 1    RE:        Grace, Inc., et al v. City of Miami
      DEPO OF:   Yanelis Valdes
 2    TAKEN:     Wednesday, October 4th, 2023
 3
                          EXCEPT FOR ANY CORRECTIONS
 4                        MADE ON THE ERRATA SHEET BY
                          ME, I CERTIFY THIS IS A TRUE
 5                        AND ACCURATE TRANSCRIPT.
                          FURTHER DEPONENT SAYETH NOT.
 6
 7                        _____,
                          YANELIS VALDES
 8
 9    STATE OF FLORIDA       )
                             )  SS:
10    COUNTY OF MIAMI DADE   )
11
              Sworn and subscribed to before me this
12    _____ day of _____, 20____.
      PERSONALLY KNOWN_____OR ID._____
13
14
                          _____
15                        Notary Public in and for
                          the State of Florida at
16                        Large.
17    My commission expires:
18
19
20
21
22
23
24
25
```

Page 72

```
 1                    ERRATA SHEET
 2    IN RE:          Grace, Inc., et al v. City of Miami
      DEPOSITION OF: Yanelis Valdes
 3    TAKEN:          Wednesday, October 4th, 2023
 4    DO NOT WRITE ON TRANSCRIPT - ENTER ANY CHANGES HERE
 5    Page #   Line #    Change          Reason
 6    _____/_____/_____/_____
 7    _____/_____/_____/_____
 8    _____/_____/_____/_____
 9    _____/_____/_____/_____
10    _____/_____/_____/_____
11    _____/_____/_____/_____
12    _____/_____/_____/_____
13    _____/_____/_____/_____
14    _____/_____/_____/_____
15    _____/_____/_____/_____
16    _____/_____/_____/_____
17    _____/_____/_____/_____
18    _____/_____/_____/_____
19    _____/_____/_____/_____
20    _____/_____/_____/_____
21    State of Florida:
      County of_____:
22
      Under penalties of perjury, I declare that I have
23    read my deposition transcript, and it is true and
      correct subject to any changes in form or substance
24    entered here.
      _____            _____
25    DATE                    YANELIS VALDES
```

Page 73

```
 1                    CERTIFICATE OF OATH

 2

 3    STATE  OF  FLORIDA    )

      COUNTY OF MIAMI-DADE )

 4

 5

 6            I, Mayra Texeira, Court Reporter and Notary

 7    Public in and for the State of Florida at Large,

 8    certify that the witness, YANELIS VALDES, personally

 9    appeared before me on October 4th, 2023 and was duly

10    sworn by me.

11

12            Signed this 18th day of October, 2023.

13

14

15

16

17

      _____

18            MAYRA TEXEIRA, Court Reporter

19            Notary Public - State of Florida

20            COMMISSION NO. HH 12099

21            EXPIRES JUNE 26, 2024

22

23

24

25
```

Page 74

1            CERTIFICATE OF REPORTER

2    STATE   OF   FLORIDA   )

     COUNTY OF MIAMI-DADE )

3

4            I, MAYRA TEXEIRA, Court Reporter, do hereby

5    certify that I was authorized to and did

6    stenographically report the deposition of

7    YANELIS VALDES; that a review of the transcript was

8    not waived; and that the foregoing transcript,

9    pages 1 through 69, is a true and complete record of

10   my stenographic notes.

11           I FURTHER CERTIFY that I am not a relative,

12   employee, attorney or counsel of any of the parties,

13   nor am I a relative or employee of any of the

14   parties' attorney or counsel connected with the

15   action, nor am I financially interested in the

16   action.

17           Dated this 18th day of October, 2023.

18

19

20   _____

21           MAYRA TEXEIRA, Court Reporter

22

23

24

25

