Page 1

1                IN THE UNITED STATES DISTRICT COURT

                FOR THE SOUTHERN DISTRICT OF FLORIDA

2

                    Case No. 1:22-cv-24066-KMM

3

4    GRACE, INC., et al.,

5              Plaintiffs,

6    vs.

7    CITY OF MIAMI,

8              Defendant.

     _____/

9

10

11

                                333 SE 2nd Avenue

12                              Suite 3200

                                Miami, Florida

13                              Thursday, October 5, 2023

                                9:08 a.m. - 11:44 a.m.

14

15

16

17

18              DEPOSITION OF DANIELLA PIERRE

19              Taken before IVETTE OVIEDO, RPR and Notary

20   Public For the State of Florida at Large, pursuant to

21   Defendant's Notice of Taking Rule 30(b)(6) Deposition

22   filed in the above cause.

23

24

25

```
 1        APPEARANCES:
 2               AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                 BY: CAROLINE McNAMARA, ESQ.
 3               4343 West Flagler Street
                 Suite 400
 4               Miami, 33134
                 On behalf of the Plaintiffs.
 5               cmcnamara@aclufl.org
 6               AMERICAN CIVIL LIBERTIES UNION FOUNDATION
                 BY:  NICHOLAS WARREN, ESQ.
 7               336 East College Avenue
                 Suite 203
 8               Tallahassee, Florida  32301
                 On behalf of the Plaintiffs.
 9               mwarren@aclufl.org
10               QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
                 BY:  TRELVIS D. RANDOLPH, ESQ.
11               9300 S Dadeland Boulevard
                 Floor 4
12               Miami, Florida  33156
                 On behalf of the Plaintiffs.
13               trelvis.randolph@qpwblaw.com
14               GRAY ROBINSON, P.A.
                 BY: CHRISTOPHER N. JOHNSON, ESQ.
15               333 S.E. 2nd Avenue
                 Suite 3200
16               Miami, Florida  33131
                 On behalf of the Defendant.
17               Christopher.Johnson@gray-robinson.com
18
19
20
21
22
23
24
25
```

1                             INDEX
     EXAMINATION
2
     Witness Name                                Page
3
     Daniella Pierre
4
         Direct By Mr. Johnson ..................... 5
5
         Cross By Ms. McNamara ..................... 70
6
         Re-Direct By Mr. Johnson .................. 76
7
         Re-Cross By Ms. McNamara .................. 86
8
         Re-Direct By Mr. Johnson .................. 90
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

```
 1                     EXHIBITS
 2   Exhibit        Description              Identification
 3   Exhibit D23     First Amended Complaint        21
 4   Exhibit D-24-83 2022 Enacted Plan Map          28
 5
     Exhibit D109    Supplemental Complaint         29
 6
     Exhibit D-82-24 Resolution 23-271 City's       31
 7                   Proposed Remedy Map
 8   Exhibit D-82-34 P1 - Plaintiffs' Map 1         32
 9
     Exhibit D-82-35 P2 - Plaintiffs' Map 2         33
10
11   Exhibit D-82-36 P3 - Plaintiffs' Map 3         34
12
     Exhibit D-82-37 Plaintiff's Map 4              39
13
14   Exhibit D-24-36 Declaration of Daniella Pierre 41
15
     Exhibit D-82-22 2013 Plan                      55
16
17   Exhibit D-24-18A Transcript 6, Miami City      55
     Commission, March 24, 2022, afternoon session.
18
     Exhibit D1     Defendant's Notice of Taking     60
19                  30(b)(6) Deposition of Miami-Dade
                    Branch of the NAACP
20
     Exhibit D-82-12 Demographic Tables             69
21
22   Exhibit D-24-14A excerpt from documents         52
     filed in this case on document entry 24-14
23
24
25
```

Page 5

1    Thereupon:

2                        DANIELLA PIERRE

3    was called as a witness and, having been first duly

4    sworn, was examined and testified on her oath as follows:

5                        DIRECT EXAMINATION

6    BY MR. JOHNSON:

7         Q    Good morning.

8         A    Good morning.

9         Q    My name is Chris Johnson.  I'm taking your

10   deposition.  I represent the City of Miami.  Would you

11   please state your name for the record?

12        A    Daniella Pierre.

13        Q    And what's your date of birth?

14        A    ██████████.

15        Q    And what is your current residential

16   address?

17        A    7151 Northwest 14 Place, Apartment 105,

18   Miami, Florida, 33147.

19        Q    You say every number distinctly like you are

20   X military.  That is in the City of Miami?

21        A    No.

22        Q    Is that unincorporated date?

23        A    That is unincorporated Miami-Dade County.

24        Q    Have you ever been deposed before?

25        A    Let me check.

```
                                                      Page 6

 1              MS. McNAMARA:  Same as this.

 2              THE WITNESS:  No.

 3   BY MR. JOHNSON:

 4        Q     So I will just go over a few ground rules.

 5   If you have any questions, ask me.  Everything is being

 6   taken stenographically, so I'm going to ask questions and

 7   then you answer.  A lot of times when you we have a

 8   conversation we tend to talk over each other a little

 9   bit, but she can't take us both if we talking over each

10   other.  Every answer has to be verbal.  She can't take

11   down a head nod or affirmative or negative noise like a

12   uh-huh or an uh-uh.  So we have to make sure everything

13   is actually a spoken verbal cue and there will be times

14   where I'll ask you the same question again for that

15   reason just to make sure the record is clear.  Okay?

16        A     Yes.

17        Q     If you have any questions about my question

18   or you don't understand, just ask me to clarify.  If you

19   answer, I'll assume you understood it.  Is that fair?

20        A     Fair.

21        Q     If you need a break any time you want,

22   that's fine.  I only ask that we don't have a pending

23   question.  So we will finish the answer or whatever we

24   are doing and then take a break.

25        A     Understood.
```

1    Q    Are you currently taking any medications

2    that may affect your ability to testify?

3    A    No.

4    Q    Do you have any medical condition that may

5    affect your ability to testify?

6    A    No.

7    Q    Did you prepare for this deposition today?

8    So I'm not going to ask you about conversations you had

9    with your counsel.  So things you actually spoke to your

10   counsel about, whatnot, I'm not asking you those.  I'm

11   asking if you met with someone without getting into the

12   substance with regard who people who aren't your counsel,

13   I will ask you those questions.  So this is just yes or

14   no.  Did you prepare for this deposition today?

15   A    Yes.

16   Q    Did you review any documents in preparation

17   for this deposition?

18   A    The notice.

19   Q    Anything else besides the notice?  Did you

20   review any pleadings or any papers filed in this case?

21   A    No.

22   Q    And remember you have to let me finish the

23   question before you answer, otherwise, she can't take it.

24        Other than your counsel, did you speak with

25   anyone in preparation for this case?

```
                                           Page 8
 1          A     No.

 2          Q     Very briefly what's your educational

 3   background?

 4          A     I have a Masters degree in Human Resources

 5   Management.

 6          Q     And where is that from?

 7          A     Florida International University.

 8          Q     And what year?

 9          A     2014.

10          Q     You're undergraduate from FIU too?

11          A     No.  Union Institute and University.

12   Bachelors in Public Administration.

13          Q     What year was that?

14          A     2011.

15          Q     Are you currently employed?

16          A     Yes.

17          Q     Where?

18          A     Miami-Dade College.

19          Q     And in what capacity are you employed?

20          A     I'm the Assistant Chair to the law center

21   full time.

22          Q     What are your responsibilities?

23          A     To recruit, help graduate the students,

24   promote the paralegal studies program and support the

25   department chair.
```

Page 9

```
 1          Q    And how long have you been in that
 2   position?
 3          A    Five months.
 4          Q    Prior to that, where were you employed?
 5          A    Miami-Dade County Public Schools.
 6          Q    In what capacity?
 7          A    Treasurer, school treasurer.
 8          Q    At what school?
 9          A    D.A. Dorsey Technical College, full time.
10          Q    And how long were you there?
11          A    A year.
12          Q    Where were you before that?
13          A    Miami-Dade College.
14          Q    Okay.  And what capacity?
15          A    Academic Advisor.
16          Q    For about how long?
17          A    Nine years.
18          Q    That pretty much covers it.  Were you ever
19   terminated from any of these positions?
20          A    No.
21          Q    Have you ever been convicted of a crime?
22          A    No.
23          Q    Have you ever been charged with a crime?
24          A    No.
25          Q    I'm not asking about traffic or things like
```

Page 10

1    that.  Are you registered to vote?

2         A    Yes.

3         Q    And so I guess you haven't -- have you ever

4    lived in the City of Miami?

5         A    No.  Correction.  Yes.

6         Q    When did you live in the City of Miami?

7         A    Just probably like ten years ago.

8         Q    Did you vote in any city elections back

9    then?

10        A    I can't recall.

11        Q    Do you vote in elections?

12        A    Yes.

13        Q    All of them?

14        A    Yes.

15        Q    Do you understand that you are being deposed

16   today in your capacity as the corporate representative

17   for the Miami-Dade Branch of the NAACP?

18        A    Yes.

19        Q    And are you authorized to speak on behalf of

20   the Miami-Dade branch NAACP?

21        A    Yes.

22        Q    And you understand in that capacity you are

23   one of the plaintiffs in this action?

24        A    Yes.

25        Q    So when was the Miami-Dade branch of the

Page 11

1    NAACP founded?

2           A      1983.

3           Q      And how long have you been a member of the

4    NAACP?

5           A      12 years.

6           Q      And in what capacity are you in the NAACP?

7    Are you an officer or member or what's your role within

8    the NAACP of Miami-Dade County?

9           A      I'm an elected officer.

10          Q      And what's your title?

11          A      President.  Branch President.

12          Q      And how long have you been Branch

13   President?

14          A      This is going into my third year.

15          Q      How is the Miami-Dade branch related to the

16   national NAACP?

17          A      We are an authorized and chartered branch of

18   the national association.

19          Q      It's not a separate corporate entity though,

20   is it?

21          A      No.

22          Q      Do you know what kind of organization it is

23   for tax purposes, 501(c)?

24          A      The national is 501(c)(3) and branches are

25   501(c)(4).

Page 12

1      Q      They file separate returns?

2      A      All the branches report to the NAACP.

3      Q      They file consolidated returns?

4      A      Correct.

5      Q      So how did the Miami-Dade branch of the

6  NAACP decide to sue.  Did it have to get authorization

7  from the national branch?

8      A      Yes.

9      Q      And what does that process entail?

10      A      The process entails one getting approved at

11  the Florida State conference level.  From the Florida

12  State conference level it then moves to the general

13  counsel of the NAACP for their review, and once they

14  review it, they authorize branches to proceed or not.

15      Q      And you went through that process and they

16  authorized it?

17      A      Yes.

18      Q      Is your position a paid position?

19      A      No.

20      Q      And what's the location of the Miami-Dade

21  branch of the NAACP?

22      A      We don't have a physical location.  We have

23  a P.O. Box, so people contact us by way of mail, P.O. Box

24  315, Opa-Locka, Florida, 33054.

25      Q      So does this Miami-Dade branch of the NAACP

Page 13

1    have it's own board of directors?

2          A      So we have an executive committee.  The

3    board of directors sits at the national level.

4          Q      Is there anybody in the Miami-Dade branch of

5    the NAACP that's on the board of the directors at the

6    national level?

7          A      No.

8          Q      So what's the mission of the Miami-Dade

9    branch of the NAACP?

10         A      To achieve equity and equality of rights for

11   Black people and all persons of color.

12         Q      Is that different than the national branch's

13   mission?

14         A      No.  It's aligned.  It's not verbatim, but

15   it's aligned.

16         Q      So how do you become a member of the

17   Miami-Dade branch of the NAACP?

18         A      Great question.  And I have a membership

19   application for you.  You could join by way of going on

20   our website.  You can join by way of paper application

21   and you can also join by visiting the national website at

22   NAACP.org/membership, and then once you put your address

23   in, it will direct you to the Miami-Dade branch.

24         Q      So you basically become a member of the

25   national NAACP and then you are assigned to a local

Page 14

1    branch; is that how it works?

2         A    No.  If you don't select Miami-Dade branch

3    or if you don't select a branch, then, yes, you are a

4    member at large of national.  But if you select

5    Miami-Dade branch by way of your address, then you are a

6    member of the Miami-Dade branch.

7         Q    Does the membership then -- is that all

8    organized and done all through the national level then?

9         A    Yes.

10        Q    Do you maintain a list of the members of the

11   Miami-Dade branch of the NAACP?

12        A    Yes.  So it's all housed by way of the

13   national sales force portal and branches have access to

14   navigate their members through that portal.  We are

15   assigned a unit number and that's how we connect and

16   reach out to our membership.

17        Q    Do you know how often that's updated that

18   list?

19        A    Monthly.

20        Q    Is there a difference between volunteers or

21   members?  Do you have volunteers, in other words, who are

22   not members?

23        A    Can you clarify?

24        Q    So do you have people who volunteer and do

25   work for the Miami-Dade branch of the NAACP who are not

Page 15

```
 1    members of the NAACP?

 2          A     Yes.

 3          Q     And how does that come about?

 4          A     Sometimes we have volunteers who help us

 5    with election readiness, so they will help us in that

 6    regard where it's promoting, you know, things relating to

 7    elections and voting.  Sometimes those are just

 8    volunteers.  But all members of the NAACP branches, all

 9    branch members are volunteers.

10          Q     But not all volunteers are branch members?

11          A     Correct.

12          Q     Are you required to volunteer a certain

13    amount of time in order to maintain your membership?

14          A     No, but that's a good idea.

15          Q     So how do you get the volunteers if they

16    don't go through the membership process?

17          A     How do we get the volunteers for election

18    readiness.

19          Q     Yeah, for example.

20          A     Social media promotion.  Word of mouth.  Our

21    different networks and just seeing all what's going on in

22    the community.  People often times looking to

23    volunteer.

24          Q     Okay.  Do you maintain a list of

25    volunteers?
```

Page 16

1          A      Yes.

2          Q      Is that maintained at the national level or

3     local level?

4          A      So the list of volunteers are generally

5     maintained by the committee chairs.  So, yes.

6          Q      So you'd have like an election readiness

7     committee and they would have their volunteers that

8     they'd go to when they need to staff up for an election,

9     for example?

10         A      Yes.

11         Q      Are there other committees that maintain

12    lists of volunteers?

13         A      Yes.  We have other committees.  Our

14    education committee would have volunteers.  Our youth

15    counsel.  Generally the committees, you know, have a

16    group of volunteers that are either members or just

17    volunteers.

18         Q      Does the Miami-Dade branch of the NAACP know

19    the residential addresses of its members?

20         A      I mean, yes.  By way of the membership

21    portal yes.

22         Q      So the residential address, is that

23    maintained for every member?

24         A      Yes.

25         Q      Do you know how often it's updated?

Page 17

1        A     Monthly.

2        Q     That's right, but do you know how often

3   members are required to update their information or is

4   that completely up to them?

5        A     They can do it at the time of change of

6   address, time of renewal, or whenever they need to update

7   their address or contact information.

8        Q     Is there a requirement that they update it

9   or can they just have all the information there if they

10  don't get around to it?

11       A     Yeah.  So if they are a life member, meaning

12  they have paid their full membership and they, you know,

13  just haven't moved or anything, then that information

14  will just stay there.  But if they are an annual member

15  and if they don't update, then that's the only

16  information that we would have unless they renew and

17  provide an updated information.

18       Q     You remind me of the organizations I'm a

19  life member of.

20              Does the Miami-Dade branch of the NAACP have

21  any members that live in the City of Miami District 1?

22       A     We have members all across our jurisdiction,

23  which is from Countyline Road to north of Flagler.

24       Q     Okay.  And then South of Flagler; is that

25  the jurisdiction of the South Dade branch of the NAACP?

Page 18

1          A      Yes.

2          Q      So I was asking you about specific

3    jurisdictions.  So with regard to City of Miami District

4    1, HOW do you know that you have members that reside

5    within that district?

6          A      We would confirm by way of membership

7    portal, you know, members letting us know.

8          Q      For this litigation, did you check the

9    membership portal to see if you had members within

10   District 1?

11         A      I didn't personally check it, no.

12         Q      Do you know if anyone at the Miami-Dade

13   branch of the NAACP checked that?

14         A      No.

15         Q      So how do you know that you have members

16   within District 1?

17         A      Well, because we have members and

18   volunteers.  By virtue, we are going to have members

19   within our jurisdiction.

20         Q      So, for example, someone's a member or a

21   volunteer for the Miami-Dade branch of the NAACP with

22   regard to election readiness.  They wouldn't necessarily

23   be limited to the district where they live; they could be

24   volunteering in any district?

25         A      Correct.

Page 19

```
 1        Q    You've got to let me finish the question
 2   before you answer.
 3        A    Oh.
 4        Q    That's okay.  All right.  So the same --
 5   probably run through this quick.  Same question with
 6   regard to District 2.  Do you know if you have members of
 7   the Miami-Dade branch that live within City of Miami
 8   District 2?
 9        A    We have members throughout the
10   jurisdiction.
11        Q    Okay.  But did you check for this litigation
12   to see if you had any members within District 2?
13        A    No.
14        Q    Do you know if anyone at Miami-Dade branch
15   of the NAACP checked to see if the branch had members who
16   lived within District 2?
17        A    No.
18        Q    Same question with District 3.  Do you
19   have -- and I was just thinking whether or not any of
20   District 3 is north of Flagler.  So do you have any
21   members who live within District 3?
22             MS. McNAMARA:  Objection to form.  You may
23        answer.
24             THE WITNESS:  Oh.
25             MS. McNAMARA:  The question as posed, you
```

Page 20

1       can answer it.

2   BY MR. JOHNSON:

3       Q    Does the Miami-Dade branch of the NAACP have

4   any members who reside at District 3?

5       A    We have volunteers throughout our

6   jurisdiction, volunteers and members.

7       Q    So is it the same for 3, 4 and 5, that you

8   have volunteers throughout the jurisdiction, but you

9   didn't check personally for this litigation to confirm

10  that any live within those particular districts?

11      A    Yes.

12      Q    And you are not aware if anyone at the

13  Miami-Dade branch of the NAACP checked to confirm that

14  any members live within any of those districts?

15      A    Yes.

16      Q    Okay.  Do you maintain records to which

17  members are registered to vote?

18      A    Well, can you repeat the question?

19      Q    Do you maintain -- so with regard to a

20  member, they put in information, right, about their,

21  like, name and address and that sort of thing.  Do

22  members put in any kind of voter registration

23  information?

24      A    On the membership application we ask are you

25  a registered voter, and it's by way of a yes or no

Page 21

1    checkbox.

2         Q    So that information is maintained then

3    through the portal?

4         A    The membership application.  So the paper,

5    the paper application is what is asking if you're a

6    registered voter.  The online application is not there,

7    it's not there on the online one.

8              MR. JOHNSON:  So we have got an

9         unconventional marking system here.  So we are

10        marking them to correspond with their docket

11        entry.  So we are going to go ahead and mark this

12        as Defendant's 23.  Okay.

13             (Exhibit Number 23 was marked for

14        identification.)