```
                                                      Page 75
 1    Daniel Tilley, Esquire
      dtilley@acclufl.org
 2
 3                        October 18th, 2023
 4    RE: Grace, Inc. Et Al. v. City of Miamo
           10/4/2023 - Yanelis Valdes- Job# 6121370
 5
 6        The above-referenced transcript is available for
 7    review.
 8        Yanelis Valdesshould read the testimony to
 9    verify its accuracy. If there are any changes,
10    Yanelis Valdes should note those with the reason
11    on the attached Errata Sheet.
12        Yanelis Valdes should, please, date and sign the
13    Errata Sheet and email to the deposing attorney as well as
14    to Veritext at Transcripts-fl@veritext.com and copies will
15    be emailed to all ordering parties.
16        It is suggested that the completed errata be returned 30
17    days from receipt of testimony, as considered reasonable
18    under Federal rules*, however, there is no Florida statute
19    to this regard.
20        If the witness fails to do so, the transcript may be used
21    as if signed.
22                    Yours,
23                    Veritext Legal Solutions
24
       *Federal Civil Procedure Rule 30(e)/Florida Civil Procedure
25      Rule 1.310(e).
```

| 1 | 1:22   1:2 | | 3 |

**1**  22:18,24 25:4
27:8 30:21
31:20 32:8,12
33:24 34:3,5,14
34:19,20 35:13
37:5,9 39:7,11
44:6,9 45:22
47:8,15 48:3,5,7
48:11,12,14,16
48:20 51:18
52:5 53:6,14
55:19,23 60:20
60:22,25 61:1
64:19 65:1,4
74:9
**1.310**  75:25
**10/4/2023**  75:4
**109**  3:4 20:6,14
**12099**  73:20
**13**  45:5
**137th**  25:14
**14**  3:3
**14th**  4:21 6:1,9
6:22 15:3 33:19
44:17
**15**  20:24 24:4
34:22
**1504**  5:4
**16**  34:2,22
**1600**  5:3 6:13
**18th**  73:12
74:17 75:3
**1:05**  1:15

**2**

**2**  6:3,6 13:9
19:22 21:2,12
21:13,20 22:19
22:21,25 23:20
24:8,10 25:5,7
27:8 28:6 30:20
31:15 33:24
34:20 36:13
37:9,10 38:25
39:7,11 43:2,4
44:6,9 48:11
53:14 55:7,20
55:21 56:1,6,24
57:4 59:11,12
60:6,8,20 62:14
63:25 64:19
65:1,4 66:10
**20**  3:4 71:12
**2002**  17:20
**20039**  73:17
74:19
**201**  5:19
**2013**  6:4
**2019**  9:21
**2021**  9:23,24
**2022**  6:4,5 16:4
17:22,23,25
18:2,7 21:1,24
22:6 25:19
28:23 35:15,24
36:2 49:2,9 52:6
53:13 55:9
56:25 57:5

59:19 61:7,18
62:9,10,11
63:22 64:11
66:21 69:11
**2023**  1:14 20:12
21:2,7,11 22:3,6
24:6 29:23 42:5
42:8,11 43:4,25
44:17 49:2,10
52:6,20 53:13
55:10 56:25
57:5 58:19
59:12,19 66:25
69:15 71:2 72:3
73:9,12 74:17
75:3
**2024**  73:21
**203**  2:5
**2151**  25:13
**23**  3:3,5 13:22
14:9
**23-271**  24:5
**24-41**  3:13
57:17,20
**24-83**  3:6 25:18
26:2
**24066**  1:2
**26**  3:6 73:21
**2812**  4:21
**29**  14:21
**29th**  5:19
**2nd**  1:15 2:9

**3**  12:16 20:23
22:25 27:8
28:17 30:20
33:24 34:20
37:9 38:8 39:7
39:11 40:4
48:13 55:20
56:1,6,24 57:4
**3-4-93**  4:19
**30**  3:7 16:2
75:16,24
**31**  3:8
**32**  17:15
**3200**  1:16 2:10
**32301**  2:5
**33018**  5:20
**33131**  1:16 2:10
**33132**  4:22 5:4
**333**  1:15 2:9
**336**  2:4
**36**  3:9
**38**  3:10
**3:40**  1:15 70:3

| 4 |

**4**  22:25 27:8
28:9 34:20
35:11,12 37:10
40:21 41:5
42:11 43:24
44:12 48:15,22
51:23 52:5,6
53:6,14 54:16
55:6,21 56:1,6
56:24 57:4 58:5

64:3
**4,68** 2:16
**40** 11:21
**41** 3:11
**44** 3:12
**4th** 1:14 71:2
72:3 73:9

**5**

**5** 14:23 16:7,10
19:19 21:1
22:25 25:5 28:6
38:24 39:3,6,10
39:24 40:5,8,12
42:16,16 43:3,3
43:10,12,14
44:8 45:23 46:1
47:7,16 48:5,13
48:14,15,20
51:2,2,5,6,9,15
59:3 60:12 61:5
61:12,16,19,23
62:1,3,14,19,23
63:2 64:19 65:1
65:5 66:16
**50** 11:21
**501** 12:16
**57** 3:13
**58** 4:21 6:1,9,17
6:22 15:2

**6**

**6** 14:21 45:4
63:8
**6121370** 75:4

**66.3** 34:11
**66.6** 53:23
**67** 2:16
**69** 74:9

**7**

**7** 64:16
**70** 34:5,7
**70.1** 34:8
**70.1.** 34:9
**7785** 5:19
**7th** 20:12

**8**

**82-12** 3:5 22:14
23:2 34:2
**82-2** 3:12 44:16
44:24
**82-24** 3:7 29:22
30:2 42:12
**82-34** 3:8 31:19
31:24
**82-35** 3:9 36:11
36:15
**82-36** 3:10 38:6
38:10
**82-37** 3:11
40:25 41:8
**89.5** 51:19

**9**

**90** 35:25 36:6
**90th** 35:20
**95** 30:22 35:13
35:18 42:22
51:23

**a**

**able** 10:24 25:24
51:2
**above** 1:25
28:14 75:6
**acceptable** 46:25
**access** 50:22
51:14 54:19,20
55:1,4
**acclufl.org** 75:1
**accomplish** 32:25
**account** 16:14
47:17,21 56:12
**accuracy** 75:9
**accurate** 16:23
71:5
**act** 39:17
**action** 74:15,16
**activities** 10:25
**actually** 31:3
58:12 62:10
63:17
**addition** 69:10
**address** 4:20,24
5:2,5,17,22 6:2
6:9,12,13,14,17
6:22 11:25 15:2
15:3 58:12
**addresses** 11:23
12:3
**addressing** 59:18 61:21

**advocacy** 9:15
9:22 10:1,4,7
**affiliation** 12:24
**affiliations** 12:21
**african** 16:8
**afternoon** 4:7
**age** 23:13,13,14
23:15,16,17,21
23:22 24:1 27:9
34:4,10,13,18
34:19 35:12,16
35:20,24 51:19
55:7,8
**ago** 38:2
**agree** 21:3 29:9
29:18 33:7 37:4
42:17 43:9
51:22 53:12
55:6 59:14 63:1
64:25 66:1
**ahead** 8:15
20:22 30:4
**al** 1:4 71:1 72:2
75:4
**alert** 41:4
**alleges** 17:15
**allow** 40:22
**america** 15:15
**american** 2:4
14:22 15:6,20
15:22 16:1,8
20:25 67:10
**anglo** 21:14
50:22 51:14

54:19,20 55:1,4
65:21
**answer**  7:14,25
8:7,16 12:20
19:25 24:25
27:1 39:14 47:4
50:8 54:6 67:20
**answered**  68:7
**answering**  7:23
**anticipation**
6:19
**anybody**  11:8
12:9 53:2 58:2
**apartment**  4:21
5:3,19
**appear**  45:1
**appearances**  2:1
**appeared**  73:9
**appendix**  22:15
36:3
**applied**  9:22
33:23
**applies**  21:4
**approve**  32:21
36:23
**approved**  14:14
20:16 47:20
**approximately**
25:25
**area**  16:15,25
27:5,25 28:7,21
30:19 31:7
46:19 47:13