15             MS. McNAMARA:  And this is for the witness?

16             MR. JOHNSON:  No.

17             MS. McNAMARA:  This is my copy?

18             MR. JOHNSON:  Correct.

19   BY MR. JOHNSON:

20        Q    So I'm showing you what we have marked as

21   Defendants 23.  It's a document in this case with the

22   same docket entry number, 23, titled First Amended

23   Complaint.  Have you seen this document before?

24        A    Yes.  I've seen it.

25        Q    And is this the First Amended Complaint in

Page 22

```
 1    this case.  Is this the First Amended Complaint, the

 2    operative complaint in this case?

 3         A    Yes.

 4         Q    This is just for the record.  It's not meant

 5    to be like a trick question.  Did you review this before

 6    it was filed?

 7         A    It was shared.

 8         Q    I'm not going to ask you about any

 9    conversations you had with counsel.  Did you review the

10    original Complaint, not the amended one, but the original

11    Complaint before it was filed in December of 2022?

12         A    Not in its entirety, but it was shared.

13         Q    Did anyone at the NAACP have to approve the

14    pleadings before they get filed?

15         A    Yes.

16         Q    And does that go to the national NAACP or is

17    that done lower level?

18         A    It's done at the national level.

19         Q    So the pleadings would then be submitted to

20    the national general counsel's office to review?

21         A    Yes.

22         Q    Do you know if that was done in this case?

23         A    Yes.

24         Q    Do you know who at national reviewed?

25         A    The general counsel who was -- I mean, they
```

Page 23

```
 1    have a team of them, but this person would be Attorney
 2    Anson Asaka.
 3          Q     Do you know how that's spelled?
 4          A     The last name A-s-k-a (sic).  And at the
 5    Florida State conference level, it would be attorney
 6    Pamela Burch Fort.
 7          Q     And that would have been the same with
 8    regard to all the pleadings in this case that they would
 9    go to those people for review?
10          A     Yes.
11          Q     As you understand it, what is the basis for
12    the NAACP or the Miami-Dade branch of the NAACP suing the
13    City of Miami in this First Amended Complaint?
14          A     As I understand it, the Miami-Dade branch
15    got involved in this process based on the -- the maps for
16    Coconut Grove.
17          Q     Okay.  And more specifically, what was the
18    issue with the maps in Coconut Grove?
19          A     Based on the community concerns and our
20    responses, the commissioners were looking to separate the
21    Coconut Grove community, particularly the Black Grove.
22    They were looking to separate portions of the Coconut
23    Grove community.
24          Q     So you are talking about the Black Grove.
25    Would that be sometimes called the West Grove?
```

Page 24

```
 1          A     The west, correct.
 2          Q     And sometime referred to as the traditional
 3   Bahamian community?
 4          A     Yes.
 5          Q     And this would have been back when they were
 6   making the changes in 2022, correct?
 7          A     Yes.
 8          Q     And, in fact, you went to some of those
 9   meetings in 2022, right?
10          A     Yes.
11          Q     As you understand it, in 2022, did the
12   historic Black Grove get separated from the rest of
13   Coconut Grove?
14          A     Yes.
15          Q     What part of the historic West Grove with
16   Black Grove got separated from the rest of Coconut
17   Grove?
18          A     I don't know the streets, but I just know
19   parts of Coconut Grove got separated.  I don't know the
20   streets.
21          Q     Are you familiar with Coconut Grove?
22          A     Kind of.
23          Q     Was it that area that was on the northern
24   part of the west Grove, kind of near the Home Depot?
25          A     Not certain.
```

```
 1        Q    So you are not that familiar with what areas
 2   were split up.  So then how do you know what area that
 3   the west Grove -- well, okay.
 4            Let me bring it back to you.  So what part
 5   of the Grove do you think was separated in 2022?
 6            MS. McNAMARA:  Objection to form.
 7            MR. JOHNSON:  As you would define it?
 8            MS. McNAMARA:  Objection to form.  You can
 9        answer.  Unless I instruct you not to answer, you
10        can answer.
11            MR. JOHNSON:  Your counsel makes some
12        objections for the record that would be ruled on
13        by the judge later.  So, you know, I can clarify
14        the question.  I'll even ask.  What's your
15        objection?
16            MS. McNAMARA:  Just as a compound question.
17        There's a number of points in it that it's not
18        clear what the question is.
19            MR. JOHNSON:  And I can like rephrase the
20        question or whatnot.
21            If I ask you anything about conversation you
22        had with counsel, trust me, your counsel is going
23        to tell you not to answer.
24            MS. McNAMARA:  Yes.  That's why you hear the
25        question.  You can give a couple of seconds.  I
```

Page 26

1          can just state "objection."  Usually it's just a

2          question that is, you know, a lot of words and

3          it's not totally clear what the specific question

4          is, and so I just state that, but then you can

5          answer.

6               If they ask you something that I instruct

7          you not to answer, I will instruct you not to

8          answer.

9               MR. JOHNSON:  Are you saying I ask sloppy

10         questions?  A little bit.  They are not that bad.

11              MS. McNAMARA:  It comes with the

12         territory.

13    BY MR. JOHNSON:

14         Q    So as you define it, what part of the Grove

15    was separated in 2022?

16         A    I don't know the streets.

17         Q    But you considered part of the Black

18    Grove?

19         A    Yes.

20         Q    Would you consider it part of the historic

21    Black Grove?

22         A    Yes.

23         Q    Why do you believe the historic part of

24    Black Grove was separated in 2022 if you are not quite

25    familiar with the streets?

1      A      Well, based on my presence at the City

2 Commission meetings and based on the community concerns

3 and, you know, people speaking out about the separation.

4 That's why.

5      Q      Do you understand that there was an original

6 plan that was going to separate a big chunk of the west

7 Grove and changed it and moved it further to the east?

8      A      I do recall there were some changes.

9      Q      Do you know whether or not those changes

10 addressed that concern about separating the historic west

11 Grove from the rest of Coconut Grove?

12      A      Not certain.

13      Q      So how do you know if it happened or not?

14      A      Because residents still seem to be

15 disgruntled about the maps that the City put forth.

16      Q      Okay.  Fair to say that the people were

17 disgruntled for different kinds of reasons?

18      A      Absolutely.

19      Q      I'm just really focused on whether or not

20 the historic Black Grove was actually separated from the

21 rest of the Grove in the 2022 map?  In fact, let's bring

22 in the 2022 map.  That might be easier.  Let's see if

23 that helps.

24                MR. JOHNSON:  We are going to mark that as

25           Defendant's 24-83.

1              (Exhibit Number 24-83 was marked for

2         identification.)

3    BY MR. JOHNSON:

4         Q    I'm showing you what's been marked as

5    Defendant's 24-83, a document from this case with the

6    same docket entry number.  It's titled 2022 Enacted Plan.

7    Do you recognize this map?

8         A    No.  Uh-uh.

9         Q    Do you have any understanding as to whether

10   or not this was the map that the Miami-Dade branch of the

11   NAACP sued to challenge?  And if you don't, I mean, I'm

12   asking you just your knowledge?

13        A    No.

14        Q    Okay.  Do you see -- I understand that you

15   are not sure which map this is.  I'm just going to ask

16   you some specific questions about it.  You see the little

17   orange triangle District 4 that jets into Coconut Grove

18   across US-1?

19             MS. McNAMARA:  Objection to form.

20   BY MR. JOHNSON:

21        Q    That little triangle between the area marked

22   as Golden Pines and Coconut Grove.  Do you see that

23   triangle?

24        A    Yes.  Here?

25        Q    Yes.  Correct.  Is it your understanding

```
1   that that triangle there is part of the historic Black

2   West Grove?

3          A      I'm not certain.

4                 MR. JOHNSON:  Okay.  That's fair.  Go ahead

5          and mark D-109.

6                 (Exhibit D-109 was marked for

7          identification.)

8   BY MR. JOHNSON:

9          Q      I'm showing you what's been marked as

10  Defendant's Exhibit 109.  It's a document from this case

11  with the same documentary number titled Supplemental

12  Complaint.  Do you recognize this document?

13         A      Yes.

14         Q      Was this the Supplemental Complaint filed in

15  this action last month?  Date's at the top.

16         A      Yes.

17         Q      Okay.  And with regard to the same as the

18  earlier pleadings I was asking you about, that this would

19  have gone through approval at the state and national

20  level for the same two attorneys you mentioned earlier?

21         A      Yes.

22         Q      Did you review this before it was filed or

23  did they just review it?

24         A      It would have been reviewed at that level.

25         Q      You understand -- to your understanding,
```

Page 30

```
 1   what is the NAACP of Miami-Dade suing for with regard to
 2   this Supplemental Complaint?  In other words, what's it
 3   issue here versus on the amended complaint?  I mean, I
 4   don't want to rush you.  You can take as much time as
 5   you'd like to review the exhibit.  I'm just asking you
 6   what's the difference in the Complaint, your
 7   understanding of what's the difference in the Complaint,
 8   if you have one.
 9             MR. JOHNSON:  Off the record.
10             (Discussion off the record.)
11             THE WITNESS:  Can you restate the question.
12             MR. JOHNSON:  Could you repeat the question?
13             (Record read.)
14   BY MR. JOHNSON:
15        Q    Between the Supplemental Complaint and the
16   Amended Complaint?
17        A    The Supplemental Complaint appears to
18   support what was in the first.  It's to address the
19   ongoing lines.
20        Q    But do you understand what the difference
21   is, why the Supplemental Complaint was filed?
22        A    To add more information.
23        Q    Let me go ahead and go back to what we
24   marked as 24-83, the map.  I know you didn't recognize
25   this map, but sitting here now, do you have any objection
```

Page 31

```
 1   with how this map is configured?
 2              Your counsel can't instruct you on how to
 3   answer the questions.  Your counsel can instruct you not
 4   to answer if it's privileged, but couldn't coach you in
 5   what the answer should be.  So I'm just asking your
 6   understanding.  Do you have any objection to this map,
 7   and, if so, what would that be?
 8              MS. McNAMARA:  If you don't know the answer
 9         to the question, you can express that you don't
10         know the answer to the question.
11              THE WITNESS:  Okay.  Don't know the
12         answer.
13   BY MR. JOHNSON:
14         Q    Okay.  So you don't know if you have an
15   objection to this particular map?
16         A    Correct.
17              (Exhibit D-82-24 was marked for
18         identification.)
19   BY MR. JOHNSON:
20         Q    I'm showing you Defendant's Exhibit 82-24, a
21   document from this case with the same docket entry number
22   titled Resolution 23-271.  Do you recognize this map?
23         A    No.
24         Q    Okay.  Looking at it now, do you have any
25   specific objection to how this map is configured?
```

Page 32

1          A     Don't know the answer.

2          Q     Okay.  We have a few more maps to run

3     through.

4          A     Okay.

5                (Exhibit D-82-34 was marked for

6                identification.)

7     BY MR. JOHNSON:

8          Q     I'm showing you what's been marked as

9     Defendant's Exhibit 82-34.  It's a docket from this case

10    with the same documentary number titled P1 - Plaintiff's

11    Map 1.  Do you recognize this document?

12         A     Yes.

13         Q     And what is this document?

14         A     This is the map that took out Overtown.

15    Yes.  I recognize this one.

16         Q     Do you have any objection to this map?

17         A     Yes.

18         Q     And what's the objection?

19         A     That it seemed to have portions of Overtown

20    outside of the D-5, district 5.

21         Q     Any other objections to this map that you

22    know of?

23         A     That's it.

24         Q     Okay.  Did you have any involvement in

25    drawing this map?

Page 33

1          A     No.

2          Q     Do you know who did?

3          A     No.

4                (Exhibit D-82-35 was marked for

5          identification.)

6    BY MR. JOHNSON:

7          Q     I'm showing you what's been marked as

8    Defendant's Exhibit 82-35, a document from this case with

9    the same docket entry number titled P2 - Plaintiffs' Map

10   2.  Do you recognize this document?

11         A     Yes.

12         Q     And what's this?

13         A     A map that included additional area of

14   Overtown.

15         Q     Do you have any objection to this map?

16         A     Yes.

17         Q     And what's the objection?

18         A     Some of Overtown is still outside of

19   District 5.

20         Q     Is that the western part of Overtown?

21         A     Yes.

22         Q     Did you have any involvement in drawing this

23   map?

24         A     No.

25         Q     Do you know who did?

Page 34

1          A      No.

2                 (Exhibit D-82-36 was marked for

3          identification.)

4     BY MR. JOHNSON:

5          Q      I'm showing you what's been marked as

6     Defendant's 82-36, a document from this case with the

7     same docket entry number, titled P3 - Plaintiffs' Map 3.

8     Do you recognize this document?

9          A      Yes.

10         Q      And what's this document?

11         A      Another map submitted.

12         Q      Do you have any objection to this map?

13         A      No.

14         Q      To your understanding, does this map include

15    Overtown and District 5?

16         A      Some parts of overtime are included.

17         Q      Are some excluded?

18         A      Small portion, yes.

19         Q      But you are okay with those portions being

20    excluded; is that correct?

21         A      No.

22         Q      So you don't think those portions should be

23    excluded in this map?

24         A      Shouldn't be excluded.

25         Q      Okay.  So is it fair to say you think

Page 35

1    Overtown should be included within District 5?

2         A    Yes.

3         Q    And that's the NAACP's position?

4         A    Yes.

5         Q    When I say "you," because you are here as a

6    representative for the NAACP of Miami-Dade County, that's

7    the capacity I'm asking these questions.

8         A    Yes.

9         Q    Why do you think Overtown should be included

10   within District 5?

11        A    Based on its historic development and the

12   people that make up the area and just the history behind

13   Overtown that it should be a part of District 5.

14        Q    Does Overtown have specific borders?

15        A    Yes.

16        Q    Okay.  How are those defined?

17        A    Sometimes by the apartments.  You got like

18   The Swamps.  You got different names of the community

19   within Overtown.

20        Q    So like, for example, where's the Swamps?

21   Where is the Swamp located at approximately?

22        A    Not too far from Northwest 7th Avenue, near

23   6th street.

24        Q    That area has changed a lot, hasn't it?

25        A    It has.

Page 36

1          Q     And how has it changed?

2          A     Gentrification.  Gentrification and

3   affordability and just, you know, families just been

4   displaced.

5          Q     Has it changed the racial makeup of those

6   parts of Overtown?

7          A     To a certain percentage, yes.

8          Q     What other areas do you think should be

9   included within District 5?

10          A     There's a historic church, Trinity CME on

11   5th Street.

12          Q     That's near the courthouse?

13          A     511 Northwest 5th Street that should be.

14          Q     Oh, Trinity.  Okay.  What other parts should

15   be included or what other parts of Miami should be

16   included in District 5?

17          A     Of the City of Miami?

18          Q     Yeah.  So let me make the question clear.

19   It wasn't pretty.  So you just talked about how you think

20   Overtown should be included within District 5, correct?

21          A     Yes.

22          Q     Are there other neighborhoods that you think

23   should be included in District 5?

24          A     The train station that I believe is there

25   now.  The historic Metrorail train station.  Booker T.,

1   which I believe is there now.  The church sits outside of

2   District 5 and it's historic.

3          Q     Any other neighborhoods besides the Overtown

4   area that you think should be included in District 5?

5          A     So that's The Swamps area, I think.  I think

6   it's there now, but I think one of the maps that were

7   submitted didn't have what is called Culmer Place.  They

8   had them out of it.

9          Q     How about -- well, just looking at this map

10  we marked as 82-36, Plaintiff's 3, what about Liberty

11  City?  Should that be included in District 5?

12         A     Some of Liberty City is in District 5

13  already.  Yes.

14         Q     But you agree with that decision that it

15  should be in District 5?

16         A     Yes.

17         Q     Okay.  How about little Haiti?

18         A     Yes.

19         Q     Little River?

20         A     Yes.

21         Q     Wynwood?

22         A     Yes.  Wynwood is Overtown.

23         Q     That area has changed a lot, hasn't it?

24         A     Yes.

25         Q     It's gone through several iterations of

Page 38

1    changes, right?

2         A     Yes.

3         Q     How about upper east side?

4         A     Yes.

5         Q     What about Morningside?

6         A     Yes.

7         Q     Why do you think Morningside should be

8    included in District 5?

9         A     It's a part of that area.

10        Q     How about downtown?

11        A     Yes.

12        Q     How about the MRC?

13        A     Miami River --

14        Q     Commission.  The area of the river fronting

15   downtown; should that be included in District 5?

16        A     I'm trying to understand the MRC.  That's

17   the Miami -- what is that?  The Miami River --

18        Q     Hang on a second.  So used to calling it the

19   MRC.  Miami River Center?

20        A     Is it the City of Miami Administration

21   Building.

22        Q     Yeah.  The Riverside Center.  So let's go

23   back to 82-24.  82-24.  So do you see the bottom yellow

24   where the yellow touches the green, the Miami River

25   running along there.  Do you think that area of downtown

Page 39

```
 1   down to the river should be included in District 5?
 2           A     Yes.
 3           Q     You do understand that, you know, there
 4   are -- that the population of each district needs to be
 5   relatively similar in order for the map to pass muster,
 6   right?
 7                 MS. McNAMARA:  Objection to form.
 8   BY MR. JOHNSON:
 9           Q     To your understanding?
10           A     Don't know the answer.
11           Q     Okay.  Do you know whether districts have to
12   be approximately the same size population wise or if
13   there's any requirement?
14           A     I know there's a legal requirement.  I do
15   know that.  I don't know what the requirement number
16   is.
17           Q     But you do understand that everything can't
18   be in District 5 if it makes it too much bigger than all
19   the other districts, right?  There's some limit?
20           A     Yes.
21           Q     And same way it can't be too small, right?
22           A     Yes.
23           Q     Wait.  Got one more.
24                 (Exhibit D-82-37 was marked for
25           identification.)
```

Page 40

1    BY MR. JOHNSON:

2         Q    I'm showing you what's been marked as

3    Defendant's 82-37, document from this case with the same

4    docket entry number titled P-4, Plaintiff's Map 4.  Do

5    you recognize this map?

6         A    Yes.

7         Q    And what is this map?

8         A    Another version submitted.

9         Q    Do you know who drew this map?

10        A    No.

11        Q    Did you have any input in drawing this

12   map?

13        A    No input.

14        Q    Well, did you have any input on where the

15   lines would be or what would be included or excluded?

16        A    We gave feedback.

17        Q    You wanted Overtown included in District 5 I

18   assume is some of the feedback?

19        A    Yes.

20        Q    Do you have any objection to this map

21   removing downtown from District 5?

22        A    Don't know the answer.

23        Q    Okay.  I'm showing you what's been marked as

24   Defendant's 24-36, a document from this case with the

25   same documentary number titled Declaration of Daniella

Page 41

```
 1    Pierre.  Do you recognize this document?
 2              (Exhibit Number D-24-36 was marked for
 3         identification.)
 4         A    Yes.
 5         Q    Is this a declaration that you filed in this
 6    case?
 7         A    Yes.
 8         Q    That's your signature on page two?
 9         A    Yes.
10         Q    In preparing this document, did you
11    receive -- well, did you type this document?  Did you
12    write it?
13         A    No.
14         Q    Did you review any documents before you
15    signed it?
16         A    I reviewed it.
17         Q    Okay.  Other than this, did you look at any
18    other documents before you signed this document?
19         A    Yes.
20         Q    What else did you look at?
21         A    It would have been some other e-mails.
22         Q    I'm not going to ask you about
23    communications with your counsel?
24         A    Oh, okay.
25         Q    In paragraph five you say that you have
```

1    members in Districts 1, 2, 3 and 5.  I asked you earlier

2    whether or not you checked or confirmed any of that

3    information.  Sitting here today, can you testify that

4    the Miami-Dade branch of the NAACP absolutely has members

5    in all those districts?

6         A    Yes.

7         Q    Okay.  How can you testify to that?  What's

8    your basis for that?

9         A    Because that's our jurisdiction.

10        Q    Okay.  But how do you know that actual

11   members live within each of those districts without

12   having checked it?

13        A    Because that's our jurisdiction.  That's our

14   jurisdiction.  We have members throughout the entire

15   county.  And within the area that we cover, we have

16   members there.

17        Q    But I'm asking your basis for knowing that

18   you have actual people who have residential addresses in

19   each of those districts.  How did you confirm that?

20        A    The members attend our meeting.  They come

21   to our events.

22        Q    But you don't check their addresses when

23   they come to the events, right?

24        A    No.  We live in this community too, so we

25   have, you know, volunteers everywhere, you know,

1  neighbors, people, church people shop.

2      Q    I'm going to have you look at paragraph 6

3  where you stated, "The Miami-Dade NAACP is concerned that

4  the racial gerrymander of the recently enacted City

5  Commission maps unfairly classifies residents of Miami

6  and Miami-Dade NAACP members on the basis of race."

7          What is your basis for that statement?

8      A    Based on the commission meetings.

9      Q    Okay.  But more specifically?  I mean, why

10  were you saying that in paragraph 6?

11      A    It's coming from the commission meetings.

12      Q    Okay.  I understand.  I'm just trying to be

13  very specific.  I'm drilling it.  So why are you making

14  that statement?  How were they unfairly classifying

15  people on the basis of race?

16      A    Well, it's based on what the commissioners

17  were saying.