**areas**  18:11 47:9

**arrow**  26:8
**articles**  8:22
28:20,22
**artificially**
63:10,13,21
**aside**  20:4 25:11
**asked**  31:14
67:24 68:25
**asking**  8:9 35:3
51:14,15
**asserted**  67:9
**asserts**  15:5
16:2 20:24
**assess**  12:3
**assume**  8:8
29:15
**attached**  75:11
**attempt**  46:2
**attend**  52:13,18
**attended**  63:23
**attention**  20:23
45:4
**attorney**  14:17
74:12,14 75:13
**attorneys**  9:5
32:19
**audibly**  54:6
**authorized**  74:5
**automatically**
11:9,10
**available**  75:6
**avenue**  1:15 2:4
2:9 5:3
**aware**  17:20
32:11 37:13

50:10,16

## b

**b**  3:1
**back**  11:23 13:5
13:20 25:12
34:1,17 59:16
**backdrop**  62:2
**background**
59:8 61:3 64:7
**backwards**
27:18
**base**  59:25
**based**  10:9 17:4
18:12,25 19:14
29:19 58:10
59:7,8 66:22
68:18
**basis**  33:2 63:10
63:14,20
**bathroom**  8:13
**becoming**  10:21
**behalf**  1:22 2:3
2:8 22:11
**belief**  35:4
**believe**  6:6
13:25 20:10
32:23 42:1,9,22
43:25 45:21
53:23 63:17,19
64:8,13 65:24
68:3
**believing**  63:20
**best**  58:6,7,14
65:11

**beyond**  66:21
**big**  19:7
**bill**  6:10,11
**birth**  4:18
**bit**  26:13
**black**  16:22
18:21 19:2,24
23:14,16 27:4
39:7,11,18,20
39:21 40:14
46:3,6,8,9,16,18
46:20,25 47:1
49:3,10,17
50:11 51:1,3
60:12,16 61:5
63:6 64:14 65:5
65:20 66:3
67:16,25 68:10
**blacker**  63:2
**blocks**  19:11
**bluff**  37:10
**border**  62:7
69:8
**bordering**  30:19
**borders**  42:23
**born**  15:24,25
**bother**  38:21
**bottom**  24:4,6
30:15,17
**boundaries**  17:5
18:24 27:15,20
37:20,22 38:3
42:24 43:22
51:7

**boundary** 27:21 28:1
**box** 24:5
**break** 8:13,13 8:16 40:19,22 57:9
**breaks** 27:14
**broad** 15:8 26:16 31:7
**broader** 69:9
**broadly** 26:15 26:16 35:9 47:4 67:1
**broken** 18:23 27:19
**bulk** 56:2
**businesses** 17:5

**c**

**c** 12:16
**calculated** 50:2
**call** 10:19 19:21
**called** 4:3
**candidate** 39:8 39:12,21 50:3 50:13
**canyon** 62:14
**care** 58:5
**carollo's** 28:21
**carving** 46:5,8
**case** 1:2 47:5 63:18
**cause** 1:25
**certain** 49:23 65:10

**certainly** 53:12 56:1
**certificate** 73:1 74:1
**certify** 71:4 73:8 74:5,11
**change** 72:5
**changes** 66:24 67:2 72:4,23 75:9
**characterization** 19:5
**characterize** 55:21
**chart** 3:5 23:2
**chief** 19:22
**choice** 39:22 48:23 50:3
**circle** 26:9 30:6
**citizen** 23:15,16 23:16 24:1 34:10 55:8
**city** 1:7 4:9 5:14 7:4 11:20 12:4 13:20 14:3 18:8 18:17 19:13 22:17 25:24 27:12 31:21 32:22 36:18 37:8 38:19 39:17 41:13 42:6,24 43:14 44:4,5 47:20 49:9 50:10,19 52:8,13,18 54:9

54:22 58:24 60:3 66:20 68:13,17 71:1 72:2 75:4
**city's** 43:4,25 58:21
**civic** 10:11 12:13
**civil** 2:4 75:24 75:24
**clarify** 68:6
**clearly** 8:4
**coast** 55:24 56:3 56:15
**coastal** 55:16,22 56:7,10,25 57:5 65:22
**coconut** 28:3,4 28:9,14 30:22
**college** 2:4
**colonial** 15:17
**column** 22:24 23:5,7,10
**columns** 22:20
**come** 9:19 10:18 11:14 25:12
**comes** 28:13 37:11,11
**comfortable** 65:2
**coming** 15:15
**commission** 22:17 31:21 44:20 45:9,10 45:19 50:20

52:13,18 54:23 54:25 63:24 64:17 65:9,17 66:15 68:13,17 71:17 73:20
**commissioner** 24:13 28:21,25 29:7 60:9,13,16 61:5 63:6 64:12 64:13 65:3,4,5 67:16,17 68:1 68:10
**commissioners** 65:18
**commitment** 10:20 11:5,7
**common** 62:18
**communities** 18:11,22 44:13 45:16,20 46:10 47:23 56:8,11 56:15 57:1 68:19
**community** 10:10,18 11:4 16:15,17,18 17:6 18:16 19:8 21:18 46:6,9,13 46:16,18,25 47:1 58:6,7,7,11 58:15 59:9 66:23
**compact** 45:7
**comparison** 27:10

**complaint** 3:3,4
14:9 15:5 19:22
20:7,15
**complete** 45:1
74:9
**completed**
75:16
**completes** 11:8
**complicated**
50:6
**composition**
17:10
**compromised**
40:13
**concentrated**
27:5
**concentration**
36:6
**concern** 18:2,4
18:5 19:7 27:4
67:14 68:13,16
69:9
**concerned** 63:8
63:12 64:17,20
66:14,17,18
**concerns** 18:6
18:13,14 26:16
26:17 27:17
62:1 63:5
**concluded** 70:3
**condo** 62:13
**connected** 9:21
10:11 74:14
**connecting** 11:3

**consider** 11:13
16:1
**considered**
22:17 54:17
75:17
**considering**
11:6
**constitutional**
33:12 35:1,5
**continue** 58:17
59:1
**conversation**
7:18
**conversations**
10:23 58:1
65:15,17
**convey** 45:10,18
**cooper** 21:7
**copies** 75:14
**copy** 69:25
**correct** 24:11,19
29:19,20 33:12
33:24 34:11,23
35:13 37:5 42:4
42:12 46:3,6
48:24 51:24,25
53:15,24 54:2
54:13,14 56:3
57:2,6 60:9,10
60:13,14 61:1,2
63:3,4,6 65:5,6
66:4 69:6,18
72:23
**corrections** 71:3

**correctly** 19:3
**counsel** 68:24
74:12,14
**county** 5:13,16
52:8 71:10
72:21 73:3 74:2
**couple** 19:11
**court** 1:1 5:9
7:10,22 31:22
36:21 38:19
41:11,14 48:23
54:5 69:22 73:6
73:18 74:4,21
**coverage** 8:21
**covo** 24:14
**creating** 59:4
**criticism** 24:23
**cross** 2:15 67:22
**cuban** 14:22
15:6,20,22,23
15:25 16:1
20:25 67:10
**current** 4:20
9:13,24
**currently** 11:20
24:10 29:2 60:8
**cv** 1:2
**cycle** 6:4

**d**

**d** 2:14 3:1 4:17
**d.c.** 5:8,10,10,11
**dade** 5:13,16
71:10 73:3 74:2
**daniel** 2:6 75:1

**date** 4:18 72:25
75:12
**dated** 74:17
**day** 71:12 73:12
74:17
**days** 75:17
**de** 20:6 22:14
25:18 29:22
31:19 34:2
36:11 38:6
40:25 42:12
44:16 57:17
**declaration**
3:13 57:20
58:16 59:18
61:21
**declare** 72:22
**deeper** 59:9
**deeply** 58:5
**defendant** 1:8
1:22 2:8
**defendant's** 3:2
13:22 14:9
20:14 23:2 26:2
30:2 31:24
36:15 38:10
41:8 44:24
57:20
**deficiencies**
42:4
**define** 17:3
53:20 54:21