18      Q    Okay.  What were they saying?

19      A    It's on page one of the First Amended

20  Complaint.

21      Q    Okay.  Go ahead.  So what were they

22  saying?

23      A    Some of what they were saying is captured on

24  page one, which says, our goal here is to have an African

25  American district, a white district, three Hispanic

```
 1   districts.
 2        Q    Do you think there should be an African
 3   American district?
 4        A    There should be districts.
 5        Q    Do you think there should be specifically a
 6   district that is designed to ensure that Black residents
 7   can elect a member of their choice?
 8        A    There should be districts that formulate
 9   fair representation where people can elect those who will
10   represent them.
11        Q    Okay.  Does District 5 do that?
12        A    As it stands now?
13        Q    Yeah.
14        A    Prior to all of this, yes.
15        Q    Okay.  Do you think that the City should be
16   creating a district where the Black members of the City
17   can elect a candidate of their choice, specifically the
18   Black members?
19        A    Can you say the question again?
20        Q    Do you think that the City should have a
21   district where specifically Black residents, Black
22   residents of the City of Miami can elect a candidate of
23   their choice?
24        A    I think all residents should be able to
25   elect a candidate of their choice and Black residents
```

Page 45

1    reside throughout the City of Miami.

2         Q     Does there tend to be a higher concentration

3    of Black residents in District 5?

4         A     For a number of reasons.

5         Q     What are they?

6         A     Systemic reasons.  From segregation, from

7    policies that, you know, force and -- force people into

8    slum areas, you know, affordability, a number of reasons

9    why, you know, people have continued to remain in

10   District 5.

11             District 5 also has a number of historic

12   churches where people still frequent, but, you know, a

13   lot of the public housing developments are saturated

14   through District 5.  So, you know, it may not be the same

15   throughout all City of Miami, but that's the story behind

16   District 5.

17        Q     Okay.  Do you think District 5 should be

18   split, putting the residents of District 5 who tend to be

19   more Black for the reasons that you just said, should be

20   in two different districts or should they be in one

21   district where they can have a majority vote?

22             MS. McNAMARA:  Objection to form.

23             THE WITNESS:  So within the City of Miami,

24        Black people everywhere, based on policies in

25        place, some have remained in District 5 and some

Page 46

1           are just forced to be where they are familiar.

2           Everyone should have an opportunity to elect, you

3           know, who they choose.

4    BY MR. JOHNSON:

5           Q     I understand, but you have to draw a line,

6    right, you know?

7           A     A fair line, yeah.

8           Q     And looking at all these maps, right.  Lay

9    them all out altogether.  District 5 in all the maps is

10   pretty much generally in the same area, right?

11              MS. McNAMARA:  Objection to form.

12              THE WITNESS:  Looking at all the maps?

13   BY MR. JOHNSON:

14          Q     The ones we just looked at today,

15   Plaintiff's 1 through 4, 2022, and Resolution 23-271.

16          A     I mean, for the most part District 5, yeah.

17          Q     Do you have any understanding of what the

18   percentage of the Black voting age population is in

19   District 5?

20          A     It's a diverse number.

21          Q     But I'm asking if you have an idea of like

22   what the percentage of Black people in District 5 is?

23          A     I have an understanding.

24          Q     And what is that understanding?

25          A     It's a diverse understanding.

Page 47

1          Q     I know, but, I mean, from a numbers

2    perspective, do you have an idea of the number of the

3    percentage of District 5?

4                MS. McNAMARA:  Objection to form.

5                THE WITNESS:  No.

6    BY MR. JOHNSON:

7          Q     Do you have an opinion of what that number

8    should be?

9                MS. McNAMARA:  Objection to form.

10               THE WITNESS:  I don't know the answer to

11           that.

12   BY MR. JOHNSON:

13         Q     Okay.  So I'm going to have you look at

14   paragraph 7 of the Declaration, which we marked as 24-36.

15   In it you wrote, "In particular, we are concerned that

16   Black residents in the north half of the city have been

17   packed into a single district -- District 5 -- thereby

18   stripping them from surrounding districts and diminishing

19   their influence in those districts."  Where do you think

20   they were stripped from?

21         A     The Black residents out of District 5?

22         Q     Yeah.

23         A     They have been always stripped out of there.

24   The highway done stripped them up.  The highway stripped

25   them.

Page 48

1        Q     Okay.  Good.  If you don't mind, would you

2   mind elucidating that a little bit?  I mean, I'm familiar

3   with what you're talking about, but we've got to make a

4   record.  So how did the highway strip residents?

5        A     I mean, resident from Overtown were stripped

6   from many, many years ago.  This is not a new, you know,

7   concern.  They have been stripped -- history shows us

8   that they have been stripped from --

9        Q     And when you are talking about them being

10  stripped, are you talking about for example

11  gentrification --

12       A     Displaced.

13       Q     -- displacement?  Yes.  Okay.

14             I'm talking about something a little

15  different right now.  Do you think that with regard to

16  the Black residents of the City of Miami that they have

17  been reassigned just in terms of voting from different

18  districts in the District 5 in order to keep them from

19  voting in those other districts?

20       A     Yes.

21       Q     Where do you think they were reassigned

22  to?

23       A     District 1.

24       Q     Okay.  So where in District 1 do you think

25  that should be part of District 5?

1          A      The parts of Overtown.

2          Q      Are you talking about West I-95?

3          A      Yes.

4          Q      Okay.  So do you know what the demographic

5    makeup -- and that area west of I-95.

6          A      It has changed.

7          Q      You are talking about west of 95 and north

8    of 836.  So you are talking about west of I-95 and north

9    of 836, that area?

10               MS. McNAMARA:  Objection to form.

11   BY MR. JOHNSON:

12         Q      Where the two highways cross?

13         A      I'm talking about, what is that?  Is that

14   10th?  No.  7th?  I could give you the landmarks.

15               So People's, where People's is located from

16   that place.

17         Q      People's Bar-B-Que?

18         A      Yes.

19         Q      That's down south of 836, west of I-95,

20   right?

21         A      Yeah.  Right off of the expressway.

22         Q      And you think People's Bar-B-Que should be

23   in District 5?

24         A      Yes.  And then what's on that side.

25         Q      Okay.  How far south should it go?

Page 50

1          A       Seventh.

2          Q       Down to seventh.   Why?

3          A       Because that has Culmer Place and it has

4    some public housing units over there.

5          Q       Should there be anything -- so that's the

6    south part of District 1.   Should any the part of the

7    north part of District 1 be in District 5?

8                  MS. McNAMARA:   Objection to form.

9                  THE WITNESS:   The north part of District 1?

10   BY MR. JOHNSON:

11         Q       Yeah.   Where District 1 is just south of

12   Liberty City?

13         A       Oh, in that area?

14         Q       Yeah.

15         A       Oh.   That's a good question.   I would say

16   14th Place.

17         Q       14th Place, that should be the border for

18   District 1 and District 5?

19         A       It should come -- yeah, it should come to

20   14th Place.

21         Q       Why is that?

22         A       Because we are right there.   It doesn't pick

23   up 14th Place.   I think it should.

24         Q       Up in the north.   Okay.   And how about in

25   the east?   Is there anything in the east that was cut out

Page 51

1    of District 5 that should be District 5?

2         A     I don't know the answer.

3         Q     How about -- we already talked about the

4    downtown and the river front area, right?  So what do you

5    think, looking again at paragraph 7 of your declaration,

6    do you have an opinion as to what the percentage of the

7    Black voters should be in any of these districts?

8              MS. McNAMARA:  Objection to form.

9              THE WITNESS:  No.

10             MS. McNAMARA:  Objection to form and then

11        you may answer the question.

12   BY MR. JOHNSON:

13        Q     So you don't have any opinion on that?

14        A     No.

15        Q     And that includes District 5?  You don't

16   have an opinion on what the percentage of the Black

17   population or the Black voting population should be in

18   District 5, correct?

19        A     Correct.

20        Q     Want to take a quick break?  It's up to you.

21   We don't have to.

22             MS. McNAMARA:  Yeah.  Let's take a break.

23             (Recess taken.)

24   BY MR. JOHNSON:

25        Q     Do you know Carole Jackson?

Page 52

1          A     Yes.

2          Q     And who's Carole Jackson?

3          A     Carole Jackson is the Executive Committee

4     member the South Dade Branch.

5          Q     Okay.  Did she speak to the City Commission

6     February 25th, 2022, on behalf of Miami-Dade branch?

7               MS. McNAMARA:  Is this question currently

8          pending?

9               MR. JOHNSON:  No.  Let me go ahead and

10          strike that question.

11               (Exhibit Number 24-14A was marked for

12          identification.)

13     BY MR. JOHNSON:

14          Q     Showing you what's been marked as

15     Defendant's 24-14A.  It's an excerpt from documents filed

16     in this case on document entry 24-14, pages 13 and 14.

17     It's titled Transcript 4-A, Miami City Commission,

18     February 25th, 2022, morning session.

19               On the bottom line they have a quote from

20     Carole Jackson and going onto page 14, she states that

21     she represents both the South Dade branch of the NAACP

22     and the Miami-Dade branch of the NAACP.  Would that be

23     accurate?

24          A     So there's one NAACP and as one NAACP we are

25     made up of multiple branches.  Carole Jackson is an

Page 53

1    elected officer of the South Dade branch and, you know,

2    she is speaking on behalf of the NAACP and because the

3    Miami-Dade branch was not in the room, uh-huh.

4            Q    Okay.  So she was not outside her authority

5    to do that?

6            A    In this setting, no.  In this.

7            Q    Okay.  In the last sentence beginning on

8    line 11, she says, "Therefore, we oppose any effort that

9    would dilute the Black vote within District 2, and we

10   furthermore oppose any dismantling of the Black vote in

11   District 5."  I guess that's the penultimate sentence.

12   Do you see that?

13           A    Yes.  Yes.  I see it.

14           Q    Is that an accurate statement of the

15   Miami-Dade NAACP's position, that they oppose the

16   dismantling of the Black vote in District 5?

17           A    Yes.

18           Q    And what does that mean opposing any

19   dismantling of the Black vote?

20           A    Separating the areas of District 5 and

21   District 2.

22           Q    And by separating that, did she mean

23   separating the way that would reduce the Black vote in

24   District 5 and District 2?

25           A    Yes.

Page 54

1     Q     Is it your understanding that the City

2  reduced the Black vote in District 5 or District 2?

3     A     I don't know the answer.

4     Q     Okay.  But you would agree that they

5  shouldn't reduce the Black vote in District 5 or District

6  2, correct?

7               MS. McNAMARA:  Objection to form.

8               THE WITNESS:  I support the statement.

9               MS. McNAMARA:  Can I ask a quick follow-up

10          question.  When you say you "support the

11          statement," what statement are you referring to?

12               THE WITNESS:  The statement made by Carole

13          Jackson of South Dade branch.

14  BY MR. JOHNSON:

15     Q     That she opposed any dismantling or any

16  dilution of the vote in District 2 or dismantling of the

17  Black vote in District 5?

18     A     Yes.

19     Q     Do you understand those to be the same thing

20  or two different things, dismantling and dilution?

21     A     The same.

22     Q     If we were to go back -- I'm showing you

23  what's been marked as Defendants 82-22, a document from

24  this case with the same docket entry number titled 2013

25  Plan, on this document, could you take your pen and draw

```
                                              Page 55
```

1    in the borders of the West Grove, the Black West Grove as

2    you understand it?

3                 (Exhibit Number 82-22 was marked for

4         identification.)

5         A    No.

6         Q    Could you take your pen and draw in the

7    borders of Overtown as you understand it?

8         A    No.

9         Q    Okay.

10                (Exhibit Number D-24-18A was marked for

11        identification.)

12        Q    I'm showing you what's been marked as

13   Defendant's 24-18-A.  This is a document from this case,

14   document number 24-18.  It's an excerpt, just page 22,

15   titled Transcript 6, Miami City Commission, March 24,

16   2022, afternoon session.

17                Did you attend the City Commission meeting

18   on March 24th, 2022?

19        A    Yes.

20        Q    And did you speak on behalf of the

21   Miami-Dade branch of the NAACP?

22        A    Yes.

23        Q    And who's Brad Brown?

24        A    Brad Brown is a former member of the

25   Miami-Dade branch and now at that time he was the

1    Secretary of the South Dade Branch.

2         Q    Okay.  In his statement at the bottom,

3    beginning on line 21, he says that it really looks

4    possible to be able to have a strong District 5 and keep

5    the strength of the West Grove within one Grove.  Did you

6    add agree with the statement?

7         A    Yes.

8         Q    Okay.  And what did he mean by a "strong

9    District 5?"

10        A    "Strong" meaning one that has full of

11   resources, economic development.  One that is fair to the

12   people and just the historic nature of that district, a

13   district that is thriving.

14        Q    Would that also include not dismantling that

15   vote in District 5?

16        A    From my understanding, yes.

17        Q    And economically vibrant, does that mean

18   including areas that help the economy of the district,

19   such as, the south part of District 5 that includes

20   downtown areas of the River?

21        A    Yes.  And other policy that would help

22   strengthen the district too, any other policies.

23        Q    I already asked you.  I'm just going to

24   summarize.  You don't have any opinions on what the

25   relative percentages of the racial population should be

```
 1    in any of the districts, do you?
 2         A     A number?
 3         Q     Like what the relative percentages of the
 4    different racial breakdowns should be in the districts?
 5         A     Don't know that.
 6         Q     You don't have any opinion on that
 7    personally?
 8         A     No.
 9         Q     On behalf of the NAACP and Miami-Dade
10    County?
11         A     It should be fair.  It should be a fair
12    percentage.
13         Q     All right.  Do you have an understanding
14    that the City of Miami is majority Hispanic?
15         A     What's the question?
16         Q     Is the City of Miami a majority Hispanic
17    community?
18         A     I think the census and other data will show
19    that the Hispanic population is leaning towards a
20    majority.
21         Q     Do you have any idea how big a majority it
22    is?
23         A     Not in numbers.
24         Q     Do you know whether it's possible to creates
25    districts that aren't majority Hispanic?
```

1          A     Give me the question.

2          Q     Do you think it's possible to draw districts

3     in the City of Miami that would not be majority Hispanic?

4                MS. McNAMARA:  Objection to form.

5                THE WITNESS:  Don't know the answer.

6     BY MR. JOHNSON:

7          Q     Okay.  Does the City of Miami have a white

8     district or an anglo district?

9          A     I mean, that's what this man said.  He said

10    it.  That's what his goal is.  That's what his goal is.

11         Q     I'm asking you if it has one?

12         A     Let me see what he said.

13         Q     You are looking at?

14         A     First Amended -- yeah.  That's what former

15    commissioner said his goal was to do.  He wanted to

16    establish a white district.  That's what he said he

17    wanted.

18         Q     But did it work?  Is there a white

19    district?

20         A     Well, I would say had we not gotten

21    involved, might have been a white district.

22         Q     Okay.  So you are saying there is not a

23    white district?

24         A     Don't know.

25         Q     Currently?

Page 59

1          A      Don't know.

2          Q      Do you know if it's possible to create a

3    majority white district?

4          A      If people followed the direction of Diaz De

5    La Portilla, yes.

6          Q      But, I mean, do you know if it's possible --

7    I even with what he said, do you know if it's

8    mathematically possible to draw district that would be

9    majority white?

10         A      In the city of Miami?

11         Q      Yeah.

12         A      Apparently anything is possible over there.

13         Q      I'm just wondering mathematically speaking

14   whether you know if it's possible to draw a district in

15   such a way that the majority of the people in that

16   district would be white?

17         A      I mean --

18         Q      I know what he said.  I'm asking you for

19   your opinion?

20         A      My opinion?  Based on the reports and

21   allegations of what's going on in the City of Miami,

22   anything is possible.  Anything is possible.

23         Q      But did you ever see any numbers to support

24   that it was possible to draw a district that be would

25   majority white?

1                    MS. McNAMARA:   Objection to form.

2                    THE WITNESS:   Don't know the answer.

3    BY MR. JOHNSON:

4         Q      Have you looked at demographic breakdowns

5    from any of the maps, City maps or Plaintiff's maps?

6         A      I have taken a cursory look.

7         Q      Okay.  Do you know whether the plaintiff's

8    maps have a different ethnic breakdown or do they also

9    have three Hispanic districts, a Black district and a

10   so-called White district?

11                   MS. McNAMARA:   Objection to form.  If you

12        know.

13                   THE WITNESS:   Don't know the answer.

14                   (Exhibit Number 1 was marked for

15        identification.)

16   BY MR. JOHNSON:

17        Q      Showing you what's been marked as defendants

18   Exhibit 1.  It's a document in this case titled

19   Defendant's Notice of Taking 30(b)(6) Deposition of

20   Miami-Dade Branch of the NAACP.  Have you seen this

21   document before?

22        A      Yes.

23        Q      And is this the Notice of Deposition for

24   this case?

25        A      Yes.

Page 61

1        Q     If I could get you to turn to Schedule A,
2    page four.  Are you the designated 30(b)(6)
3    representative for all the topics on this list?
4        A     Yes.
5        Q     What did you do to prepare to testify about
6    all of these topics?
7        A     Had a meeting with our counsel.
8        Q     Okay.  I'm not going to ask you about what
9    you discussed with counsel.  Did you do anything else to
10   prepare for this deposition to testify about these
11   topics?
12       A     Just did some recalling of earlier
13   information.
14       Q     All right.  So take, for example, Topic 10,
15   "The supporting facts pertaining to Plaintiffs'
16   allegations concerning the Commission's overriding goal
17   in crafting the 2023 Plan was to separate Hispanic, Black
18   and Anglo voters as much as possible into 'their'
19   respective districts."  What are the supporting facts for
20   that statement?
21       A     The facts for that statement are outlined in
22   the Complaint.
23       Q     Okay.  I'm asking you for your understanding
24   of what those supporting facts are?
25       A     Uh-huh.  Yeah.  I have an understanding.

Page 62

1          Q     And what is that?

2          A     Based the discussion of the commissioners.

3          Q     Did you look at any of the demographic

4    numbers to see whether or not they did separate Hispanic,

5    Blacks and Anglos as much as possible into their

6    respective districts?

7          A     Did I look at the numbers?

8          Q     Yeah.

9          A     To see if the Commission did that?

10         Q     Yeah.

11         A     No.

12         Q     Okay.  So look at paragraph 11, "The alleged

13   racial impacts of the changes made by the 2023 Enacted

14   Plan."  Were there any racial impacts made by the 2023

15   Enacted Plan?

16         A     Don't know the answer.

17         Q     Okay.  Paragraph 12, "The changes made in

18   the Enacted Plan do not comport with race-neutral

19   traditional redistricting principles."

20               Do the changes made in the Enacted Plan

21   comport with race-neutral traditional redistricting

22   principles?

23         A     Don't know the answer.

24         Q     Paragraph 13, do you know whether the

25   changes proposed in the four proposed redistricting plans

Page 63

1    proffered by Plaintiffs in this litigation that reflect

2    conformity with race-neutral traditional redistricting

3    principles?

4          A    Don't know the answer.

5          Q    Look at paragraph 6 where it talks about

6    what the Miami-Dade NAACP considers improper racial

7    considerations for redistricting.  Do you think it's ever

8    appropriate to consider race when drawing districts?

9          A    No.

10         Q    All right.  How can you, for example,

11   protect the historic Black Grove from being split from

12   the rest of the Grove if you don't consider that those

13   are the Black residents being stripped?  Don't you have

14   to consider the race to prevent them from being

15   stripped?

16         A    Race isn't the only factor.  Yeah.

17         Q    But it is one of them, right?

18         A    It's been used.

19         Q    I'm saying -- all right.  So let's talk

20   about District 5, for example.  Remember we talked about

21   the request not to dismantle the Black vote in District

22   5.

23         A    Yes.

24         Q    That's a request to specifically consider

25   the Black voting population in order to make sure it's

Page 64

1    not being dismantled, right?

2         A    So race is not the only factor that is being

3    preserved in District 5.  There are historic sites and

4    areas that are also important to the people and the story

5    of District 5.

6         Q    But you said also important.  So race is one

7    of the things that's important in considering District 5;

8    isn't it?

9         A    Not solely, but it's a factor that has been

10   used.

11        Q    But isn't it okay to consider race when

12   you are doing some of these decisions in order to protect

13   those communities sometimes?