**defined** 49:18
**degree** 57:23

**demographics** 65:10
**demonstrate** 6:8
**depends** 29:7 46:14 51:7
**depo** 71:1
**deponent** 71:5
**deposed** 7:8
**deposing** 75:13
**deposition** 1:10 1:25 8:20 9:6 70:2 72:2,23 74:6
**describe** 17:11 17:12 30:17
**description** 3:2
**designate** 50:22 51:13 55:1
**details** 9:8
**deviation** 23:7,9
**differences** 37:7 37:12 42:18 43:7
**different** 10:16 10:24 13:13 15:10,13 18:1 19:11 28:4 29:2 42:12 43:6 47:10 58:13 60:20 67:7
**differentiate** 19:15
**dilute** 16:18
**diluted** 16:23 40:6

**direct** 2:15 4:5
**director** 9:14 10:3,7
**discrepancy** 13:14
**discuss** 9:6 32:18 58:2
**discussed** 14:18 20:19 46:1 65:2 66:2,4
**discussing** 24:7 65:19
**dispute** 43:21
**district** 1:1,1 6:2,3,5,6 12:4,6 14:5,23 16:7,10 16:16,19,22 18:1,3,21 19:2,5 19:12,16,17,18 19:19,22,24 20:2 21:1,2,12 21:13,19,20 22:19,21,24,25 23:20 24:8,10 24:19,24 25:5,5 25:5 26:14 27:6 27:8 28:4,6,6,9 28:17,25 29:2,6 29:17,19 30:12 30:13,14,20,20 31:15 32:7,8,12 32:16 34:3,5,14 34:20 35:11,12 37:9,9,9,10 38:15,24,25

39:3,6,10,18,20 39:21,24 40:2,5 40:8,12,15 42:16,16 43:2,3 43:3,4,10,12,14 44:8 45:23 46:1 46:3,9,17,20,21 47:1,7,15,16,24 48:2,2,3,5,5,7 48:11,12,12,13 48:14,15,16,20 48:20 49:3,11 49:16,17,20,24 49:25 50:1,8,12 50:22 51:2,2,5,6 51:9,13,15,18 51:23 52:2,6 53:3,6,6 54:16 54:17,19,20 55:1,1,4,7,13,16 55:21,22 56:2,7 56:10 57:1,6 58:9 59:11,12 59:17,23 60:6,8 60:12,19,20,20 60:22,25 61:5 61:10,12,16,19 61:23 62:1,3,14 62:14,19,23 63:2,2,10,14,21 63:25 64:1,4,8 64:14 65:4,4,5,8 65:20,21,22 66:3,4,6,10,16 67:2,11 68:25

69:2,4,5,11,17 69:18
**districting** 33:9 50:11
**districts** 16:4 18:22 21:9,24 27:20 35:16,19 35:23 36:5 43:23 44:1,3,3,6 45:7 49:4,10 50:12,21 51:13 53:9,14 54:1,9 54:13 55:24 56:2 64:18,19 65:9,20 66:3
**division** 65:8
**document** 13:21 13:23,24 14:1,6 14:7,15,18 20:5 20:9,11,17,19 22:13 25:11,17 25:17,20,22 29:22 38:5,13 40:25 44:15,22 57:16,16,18,22
**documentation** 6:7
**doing** 7:23 8:3 55:13
**dot** 26:5,8
**downtown** 14:23,24 16:25 43:1 47:11
**draft** 14:6

**[draw - fair]**                                                    Page 82

**draw**  20:23 26:8
  28:25 39:17
  41:19 46:2
  50:10,11 54:8
  65:10
**drawers**  62:13
**drawing**  45:4
  47:15 52:2,14
  52:19 54:1
  55:15 56:10
  59:7
**drawn**  18:9,12
  18:15,20 19:2
  19:13,18 24:23
  27:14,20 28:23
  29:15 31:3 39:7
  39:11 46:21
  53:10 61:19
  62:6 66:20
  67:11 69:10,16
**draws**  64:4
**drew**  32:1,3
  35:4,7 41:16
  42:6 54:1 66:15
  68:13,14,17,17
**driver's**  6:12
  7:1
**dtilley**  75:1
**duly**  4:3 73:9

**e**

**e**  2:14 3:1,1 4:17
  4:17 75:24,25
**earlier**  67:24
**easier**  26:9

**east**  2:4 43:18
**eastern**  37:8
**edge**  26:11
**eighteen**  5:23
**either**  44:9
  48:20 55:9 64:4
**elect**  39:7,11,21
  50:2,13 51:3
**elected**  61:1
  64:12,13
**election**  6:20 7:4
  7:6
**email**  75:13
**emailed**  75:15
**emergency**  41:4
**emphasis**  63:24
**employed**  13:1
  13:2
**employee**  74:12
  74:13
**employer**  13:8
**employers**  13:4
**employment**
  9:13
**enacted**  16:3
  17:17,20 25:19
  26:21 35:15
  42:5,11 49:2,2
  61:18 62:9,10
  62:12 69:16
**engage**  9:15,20
  10:15 11:17
  12:9,12 13:2
**engaged**  58:17
  58:18,24 59:2

**engagement**
  59:10
**enjoined**  22:19
  26:21 36:3
  51:18 52:14
  55:9
**enter**  72:4
**entered**  72:24
**entire**  44:19
  61:9
**errata**  71:4 72:1
  75:11,13,16
**esquire**  2:6,6,11
  75:1
**et**  1:4 71:1 72:2
  75:4
**ethnic**  32:12
  59:7
**ethnicities**
  67:13
**ethnicity**  23:19
  24:8 66:7
**exact**  25:22
  65:24
**exactly**  17:24
  28:8 42:14,20
  47:14 61:4
  62:25
**examination**  4:5
  67:22 68:22
**examined**  4:4
**example**  28:5
  50:24 51:3,17
  51:21 56:19,22

**examples**  27:23
**except**  71:3
**excerpt**  3:12
  44:24
**excerpts**  44:19
**exclusively**  27:8
**exhibit**  3:3,4,5,6
  3:7,8,9,10,11,12
  3:13 13:22 14:9
  20:14 23:2 26:2
  30:2 31:18,24
  36:10,15 38:10
  41:8 44:24
  57:20
**experience**
  58:14
**experiencing**
  56:15
**expires**  71:17
  73:21
**explain**  15:21
  22:22 61:14
  62:4
**expressing**
  10:20
**extends**  37:10
  43:4
**extent**  56:4

**f**

**fact**  24:18 29:5
  34:22 49:1,8
  54:15 63:13,16
**fails**  75:20
**fair**  8:9,17 19:5
  47:2 48:18

55:22 59:4
**fairly**  66:14
    67:3
**falls**  69:8
**familiar**  12:12
**family**  15:25
**fast**  8:4
**feature**  45:6
**february**  8:24
**federal**  75:18,24
**feel**  16:22 20:1
    31:15 40:5,13
    59:22 65:2 67:3
**feels**  16:16
**felt**  18:9
**figure**  38:21
**filed**  14:3,7,15
    20:7,12,17
**fill**  10:19
**filled**  11:7
**filling**  11:5
**final**  57:10
**financially**
    74:15
**finished**  39:14
**first**  4:3 5:3
    9:20 13:14
    22:23 30:12
    34:3 45:5 48:23
    50:25 52:15,16
    58:22
**five**  57:9
**fl**  75:14
**flagami**  52:9
    53:3,5,8

**flip**  14:20 20:22
    34:1
**flooding**  56:19
    56:20
**florida**  1:1,16
    1:24 2:5,10 4:22
    5:4,20 71:9,15
    72:21 73:3,7,19
    74:2 75:18,24
**folks**  10:18
    11:13 17:6 19:9
    21:17 49:23
    58:13
**follow**  10:23
    42:21
**following**  21:6
    27:25 30:25
**follows**  4:4
**foot**  28:17
**foregoing**  74:8
**form**  10:20 11:5
    11:7,9,24 35:22
    40:9 42:25
    45:12 46:22
    47:3,18 48:8
    49:5,12,13
    53:16,21 54:4
    54:10 55:17
    61:6 62:24 66:9
    72:23
**formalities**  70:4
**found**  42:4
**foundation**  2:4
    12:13

**four**  41:19,22
    54:1,5
**fp&l**  6:10
**frame**  24:22
**frequently**
    65:21,22
**full**  4:12 19:7
    28:4 54:7
**fully**  64:22
**fund**  10:21
**further**  17:16
    67:21 69:20
    71:5 74:11
**future**  58:18

**g**

**gathered**  65:14
**gathering**  17:7
**general**  18:8
    65:19
**generally**  43:9
    57:1
**gentrification**
    47:12,17,21
**genuine**  45:16
**geoconflict**
    56:16