14        A    It's okay to consider the people.  The

15   people.

16        Q    Let's go back to your declaration.

17        A    Which exhibit is that?

18        Q    It is 24-36.  You see paragraph 7?

19        A    Uh-huh.

20        Q    So you are specifically stating in paragraph

21   7 that you are concerned about Black residents being

22   packed into District 5 and Black residents being stripped

23   from the other districts, right?

24        A    Yes.

25        Q    The consideration you are raising there is

Page 65

1    race, right?

2            A      Yes.

3            Q      And it's appropriate to consider to prevent

4    that race from being packed or from being stripped from

5    districts, isn't it?

6            A      No, not solely.

7            Q      But, I mean, it is one of the considerations

8    and that's the one you are raising right there, isn't

9    it?

10           A      What was the question?

11           Q      So we are talking about as a consideration

12   and whether or not it's appropriate under some

13   circumstances, right?  In this circumstance, you are

14   raising in paragraph 7, you are raising race as a

15   consideration, correct?

16           A      As a concern.

17           Q      And it's appropriate to raise it -- excuse

18   me.  It's appropriate to raise it as a concern in the

19   manner that you are doing in paragraph 7, isn't it?

20                  MS. McNAMARA:  Objection to form.

21   BY MR. JOHNSON:

22           Q      Are you reconsidering paragraph 7?

23           A      No.  I'm going to say you asked and I

24   already answered.

25           Q      Okay.  I'm not sure that -- and sometimes

Page 66

```
 1    this happens in a deposition.  The witness thinks they
 2    answered the question and the lawyer is not quite
 3    satisfied since the witness left some wiggle room and I
 4    will re-ask the question.  It's not meant to be
 5    disrespectful, but I have to do my job too.
 6               So with regard to paragraph 7, we already
 7    established that you are considering race in paragraph 7,
 8    right?
 9         A     We are concerned.
10         Q     And in order to address the concern about
11    whether Black residents are being packed or stripped, you
12    have to be aware of the race, don't you?
13         A     We have to be aware of the people that are
14    being impacted.
15         Q     But specifically the race of those people,
16    correct?  I mean, that's what you're pointing out.  Are
17    you pointing out any other characteristics?
18         A     Yeah.  We are pointing out characteristics
19    of residents in the north half of the City.
20         Q     Which residents?  The Black residents,
21    right?
22         A     The Black residents.
23         Q     So is it okay then in some circumstances to
24    consider race when you are making these redistricting
25    decisions?
```

Page 67

1        A       Not the way Portilla is saying though.

2        Q       Okay.  So going back to where we left off

3    when I was asking about the schedule topics.

4              MS. McNAMARA:  That's referring to Defense

5         Exhibit 1 again?

6              MR. JOHNSON:  Yes.  Defense Exhibit 1,

7         paragraph 6.

8              THE WITNESS:  Oh, boy.

9    BY MR. JOHNSON:

10        Q       So, I mean, you are raising a racial

11   consideration in paragraph 7 of your declaration, so I'm

12   asking with regard to Topic 6 what the Miami-Dade NAACP

13   would consider to be an improper racial consideration in

14   redistricting?

15        A       I already answered that one.

16        Q       Okay.  You said any consideration of race

17   was improper.  Are you still sticking to that, being that

18   you raised a consideration in your own declaration?

19   You are right, you did answer.  I'm just checking to see

20   if you still agree with that answer.

21              MS. McNAMARA:  Object to the form.

22              THE WITNESS:  Next question.

23   BY MR. JOHNSON:

24        Q       Do you still agree with that answer?

25        A       I already answered it.  You are asking me

Page 68

1  again?

2       Q     So you consider, notwithstanding your

3  paragraph 7, any consideration of race is improper?

4       A     Did I answer that question already?

5       Q     I'm asking if you are saying any --

6  confirming your answer.  You are saying any consideration

7  of race is improper?

8       A     My answer hasn't changed.

9       Q     Okay.  Does the Miami-Dade NAACP mission

10 itself consider race as its mission statement?

11      A     That we eradicate racial discrimination.

12      Q     And achieve equity and equality of rights

13 for Black people and all persons of color?

14      A     Yes.

15      Q     And that's a consideration of?

16      A     Based on how we have been treated for over

17 400 years, yeah.

18      Q     And should a City Commissions --

19      A     We didn't just make up that mission.  We are

20 not just out here doing that because we want to do it.

21      Q     Should a City Commission also be considering

22 those things?

23      A     That's not their mission.

24      Q     So you're saying when they are drafting

25 districts, when they are redistricting -- all right.  You

Page 69

```
 1    know, you already answered that.  You said they shouldn't

 2    consider it at all.  Okay.

 3              MS. McNAMARA:  So there's currently no

 4         question pending, correct?

 5              MR. JOHNSON:  That's correct.

 6              (Exhibit Number D-82-12 was marked for

 7         identification.)

 8    BY MR. JOHNSON:

 9         Q     I'm going to showing you what's been marked

10    as Defendant's 82-12.  It's a document from this case of

11    the same Bates number, but it's an excerpt containing

12    pages 14 through 16.  Series of demographic tables.  Have

13    you seen this document before?

14         A     Who's the source?

15         Q     This is Caroline Abbott's appendices to her

16    expert opinion, Dr. Abbott?

17         A     No, I haven't seen it.

18         Q     Are you familiar with who Dr. Abbott is?

19         A     No.

20         Q     Do you know whether or not the plaintiff's

21    filed any expert reports in this case?

22         A     Don't know.

23              MR. JOHNSON:  No further questions.

24              MS. McNAMARA:  We will take a caucus for a

25         minute and evaluate if we have any questions.
```

```
 1              (Recess taken.)

 2                   CROSS-EXAMINATION

 3   BY MS. McNAMARA:

 4        Q     Ms. Pierre, I have a few questions for you

 5   to follow-up.

 6              Is the Coconut Grove area within the

 7   jurisdiction of the Miami-Dade branch of the NAACP?

 8        A     No.

 9        Q     Whose jurisdiction is it within the NAACP?

10        A     South Dade branch.

11        Q     Does the Miami-Dade branch communicate with

12   the South Dade branch about issues that pertain to the

13   City of Miami?

14        A     Yes.

15        Q     Do you stay in your own lane?  Like, by that

16   I mean, the part that's in the Miami-Dade branch

17   jurisdiction, that you only pay attention to that, and

18   the South Dade only pays attention to the area that's in

19   their part?

20        A     Yes.

21        Q     Has it always been that way over the history

22   of, let's say, the last 30 years in Miami?

23        A     The last 30 years?

24        Q     Of the NAACP in Miami?

25        A     Originally the NAACP had five branches and
```

Page 71

1    they were consolidated in the 80's to have just one,

2    which for the last 30 years it was Miami-Dade.  And 2019

3    the South Dade branch was rechartered.

4          Q     Is there any particular catalyst or reason

5    why you rechartered the South Dade branch?

6          A     A number of reasons.  Many of the members

7    from the South Dade part of Miami-Dade County would have

8    to travel so far for our branch meetings in Miami Gardens

9    and a number of our executive leadership is they reside

10   in North Miami-Dade.  So we didn't have enough

11   representation of leadership in the South area, and

12   because of that South Dade branch was authorized to be

13   rechartered in 2019.

14         Q     As the President of the Miami-Dade Branch of

15   the NAACP, do you know members of your branch

16   personally?

17         A     Yes.

18         Q     Do you have first name basis recognition

19   with members of your branch?

20         A     First name basis, yes.

21         Q     Do you know personally a member of the

22   Miami-Dade branch of the NAACP who lives in Liberty

23   City?

24         A     Yes.

25         Q     Is Liberty City in District 5?

Page 72

1          A     Yes.

2          Q     Do you know any members personally of the

3    Miami-Dade branch of the NAACP who live in Little

4    Haiti?

5          A     Yes.

6          Q     Is Little Haiti in District 5?

7          A     Yes.

8          Q     Same question, do you know any members

9    personally of the Miami-Dade NAACP who live in

10   Allapattah?

11         A     Yes.

12         Q     Is Allapattah in District 1?

13         A     Yes.

14         Q     Do you know any members of the Miami-Dade

15   NAACP who live in Morningside?

16         A     Yes.

17         Q     Is Morningside in District 2 in the current

18   2023 enacted map?  This is the 2023.  That would be, the

19   map is Exhibit D-82-24, Resolution 23-271.  I will

20   withdraw the pending question and I will rephrase it.

21               Do you know any members of the Miami-Dade

22   NAACP that live in Edgewater or Morningside area?

23         A     Yes.

24         Q     Are those members who live in the Edgewater

25   or Morningside area, do they live in District 2?

Page 73

1          A      Yes.

2          Q      Do you know personally any members of the

3    Miami-Dade NAACP who live in Little Havana?

4          A      Yes.

5          Q      Is Little Havana within District 3 of the

6    map that we are looking at, the 2023 map?

7          A      Yes.

8          Q      Why does the Miami-Dade NAACP not claim to

9    have members in District 4?

10         A      Outside of the jurisdiction.

11         Q      Is that because it's generally south of

12   Flagler?

13         A      Yes.

14         Q      Is that within the South Dade NAACP then?

15         A      Yes.

16         Q      Do you personally know members of the South

17   Dade NAACP?

18         A      Yes.

19         Q      Do you know members of the South Dade NAACP

20   that live in District 4?

21         A      Yes.

22         Q      Now, let's pull out the map that's labeled

23   P-1.  That is Defense Exhibit 82-34.  Do you have it?

24         A      Oh, yes.

25         Q      Now, when you look at this map, did you have

Page 74

1    any input into this map before it was made public?

2          A    Yes.

3          Q    When you were questioned earlier, were you

4    confused about that?  Did you remember whether you had

5    looked at that beforehand?

6          A    Yes.

7          Q    And you are now confident that the

8    Miami-Dade NAACP provided input into Plaintiff's Map

9    Number 1 before it was made public?

10         A    Yes.

11         Q    Can you pull out the Plaintiff's Map 2.

12   It's 82-35.  Did you, as the Miami-Dade NAACP, give any

13   input into the design of plaintiff's Map 2 prior to it

14   becoming public?

15         A    Yes.  Feedback was given.

16         Q    Now, I'm going to pull out Plaintiff's Map

17   3, which is Exhibit 82-36.  Did you attend the mediation

18   that was held between the parties in June of 2023?

19         A    Yes.

20         Q    Following the mediation, was there

21   discussion about revising Plaintiff's Map 1 and

22   Plaintiff's Map 2?

23         A    Yes.

24         Q    Is Plaintiff's Map 3 the result of that

25   discussion?

Page 75

1          A      Yes.

2          Q      Did the Miami-Dade branch of the NAACP

3    contribute to that discussion before Plaintiff's Map 3

4    was made public?

5          A      Yes.

6          Q      Now, plaintiff's Map 4, which is defense

7    Exhibit 82-37, did the Miami-Dade NAACP have --

8    contribute to the creation or providing feedback to

9    Plaintiff's Map 4 before it was made public?

10         A      Yes.  Feedback was provided.

11         Q      Do you think it's ever appropriate under any

12   circumstance -- I will withdraw.

13                Is there any circumstance under which you

14   think it's appropriate for race to be considered in the

15   drawing of districts?

16         A      Can you repeat the question?

17         Q      Is there any circumstance at all, setting

18   aside the question of whether you might generally not

19   want to consider race, are there any circumstances in

20   which it could be proper to consider raise in the drawing

21   of districts?

22         A      I guess established by the Voting Rights

23   Act.

24         Q      Do you have expertise in compliance with the

25   Voting Rights Act as the Miami-Dade NAACP Chapter

Page 76

1    President?

2         A     No.

3         Q     Who do you think bears the responsibility of

4    complying with the Voting Rights Act when drawing

5    district maps?

6         A     Those attorneys and those -- yeah, attorneys

7    and elected officials.  Constitutional officers, I

8    guess.

9         Q     Does the Miami City Commission have a duty

10   to comply with the Voting Rights Act when it's drawing

11   commission districts?

12        A     Yes.

13             MS. McNAMARA:  I have no further questions.

14                    REDIRECT EXAMINATION

15   BY MR. JOHNSON:

16        Q     I have a little redirect.

17             So you were asked about people you know

18   personally by name who live in Liberty City and you said

19   yes?

20        A     Yes.

21        Q     Who is that person?

22        A     We don't share our membership list.

23        Q     Okay.  You just testified that there was

24   such a person?

25        A     There is.

Page 77

1          Q      And now you are saying you are not going to

2     tell me who it is?

3          A      The name?

4          Q      Yeah.

5          A      The NAACP doesn't provide a roster of

6     membership.  We don't do that.

7          Q      I'm not asking to provide a roster.  I'm

8     just asking you to tell me the name of the person you are

9     referring to in your testimony in response to the

10    question provided by your counsel?

11         A      Yeah.  We don't share.

12         Q      You are refusing to answer that question?

13         A      I'm not refusing to answer the question, but

14    based on practices of the NAACP we don't share names of

15    who our members are.

16         Q      Okay.  That is a refusal to answer the

17    question, and if that's your answer, that's fine, but I

18    need to know.  Are you telling me you are not going to

19    answer the name of the person that you are identifying in

20    your previous answer to your counsel?

21         A      I'm not going to answer the question?

22         Q      That's what I'm asking you.

23         A      I'm going to answer the question.

24         Q      What's the name?

25         A      An NAACP member.

Page 78

```
 1         Q     That's not a name.  Are you going to tell me
 2     the name of the person, yes or no?
 3         A     No.
 4         Q     Okay.  How about the person in Little Haiti
 5     you referred to?
 6         A     No.
 7         Q     How about the person in Allapattah you
 8     referred to?
 9         A     No.
10         Q     How about the person in Morningside you
11     referred to?
12         A     No.
13         Q     Or Edgewater?
14         A     No.
15         Q     Little Havana?
16         A     No.
17         Q     So you won't give me the name of any of the
18     people you are referring to?
19         A     The NAACP does not divulge the names of
20     their members.
21         Q     I asked you about these maps, Plaintiff's
22     one through four, earlier and then we took a little
23     break, right?
24         A     That's correct.
25         Q     And you met with your counsel for about ten
```

Page 79

```
 1   minutes, right?

 2        A    Uh-huh.

 3        Q    And now you came back and now you're

 4   answering questions about plaintiff's maps one to four

 5   and your answers changed, didn't it?

 6        A    Slightly, yes.

 7        Q    So you said with regard to map one that you

 8   were confused about whether or not you provided feedback

 9   to map one.  What was the basis of your confusion?

10        A    I just personally didn't have enough clarity

11   at the time.

12        Q    How did you clear your confusion up?

13        A    Recalling a meeting that we held with

14   counsel prior to the maps being published.

15        Q    Okay.  So what was your input that you

16   provided with regard to map one?  Let's go back to

17   plaintiff's map one, which is marked as Defendant's

18   82-34.

19             MS. McNAMARA:  Objection.  Based on

20        privilege, I'm instructing the witness not to

21        answer that question.

22   BY MR. JOHNSON:

23        Q    So you testified that you did provide

24   feedback, right?

25        A    Yes.
```

Page 80

```
 1      Q     But you are instructing her not to say what
 2   the feedback was?
 3            MS. McNAMARA:  Yeah.  My instruction is you
 4       should not share information you provided directly
 5       to counsel for the purpose of the representation
 6       in this case.
 7   BY MR. JOHNSON:
 8      Q     All right.  Did you personally provide the
 9   feedback?
10      A     Yes.
11      Q     And did you personally make changes to any
12   of the lines in map one?
13      A     No.
14      Q     Okay.  So in terms of feedback, do you mean
15   approval or disapproval?
16      A     That's part of it.  That was part of it.
17      Q     Okay.  Same question with regard to
18   Plaintiff's Map 2.  Were you confused earlier and how did
19   you clear up your confusion as to whether you provided
20   feedback?
21      A     Recall meetings held with counsel.
22      Q     Was that the same meeting with regard to map
23   one?
24      A     Yes.
25      Q     And what feedback did you provide?
```

Page 81

1              MS. McNAMARA:  Objection.  Based on

2        privilege, I instruct the witness not to answer

3        any information you provided to counsel for the

4        purpose of representation and obtaining relief in

5        this litigation.

6   BY MR. JOHNSON:

7        Q     Did you make any specific changes to

8   plaintiff's map two?

9        A     No.

10        Q     Do you know if anyone at the NAACP of

11   Miami-Dade County made specific changes to plaintiff's

12   maps one or two?

13        A     Do I answer?

14              MS. McNAMARA:  The question?

15   BY MR. JOHNSON:

16        Q     I'm not asking what the change is.  I'm

17   asking if anyone else from the Miami-Dade branch of the

18   NAACP made specific changes to map one or two?

19        A     We provided feedback.

20        Q     But did you make any specific changes to any

21   lines?

22        A     On the map, no.  No.

23        Q     With regard to plaintiff's map three, you

24   testified that you had a discussion about revising the

25   map, correct?

Page 82

1          A     Yes.

2          Q     What was that discussion?

3                MS. McNAMARA:  Objection.  Basis on

4          privilege.  I'm instruct the witness not to answer

5          and the materials related to conversations with

6          counsel related to representation in this case.

7    BY MR. JOHNSON:

8          Q     Did you ever have any conversations with

9    anyone other than counsel about plaintiff's maps one and

10   two?

11         A     No.

12         Q     Did you ever talk to anyone about the fact

13   that plaintiff's maps one and two left Overtown out of

14   District 5?

15         A     Yes.

16         Q     Did you discuss that with anyone except

17   counsel?

18         A     It was community conversations.

19         Q     Okay.  What was the community

20   conversation?

21         A     Concern about the maps presented left

22   Overtown out of District 5.

23         Q     And when you say the "community," more

24   specifically what would that be?

25         A     The people?

Page 83

1      Q      Yeah.  Like, how did you get the community

2   feedback?  What was the context?

3      A      By phone calls out in the community.

4      Q      So you were getting feedback from members

5   that were calling in and saying why is District 5 left

6   out?

7      A      Yes.

8      Q      Is that a problem that it was left out?

9      A      Yes.

10     Q      Okay.  How about with regards to this

11  Plaintiff's Map 3, did the community feel like this

12  adequately included Overtown?

13            MS. McNAMARA:  And this is specifically

14       about Plaintiff's Map 3, Exhibit 82-36?

15            MR. JOHNSON:  Yes.

16            THE WITNESS:  It was a little better than

17       the first ones.

18  BY MR. JOHNSON:

19     Q      But there was still some push back on this

20  one?

21     A      Yes.

22     Q      And Plaintiff's Map 4 in part designed to

23  address that Overtown issue.

24     A      What's the question.

25     Q      Do you have Plaintiff's Map 4?

Page 84

```
 1        A     Yes.

 2        Q     Is that designed in part to address that

 3   Overtown issue?

 4        A     Yes.

 5              MS. McNAMARA:  And this question, that's

 6        based on the knowledge of the Miami-Dade NAACP.

 7              THE WITNESS:  Yes.

 8   BY MR. JOHNSON:

 9        Q     And did the NAACP provide the of what

10   Overtown was?

11        A     We provided feedback based on community

12   voices.

13        Q     Okay.  Did everyone in the community agree

14   on what the exact borders of Overtown are or did people

15   have different opinions?

16        A     Different opinions.

17        Q     Because it's not an incorporated area,

18   right?  It's just a neighborhood?

19        A     Correct.

20        Q     And the neighborhood borders are a little

21   nebulous sometimes, aren't they?

22        A     Yes.

23        Q     You were asked about whether or not it's

24   ever appropriate to consider race and we discussed that

25   quite a bit, didn't we?
```

Page 85

1       A     We did.  Asked and answered.

2       Q     And then your counsel came and asked you

3   about it again, right?

4       A     We had a brief review.

5       Q     And you said it's appropriate if it's

6   established by the Voting Rights Act.  What is your

7   understanding about what the Voting Rights Act

8   established?

9       A     Well, I mean, that's a legal policy that's

10  been in place since the 60's that has to be renewed, but

11  I'm not an attorney, so I don't really know the full

12  dynamics of it.  But it's something that must be adhered

13  to.

14      Q     Is it fair to say that you personally don't

15  have any knowledge of what it requires or when it has to

16  be adhered to or what the circumstances are?