**geographic**  17:4
    18:11
**geographically**
    47:9
**george**  2:11
**gerrymandering**
    14:4
**getting**  16:20

**give**  13:23
**given**  64:12
    67:14 69:7
**go**  8:15 20:22
    23:22 30:4
**goes**  28:6 30:20
    30:22
**going**  8:8 13:21
    13:22 20:5,5
    22:13,14 24:3
    25:16,17 28:9
    29:21,22 31:18
    31:19 32:9
    36:10,11 38:5,6
    40:24 44:15,16
    57:15,16 58:12
    58:23 64:19
**good**  4:7 8:2
    40:18
**grace**  1:4 71:1
    72:2 75:4
**gray**  2:9
**great**  7:23 8:3
**greater**  36:6
**green**  62:13
**group**  16:5,6
    21:10,12,16
**grouped**  16:13
**grove**  28:3,4,9
    28:14 30:23
    31:8
**guess**  55:3 61:3
    61:14 62:21
    67:9

**guide** 10:10

**h**

**h** 3:1
**haiti** 43:12
**half** 4:25,25
**hand** 26:4
**happened** 8:24
**happening** 9:7
**hard** 57:12
**harmed** 17:17
**havana** 37:16
  37:20,23 38:3
**head** 7:24 21:22
  37:21
**headers** 22:22
**help** 7:22,22
  10:8,10,11 49:7
**hh** 73:20
**hialeah** 5:13,17
  5:20,21
**high** 27:9 35:17
**higher** 35:25
  51:24 55:7,8
**highest** 22:21
  23:19,24 54:16
**highway** 27:22
  28:10
**hired** 9:25 10:1
**hispanic** 15:11
  17:12 18:21
  19:1,5,23 20:2
  21:14 23:13,15
  23:23 24:9 27:6
  27:9 32:15 34:3
  34:10,13,17,18

34:19 35:12,16
35:19,23,24
36:5 46:17,19
49:3,10,16,20
50:13,20 51:12
51:19,24 53:15
53:17,18,19,25
54:8,13,16 59:5
59:6,23 60:8,19
63:9,25 64:12
64:13 65:3,4,19
66:3,12 67:16
**hispanics** 33:16
33:21 67:11
**historically** 46:6
46:8
**home** 5:24
**honest** 25:1 50:9
67:20
**house** 28:21,25
29:1,17,18 30:5
42:1
**housing** 17:7
**hugs** 56:2
**huh** 5:25 19:20
48:17 66:11

**i**

**identification**
14:10 20:15
23:3 26:3 30:3
31:25 36:16
38:11 41:9
44:25 57:21
**identify** 15:20
16:25 25:24

**identity** 15:19
**implications**
64:23
**important** 19:8
**improper** 28:24
29:4 52:1 53:25
54:8
**include** 17:16
29:17 44:20
45:23
**included** 19:4
47:23 48:1
62:22
**including** 59:4
66:15
**inclusion** 29:18
**incorrectly**
13:16
**indicate** 69:4
**indicated** 26:15
**indicating** 26:6
26:10 30:7
32:10 37:3
38:14 42:2
**individual** 4:10
17:15 22:25
**influence** 15:17
**input** 32:4,5,23
36:25 41:18,22
**inquisition** 8:12
**instance** 19:1
**intend** 6:22
**intended** 8:11
40:1

**intending** 47:16
47:21
**intent** 45:10,15
52:4
**intention** 42:3
45:18
**interest** 10:20
44:13 45:17,20
46:10 56:8,11
57:2 68:19
**interested** 74:15
**internet** 6:11
**interpreting**
21:16
**interrupted**
41:4
**involved** 11:1
11:14
**island** 15:24
**issue** 56:21,23
67:19
**issues** 56:16,17
56:18 58:11,13
61:12

**j**

**job** 7:23 8:3
9:22 75:4
**johnson** 21:7
69:20
**jorge** 4:8
**june** 9:2 33:19
44:17 52:21,22
73:21
**jut** 62:13

**juts**  62:14

**k**

**keep**  43:10,12
  46:13 52:7
**keeping**  56:7
**keeps**  45:13
  57:1
**kept**  31:11 33:2
  46:11,18 47:1
  55:16 59:22
**key**  11:6
**kind**  17:4 19:15
  28:2 57:10
**kmm**  1:2
**know**  4:10 8:13
  8:14 12:9 13:9
  16:21 17:25
  21:20 26:7
  27:15 28:10
  30:21,25 31:10
  31:11 32:1 33:4
  37:16,19 41:16
  43:21 44:12
  49:15,16 53:5
  57:23,25 60:2
  63:13,16
**knowledge**  31:6
**known**  71:12

**l**

**l**  4:17,17
**labeled**  24:4
  36:2
**language**  65:25

**large**  1:24 15:24
  25:24 71:16
  73:7
**largely**  65:9
**larger**  67:12
**largest**  24:8
**latin**  15:15
**latina**  14:22
  15:6,7,18 16:21
  17:13 20:25
  24:15,16 40:14
  59:11 60:9
  67:10 69:16
**lawyer**  35:2
**lease**  6:10
**legal**  32:4 41:17
  41:19 57:24
  58:1,2 75:23
**legitimate**  33:11
**lesser**  52:2
**level**  56:20
**levesque**  2:11
  4:6,8 40:20 41:2
  49:13,19 57:8
  57:14 67:21
  68:23 69:24
**liberties**  2:4
**liberty**  43:14
**license**  6:12 7:1
**likely**  50:13
**line**  30:24 45:5
  45:5 72:5
**lines**  17:19 39:2
**list**  11:17,17,22

**litigation**  4:9
  20:8 22:18
  37:25
**little**  26:13
  28:13,17 37:16
  37:20,23 38:3
  42:21 43:12,16
  62:12
**live**  5:5,7,12,15
  5:21 6:8 14:25
  21:19 24:10
  38:12,16
**lived**  4:23 5:8
  5:13,15 25:13
  38:22 39:3
**lives**  12:3,6
**living**  29:1
  49:23
**local**  10:11 17:5
**location**  61:9
**logical**  45:7,14
**long**  4:23 5:5,21
  9:16 38:2 46:12
  46:18 47:1 53:5
**longer**  50:21
  51:13 54:25
**look**  13:23
  17:14 26:18
  34:2 35:11,15
  41:5 44:21
  45:22 52:5
  62:11 67:9
  69:13
**looked**  11:22
  12:2,5 21:23

  22:2,9 37:22
  38:3 39:25 64:2
**looking**  22:18
  22:19 26:19
  27:24 36:3
  37:13 42:16
  62:9
**looks**  10:10
**lot**  58:15 63:23
  65:14
**lower**  34:13,16
  34:19,22

**m**

**made**  8:23 26:7
  47:25 48:6
  52:23 66:25
  67:2 71:4
**main**  10:17
  15:18 68:16
**maintain**  11:17
**maintaining**
  11:16
**major**  30:25
**majority**  21:17
  21:18 49:3 50:2
  50:8 53:14,17
  53:18,19,20,21
  53:25 66:7
**make**  8:2 17:8
  21:17 26:9 31:7
  57:10 63:2 64:9
  67:11
**makes**  24:8 47:5
  47:7

**makeup** 16:14
27:11,16 28:7
32:12 58:11
61:9,16 62:3
68:20
**manage** 10:8
**manager** 9:22
10:1
**manors** 28:2,16
**map** 3:6,7,8,9
3:10,11 17:23
17:25 18:2,7,15
18:20 19:7,16
25:21,23,25
26:2,14,16,24
27:24,25 28:23
29:25 30:2,6,8
30:11 31:20,22
31:24 32:1,3,5,7
32:11,18,21
33:1,4 34:3
36:13,15,17
37:5,10,11,13
37:17 38:8,10
38:15,18 39:4
40:4,21 41:5,6,8
41:10,13,16
42:3,11 43:5,6
43:24,25 45:22
45:23 47:8
48:10,11,13,15
48:22 50:11,25
54:1 55:6,18,19
55:20,20,21,23
59:4,16 60:4

61:17 62:2,13
64:17 65:11
66:2,15,21 67:1
69:1,11
**maps** 14:5 33:14
33:20,24 34:20
39:7,11,25 40:1
41:20,23 42:12
45:6,11,19
48:23 51:11,20
52:5,10,11
53:13 54:12,25
55:15,19 56:1,6
56:24 57:4 58:9
59:7 66:19
68:14,17 69:9
69:13