17      A     Since I'm not an attorney, I'm going to say

18  I don't know.

19      Q     Do you have any idea what percentages it may

20  require or not require of a particular demographic?

21      A     No.

22      Q     Okay.  You said who's -- you were asked who

23  was responsible to ensure a map complied with the Voting

24  Rights Act and you said "attorneys."  Which attorneys?

25      A     Those representing the City or putting


Page 86

1    together the maps on their behalf.

2           Q     Okay.  And the elected officials, right?

3           A     Yes.

4           Q     Anyone else?

5           A     No.

6                 MR. JOHNSON:  No further questions.

7                 MS. McNAMARA:  And I have one other

8           follow-up.

9                 MR. JOHNSON:  Okay.

10                    RECROSS-EXAMINATION

11   BY MS. McNAMARA:

12          Q     I mean, on the questions about when I asked

13   you if you know a person individually who lives in

14   Liberty City, for example.  Is that because you know

15   exactly one person or is it because you know a number of

16   people and many of them live in Liberty City?

17          A     I know people.

18          Q     Do you need to talk to someone, specifically

19   ask them what their address is to know that they live in

20   Liberty City?  Someone you know personally?

21          A     Someone I know personally?  What's the

22   question?

23          Q     You testified earlier that you have personal

24   knowledge of members, at least one member of the

25   Miami-Dade NAACP who lives in Liberty City.  Do you have

Page 87

1    to go and check any data bases or addresses in order to

2    have that knowledge?

3          A     No.

4          Q     How do you know who lives in Liberty City?

5          A     A resident of Miami-Dade County.  I visit.

6    I have been living here for 30 plus years.  We have

7    meetings in Liberty City.  People reach out to us from

8    Liberty City.  For many years we had a branch in Liberty

9    City.  We have roots in Liberty City.  We are Liberty

10   City.

11         Q     What about Allapattah?  Do you feel the same

12   way about that area of Miami?

13         A     Same way as well.  We have roots in

14   Allapattah.  We have roots all throughout Miami-Dade

15   County.

16         Q     So let's say -- let's say that one member,

17   one verified member of the Miami-Dade NAACP walked into

18   here right now and they gave you their address and it was

19   in Liberty City and then we erased that person and they

20   were no longer a member of the Miami-Dade NAACP.  Would

21   you be able to find a second person to replace them as

22   also another person to come in and say, I live in Liberty

23   City and I'm a member of the Miami-Dade NAACP?

24         A     Yes.

25         Q     How long would it take you?  Let's say that

Page 88

1  you decided you wanted to call someone who lived in

2  Liberty City who is a member of the Miami-Dade NAACP.

3  How long would it take you to find a phone number to call

4  them?  Just doesn't have to be any specific random

5  person.  Just, I need you to call someone who's a member

6  that lives in Liberty City right now, like, without

7  actually doing it.  How hard would it be?  How much time

8  would it take you to figure out someone who would fit in

9  that category?

10        A     Within five minutes.

11        Q     Is that also true for people who live in

12  Allapattah?

13        A     Yes.

14        Q     Is that also true for people who live in

15  Little Havana?

16        A     Yes.

17        Q     Is that also true for people who live in

18  Edgewater?

19        A     Yes.

20        Q     Does that change year to year?  Like, let's

21  say three years ago you could do it, but now you don't.

22        A     It could change because if a person is an

23  annual member, then they may not still be active, but we

24  have annual members and life members throughout the

25  districts you just referenced.  And whether they are a

Page 89

1   member or not, you know, I still have that relationship,

2   so....

3            MS. McNAMARA:  I have nothing further.

4            MR. JOHNSON:  You are sure because I'm going

5        to redirect again.

6            MS. McNAMARA:  I mean, pending what you ask,

7        I might follow up more.

8            MR. JOHNSON:  That's actually improper.  I

9        will let you do it once, but, I mean, finish your

10       questioning because I'm going to redirect from

11       what you asked.  This is your chance to ask the

12       witness your questions.

13           MS. McNAMARA:  Okay.  I mean, we can take

14       turns.

15           MR. JOHNSON:  No, we can't take turns

16       indefinitely.  That's not how this is supposed to

17       work.  It's direct, cross, redirect.  Are you

18       done?

19           MS. McNAMARA:  I mean, it depends.

20           MR. JOHNSON:  Well, I'm going to object to

21       you asking anymore questions.  You opened up new

22       areas in the areas that you should have covered

23       that had nothing to do with me to asking the name.

24       So let's go back.

25           MS. McNAMARA:  What obligations do I have to

1          cover in this deposition?  Explain them to me.

2                   MR. JOHNSON:  You have an obligation to

3          comply with trial conditions, which means, you

4          have to perform this deposition like it was at

5          trial.

6                   MS. McNAMARA:  What is your legal basis for

7          that statement?

8                   MR. JOHNSON:  All right.  We can disagree on

9          that.  I'm just telling you I'm objecting to you

10          asking anymore further questions.  I'm going to

11          ask some redirect now based on what you just did.

12                   MS. McNAMARA:  Go ahead.

13                        REDIRECT EXAMINATION

14     BY MR. JOHNSON:

15          Q    You were asked about whether or not you get

16     people to come in and say I'm from Liberty City or I'm

17     from Little Haiti or I'm from Allapattah, right, by the

18     your counsel?

19          A    That I can get people to say that?

20          Q    Yes.  That you can bring in a member whose

21     from that area, you were asked that question by your

22     counsel, right?

23          A    Yes.

24          Q    And you said yes, right?

25          A    Yes.

Page 91

1     Q     Are you planning to bring in witnesses on

2     behalf of the Miami-Dade branch of the NAACP to say they

3     live in these different districts?

4     A     Don't know.

5     Q     Are you going to tell me the identity of

6     these people you were thinking of when you were

7     responding to your counsel's questions?

8     A     No.

9     Q     When people come to meetings, we already

10    established you don't check their residence, right?  You

11    have a meeting in Liberty City, you don't check the

12    residence to see where they live, right?

13    A     Right.

14    Q     And people do travel to meetings, don't

15    they?

16    A     Yes.

17    Q     All right.  And same with regard to little

18    Haiti and Allapattah and Morningside and Edgewater and

19    Little Havana.  You don't check their residency when they

20    come to a meeting, do you?

21    A     Right.

22          MR. JOHNSON:  No further questions.

23          MS. McNAMARA:  Nothing further.

24          THE COURT REPORTER:  Does she read or waive?

25          MR. WARREN:  Read.

Page 92

1           THE COURT REPORTER:  Will you be ordering?

2           MR. JOHNSON:  Yes.  Absolutely.

3           THE COURT REPORTER:  Any copies?

4           MR. WARREN:  Yes.  Thank you.

5           (Whereupon, the deposition was concluded at

6      11:44 a.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 93

1                        CERTIFICATE OF OATH

2

3

4    STATE OF FLORIDA          :

5    COUNTY OF MIAMI-DADE       :

6

7

8         I, Ivette Oviedo, Shorthand Reporter and Notary

9    Public, State of Florida, certify that, DANIELLA PIERRE,

10   appeared before me via on the 5th of October, 2023, and

11   was duly sworn.

12

13

14        WITNESS my hand and official seal this 23rd day of

15   October, 2023.

16

17

               Ivette Oviedo, RPR# 961103

18             Notary Public, State of Florida at Large:

               Commission No.: HH 356470

19             Expiration date: March 7, 2027

20

21

22

23

24

25

Page 94

1                           CERTIFICATE

2

3    STATE OF FLORIDA          :

4                              :  SS.

5    COUNTY OF MIAMI-DADE       :

6

7            I, IVETTE OVIEDO, RPR certify that I was

8    authorized to and did stenographically report the

9    deposition of DANIELLA PIERRE in the above-entitled

10   cause; that a review of the transcript was requested; and

11   that the transcript is a true and complete record of my

12   stenographic notes.

13           I further certify that I am not a relative,

14   employee, attorney or counsel of any of the parties, nor

15   am I a relative or employee of any of the parties'

16   attorney or counsel connected with the action, nor am I

17   financially interested in the action.

18

19           Dated at Miami-Dade County, Florida, this

20   23rd day of October, 2023.

21

22

23                              Ivette Oviedo, RPR# 961103

24

25

Page 95

```
 1                  VERITEXT LEGAL SOLUTIONS
                 One Biscayne Tower, Suite 2250
 2                 2 South Biscayne Boulevard
                     Miami, Florida  33131
 3                     (305) 376-8800
 4   October 23, 2023
 5   DANIELLA PIERRE
     Attn:  Caroline McNamara
 6   c/o cmcnamara@aclufl.org
 7   RE:  GRACE, INC., et al., v. CITY OF MIAMI,
          DEPO OF:  DANIELLA PIERRE
 8        TAKEN:  10-5-2023
          JOB #:  6121394
 9

     Dear DANIELLA PIERRE:
10
          The above-referenced transcript is available for
11   review.
12        You should read the testimony to verify its
     accuracy.  If there are any changes, you should note
13   those with the reason on the attached Errata Sheet.
14        You should, please, date and sign the Errata Sheet
     and e-mail to the deposing attorney as well as to
15   Veritext at Transcripts-fl@veritext.com and copies will
     be emailed to all ordering parties
16
          It is suggested that the completed errata be
17   returned 30 days from receipt of testimony, as considered
     reasonable under Federal rules*, however, there is no
18   Florida statute to this regard.
19        If you fail to do so, the transcript may be used as
     if signed.
20
                                Yours,
21
                                Veritext Legal Solutions
22

23
24   *    Federal Civil Procedure Rule 30(e)/Florida Civil
          Procedure Rule 1.310(e).
25
```

Page 96

```
 1    GRACE, INC., et al., vs. CITY OF MIAMI,
 2    10-5-2023 DEPOSITION OF DANIELLA PIERRE
 3    Job No. FLA6121394
 4              E R R A T A   S H E E T
      PAGE_____  LINE _____
 5    CHANGE_____

 6    _____

 7    REASON_____

      PAGE_____  LINE _____
 8    CHANGE_____

 9    _____

10    REASON_____

      PAGE_____  LINE _____
11    CHANGE_____

12    _____

13    REASON_____

      PAGE_____  LINE _____
14    CHANGE_____

15    _____

16    REASON_____

      PAGE_____  LINE _____
17    CHANGE_____

18    _____

19    REASON_____

      PAGE_____  LINE _____
20    CHANGE_____

21    _____

22    REASON_____

      Under penalties of perjury, I declare that I have read
23    the foregoing document and that the facts stated in it
      are true.

24    _____        _____
25              DANIELLA PIERRE                      Date
```

**[& - 5]**

| & |
|---|
| **&** 2:10 |

| 0 |
|---|
| **02-09-1981** 5:14 |

| 1 |
|---|

**1** 4:8 17:21 18:4
18:10,16 28:18
32:11 42:1
46:15 48:23,24
50:6,7,9,11,18
60:14,18 67:5,6
72:12 73:23
74:9,21
**1.310** 95:24
**10** 61:14
**10-5-2023** 95:8
96:2
**105** 5:17
**109** 29:5,6,10
**10th** 49:14
**11** 53:8 62:12
**11:44** 1:13 92:6
**12** 11:5 62:17
**13** 52:16 62:24
**14** 5:17 52:16,20
69:12
**14034** 93:17
94:23
**14th** 50:16,17
50:20,23
**16** 69:12
**1983** 11:2
**1:22** 1:2

| 2 |
|---|

**2** 4:9 19:6,8,12
19:16 33:10
42:1 53:9,21,24
54:2,6,16 72:17
72:25 74:11,13
74:22 80:18
95:2
**2011** 8:14
**2013** 4:15 54:24
**2014** 8:9
**2019** 71:2,13
**2022** 4:4,17
22:11 24:6,9,11
25:5 26:15,24
27:21,22 28:6
46:15 52:6,18
55:16,18
**2023** 1:13 61:17
62:13,14 72:18
72:18 73:6
74:18 93:10,15
94:20 95:4
**2027** 93:19
**203** 2:7
**21** 4:3 56:3
**22** 55:14
**2250** 95:1
**23** 21:12,13,21
21:22 95:4
**23-271** 4:6
31:22 46:15
72:19
**23rd** 93:14
94:20

**24** 4:17 55:15
**24-14** 4:22
52:16
**24-14a** 4:22
52:11,15
**24-18** 55:13,14
**24-18a** 4:17
55:10
**24-36** 4:14
40:24 41:2
47:14 64:18
**24-83** 4:4 27:25
28:1,5 30:24
**24066** 1:2
**24th** 55:18
**25th** 52:6,18
**28** 4:4
**29** 4:5
**2nd** 1:11 2:15

| 3 |
|---|

**3** 4:11 11:24
19:18,20,21
20:4,7 34:7
37:10 42:1 73:5
74:17,24 75:3
83:11,14
**30** 1:21 4:19
60:19 61:2
70:22,23 71:2
87:6 95:17,24
**305** 95:3
**31** 4:6
**315** 12:24
**32** 4:8

**3200** 1:12 2:15
**32301** 2:8
**33** 4:9
**33054** 12:24
**33131** 2:16 95:2
**33134** 2:4
**33147** 5:18
**33156** 2:12
**333** 1:11 2:15
**336** 2:7
**34** 4:11
**356470** 93:18
**376-8800** 95:3
**39** 4:12

| 4 |
|---|

**4** 2:11 4:12
11:25 20:7
28:17 40:4,4
46:15 52:17
73:9,20 75:6,9
83:22,25
**400** 2:3 68:17
**41** 4:14
**4343** 2:3

| 5 |
|---|

**5** 1:13 3:4 20:7
32:20,20 33:19
34:15 35:1,10
35:13 36:9,16
36:20,23 37:2,4
37:11,12,15
38:8,15 39:1,18
40:17,21 42:1
44:11 45:3,10

**[5 - ahead]**

45:11,14,16,17
45:18,25 46:9
46:16,19,22
47:3,17,21
48:18,25 49:23
50:7,18 51:1,1
51:15,18 53:11
53:16,20,24
54:2,5,17 56:4,9
56:15,19 63:20
63:22 64:3,5,7
64:22 71:25
72:6 82:14,22
83:5
**501** 11:23,24,25
**511** 36:13
**52** 4:22
**55** 4:15,17
**5th** 36:11,13
93:10

**6**

**6** 1:21 4:17,19
43:2,10 55:15
60:19 61:2 63:5
67:7,12
**60** 4:18
**60's** 85:10
**6121394** 95:8
**69** 4:20
**6th** 35:23

**7**

**7** 47:14 51:5
64:18,21 65:14
65:19,22 66:6,7

67:11 68:3
93:19
**70** 3:5
**7151** 5:17
**76** 3:6
**7th** 35:22 49:14

**8**

**80's** 71:1
**82-12** 4:20 69:6
69:10
**82-22** 4:15
54:23 55:3
**82-24** 4:6 31:17
31:20 38:23,23
72:19
**82-34** 4:8 32:5,9
73:23 79:18
**82-35** 4:9 33:4,8
74:12
**82-36** 4:11 34:2
34:6 37:10
74:17 83:14
**82-37** 4:12
39:24 40:3 75:7
**836** 49:8,9,19
**86** 3:7

**9**

**90** 3:8
**9300** 2:11
**95** 49:2,5,7,8,19
**961103** 93:17
94:23
**9:08** 1:13

**a**

**a.m.** 1:13,13
92:6
**abbott** 69:16,18
**abbott's** 69:15
**ability** 7:2,5
**able** 44:24 56:4
87:21
**above** 1:22 94:9
95:10
**absolutely**
27:18 42:4 92:2
**academic** 9:15
**access** 14:13
**accuracy** 95:12
**accurate** 52:23
53:14
**achieve** 13:10
68:12
**aclufl.org** 2:5,9
95:6
**act** 75:23,25
76:4,10 85:6,7
85:24
**action** 10:23
29:15 94:16,17
**active** 88:23
**actual** 42:10,18
**actually** 6:13
7:9 27:20 88:7
89:8
**add** 30:22 56:6
**additional**
33:13

**address** 5:16
13:22 14:5
16:22 17:6,7
20:21 30:18
66:10 83:23
84:2 86:19
87:18
**addressed** 27:10
**addresses** 16:19
42:18,22 87:1
**adequately**
83:12
**adhered** 85:12
85:16
**administration**
8:12 38:20
**advisor** 9:15
**affect** 7:2,5
**affirmative** 6:11
**affordability**
36:3 45:8
**african** 43:24
44:2
**afternoon** 4:17
55:16
**age** 46:18
**ago** 10:7 48:6
88:21
**agree** 37:14
54:4 56:6 67:20
67:24 84:13
**ahead** 21:11
29:4 30:23
43:21 52:9
90:12

**al** 1:4 95:7 96:1
**aligned** 13:14
  13:15
**allapattah**
  72:10,12 78:7
  87:11,14 88:12
  90:17 91:18
**allegations**
  59:21 61:16
**alleged** 62:12
**altogether** 46:9
**amended** 4:3
  21:22,25 22:1
  22:10 23:13
  30:3,16 43:19
  58:14
**american** 2:2,6
  43:25 44:3
**amount** 15:13
**anglo** 58:8
  61:18
**anglos** 62:5
**annual** 17:14
  88:23,24
**anson** 23:2
**answer** 6:7,10
  6:19,23 7:23
  19:2,23 20:1
  25:9,9,10,23
  26:5,7,8 31:3,4
  31:5,8,10,12
  32:1 39:10
  40:22 47:10
  51:2,11 54:3
  58:5 60:2,13

62:16,23 63:4
67:19,20,24
68:4,6,8 77:12
77:13,16,17,19
77:20,21,23
79:21 81:2,13
82:4
**answered** 65:24
  66:2 67:15,25
  69:1 85:1
**answering** 79:4
**answers** 79:5
**anybody** 13:4
**anymore** 89:21
  90:10
**apartment** 5:17
**apartments**
  35:17
**apparently**
  59:12
**appearances** 2:1
**appeared** 93:10
**appears** 30:17
**appendices**
  69:15
**application**
  13:19,20 20:24
  21:4,5,6
**appropriate**
  63:8 65:3,12,17
  65:18 75:11,14
  84:24 85:5
**approval** 29:19
  80:15

**approve** 22:13
**approved** 12:10
**approximately**
  35:21 39:12
**area** 24:23 25:2
  28:21 33:13
  35:12,24 37:4,5
  37:23 38:9,14
  38:25 42:15
  46:10 49:5,9
  50:13 51:4 70:6
  70:18 71:11
  72:22,25 84:17
  87:12 90:21
**areas** 25:1 36:8
  45:8 53:20
  56:18,20 64:4
  89:22,22
**asaka** 23:2
**aside** 75:18
**asked** 42:1
  56:23 65:23
  76:17 78:21
  84:23 85:1,2,22
  86:12 89:11
  90:15,21
**asking** 7:10,11
  9:25 18:2 21:5
  28:12 29:18
  30:5 31:5 35:7
  42:17 46:21
  58:11 59:18
  61:23 67:3,12
  67:25 68:5 77:7
  77:8,22 81:16

81:17 89:21,23
90:10
**assigned** 13:25
  14:15
**assistant** 8:20
**association**
  11:18
**assume** 6:19
  40:18
**attached** 95:13
**attend** 42:20
  55:17 74:17
**attention** 70:17
  70:18
**attn** 95:5
**attorney** 23:1,5
  85:11,17 94:14
  94:16 95:14
**attorneys** 29:20
  76:6,6 85:24,24
**authority** 53:4
**authorization**
  12:6
**authorize** 12:14
**authorized**
  10:19 11:17
  12:16 71:12
  94:8
**available** 95:10
**avenue** 1:11 2:7
  2:15 35:22
**aware** 20:12
  66:12,13

**b**

**b**  1:21 4:19
   49:17,22 60:19
   61:2
**bachelors**  8:12
**back**  10:8 24:5
   25:4 30:23
   38:23 54:22
   64:16 67:2 79:3
   79:16 83:19
   89:24
**background**  8:3
**bad**  26:10
**bahamian**  24:3
**bar**  49:17,22
**based**  23:15,19
   27:1,2 35:11
   43:8,16 45:24
   59:20 62:2
   68:16 77:14
   79:19 81:1 84:6
   84:11 90:11
**bases**  87:1
**basically**  13:24
**basis**  23:11 42:8
   42:17 43:6,7,15
   71:18,20 79:9
   82:3 90:6
**bates**  69:11
**bears**  76:3
**becoming**  74:14
**beginning**  53:7
   56:3
**behalf**  2:4,8,12
   2:16 10:19 52:6