**mark** 13:22
20:6 22:14
25:17 29:22
30:5 31:19 32:9
36:11 37:2 38:6
38:13 40:24
41:25 44:16
**marked** 14:10
20:15 23:3 26:3
30:3 31:25
36:16 38:11
41:9 44:25
57:21
**married** 9:9,11
**math** 53:24
**mayra** 1:23 73:6
73:18 74:4,21

**mean** 14:12
15:7,21 17:22
18:19 26:21,23
33:17 35:7
39:20 49:22
50:23 61:13
64:20 65:13
66:17,19
**meaning** 8:1,2
**means** 10:22
15:14 27:22
**meant** 51:15
55:4
**media** 8:21
**meeting** 8:24
9:1,3 33:20
44:17
**meetings** 10:11
10:18 11:4,15
52:14,19 54:23
63:23,24 65:15
65:17
**member** 9:20
10:14,21,21
11:1,6,10,12,25
12:6
**members** 11:14
11:19 16:15
21:8
**membership**
10:9,9,20,24
11:5,7,8,16,17
11:22,24 12:2,3
**mention** 51:15

**mentioned** 9:7
27:19 28:16
**met** 4:7
**miami** 1:7,16
2:10 4:9,22 5:4
5:12,13,14,16
9:15,20 10:15
11:17,20 12:9
12:12 13:2,20
14:3 18:9 27:12
31:9 54:9 58:7,8
59:5,6 66:14
71:1,10 72:2
73:3 74:2
**miamo** 75:4
**middle** 4:14
**mind** 46:24
**minute** 57:9
**model** 10:9
**modern** 15:18
**mom** 15:23
**moment** 69:12
**morningside**
43:5
**moved** 6:21
13:20 17:25
18:3 19:10,24
59:15,20 69:10
**movement**
19:21
**moving** 59:8
63:1
**multifaceted**
29:14

**mumble**  8:5

**n**

**n**  2:14 3:1 4:17
**name**  4:8,12,14
    13:8,13,15,16
    14:22
**narrow**  56:2
**natoma**  28:2,16
**natural**  27:15
    27:20,21,25
**naturally**  18:25
**necessarily**
    62:20 68:19
**need**  5:17 8:12
    69:22
**negative**  68:7
**neighborhood**
    14:24 16:12
    17:1,3,9,11,21
    18:10 19:10
    30:8 31:7 37:20
    37:23 43:10
    51:1 62:6 64:18
    64:24 65:11
    68:19
**neighborhoods**
    16:12 17:18,18
    18:23 27:14,19
    33:2,5,8 37:14
    44:13 45:8,11
    45:13 56:14
    58:13 62:22
**neighboring**
    47:9,10

**new**  6:23 59:16
**newer**  60:3
**news**  28:20
**nicholas**  2:6
**non**  21:14 63:25
**normally**  27:1
**north**  62:12,15
    62:17
**northeast**  4:21
    5:3 6:1,9,17,22
    15:3
**northern**  42:24
**notary**  1:23
    71:15 73:6,19
**note**  75:10
**notes**  74:10
**notice**  1:25
**nugget**  42:21
**number**  51:20
**numbers**  64:2

**o**

**oath**  7:12 73:1
**object**  35:22
    40:9 42:25
    45:12 46:22
    47:3,18 48:8
    49:5,12 53:16
    54:4,10 55:17
    61:6 62:24 66:9
**objection**  16:9
    30:12 34:15
    49:8,14 61:4
    62:4,22
**occurred**  9:1

**occurring**  18:25
**october**  1:14
    71:2 72:3 73:9
    73:12 74:17
    75:3
**oh**  31:2
**okay**  8:11 14:14
    14:20 20:22
    25:11 26:4,25
    29:15 40:17
    44:8 46:13,17
    51:9 53:22
    56:20 57:11
    61:20 63:20
    68:8,12 69:15
**omni**  14:23,24
    16:25 47:11
**opinion**  46:10
    48:4
**opportunity**
    10:19 44:21
**ordering**  75:15
**organization**
    9:21 10:4,7
    12:16,18,22,25
    13:1
**organizational**
    21:8
**organize**  57:10
**organizers**  10:8
    10:23 11:4
**organizing**  9:14
    11:14
**original**  59:17
    69:11

**originally**  9:25
    46:21 53:10
**outside**  11:4
    29:5
**overtown**  43:22
    43:23,24 44:1,3
    44:8 45:24 46:5
    46:11 47:6,10
    48:4,6,10,11,12
    48:13,14,15,19
    50:25 51:5
**overview**  11:11
**overwhelmin...**
    46:17

**p**

**p.a.**  2:9
**p.m.**  1:15,15
    70:3
**pack**  33:15,21
    50:20 51:12
**packing**  51:5
**page**  3:2 14:21
    20:23 22:18
    24:4 34:2 45:4
    50:4 72:5
**pages**  74:9
**paragraph**
    14:21 16:2
    17:14,15 20:24
    21:6 58:5 59:3
    63:8 64:16
    66:13
**paraphrase**
    16:20

parents  5:24
  15:23
part  37:8 42:21
  46:15,20 58:14
participate
  10:24
participation
  10:12
particular
  16:13,15 61:8
  66:22
parties  74:12,14
  75:15
parts  19:11
  43:25 44:7
  48:11,12,13,14
passed  49:9
past  30:21
pause  69:12
pay  10:21
paycheck  13:9
peek  62:10
pen  26:4
penalties  72:22
pending  8:15
people  10:11
  11:21 18:16
  21:19 62:17,17
people's  18:25
  68:18
percent  34:8,11
  35:13,25 36:6
  51:23 53:23
percentage
  21:20 22:21

23:9 49:23 52:2
  67:12
percentile  35:21
perjury  72:22
person  12:19
personal  67:18
personally
  71:12 73:8
perspective
  18:24
picture  19:7
piece  28:13
place  17:4 25:14
  26:5
placed  16:9,22
  20:1 21:7,11
  31:15 40:14
  46:19 48:19
  60:12 69:5
places  16:4 17:5
placing  46:16
plaintiff  4:10
  14:21 20:24
  22:11
plaintiffs  1:5
  2:3 17:16 21:7,8
  25:3,4,7,9 31:20
  32:4 33:15,21
  33:23 34:2,20
  35:9 36:8,12
  37:5 38:7 40:1,4
  41:5,17,20
  42:10 43:6,24
  44:12 45:22
  46:2 47:7 48:11

48:15,22 51:20
  51:23 52:5,10
  52:11 53:13
  55:6,19,20,20
  55:20 56:24
  57:4 60:11,18
  61:1 64:3
plan  10:10 16:3
  16:3,4 17:17,21
  21:1,2,7,11,25
  22:4,6,7,19 24:6
  24:7 25:4,7,19
  29:23 34:19
  35:13,15,24
  36:2,3,9 37:4
  42:5,11 44:4,5,9
  44:12 47:16,20
  49:2,2 51:18
  52:6,7,14,15,16
  52:19 53:13,14
  54:17 55:9,9,10
  56:25,25 57:5,5
  58:17,19 59:12
  59:19,19 61:1,7
  61:18,23 62:9
  62:11,12 63:22
  64:3,12 66:25
  69:16
plans  22:7,10,16
  25:3,9 34:14,23
  35:1,4 49:9
  51:23 54:15
  58:22 60:11,19
  64:5 65:1 66:8

please  4:11 8:6
  16:21 75:12
plurality  66:4
  69:18
point  13:16
  15:14 37:24
  43:2 66:20 69:3
points  34:22
polarity  66:6
  69:17
politically  58:17
  58:18,24 59:1
populated  54:16
population
  22:20 23:4,7,9
  23:13,14,14,15
  23:16,17,21,22
  24:1 27:9 34:4
  34:11,14,18,19
  35:12,17,20,24
  36:5 50:1,3
  51:19,24 55:7,8
  67:12
populations
  36:4 53:15
portion  28:12
  43:23 52:7
position  9:17,19
positive  68:7
possible  50:17
  50:18
potentially
  12:11 16:24
  59:24,25

precise 33:18
predominant
 16:5,6,17 21:9
 21:12,15 66:7,8
 66:12
predominantly
 16:17
prefer 24:18,21
preferred 19:4
prepare 8:19
presented 22:18