53:2 55:20 57:9
   86:1 91:2
**believe**  26:23
   36:24 37:1
**better**  83:16
**big**  27:6 57:21
**bigger**  39:18
**birth**  5:13
**biscayne**  95:1,2
**bit**  6:9 26:10
   48:2 84:25
**black**  13:11
   23:21,24 24:12
   24:16 26:17,21
   26:24 27:20
   29:1 44:6,16,18
   44:21,21,25
   45:3,19,24
   46:18,22 47:16
   47:21 48:16
   51:7,16,17 53:9
   53:10,16,19,23
   54:2,5,17 55:1
   60:9 61:17
   63:11,13,21,25
   64:21,22 66:11
   66:20,22 68:13
**blacks**  62:5
**board**  13:1,3,5
**booker**  36:25
**border**  50:17
**borders**  35:14
   55:1,7 84:14,20
**bottom**  38:23
   52:19 56:2

**boulevard**  2:11
   95:2
**box**  12:23,23
**boy**  67:8
**boyer**  2:10
**brad**  55:23,24
**branch**  4:19
   10:17,20,25
   11:11,12,15,17
   12:5,7,21,25
   13:4,9,17,23
   14:1,2,3,5,6,11
   14:25 15:9,10
   16:18 17:20,25
   18:13,21 19:7
   19:14,15 20:3
   20:13 23:12,14
   28:10 42:4 52:4
   52:6,21,22 53:1
   53:3 54:13
   55:21,25 56:1
   60:20 70:7,10
   70:11,12,16
   71:3,5,8,12,14
   71:15,19,22
   72:3 75:2 81:17
   87:8 91:2
**branch's**  13:12
**branches**  11:24
   12:2,14 14:13
   15:8 52:25
   70:25
**break**  6:21,24
   51:20,22 78:23

**breakdown**
   60:8
**breakdowns**
   57:4 60:4
**brief**  85:4
**briefly**  8:2
**bring**  25:4
   27:21 90:20
   91:1
**brown**  55:23,24
**building**  38:21
**burch**  23:6

**c**

**c**  11:23,24,25
   95:6
**call**  88:1,3,5
**called**  5:3 23:25
   37:7 60:10
**calling**  38:18
   83:5
**calls**  83:3
**candidate**  44:17
   44:22,25
**capacity**  8:19
   9:6,14 10:16,22
   11:6 35:7
**captured**  43:23
**carole**  51:25
   52:2,3,20,25
   54:12
**caroline**  2:2
   69:15 95:5
**case**  1:2 4:22
   7:20,25 21:21
   22:1,2,22 23:8

28:5 29:10
31:21 32:9 33:8
34:6 40:3,24
41:6 52:16
54:24 55:13
60:18,24 69:10
69:21 80:6 82:6
**catalyst** 71:4
**category** 88:9
**caucus** 69:24
**cause** 1:22
94:10
**census** 57:18
**center** 8:20
38:19,22
**certain** 15:12
24:25 27:12
29:3 36:7
**certificate** 93:1
94:1
**certify** 93:9 94:7
94:13
**chair** 8:20,25
**chairs** 16:5
**challenge** 28:11
**chance** 89:11
**change** 17:5
81:16 88:20,22
96:5,8,11,14,17
96:20
**changed** 27:7
35:24 36:1,5
37:23 49:6 68:8
79:5

**changes** 24:6
27:8,9 38:1
62:13,17,20,25
80:11 81:7,11
81:18,20 95:12
**chapter** 75:25
**characteristics**
66:17,18
**charged** 9:23
**chartered** 11:17
**check** 5:25 18:8
18:11 19:11
20:9 42:22 87:1
91:10,11,19
**checkbox** 21:1
**checked** 18:13
19:15 20:13
42:2,12
**checking** 67:19
**choice** 44:7,17
44:23,25
**choose** 46:3
**chris** 5:9
**christopher**
2:14
**christopher.jo...**
2:17
**chunk** 27:6
**church** 36:10
37:1 43:1
**churches** 45:12
**circumstance**
65:13 75:12,13
75:17

**circumstances**
65:13 66:23
75:19 85:16
**city** 1:7 4:17
5:10,20 10:4,6,8
17:21 18:3 19:7
23:13 27:1,15
36:17 37:11,12
38:20 43:4
44:15,16,20,22
45:1,15,23
47:16 48:16
50:12 52:5,17
54:1 55:15,17
57:14,16 58:3,7
59:10,21 60:5
66:19 68:18,21
70:13 71:23,25
76:9,18 85:25
86:14,16,20,25
87:4,7,8,9,9,10
87:19,23 88:2,6
90:16 91:11
95:7 96:1
**city's** 4:6
**civil** 2:2,6 95:24
95:24
**claim** 73:8
**clarify** 6:18
14:23 25:13
**clarity** 79:10
**classifies** 43:5
**classifying**
43:14

**clear** 6:15 25:18
26:3 36:18
79:12 80:19
**cmcnamara** 2:5
95:6
**cme** 36:10
**coach** 31:4
**coconut** 23:16
23:18,21,22
24:13,16,19,21
27:11 28:17,22
70:6
**college** 2:7 8:18
9:9,13
**color** 13:11
68:13
**come** 15:3 42:20
42:23 50:19,19
87:22 90:16
91:9,20
**comes** 26:11
**coming** 43:11
**commission**
4:17 27:2 38:14
43:5,8,11 52:5
52:17 55:15,17
62:9 68:21 76:9
76:11 93:18
**commission's**
61:16
**commissioner**
58:15
**commissioners**
23:20 43:16
62:2

commissions
  68:18
committee  13:2
  16:5,7,14 52:3
committees
  16:11,13,15
communicate
  70:11
communicatio...
  41:23
communities
  64:13
community
  15:22 23:19,21
  23:23 24:3 27:2
  35:18 42:24
  57:17 82:18,19
  82:23 83:1,3,11
  84:11,13
complaint  4:3,5
  21:23,25 22:1,2
  22:10,11 23:13
  29:12,14 30:2,3
  30:6,7,15,16,17
  30:21 43:20
  61:22
complete  94:11
completed
  95:16
completely  17:4
compliance
  75:24
complied  85:23
comply  76:10
  90:3

complying  76:4
comport  62:18
  62:21
compound
  25:16
concentration
  45:2
concern  27:10
  48:7 65:16,18
  66:10 82:21
concerned  43:3
  47:15 64:21
  66:9
concerning
  61:16
concerns  23:19
  27:2
concluded  92:5
condition  7:4
conditions  90:3
conference
  12:11,12 23:5
confident  74:7
configured  31:1
  31:25
confirm  18:6
  20:9,13 42:19
confirmed  42:2
confirming  68:6
conformity  63:2
confused  74:4
  79:8 80:18
confusion  79:9
  79:12 80:19

connect  14:15
connected  94:16
consider  26:20
  63:8,12,14,24
  64:11,14 65:3
  66:24 67:13
  68:2,10 69:2
  75:19,20 84:24
consideration
  64:25 65:11,15
  67:11,13,16,18
  68:3,6,15
considerations
  63:7 65:7
considered
  26:17 75:14
  95:17
considering
  64:7 66:7 68:21
considers  63:6
consolidated
  12:3 71:1
constitutional
  76:7
contact  12:23
  17:7
containing
  69:11
context  83:2
continued  45:9
contribute  75:3
  75:8
conversation
  6:8 25:21 82:20

conversations
  7:8 22:9 82:5,8
  82:18
convicted  9:21
copies  92:3
  95:15
copy  21:17
corporate  10:16
  11:19
correct  12:4
  15:11 18:25
  21:18 24:1,6
  28:25 31:16
  34:20 36:20
  51:18,19 54:6
  65:15 66:16
  69:4,5 78:24
  81:25 84:19
correction  10:5
correspond
  21:10
counsel  7:9,10
  7:12,24 12:13
  16:15 22:9,25
  25:11,22,22
  31:2,3 41:23
  61:7,9 77:10,20
  78:25 79:14
  80:5,21 81:3
  82:6,9,17 85:2
  90:18,22 94:14
  94:16
counsel's  22:20
  91:7

**county** 5:23 9:5
11:8 35:6 42:15
57:10 71:7
81:11 87:5,15
93:5 94:5,19
**countyline**
17:23
**couple** 25:25
**court** 1:1 91:24
92:1,3
**courthouse**
36:12
**cover** 42:15
90:1
**covered** 89:22
**covers** 9:18
**crafting** 61:17
**create** 59:2
**creates** 57:24
**creating** 44:16
**creation** 75:8
**crime** 9:21,23
**cross** 3:5,7
49:12 70:2
89:17
**cue** 6:13
**culmer** 37:7
50:3
**current** 5:15
72:17
**currently** 7:1
8:15 52:7 58:25
69:3
**cursory** 60:6

**cut** 50:25
**cv** 1:2

**d**

**d** 2:10 4:4,6,8,9
4:11,12,14,15
4:17,20,22 29:5
29:6 31:17 32:5
32:20 33:4 34:2
39:24 41:2
55:10 69:6
72:19
**d.a.** 9:9
**d1** 4:18
**d109** 4:5
**d23** 4:3
**dade** 4:19 5:23
8:18 9:5,13
10:17,20,25
11:8,15 12:5,20
12:25 13:4,8,17
13:23 14:2,5,6
14:11,25 16:18
17:20,25 18:12
18:21 19:7,14
20:3,13 23:12
23:14 28:10
30:1 35:6 42:4
43:3,6 52:4,6,21
52:22 53:1,3,15
54:13 55:21,25
56:1 57:9 60:20
63:6 67:12 68:9
70:7,10,11,12
70:16,18 71:2,3
71:5,7,7,10,12

71:14,22 72:3,9
72:14,21 73:3,8
73:14,17,19
74:8,12 75:2,7
75:25 81:11,17
84:6 86:25 87:5
87:14,17,20,23
88:2 91:2 93:5
94:5,19
**dadeland** 2:11
**daniella** 1:18
3:3 4:14 5:2,12
40:25 93:9 94:9
95:5,7,9 96:2,25
**data** 57:18 87:1
**date** 5:13,22
93:19 95:14
96:25
**date's** 29:15
**dated** 94:19
**day** 93:14 94:20
**days** 95:17
**de** 59:4
**dear** 95:9
**december** 22:11
**decide** 12:6
**decided** 88:1
**decision** 37:14
**decisions** 64:12
66:25
**declaration**
4:14 40:25 41:5
47:14 51:5
64:16 67:11,18

**declare** 96:22
**defendant** 1:8
2:16
**defendant's**
1:21 4:18 21:12
27:25 28:5
29:10 31:20
32:9 33:8 34:6
40:3,24 52:15
55:13 60:19
69:10 79:17
**defendants**
21:21 54:23
60:17
**defense** 67:4,6
73:23 75:6
**define** 25:7
26:14
**defined** 35:16
**degree** 8:4
**demographic**
4:20 49:4 60:4
62:3 69:12
85:20
**department**
8:25
**depends** 89:19
**depo** 95:7
**deposed** 5:24
10:15
**deposing** 95:14
**deposition** 1:18
1:21 4:19 5:10
7:7,14,17 60:19
60:23 61:10

66:1 90:1,4 92:5
94:9 96:2
**depot**  24:24
**description**  4:2
**design**  74:13
**designated**  61:2
**designed**  44:6
83:22 84:2
**development**
35:11 56:11
**developments**
45:13
**diaz**  59:4
**difference**  14:20
30:6,7,20
**different**  13:12
15:21 27:17
35:18 45:20
48:15,17 54:20
57:4 60:8 84:15
84:16 91:3
**dilute**  53:9
**dilution**  54:16
54:20
**diminishing**
47:18
**direct**  3:4,6,8
5:5 13:23 89:17
**direction**  59:4
**directly**  80:4
**directors**  13:1,3
13:5
**disagree**  90:8
**disapproval**
80:15

**discrimination**
68:11
**discuss**  82:16
**discussed**  61:9
84:24
**discussion**
30:10 62:2
74:21,25 75:3
81:24 82:2
**disgruntled**
27:15,17
**dismantle**  63:21
**dismantled**  64:1
**dismantling**
53:10,16,19
54:15,16,20
56:14
**displaced**  36:4
48:12
**displacement**
48:13
**disrespectful**
66:5
**distinctly**  5:19
**district**  1:1,1
17:21 18:3,5,10
18:16,23,24
19:6,8,12,16,18
19:20,21 20:4
28:17 32:20
33:19 34:15
35:1,10,13 36:9
36:16,20,23
37:2,4,11,12,15
38:8,15 39:1,4

39:18 40:17,21
43:25,25 44:3,6
44:11,16,21
45:3,10,11,14
45:16,17,18,21
45:25 46:9,16
46:19,22 47:3
47:17,17,21
48:18,23,24,25
49:23 50:6,7,7,9
50:11,18,18
51:1,1,15,18
53:9,11,16,20
53:21,24,24
54:2,2,5,5,16,17
56:4,9,12,13,15
56:18,19,22
58:8,8,16,19,21
58:23 59:3,8,14
59:16,24 60:9
60:10 63:20,21
64:3,5,7,22
71:25 72:6,12
72:17,25 73:5,9
73:20 76:5
82:14,22 83:5
**districts**  20:10
20:14 39:11,19
42:1,5,11,19
44:1,4,8 45:20
47:18,19 48:18
48:19 51:7 57:1
57:4,25 58:2
60:9 61:19 62:6
63:8 64:23 65:5

68:25 75:15,21
76:11 88:25
91:3
**diverse**  46:20,25
**divulge**  78:19
**docket**  21:10,22
28:6 31:21 32:9
33:9 34:7 40:4
54:24
**document**  4:22
21:21,23 28:5
29:10,12 31:21
32:11,13 33:8
33:10 34:6,8,10
40:3,24 41:1,10
41:11,18 52:16
54:23,25 55:13
55:14 60:18,21
69:10,13 96:23
**documentary**
29:11 32:10
40:25
**documents**  4:22
7:16 41:14,18
52:15
**doing**  6:24
64:12 65:19
68:20 88:7
**dorsey**  9:9
**downtown**
38:10,15,25
40:21 51:4
56:20
**dr**  69:16,18

**drafting**  68:24
**draw**  46:5 54:25
  55:6 58:2 59:8
  59:14,24
**drawing**  32:25
  33:22 40:11
  63:8 75:15,20
  76:4,10
**drew**  40:9
**drilling**  43:13
**duly**  5:3 93:11
**duty**  76:9
**dynamics**  85:12

**e**

**e**  41:21 95:14,24
  95:24 96:4,4,4
**earlier**  29:18,20
  42:1 61:12 74:3
  78:22 80:18
  86:23
**easier**  27:22
**east**  2:7 27:7
  38:3 50:25,25
**economic**  56:11
**economically**
  56:17
**economy**  56:18
**edgewater**
  72:22,24 78:13
  88:18 91:18
**education**  16:14
**educational**  8:2
**effort**  53:8
**either**  16:16

**elect**  44:7,9,17
  44:22,25 46:2
**elected**  11:9
  53:1 76:7 86:2
**election**  15:5,17
  16:6,8 18:22
**elections**  10:8
  10:11 15:7
**elucidating**  48:2
**emailed**  95:15
**employed**  8:15
  8:19 9:4
**employee**  94:14
  94:15
**enacted**  4:4 28:6
  43:4 62:13,15
  62:18,20 72:18
**ensure**  44:6
  85:23
**entail**  12:9
**entails**  12:10
**entire**  42:14
**entirety**  22:12
**entitled**  94:9
**entity**  11:19
**entry**  4:22 21:11
  21:22 28:6
  31:21 33:9 34:7
  40:4 52:16
  54:24
**equality**  13:10
  68:12
**equity**  13:10
  68:12

**eradicate**  68:11
**erased**  87:19
**errata**  95:13,14
  95:16
**esq**  2:2,6,10,14
**establish**  58:16
**established**  66:7
  75:22 85:6,8
  91:10
**et**  1:4 95:7 96:1
**ethnic**  60:8
**evaluate**  69:25
**events**  42:21,23
**exact**  84:14
**exactly**  86:15
**examination**  3:1
  5:5 70:2 76:14
  86:10 90:13
**examined**  5:4
**example**  15:19
  16:9 18:20
  35:20 48:10
  61:14 63:10,20
  86:14
**except**  82:16
**excerpt**  4:22
  52:15 55:14
  69:11
**excluded**  34:17
  34:20,23,24
  40:15
**excuse**  65:17
**executive**  13:2
  52:3 71:9

**exhibit**  4:2,3,4,5
  4:6,8,9,11,12,14
  4:15,17,18,20
  4:22 21:13 28:1
  29:6,10 30:5
  31:17,20 32:5,9
  33:4,8 34:2
  39:24 41:2
  52:11 55:3,10
  60:14,18 64:17
  67:5,6 69:6
  72:19 73:23
  74:17 75:7
  83:14
**exhibits**  4:1
**expert**  69:16,21
**expertise**  75:24
**expiration**
  93:19
**explain**  90:1
**express**  31:9
**expressway**
  49:21

**f**

**fact**  24:8 27:21
  82:12
**factor**  63:16
  64:2,9
**facts**  61:15,19
  61:21,24 96:23
**fail**  95:19
**fair**  6:19,20
  27:16 29:4
  34:25 44:9 46:7
  56:11 57:11,11

85:14
**familiar** 24:21
  25:1 26:25 46:1
  48:2 69:18
**families** 36:3
**far** 35:22 49:25
  71:8
**february** 52:6
  52:18
**federal** 95:17,24
**feedback** 40:16
  40:18 74:15
  75:8,10 79:8,24
  80:2,9,14,20,25
  81:19 83:2,4
  84:11
**feel** 83:11 87:11
**figure** 88:8
**file** 12:1,3
**filed** 1:22 4:22
  7:20 22:6,11,14
  29:14,22 30:21
  41:5 52:15
  69:21
**financially**
  94:17
**find** 87:21 88:3
**fine** 6:22 77:17
**finish** 6:23 7:22
  19:1 89:9
**first** 4:3 5:3
  21:22,25 22:1
  23:13 30:18
  43:19 58:14
  71:18,20 83:17

**fit** 88:8
**fiu** 8:10
**five** 9:3 41:25
  70:25 88:10
**fl** 95:15
**fla6121394** 96:3
**flagler** 2:3 17:23
  17:24 19:20
  73:12
**floor** 2:11
**florida** 1:1,12
  1:20 2:8,12,16
  5:18 8:7 12:11
  12:11,24 23:5
  93:4,9,18 94:3
  94:19 95:2,18
  95:24
**focused** 27:19
**follow** 54:9 70:5
  86:8 89:7
**followed** 59:4
**following** 74:20
**follows** 5:4
**force** 14:13 45:7
  45:7
**forced** 46:1
**foregoing** 96:23
**form** 19:22 25:6
  25:8 28:19 39:7
  45:22 46:11
  47:4,9 49:10
  50:8 51:8,10
  54:7 58:4 60:1
  60:11 65:20
  67:21

**former** 55:24
  58:14
**formulate** 44:8
**fort** 23:6
**forth** 27:15
**foundation** 2:2
  2:6
**founded** 11:1
**four** 61:2 62:25
  78:22 79:4
**frequent** 45:12
**front** 51:4
**fronting** 38:14
**full** 8:21 9:9
  17:12 56:10
  85:11
**further** 27:7
  69:23 76:13
  86:6 89:3 90:10
  91:22,23 94:13
**furthermore**
  53:10

## g

**gardens** 71:8
**general** 12:12
  22:20,25
**generally** 16:4
  16:15 46:10
  73:11 75:18
**gentrification**
  36:2,2 48:11
**gerrymander**
  43:4
**getting** 7:11
  12:10 83:4