 48:22,24 51:11
 66:23
presently 9:9
preserve 56:8
 56:11
preserved 45:19
preserves 45:16
pretty 43:8
previously 4:8
 8:23 46:2
primarily 17:12
primary 18:2
prior 5:11 6:4
 69:2
probably 25:10
 26:7 29:9
problem 24:15
 39:4 49:1,6 60:5
 60:15,21 67:15
 67:25 68:9
 69:17,19
problematic
 28:1

procedure
 75:24,24
proceedings
 41:1 57:13
process 11:11
 14:5 59:3
promotion 9:23
prompt 7:25
proportional
 27:11,11
propose 55:12
proposed 54:5
 54:12
provide 31:18
 57:15 65:11
provided 11:9
provides 22:15
public 1:23
 71:15 73:7,19
pull 42:10
purpose 12:17
 56:6
purposely 13:17
pursuant 1:24
push 57:10,11
put 18:21 48:6
 51:1,4

**q**

question 8:6,7,8
 8:15,16 15:8
 33:19 36:9
 40:10 47:19
 50:9 54:7 56:5
 67:8 68:7,12,24

questions 7:14
 27:1 67:21
 68:21 69:20
quite 27:12
 54:22

**r**

race 18:12,25
 19:14 21:18,19
 23:19 24:7
 29:10,16,17,19
 31:16 33:3
 56:12 63:11,15
 66:6 68:18 69:5
races 67:13
racial 16:5,6,18
 17:10,19 21:9
 21:12,16,23
 22:3,9,15,20
 27:16 32:12
 65:10
racially 14:4
raised 15:24
reach 11:13
read 9:3 69:21
 72:23 75:8
really 13:6 15:8
 16:13 19:8 27:5
 27:7 39:3 67:20
reason 6:25 7:3
 8:7,14 29:14,19
 55:15 60:4 72:5
 75:10
reasonable
 75:17

reasonably
 48:19 50:2
reasoning 60:2
reasons 33:9,11
 33:12 47:24
 66:21
recall 14:14
 20:11,13,16,18
 25:3 28:19,20
 32:15 33:14,19
 37:15 38:2,24
 39:1 53:4 64:3
receipt 75:17
received 9:23
recently 6:16
 12:5
recess 41:1
 57:13
recognizable
 17:6
recognize 13:24
 14:1 20:9 31:22
 36:12 38:7 41:6
 57:18 64:11
recollection
 53:24
record 4:12,16
 8:2 30:18 74:9
redirect 68:22
redistricting
 14:4 58:22
refer 15:19 24:3
 31:8 57:16
 62:13

**reference**  54:19
  62:3
**referenced**  75:6
**referencing**
  22:7 51:10
  61:15
**referred**  65:21
**referring**  26:24
  40:1 48:2 60:25
  65:16,18,23
**refers**  22:24
  24:6
**regard**  19:22
  65:16 66:24
  75:19
**regardless**  59:2
  64:25
**regards**  56:5
  58:9
**registered**  13:12
  13:15
**registration**
  6:15 7:1 13:19
**regroup**  40:23
**related**  37:25
  68:24,25 69:3
**relates**  38:12
  66:25 67:1
**relative**  74:11
  74:13
**relatively**  42:17
  43:8
**remained**  9:21
**remember**  7:7
  12:8 13:11 14:8

14:11,16 17:24
  25:6,8 28:22
  32:14 41:15
  47:22 57:23
  62:25 65:24
  68:1,4
**remove**  46:25
**removing**  47:6
**repeat**  8:6 36:1
  39:9 40:11
  46:23 57:3
**rephrase**  34:16
  46:24 47:19
  49:7
**report**  74:6
**reporter**  1:23
  5:9 7:22 69:22
  73:6,18 74:1,4
  74:21
**represent**  20:6
  22:14 24:5
  25:18 29:23
  31:20 42:19
  44:16,18
**representation**
  16:19 18:15
  40:6,13 58:10
  58:12 64:24
  65:12 67:14
**representative**
  18:10 27:12
  49:24 51:3
  60:22,24,25
  62:6 66:21

**represented**
  18:11,16,19
  24:16 27:7 40:7
  54:17 60:16,21
  61:4 63:6 65:3
  66:14 67:3,16
  67:25 68:10
**representing**
  4:9
**request**  53:2
**required**  46:3
  50:11
**requires**  39:17
**reside**  11:20
  25:25 40:5,12
**residence**  6:23
  66:22 69:8
**resident**  14:22
  15:6 19:23
  20:25 21:1
**residential**  4:20
**residents**  18:21
  18:22 27:5 59:5
  59:6 63:9 66:14
**resolution**  24:5
**resolved**  13:18
**respect**  45:7
  46:9
**respond**  13:6
**responsibilities**
  10:6,13
**rest**  62:18
**result**  40:14
  58:24

**retained**  43:18
**returned**  75:16
**review**  14:6
  36:17,20 41:10
  74:7 75:7
**reviewed**  8:21
**rewatched**  8:23
**right**  6:3 12:19
  19:17 24:14
  26:11 28:13
  29:10 50:6,18
  59:21 61:17,22
  61:24 62:7
  66:20
**rights**  39:17
**rise**  56:20
**river**  27:22
  43:16
**roadway**  31:1
**robinson**  2:9
**role**  9:24
**roll**  40:20
**roughly**  30:5
**rude**  8:1
**rule**  75:24,25
**rules**  75:18
**run**  42:23

|  | s |  |
|---|---|---|

**s**  4:17,17
**sabina**  24:14
**saw**  20:11
**sayeth**  71:5
**saying**  19:3
**says**  14:21 21:6
  45:6

sea 56:20
seat 50:22 51:14
second 13:23
37:11 52:19
58:23
see 12:5 38:18
62:7,11
seem 27:12
seemingly 18:20
seems 23:23
seen 19:13
25:20,21 29:25
semantics 15:14
sense 47:5,7,25
48:6
sentence 64:21
65:7 66:18
september
20:12
serve 65:11
set 20:4 25:11
several 64:18
69:8
shaking 7:24
shape 65:8
share 24:8
sheet 71:4 72:1
75:11,13
shift 43:1 50:25
shifted 47:13
60:3
shorthand 1:23
show 13:21 20:5
22:13 25:16
29:21 36:10

38:5 44:15
side 43:19
sign 75:12
signature 70:4
73:17 74:19
signed 73:12
75:21
silver 37:10
similar 37:5
42:17,23 56:17
similarities 43:7
47:10,23 48:1,5
single 66:2
sitting 29:5,6
slices 64:18
sliver 28:6,11
slivers 27:17
small 26:8 27:16
39:2 44:7
solutions 75:23
somebody 11:6
someone's 29:18
somewhat 25:23
37:6 42:23
soon 40:19
sorry 5:9 29:16
33:18 36:4
37:11 39:9 43:3
52:8 54:6 55:18
sort 27:7
south 62:17
southeast 1:15
2:9
southeastern
31:8

southern 1:1
southwest 25:13
spanish 8:11
15:16,16
speak 8:4 11:12
speaking 8:3
15:16 54:24
59:21
special 8:24
specific 50:21
51:12 60:2
specifically 27:6
specifics 27:16
29:8 32:14
46:14
spell 4:16
spelled 13:15
split 17:18,24
18:23 30:9,14
30:16 33:8
37:14,16 44:1,2
44:3,9 45:11
53:6,9
splits 17:17,21
28:3 33:4 44:12
64:17
splitting 52:9
ss 71:9
stand 28:8 53:2
standpoint
27:10 56:16
67:18
started 4:11
starting 22:23
41:5 45:5

state 1:24 4:11
64:16 65:7 71:9
71:15 72:21
73:3,7,19 74:2
statement 9:4
21:3 44:20 45:2
50:19 51:10,16
65:13
statements 7:18
8:22
states 1:1 16:1
statistics 21:24
22:3,3,10,16
statute 75:18
staying 56:14
stenographic
74:10
stenographica...
74:6
stop 58:23
street 4:21 6:1,9
6:22 15:3
strike 34:17
36:9
stripped 63:10
63:14,21 64:8
structured 13:7
structures 17:7
subject 72:23
subjective 43:8
submission
47:20
submitted 22:10
31:21 32:22
33:15,20 36:18

[submitted - typed]