**give** 25:25 49:14
  58:1 74:12
  78:17
**given** 74:15
**go** 6:4 15:16
  16:8 21:11
  22:16 23:9 29:4
  30:23,23 38:22
  43:21 49:25
  52:9 54:22
  64:16 79:16
  87:1 89:24
  90:12
**goal** 43:24 58:10
  58:10,15 61:16
**going** 6:6 7:8
  11:14 13:19
  15:21 18:18
  21:11 22:8
  25:22 27:6,24
  28:15 41:22
  43:2 47:13
  52:20 56:23
  59:21 61:8
  65:23 67:2 69:9
  74:16 77:1,18
  77:21,23 78:1
  85:17 89:4,10
  89:20 90:10
  91:5
**golden** 28:22
**good** 5:7,8
  15:14 48:1
  50:15

**gotten** 58:20
**grace** 1:4 95:7
  96:1
**graduate** 8:23
**gray** 2:14,17
**great** 13:18
**green** 38:24
**ground** 6:4
**group** 16:16
**grove** 23:16,18
  23:21,21,23,24
  23:25 24:12,13
  24:15,16,17,19
  24:21,24 25:3,5
  26:14,18,21,24
  27:7,11,11,20
  27:21 28:17,22
  29:2 55:1,1 56:5
  56:5 63:11,12
  70:6
**guess** 10:3 53:11
  75:22 76:8

**h**

**h** 96:4
**haiti** 37:17 72:4
  72:6 78:4 90:17
  91:18
**half** 47:16 66:19
**hand** 93:14
**hang** 38:18
**happened** 27:13
**happens** 66:1
**hard** 88:7
**havana** 73:3,5
  78:15 88:15

91:19
**head** 6:11
**hear** 25:24
**held** 74:18
  79:13 80:21
**help** 8:23 15:4,5
  56:18,21
**helps** 27:23
**hh** 93:18
**higher** 45:2
**highway** 47:24
  47:24 48:4
**highways** 49:12
**hispanic** 43:25
  57:14,16,19,25
  58:3 60:9 61:17
  62:4
**historic** 24:12
  24:15 26:20,23
  27:10,20 29:1
  35:11 36:10,25
  37:2 45:11
  56:12 63:11
  64:3
**history** 35:12
  48:7 70:21
**home** 24:24
**housed** 14:12
**housing** 45:13
  50:4
**huh** 6:12 53:3
  61:25 64:19
  79:2
**human** 8:4

**i**

**idea** 15:14 46:21
  47:2 57:21
  85:19
**identification**
  4:2 21:14 28:2
  29:7 31:18 32:6
  33:5 34:3 39:25
  41:3 52:12 55:4
  55:11 60:15
  69:7
**identifying**
  77:19
**identity** 91:5
**impacted** 66:14
**impacts** 62:13
  62:14
**important** 64:4
  64:6,7
**improper** 63:6
  67:13,17 68:3,7
  89:8
**include** 34:14
  56:14
**included** 33:13
  34:16 35:1,9
  36:9,15,16,20
  36:23 37:4,11
  38:8,15 39:1
  40:15,17 83:12
**includes** 51:15
  56:19
**including** 56:18
**incorporated**
  84:17

**indefinitely**
  89:16
**index** 3:1
**individually**
  86:13
**influence** 47:19
**information**
  17:3,7,9,13,16
  17:17 20:20,23
  21:2 30:22 42:3
  61:13 80:4 81:3
**input** 40:11,13
  40:14 74:1,8,13
  79:15
**institute** 8:11
**instruct** 25:9
  26:6,7 31:2,3
  81:2 82:4
**instructing**
  79:20 80:1
**instruction** 80:3
**interested** 94:17
**international**
  8:7
**involved** 23:15
  58:21
**involvement**
  32:24 33:22
**issue** 23:18 30:3
  83:23 84:3
**issues** 70:12
**iterations** 37:25
**ivette** 1:19 93:8
  93:17 94:7,23

**j**

jackson   51:25
52:2,3,20,25
54:13
jets   28:17
job   66:5 95:8
96:3
johnson   2:14
3:4,6,8 5:6,9 6:3
20:2 21:8,16,18
21:19 25:7,11
25:19 26:9,13
27:24 28:3,20
29:4,8 30:9,12
30:14 31:13,19
32:7 33:6 34:4
39:8 40:1 46:4
46:13 47:6,12
49:11 50:10
51:12,24 52:9
52:13 54:14
58:6 60:3,16
65:21 67:6,9,23
69:5,8,23 76:15
79:22 80:7 81:6
81:15 82:7
83:15,18 84:8
86:6,9 89:4,8,15
89:20 90:2,8,14
91:22 92:2
join   13:19,20,21
judge   25:13
june   74:18
jurisdiction
17:22,25 18:19

19:10 20:6,8
42:9,13,14 70:7
70:9,17 73:10
jurisdictions
18:3

**k**

k   23:4
keep   48:18 56:4
kind   11:22
20:22 24:22,24
kinds   27:17
kmm   1:2
know   11:22
14:17 15:6
16:15,18,25
17:2,12 18:4,7,7
18:12,15 19:6
19:14 22:22,24
23:3 24:18,18
24:19 25:2,13
26:2,16 27:3,9
27:13 30:24
31:8,10,11,14
32:1,22 33:2,25
36:3 39:3,10,11
39:14,15,15
40:9,22 42:10
42:25,25 45:7,8
45:9,12,14 46:3
46:6 47:1,10
48:6 49:4 51:2
51:25 53:1 54:3
57:5,24 58:5,24
59:1,2,6,7,14,18
60:2,7,12,13

62:16,23,24
63:4 69:1,20,22
71:15,21 72:2,8
72:14,21 73:2
73:16,19 76:17
77:18 81:10
85:11,18 86:13
86:14,15,17,19
86:20,21 87:4
89:1 91:4
knowing   42:17
knowledge
28:12 84:6
85:15 86:24
87:2

**l**

la   59:5
labeled   73:22
landmarks
49:14
lane   70:15
large   1:20 14:4
93:18
law   8:20
lawyer   66:2
lay   46:8
leadership   71:9
71:11
leaning   57:19
left   66:3 67:2
82:13,21 83:5,8
legal   39:14 85:9
90:6 95:1,21
letting   18:7

level   12:11,12
13:3,6 14:8 16:2
16:3 22:17,18
23:5 29:20,24
liberties   2:2,6
liberty   37:10,12
50:12 71:22,25
76:18 86:14,16
86:20,25 87:4,7
87:8,8,9,9,19,22
88:2,6 90:16
91:11
life   17:11,19
88:24
limit   39:19
limited   18:23
line   46:5,7
52:19 53:8 56:3
96:4,7,10,13,16
96:19
lines   30:19
40:15 80:12
81:21
list   14:10,18
15:24 16:4 61:3
76:22
lists   16:12
litigation   18:8
19:11 20:9 63:1
81:5
little   6:8 26:10
28:16,21 37:17
37:19 48:2,14
72:3,6 73:3,5
76:16 78:4,15

**[little - mcnamara]**                                              Page 109

78:22 83:16
84:20 88:15
90:17 91:17,19
**live** 10:6 17:21
18:23 19:7,21
20:10,14 42:11
42:24 72:3,9,15
72:22,24,25
73:3,20 76:18
86:16,19 87:22
88:11,14,17
91:3,12
**lived** 10:4 19:16
88:1
**lives** 71:22
86:13,25 87:4
88:6
**living** 87:6
**local** 13:25 16:3
**located** 35:21
49:15
**location** 12:20
12:22
**locka** 12:24
**long** 9:1,10,16
11:3,12 87:25
88:3
**longer** 87:20
**look** 41:17,20
43:2 47:13 60:6
62:3,7,12 63:5
73:25
**looked** 46:14
60:4 74:5

**looking** 15:22
23:20,22 31:24
37:9 46:8,12
51:5 58:13 73:6
**looks** 56:3
**lot** 6:7 26:2
35:24 37:23
45:13
**lower** 22:17

**m**

**made** 52:25
54:12 62:13,14
62:17,20 74:1,9
75:4,9 81:11,18
**mail** 12:23
95:14
**mails** 41:21
**maintain** 14:10
15:13,24 16:11
20:16,19
**maintained** 16:2
16:5,23 21:2
**majority** 45:21
57:14,16,20,21
57:25 58:3 59:3
59:9,15,25
**make** 6:12,15
35:12 36:18
48:3 63:25
68:19 80:11
81:7,20
**makes** 25:11
39:18
**makeup** 36:5
49:5

**making** 24:6
43:13 66:24
**man** 58:9
**management**
8:5
**manner** 65:19
**map** 4:4,7,8,9
4:11,12 27:21
27:22 28:7,10
28:15 30:24,25
31:1,6,15,22,25
32:11,14,16,21
32:25 33:9,13
33:15,23 34:7
34:11,12,14,23
37:9 39:5 40:4,5
40:7,9,12,20
72:18,19 73:6,6
73:22,25 74:1,8
74:11,13,16,21
74:22,24 75:3,6
75:9 79:7,9,16
79:17 80:12,18
80:22 81:8,18
81:22,23,25
83:11,14,22,25
85:23
**maps** 23:15,18
27:15 32:2 37:6
43:5 46:8,9,12
60:5,5,5,8 76:5
78:21 79:4,14
81:12 82:9,13
82:21 86:1

**march** 4:17
55:15,18 93:19
**mark** 21:11
27:24 29:5
**marked** 21:13
21:20 28:1,4,21
29:6,9 30:24
31:17 32:5,8
33:4,7 34:2,5
37:10 39:24
40:2,23 41:2
47:14 52:11,14
54:23 55:3,10
55:12 60:14,17
69:6,9 79:17
**marking** 21:9
21:10
**masters** 8:4
**materials** 82:5
**mathematically**
59:8,13
**mcnamara** 2:2
3:5,7 6:1 19:22
19:25 21:15,17
25:6,8,16,24
26:11 28:19
31:8 39:7 45:22
46:11 47:4,9
49:10 50:8 51:8
51:10,22 52:7
54:7,9 58:4 60:1
60:11 65:20
67:4,21 69:3,24
70:3 76:13
79:19 80:3 81:1

81:14 82:3
83:13 84:5 86:7
86:11 89:3,6,13
89:19,25 90:6
90:12 91:23
95:5
**mean**  16:20
22:25 28:11
30:3 43:9 46:16
47:1 48:2,5
53:18,22 56:8
56:17 58:9 59:6
59:17 65:7
66:16 67:10
70:16 80:14
85:9 86:12 89:6
89:9,13,19
**meaning**  17:11
56:10
**means**  90:3
**meant**  22:4 66:4
**media**  15:20
**mediation**  74:17
74:20
**medical**  7:4
**medications**  7:1
**meeting**  42:20
55:17 61:7
79:13 80:22
91:11,20
**meetings**  24:9
27:2 43:8,11
71:8 80:21 87:7
91:9,14

**member**  11:3,7
13:16,24 14:4,6
16:23 17:11,14
17:19 18:20
20:20 44:7 52:4
55:24 71:21
77:25 86:24
87:16,17,20,23
88:2,5,23 89:1
90:20
**members**  14:10
14:14,21,22
15:1,8,9,10
16:16,19 17:3
17:21,22 18:4,7
18:9,15,17,18
19:6,9,12,15,21
20:4,6,14,17,22
42:1,4,11,14,16
42:20 43:6
44:16,18 71:6
71:15,19 72:2,8
72:14,21,24
73:2,9,16,19
77:15 78:20
83:4 86:24
88:24,24
**membership**
13:18,22 14:7
14:16 15:13,16
16:20 17:12
18:6,9 20:24
21:4 76:22 77:6
**mentioned**
29:20

**met**  7:11 78:25
**metrorail**  36:25
**miami**  1:7,12
2:4,12,16 4:17
4:19 5:10,18,20
5:23 8:18 9:5,13
10:4,6,17,20,25
11:8,15 12:5,20
12:25 13:4,8,17
13:23 14:2,5,6
14:11,25 16:18
17:20,21 18:3
18:12,21 19:7,7
19:14 20:3,13
23:12,13,14
28:10 30:1 35:6
36:15,17 38:13
38:17,17,19,20
38:24 42:4 43:3
43:5,6 44:22
45:1,15,23
48:16 52:6,17
52:22 53:3,15
55:15,21,25
57:9,14,16 58:3
58:7 59:10,21
60:20 63:6
67:12 68:9 70:7
70:11,13,16,22
70:24 71:2,7,8
71:10,14,22
72:3,9,14,21
73:3,8 74:8,12
75:2,7,25 76:9
81:11,17 84:6

86:25 87:5,12
87:14,17,20,23
88:2 91:2 93:5
94:5,19 95:2,7
96:1
**military**  5:20
**mind**  48:1,2
**minute**  69:25
**minutes**  79:1
88:10
**mission**  13:8,13
68:9,10,19,23
**month**  29:15
**monthly**  14:19
17:1
**months**  9:3
**morning**  5:7,8
52:18
**morningside**
38:5,7 72:15,17
72:22,25 78:10
91:18
**mouth**  15:20
**moved**  17:13
27:7
**moves**  12:12
**mrc**  38:12,16,19
**multiple**  52:25
**muster**  39:5
**mwarren**  2:9

**n**

**n**  2:14
**naacp**  4:19
10:17,20 11:1,4
11:6,8,16 12:2,6

12:13,21,25
13:5,9,17,25
14:11,25 15:1,8
16:18 17:20,25
18:13,21 19:15
20:3,13 22:13
22:16 23:12,12
28:11 30:1 35:6
42:4 43:3,6
52:21,22,24,24
53:2 55:21 57:9
60:20 63:6
67:12 68:9 70:7
70:9,24,25
71:15,22 72:3,9
72:15,22 73:3,8
73:14,17,19
74:8,12 75:2,7
75:25 77:5,14
77:25 78:19
81:10,18 84:6,9
86:25 87:17,20
87:23 88:2 91:2
**naacp's**  35:3
53:15
**naacp.org**  13:22
**name**  3:2 5:9,11
20:21 23:4
71:18,20 76:18
77:3,8,19,24
78:1,2,17 89:23
**names**  35:18
77:14 78:19
**national**  11:16
11:18,24 12:7

13:3,6,12,21,25
14:4,8,13 16:2
22:16,18,20,24
29:19
**nature**  56:12
**navigate**  14:14
**near**  24:24
35:22 36:12
**nebulous**  84:21
**necessarily**
18:22
**need**  6:21 16:8
17:6 77:18
86:18 88:5
**needs**  39:4
**negative**  6:11
**neighborhood**
84:18,20
**neighborhoods**
36:22 37:3
**neighbors**  43:1
**networks**  15:21
**neutral**  62:18
62:21 63:2
**new**  48:6 89:21
**nicholas**  2:6
**nine**  9:17
**nod**  6:11
**noise**  6:11
**north**  17:23
19:20 47:16
49:7,8 50:7,9,24
66:19 71:10
**northern**  24:23

**northwest**  5:17
35:22 36:13
**notary**  1:19
93:8,18
**note**  95:12
**notes**  94:12
**notice**  1:21 4:18
7:18,19 60:19
60:23
**notwithstanding**
68:2
**number**  5:19
14:15 21:13,22
25:17 28:1,6
29:11 31:21
32:10 33:9 34:7
39:15 40:4,25
41:2 45:4,8,11
46:20 47:2,7
52:11 54:24
55:3,10,14 57:2
60:14 69:6,11
71:6,9 74:9
86:15 88:3
**numbers**  47:1
57:23 59:23
62:4,7

**o**

**o**  95:6
**oath**  5:4 93:1
**object**  67:21
89:20
**objecting**  90:9
**objection**  19:22
25:6,8,15 26:1

28:19 30:25
31:6,15,25
32:16,18 33:15
33:17 34:12
39:7 40:20
45:22 46:11
47:4,9 49:10
50:8 51:8,10
54:7 58:4 60:1
60:11 65:20
79:19 81:1 82:3
**objections**
25:12 32:21
**obligation**  90:2
**obligations**
89:25
**obtaining**  81:4
**october**  1:13
93:10,15 94:20
95:4
**office**  22:20
**officer**  11:7,9
53:1
**officers**  76:7
**official**  93:14
**officials**  76:7
86:2
**oh**  19:3,24
36:14 41:24
50:13,15 67:8
73:24
**okay**  6:15 9:14
15:24 17:24
19:4,11 20:16
21:12 23:17

25:3 27:16
28:14 29:4,17
31:11,14,24
32:2,4,24 34:19
34:25 35:16
36:14 37:17
39:11 40:23
41:17,24 42:7
42:10 43:9,12
43:18,21 44:11
44:15 45:17
47:13 48:1,13
48:24 49:4,25
50:24 52:5 53:4
53:7 54:4 55:9
56:2,8 58:7,22
60:7 61:8,23
62:12,17 64:11
64:14 65:25
66:23 67:2,16
68:9 69:2 76:23
77:16 78:4
79:15 80:14,17
82:19 83:10
84:13 85:22
86:2,9 89:13
**once** 12:13
13:22 89:9
**ones** 46:14
83:17
**ongoing** 30:19
**online** 21:6,7
**opa** 12:24
**opened** 89:21

**operative** 22:2
**opinion** 47:7
51:6,13,16 57:6
59:19,20 69:16
**opinions** 56:24
84:15,16
**opportunity**
46:2
**oppose** 53:8,10
53:15
**opposed** 54:15
**opposing** 53:18
**orange** 28:17
**order** 15:13
39:5 48:18
63:25 64:12
66:10 87:1
**ordering** 92:1
95:15
**organization**
11:22
**organizations**
17:18
**organized** 14:8
**original** 22:10
22:10 27:5
**originally** 70:25
**outlined** 61:21
**outside** 32:20
33:18 37:1 53:4
73:10
**overriding**
61:16
**overtime** 34:16

**overtown** 32:14
32:19 33:14,18
33:20 34:15
35:1,9,13,14,19
36:6,20 37:3,22
40:17 48:5 49:1
55:7 82:13,22
83:12,23 84:3
84:10,14
**oviedo** 1:19 93:8
93:17 94:7,23
**own** 13:1 67:18
70:15

**p**

**p** 40:4 73:23
**p.a.** 2:10,14
**p.o.** 12:23,23
**p1** 4:8 32:10
**p2** 4:9 33:9
**p3** 4:11 34:7
**packed** 47:17
64:22 65:4
66:11
**page** 3:2 41:8
43:19,24 52:20
55:14 61:2 96:4
96:7,10,13,16
96:19
**pages** 52:16
69:12
**paid** 12:18
17:12
**pamela** 23:6
**paper** 13:20
21:4,5

**papers** 7:20
**paragraph**
41:25 43:2,10
47:14 51:5
62:12,17,24
63:5 64:18,20
65:14,19,22
66:6,7 67:7,11
68:3
**paralegal** 8:24
**part** 24:15,24
25:4 26:14,17
26:20,23 29:1
33:20 35:13
38:9 46:16
48:25 50:6,6,7,9
56:19 70:16,19
71:7 80:16,16
83:22 84:2
**particular**
20:10 31:15
47:15 71:4
85:20
**particularly**
23:21
**parties** 74:18
94:14,15 95:15
**parts** 24:19
34:16 36:6,14
36:15 49:1
**pass** 39:5
**pay** 70:17
**pays** 70:18
**pen** 54:25 55:6

penalties 96:22
pending 6:22
    52:8 69:4 72:20
    89:6
penultimate
    53:11
people 7:12
    12:23 13:11
    14:24 15:22
    23:9 27:3,16
    35:12 42:18
    43:1,1,15 44:9
    45:7,9,12,24
    46:22 56:12
    59:4,15 64:4,14
    64:15 66:13,15
    68:13 76:17
    78:18 82:25
    84:14 86:16,17
    87:7 88:11,14
    88:17 90:16,19
    91:6,9,14
people's 49:15
    49:15,17,22
percentage 36:7
    46:18,22 47:3
    51:6,16 57:12
percentages
    56:25 57:3
    85:19
perform 90:4
perjury 96:22
person 23:1
    76:21,24 77:8
    77:19 78:2,4,7

78:10 86:13,15
    87:19,21,22
    88:5,22
personal 86:23
personally
    18:11 20:9 57:7
    71:16,21 72:2,9
    73:2,16 76:18
    79:10 80:8,11
    85:14 86:20,21
persons 13:11
    68:13
perspective 47:2
pertain 70:12
pertaining
    61:15
phone 83:3 88:3
physical 12:22
pick 50:22
pierre 1:18 3:3
    4:14 5:2,12 41:1
    70:4 93:9 94:9
    95:5,7,9 96:2,25
pines 28:22
place 5:17 37:7
    45:25 49:16
    50:3,16,17,20
    50:23 85:10
plaintiff's 4:12
    32:10 37:10
    40:4 46:15 60:5
    60:7 69:20 74:8
    74:11,13,16,21
    74:22,24 75:3,6
    75:9 78:21 79:4