36:21 38:19 41:11,13,14,20 45:6
**subscribed** 71:11
**substance** 72:23
**suggested** 75:16
**suite** 1:16 2:5,10
**summer** 9:24
**super** 53:14,19 53:20,21,25
**supplemental** 20:7,14
**sure** 8:2 12:11 12:19 13:5 15:9 15:23 19:6,25 20:3 24:20,25 25:21 26:20 28:7 29:11,12 29:14 30:10 31:5,13,17 32:17 33:6 37:18 38:17 39:13 40:12,16 40:20 44:6,10 44:14 46:24 47:13,22 48:9 49:22 50:8,14 50:15,16,16,18 51:8 54:21 55:5 55:25 57:4 62:8 64:10,15 67:5,6 67:20 69:7
**surprise** 53:8,11

**switch** 6:18
**switched** 6:16
**sworn** 4:4 71:11 73:10

**t**

**t** 3:1
**take** 8:13,16 10:14 26:18 40:22 47:16 57:8
**taken** 1:22 7:19 71:2 72:3
**talk** 10:17 19:17 30:11 61:18
**talked** 26:13 69:1,1
**talking** 16:3 28:12 29:24 49:21 51:9 61:15,17
**tallahassee** 2:5
**team** 32:4 41:17 41:19 57:24 58:1,3
**technically** 59:21
**tell** 22:20 23:18 39:3
**ten** 57:9
**term** 63:12 64:20,20
**terms** 11:16 13:8 17:10 30:24 49:18 64:23 65:19

**territory** 15:16
**testified** 4:4 7:10 52:24 67:15
**testify** 58:16
**testifying** 33:14 33:17,19
**testimony** 45:9 62:16 69:2 75:8 75:17
**texeira** 1:23 73:6,18 74:4,21
**thank** 32:11
**thing** 8:14 26:22 26:23
**things** 7:21 17:8 27:3 58:15
**think** 13:6 28:1 28:24 29:7,13 30:14,22 31:2 44:5 46:14 47:4 47:11,22 49:17 50:5 62:5 64:22 67:19 68:6 69:7
**thinking** 19:9
**thirds** 53:21
**three** 49:3,10 50:12,21 51:11 51:12 53:25 54:8,13 55:24 65:19 66:2
**tilley** 2:6 68:21 69:21,25 75:1
**time** 5:11 7:2 28:23 29:6

38:22 40:11,18 46:23 57:3 62:11
**today** 66:2
**together** 56:14
**top** 21:22 37:21
**total** 23:4
**totally** 44:6
**towards** 30:15 30:17
**transcript** 3:12 44:18,19,24 71:5 72:4,23 74:7,8 75:6,20
**transcripts** 75:14
**treated** 25:3
**triangle** 28:13
**true** 23:25,25 25:9 58:18 71:4 72:23 74:9
**truthfully** 7:15
**try** 38:21
**trying** 32:25 42:19 55:3,12 61:25
**two** 4:25,25 5:6 9:18 11:15 13:4 44:1,2,3 49:8 53:21 64:4
**type** 6:7 56:17
**typed** 69:23

**u**

**uh**  5:25 19:20
  48:17 66:11
**ultimately**  31:21
**unceremoniou...**
  41:4
**under**  7:12
  13:13 21:1,2,11
  25:3 58:19
  59:12,19 60:11
  64:11 72:22
  75:18
**understand**
  7:12,17 8:5 19:3
  22:7,24 25:23
  39:2 40:10
  46:12 49:21
  50:5 55:3 61:25
**understanding**
  23:18 25:2
  28:18 34:25
  35:3 39:6,10,16
  39:24 50:4
  61:11 64:22
**understood**  8:8
  69:2
**unfair**  59:5
**union**  2:4
**united**  1:1 15:25
  53:3
**update**  6:25
**updated**  13:19
**upper**  43:18
**use**  64:20

**used**  63:12
  64:19 75:20

**v**

**v**  4:17 71:1 72:2
  75:4
**valdes**  1:11 2:16
  4:2,7,13 20:4
  21:8 25:16
  29:21 41:3
  57:15 67:24
  71:1,7 72:2,25
  73:8 74:7 75:4
  75:10,12
**valdesshould**
  75:8
**variation**  48:19
  50:7 51:17
**variety**  33:8
**vary**  10:25
**verify**  75:9
**veritext**  75:14
  75:23
**veritext.com**
  75:14
**version**  36:8
**versus**  15:15
  37:9
**voice**  16:23
**vote**  7:6 13:12
  13:15
**voted**  7:4
**voter's**  6:14 7:1
  13:19
**voters**  27:6
  50:20 51:12

**voting**  23:13,13
  23:14,15,16,17
  23:21,22 24:1
  27:9 34:4,10,13
  34:18,19 35:12
  35:16,20,24
  39:17 51:19
  55:7,8
**vra**  40:2 46:3
  50:11
**vs**  1:6

**w**

**w**  13:9
**wait**  43:3
**waived**  70:4
  74:8
**want**  19:15
  30:11 35:11
  57:25 58:6
**wanted**  65:9
**warren**  2:6
  34:15 35:22
  40:9,18 42:25
  45:12 46:22
  47:3,18 48:8
  49:5,12,15
  53:16 54:4,10
  55:17 57:11
  61:6 62:24 66:9
  67:23
**washington**
  5:10
**watch**  9:1,3
**water**  6:11

**way**  5:19 10:25
  11:3 13:7 15:19
  16:11,13 18:9
  18:15 19:13
  24:22 27:4,18
  29:16 43:5
  45:14 50:10
  53:9 55:13 62:5
  66:15 67:7
  68:13,16
**ways**  10:16,17
  11:2 18:16,18
  27:13 50:7
  66:22
**we've**  24:7
  26:13 29:24
  39:25 45:6 66:2
**wednesday**  1:14
  71:2 72:3
**week**  6:19
**west**  5:19
**western**  52:7
**white**  21:14,14
  21:21 23:12,15
  27:10 55:7,8,12
  63:25
**whiter**  64:4,9
**witness**  2:15 4:3
  73:8 75:20
**words**  28:14
**work**  27:18
**worried**  65:8
  66:19
**write**  57:22 72:4

**[wrong - years]**                                        Page 94

**wrong**  16:21
**wynwood**  42:22
43:10

**x**

**x**  2:14 3:1,1

**y**

**y**  4:17
**yanelis**  1:11
2:16 4:2,13 71:1
71:7 72:2,25
73:8 74:7 75:4,8
75:10,12
**yeah**  16:16
17:23 18:14,20
21:18 23:22,23
26:12 27:3
30:19 43:4
44:11 45:14
47:13 53:17
54:3 56:4,22
59:21 62:5,7
64:22 67:18,19
69:14,15,24
**year**  8:25 9:2
11:15 42:7 60:4
**years**  4:25 5:1,6
5:23 9:18

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is
transcribed, the transcript shall be furnished to
the witness for examination and shall be read to or
by the witness unless the examination and reading
are waived by the witness and by the parties. Any
changes in form or substance that the witness wants
to make shall be listed in writing by the officer
with a statement of the reasons given by the
witness for making the changes. The changes shall
be attached to the transcript. It shall then be
signed by the witness unless the parties waived the
signing or the witness is ill, cannot be found, or
refuses to sign. If the transcript is not signed by
the witness within a reasonable time after it is
furnished to the witness, the officer shall sign
the transcript and state on the transcript the
waiver, illness, absence of the witness, or refusal
to sign with any reasons given therefor. The
deposition may then be used as fully as though
signed unless the court holds that the reasons
given for the refusal to sign require rejection of



the deposition wholly or partly, on motion under
rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.