79:17 80:18
    81:8,11,23 82:9
    82:13 83:11,14
    83:22,25
plaintiffs 1:5
    2:4,8,12 4:8,9
    4:11 10:23 33:9
    34:7 61:15 63:1
plan 4:4,15 27:6
    28:6 54:25
    61:17 62:14,15
    62:18,20
planning 91:1
plans 62:25
pleadings 7:20
    22:14,19 23:8
    29:18
please 5:11
    95:14
plus 87:6
pointing 66:16
    66:17,18
points 25:17
policies 45:7,24
    56:22
policy 56:21
    85:9
population 39:4
    39:12 46:18
    51:17,17 56:25
    57:19 63:25
portal 14:13,14
    16:21 18:7,9
    21:3

portilla 59:5
    67:1
portion 34:18
portions 23:22
    32:19 34:19,22
posed 19:25
position 9:2
    12:18,18 35:3
    53:15
positions 9:19
possible 56:4
    57:24 58:2 59:2
    59:6,8,12,14,22
    59:22,24 61:18
    62:5
practices 77:14
preparation
    7:16,25
prepare 7:7,14
    61:5,10
preparing 41:10
presence 27:1
presented 82:21
preserved 64:3
president 11:11
    11:11,13 71:14
    76:1
pretty 9:18
    36:19 46:10
prevent 63:14
    65:3
previous 77:20
prieto 2:10
principles 62:19
    62:22 63:3

prior 9:4 44:14 74:13 79:14
privilege 79:20 81:2 82:4
privileged 31:4
probably 10:7 19:5
problem 83:8
procedure 95:24,24
proceed 12:14
process 12:9,10 12:15 15:16 23:15
proffered 63:1
program 8:24
promote 8:24
promoting 15:6
promotion 15:20
proper 75:20
proposed 4:7 62:25,25
protect 63:11 64:12
provide 17:17 77:5,7 79:23 80:8,25 84:9
provided 74:8 75:10 77:10 79:8,16 80:4,19 81:3,19 84:11
providing 75:8
public 1:20 8:12 9:5 45:13 50:4

74:1,9,14 75:4,9 93:9,18
published 79:14
pull 73:22 74:11 74:16
purpose 80:5 81:4
purposes 11:23
pursuant 1:20
push 83:19
put 13:22 20:20 20:22 27:15
putting 45:18 85:25

**q**

qpwblaw.com 2:13
que 49:17,22
question 6:14 6:17,23 7:23 13:18 19:1,5,18 19:25 20:18 22:5 25:14,16 25:18,20,25 26:2,3 30:11,12 31:9,10 36:18 44:19 50:15 51:11 52:7,10 54:10 57:15 58:1 65:10 66:2 66:4 67:22 68:4 69:4 72:8,20 75:16,18 77:10 77:12,13,17,21 77:23 79:21

80:17 81:14 83:24 84:5 86:22 90:21
questioned 74:3
questioning 89:10
questions 6:5,6 6:17 7:13 26:10 28:16 31:3 35:7 69:23,25 70:4 76:13 79:4 86:6 86:12 89:12,21 90:10 91:7,22
quick 19:5 51:20 54:9
quintairos 2:10
quite 26:24 66:2 84:25
quote 52:19

**r**

r 96:4,4
race 43:6,15 62:18,21 63:2,8 63:14,16 64:2,6 64:11 65:1,4,14 66:7,12,15,24 67:16 68:3,7,10 75:14,19 84:24
racial 36:5 43:4 56:25 57:4 62:13,14 63:6 67:10,13 68:11
raise 65:17,18 75:20

raised 67:18
raising 64:25 65:8,14,14 67:10
randolph 2:10
random 88:4
reach 14:16 87:7
read 30:13 91:24,25 95:12 96:22
readiness 15:5 15:18 16:6 18:22
really 27:19 56:3 85:11
reason 6:15 71:4 95:13 96:6 96:9,12,15,18 96:21
reasonable 95:17
reasons 27:17 45:4,6,8,19 71:6
reassigned 48:17,21
recall 10:10 27:8 80:21
recalling 61:12 79:13
receipt 95:17
receive 41:11
recently 43:4
recess 51:23 70:1

**rechartered**
71:3,5,13
**recognition**
71:18
**recognize** 28:7
29:12 30:24
31:22 32:11,15
33:10 34:8 40:5
41:1
**reconsidering**
65:22
**record** 5:11
6:15 22:4 25:12
30:9,10,13 48:4
94:11
**records** 20:16
**recross** 86:10
**recruit** 8:23
**redirect** 76:14
76:16 89:5,10
89:17 90:11,13
**redistricting**
62:19,21,25
63:2,7 66:24
67:14 68:25
**reduce** 53:23
54:5
**reduced** 54:2
**referenced**
88:25 95:10
**referred** 24:2
78:5,8,11
**referring** 54:11
67:4 77:9 78:18

**reflect** 63:1
**refusal** 77:16
**refusing** 77:12
77:13
**regard** 7:12
15:6 18:3,22
19:6 20:19 23:8
29:17 30:1
48:15 66:6
67:12 79:7,16
80:17,22 81:23
91:17 95:18
**regards** 83:10
**registered** 10:1
20:17,25 21:6
**registration**
20:22
**related** 11:15
82:5,6
**relating** 15:6
**relationship**
89:1
**relative** 56:25
57:3 94:13,15
**relatively** 39:5
**relief** 81:4
**remain** 45:9
**remained** 45:25
**remedy** 4:7
**remember** 7:22
63:20 74:4
**remind** 17:18
**removing** 40:21
**renew** 17:16

**renewal** 17:6
**renewed** 85:10
**repeat** 20:18
30:12 75:16
**rephrase** 25:19
72:20
**replace** 87:21
**report** 12:2 94:8
**reporter** 91:24
92:1,3 93:8
**reports** 59:20
69:21
**represent** 5:10
44:10
**representation**
44:9 71:11 80:5
81:4 82:6
**representative**
10:16 35:6 61:3
**representing**
85:25
**represents**
52:21
**request** 63:21
63:24
**requested** 94:10
**require** 85:20
85:20
**required** 15:12
17:3
**requirement**
17:8 39:13,14
39:15
**requires** 85:15

**reside** 18:4 20:4
45:1 71:9
**residence** 91:10
91:12
**residency** 91:19
**resident** 48:5
87:5
**residential** 5:15
16:19,22 42:18
**residents** 27:14
43:5 44:6,21,22
44:24,25 45:3
45:18 47:16,21
48:4,16 63:13
64:21,22 66:11
66:19,20,20,22
**resolution** 4:6
31:22 46:15
72:19
**resources** 8:4
56:11
**respective** 61:19
62:6
**responding** 91:7
**response** 77:9
**responses** 23:20
**responsibilities**
8:22
**responsibility**
76:3
**responsible**
85:23
**rest** 24:12,16
27:11,21 63:12

restate   30:11
result   74:24
returned   95:17
returns   12:1,3
review   7:16,20
    12:13,14 22:5,9
    22:20 23:9
    29:22,23 30:5
    41:14 85:4
    94:10 95:11
reviewed   22:24
    29:24 41:16
revising   74:21
    81:24
right   17:2 19:4
    20:20 24:9 38:1
    39:6,19,21
    42:23 46:6,8,10
    48:15 49:20,21
    50:22 51:4
    57:13 61:14
    63:10,17,19
    64:1,23 65:1,8
    65:13 66:8,21
    67:19 68:25
    78:23 79:1,24
    80:8 84:18 85:3
    86:2 87:18 88:6
    90:8,17,22,24
    91:10,12,13,17
    91:21
rights   13:10
    68:12 75:22,25
    76:4,10 85:6,7
    85:24

river   37:19
    38:13,14,17,19
    38:24 39:1 51:4
    56:20
riverside   38:22
road   17:23
robinson   2:14
robinson.com
    2:17
role   11:7
room   53:3 66:3
roots   87:9,13,14
roster   77:5,7
rpr   1:19 93:17
    94:7,23
rule   1:21 95:24
    95:24
ruled   25:12
rules   6:4 95:17
run   19:5 32:2
running   38:25
rush   30:4

**s**

s   2:11 23:4 96:4
s.e.   2:15
sales   14:13
satisfied   66:3
saturated   45:13
saying   26:9
    43:10,17,18,22
    43:23 58:22
    63:19 67:1 68:5
    68:6,24 77:1
    83:5

says   43:24 53:8
    56:3
schedule   61:1
    67:3
school   9:7,8
schools   9:5
se   1:11
seal   93:14
second   38:18
    87:21
seconds   25:25
secretary   56:1
see   18:9 19:12
    19:15 27:22
    28:14,16,22
    38:23 53:12,13
    58:12 59:23
    62:4,9 64:18
    67:19 91:12
seeing   15:21
seem   27:14
seemed   32:19
seen   21:23,24
    60:20 69:13,17
segregation
    45:6
select   14:2,3,4
sentence   53:7
    53:11
separate   11:19
    12:1 23:20,22
    27:6 61:17 62:4
separated   24:12
    24:16,19 25:5
    26:15,24 27:20

separating
    27:10 53:20,22
    53:23
separation   27:3
series   69:12
session   4:17
    52:18 55:16
setting   53:6
    75:17
seventh   50:1,2
several   37:25
share   76:22
    77:11,14 80:4
shared   22:7,12
sheet   95:13,14
shop   43:1
shorthand   93:8
show   57:18
showing   21:20
    28:4 29:9 31:20
    32:8 33:7 34:5
    40:2,23 52:14
    54:22 55:12
    60:17 69:9
shows   48:7
sic   23:4
side   38:3 49:24
sign   95:14
signature   41:8
    93:17 94:23
signed   41:15,18
    95:19
similar   39:5
single   47:17

sites  64:3
sits  13:3 37:1
sitting  30:25
   42:3
size  39:12
slightly  79:6
sloppy  26:9
slum  45:8
small  34:18
   39:21
social  15:20
solely  64:9 65:6
solutions  95:1
   95:21
someone's  18:20
sort  20:21
source  69:14
south  17:24,25
   49:19,25 50:6
   50:11 52:4,21
   53:1 54:13 56:1
   56:19 70:10,12
   70:18 71:3,5,7
   71:11,12 73:11
   73:14,16,19
   95:2
southern  1:1
speak  7:24
   10:19 52:5
   55:20
speaking  27:3
   53:2 59:13
specific  18:2
   26:3 28:16
   31:25 35:14

43:13 81:7,11
81:18,20 88:4
specifically
   23:17 43:9 44:5
   44:17,21 63:24
   64:20 66:15
   82:24 83:13
   86:18
spelled  23:3
split  25:2 45:18
   63:11
spoke  7:9
spoken  6:13
ss  94:4
staff  16:8
stands  44:12
state  1:20 5:11
   12:11,12 23:5
   26:1,4 29:19
   93:4,9,18 94:3
stated  43:3
   96:23
statement  43:7
   43:14 53:14
   54:8,11,11,12
   56:2,6 61:20,21
   68:10 90:7
states  1:1 52:20
stating  64:20
station  36:24,25
statute  95:18
stay  17:14 70:15
stenographic
   94:12

stenographica...
   6:6 94:8
sticking  67:17
story  45:15 64:4
street  2:3 35:23
   36:11,13
streets  24:18,20
   26:16,25
strength  56:5
strengthen
   56:22
strike  52:10
strip  48:4
stripped  47:20
   47:23,24,24
   48:5,7,8,10
   63:13,15 64:22
   65:4 66:11
stripping  47:18
strong  56:4,8,10
students  8:23
studies  8:24
submitted  22:19
   34:11 37:7 40:8
substance  7:12
sue  12:6
sued  28:11
suggested  95:16
suing  23:12 30:1
suite  1:12 2:3,7
   2:15 95:1
summarize
   56:24
supplemental
   4:5 29:11,14

30:2,15,17,21
support  8:24
   30:18 54:8,10
   59:23
supporting
   61:15,19,24
supposed  89:16
sure  6:12,15
   28:15 63:25
   65:25 89:4
surrounding
   47:18
swamp  35:21
swamps  35:18
   35:20 37:5
sworn  5:4 93:11
system  21:9
systemic  45:6

t

t  36:25 96:4,4
tables  4:20
   69:12
take  6:9,10,24
   7:23 30:4 51:20
   51:22 54:25
   55:6 61:14
   69:24 87:25
   88:3,8 89:13,15
taken  1:19 6:6
   51:23 60:6 70:1
   95:8
talk  6:8 63:19
   82:12 86:18
talked  36:19
   51:3 63:20

talking   6:9
  23:24 48:3,9,10
  48:14 49:2,7,8
  49:13 65:11
talks   63:5
tallahassee   2:8
tax   11:23
team   23:1
technical   9:9
tell   25:23 77:2,8
  78:1 91:5
telling   77:18
  90:9
ten   10:7 78:25
tend   6:8 45:2,18
terminated   9:19
terms   48:17
  80:14
territory   26:12
testified   5:4
  76:23 79:23
  81:24 86:23
testify   7:2,5
  42:3,7 61:5,10
testimony   77:9
  95:12,17
thank   92:4
thing   20:21
  54:19
things   7:9 9:25
  15:6 54:20 64:7
  68:22
think   25:5 34:22
  34:25 35:9 36:8
  36:19,22 37:4,5

37:5,6 38:7,25
  44:2,5,15,20,24
  45:17 47:19
  48:15,21,24
  49:22 50:23
  51:5 57:18 58:2
  63:7 75:11,14
  76:3
thinking   19:19
  91:6
thinks   66:1
third   11:14
three   43:25 60:9
  81:23 88:21
thriving   56:13
thursday   1:13
time   6:21 8:21
  9:9 15:13 17:5,6
  30:4 55:25
  79:11 88:7
times   6:7,13
  15:22
title   11:10
titled   21:22 28:6
  29:11 31:22
  32:10 33:9 34:7
  40:4,25 52:17
  54:24 55:15
  60:18
today   7:7,14
  10:16 42:3
  46:14
together   86:1
took   32:14
  78:22

top   29:15
topic   61:14
  67:12
topics   61:3,6,11
  67:3
totally   26:3
touches   38:24
towards   57:19
tower   95:1
traditional   24:2
  62:19,21 63:2
traffic   9:25
train   36:24,25
transcript   4:17
  52:17 55:15
  94:10,11 95:10
  95:19
transcripts
  95:15
travel   71:8
  91:14
treasurer   9:7,7
treated   68:16
trelvis   2:10
trelvis.randolph
  2:13
trial   90:3,5
triangle   28:17
  28:21,23 29:1
trick   22:5
trinity   36:10,14
true   88:11,14,17
  94:11 96:23
trust   25:22

trying   38:16
  43:12
turn   61:1
turns   89:14,15
two   29:20 41:8
  45:20 49:12
  54:20 81:8,12
  81:18 82:10,13
type   41:11

u

uh   6:12,12,12
  28:8,8 53:3
  61:25 64:19
  79:2
unconventional
  21:9
under   65:12
  75:11,13 95:17
  96:22
undergraduate
  8:10
understand
  6:18 10:15,22
  23:11,14 24:11
  27:5 28:14
  29:25 30:20
  38:16 39:3,17
  43:12 46:5
  54:19 55:2,7
understanding
  28:9,25 29:25
  30:7 31:6 34:14
  39:9 46:17,23
  46:24,25 54:1
  56:16 57:13

61:23,25 85:7

**understood**
6:19,25

**unfairly** 43:5,14

**unincorporated**
5:22,23

**union** 2:2,6 8:11

**unit** 14:15

**united** 1:1

**units** 50:4

**university** 8:7
8:11

**update** 17:3,6,8
17:15

**updated** 14:17
16:25 17:17

**upper** 38:3

**used** 38:18
63:18 64:10
95:19

**usually** 26:1

**v**

**v** 95:7

**verbal** 6:10,13

**verbatim** 13:14

**verified** 87:17

**verify** 95:12

**veritext** 95:1,15
95:21

**veritext.com**
95:15

**version** 40:8

**versus** 30:3

**vibrant** 56:17

**virtue** 18:18

**visit** 87:5

**visiting** 13:21

**voices** 84:12

**volunteer** 14:24
15:12,23 18:21

**volunteering**
18:24

**volunteers**
14:20,21 15:4,8
15:9,10,15,17
15:25 16:4,7,12
16:14,16,17
18:18 20:5,6,8
42:25

**vote** 10:1,8,11
20:17 45:21
53:9,10,16,19
53:23 54:2,5,16
54:17 56:15
63:21

**voter** 20:22,25
21:6

**voters** 51:7
61:18

**voting** 15:7
46:18 48:17,19
51:17 63:25
75:22,25 76:4
76:10 85:6,7,23

**vs** 1:6 96:1

**w**

**wait** 39:23

**waive** 91:24

**walked** 87:17

**want** 6:21 30:4
51:20 68:20
75:19

**wanted** 40:17
58:15,17 88:1

**warren** 2:6
91:25 92:4

**way** 12:23 13:19
13:20 14:5,12
16:20 18:6
20:25 39:21
53:23 59:15
67:1 70:21
87:12,13

**we've** 48:3

**website** 13:20
13:21

**went** 12:15 24:8

**west** 2:3 23:25
24:1,15,24 25:3
27:6,10 29:2
49:2,5,7,8,19
55:1,1 56:5

**western** 33:20

**whatnot** 7:10
25:20

**white** 43:25
58:7,16,18,21
58:23 59:3,9,16
59:25 60:10

**wiggle** 66:3

**wise** 39:12

**withdraw** 72:20
75:12

**witness** 3:2 5:3
6:2 19:24 21:15
30:11 31:11
45:23 46:12
47:5,10 50:9
51:9 54:8,12
58:5 60:2,13
66:1,3 67:8,22
79:20 81:2 82:4
83:16 84:7
89:12 93:14

**witnesses** 91:1

**wondering**
59:13

**wood** 2:10

**word** 15:20

**words** 14:21
26:2 30:2

**work** 14:25
58:18 89:17

**works** 14:1

**write** 41:12

**wrote** 47:15

**wynwood** 37:21
37:22

**x**

**x** 5:20

**y**

**yeah** 15:19
17:11 36:18
38:22 44:13
46:7,16 47:22
49:21 50:11,14
50:19 51:22

**[yeah - youth]**                                    Page 120

58:14 59:11
61:25 62:8,10
63:16 66:18
68:17 76:6 77:4
77:11 80:3 83:1
**year**   8:8,13 9:11
11:14 88:20,20
**years**   9:17 10:7
11:5 48:6 68:17
70:22,23 71:2
87:6,8 88:21
**yellow**   38:23,24
**youth**   16:14

Federal Rules of Civil Procedure

Rule 30

(e)  Review  By  the  Witness;  Changes.

(1)  Review;  Statement  of  Changes.  On  request  by  the
deponent  or  a  party  before  the  deposition  is
completed,  the  deponent  must  be  allowed  30  days
after  being  notified  by  the  officer  that  the
transcript  or  recording  is  available  in  which:

(A)  to  review  the  transcript  or  recording;  and

(B)  if  there  are  changes  in  form  or  substance,  to
sign  a  statement  listing  the  changes  and  the
reasons  for  making  them.

(2)  Changes  Indicated  in  the  Officer's  Certificate.
The  officer  must  note  in  the  certificate  prescribed
by  Rule  30(f)(1)  whether  a  review  was  requested
and,  if  so,  must  attach  any  changes  the  deponent
makes  during  the  30-day  period.

DISCLAIMER:  THE  FOREGOING  FEDERAL  PROCEDURE  RULES
ARE  PROVIDED  FOR  INFORMATIONAL  PURPOSES  ONLY.
THE  ABOVE  RULES  ARE  CURRENT  AS  OF  APRIL  1,
2019.  PLEASE  REFER  TO  THE  APPLICABLE  FEDERAL  RULES
OF  CIVIL  PROCEDURE  FOR  UP-TO-DATE  INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.