Page 1

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF FLORIDA
2
               CASE NO. 1:22-cv-24066-KMM
3
4    GRACE, INC., et al.,
5        Plaintiffs,
6    vs.
7    CITY OF MIAMI,
8        Defendant.
     _____/
9
10
                DEPOSITION OF REBECCA PELHAM
11
               (Conducted Via Videoconference)
12
13   DATE TAKEN:          October 17, 2023
14   TIME:                2:28 p.m. to 7:24 p.m.
15   PURSUANT TO:         Notice by counsel for
                          Defendant for purposes of
16                        discovery, use at trial or such
                          other purposes as are
17                        permitted under the Florida Rules
                          of Civil Procedure
18
     BEFORE:              Denise Smith Byer, RPR, FPR
19                        Notary Public, State of
                          Florida
20
                          Pages 1 - 180
21
22
23
24
25

Page 2

```
 1   APPEARANCES:
 2   CAROLINE ANDREWS MCNAMARA, ESQUIRE
     American Civil Liberties Union of Florida
 3   4343 W. Flagler Street
     Suite 400
 4   Miami, Florida 33134
     Cmcnamara@aclufl.org
 5       Attorney for Plaintiff
 6   GEORGE LEVESQUE, ESQUIRE
     Gray Robinson, P.A.
 7   301 S. Bronough Street
     Suite 600
 8   Tallahassee, Florida 32301
     George.levesque@gray-robinson.com
 9       Attorney for Defendant
10                   I N D E X
11   DIRECT EXAMINATION BY MR. LEVESQUE          4
     CROSS-EXAMINATION BY MS. MCNAMARA         171
12   REDIRECT EXAMINATION BY MR. LEVESQUE      174
     CERTIFICATE OF OATH                       177
13   CERTIFICATE OF REPORTER                   178
     READ & SIGN LETTER                        179
14   ERRATA PAGE                               180
15
16
17
18
19
20
21
22
23
24
25
```

```
                                              Page 3
```

```
 1                    INDEX OF EXHIBITS
 2     EXHIBIT         DESCRIPTION              PAGE
 3     For the Defendants:
 4     Exhibit 1        Notice                    7
 5     Exhibit 24-34    Declaration              79
 6     Exhibit 24-14    February 25, 2022
                        Transcript               87
 7
       Exhibit 24-16    March 11, 2022 Transcript  92
 8
       Exhibit 82-2     June 14, 2023 Transcript   96
 9
       Exhibit 24-83    2022 Enacted Plan         110
10
       Exhibit 82-24    Resolution 23-271         122
11
       Exhibit 82-34    Plaintiff's Map 1         142
12
       Exhibit 82-12    Appendices                142
13
       Exhibit 82-35    Plaintiff's Map 2         150
14
       Exhibit 24-82    2013 Plan                 156
15
       Exhibit 82-36    Plaintiff's Map 3         157
16
       Exhibit 82-37    P4 Plaintiff's Map 4      165
17
18
19
20
21
22
23
24
25
```

```
                                                   Page 4

 1                    REBECCA PELHAM,

 2    the witness herein, being first duly sworn on oath, was

 3    examined and deposed as follows:

 4                    DIRECT EXAMINATION

 5    BY MR. LEVESQUE:

 6         Q.   Good afternoon, Ms. Pelham.  My name is

 7    George Levesque.  I'm with Gray Robinson, and I

 8    represent the City of Miami.

 9              Before we get started today, have you

10    ever been deposed before?

11         A.   No, I have not.

12         Q.   Okay.  Have you ever testified in court

13    before?

14         A.   No, I have not.

15         Q.   Okay.  I'm going to go over a few ground

16    rules before we get started.

17              Obviously this is a deposition, and I'll

18    be asking questions and you'll be giving answers.

19    The court reporter will be taking down everything

20    that we say.

21              At different times during the deposition

22    your counsel may object.  If she objects, let her

23    get her objection on the record, and then I may

24    ask you to go ahead and answer.  I might have a

25    colloquy with your counsel about his or her
```

Page 5

1     objection.  And then from there we'll kind of
2     figure out what will happen.
3            But in those circumstances where I've
4     asked you to answer the question and she's not
5     instructed you not to answer, I request that you
6     go ahead and answer.
7            The important thing that sort of governs
8     all of that is that we not talk over each other.
9     Because the court reporter is taking everything
10    down.  Once more than one person starts talking,
11    it becomes very difficult to start taking down
12    what two people are saying, and even more
13    confusing when three people are talking.
14           Another rule is, as I ask questions, if
15    you answer the question, I'm going to assume that
16    you understood the question that I asked.  If
17    there's any question that you don't understand,
18    either because you didn't hear me or it's a
19    confusing question, and there might be some of
20    those, just ask me to repeat it or rephrase it and
21    I'll do the best I can.
22           But if you answer the question that I
23    ask, I'll assume that you understood it.  Is that
24    fair?
25           A.   Yes.

1          Q.   Okay.  Are you under any medication that

2     would impair your ability to testify truthfully

3     today?

4          A.   No, I'm not.

5          Q.   Okay.  Are you under any medication that

6     would impair your ability to remember things?

7          A.   No, I'm not.

8          Q.   What is your current residential address?

9          A.   My address is 1011 Bay Drive, Apartment

10    206, and that's Miami Beach, Florida 33141.

11         Q.   And so you're not a resident of the City

12    of Miami, are you?

13         A.   Not -- not currently, no.

14         Q.   Have you ever been a resident of the City

15    of Miami?

16         A.   I have, yes.

17         Q.   When was that?

18         A.   From late 2012 until I believe 2015,

19    2016.

20         Q.   And have you lived in Miami Beach since

21    that time?

22         A.   No.  I moved to North Miami after that,

23    and I moved to Miami Beach in August of 2020.

24         Q.   Now -- one moment.

25              MR. LEVESQUE:  We'll go off the record.

Page 7

```
 1              (Discussion off the record.)
 2      BY MR. LEVESQUE:
 3          Q.   I am going to show a document that we are
 4      going to mark as Defendant's Exhibit 1.
 5      (Defendant's Exhibit 1 marked for identification.)
 6      BY MR. LEVESQUE:
 7          Q.   And have you seen this document before?
 8          A.   Yes, I have.
 9          Q.   And you see there's a list of topics on
10      the back with Schedule A?
11          A.   Yes.
12          Q.   Okay.  Before we get started kind of
13      going through things, what did you do to prepare
14      for your deposition today?
15          A.   I spoke with my counsel and reviewed any
16      internal documents that we had that may pertain to
17      these questions.
18          Q.   Okay.  And what documents did you
19      review?
20          A.   I looked at my declaration that was
21      submitted in February of 2022.  I looked at, you
22      know, different documents that were requested, so
23      the former social media posts or e-mails that we
24      sent out about redistricting.  The supplemental --
25      some of the documents that were filed in court of
```

Page 8

1     the case.  I apologize if I'm blanking on the

2     title.

3         Q.   It's not a memory contest.  It's what you

4     know.

5              Do you understand that you have been

6     designated to testify as the corporate

7     representative for Engage Miami?

8         A.   Yes.

9         Q.   How was the decision to select you to

10    testify on your behalf?  And if -- I don't want to

11    know conversations that involved your attorneys.

12    Just internally for Engage Miami, how was that

13    decision made?

14        A.   Simply because I serve as the executive

15    director and so have kind of a high level overview

16    and responsibility for the organization as a

17    whole.

18        Q.   Where are you currently employed?

19        A.   I'm employed at Engage Miami.

20        Q.   And how long have you been employed with

21    Engage Miami?

22        A.   For a little over five years, since July

23    of 2018.

24        Q.   And before then, when were you employed

25    or where were you employed?

1          A.   I was employed at Miami-Dade College,

2     where I served as the director of the Institute

3     for Civic Engagement and Democracy of the North

4     Campus.  And previous to that I was in AmeriCorps

5     Vista.  I also served at that same office at the

6     college.

7          Q.   And can you briefly describe your

8     education background?

9          A.   Sure.  Attended public school growing up.

10    And then did a bachelor's at Bard College in

11    Upstate New York, and then I did a master's in

12    education at the University of Miami.

13         Q.   Do you hold any other degrees or

14    certifications?

15         A.   No.  Just a bachelor's and a master's.

16         Q.   And where did you attend public high

17    school?

18         A.   In -- I believe it's in East Mountpelier,

19    Vermont.  It's called U-32 High School.

20         Q.   It's fascinating to see how other states

21    and localities name schools.

22         A.   Students actually voted on it in the --

23    way back when.

24         Q.   Have you ever been charged with a crime?

25         A.   I believe I was charged with a

Page 10

1    misdemeanor in 2021, but it was not -- I was not
2    convicted.
3         Q.   What was the occasion that you were
4    charged or what was the --
5         A.   I ended up being -- getting a driving
6    while ability impaired.
7         Q.   And adjudication was withheld?
8         A.   I don't know exactly what that means.  I
9    apologize.
10        Q.   Sure.  If I understood from your prior
11   answer, it was a charge that you weren't convicted
12   of?
13        A.   Correct.
14        Q.   Now, other than speaking with your
15   counsel and reviewing the documents, did you speak
16   with anyone else regarding your deposition today?
17        A.   No.  I let staff know that I would be at
18   the deposition.  And Yanelis, who had done the
19   deposition earlier as an individual plaintiff,
20   wished me good luck and -- but we really didn't
21   talk about it.
22        Q.   Other than staff with Engage Miami, did
23   you speak with any of the other plaintiffs about
24   your deposition today?
25        A.   No.

Page 11

```
 1        Q.   Have you ever spoken to any other -- any
 2    of the other plaintiffs regarding this litigation?
 3        A.   Me personally, no, I don't believe I have
 4    done so.
 5        Q.   When was Engage Miami first incorporated?
 6        A.   2015.
 7        Q.   What is Engage Miami's mission?
 8        A.   Engage Miami's mission is to advance
 9    justice, sustainability and democracy by building
10    a culture of civic participation for young people
11    that is bold, local and impactful.
12        Q.   And how does it go about fulfilling that
13    mission?
14        A.   Engage Miami focuses on increasing the
15    civic engagement of young people, typically
16    between the ages of 16 to 35, through voter
17    engagement, which could look like voter
18    registration or voter education, leadership
19    development and civic education as well as
20    advocacy related to the issues that our members
21    prioritize.
22        Q.   And is Engage Miami a 501(c)(3)?
23        A.   501(c)(4).
24        Q.   And does Engage Miami support candidates
25    for office?
```

Page 12

1          A.    501(c)(4)s have the ability to support

2      candidates for office, but we have never publicly

3      endorsed.

4          Q.    Does Engage Miami advocate for particular

5      issues?

6          A.    Engage Miami has a platform for local

7      advocacy called the Young People's Policy

8      Priorities that was created with our members

9      around typically the topics of housing, transit,

10     public safety, climate and environment, education

11     and democracy and voting rights.

12         Q.    And specifically related to the City of

13     Miami, has Engage Miami engaged in efforts to

14     influence the City's policy positions?

15         A.    Could you define what a policy position

16     is?

17         Q.    Sure.

18         A.    A policy with a specific legislation.

19         Q.    Yes.  So, for example, say the City

20     hypothetically was drawing redistricting maps for

21     the City.  Is that an area where Engage Miami

22     would look to influence the City's decision-making

23     processes?

24         A.    Yes.  We would encourage people to do

25     public speaking, provide education about what

Page 13

```
 1      different issues the commission was considering.
 2      You know, we've been involved in Little Haiti, for
 3      example.  There's been a lot of development, so
 4      getting young folks aware of how to make a
 5      difference around topics of affordable housing.
 6      And then with the redistricting process,
 7      encouraging young people to be aware and engaged
 8      and use their voice to make a difference on issues
 9      that matter to them.
10          Q.   Related to the redistricting process,
11      what was Engage Miami's goals in attempting to
12      influence the City's decision-making on that
13      particular topic?
14          A.   So we have gotten involved with census
15      outreach to make sure that hard-to-count
16      communities were included in the census process.
17      And so we were aware that that census information
18      would then be used for the purpose of
19      redistricting, and our intent was to educate our
20      members and young people in the City about how
21      redistricting works, how to get involved, and then
22      to encourage public participation in the process
23      so that decision makers understood where the
24      public was and redistrict lines that were fair,
25      constitutional, you know, obviously in line with
```

Page 14

1      the Voting Rights Act.  Yeah.

2          Q.   Now, as part of those efforts, did Engage

3      Miami draft documents that were disseminated to

4      those age groups that they were trying to engage?

5          A.   We created social media posts about -- as

6      well as e-mails that we sent out about when the

7      City Commission was having hearings on that

8      matter, how to give public comment, specifically

9      talking about Coconut Grove being split, and that

10     was a topic that had come up, sharing some history

11     about the West Grove.

12              I think we shared, you know, some clips

13     of how the members of the public as well as some

14     clips from the commissioner speaking on the dais.

15     So that folks who weren't at the hearing could see

16     what was said there.

17         Q.   The clips of commissioners that were

18     speaking on the dais, what are the types of clips

19     that you would have shared with your members or

20     the people that you were seeking to engage with?

21         A.   They were just from the public -- the

22     public TV that the commission provides so that

23     people can view public hearings.  So just little,

24     you know, probably 20- to 30-second excerpts from

25     different folks.  And those were shared on our

Page 15

1      social media.

2          Q.    Okay.  Do you recall if you shared any

3      clips from any particular commissioner?

4          A.    I'd want to go back and double-check.  I

5      believe there's maybe three examples that we used.

6      I think -- I would want to double-check who

7      exactly.  I believe Ken Russell was one of them.

8      I believe Joe Carollo was one of them.  But I

9      would want to verify.  It's on our Instagram

10     account.

11         Q.    And do you recall either what the subject

12     matter or why you would have shared either of

13     those -- with the caveat that it might not have

14     been those, but do you recall generally topically

15     what might have been addressed and the point that

16     you were conveying with sharing those video clips?

17         A.    I think the point was just to give people

18     a window into the kinds of conversations that were

19     being had during the public hearings and to

20     understand the discourse and different points of

21     view that were being expressed by commissioners as

22     well as residents giving public comment.

23         Q.    You mentioned census outreach as part of

24     your -- somebody that cooperated with.

25              What was census outreach?

1       A.    Yeah.  So I think that's part of our

2    mission of increasing civic engagement.  There are

3    communities that are hard to count, and young

4    people are often one of those communities.  And so

5    having a full count of everyone helps better

6    inform processes like redistricting and the

7    allocation of resources.

8            So we just tried to educate young people

9    that the census was happening, you should

10   participate in it, here's how to do so, it's a

11   short, you know, form.  And just to -- public

12   education about the census process.

13      Q.    Is Engage -- and when I say "Engage,"

14   unless I'm using it in the context of a verb, is

15   it fair that you understand "Engage" would refer

16   to Engage Miami?

17      A.    Yes.

18      Q.    I don't want to add more words to a

19   sentence than I need to, so wherever I condense,

20   it's good.

21           Does Engage have a board of directors?

22      A.    Yes.

23      Q.    Who is the chair of the board?

24      A.    Aimee Ferrer is the chair of the board.

25      Q.    And are you familiar with her background?

Page 17

1          A.    She was a federal public defender, but

2     now I believe she works for a private firm.  I

3     don't recall exactly the name of that firm.

4          Q.    If I understood, you're the executive

5     director?

6          A.    Yes.

7          Q.    Do you also hold the title of CEO?

8          A.    I am the chief officer of the

9     organization, but that is not a title that we

10    usually use to refer to my position.

11         Q.    Okay.  Does Engage's board have a

12    secretary?

13         A.    Yes.

14         Q.    Who is the secretary?

15         A.    James Lopez.

16         Q.    And what is Mr. Lopez's background?

17         A.    Do you mean work background or --

18         Q.    Either.  Either work or, you know, if

19    there are other things that would normally --

20    usually there are -- and if you disagree, please

21    let me know -- but usually people are selected to

22    be on the board because they have a particular

23    skill set or a background that a board believes is

24    going to be beneficial to the organization.  So

25    that's sort of what I'm getting at with my

Page 18

```
 1        questions.
 2             A.    Got you.
 3                   James is the executive director of
 4        Power U - Center for Social Change.
 5             Q.    And what is that organization?
 6             A.    That is a nonprofit organization that
 7        gets young people, typically high school students,
 8        involved in creating social change through their
 9        membership base, through advocacy, through civic
10        engagement.
11             Q.    Does Engage have a treasurer?
12             A.    Yes.
13             Q.    And who is the current treasurer?
14             A.    Jude Bruno.
15             Q.    And what is Jude Bruno's background?
16             A.    Jude works for United Teachers of Dade.
17        I believe his current title is director of
18        communications and engagement, but that might not
19        be the exact title.
20             Q.    And does Engage have a vice chair?
21             A.    Yes.
22             Q.    Who is the vice chair?
23             A.    Rodney Jacobs.
24             Q.    What is Mr. Jacobs' background?
25             A.    Rodney works for the City of Miami for
```

Page 19

1         the CIP, Civilian Investigative Panel.

2              Q.   Are there any other officers?

3              A.   On the executive committee?

4              Q.   Yes.

5              A.   No.

6              Q.   What about on the board of directors?

7              A.   Yes.  There's a few additional members.

8              Q.   Okay.

9              A.   Akivia Bassaragh, who's an attorney.

10             Q.   And do you know what type of law she

11        Ms. Bassaragh practices?

12             A.   We've talked about it, but --

13             Q.   Any other officers other than

14        Ms. Bassaragh?

15             A.   Yes.  Pauline Greene, who's the executive

16        director of the -- they just rebranded, but I

17        believe it's the Alliance for LGBTQ Youth.

18             Q.   Anybody else?

19             A.   Yes.  Rachel Prestipino.  She used to be

20        the director of PACT, People Acting for

21        Communities Together.  And is currently I believe

22        a vice president for advocacy at Catalyst Miami.

23             Q.   Any other directors?

24             A.   Randy Grace.  And both Randy and Rachel

25        joined the board two weeks ago was their

Page 20

```
 1      on-boarding.  Randy Grace, I believe has a
 2      background as a -- an aide to a commissioner in
 3      Miami Gardens and generally in the public
 4      administration.
 5          Q.   And any other officers or any other
 6      directors?
 7          A.   No.
 8          Q.   What is Engage Miami's physical address?
 9          A.   Our physical address -- we just moved
10      this summer -- is now at 10800 Biscayne Boulevard,
11      Suite 570, that's Miami, Florida 33161.
12          Q.   So that is within the City limits?
13          A.    It is not.  I believe it is
14      unincorporated.  But we used to be in the City
15      limits.
16          Q.   You say you moved this summer?
17          A.   Yes.  In late June.
18          Q.   Does Engage Miami keep and maintain
19      bylaws?
20          A.   Yes.
21          Q.   Does it also have an operating agreement?
22          A.   Can you define --
23          Q.   Some organizations use an operating
24      agreement that might be a little more detailed or
25      less detailed than the bylaws that sort of is
```

Page 21

1        easier to amend and a little more flexible.

2             A.    Oh.  I don't -- no, I don't believe so.

3             Q.    Does Engage Miami maintain, like, a

4        membership status?

5             A.    Yes.  We have organizational members.

6             Q.    What does it take to become an

7        organizational member?

8             A.    First, a potential member would learn

9        about the organization, express interest, and we

10       have, like, a member interest form on our website

11       as well as on some other documents that we hand

12       out.

13             And then would be invited to a meeting or

14       a one-on-one with an organizer.  Provided

15       information about the organization, about our

16       issue platform.

17             And then signs what we would call a

18       member agreement, saying that they are interested

19       in being a member, they understand what that

20       means, what are -- you know, our organizing

21       platform is and to act with the values of an

22       Engage member.

23             Q.    You referred to it as an organizational

24       member.

25             Does that mean that Engage Miami is made

Page 22

1      up of other organizations or an individual becomes
2      a member of the organization?
3           A.   The latter.  The individual becomes a
4      member of the organization.
5           Q.   And other than being willing to go
6      through the introductory processes and sign the
7      member agreement, are there any other requirements
8      or qualifications for becoming a member of Engage
9      Miami?
10          A.   Members are asked to contribute
11     financially to the organization unless they have a
12     hardship and are unable to do so.  Members are
13     asked to affirm and sign on to our issue platform
14     and to help us keep that updated with member
15     input.  And to participate in our events, our
16     advocacy campaigns, volunteer with us and stay
17     active.
18          Q.   In terms of the financial contribution,
19     is there a recommended amount?
20          A.   Our recommended minimum is $3 a month,
21     but we encourage people to give whatever is a
22     meaningful donation to them.  So for some folks
23     that's higher.  For some folks it's a one-time
24     donation, but they feel comfortable doing so.  But
25     we try to make it equitable for folks.

Page 23

```
1           Q.    Now, when someone becomes a member, do
2      they receive any materials or receive a decoder
3      ring or anything like that?  I mean that a little
4      facetiously, but is there like a member packet
5      that's provided to them?
6           A.    Yeah.  We've updated things over the
7      years.  We might hand out -- for example, we
8      created a journal that talks about the different
9      issues, talks about what civic engagement means,
10     how to tell your story for social change.  And so
11     for this year at our first annual meeting, we
12     handed that out to all members.  You know, they'll
13     get an overview of the organization, but typically
14     that would be, like, via member meetings, whatever
15     slide deck we had prepared for that.  But there's
16     no standard one-size-fits-all, everyone gets the
17     same package.  We update it depending on --
18          Q.    Do those member communications include,
19     like, updates on litigation?
20          A.    I think that would mostly be via e-mail
21     and social media.  We send out a newsletter
22     saying, you know, what was happening with this
23     litigation, for example.  I think that typically
24     would be the e-mail.
25          Q.    And who's responsible for drafting those
```

Page 24

1    communications?

2         A.   It can depend a little bit.  Typically

3    our director of organizing and advocacy would

4    review, but she may assign another staff member to

5    do a first draft or one staff member to do one

6    draft, another to do another component of it.

7              We also have a senior communications

8    manager.  He's responsible for maintaining e-mail

9    infrastructure and bringing everything together.

10   So depending on the content of the newsletter,

11   different people might draft that.

12        Q.   For the standpoint of approval of those

13   communications before they're sent out, can you

14   describe that process?

15        A.   So ultimately I would have approval, but

16   I delegate that authority.  Typically if it's

17   advocacy and organizing oriented, I would delegate

18   that to Yanelis, who is the director.  And if she

19   had questions, she might ask me about -- about

20   something.  Yeah.  Other kind of communications

21   might have a different approver.  But for

22   something that was advocacy or organizing related,

23   she would sign off.

24        Q.   Does Engage Miami maintain a membership

25   list?

Page 25

1      A.    Yes.  We have a software that we use to
2    track engagements of volunteers, members, events,
3    activities.
4      Q.    Does that engagement list include
5    residential addresses?
6      A.    Yes.
7      Q.    Do you know if anyone from Engage Miami
8    has gone through the process of identifying
9    whether they have a member in each of the
10    districts?
11      A.    Yes.  I believe I have seen a workbook
12    that shows the addresses in which districts.
13      Q.    And so if I understood correctly, you
14    described the workbook that shows the addresses in
15    which districts.
16          Do you know who compiled that workbook?
17      A.    I believe our director of organizing and
18    advocacy, but she might have instructed, for
19    example, our data associate to pull that report
20    from our database for her.  So whether she did it
21    herself personally, but I believe that she would
22    have been the one to provide that direction.
23      Q.    Would that have been Yanelis?
24      A.    Yes.
25      Q.    And do you know roughly when she would

Page 26

```
 1      have done that or directed somebody else to do
 2      that?
 3           A.   I believe initially before this case
 4      started, which would have been fall of 2022.
 5      Sorry, I'm going -- 2021.
 6                MS. MCNAMARA:  I think it's 2022.  We
 7           filed the complaint in November or December
 8           of 2022.
 9                THE WITNESS:  Okay.  In advance of filing
10           the complaint.  And I believe it has also
11           been pulled and updated more recently to see
12           if people knew.  I believe I also saw a list
13           from October of 2023.
14      BY MR. LEVESQUE:
15           Q.   And in addition to identifying, like,
16      which City district a particular member lives in,
17      does it identify any other districts they might
18      live in, so for example, a congressional district,
19      a state house or senate district, a county
20      commission district or --
21           A.   We would be able to pull that information
22      based on their address.  But I believe -- like the
23      Excel or Google sheet workbook that I reviewed did
24      not pull it by other districts.  But we have that
25      information available.
```

Page 27

1      Q.   Is there a reason why that workbook would

2    include a designation of which City district they

3    were in?

4      A.   I think for the sake of reviewing for

5    this case, what members lived where within the

6    City of Miami.

7      Q.   And do you recall personally reviewing

8    that list and checking off, yes, we've got

9    somebody for District 1; yes, we've got somebody

10   for District 2; yes, we've got somebody for

11   District 3 and 4 and 5?

12     A.   I believe that was discussed in a

13   meeting, and I would have seen the workbook, but I

14   don't think I went through and double-checked

15   every address.  I think I just went through and

16   was like, okay, yes, we've got folks in all

17   districts.

18     Q.   Do you know who would have specifically

19   kind of put together or double-checked to make

20   sure that actually occurred?

21     A.   I believe Yanelis would have, perhaps

22   with the support of legal counsel to double

23   verify.

24     Q.   Does Engage Miami, when it was going

25   through that residential process, does it verify

1      where its members live?

2            A.    Going through that residential process --

3            Q.    I'm sorry.  Going through that

4      application process, does it verify the

5      residential address of where they live?

6            A.    As members are on-boarded and complete

7      our member form, they are asked to fill out a form

8      and list out their address.

9            Q.    Do you ever have instances where, like,

10     say you're mailing a hard copy to someone and the

11     resident is no longer here?

12           A.    We don't do mailings specifically to

13     members very often.  If we're sending out, for

14     example, one of our non-partisan voter guides,

15     yes, we will get some back, but that's pulled from

16     people's voter files versus our member sign-ons.

17                 So it's possible -- I know we have mailed

18     members at times.  I think we did holiday cards.

19     But it's possible some came back.  But we just ask

20     people to update it as they -- as they move.

21           Q.    Has Engage Miami maintained a copy of the

22     documents or the e-mails and external

23     communications that it created and distributed to

24     influence the City's redistricting process?

25           A.    Yes.  We have records of our social media

Page 29

```
 1        posts and the e-blasts, which would be the methods
 2        of communication.
 3            Q.   For social media, does Engage Miami
 4        maintain publicly accessible social media
 5        accounts?
 6            A.   Yes.
 7            Q.   So anyone can like log on, create an
 8        account and view Engage Miami's postings?
 9            A.   I -- yes, I believe so, across our social
10        media platforms.
11            Q.   Are any of Engage Miami's postings for
12        members only?
13            A.   Not on social media.
14            Q.   You indicate "not on social media."
15            Are there other non-publicly available
16        access points where members only can access and
17        view materials provided by Engage Miami?
18            A.   We might send an e-mail specifically to
19        our member list, both current and lapsed, versus a
20        general newsletter to anyone who's ever, you know,
21        signed up to receive our newsletter.  That's a
22        little more specific to actions or events or
23        updates pertaining to members.
24            Q.   Does Engage Miami maintain that type
25        of -- even separate and apart from e-mail
```

Page 30

```
 1      distribution, does it maintain a -- like a

 2      members-only login for web access to talking

 3      points or other types of advocacy materials that

 4      are not distributed?

 5          A.   I don't think we have like a member

 6      portal or -- no.  I think any materials like that

 7      would be at a member meeting or through via

 8      e-mail.

 9          Q.   Did Engage Miami hold member meetings

10      related to redistricting?

11          A.   I don't think that was ever the main

12      topic.  It might have been mentioned that this was

13      something that was also happening.  There were

14      member meetings where we talked about the issues

15      that relate to young people.

16               So it's possible we provided updates and

17      got, you know, some input.  We held community

18      meetings about the redistricting process.  I

19      believe in Coconut Grove and Overtown.  But our

20      member meetings have I would say, like, a broader

21      agenda.

22          Q.   Now, you mentioned community meetings

23      there in Overtown and Coconut Grove.

24               What was the purpose of those meetings?

25          A.   Those meetings were to provide an
```

Page 31

1      opportunity for public feedback and input about

2      some of the proposed plaintiff's maps, as we were

3      developing them in, I want to say late May and

4      June of this year.

5          Q.    And how were those meetings publicized?

6          A.    I believe for us via social media and

7      e-mail.  And there were partner organizations and

8      our plaintiffs involved as well, so they would

9      have sent them out through their communications

10     channels too.

11         Q.    Why did Engage Miami decide to hold these

12     community meetings for public input on the maps

13     that they were working on?

14         A.    I think it's part of our values about

15     getting community input and public participation

16     and providing civic education and to have a

17     participatory process where folks could give input

18     and feedback and we can incorporate that.

19         Q.    Was it your understanding that the

20     plaintiffs, including Engage Miami, have proposed

21     four alternative maps for the Court to consider?

22         A.    Yes.

23         Q.    Were the meetings, in terms of the

24     sequence of those releases, Plaintiff's 1 was

25     released first, then 2, then 3, then 4?

1         A.    I believe 1 and 2 were offered kind of as

2    side-by-side options, and then 3 was developed as

3    a result of getting feedback and input.

4         Q.    Okay.   In terms of the development of 1

5    and 2, do you know if the community meetings were

6    held before plans 1 and 2 were submitted to the

7    City or the Court?

8         A.    Before they were submitted to the City or

9    the Court?   I would want to double verify.

10        Q.    That's fair.   I think from a sequence

11   standpoint, I'll represent that the plans were

12   shared with the City first and then later

13   everything was filed with the Court.

14              But from the terms of being shared with

15   the City first, do you know if community meetings

16   were held to review and propose suggestions to

17   drafts of plan 1 and plan 2 before they were

18   submitted to the City?

19        A.    I could not verify with certainty when

20   our plans, the plaintiff's map 1 and 2 were

21   submitted to be viewed by the City, but I know

22   that we did share them.   But there were

23   commissioners who had input on them and had access

24   to them around the same time that we were doing

25   the public input meetings.   But when they were

```
 1        formally shared with the City, I'm not 100 percent
 2        sure of the timing versus the public meetings.
 3            Q.   For the community meetings, did you
 4        invite any of the City Commissioners to be present
 5        and participate in the meetings?
 6            A.   I don't believe that we had specific
 7        outreach to commissioners, but I would need to
 8        verify that.  But I -- to my knowledge, no.
 9            Q.   Who would you verify that information
10        with?
11            A.   I would want to ask our communications to
12        track any e-mail outreach to invite people to --
13        but my understanding is that those were really for
14        the public, for community members.  I don't -- I
15        don't believe so.
16            Q.   Would it be inappropriate for a City
17        Commissioner to attend one of those meetings and
18        listen to what's being shared?
19            A.   I don't believe as an individual.  I
20        mean, I know that there are sunshine laws, and
21        that when two commissioners are in the same place,
22        they can't discuss matters in a certain way, so I
23        would want to get legal advice on that.  But I
24        believe if a commissioner wants to attend a
25        community meeting as a person, they can do so.
```

Page 34

1      I'm not -- yeah.

2           Q.   Do you know if the meetings were

3      recorded?

4           A.   I cannot verify, but I don't believe so.

5           Q.   Are you aware of whether news reporters

6      were ever there for portions of the community

7      meetings?

8           A.   I believe so.

9           Q.   Do you know --

10          A.   I did not -- I was traveling at the time,

11     so I wasn't there myself.  But I believe so.  I

12     think so.

13          Q.   Do you know if someone requested the news

14     reporter and the cameramen to leave and asked them

15     not to record any of this?

16          A.   I don't have knowledge of that.

17          Q.   You indicated that you weren't -- were

18     you there personally present at any of the

19     community meetings?

20          A.   No.  I was traveling at the time, so I

21     just got updates from staff.

22          Q.   From the standpoint of your organization,

23     did they have someone at each of those meetings?

24          A.   Yes, our organization had representation.

25          Q.   And I think you mentioned the

1     communications director.

2             Do you know if that person was at those

3     meetings?

4        A.   I know for sure that Yanelis Valdes, our

5     director of organizing and advocacy was.  I

6     believe Lexi, Alexandra Contreras, our senior

7     communications manager was, and maybe one or two

8     other staff.  But I would need to verify.

9        Q.   Ms. Valdes and Ms. Contreras are both

10    plaintiffs in this action?

11       A.   They are, yes.

12       Q.   Did you speak with them in getting ready

13    for your deposition today?

14       A.   No.  I didn't really discuss it.

15       Q.   Did you talk with them about their

16    depositions?

17       A.   No.  Yane mentioned that it was intense,

18    but said good luck to me, but didn't discuss it

19    beyond that.

20       Q.   You mentioned that the community meetings

21    were held in Coconut Grove and Overtown.

22             Starting with the meetings in Coconut

23    Grove, do you know how many community meetings

24    there were?

25       A.   I think just one in each location.

Page 36

1      Q.   Do you know why those locations were

2   selected?

3      A.   I know that Coconut Grove, a lot of

4   residents had expressed concerns, and I believe

5   some of the other plaintiffs had -- had locations

6   or are more deeply involved in that area, such as

7   GRACE.

8           And then over time, I believe there was

9   dialogue about, you know, what district might that

10  be in, wanted to make sure we got input from

11  residents there, as well as just selecting central

12  locations for folks across the City to be able to

13  attend on short notice.

14     Q.   Is there a reason why you didn't hold

15  community meetings in any of the other districts

16  other than District 2 and 5?

17     A.   My knowledge was that it was a capacity

18  and timing issue that we held one and then

19  realized that there was appetite for more and held

20  another, and wanted to hold them in different

21  parts of the City so folks could attend.

22     Q.   In terms of the capacity and timing, did

23  you prioritize the people that were complaining

24  the loudest?

25     A.   I was not personally involved in the

Page 37

1    selection of the sites, but I believe there had

2    been community dialogue about different

3    neighborhoods including Overtown and Coconut

4    Grove, so we wanted to make sure locations were

5    accessible.

6        Q.    Would it be fair to say that the concerns

7    of the residents of Coconut Grove were that

8    Coconut Grove be kept whole?

9        A.    I couldn't speak for those at the

10   meeting.  But I believe that throughout the

11   redistricting process, that that topic and that

12   point came up quite a bit for many residents.

13       Q.    Was that a point of advocacy or concern

14   for Engage Miami?

15       A.    Engage Miami, I think we just wanted to

16   make sure that communities of interest were kept

17   together, that neighborhoods weren't split up,

18   that there was public participation, that

19   districts were compact wherever possible, and that

20   race didn't predominate in the districting

21   process.

22           And we definitely showed amplified

23   concerns that we're hearing from different

24   residents throughout the series of redistricting

25   hearings for the public.

Page 38

```
 1            Q.   You mentioned the term "communities of

 2       interest."

 3                 What does that mean to Engage Miami?

 4            A.   So I think it can mean different things.

 5       It might, for example, mean that folks have a

 6       similar location, neighborhood, that, you know,

 7       they share a downtown or that they have

 8       historically advocated together.  You know, it

 9       might be based on different concerns that

10       residents have about specific topics that might be

11       affecting their everyday lives, based on

12       neighborhood, et cetera.

13            Q.   And in regards to that description that

14       you provided, that might be a neighborhood, it

15       might be multiple neighborhoods that comprise a

16       community of interest.

17                 Would you agree with that?

18            A.   Yeah.  I think depending on the context,

19       the scale of that could be different.

20            Q.   And it might also involve, say, a part of

21       one neighborhood and a part of another

22       neighborhood that's experiencing similar things

23       that might be different than the broader

24       neighborhoods that they're a part of.

25                 Would you agree with that?
```

1        A.   I'm not entirely sure I understand the

2   question.

3        Q.   Sure.  Maybe we can attack it this way.

4             How familiar are you with Coconut Grove?

5        A.   I've never lived there.  I certainly

6   canvas there, especially in the West Grove.  I've

7   done a lot of door knocking.  I've visited.  I

8   have friends who have lived there.  So a level of

9   familiarity.

10       Q.   The area that you referenced as the West

11  Grove, is that different than the rest of Coconut

12  Grove or larger portions of Coconut Grove?

13       A.   I think depending on how granular a level

14  you get to, there's always, you know, sub- --

15  subgroups and subsegments within any area.

16            But I think Coconut Grove as a general

17  broader neighborhood has a really long history of

18  community involvement and engagement locally.

19       Q.   From the standpoint of Coconut Grove as a

20  broad group, broad geography, there are a lot of

21  wealthy people that live there in, say, comparison

22  to District 5.

23            Would you agree with me?

24       A.   I would assume that, yes.

25       Q.   It tends to be a whiter population in

Page 40

```
 1      Coconut Grove than what one might experience in
 2      any of the other districts, correct?
 3           A.   Depending on where you are, but I would
 4      say Coconut Grove is probably more white than
 5      other areas in the City.
 6           Q.   Okay.  And when you say "depending on
 7      where you are," the West Grove has the historic
 8      community of black residents, does it not?
 9           A.   Yes.
10           Q.   And a lot of those black residents, not
11      all of them, but a lot of them tend to be poor,
12      correct?
13           A.   There are definitely disparities in
14      wealth across the neighborhood.
15           Q.   And those disparities also translate to
16      different social problems that someone who's poor
17      financially and maybe renting and maybe facing
18      eviction, than say somebody like LeBron James or
19      David Beckham in this neighborhood, somewhere in
20      the Grove, I've heard that LeBron does.  Their
21      experiences and their issues are going to be
22      different from each other.
23                Would you agree?
24           A.   I think there's going to be diverse
25      experiences within a neighborhood, definitely.
```

Page 41

1      Inequity in society is going to play out on the

2      neighborhood level.

3          Q.   Okay.  In going back to my sort of

4      previous example -- and this is a hypothetical.

5      I'm not thinking about any particular area.  But

6      let's say you've got an area like West Grove that

7      has historically, arguably, at least, from some of

8      the other people that I've talked to in this

9      litigation, has historically been ignored and

10     overlooked in terms of their issues, that they

11     share those interests, those issues with someone

12     who might not be in District 2, but are pretty

13     close to District 2 and say District 3, and

14     they've advocated for the same issues.

15          Would that be a community of interest for

16     the purposes of consideration of whether they

17     should be united in the --

18          A.   I'm sorry.  Can you repeat the

19     question?

20          Q.   Sure.  When I originally asked the

21     hypothetical question about two groups that may

22     not live in the same neighborhood, but they reside

23     in close proximity to each other, but they

24     experience the same issues, and their issues are

25     probably different than the broader neighborhood

1      that they are a part of.

2              So the West Grove experiences, some of

3      the issues are going be the same, but some of the

4      issues are going to be different than what the

5      other residents of Coconut Grove experience.

6              Let's say that that minority population

7      in the West Grove is working with a minority

8      population in the southern part, that they're both

9      experiencing the same issues, they're in different

10     districts, but they advocate together, they've got

11     the same issues, they're pushing for the same

12     solutions.

13             Would that constitute a community of

14     interest?

15        A.   I'm definitely not, like, a legal scholar

16     in understanding, like, legally what is a

17     community of interest.  I think on the micro

18     level, right, some people might care about a park

19     that's really close to their house, and that could

20     be, you know, a geographic thing that people unite

21     in an interest around.  But you also might care

22     more broadly about in your neighborhood what's

23     happening with development or traffic that's

24     affecting everyone in kind of a larger historic

25     neighborhood.  And then certainly across the City,

1        there might be different folks who care about

2        similar issues who live in different places.

3               Yeah, I think that's kind of --

4        Q.   Would it be fair to say then community

5        interest is a somewhat flexible, malleable term?

6        A.   I think there's a level of interpretation

7        both on a -- you know, just using an everyday

8        language versus using it, you know, as criteria,

9        for example, for redistricting, that might be --

10       might have a stricter legal definition that not

11       being a lawyer I would not want to speak to beyond

12       my knowledge.

13       Q.   Well, and I'm not -- this is a term that

14       you interjected in your answer.  I'm not looking

15       for a legal definition or a legal treatise.  I'm

16       just looking for what your understanding, when you

17       talk about a community of interest, what would fit

18       into that community of interest and what would not

19       fit into that community of interest.

20              So I've given examples, and you haven't

21       really sort of addressed.  So are you able to help

22       me figure out where the borders of what would be a

23       community interest are and -- let me stop there

24       and ask that question.

25              Are you able to sort of define what those

Page 44

1    parameters are?

2         A.   I think a community of interest is a

3    group that has a history or a current situation in

4    which the issues that are affecting their everyday

5    lives and their perspectives are shared.  So that

6    could be living in Brickell and hearing about

7    issues that relate to Brickell.  That could be

8    living along 8th Street and caring about issues

9    that relate to history and tourism along the

10   historic 8th Street.  It could be living in area

11   that floods frequently.  I'm not sure if that

12   would be defined as a community of interest, but

13   that is especially affected by environmental

14   factors.

15            So those examples come to mind.

16        Q.   In all of those examples, there seem to

17   be a common interest that would unite the people

18   who have the concerns.

19            So when we talk about communities of

20   interest, would it be fair to say that the

21   fundamental sort of connector would be what the

22   interests are?

23        A.   That makes sense.

24        Q.   And is it also fair to say that when

25   we're talking about individuals, rarely are they

Page 45

1      monolithic in terms of interests?

2          A.   Yes.  Humans and people are diverse and

3      have many interests.

4          Q.   Could be interested in music, could be

5      interested in fighting global warming.  You can be

6      interested in fighting fair housing.  You could be

7      interested in zoning issues, preventing further

8      development.  You could be interested in

9      homelessness.  And it's not necessarily -- and you

10     might share some of those interests with a lot of

11     people, and you might share only some of those

12     interests with a few people.

13              Would you agree with that?

14         A.   Yes.  But I think in the concept of -- or

15     in relationship to where districts are, that's

16     typically going to be in a more geographic sense.

17         Q.   Fair enough.

18              Fair enough.  That's helpful.

19              I am going to show you a document, but I

20     am not going to mark it as an exhibit because it

21     is a large document.  So I'll try to avoid that,

22     Madam Court Reporter.

23              Now, if you need a moment to look at that

24     document, I'd ask that you would review it, but

25     have you seen this document before?

Page 46

```
 1          A.   I have seen it.  I have read it.  But,
 2     again, it is quite a long document, and so it is
 3     certainly not memorized.
 4          Q.   When was the first time that you reviewed
 5     this document, if you can recall?
 6          A.   I believe it was when we filed the claim
 7     initially.
 8          Q.   Let me back up.
 9               What is this document?
10          A.   To my knowledge, this is the complaint
11     that was filed with the court as we entered into
12     litigation.
13          Q.   Let me see if I can help you out a little
14     bit.  This is titled the First Amended Complaint.
15          A.   Yes.
16          Q.   Would that suggest that there was a
17     complaint that was filed before this one?
18          A.   I believe it would suggest that.
19          Q.   Do you know if anyone from Engage Miami
20     reviewed and approved this complaint before it was
21     filed?
22          A.   I would have read it and communicated
23     with our legal counsel.
24          Q.   Were you the primary contact for Engage
25     Miami dealing with your outside legal counsel?
```

Page 47

```
 1        A.   I would have been the primary contact
 2   representing the organization, but the individual
 3   plaintiffs would have been involved as well.
 4        Q.   And in terms of the individual
 5   plaintiffs, there's Ms. Valdes and Ms. Contreras.
 6             Are there any other Engage Miami
 7   employees that are plaintiffs in this litigation?
 8        A.   Employees, no.  But we do have another
 9   member who was involved.
10        Q.   And who is that member?
11        A.   Jared.
12        Q.   Okay.  And when you say "Jared," is that
13   Jared Johnson?
14        A.   Yes.
15        Q.   What is Mr. Johnson's role within Engage
16   Miami?
17        A.   He has been a member.
18        Q.   Does he hold any offices?
19        A.   No offices, to my knowledge.
20        Q.   He's not an employee?
21        A.   No.
22        Q.   Do you know if Engage Miami made changes
23   to this document before it was filed?
24        A.   I don't think we were personally typing
25   in the text, but we would have communicated with
```

Page 48

1      our legal counsel about it.

2           Q.   Do you know -- did you or anyone else

3      with Engage Miami discuss this with anyone other

4      than your attorneys?

5           A.   No.  I don't believe so.

6           Q.   If I could ask you to flip to page 5,

7      paragraph 20.

8                And paragraph 20, it states:  "Plaintiff

9      Engage Miami is a nonprofit member organization

10     centering young people's participation in civic

11     engagement through members who are largely Gen Z

12     and Millennial black and Latino Miamians who

13     reside in all five districts.  Founded in 2015,

14     the mission of Engage Miami is to build a more

15     just, democratic and sustainable Miami by

16     developing a local culture of civic participation

17     through young people that is bold, creative and

18     impactful."

19               Did I read that correctly?

20          A.   I believe so.

21          Q.   Is that a true and accurate statement

22     from your position as executive director?

23          A.   Yes, it is.

24          Q.   For Engage Miami, do all of its

25     members -- I guess let me back up.

Page 49

```
 1            When you refer to "Miami" in Engage
 2      Miami, what is it you're referring to?
 3            A.   Yeah.  So there's the City of Miami,
 4      there's Miami-Dade County, there's the Miami Metro
 5      area.  So I would say Miami at large as far as it
 6      relates to our mission statement, et cetera.  But
 7      we have historically had our offices in the City
 8      of Miami, for example.
 9            Q.   Do its members -- do any of its members
10      reside outside Miami-Dade County?
11            A.   That will happen sometimes.  For example,
12      if someone becomes a member and then goes to
13      school somewhere else, they might stay engaged
14      with us because they still care about their
15      community.  They can move to Broward, for example,
16      but still live and work in Miami.  Kind of be
17      probably the larger Miami Metro area.  But our
18      home base and most of our members live in
19      Miami-Dade or deeply connected to it.  They
20      happened to have moved away.
21            Q.   Do you know how many members actually
22      live within the City of Miami?
23            A.   I have reviewed this number before, but I
24      don't recall the exact amount.  I believe about
25      20 percent of our members live within the City
```

1    limits.

2         Q.    And how many members does Engage Miami

3    have?

4         A.    We have, I believe, 100 to 110 general

5    members and about 80 who have been active with us

6    over the past year.

7         Q.    And you said 110 general members?

8         A.    (Witness nods head.)

9         Q.    About 80 that have been active?

10        A.    Uh-huh.

11        Q.    So that 80, is that a subset of the 110?

12        A.    Yes.  There's maybe a prior member moved

13   to school or something like that and hasn't been

14   active since.

15        Q.    If I could ask you to look at paragraph

16   24.  In that paragraph, it asserts:  "If the

17   Enacted Plan does not enjoin by the members of

18   GRACE" -- I'm sorry -- "not enjoined, the members

19   of GRACE, Engage Miami, and the NAACP branches

20   together" -- in quote, Organizational Plaintiffs,

21   end quote -- "will be harmed by living and voting

22   in unconstitutionally racially gerrymandered

23   districts."

24             The 2022 plan that this amended complaint

25   challenges was replaced by the 2023 plan.  Would

Page 51

1   you agree that Engage Miami's members are not

2   harmed by the 2022 plan because it's no longer the

3   law?

4       A.   I think having racially gerrymandered

5   districts for both the 2022 and the 2023 plan,

6   which is very, very similar, only a few folks were

7   changing district to district, and that also

8   happened along, you know, racially divisive lines,

9   I think both plans are harmful to our members and

10  to the residents of the City to have their

11  districts --

12      Q.   How is a plan that is no longer the law,

13  can't be enforced, nobody can hold an election

14  under it because it's been repealed, how would

15  that harmful to your members now?

16      A.   I think they're aware that the intention

17  of their commissioners was to divide residents of

18  a City along racial lines, and the 2022 plan

19  largely tracks with, you know, a very small

20  percentage of people shift to very small amounts

21  between districts.  So they're aware that their

22  commissioner's intent was, you know, to create one

23  black, one Anglo, three Hispanic, and that that

24  was the intent that informed both plans.

25      Q.   Well, I want to be clear.  There's been

Page 52

1    no judgment that the 2022 plan had that intent
2    that you indicated, correct?
3         A.   There was a preliminary injunction, and
4    the perspective and perceptions of our members and
5    the residents relates to racial gerrymandering.
6         Q.   Are you aware that a preliminary
7    injunction is not the same as a judgment?
8         A.   I am.
9         Q.   Okay.  So my question was:  There's no
10   judgment that has been reviewed -- there's no
11   judgment that's been entered by a trial court,
12   that's been reviewed by an appellate court, that
13   the 2022 plan had the intent that you referenced,
14   correct?
15        A.   The case has not gone to trial at this
16   time.
17        Q.   What is your understanding of what map
18   will be on trial when this case goes to trial in
19   January or February of next year?
20        A.   My understanding is that we filed the
21   complaint against the 2022 enjoined map.  But I
22   would want to consult with counsel to make sure
23   that I fully understand the legal processes and
24   procedures that I'm not familiar with.
25        Q.   And you referenced, I think it was the

Page 53

1    2022 enjoined map.  I'll let you know, the
2    supplemental complaint that challenges the 2023
3    map that was passed earlier this year by the City
4    Commission.  We'll talk about that in a minute.
5         A.   Okay.
6         Q.   What I'm talking about here is the First
7    Amended Complaint that was filed in February of
8    this year, well before the City passed the 2023
9    plan, that challenges the 2022 plan.
10             And I guess my question is:  Would you
11   agree that 2023 plan replaced the 2022 plan?  With
12   the caveat that I understand that you have the
13   same objections or similar objections to the 2023
14   plan, the 2022 plan.  I don't want to dismiss
15   those and not talk about those.
16             But from a -- from your understanding, do
17   you think the 2022 plan is still at issue?
18        A.    I think residents, voters, our members,
19   heard the dialogue about how people are being
20   divided based on race as the predominant factor
21   and are -- have been harmed by understanding that
22   that was the language used and how decisions were
23   made.  In a way that race was not just merely
24   tailored to comply with the VRA, it was a major
25   factor and was discussed very openly so our

Page 54

1    members would be aware of that from the language

2    that was used.

3         Q.   So it sounds, then, that regardless of

4    whether they actually passed a plan, your members

5    are simply harmed by the way the commissioners

6    talked about the redistricting that needed to be

7    done?

8         A.   The discussions that the commissioners

9    had informed the plan that was passed.

10        Q.   The discussion that was had by the

11   commissioners for the 2022 plan was one thing; the

12   discussion that was had by the commissioners when

13   they considered and voted on the 2023 plan is very

14   different.

15        A.   There's some similar elements across

16   both, talking about balancing the population by

17   race and having an Anglo district and a black

18   district and three Hispanic districts.  I think

19   there was elements in both that tracked quite

20   similarly.

21        Q.   Are you aware that each of the

22   plaintiff's plans has three districts that are

23   likely to elect a Hispanic candidate of choice?

24        A.   I think we live in a majority Hispanic

25   city and that the factors that went into drawing

1    the plaintiff's plan were race neutral outside of

2    compliance with the VRA.  So if that is the

3    outcome, then that's the outcome, but not the

4    predominant factor in how the decisions were made.

5         Q.    That wasn't quite my question.  My

6    question was:  Were you aware that the plaintiffs'

7    plans have three districts that are likely to

8    elect a Hispanic candidate of choice?

9         A.    That sounds, yeah, like a likely outcome

10   that I would be aware of.

11        Q.    Are you also aware that plaintiffs'

12   plans, each of them have a district that is likely

13   to elect a black candidate?

14        A.    Yes.  That -- and also to make sure that

15   we comply with the Voting Rights Act too.

16        Q.    And that's a special district, because we

17   have to consider race?

18        A.    In that -- yes.

19        Q.    And that you have a fifth district that

20   is probably the most diverse of all where no race

21   is a majority in any of the (inaudible), correct?

22        A.    I'd want to triple-check and look at the

23   plan by plan.  But to my knowledge, yes,

24   District -- what is traditionally District 2 is

25   more diverse and potentially doesn't have one

Page 56

```
 1        clear majority, but might have a plurality.  But
 2        that sounds right.
 3                 MR. LEVESQUE:  Do we want to take a
 4             break?
 5                 MS. MCNAMARA:  It's 3:45.
 6                 MR. LEVESQUE:  Yeah.  We can go ahead and
 7             take five minutes.  Is that good?
 8          (Off the record from 3:46 p.m. to 3:52 p.m.)
 9        BY MR. LEVESQUE:
10             Q.   I'll ask you to refer to paragraph 30 of
11        the complaint.  That is on page 6.  That paragraph
12        it says -- actually, strike that.
13                 That is all I'm going to ask about that.
14        You can set that aside.
15             A.   Okay.
16             Q.   I'm going to provide a copy of what I
17        will reference as the supplemental complaint.
18        And, again, because of the size, I'm not going to
19        mark it as an exhibit, but we will refer to it.
20                 Do you recognize that document?
21             A.   Yes.
22             Q.   What is that document?
23             A.   It is an additional complaint filed
24        relating to the 2023 plan.
25             Q.   And do you see that this document was
```

Page 57

 1      filed on September 7th, 2023, at the top in the

 2      header?

 3           A.    Yes, I see that.

 4           Q.    Did you review this before it was filed?

 5           A.    Yes.  It was shared, and I was able to

 6      look through and ask any questions.

 7           Q.    Did you make any changes or Engage Miami

 8      make any changes to this document before this was

 9      filed?

10           A.    I don't believe we made any edits.

11           Q.    Did you discuss this with anyone other

12      than your attorney before it was filed?

13           A.    I think it's possible that Lexi, Yane and

14      I notified each other that we had received it and

15      looked at it.  But I don't think we discussed it

16      in-depth.

17           Q.    Have you discussed it with anyone after

18      it's been filed?

19           A.    No, I don't believe so.

20           Q.    If I could ask you to refer to

21      paragraph 10 on page 3.

22                In that paragraph, it says:  "If the 2023

23      Plan is not enjoined, the members of GRACE, Engage

24      Miami, and the NAACP branches (together, the

25      Organizational Plaintiffs') will be harmed by

Page 58

1      living and voting in an unconstitutionally

2      racially gerrymandered districts."

3              How will Engage Miami's members be harmed

4      by the 2023 plan?

5          A.   Members will be harmed because this plan

6      is one in which race played an outsized factor in

7      how the districts were drawn rather than base

8      neutral redistricting criteria and using race as,

9      you know, only necessary to comply.

10         Q.   Now, when you say that race played an

11     outsized factor, did race change the overall

12     makeup of the districts in terms of racial

13     majorities?

14         A.   My understanding is that between the 2022

15     and 2023 plan, only in very small ways were the

16     borders tweaked, and so the racial majorities are

17     for the most part similar across both plans.

18         Q.   Do you have any understanding of the

19     racial majorities that are reflected in either the

20     2022 plan and the 2023 plan compared to

21     plaintiffs' alternative plans?

22         A.   I would need to look at the specific

23     maps, but I think it's about, like, what were the

24     deciding factors in thinking about where the lines

25     should be drawn and was that race or was it

Page 59

1    communities of interest, being compact and other

2    criteria.

3         Q.   Well, I'll sort of get to the point on

4    this line of questioning.  I'm having problems

5    understanding how the plaintiffs can draw four

6    maps that elect three Hispanics, one black and

7    then have a plurality district, and they're not

8    drawing racial districts.  But when the City does

9    it, and they have maps that elect three

10   candidates -- or three districts that will likely

11   elect a Hispanic candidate of choice, one district

12   that will likely elect a black Hispanic candidate

13   of choice, and a plurality district, they're

14   somehow violating the constitution.

15        Are you able to explain that?

16        A.   I think the outcomes of the map that the

17   plaintiffs drew ended up with those majorities in

18   different districts, but that's not why they were

19   drawn that way.  They were drawn that way to

20   provide options for keeping districts compact,

21   keeping neighborhoods together.  That wasn't the

22   rationale.

23        Q.   You would agree that every single

24   plaintiff's map elects a black candidate of

25   choice, correct?

Page 60

1      A.   Under those areas, yes, that would be

2      very important.

3           Q.   D-5 was drawn that way, correct?

4           A.   D-5 would have been drawn to comply with

5      the VRA, but in a -- like, the narrowly tailored

6      sense of it of -- yeah.

7           Q.   And in plaintiffs' plan 1, did the black

8      community like the way that the plaintiffs drew

9      D-5?

10          A.   I think as you said earlier, no community

11     based on race, et cetera, is a monolith.  I think

12     there was an intention to put out more than one

13     map.  We put out P-1 and P-2 to get feedback and

14     input and different community members responded

15     different ways and gave input.  But I think the

16     location of Overtown was a conversation that came

17     up towards those maps.

18          Q.   There were a lot of people in the black

19     community that didn't like plaintiffs' plans;

20     isn't that fair?

21          A.   Well, I think the members of the NAACP,

22     you know, were part of those maps, and different

23     folks have different opinions.  But, yeah, some

24     black community members didn't, and that's part of

25     why we came up with plaintiff's map 3 was to

Page 61

```
1        create an alternative based on input from
2        community members.
3             Q.   Do you know if any of those plans were
4        workshopped with members of the Overtown community
5        before they were released?
6             A.   I think we would have brought P-1 and P-2
7        to the community meeting to get input on them.
8             Q.   But do you know if the community meeting
9        was held before plaintiffs' plans 1 and 2 were
10       released?
11            A.   My understanding was that P-1 and P-2
12       were released very soon after we held the
13       community meeting and then developed P-3.  But I
14       would want to double-check everything for the
15       timeline of specific dates, but I think that was a
16       rapid sequence of events.
17            Q.   So it's your understanding that you held
18       the community meeting.
19                 Was that community meeting in Overtown or
20       only in Coconut Grove?
21            A.   We held two community meetings.
22            Q.   Were both of those held rapidly before
23       plaintiffs' plans 1 and 2 were released?
24            A.   I believe P-1 and P-2 had been shared for
25       discussion at those meetings.  Again, I was
```

Page 62

```
 1      traveling at that time, but I believe P-3 was a
 2      result of those meetings.
 3          Q.   I'm not disputing that.  I'm just trying
 4      to get the sequence.  Because when P-1 and P-2
 5      were released, my understanding is there was an
 6      outcry related to Overtown that needed to be
 7      addressed.  So I guess what I'm trying to figure
 8      out is, did those workshops happen before or after
 9      P-1 and P-2 were provided?
10               MS. MCNAMARA:  Objection to form.
11               You can answer.
12               THE WITNESS:  I don't remember when they
13          were provided to the City.  But I do -- like,
14          for my -- for Engage, like, we put out social
15          media posts as part of advertising for that
16          meeting.
17               So when they were specifically provided
18          to the City in a formal sense, I would leave
19          to counsel.  But we shared the maps in
20          advance of those meetings.
21      BY MR. LEVESQUE:
22          Q.   Okay.  Is it fair to say that you don't
23      know if the community meetings occurred before or
24      after P-1 and P-2 were initially shared with the
25      City?
```

Page 63

1          A.    Shared with the City as, like, formally

2     filed via the Court or --

3          Q.    Not with the Court.  They were shared at

4     mediation, or at least one of them.

5          A.    At mediation.

6          Q.    One of them was shared in mediation, I'll

7     represent to you.  The other one was shared at a

8     committee meeting, commission meeting.

9          A.    I think I remember mediation was mid

10    June, I want to say -- yeah, the exact, like,

11    day-by-day sequence, I'm not 100 percent sure

12    which was shared at what meeting.  And I was

13    traveling and on PTO throughout much of June.

14         Q.    And let me back up.  I believe that 1

15    was -- P-1 was shared in anticipation of

16    mediation, and P-2 would have been either the same

17    time or shortly after.  But those were related to

18    the mediation process, to the best of my

19    recollection.

20              So what I was trying to figure out is, at

21    that time, not when they were filed in the court,

22    because they were all filed with the Court the

23    same time.  But in terms of for consideration by

24    the City, and I assume that at the same time

25    that's when they were publicly made available, did

Page 64

```
1     you hold your community meetings before or after

2     that?

3          A.   I couldn't definitively state on, like,

4     which week exactly was what.  I know that we held

5     the two meetings back to back within a two-week

6     time frame, but when exactly mediation was, I

7     would want to triple-check just the dates.

8          Q.   When you discuss the five districts with

9     your members, how do you identify them?

10         A.   Identify the five districts?

11         Q.   Uh-huh.

12         A.   Just numerically.

13         Q.   Do you know when you're using numbers, do

14    you refer to them by, for example, District 5 is

15    the VRA district that is likely to elect a black

16    candidate?

17         A.   Yeah.  Typically reference neighborhoods

18    that might be in them or kind of point on the map

19    to the different areas.

20         Q.   So for District 5, would that be the

21    Little Haiti district?

22         A.   Little Haiti, Liberty City.  Yeah, I

23    think we just kind of point out the general

24    neighborhoods that either currently or

25    historically have been in it.  But, yes, we would
```

Page 65

1      reference that, like, there is a VRA protected

2      district.

3          Q.   If I could ask you to look at

4      paragraph 16.  In paragraph 16, it says:  "The

5      2023 Plan placed Plaintiffs Cooper, Johnson, and

6      Valdes, and Organizational Plaintiffs' members, in

7      districts where they are not the predominant

8      racial group."

9               For District 1, who does Engage believe

10     is the predominant racial group?

11         A.   I think if you were to look at the data,

12     as, like, in the 2023 plan, it is a majority

13     Hispanic district in terms of voting age

14     population.

15         Q.   And does Engage Miami have members who

16     are not Hispanic that live in District 1?

17         A.   I would need to, like, look at the map

18     and the member list.

19         Q.   Did anyone go through and do that before

20     this statement was filed?

21         A.   District 1.  We certainly have members

22     who live in District 1.  I don't believe any of

23     them are individual plaintiffs.  So, yes, I think

24     we would have gone through our full member list

25     and reached out to members to see if they were

Page 66

1    interested in getting involved as a plaintiff.

2        Q.   Is that a communication that Engage Miami

3    sent out to its members in terms of looking for

4    people who might be plaintiffs in the litigation?

5        A.   My understanding is that Yane just made

6    phone calls to folks.  Yeah.  But there might have

7    been other communication.  But to my knowledge,

8    she just reached out directly.

9        Q.   Do you know if Yane actually verified, we

10   have a member in District 1 who is not Hispanic?

11       A.   I know that we verified that we had

12   members in all districts and also that folks are

13   harmed, whether or not they're part of the

14   majority voting age population based on race or

15   ethnicity, knowing that they have been sorted into

16   those districts on the basis of race.

17       Q.   Who did that?

18       A.   Who went through --

19       Q.   Who did that verification of the

20   districts?

21       A.   Going through a member list and where

22   they live?

23       Q.   And are they a member of the race that is

24   the majority of them all in the district?

25       A.   That would have been a discussion with

Page 67

```
 1          members or potential plaintiffs.
 2               Q.   Okay.  Who would have been a part of that
 3          discussion?
 4               A.   I think Yane did the outreach.
 5               Q.   Okay.
 6               A.   And then they would have talked to
 7          counsel to learn more about the case.
 8               Q.   So Yane would have been responsible for
 9          verifying that Engage Miami has members in each of
10          the districts; is that correct?
11               A.   Yes, I think, and with review from
12          counsel.
13               Q.   And Yane would have been responsible for
14          verifying that the members that live in a
15          particular district are either part of the racial
16          majority or the racial minority in the district?
17               A.   I think regardless of whether someone is
18          the racial majority or minority in a specific
19          district, they are still harmed by racial
20          gerrymandering.  If they were interested in the
21          case, we would have then asked those questions.
22               Q.   Sure.  That's not my question.
23               A.   Okay.
24               Q.   I understand that you contend that your
25          members are harmed.  I'm not trying to detract or
```

1    even attack that.  I'm trying to understand right
2    now, just from a process standpoint, who in Engage
3    Miami was responsible for going through the
4    membership list and assessing, this member lives
5    in this district, and that member is black living
6    in a Hispanic district, as an example, or a
7    Hispanic living in a Hispanic district as an
8    alternative example, in the next paragraph that we
9    are going to talk about.
10           So I guess going back to my sort of
11   original question, who was responsible for
12   determining whether the members were either in the
13   racial majority in the district or the racial
14   minority in the district?
15       A.   I don't know that our database has
16   everyone's race and ethnicity.  I think, one, we
17   wouldn't want to make assumptions.  I'm not sure
18   that we collect that information.  And so I think
19   it would be a direct conversation with an
20   individual as to what they consider their race or
21   ethnicity to be.
22       Q.   Did anybody do that in Engage Miami?
23       A.   Any members who were interested or
24   reached out to about becoming plaintiffs, I think
25   that conversation would have happened to verify

Page 69

1    their race or ethnicity if they were to move

2    forward as plaintiffs.

3         Q.   Ms. Pelham --

4         A.   Sorry.

5         Q.   -- I'm here to try to understand what the

6    evidentiary basis is for that particular

7    statement.  And so getting to that -- getting to

8    what evidence that is, is where I'm going to.  If

9    nobody has done that verification, then "we don't

10   know" is a particularly useful answer if it's the

11   truth.  If somebody did do it, I'd want to know

12   who that is.  If somebody didn't do it, then "we

13   didn't do it."

14        Right now I'm hearing you haven't -- you

15   don't track that information, so it would be done

16   by phone calls.

17        But it goes back to, is Yane the one

18   making those phone calls?

19        A.   Is this for the individual members who

20   became plaintiffs or for everyone in our

21   membership body who lives in the City of Miami?

22        Q.   The sentence is:  "The 2023 plan,

23   Plaintiffs Cooper, Johnson, and Valdes, and

24   Organizational Plaintiffs' members, in districts

25   where they are not the predominant racial group."

Page 70

1           I've spoken with Ms. Cooper.  I've spoken
2      with Ms. Valdes.  I know what their testimony is.
3      You're here on behalf of Engage Miami, one of the
4      organizational plaintiffs.
5           And so the allegation is that you have
6      members in all five districts that are not members
7      of the predominant racial group in that district.
8      You've testified that not only have you seen a
9      list that would indicate that you've got members
10     in every district, but Yane also examined or was
11     responsible for doing that.
12          My question is a little finer now,
13     saying:  Of those members that you verified that
14     were in a particular district, who went through
15     there and verified, this member is not a member of
16     the predominant racial group?
17     A.   We verified that we had members in all
18     districts, and because they can be harmed either
19     by being in the minority or in the majority of
20     that district's predominant racial group, I don't
21     know that we went through every member who's not a
22     plaintiff on the case to verify racial and ethic
23     identities.
24     Q.   Okay.  So is there anybody in the
25     organization that could tell me, without revealing

```
 1        the name, yes, I've looked at my membership list,
 2        and this person that lives in District 1 is not
 3        Hispanic, I verified it?
 4             A.   I don't believe we keep race and
 5        ethnicity in our database, so they'd need to
 6        verify with each member individually.
 7             Q.   And did any member do that?
 8             A.   I don't believe so, but I'm not sure.
 9             Q.   Okay.  And would it be the same answer,
10        then, for paragraph 17, where they say:  "The 2023
11        Plan placed Plaintiffs Miro and Contreras" -- who
12        we've spoken to in this -- "and the Organizational
13        Plaintiffs' members, in districts where they are
14        the predominant racial group."
15                  Has anyone gone through and verified, I
16        have a member in this district, and they are not
17        the predominant racial group?
18             A.   It would be the same answer as to
19        paragraph 16.  We verified we have members in all
20        districts who may or may not be in the predominant
21        racial group of that district.
22             Q.   And so while -- just so I understand, you
23        verified you've got members in every district;
24        what you haven't verified is what their race is
25        and whether they are predominant or not
```

1    predominant in the district?

2         A.   Yes.   Unless they became a plaintiff, in

3    which case we -- they gave their declaration, we

4    have members of all races and ethnicities across

5    the City.

6         Q.   Is it the position of Engage Miami that a

7    commissioner can only represent the members of the

8    commissions of the same race as the represented

9    members?

10        A.   A commissioner should represent all

11   residents and voters in their commission district.

12   But if it is that the lines of the district were

13   drawn based on race, then there's an indication

14   that you are the representative for different

15   racial groups and a certain perception about that.

16        Q.   What is your understanding of the design

17   of the districts for the City of Miami since they

18   were first drawn in 1997?

19        A.   My understanding is that they went from

20   at large, and then they were moved to

21   single-member districts in 1997.

22        Q.   Do you know what the makeup of the City

23   Commission is under the first City maps that had

24   single-member districts?

25        A.   The makeup of the commission in terms

Page 73

1      of?

2          Q.   Race.

3          A.   I -- I don't have the 1997 commission

4      memorized by any means, but I do know that it was

5      meant to provide representation on a

6      district-by-district level.  I don't know the

7      exact race and ethnicity of the 1997 commission.

8          Q.   Do you know the racial makeup of the

9      commission that resulted from the 2003 commission

10     race?

11         A.   I would not specifically know the 2003

12     commissioners, but I would assume it's largely

13     similar to where we ended up in 2013.

14         Q.   And what was the racial makeup of the

15     commission after the 2013 plan --

16         A.   My understanding is that there were three

17     Hispanic commissioners, one black commissioner,

18     and it started off one white commissioner.

19         Q.   Does Engage Miami believe that the 2013

20     plan was drawn for the purpose of electing three

21     Hispanics and one black and one Anglo?

22         A.   My understanding is that since

23     single-member districts were created, the

24     intention has been to have that racial and ethnic

25     division within the City and to base districts on

Page 74

1    those factors.

2        Q.   Do you know when in 2015 Engage Miami was

3    incorporated?

4        A.   July.

5        Q.   Is there a reason Engage Miami didn't

6    file a lawsuit against the 2013 plan during the

7    2010 and (inaudible) --

8        A.   I did not start as executive director

9    until 2018, so I couldn't speak to historical

10   decision-making of the organization.  But I know

11   very early on, the organization was involved in

12   the City, for example, hosting a District 2

13   candidate forum and helping get out the vote for

14   the 2015 elections.  But I don't think they would

15   have looked to go back multiple years before the

16   organization's founding.

17       Q.   Why would Engage Miami want to focus its

18   efforts in District 2?

19       A.   Let's see.  In 2015, what districts would

20   have been at -- District 2 and 5?  I believe, to

21   my knowledge, the current commissioner was

22   terminated, and so I think there was more energy

23   around that, because many different people were

24   running and it was more of an open seat.

25            But, again, I was not on staff in 2015.

1       That's just my memory of the forum was that part

2       of the rationale was that term limits were

3       affecting and many people were running at that

4       time.  District 2 and District 5, I believe, to my

5       knowledge, have -- traditionally had the

6       disproportionately young relative to the other

7       districts in terms of voting age population.

8            Q.   What districts has Engage Miami engaged

9       in -- I want to be careful because it doesn't

10      sound like you endorse candidates, but you -- your

11      election promotion activities.

12           What districts -- let me put it that

13      way -- what districts has Engage Miami engaged in

14      election promotion activities, like "get out the

15      vote"?

16           A.   In all districts.  So we do GOTV for

17      midterms, for the Presidential, for the August

18      local elections.  And for City elections, I know,

19      for example, District 2 had a special election

20      this spring, so we did canvassing and door

21      knocking around that.  And then we have produced

22      City of Miami municipal voter guides and asked for

23      responses from all candidates from any district

24      that was up for election that met our very basic

25      criteria of being active and qualified by the

Page 76

1      deadline or -- so we would have done outreach.

2              Yeah.  We would have done electoral work

3      in every district.

4          Q.   Does Engage Miami do candidate

5      endorsements?

6          A.   We have never endorsed a candidate for

7      City of Miami.

8          Q.   Has it ever endorsed a candidate for any

9      other governmental election?

10          A.   We have never done a public endorsement,

11     but we have shared with our social media

12     followers, et cetera, or provided communications

13     to potential voters that show where candidates

14     stand on the issues and how those might compare

15     with the young people's priorities on the issues

16     as developed by our issue platform.

17          Q.   And those -- I'll call them issue

18     cards -- has Engage Miami produced those issue

19     cards for City of Miami?

20          A.   For City of Miami, we have only ever done

21     501(c)(3) compliant voter guides.  And so it's the

22     direct responses of the candidates to a series of

23     open-ended questions.  We have never done

24     political speech in that sense.  They're just

25     voter education information about candidates in

1          their own words, and candidates can choose to

2          respond or not respond.  We invite everyone.

3              Q.   Would you agree that whether an elected

4          official is inclined to represent someone's

5          interests really depends on the elected official?

6              A.   Rephrase it a little bit.

7              Q.   Sure.  Putting racially gerrymandering

8          issues aside, would you agree that there are some

9          elected representatives that are more responsive

10         to their constituents, and other elected

11         representatives that are less responsive to their

12         constituents?

13             A.   That seems like a generally true thing,

14         different electives will have a different level of

15         constituent engagement.

16             Q.   And some of those decisions about

17         engagement are going to be driven by a wide

18         variety of interests.

19                  Would you agree with that?

20             A.   Sure.  Yes.

21             Q.   So an elected official may engage with

22         particular constituents because there are issues

23         of principle or conscience that they closely

24         identify with a particular community, and they're

25         going to do everything that they can to fight for

1    that community and fight for that community's

2    interests.

3              Would you agree with that?

4         A.   I think as candidates, people run on

5    platforms and identify what their values and

6    issues are and then respond to their constituents'

7    priorities, who's contacting them, advocating for

8    what, where the candidates' values and their

9    constituents' experiences and advocacy aligns and

10   are responsive to that dynamic.

11        Q.   Would you also agree, right or wrong,

12   that there are elected officials out there that

13   they're responsive to those constituencies that

14   support them and less responsive to those that

15   don't?

16        A.   I think it's likely that there's elected

17   officials who think of some people as "my voters"

18   and some other folks in their constituency as less

19   aligned.

20        Q.   And that may affect their responsiveness

21   for some elected officials, not necessarily all,

22   but some?

23        A.   I imagine so.  I've certainly never been

24   an elected official.

25        Q.   Neither have I.

1          Put the supplemental complaint aside.

2          I am going to show you what we are going

3     to mark as Defendant's Exhibit 24-34.

4     (Defendant's Exhibit 24-34 marked for identification.)

5     BY MR. LEVESQUE:

6          Q.   Ms. Pelham, do you recognize that

7     document?

8          A.   Yes, I do.

9          Q.   What is that document?

10         A.   That is the declaration that was filed in

11    regard to this case.

12         Q.   And did you draft this document?

13         A.   I provided input and had a discussion

14    with counsel about the contents of the document

15    and signed it.

16         Q.   In paragraph 6, you say:  "The recently

17    enacted City Commission districts unfairly

18    classify residents of Miami and Engage Miami's

19    members on the basis of race."

20         Where you reference "recently enacted

21    City Commission districts," that refers to the

22    2022 districts, correct?

23         A.   Yes.  This was filed in February of 2023,

24    so it refers to the most recent map.

25         Q.   Let me unpack that.

1              It was filed in February 2023?

2        A.    Of the 2022 map.

3        Q.    Okay.  I wasn't trying to trip you up on

4   that one.

5              In there you say that it unfairly

6   classifies residents of Miami and Engage Miami

7   members on the basis of race.

8              First of all, what do you mean by

9   "unfairly"?

10       A.    That race was considered a very -- like,

11  a predominant factor in saying, like, there's a

12  black district, three Hispanic districts, an Anglo

13  district, and that the intention was to separate

14  and divide communities along the lines of race in

15  a way that was not narrowly tailored.

16       Q.    You agree that, at least with regard to

17  District 5, race was something that could be

18  considered in drawing District 5, correct?

19       A.    Yes, under the Voter Rights Act.

20       Q.    And in fact, when the plaintiffs drew

21  their districts, that's something that they

22  considered in drawing their versions of

23  District 5 --

24       A.    Yes.

25       Q.    -- correct?

```
                                                    Page 81
 1          A.   And ensuring compliance with the VRA
 2     would be a factor.
 3          Q.   So would that be a fair way that
 4     residents could be classified by race when they're
 5     complying with the Voting Rights Act?
 6          A.   To take into account the voting
 7     population's race in order to comply with the VRA
 8     is fair and legal.
 9          Q.   Yeah.  Is it simply referring to a
10     district as a Hispanic district or a black
11     district or an Anglo district that creates the
12     predominant racial factor?
13          A.   In describing the racial and ethnic
14     characteristics of a voting population is not the
15     issue, but making decisions with race and
16     ethnicity as the main factor would be unfair.
17          Q.   Okay.  And is it your belief, then, that
18     the City of Miami, when it was engaging in the
19     line drawing, that it used race as the main
20     factor?
21          A.   That is my understanding in choosing to
22     split up neighborhoods and based on going back and
23     forth along issues of race and ethnicity.
24          Q.   What neighborhoods were split in the 2022
25     plan?
```

Page 82

1          A.    I think multiple neighborhoods across --

2     across the board.  Coconut Grove being one of

3     them.  I think parts of Brickell, Silver Bluff.

4     And there's, like, trying to do the map to move

5     different blocks of different neighborhoods into

6     equalized population amongst the Hispanic

7     districts.  I think across the board the lines

8     were drawn on -- on that basis.

9          Q.    What is your understanding of why the

10    City had to redraw the maps in 2022?

11         A.    As a result of the 2020 census, to

12    ensure, you know, fair representation of an

13    equal -- you know, as the population shifts and

14    grows, et cetera, to redraw district lines taking

15    in the census data.

16         Q.    You referenced shifting populations

17    between the Hispanic districts.

18              Is it your contention that when the City

19    of Miami was moving population between one

20    Hispanic district and another Hispanic district,

21    they would consider race?

22         A.    My understanding is that they were trying

23    to optimize and balance the distribution of

24    Hispanic voters amongst those districts.

25         Q.    Did Engage Miami attend all of the City

Page 83

```
 1      Commission meetings where redistricting was

 2      discussed?

 3          A.    I'm not sure if we had presence at every

 4      single one.  I believe most of them, but we may

 5      have missed one or two.  I would need to

 6      double-check with staff their calendars.

 7          Q.    Are you aware that the City Commission

 8      specifically discussed and rejected the idea of

 9      drawing compact districts?

10          A.    I don't believe that's how I would

11      describe the conversation, but that race

12      predominated over that consideration.

13          Q.    I -- I wasn't asking -- are you aware

14      that any City Commission meeting, they discussed

15      whether compactness should be one of the

16      requirements for consideration and expressly

17      rejected including compactness as a requirement

18      for the map drawing to consider?  Are you aware of

19      that?

20          A.    I certainly remember reviewing the public

21      meetings and reading the media articles, but I

22      don't recall specifically enough to affirm yes or

23      no.

24          Q.    Okay.  Well, if you can't affirm yes or

25      no --
```

Page 84

1          A.    I don't know.

2          Q.    -- that would mean "I don't know" or "I'm

3     not aware."

4          A.    I don't remember.

5          Q.    Were you aware that their directive to

6     the map drawer was to keep those community

7     interests -- communities of interest together

8     where feasible?

9          A.    That sounds correct.  I remember seeing

10    the criteria.

11         Q.    Would you agree that simply dividing the

12    City in a way that just happens to result in maps

13    that have three districts that are super majority

14    Hispanic, one district that is likely to elect a

15    black candidate that complies with the VRA, and a

16    plurality district where no minority or racial or

17    ethnic group is a majority, if that's just the

18    result, that's not a problematic map, is it?

19         A.    If race neutral criteria and VRA

20    compliance are the main factors, and that ends up

21    being the outcome, my understanding is that that

22    would be just a result of applying those criteria.

23         Q.    Were you aware that the City's directive

24    to its map drawers were to maintain the core of

25    existing districts?

1        A.    I was.

2        Q.    Do you believe that is a problematic

3    directive to their map drawers?

4        A.    I believe that some of the discussion

5    about maintaining the core of the districts

6    relates to why those districts were drawn that way

7    in the first place, which is having a black

8    district, Hispanic districts and Anglo or no -- no

9    majority district.

10       Q.    What district is the Anglo district?

11       A.    District 2.

12       Q.    Were you aware that the map drawer

13   rejected the idea that they should refer to that

14   as the Anglo district?

15       A.    I do not know exactly how the map drawer

16   referred to it, but I do know that the dialogue on

17   the dais often refers to it as the Anglo district.

18       Q.    Okay.  Do you know why that might have

19   been?

20       A.    I think to differentiate it from Hispanic

21   districts of, you know, white, non-Hispanic voters

22   having a larger percentage in that district

23   relative to the other districts.

24       Q.    Is that a result of the race of the

25   person generally elected from that district,

1      historically?

2          A.    There have been Japanese Americans.  The

3      current commissioner is Colombian American.  But

4      historically, I believe Mark (inaudible) in office

5      would have been prior to Ken Russell.  I can't

6      state the intentions of the commissioners, but I

7      believe it's a reference generally to who has been

8      elected and who the elector is.

9          Q.    Do you know if Commissioner Russell ran

10     as a Japanese American?

11         A.    I don't think he's ever been unclear

12     about his identity and relationship to that.  I

13     don't think that was the prominent part of his

14     platform, to my knowledge, but I don't think it

15     was hidden either.

16         Q.    Would you agree that there's a difference

17     between running in a district if Mr. Russell had a

18     Japanese name for his last name versus Russell?

19         A.    A difference in terms of electability?

20         Q.    How voters might perceive or react?

21         A.    I couldn't definitively say.

22         Q.    Are you aware that some people who run

23     for office might change their last name or use a

24     Hispanic surname if they're running for office

25     and --

Page 87

```
 1          A.   I'm aware -- I'm aware that that is a
 2     trend.
 3          Q.   Okay.  So sometimes in a district, the
 4     last name can matter?
 5          A.   Candidates may be aware that voters may
 6     take into consideration any identifiers that might
 7     indicate alignment amongst identity.
 8          Q.   Did you discuss your declaration with
 9     anyone before you signed it, other than your
10     attorney?
11          A.   Other than attorneys.  I believe I
12     discussed with the individual plaintiffs who were
13     on staff that we received the declaration, that we
14     reviewed them.  But I don't believe beyond just
15     discussing that aspect that it's been shared.
16          Q.   I am going to show you what we are going
17     to mark as Defendant's Exhibit 24-14.
18     (Defendant's Exhibit 24-14 marked for identification.)
19               THE WITNESS:  Thank you.
20     BY MR. LEVESQUE:
21          Q.   And I will represent to you that that is
22     a transcript of the Miami City Commission meeting,
23     February 25th meeting, 2022, and the excerpted
24     pieces of that are a presentation or statement
25     provided by Ms. Valdes to the City Commission.
```

```
 1              First, let me ask, have you seen this
 2    document before?
 3         A.   I have not seen this document, no.
 4         Q.   I will give you an opportunity to read
 5    it.  My questions will only relate to Ms. Valdes'
 6    statement, which starts on page 19 -- I'm sorry --
 7    line 19, page 27 and continues to line 18 of 28.
 8         A.   (Witness complies.)
 9              Okay.
10         Q.   Again, Ms. Valdes is the -- and I'm
11    sorry, is it Valdes or Valdes?
12         A.   Valdes.
13         Q.   Valdes.  I'm not intentionally --
14    Ms. Valdes is communication director?
15         A.   Director of organizing and advocacy.
16         Q.   Okay.  Sorry.
17              Did Engage Miami authorize her to be
18    present and speak at this City Commission meeting?
19         A.   I know that we discussed it in advance.
20    I encouraged her to attend as many as she could
21    and to let other members and staff know about them
22    and to be engaged in the process.
23         Q.   Was she appearing on behalf of Engage
24    Miami as part of this process?
25         A.   I think she was representing herself as
```

Page 89

1          an individual with the knowledge that she has from

2          Engage Miami and her workplace.

3                    Q.    So she wasn't appearing on behalf of

4          Engage Miami in an official capacity?

5                    A.    This is part of her work, yes.

6                    Q.    Okay.  So it would have been an official

7          capacity?

8                    A.    Yes, I think so.

9                    Q.    On page 28, beginning on lines 3, running

10         through line 7, she says:  "I appreciate the

11         mention that some of these meetings are already

12         taking place.  However, we as an organization

13         follow this process very carefully, and we've

14         actually not been aware of the community meetings

15         that have happened."  Let me stop there.

16                    Do you know what community meetings she's

17         talking about?

18                    A.    My belief is that she was referencing

19         community meetings that the City had held to get

20         input and that she believed that they were not

21         publicized or shared widely enough.

22                    Q.    Do you know how the City notices its

23         community meetings?

24                    A.    I believe there's legal standards for the

25         City to provide notice.

Page 90

1        Q.   Are you aware of whether any of the

2   community meetings did not meet the legal

3   standards?

4        A.   I am not aware of that.  Yes, that --

5   yes.  I think the intention there was that they

6   should have been more widely advertised beyond

7   just meeting the legal standards so that more

8   community members were involved.

9        Q.   Other than advocating for greater

10  publicity, and I don't want to diminish what she's

11  advocating for and the importance of it, but other

12  than advocating for greater publicity for the

13  community meetings, was she making a particular

14  request of the commission meeting -- or City

15  Commission at that time?

16       A.   She is also uplifting the harm that is

17  caused by splitting neighborhoods.

18       Q.   And where does she do that in this

19  statement?

20       A.   Are you talking about in the specific

21  lines that you had referenced previously?

22       Q.   Or anywhere in between.

23       A.   Line 20 to 21 specifically says like

24  uplifting the harm that splitting neighborhoods

25  will have.

1      Q.   Do you know if it's possible to draw the

2      City of Miami without splitting some

3      neighborhoods?

4      A.   Neighborhoods have different definitions,

5      like, micro to, you know, larger neighborhoods.

6      But I think, in general, that the intention should

7      be to do that as little as possible.  But it might

8      not be 100 percent possible to never ever split a

9      neighborhood.

10     Q.   And whether even if you do it, I think

11     you alluded to, even if you claim to have done it

12     perfectly, somebody might bicker with your

13     definition of neighborhood and say, no, you still

14     split my neighborhood because my neighborhood has

15     a line going through it because I have a different

16     boundary, correct?

17     A.   Yes.  It would be possible that people

18     have a different definition of neighborhood.

19     Q.   In fact, when it comes to the plaintiffs'

20     view of 2023, the 2023 plan, they disagree with

21     Mr. De Grandy's definition and the City's

22     definition of Overtown, correct?

23     A.   Yes.  As stated in the amended

24     complaint.

25     Q.   Ms. Pelham, I am going to show you

Page 92

1          document 24-16.  We will mark that as Defendant's

2          Exhibit 24-16.

3                    THE WITNESS:  Thank you.

4     (Defendant's Exhibit 24-16 marked for identification.)

5          BY MR. LEVESQUE:

6               Q.   I will represent to you that this is a

7          City Commission transcript from March 11th, 2022,

8          and, again, it is an excerpt of Ms. Valdes'

9          statement to the City Commission beginning on

10         line 23, page 77.

11              A.   Okay.

12              Q.   Have you seen this document before today?

13              A.   I have not seen the document, no.

14              Q.   Was Ms. Valdes' appearance at the City

15         Commission meeting on March 11th, 2022, also in

16         the performance of her duties with Engage Miami?

17              A.   Yes.  Attending would have been part of

18         her workday.

19              Q.   And when you say "attending," is getting

20         up and speaking also a part of that

21         responsibility, just like it was for the

22         February 25th meeting?

23              A.   I think she's speaking as an individual

24         with reference to her work at Engage Miami, and

25         that we encourage people to speak and provide

Page 93

1    public comment.

2        Q.   On lines 12 to 14, she says:  "And I also

3    want you to consider the alternative plans for the

4    redistricting that really keeps Coconut Grove

5    together in District 2 and also keeps the portions

6    of District 5 together that should be together so

7    thank you so much for your time."

8             The punctuation does not always make it

9    in there.

10            Was she speaking in an individual

11   capacity or in her capacity as the director for

12   Engage Miami?

13       A.   I think she was giving comment as an

14   individual with the knowledge of the work of

15   Engage Miami and that we were promoting keeping

16   Coconut Grove together as an organization.

17       Q.   And was Engage Miami's wish that Coconut

18   Grove be kept together or was it Engage Miami's

19   wish that Coconut Grove be kept together

20   specifically in District 2?

21       A.   I think it was our wish that

22   neighborhoods not to be split and that community

23   input about not splitting communities of interest

24   would impact the decisions made, and that there

25   was a lot of advocacy about keeping Coconut Grove

1      together in District 2 from residents, and that we

2      wanted the commission to consider that testimony

3      seriously.

4          Q.   But if the City Commission said, you

5      know, Engage Miami, we hear you.  All the

6      residents from Coconut Grove, we hear you.  We're

7      going to keep Coconut Grove whole, we're just

8      going to put it in District 4.

9               Would that have satisfied, all other

10     things being equal, would that have satisfied

11     Engage Miami for the purposes of keeping it?

12         A.   I don't think we had a specific stance to

13     that level on the issue.  I think, more broadly,

14     we wanted to advocate and encourage residents to

15     advocate for not splitting up neighborhoods and

16     using fair districting and community input to

17     inform the mapmaking process.

18         Q.   Are you aware of anyone from Engage Miami

19     that advocated for Coconut Grove to be kept whole

20     but put in District 4?

21         A.   I don't remember if that would have ever

22     come up.  It's -- I don't remember someone

23     specifically advocating for that, but it might

24     just be my memory thinking back.

25         Q.   Do you know if anybody advocated for

Page 95

```
 1     keeping Coconut Grove whole but putting it in a
 2     district other than District 2?
 3          A.   I do not remember if anyone from Engage
 4     Miami would have spoken to that, but it is
 5     possible.  I don't think anyone actively advocated
 6     that that should be the solution.
 7          Q.   And there's -- the sentence continues:
 8     "And also keeps the portions of District 5
 9     together that should be together so thank you so
10     much for your time."
11               What are the portions of District 5 that
12     should have been kept together?
13          A.   Let's see.  This was March of 2022.  I do
14     not recall specifically, and I can't tell from the
15     transcript itself what specific portions Yane
16     would have been referencing in her public comment
17     here.
18          Q.   Would it have included historically black
19     Overtown?
20          A.   I would need to get her to confirm what
21     was intended there.
22          Q.   So -- and I apologize, I just don't
23     remember.  Was she speaking on behalf of Engage
24     Miami in this statement or not?
25          A.   My understanding is that she was speaking
```

1    as a resident of District 2 and a resident of the

2    City with reference to her work at Engage Miami.

3        Q.   I'm now going to show you what we're

4    going to mark as Defendant's Exhibit 82-2.

5    (Defendant's Exhibit 82-2 marked for identification.)

6            THE WITNESS:   Thank you.

7    BY MR. LEVESQUE:

8        Q.   Now I'll represent to you that this is a

9    meeting transcript of the June 14th, 2023 Miami

10   City Commission meeting.

11           Do you recognize that document?

12       A.   I have not seen this transcript before.

13       Q.   Okay.  I think earlier you had indicated

14   that you had reviewed some of the videos of the

15   commission meetings; is that correct?

16       A.   From the original process, but not from

17   this June 14th meeting.

18       Q.   So not only have you not read the

19   transcript, you never watched the video of that

20   meeting?

21       A.   Of this specific meeting, I don't believe

22   I reviewed the video.

23       Q.   And you weren't present for the video

24   either?

25       A.   No.  Yane was representing the

Page 97

1    organization.  I was traveling.
2         Q.   Did you ever attend any of the City
3    Commission meetings for the district?
4         A.   I personally did not, no.
5         Q.   Is Ms. Valdes appearing on behalf of
6    Engage Miami in her statement that she's making
7    here?
8         A.   Yes, she is.
9         Q.   Do you know if this is a statement that
10   she wrote or that she worked on with anyone from
11   Engage Miami?
12        A.   I believe that before I left on my trip
13   we discussed just some of the main content that
14   she would want to share and some of the main
15   points, but I don't know if, you know, the text of
16   it was shared with anyone else in advance besides
17   counsel.
18        Q.   I don't want to know about the
19   conversations with counsel.
20             Who else in Engage Miami might have been
21   a part of those communications or conversations?
22        A.   Again, I was traveling -- I was gone for
23   about three weeks in June.  My -- I would assume
24   that Lexi Contreras, who was both an individual
25   plaintiff as well as her senior communications

Page 98

1     manager, would have been involved in discussions

2     about the lawsuit, and potentially our deputy

3     executive director, Nora, but more so just for,

4     like, updates and coordination rather than input

5     on a statement.

6          Q.   Would those conversations or

7     communications all been conducted by phone or

8     would they have also involved e-mail?

9          A.   We typically just do calls and meetings

10    to discuss.  We don't e-mail a lot internally.

11         Q.   What about text?

12         A.   We really don't text each other.  We just

13    have calls.

14         Q.   On page 8, it says:  "We sent a letter

15    last month that we continue to stand by with two

16    proposed maps that present a new vision for

17    Miami."

18         A.   Page 8?

19         Q.   I'm sorry.  Page 6, line 8 and 9.

20         A.   Lines 8 and 9.

21              Okay.  Yes.

22         Q.   Is it fair to say that the two maps that

23    you're -- or that Ms. Valdes was referencing there

24    are plaintiffs' plans 1 and 2?

25         A.   Yes.

Page 99

1        Q.   So would it also be fair to assume that

2    at least at that time plan 3 doesn't exist?

3        A.   It says:  "Yesterday we shared a new map

4    incorporating community feedback and input."  So I

5    assume that's P-3.

6        Q.   And "community feedback," is that a

7    polite way of saying criticism?

8        A.   It could be, but I think, more broadly,

9    it's about the meetings that we had and sharing

10    them publicly and getting some input.  So some

11    might be criticism, some might be excitement.

12        Q.   The end result is you significantly

13    revised District 5 in map 3, correct?

14        A.   Yes.  I believe the Overtown being

15    related to the District 5.

16        Q.   On line 9, Ms. Valdes makes the

17    statement:  "One that moves us forward rather than

18    holds us back."

19            How did plaintiffs' plans 1 and 2 move

20    the City forward?

21        A.   Any good new vision for Miami that moves

22    us forward is not having district maps where race

23    predominates as a factor, but rather maps and a

24    vision for Miami that follow race neutral district

25    criteria, incorporate community input and comply

Page 100

```
 1      with the VRA.
 2          Q.   Have you ever discussed how the City
 3      districts are drawn for political purposes with
 4      anyone other than your attorneys?
 5          A.   My understanding is that they're
 6      non-partisan elections.  Are you talking about in
 7      terms of partisanship, political purposes?
 8          Q.   They're non-partisan elections, but
 9      currently there are three Republican Hispanics,
10      and there's a black Democrat -- I mean, there's a
11      black Colombian American elected to District 2
12      that's a Democrat.
13              My question is more along the lines of to
14      the extent that politics, not partisanship, not
15      whether they've got an R or a D or an I after
16      their name, or some other party affiliation, but
17      politics, sometimes that might align with a
18      particular party, sometimes you extend a little
19      bit farther.
20              So when it comes to politics, ideology,
21      are you aware that if districts have been arguably
22      designed to favor people in a more conservative
23      versus a more progressive?
24          A.   I think when we've talked about the
25      redistricting process, we really just talked about
```

Page 101

1    racial gerrymandering.  I'm aware that there have

2    been conversations about political gerrymandering

3    that I think commissioners brought up.  But --

4    yeah, to my knowledge, that's not something that

5    has been part of our communications.

6         Q.   When you reviewed the plaintiffs' plans

7    that were proposed in this, were you ever made

8    aware that the plaintiffs' plans were electing

9    three Hispanics, might elect a more liberal

10   Hispanic that might tip the balance of the City

11   Commission?

12        A.   I don't think I would have reviewed,

13   like, ideological data as it relates to the

14   plaintiffs' maps.

15        Q.   What about election data?

16        A.   I think when we look at election data, we

17   have such a low turnout, it's often like 11 to

18   15 percent.

19             So, yeah, we -- I think the thing that we

20   talk about is, like, how low youth voter turnout

21   is in municipal elections and the impact that that

22   has, that it tends to be older folks or, you know,

23   homeowners who are more established folks, rather

24   than young people who are more transient or less

25   informed about elections.

1            So you look at, like, who the elector is

2      and who turns out to vote, I think definitely

3      disparities about age.

4          Q.   Is it your testimony that Engage Miami,

5      in considering and proposing plaintiffs' plans,

6      never considered the political performance of the

7      maps from the proposed maps that it proposed?

8          A.   The plaintiffs' maps were not drawn to

9      get to a political impact.  They were drawn to

10     follow, you know, the race neutral and district

11     criteria and VRA compliance.

12         Q.   You would agree that community feedback

13     is important in drawing redistricting plans,

14     correct?

15         A.   Yes.

16         Q.   Okay.  On line 14 to 15, Ms. Valdes is

17     describing plaintiffs' maps:  "All the maps that

18     we've submitted feature compact and logical

19     districts that respect neighborhoods, follow major

20     geographic boundaries, and preserve genuine

21     communities of interest."

22              Would you agree that in plaintiffs'

23     plan 3, Overtown is still split?

24         A.   I think to answer that some of the

25     discussion about what specifically defines

Page 103

1    Overtown.  But my understanding is that in P-3, we

2    reunited much of Overtown that had previously been

3    in the enjoined plan with the rest of District 5.

4         Q.   The keyword there was "much of Overtown."

5              But there were still parts of Overtown

6    that were excluded from District 5, correct?

7         A.   I think it might depend on specifically

8    what your definition of Overtown is.

9         Q.   Would you agree that they were -- the

10   plaintiffs were sufficiently convinced that they

11   didn't get everything because they didn't do a

12   revision for plaintiffs' plan 4?

13        A.   Say that again?

14        Q.   That in plaintiff's plan 4, they

15   attempted to capture all of Overtown or what

16   plaintiffs believe all of Overtown is?

17        A.   On a neighborhood-by-neighborhood basis,

18   I don't have a perfect memory of how that

19   happened.  But I believe the intention was to

20   respond to feedback to include as much of Overtown

21   as possible.

22        Q.   Were you aware that plaintiffs' maps had

23   the highest percentage of white voting age

24   population in District 2 of all the maps?

25        A.   Plaintiffs' map -- P-3 or P-4 or --

1          Q.   All of them?

2          A.   All of them.  And of all the maps, you

3     mean relative to the cities that they pass in '22

4     and '23?

5          Q.   That's correct.

6          A.   I have not been specifically aware of

7     that to my knowledge.

8          Q.   Would that surprise you?

9          A.   I think it's just about following, like,

10    the geographic boundaries and going up to

11    36th Street.  And I know that, like, we live in

12    a -- there's been a lot of people moving into

13    Brickell, for example, and parts of District 2.

14    So I guess I would say I was not specifically

15    aware.

16         Q.   Would you agree that the City of Miami is

17    somewhat racially segregated based upon where

18    people live?

19         A.   Yes, I think the history of redlining and

20    zoning in the City as well as immigration patterns

21    has led to a very diverse City that can sometimes

22    have people of different races and ethnicities in

23    different areas.

24         Q.   Where geography is an important feature

25    in drawing districts, following that geography,

Page 105

1     for example, might result in -- by following those

2     natural boundaries that you talked about, might

3     result in a district having a higher white voting

4     age population.

5              If the map drawers aware of that, is that

6     improper?

7        A.   I think if the predominant factor is

8     following geographic boundaries and staying

9     compact and keeping neighborhoods together, and

10    the end result is a level of racial

11    differentiation between districts, the map drawer

12    might be aware that that is a potential outcome,

13    but not the rationale for why decisions were made

14    the way that they were.

15       Q.   What if they hide behind that race

16    neutral explanation of, well, we're just following

17    geographic boundaries, but the reason why they're

18    following the geographic boundary is that boosts a

19    particular racial or ethnic population in a

20    particular district.

21             Would that be a problem?

22       A.   The reason that they were following that

23    particular geographic boundary was because they

24    were aware of the race-based separation that would

25    result from that?

1      Q.   Yes.

2      A.   I think if that was the predominant

3   factor in making those decisions, then that would

4   still be race being used in improper ways.

5      Q.   When you are aware that when the City

6   Commission was considering how to draw some of the

7   boundaries of District 5 for the 2023 plan, there

8   was a not insignificant discussion of a barbecue

9   place --

10      A.   I do remember --

11      Q.   -- as to whether it should be within

12   District 5 or outside of District 5.

13      A.   I do remember that was a topic that came

14   up, but I don't remember all the specifics.

15      Q.   Okay.  When commissioners are talking

16   about those types of things, do you believe that

17   type of subject matter is indicative of race-based

18   dis- --

19      A.   Having specific businesses in a specific

20   district, is that the --

21      Q.   Yes.

22      A.   I think that could be very situational.

23      Q.   Okay.

24      A.   I couldn't answer more generally.

25      Q.   One of the things that Commissioner King

Page 107

```
1       wanted in her district was what she has referred

2       to as an economic engine, referring to portions of

3       the downtown area.

4              Do you believe that the City Commission's

5       decision to see to her request and give the

6       portions of downtown as reflected in both

7       race-based decision-making based upon her

8       indication that she wanted portions of downtown or

9       be an economic driver of the district?

10      A.    I couldn't speak to that specifically.

11      Q.    Line 19 on page 6, Ms. Valdes says, "It

12      also keeps other key neighborhoods unified like

13      Flagami, Edgewater, Allapattah and Shenandoah."

14             Are you aware of anyone that testified

15      that Flagami needed to be kept whole in one

16      district?

17      A.    I am not specifically aware of an

18      individual who testified to that to my memory.

19      Q.    For an organization like Engage Miami

20      that values public input, does it make sense to

21      combine Flagami into a single district when that

22      area has been divided between District 1 and

23      District 4 since the time individual districts

24      were drawn?

25      A.    I think if you think about compactness
```

Page 108

```
 1        and communities of interest and keeping
 2        neighborhoods together, that it would make sense
 3        to unite that.  It's kind of like that finger of
 4        land that goes out west, and to have that in one
 5        district makes a logical sense under those
 6        criteria.
 7             Q.   Okay.  But those are your criteria as
 8        Engage Miami.  The City Commission rejected
 9        compactness, so let me take that off the table.
10             What if the residents of Flagami liked
11        having two commissioners on the district versus
12        one that could address their issues.  What if they
13        preferred having their neighbors split --
14        neighborhoods split to boost their influence on
15        the City Commission, where you only need three
16        votes to make something happen.
17             Why would you give them something that
18        nobody asked for in your plans?
19             A.   Well, in our plans we submitted plans
20        that do feature compact and logical districts.  So
21        our criteria might look a little different than
22        the City's directive to the map drawer.
23             Q.   So that means you're essentially giving
24        portions of the district something that not only
25        did nobody ask for, they may not want it; would
```

1    you agree?

2         A.   Different residents might have different

3    opinions about what they would like to see for

4    redirecting.

5         Q.   That's why we have elections, isn't it?

6         A.   We have elections so that we have a

7    democracy and the public have input into who their

8    elected officials are.

9         Q.   And nobody from Engage Miami is an

10   elected official; is that fair?

11        A.   That is correct.

12             MR. LEVESQUE:  Now might be a good time

13        to break if you need one.  Otherwise I can

14        roll right in, whatever your preference.

15             MS. MCNAMARA:  You want a break?

16             THE WITNESS:  How long would you

17        estimate?

18             MS. MCNAMARA:  It's 5:25.

19             MR. LEVESQUE:  Yeah.  I think maybe 45

20        minutes.

21             THE WITNESS:  Okay.  Let's take a break.

22        (Off the record from 5:25 p.m. to 5:30 p.m.)

23   BY MR. LEVESQUE:

24        Q.   Ms. Pelham, I am going to show you what

25   we are going to mark as Defendant's Exhibit 24-83.

Page 110

1      (Defendant's Exhibit 24-83 marked for identification.)

2      BY MR. LEVESQUE:

3          Q.    Have you seen this document before?

4          A.    Yes, I had seen this plan before.

5          Q.    Now, in looking at this plan, I want to

6      discuss a few of the features.  We'll start with

7      District 3.  There's a little area called Natoma

8      Manors that has a little purple foot that goes

9      down underneath District 4 and into District 2.

10             Do you see that area?

11         A.    I do, yes.

12         Q.    What is your understanding of why that

13     area was drawn in?

14         A.    My understanding was that this kind of

15     carve-out doesn't really follow the geographic

16     borders that kind of would otherwise make sense,

17     were to accommodate commissioner's wishes about

18     including specific areas in the district that they

19     currently represent.

20         Q.    Do you know if it would be an acceptable

21     redirecting criteria before July 1st, 2023, for

22     City Commissioners to consider where they live in

23     one of the districts?

24             THE REPORTER:  I apologize.  Could you

25         repeat the last half of that?

Page 111

```
 1              MR. LEVESQUE:  Sure.  And actually I'll
 2         go ahead and rephrase it.  Counsel didn't
 3         object, but I didn't like it.
 4    BY MR. LEVESQUE:
 5         Q.   Would you agree that considering where a
 6    commissioner resides would have been acceptable
 7    redistricting criteria for drawing the City map
 8    when this plan was drawn?
 9         A.   I couldn't speak to the legality of that.
10    I don't have expertise on that.
11         Q.   Well, you've talked a lot about
12    traditional redistricting criteria, correct?
13         A.   Yes.
14         Q.   And you've talked about following
15    geographic boundaries as a traditional
16    redistricting criteria; is that correct?
17         A.   Yes.
18         Q.   And you would recognize keeping
19    communities of interest whole as a traditional
20    redistricting criteria?
21         A.   Yes.
22         Q.   Would you agree that keeping the core of
23    existing districts is a traditional redistricting
24    criteria?
25         A.   When appropriate, yes.
```

Page 112

1        Q.   And -- well, when you say "when
2    appropriate"?
3        A.   There may be times that you need to shift
4    where a district is in order to meet other
5    criteria.
6        Q.   Sure.
7        A.   These are all balanced.
8        Q.   And when you're talking about any of
9    these criteria, no criteria is necessarily
10   supreme, correct?
11       A.   Constitutionality would be supreme.  But
12   of those criteria, they should be in balance with
13   each other and with the specific conditions of the
14   political body or a city or municipality.
15       Q.   We haven't mentioned any constitutional
16   criteria of the three or so that we mentioned,
17   correct?
18       A.   As an overarching framework for all of
19   those.
20       Q.   But if the City Commission wanted to
21   prioritize keeping communities of interest whole
22   over, say, following geographic boundaries, they
23   could do that, could they not?
24       A.   I believe -- my understanding of that
25   commission prioritizes amongst those criteria to

Page 113

1     give direction.

2          Q.   And in terms of prioritizing, one of the

3     things that may have been prioritized was

4     respecting where commissioners reside; is that

5     fair?

6          A.   I don't recall that being on the list of

7     criteria, but it may have been in the public

8     discourse about where commissioners reside.  But I

9     don't recall specifically.

10          Q.   Do you know if the plaintiffs' plans

11     attempted to keep commissioners generally in their

12     own districts versus pairing them?

13          A.   Versus pairing them?

14          Q.   Pairing them.  For example, they tried

15     not to draw a district where both -- two

16     commissioners would be in District 5?

17          A.   In our discussions of the plaintiffs'

18     maps, I don't think that was one of the main

19     things that we would have discussed, to my

20     recollection.

21          Q.   Are you aware that in that little foot in

22     District 3, that Commissioner Carollo has a house

23     there?

24          A.   I am via media reports, yes.

25          Q.   The media reports?

                                              Page 114

1              A.    The Herald, WORN, folks talking about it.

2              Q.    Those are major news outlets in Miami.

3              A.    They are, yes.

4              Q.    And so a lot of people knew that

5       Commissioner Carollo had a house in that little

6       foot, correct?

7              A.    I would say many people knew, yes.

8              Q.    Okay.  Are you aware of whether -- so

9       that would be a reason that has nothing to do with

10      race as to why Commissioner Carollo might want

11      that little area in his District 3; would you

12      agree?

13             MS. MCNAMARA:  Objection to form.

14             THE WITNESS:  That could be a factor in

15         why one commissioner might have preferences.

16      BY MR. LEVESQUE:

17             Q.    Okay.  Is there a race-based reason for

18      why that is drawn that way that Engage Miami

19      believes is the real reason?

20             MS. MCNAMARA:  Objection to form.

21             THE WITNESS:  I think overall the

22         districts were drawn as different populations

23         were kind of sliced and diced to achieve

24         outcomes that were race predominated.

25      BY MR. LEVESQUE:

Page 115

1      Q.   When you say "achieve outcomes that were
2    race predominated," what do you mean by that?
3      A.   Where there's a black district, three
4    Hispanic districts and an Anglo and/or no majority
5    district.
6      Q.   Is there any other way to draw the
7    districts where that doesn't result?
8      A.    In theory, possibly.  I would need to
9    look at different possible maps.  But where that's
10   not the predominant criteria, yes, I think it is
11   viable to keep districts more compact and keep
12   neighborhoods together and prioritize that over
13   slicing and dicing where people are in districts
14   based on their race.
15     Q.   If there is a way, you would agree the
16   plaintiffs have not proposed that map yet,
17   correct?
18     A.   They proposed a map that meets the
19   criteria like as we lay out in Yane's statement of
20   the June 14th meeting.
21     Q.   Yane's statement says, you don't pack
22   Hispanics in any of the districts, correct?
23     A.   Where the distribution of Hispanic voters
24   has not been in the criteria used to draw those
25   districts.

1          Q.    Would you agree that no matter how you

2     draw the lines, even if you're following

3     geographic borders, even if you're keeping

4     communities of interest whole, even if you do it

5     for everyone, you're still making racial

6     divisions?  That's the nature of drawing the line,

7     there's got to be somebody on one side and there's

8     got to be somebody on the other, correct?

9          A.    Could you repeat the statement?

10              MR. LEVESQUE:  Madam Court Reporter,

11         could you read that back?

12              (Question read by the reporter.)

13              THE WITNESS:  I would say in that

14         circumstance you're not making racial

15         decisions, that you're making decisions that

16         may lead to outcomes.

17     BY MR. LEVESQUE:

18          Q.    And I think there might have been

19     something with the audio.  I thought I said

20     divisions, but if I said decisions --

21              (Question read by the reporter.)

22              MS. MCNAMARA:  Do we want to re-present

23         the question so that the witness can answer

24         that question?

25              MR. LEVESQUE:  Sure.  And maybe I can

```
 1          clean it up.

 2      BY MR. LEVESQUE:

 3          Q.   Ms. Pelham, would you agree that

 4      regardless of how you draw the lines, there are

 5      always going to be divisions of people with some

 6      of one race on one side and some people on the

 7      other?

 8          A.   Different districts will necessarily have

 9      different proportionalities, you know, based on

10      race or ethnicity, depending on where you draw the

11      lines.

12          Q.   And in fact, for the plaintiffs' maps,

13      they have a district with the highest minority

14      population all crammed into a single district of

15      any map that is considered -- has been proposed in

16      this litigation?

17              MS. MCNAMARA:  Objection to form.

18              MR. LEVESQUE:  What's the form objection?

19              MS. MCNAMARA:  There's some assumptions

20          in there that are not based on -- I mean, I

21          don't want to argue about it.

22              MR. LEVESQUE:  Okay.

23      BY MR. LEVESQUE:

24          Q.   Are you aware that every single one of

25      the plaintiffs' maps has a Hispanic district that
```

Page 118

1      is at least 95 percent voting age population or
2      higher?
3          A.   A voting age population, that's at least
4      95 percent Hispanic or higher?
5          Q.   Yes.
6          A.   I do not know that specific fact
7      necessarily.  I'm sure when we originally reviewed
8      the maps, we saw demographic data.  But I think
9      that's also City of Miami is majority Hispanic.
10         Q.   Do you know what the Hispanic population
11     for the City is?
12         A.   I believe it's somewhere around
13     60 percent, but it could be higher or lower.  I
14     don't recall a specific number.  Could be up to
15     70.  Or I could be incorrect.
16         Q.   Let's assume that it's somewhere between
17     60 and 70.
18              Do you believe drawing a district would
19     95 percent Hispanic population is proper?
20         A.   If a district is drawn to be compact and
21     keep communities of interest together and be
22     contiguous, and that's the end result, then that
23     might be the end result.
24         Q.   But it also could be packing?
25              When I use the term "packing," do you

Page 119

1    understand how I use the term?

2         A.    Yeah.   I think packing is when you're

3    intentionally bringing people into that district

4    in order to artificially increase based on race,

5    which is I think different than having an outcome

6    which there's a high concentration of folks based

7    on their race or ethnicity.

8         Q.    So is it your testimony that Engage Miami

9    did not intend to pack Hispanic residents into

10   that western district to diminish their influence

11   elsewhere?

12        A.    Yes.   We would not have intended to pack

13   people into a district based on their race or

14   ethnicity.

15        Q.    And how are we to know that?

16        A.    Well, in part, I think there's just a

17   logic of that.   That very westward finger, that is

18   kind of isolated from the rest of the City being

19   in a district, so keeping it geographically

20   compact.   And, yeah, that's -- that's simply not

21   an objective to pack folks.   We're -- we're

22   opposed to that.

23        Q.    Well, are you opposed to keeping a

24   coastal district, that is in a coastal district

25   since 1997, a coastal district?

Page 120

1          A.    I don't think a coastal district -- I
2     mean, the whole City of Miami is on the coast, and
3     so if that district were more compact or longer, I
4     don't think Engage Miami has a -- let's say that
5     it's necessary, that there's only one very long
6     skinny coastal district all the way up the coast
7     just because that's traditionally been the case.
8          Q.    Wouldn't that be a community of interest?
9          A.    It could be, but it would be in balance
10    with it being compact.
11             And I would also say that regardless of
12    physically where you are, we all are affected by
13    flooding and sea level rise and environmental
14    protection and the bay as an economic driver of
15    the City as a whole.  I don't think one long
16    skinny district necessarily needs to be the way to
17    draw that.
18         Q.    But if a geographic feature has been
19    inculcated in the districts for 25 years, would
20    you agree that's not a decision that you should
21    probably set aside lightly?
22         A.    My understanding is that District 2 has
23    shifted over the years and used to go up even
24    further and that making it more compact as the
25    City's population changes.

Page 121

1          And my understanding, too, is that
2     District 2 had the highest influx of residents due
3     to the growth in some of the neighborhoods and
4     that you would need to adjust the district
5     accordingly and it would become more compact as it
6     is more dense with residents.
7          Q.   They didn't blow it up by drawing it
8     differently, did they?  They kept it as a coastal
9     district?
10         A.   They, the commission, in the 2022 --
11         Q.   They, the plaintiffs.
12         A.   They, the plaintiffs.  We didn't.  We
13    didn't blow it up by drawing it differently.
14         Q.   I'll rephrase the question.  It's a
15    little argumentative.
16         The plaintiffs in every single plan have
17    a district that is what I will refer to as a
18    coastal-based district, do they not?
19         A.   I think there's different options that we
20    presented and got public and community input, but
21    there are districts where a long stretch is along
22    the coast line as a natural boundary.
23         Q.   And that's a feature in every single plan
24    the plaintiffs drew?
25         A.   I think how long and skinny it is varies.

Page 122

1          I think we presented some that went up to

2     36th Street and put some different options in

3     there.

4          Q.    But it would still be a district that

5     runs along the coast?  It doesn't go probably more

6     than --

7          A.    With District 5 also having a coastal

8     area.

9          Q.    Okay.  Would Liberty City be considered

10    coastal?

11         A.    They certainly experience flooding and --

12    but, no, technically I would not say that Liberty

13    City is a coastal neighborhood relative to other

14    neighborhoods in the City of Miami.

15         Q.    Fair enough.

16         A.    I would also point to U.S. 1 and Biscayne

17    Boulevard as a geographic feature that might

18    influence the drawing as a district.

19         Q.    Ms. Pelham, I am going to show you what

20    we're going to mark as Defendant's Exhibit 82-24.

21    (Defendant's Exhibit 82-24 marked for identification.)

22              THE WITNESS:  Thank you.

23    BY MR. LEVESQUE:

24         Q.    Starting with District 1, what particular

25    map drawing decisions does Engage Miami contend

Page 123

1     were racially-based decisions?

2          A.    Relative to 2022's inactive plan or just

3     generally?

4          Q.    Just generally.

5          A.    I would say that overall balancing the

6     proportion of predominantly Hispanic voters across

7     District 1 in relationship to District 3 and 4.

8          Q.    And what are the features of the district

9     that do that?

10          A.    Well, visually, from my perspective, the

11     extension, all the way out to Flagami and kind of

12     splitting that neighborhood, and then just some of

13     the -- yeah, the different carve-outs, I remember

14     the dialogue from commissioners talking about

15     taking specific pieces in order to get the

16     proportionality of Hispanic voters allocated in a

17     way that was considered most beneficial.

18          Q.    When you say "allocated in a way that was

19     most beneficial," what do you mean?

20          A.    That just maximized desirable Hispanic

21     voters across those three districts to be three

22     Hispanic districts.

23          Q.    You say "desirable Hispanic voters."

24     What do you mean by "desirable Hispanic voters" --

25          A.    That Hispanic voters were desired to be

Page 124

1    in that district, if that language makes more
2    sense.
3         Q.   Are you aware that those areas of Flagami
4    have the highest concentration of what would be
5    identified as conservative Hispanic voters?
6         A.   I don't think I've specifically looked at
7    that data.
8         Q.   Do you know who Mr. De Grandy is?
9         A.   I do.  He was directed to draw the maps
10   for the City.
11        Q.   Are you aware that he informed the City
12   Commission that those areas of Western Miami have
13   the highest concentration of Hispanic conservative
14   voters?
15        A.   I'm not specifically -- I don't have a
16   specific memory or awareness of that.
17        Q.   If he told the commission that, do you
18   have any reason to disagree with it?
19        A.   Not specifically.
20        Q.   Would you agree if they were ensuring
21   that a conservative could be elected to
22   District 1, that is not a race-based reason?
23        A.   My understanding is that the intention
24   was to kind of divvy up Hispanic voters in a way
25   that all three districts have a high

Page 125

1      concentration.  I'm not aware of what you're

2      referencing specifically.

3           Q.   First let me ask, what is a high

4      concentration of Hispanics?

5           A.   That within the City of Miami as a whole,

6      that the majority of Hispanic voters are

7      concentrated in districts in a way that increases

8      or maximizes the proportion of Hispanic voters in

9      those three.

10          Q.   That's -- that's not exactly the answer

11     to my question.

12          A.   Okay.

13          Q.   What is a high concentration?  Is it more

14     than 70 percent?  Is it more than 80 percent?

15     What is -- when you say "high concentration," on a

16     quantifiable level, what do you mean?

17          A.   I don't have a specific number in mind.

18     I think for me it's relative to the rest of the

19     City as a whole, to create three -- you know, the

20     language, like, let's get people with the same

21     last names in the same districts and move this

22     block here because it's 70 percent Hispanic, move

23     that into the district.  But a specific number

24     that comes to mind, I would want to refer to data.

25          Q.   Did any commissioner at any time state

Page 126

1    that they wanted an area moved into their district
2    based upon a percentage of the racial population
3    that was in the district?
4         A.   I do not have a specific recollection of
5    that, but that might have been implied.  But I
6    don't remember exactly.  But there's people of the
7    same last names.  I certainly remember that.  But
8    a specific percentage, I don't -- I don't know
9    from memory.
10        Q.   And what is your understanding of what
11   the name (inaudible) --
12        A.   By the same last names, that they were
13   talking about a high concentration of Hispanic
14   voters.
15        Q.   Why Hispanics?  Why not some other race
16   or ethnicity?
17        A.   I think generally to have the City of
18   Miami map have three Hispanic districts, one Anglo
19   or non- -- non-majority district and then one
20   black district.
21        Q.   But you said specifically they were
22   referring to Hispanics.  So I'm asking why
23   Hispanics if they didn't say Hispanics?
24        A.   Well, they didn't say Hispanics.  I'm
25   saying I don't recall a specific percentage, which

Page 127

```
 1        I think was the percentage before.
 2            Q.   Well, again, but I'm asking a new
 3        question.  You specifically said -- you talked
 4        about last names, and you assumed that they were
 5        talking about Hispanics.  So I'm asking why
 6        Hispanics versus some other race or ethnicity?
 7            A.   Well, they did state that.  Like, oh,
 8        here's where the Hispanics live, let's move that
 9        into this district.  That was said.
10            Q.   I understand that they talked about three
11        Hispanic districts, a black district and an Anglo
12        district.  The quote that you were referencing
13        related to last names didn't say Hispanics in the
14        quote.
15            A.   That's --
16            Q.   You're blending statements.  So I'm
17        asking you why you referred to or why you assumed
18        that was referring to Hispanics?
19            A.   Using last names as a proxy for ethnicity
20        or demographic information, but also in reference
21        to other statements that clearly did name Hispanic
22        voters.  So seen within the relationship of the
23        conversation as a whole.
24            Q.   Okay.  The conversation you're talking
25        about, though, as a whole, occurred over multiple
```

Page 128

```
 1      commission meetings; would you agree with that?
 2           A.   Yes.  Multiple commission meetings.
 3           Q.   And the conversation as a whole, some of
 4      those statements that you're referring to were
 5      made at one commission meeting, but they weren't
 6      made at a subsequent one.  But other statements
 7      might have been made at a subsequent one.
 8                So I just want to understand when you're
 9      referring to these statements, do you have any
10      independent or specific recollection of this
11      statement was being made at this City Commission
12      meeting?
13           A.   I would want to look at the transcript
14      and documentation.  But I think a lot of it's also
15      in the complaint itself of, you know, moving Bay
16      Heights and this area has similar demographics or
17      this is diverse in Coconut Grove.  So I think
18      there's a lot of references to that kind of
19      language used across different commission
20      meetings.
21           Q.   So your answer is no, you don't have a
22      specific recollection of when that statement was
23      made?
24           A.   I did not myself attend the commission
25      meetings, so I was not there.  But I read the
```

Page 129

1    transcripts or watched excerpts after the facts.

2         Q.   Okay.  When I asked you earlier about the

3    transcripts that you read, and Ms. Valdes was

4    testifying at the February 25th meeting or the

5    March 11th meeting, you said that you hadn't seen

6    that transcript.

7              Which transcripts of committee meetings

8    have you seen?

9         A.   I did not see the transcript that you

10   provided from Yane's statement.  I did view what

11   she had said through the public -- what do they

12   call it, the public film and video recording, and

13   as well as like quotes from different

14   commissioners, video excerpts, quotes in the

15   media, and then later as we were reviewing them in

16   more detail, some of the specific quotes about,

17   you know, "sirloin" and "bone" and that kind of

18   thing.

19        Q.   Okay.  So you specifically don't

20   remember -- well, let me ask this:  Do you

21   remember which committee meeting this "sirloin"

22   and "bone" discussion occurred at?

23        A.   Off the top of my head, I don't recall

24   the specific meeting.

25        Q.   Okay.  Do you remember what that

Page 130

1      discussion was in reference to?

2           A.   That discussion was, in my mind, a

3      metaphor of desirable and undesirable voters based

4      on race.

5           Q.   And do you -- again, my question, do you

6      remember what the context of that discussion was

7      addressing?  Do you remember what the subject was?

8           A.   As in like the specific neighborhoods

9      that were being discussed?

10          Q.   As in the specific reasons why they were

11     having the conversation and who wanted what?

12     Let's start with, do you recall who the two

13     commissioners were that were having a dialogue?

14          A.   I would want to triple-check my memory to

15     make sure.

16          Q.   Ms. Pelham, I'm not asking you to quote

17     it.  My question is, do you recall who the two

18     commissioners were?

19          A.   Off the top of my head, I think I know,

20     but I'm on the record, and so I don't want to say

21     100 percent, no.

22          Q.   Okay.  So as you sit here today, you

23     don't know for certain who the two commissioners

24     were?

25          A.   I would need to reference the transcript

Page 131

1    and documents.  Yes.
2         Q.   So, yes, you don't know?
3         A.   Yes.
4         Q.   So do you have any recollection as to
5    whether they were discussing a park that a
6    commissioner wanted in his district?
7         A.   That rings a bell, but I can't say for
8    sure.
9         Q.   You referenced the "bone" and "sirloin"
10   comment.
11             What races are associated with those
12   comments?
13        A.   Well, I think high concentrations of
14   Hispanic voters in this context were considered
15   what was desirable.  So that would be the sirloin.
16        Q.   What is your basis for that belief?
17        A.   Because the discussion was about how to
18   move different parts of different neighborhoods to
19   move desirable Hispanic, high Hispanic voting age
20   populations into districts in order to maximize
21   Hispanic representation.
22        Q.   Is it your testimony that that discussion
23   had nothing to do with the park?
24        A.   I do not recall specifically.
25        Q.   Okay.  Is it fair to say that as you sit

```
                                            Page 132

1     here today, your lack of recollection of what was
2     actually said in its entirety, not just what might
3     have been quoted in legal proceedings, you might
4     not be completely accurate?
5             MS. MCNAMARA:  Objection to form.
6             You can answer.
7             THE WITNESS:  I just prefer to be able to
8         check my memory against documentation.
9     BY MR. LEVESQUE:
10        Q.   You've had no problems casting out
11    certain quotes that have been quoted repeatedly in
12    the plaintiffs' pleadings.  You're not retracting
13    those quotes.  You're not even retracting the
14    names that you're assigning to them.  But you're
15    failing to provide any additional context as to
16    what else was being discussed at that very moment.
17            So I guess my question to you is, what
18    other basis do you have for believing those
19    statements relate in any way to race?
20            MS. MCNAMARA:  Objection to form.
21            THE WITNESS:  There were multiple
22        meetings over multiple months, even years.
23        And so to recall exactly at what meeting what
24        quote was said, but to take the dialogue as a
25        whole, with specific examples of over time
```

```
                                          Page 133

 1           how things were discussed and the language
 2           that was used, but to remember exactly what
 3           meeting and the specific context of
 4           everything, my memory is just not able to
 5           confirm every detail.
 6      BY MR. LEVESQUE:
 7           Q.   Would you agree that the transcript of
 8      the meeting is probably going to be the most
 9      accurate reflector of what was said and what was
10      meant?
11           A.   On the dais, yes.
12           Q.   Other than balancing Hispanics over
13      Districts 1, 3 and 4, what other features of
14      District 1 do you believe are indicative of
15      race-based decision-making?
16           A.   I think from my perspective it's about
17      how it's balanced relative to the whole that I
18      would point to.
19           Q.   When you say "balanced to the whole,"
20      what do you mean?
21           A.   Meaning similar to what I've shared
22      before about maximizing the concentration of
23      Hispanic voters across those three districts so
24      that there are three Hispanic districts as
25      described.
```

Page 134

1      Q.   Is that the only thing that you can

2   identify related to District 1?

3      A.   I mean, there's certainly shifts in

4   Overtown, moving pieces of it back into

5   District 5, which I remember dialogue from that

6   commissioner about how that would want to be set

7   up.

8           But I would not point to specifics at

9   this time from memory.

10     Q.   Would you agree that plaintiffs move

11  substantially similar portions of Overtown back

12  into District 5 as well when they took their plan

13  forward?

14     A.   Yes.  I think in general there is public

15  feedback about that.

16     Q.   Did the plaintiffs do that for racial

17  reasons?

18     A.   I think all the maps that we have had VRA

19  compliance as far as back voters being able to

20  elect a candidate of choice, and that from

21  community input, we also heard preferences to keep

22  Overtown in that district and adjusted based on

23  that feedback.

24     Q.   Is it your contention, as you sit here

25  today, that the City did that for racial reasons?

1      A.   That specific piece of Overtown?

2      Q.   Yes.

3      A.    Again, I would want to look at the

4    transcripts and the map as a whole for every

5    single, you know, specific item.  But I do think

6    that there was in general an intention of having

7    as many black voters as possible in that one

8    district.

9           MR. LEVESQUE:  I'm sorry, Denise, can you

10       read me back that last answer?

11        (Answer read by the reporter.)

12   BY MR. LEVESQUE:

13     Q.   Do you know what Overtown provided in

14   terms of voter makeup for District 5, in terms of

15   boosting the black voting age population in the

16   City's plans?

17     A.   My understanding of that carve-out, that

18   is a part of Omni.  My understanding is that it

19   has a lot of condo towers in it, and that that's a

20   shift that I saw between '22 and '23.  I think for

21   Overtown specifically, I think it is going much --

22   much deeper and pulling more folks in Overtown

23   into District 5 than the 2022 map.

24     Q.    If I could ask you to look at the 2022

25   plan.  You mentioned the condo area.

Page 136

1              Would you agree that compared to 2023

2    plan and the 2022 plan, that the City was trying

3    to address the criticism that they only had a

4    little sliver for what has been referred to as the

5    "Condo Canyon" in the 2022 plan and they were just

6    broadening that area to include back into

7    District 2?

8         A.   I think in general the 2023 map smooths

9    out -- I can't talk -- smooths some of the lines.

10   But there's still a -- you know, a carve-out

11   within that Omni area, just slightly shaped

12   differently.

13        Q.   So do you know what the racial makeup of

14   those carve-out areas and how that impacted

15   District 5?

16        A.   Off the top of my head, no, I don't have

17   the data for the specific areas.

18        Q.   Is it your contention then that that

19   change was made to boost the voting age population

20   of a particular race in either District 5 or

21   District 2?

22        A.   My understanding is that a lot of the new

23   condos that have been built in that area are

24   bringing in a different demographic population

25   that's likely more white in some of the adjacent

1    areas in Overtown, and so putting those into

2    District 2 includes that, that rationale.

3         Q.   When you say that's your understanding,

4    what is that understanding based upon?

5         A.   That many of the new condos and buildings

6    that have been being built around Miami tend to

7    have higher housing prices than the natural --

8    naturally occur in affordable housing, and that

9    gentrification is bleeding into historically black

10   communities such as Overtown.

11        Q.   So both areas -- there are many areas of

12   District 5 that are gentrifying; would you agree

13   with that?

14        A.   Yes, I would agree with that.

15        Q.   Looking at District 2, other than the

16   Omni area, are there other features of District 2

17   that you would contend were drawn with race as the

18   predominating factor?

19        A.   For the 2022 map?

20        Q.   Yes.

21             THE REPORTER:  I'm sorry.  Could you

22        repeat the last part of your question.

23             MR. LEVESQUE:  Yes.

24   BY MR. LEVESQUE:

25        Q.   Looking at District 2, are there areas of

Page 138

1        District 2 that you would contend were drawn with

2        race as the predominating factor?

3                And then she clarified for the 2023 map?

4        I said yes.  And something along those lines.

5            A.   So between the railroad tracks and

6        Biscayne, which is actually the area that I used

7        to live very close to, so I'm more familiar with

8        it, it's a bit of a lower black voting age

9        population, so that got added into -- into

10       District 2.  There's a carve-out along the Miami

11       River in Brickell where a lot of new condos has

12       been built as well.  That's kind of sticking into

13       there and pulling people in.

14               In general, I would say it's largely

15       similar to the 2022, just smoothing out some of

16       the lines.

17           Q.   Would you also agree that it's generally

18       pretty similar to the 2013 plan as well?

19           A.   Generally, yes.

20           Q.   Looking at District 3, what areas of

21       District 3 in the 2023 plan do you contend were

22       drawn with race as the predominating factor?

23           A.   My recollection has to do with dialogue

24       around Bay Heights as an area as well as the

25       finger that is now in District 2 in this map.  But

Page 139

1      I don't remember every specific conversation about

2      every neighborhood.

3          Q.   And what about Bay Heights was racially

4      motivated?

5          A.   My recollection is that there was just

6      dialogue about it having a relatively high

7      Hispanic voting age population relative to other

8      areas in District 2, so that's my best

9      recollection about that shift in the line.

10         Q.   So it's your understanding that Bay

11     Heights has a high Hispanic voting age population

12     and including that in the district boosted the

13     Hispanic voting age population in District 3?

14         A.   My recollection is just that there was

15     dialogue about the Hispanic age voting population

16     in that district and therefore which district it

17     should be in.

18         Q.   And in which meeting was that dialogue?

19         A.   I would need to reference which specific

20     meeting, but in the creation of the 2023 map.

21         Q.   But as you sit here today, you can't

22     recall whether it was the June 14th meeting or one

23     of the prior meetings, correct?

24         A.   Again, I was out of town during June, so

25     I didn't watch it until then.

1           Yes, correct.

2           Q.    So that would be a no, you don't

3      recall?

4           A.    Okay.  Yes.

5           Q.    Are there any other features of

6      District 3 that you would identify?

7           A.    Not at this time, no.

8           Q.    Moving on to District 4.  Are there

9      features of District 4, other than what we

10     discussed in Flagami, that you believe were drawn

11     with race as the predominating factor?

12          A.    I think again, in general, it largely

13     reflects the borders that were in the 2022 plan,

14     just smoothing them out a little bit, that in

15     which race in general predominated as a factor.

16          Q.    Would you agree that it also reflected

17     the borders that were in the 2013 plan generally

18     as well?

19          A.    Generally, yes, for the most part.

20          Q.    Then finally District 5.  We talked a

21     little bit about Omni.  Are there other areas of

22     District 5 that you would -- that you believe were

23     drawn with race as the predominating factor?

24          A.    There's a slight shift between the

25     railroad and Biscayne between District 2 and 5.

Page 141

1       Again, that's not a very high black voting age

2       population relative to the rest of the district.

3            Q.   Is that shift that you're talking about

4       kind of like the little triangle that is the

5       east -- I'm sorry -- to the west of Edgewater

6       that's created by the railroad there?  Is that the

7       shift you're talking about?

8            A.   In that specific case, I was actually

9       talking a little bit further north above 36th.

10           Q.   And it's your understanding that that

11      line that is drawn doesn't actually follow the

12      railroad?

13           A.   No.  I'm just pointing to the shift from

14      2022 to 2023, where that was one of the visible

15      things that --

16           Q.   Is there a problem with following the

17      railroad?

18           A.   No.  I would not say there's a general

19      problem with following the railroad.

20           Q.   Okay.  Would you agree that railroads

21      generally are recognized as a type of geographic

22      boundary?

23           A.   They can be, yes.

24           Q.   I'm going to show you what we're going to

25      mark as Defendant's Exhibit 82-34.

```
1      (Defendant's Exhibit 82-34 marked for identification.)
2        BY MR. LEVESQUE:
3             Q.   Ms. Pelham, do you recognize that plan?
4             A.   I do, yes.
5             Q.   Do you know who draw this plan?
6             A.   I don't know who the specific mapmaker
7        was necessarily, actually.
8             Q.   Did Engage Miami request any revisions to
9        this plan?
10            A.   We were able to review it, ask questions.
11       I think P-2 was drawn during the same time period.
12       And, yeah, just discussed the changes here versus
13       the maps that the City had drawn and, you know,
14       the level of compactness of the districts I
15       remember coming up, for example.
16            Q.   Were you aware of what the actual
17       Hispanic voting age population is for District 1
18       in that district?
19            A.   Not from memory.  I don't remember.
20            Q.   I'm going to show you Defendant's Exhibit
21       82-12.
22     (Defendant's Exhibit 82-12 marked for identification.)
23        BY MR. LEVESQUE:
24            Q.   And I will represent to you that this is
25       an appendix that came from a report that was
```

Page 143

1        presented by Dr. Abbott on behalf of plaintiffs.

2                 If I could ask you have to look to

3        page 16.

4                 And do you see where it indicates the

5        Hispanic age voting population for District 1 is

6        70.1 percent?

7            A.    Yes.

8            Q.    And do you also see where the Hispanic

9        population for District 4 is 95 percent?

10           A.    I do, yes.

11           Q.    Do you also see where the Hispanic

12       population for District 3 is 90 percent?

13           A.    Yes.  90.8.

14           Q.    90.8.

15                 Are you aware if any of the plaintiffs'

16       other maps have two districts at 90 percent or

17       higher for Hispanic voting age population?

18           A.    There are those that are in the high 80s,

19       but over 90 percent, it does not look that way.

20           Q.    In fact, in one that plaintiffs prefer,

21       Hispanic population for District 1 is 85.8, and

22       the Hispanic population for District 3 is 85.1,

23       correct?

24           A.    Yes.  Plaintiffs' map 4.

25           Q.    Are plaintiffs balancing the Hispanic

Page 144

1       populations between plan 1 and plan 4?

2           A.   I think we just got community input.  We

3       talked about Overtown previously.  And this P-1

4       map, for example, actually does break up the

5       coastal district the most, and actually has three

6       districts on the coast, that they are all very

7       compact.  So I think just putting different

8       options out there ended up with slightly different

9       results.

10          Q.   Do you know why plaintiffs' plan 1 was

11      not selected as plaintiffs' preferred map when it

12      submitted maps to the Court?

13          A.   Well, we had put out P-1 and P-2.  You

14      know, obviously all of the maps have to be drawn

15      around District 5 or the VRA-protected district,

16      and then that -- you know, from there, then you've

17      got some different options about how to draw and

18      compact and keep the communities together

19      districts.  I think from the community meetings

20      that we had was a major source of the input that

21      would have led us towards our preferred map.

22          Q.   Do you believe plaintiffs' -- District 5

23      in plaintiffs' plan 1 is a VRA compliant district?

24          A.   Black voting age population is 45.2.  It

25      does look like of the four options, by a small

Page 145

1          margin relative to District 2, it's a little lower

2          in terms of black voting age population.  But,

3          yes, I do believe it's VRA complaint, that black

4          voters would be able to elect a candidate of

5          choice in this setup.

6              Q.   And do you believe it's narrowly

7          tailored?

8              A.   Yes.  Just to comply with the VRA and

9          showing those requirements.

10             Q.   Now, when the plaintiffs revised its

11         other plans to include portions of Overtown in it,

12         that was done to -- at the request of the black

13         community to include those portions of a historic

14         black community back into the black VRA-required

15         district, correct?

16             A.   Yes.  I think maps 1 and 2 had slightly

17         different options, and there seemed to be

18         consensus forming that moving in the direction of

19         map 2 would be more responsive to community input.

20             Q.   Okay.  And in terms of responding to

21         community input to keep the black residents in

22         Overtown in District 5, plaintiffs revised their

23         plan all the way down to plaintiffs' plan 4 that

24         has a black voting age population of 48.4 percent.

25                  Do you see that?

Page 146

1       A.   Yes.  Three percentage points higher.

2       Q.   3.2 percentage points higher, correct?

3       A.   Yes.

4       Q.   So is it still narrowly tailored if it's

5   3.2 percentage points higher than 45.2?

6       A.   To the extent that race predominated in

7   decision-making, then, yes, I would say so, and

8   then keeping community input and communities of

9   interest in mind.

10       Q.   Well, when you say "race predominated,"

11   are you suggesting that the plaintiffs didn't add

12   Overtown in because of race?

13       A.   I mean, because of community input, but

14   I --

15       Q.   But wasn't the community input, hey, we

16   want -- we, the black community in Overtown, want

17   to be District 5?

18       A.   I think there's input from different

19   places.  I believe the commissioner had spoken to

20   it.  The CRA, I believe, had shared some thoughts.

21   I think different people were in different places.

22   But there's a preference for that based on

23   community input.

24       Q.   Are you suggesting that there were not

25   significant numbers of the community who were

1    requesting that Overtown be included in District 5

2    on a basis -- that was not on a basis of race?

3        A.   I think it is generally a preference that

4    community members express that Overtown be part of

5    District 5, understanding Overtown to be a

6    historically black neighborhood.

7        Q.   Would that be a racial reason?

8        A.   It would be keeping communities of

9    interest in a neighborhood together based on

10   community feedback and input.  Overtown staying

11   together as a community.

12       Q.   Let me ask this:  If a City Commission

13   includes Overtown because it's a historically

14   black community and they're drawing that and

15   including that in the historically black district,

16   why is that a race-based decision, but when

17   plaintiffs do it, it's not?

18       A.   I think we put out different options, got

19   community input, made sure that they were all VRA

20   compliant, and as we got community input, made

21   adjustments and landed where we landed.

22       Q.   Are you suggesting that City Commission

23   didn't get community input, and so that when they

24   drew the 2023 plan, they weren't responding to

25   community input?

Page 148

```
 1        A.   Yes.  Through public comment, they got
 2   community input as well, yes.
 3        Q.   You see that western portion of Flagami.
 4             How important is community input for
 5   decision-making in redistricting for Engage Miami?
 6        A.   Well, I think for a small non-profit that
 7   has the resources that we do have, we want to take
 8   out as much community input as we could in the
 9   time frame, you know, with the mediation -- or the
10   mediation.  Yeah.  But, you know, it was certainly
11   a short time frame.  If we had gotten to do
12   everything we would have wanted to do, I'm sure we
13   would have wanted more time to get more input on
14   the maps.
15        Q.   That wasn't my question.  My question
16   was, how important is community input to Engage
17   Miami in the redistricting process?
18        A.   It is an important factor.
19        Q.   Okay.  And community input is so
20   important that Engage Miami and the other
21   plaintiffs had zero community meetings in any
22   Hispanic district, correct?
23        A.   I would not phrase it that way.
24   Originally we had one meeting planned in Coconut
25   Grove, and then when we saw that people wanted
```

Page 149

1      more and that Overtown was a subject of

2      conversation, we rapidly chose to have one more

3      meeting that we could fit in on a rapid time

4      frame.

5          Q.   Originally you only intended to have one

6      meeting and only in Coconut Grove?

7          A.   That was the initial plan of just what

8      can we do very quickly.  And then we wanted to do

9      more to the extent that we could, and Overtown had

10     become a topic of conversation.

11         Q.   Did anyone ever bring up, hey, Flagami

12     has been this way for a long time, between --

13     split between District 1 and District 4, do we

14     really want to do this when nobody is asking for

15     it?

16         A.   Yeah.  I was traveling during those

17     meetings, so I was not personally present.  I've

18     certainly had informal conversations with folks

19     that say splitting up that area just doesn't make

20     logical sense when it could be more compact.  But

21     I don't -- from the public meetings, I don't have

22     specific comments that were shared.

23         Q.   Okay.  And you didn't discuss in terms of

24     getting ready for your deposition today with

25     either Ms. Valdes or Ms. Contreras any of the

1      things that were said or any of the things that

2      were presented so that you could testify to those

3      things today, correct?

4           A.   No.  They've been at trainings each

5      weekend for the past two weekends, so our

6      schedules have not overlapped significantly.

7           Q.   Okay.

8           A.   And I had travel as well.

9                MR. LEVESQUE:  Let's take a short break.

10                (Discussion off the record.)

11     BY MR. LEVESQUE:

12          Q.   Ms. Pelham, I am going to show you what

13     we're going to mark as Plaintiffs' (sic)

14     Exhibit 82-35.

15     (Defendant's Exhibit 82-35 marked for identification.)

16     BY MR. LEVESQUE:

17          Q.   Ms. Pelham, do you recognize this

18     exhibit?

19          A.   I do.

20          Q.   And what is this exhibit?

21          A.   This was the second map that was created

22     by plaintiffs.

23          Q.   Do you know who drew this map?

24          A.   I don't recall specifically who did the

25     drawing.

1      Q.   Did -- between map 1 and map 2, did you

2   see them both at the same time?

3      A.   Either concurrently or very close

4   together.

5      Q.   Did Engage Miami have any changes that

6   they requested by either map 1 or map 2?

7      A.   My memory is that we just discussed

8   having options.  This one, for example, District 1

9   doesn't go all the way to the coast.  District 5

10  is extended down a little bit and gets some but

11  maybe not all of Overtown.  District 2 goes up a

12  little bit further to -- gosh, not all the way to

13  36th, but towards Edgewater.

14          Yeah, so you know, slight shifts and just

15  really seeing options side by side to compare

16  different possibilities.

17     Q.   Is Edgewater split in this map?

18     A.   It does end -- doesn't go all the way up

19  to 36th Street, but it keeps the Omni area

20  together for the most part and -- yeah.

21  There's -- there's a difference in how these two

22  are split for sure.

23     Q.   Sure.

24     A.   But they're actually very close in terms

25  of what street exactly.

1      Q.   You would agree that Edgewater is a

2   neighborhood that's split, correct?

3      A.   Yeah.  Edgewater has been growing really,

4   really rapidly in terms of all the condo building,

5   and so I think that's been to my knowledge a

6   population growth area generally.

7      Q.   Keeping neighborhoods whole is very

8   difficult when the population has grown like that,

9   correct?

10      A.   It causes one to try to make decisions

11   about where that line can be that makes sense.

12      Q.   Is Brickell split?

13          THE REPORTER:  I'm sorry, excuse me,

14   Counsel?

15   BY MR. LEVESQUE:

16      Q.   Is Brickell split?

17      A.   Let's see.  There's the railroad tracks.

18   I think most all of Brickell, Brickell Key is all

19   in there.  Map 1 goes a little -- I think that's

20   getting into East Little -- is that east?  Yeah.

21   East Little Havana a little bit on map 1, whereas

22   map 2 is more so following the railroad tracks,

23   which I think is a natural geographic boundary.

24      Q.   Do you know if Brickell is on both sides

25   of the railroad tracks?

```
 1          A.    I would need to refer to how it's

 2    technically defined.

 3          Q.    But you reference Little Havana being

 4    split, correct?

 5          A.    There's that kind of area that's

 6    Brickell, East Little Havana, Little Havana.  So

 7    there's a slight difference between the maps about

 8    the area that is --

 9          Q.    Where they're splitting neighborhoods?

10          A.    To me, the maps are a little small, so I

11    would want to ideally zoom in -- to me it looks

12    like one is following the railroad tracks and one

13    is sticking maybe closer to the highway as

14    different options.

15          Q.    Based upon your familiarity with the

16    city's geographic boundaries, does it appear as if

17    Little Havana is split?

18          A.    There is 8th Street.

19          Q.    I'm referring to plaintiff's map 2.

20          A.    Okay.  Plaintiff's map 2.

21                I think in this one the dividing line is

22    between Flagler and the 8th Street corridor.  So

23    it's not entirely kept together, but I think

24    there's a business community on Flagler that just

25    put that -- and the business community on 8th
```

Page 154

1     Street in that area.

2          Q.   In looking at the three Hispanic

3     districts on plaintiffs' map 2.

4          A.   You're referring to 1, 3 and 4.

5          Q.   Yes.  If you could refer to Exhibit 82-12

6     to the next question.

7          A.   1, 3, 4.  Okay.

8          Q.   Because the plaintiffs don't take

9     District 1 all the way to the coast, but by

10    keeping it generally an inland district, Hispanic

11    voting age population jumps from 70.1 percent to

12    80.6 percent?

13         A.   Yes.

14         Q.   When the plaintiffs made the decision not

15    to take District 1 to the coast, would you agree

16    that the natural effect of that is District 1 is

17    going to have a higher Hispanic voting age

18    population?

19         A.   I think based on the demographics of the

20    downtown and Omni areas, if those are included in

21    District 1, that will change the proportionality.

22         Q.   That sounded like a yes?

23         A.   Yes.

24         Q.   In doing that, were the plaintiffs

25    intending to balance the Hispanic population or is

Page 155

1      that just a natural effect?

2           A.   Yeah.  I think there's -- like, looking

3      at how there could be three districts that go up

4      the coast, that run more like north, central,

5      south, and then in map 2 offering this other

6      option that's more similar to how it's

7      historically been with D-2 going up further, means

8      that D-1 is more inland, and so that's a natural

9      effect.

10          Q.   Would you agree that at least with

11     plaintiffs' map 2, D-1 -- I'm sorry -- D-2 is --

12          A.   D-2.

13          Q.   -- is similar to the 2013 plan?

14          A.   I think in 2013, it went further --

15          Q.   I'm not --

16          A.   -- up the coast.

17          Q.   -- saying exactly the same, but more

18     similar in terms of the way it's drawn.

19          A.   More similar to P-1, yes.

20          Q.   And of the three districts, D-2 might be

21     the most geographically similar to the 2013 map?

22          A.   I would ideally want them side by side,

23     but largely, yes.

24          Q.   I'm going to provide you what we'll mark

25     as Defendant's Exhibit 24-82.

Page 156

1      (Defendant's Exhibit 24-82 marked for identification.)

2              THE WITNESS:  Thank you.  This is 2013.

3              Answer the question or --

4      BY MR. LEVESQUE:

5          Q.   Would you agree that comparing District 2

6      in plaintiffs' map 2 and District 2 in the 2013

7      plan, that there are significant similarities

8      between the two plans?  And I don't mean to imply

9      that they are identical.  They obviously include

10     different geography.  But would you agree that

11     they are substantially similar in terms of the

12     general construction of the district?

13         A.   I would say District 2 and District 5

14     have the most similarities between our P-2 and

15     2013, and 1, 4 and 3 are constructed the most

16     differently relative to each other.

17         Q.   Okay.  Is there a reason why Districts 1,

18     4 and 3 were so dramatically restructured compared

19     to Districts 2 and 5?

20         A.   Well, 5, there's elements of the VRA that

21     you have to make sure, and so there's going to be

22     some limitations there about how much that can

23     move.

24              I think District 2 as well is interesting

25     because it does have, whether it's the highway or

1      the train or Biscayne, there's some geographic

2      borders there as well as the coastal aspect.

3              And then 1, 3 and 4, I think it's just a

4      slightly -- these two are more compact and have a

5      different dividing line, it's kind of above Little

6      Havana, below Little Havana, to the west.

7          Q.   And that's because the plaintiffs, when

8      they drew the maps, this was important to them,

9      correct?

10         A.   Yes, I would say so.

11         Q.   I'm now going to show you Plaintiffs' --

12     I'm sorry, Defendant's Exhibit 82-36.

13     (Defendant's Exhibit 82-36 marked for identification.)

14     BY MR. LEVESQUE:

15         Q.   Do you recognize this plan?

16         A.   Yes, I do.

17         Q.   Would you agree that this plan includes

18     even more of the coastal area in District 2?

19         A.   Yes.  When it goes up to 36th, so, yes,

20     I -- probably give or take ten blocks worth.

21         Q.   And it keeps Edgewater whole?

22         A.   Yes.  And brings that boundary over a

23     little bit east from Omni.

24         Q.   Was it improper to split Edgewater when

25     you split it in the last map?

Page 158

1          A.   No.  I think it's just an option based on

2      forming districts across the board better or

3      compact.

4          Q.   Have you looked at any of the compactness

5      scores for any of the plaintiffs' plans?

6          A.   Not -- I don't think I reviewed that data

7      that I recall.  It might have been shared with me

8      at some point.

9          Q.   Do you know who drew this plan?

10         A.   I don't recall specifically who drew each

11     plan.

12         Q.   Did Engage Miami have any requested

13     changes to plaintiffs' map 3 -- strike that.

14              Plaintiffs' map 1 or 2 that would be

15     reflected in plaintiffs' map 3?

16         A.   I think on the basis of community input

17     around including more of Overtown, that was

18     incorporated.  It's one of the more substantial

19     changes.  And then by doing that, making some

20     adjustments.

21         Q.   That includes even more of Overtown that

22     had been included in plan 2, correct?

23         A.   Yes.

24         Q.   That also had the effect of boosting the

25     black voting age population all the way up to

Page 159

1      48.8 percent, correct?

2           A.   Yes.

3           Q.   Is it your opinion that plan 3 is still

4      narrowly tailored?

5                Let me rephrase that question.

6                Is it your opinion that District 5 in

7      plan 3 is still narrowly tailored?

8           A.   Yes, it is.

9           Q.   Even though it's 3.5 -- I'm sorry --

10     3.6 percentage points higher than what was

11     required in plan 2 -- I'm sorry -- plan 1?

12          A.   Yes.  I think that's just bringing more

13     of Overtown in and as a natural effect of

14     responding to the feedback that we got when folks

15     saw P-1 and P-2.

16          Q.   And, again, I want to be clear.  When

17     Engage Miami revised their maps to include

18     Overtown to begin with, and to include more of it

19     as they drew the maps, that wasn't in response to

20     the community calls to add those portions of the

21     black community of Overtown back into District 5?

22          A.   I think to keep as much historic Overtown

23     together as possible and that different black

24     community members were saying that was their

25     preference.

1    Q.   But that's not drawing the districts on
2    the basis of race; do I understand that correctly,
3    that's Engage Miami's position?
4    A.   Yeah.  Keeping communities of interest
5    together that had stated they wanted to be.
6    Q.   It doesn't matter that it's a black
7    community that is sought to be whole, it's just
8    you're keeping the community united?
9    A.   I think in reference to making sure that
10   the district is VRA compliant and being aware of
11   race and that factor.  But, no, I think the shift
12   in time over the maps is really just based on
13   community response.
14   Q.   You would agree that the district was VRA
15   complaint in plan 1 and didn't include Overtown as
16   well?
17   A.   Yes.  But that doesn't mean that shifts
18   in map couldn't end up having a slightly higher
19   black voting age population.
20   Q.   Okay.  If there are black voters that are
21   asking to be added to the district, because they
22   wanted to be in the black district, wouldn't that
23   be adding them because of their race?
24   A.   If that's the community feedback of what
25   folks want and tracks more with what people have

Page 161

1     experienced under prior redistricting plans where

2     more Overtown was kept in D-5, then, yeah, I think

3     that's just --

4          Q.   Are you aware of the community feedback

5     that was provided by NAACP and others in the

6     community that requested that the City Commission

7     not diminish the black voting power in District 5?

8          A.   I do remember dialogue about it, but I

9     don't have a clear memory of the specifics of

10    that.

11         Q.   Are you aware of what the black voting

12    age population was in District 5 before the City

13    drew the map, the 2022 plan?

14         A.   I would need to reference the data to --

15    well, it's probably here but --

16         Q.   Not --

17              MS. MCNAMARA:  It does have the enjoined

18         plan on page 14.

19              MR. LEVESQUE:  No, before the 2020.

20              THE WITNESS:  2013.  I wouldn't know off

21         the top of my head.

22    BY MR. LEVESQUE:

23         Q.   Would you be surprised if it was higher

24    than 50.3 percent?

25         A.   Higher than 50.3.  And this is in 2022

Page 162

1      from the 2013 plan?

2           Q.    Correct.

3           A.    Higher.  It could be.  I don't -- the

4      black voting age population, I don't know.

5           Q.    And the changes that were made on the

6      dais to the draft plan for the -- that became the

7      2023 plan, that involved District 5, does Engage

8      Miami believe any of those changes were made for

9      race-based reasons?

10          A.    From the 2022 to the 2023 plan, were

11     those changes made for race-based reasons?

12          Q.    The changes that were made from the dais

13     that revised the draft that had been proposed to

14     the City.

15                Let me see if I can break this down.

16          A.    Sure.

17          Q.    On June 14th of this year, the City

18     considered a draft plan that was presented by

19     Mr. De Grandy.  During the course of that

20     June 14th meeting, the City made revisions to that

21     plan during the meeting.  Some of these revisions

22     were to redraw District 5 from the draft that was

23     presented to them.

24                Is it Engage Miami's position that any

25     of those changes that were made publicly on the

Page 163

1       dais were made for predominantly for racial

2       reasons?

3           A.    I would need to see the transcript from

4       that specific meeting to recall specifically.  I

5       do remember the dialogue that we had amongst staff

6       was noticing that the jail was now put into

7       District 5.  But I don't know exactly what

8       conversation happened on the dais, if any.  So I

9       don't know.

10          Q.    Okay.  Now, plaintiffs have made

11      revisions in each of these plans to Districts --

12      District 1, District 3.

13                Within District 4, in every plan, they

14      keep Flagami park.  Do you know why?

15          A.    It's the most westward -- I think there's

16      a couple of different configurations how far south

17      it goes.  But it's the most westward portion.  The

18      City has this very odd shape that goes out there.

19      You know, the full north-to-south boundaries.

20      Yeah.  I think that's the main -- the main logic

21      is just keeping the most westward portion together

22      in a way that's compact.

23          Q.    Do you know if it would have been

24      possible to run District 2 up the coast higher and

25      include Coconut Grove in District 3 or 4?

Page 164

```
1          A.   I think what number the district is could

2     look a little bit different.  Certainly

3     plaintiffs' map 1 changes the configuration of D-2

4     the most.

5          Q.   Let me draw your attention to

6     plaintiffs' map 3.  Looking at plaintiffs' map 3,

7     District 5, it takes in Morningside and the Upper

8     East Side.

9               Let me back up.

10              Other than plaintiffs' maps 1, 2, 3 and

11    4, were there other maps that Engage Miami

12    considered presenting to the Court?

13         A.   I think these were the ones that we

14    relied on.

15         Q.   Okay.  That wasn't my question.  My

16    question was:  Were there other maps that Engage

17    Miami participated in that were not presented to

18    the Court?

19         A.   Not that I'm aware of.  I think they're

20    just dialogue about possibilities for each of

21    these.

22         Q.   Was there ever any discussion about

23    wanting District 2 further north to recapture

24    areas that had been given to District 5 and

25    extending the district down to capture parts of
```

Page 165

1     Coconut Grove into the district that's to the
2     north of it?
3          A.   So District 3 moves down, District 2
4     starts higher and goes longer and skinnier?
5          Q.   However -- well, or however far north it
6     needed to gain the population, to keep the
7     population that it had?
8          A.   I don't recall that being a discussion.
9     I think if you're going all the way from 79th
10    down to, you know, the south part of the City,
11    that's just geographically a really long
12    distance.
13         Q.   You would agree that going from the north
14    part of Edgewater all the way down to the south
15    part of the City is a long way too?
16         A.   Yeah.  I think definitely not as long.
17    You know, it's everything south of 36th Street in
18    this option.
19         Q.   So that's not something that plaintiffs
20    ever looked at?
21         A.   Not to my memory.  It's possible.
22         Q.   Okay.  But Engage Miami did?
23         A.   Not to my memory.
24         Q.   I'm going to show you Exhibit 7 82-37.
25    (Defendant's Exhibit 82-37 marked for identification.)

Page 166

1           THE WITNESS:  Thank you.

2     BY MR. LEVESQUE:

3           Q.   Do you recognize this plan?

4           A.   Yes.  This is plaintiff's map 4.

5           Q.   Why did plaintiffs prefer this map over

6     the other maps?

7           A.   They're largely very similar.  I think

8     the main difference has to do with the way that

9     Overtown along the highway and then up the

10    Metro -- it's the Metro Rail, I think.  Just some

11    slight shifts along those boundaries are some of

12    the main differences.  I think largely along where

13    we had been before, but adjusting additionally

14    some input around how Overtown is included to my

15    memory.

16          Q.   And you would agree that Districts 2 and

17    5 in plaintiffs' plan 4, just like in map 2 and

18    map 3, are similar to what would have been

19    reflected in the 2013 plan?

20          A.   Largely.  But a little smoother along,

21    like, the geographic borders and main roads.  I

22    want to say off the top of my head that's

23    northeast second for our map 4 and 3.  But largely

24    similar.

25          Q.   Would you agree that the racial makeup of

Page 167

```
1       those districts is pretty similar to what would be
2       in the 2023 plan?
3            A.   Yes.  For the most part, I think D-5 --
4       2023.  Yeah.  Not too dissimilar.
5            Q.   You mentioned District 5.  Looking at the
6       appendix, District 5 in plaintiffs' plan 4 was
7       48.4 percent, correct?
8            A.   Yes.
9            Q.   And in the remedial plan, plaintiff
10      concludes, on page 5, District 5's black voting
11      age population was 50.3 percent, correct?
12           A.   Yes.
13           Q.   And in my math is correct, that's
14      1.9 percent difference between P-4 in the 2023
15      plan, correct?
16           A.   One point -- yeah.  One point -- sorry.
17      Just about.  Yes.
18           Q.   Less than 2 percent?
19           A.   Yes.  That's correct.
20           Q.   Looking at District 2, do you see what
21      the white voting age population is for P-4?
22           A.   P-4, District 2, white --
23           Q.   White voting age population.
24           A.   District 2, 37.9.
25           Q.   And do you see what the white voting
```

1    age population for District 2 is in the 2023

2    plan?

3         A.   36.5.

4         Q.   Were you aware that one of the

5    allegations were that -- what is the Hispanic

6    voting age population for District 2?

7         A.   District 2 --

8         Q.   In the 2023 plan?

9         A.   -- 49.6.

10        Q.   Would you agree that if the City was

11   attempting to draw an Anglo district, they weren't

12   doing a very good job of it?

13        A.   That seems like -- statistically they

14   could have made shifts.

15        Q.   They --

16        A.   There's the discussion that it was an

17   Anglo district.

18        Q.   Right.  But you would agree that even

19   your version of District 2 in your plans was

20   generally going to be higher than the 2023 plan

21   except for plaintiffs' plan 1, correct?

22        A.   Very close, but, yes.

23        Q.   And in fact, the plaintiff's plan 1 made

24   it a Hispanic majority district, didn't it?

25        A.   District 2.  Yes, in that case, it was

Page 169

1      7.9.

2           Q.   In fact, plaintiffs' plan 1 drew three

3      Hispanic majority districts, did it not?

4           A.   Four -- plaintiffs' map 1?

5           Q.   I'm sorry, four.  You're correct.  Four

6      Hispanic majority districts.

7           A.   Yes.  And I believe that was the option

8      that was the most different than the others due to

9      District 1 went all the way to the coast in that

10     one.

11          Q.   Okay.  Going back to my question, one

12     of the allegations in the First Amended Complaint

13     was that the City was intentionally segregating

14     people based upon race to result in three

15     Hispanic districts, a black district and an Anglo

16     district.

17               Does the data, the objective data bear

18     that out?

19          A.   That data shows that it would have been

20     possible to have a higher proportion of Anglo

21     voters in District 2 in the 2023 map, but that --

22     is that the question?

23          Q.   Well, you were drawing, I think, the

24     comparison that you could draw the maps in such a

25     way that they have a higher white voting age

Page 170

1    population in District 2, if I understood your

2    response.

3              Is that a fair characterization of your

4    response?

5         A.    I believe so, yes.

6         Q.    Because, in fact, plaintiffs did draw a

7    configuration of District 2 that did have a higher

8    white voting age population, didn't they?

9         A.    Yes.

10        Q.    But if the City were intending to draw a

11   district for a candidate that was white, they may

12   not have done a very good job because white voters

13   only make up 36.5 percent of the district and

14   Hispanics make up 49.6 percent of the district,

15   correct?

16        A.    Yes.  That is correct.

17        Q.    And so would you agree that if they were

18   trying to do that, they didn't do a very good

19   job?

20        A.    I would agree that more white voters

21   could have proportionally been in District 2 than

22   that that they ended up drawing in 2023.

23        Q.    Is it Engage Miami's position that

24   District 2 was drawn in a way to pack white voters

25   into District 2?

Page 171

1          A.    I think discussion about where exactly

2      the lines would be drawn had a lot of input about

3      where the Hispanic voting population was.  I

4      wouldn't say that the number one thing was packing

5      white voters, but having an Anglo or a white

6      district was a topic of discussion and also about

7      why the districts were historically set up the way

8      that they had been.

9          Q.    When you reference the discussions

10     about the Anglo district or the Hispanic district,

11     do you distinguish between the way the

12     commissioners frequently would refer to District 2

13     as the Anglo district and specific directions that

14     a district should be revised to make it an Anglo

15     district?

16         A.    I would want to look at the transcript.

17     My memory is imperfect.

18             MR. LEVESQUE:  No further questions at

19         there time.  Do you have some?

20             MS. MCNAMARA:  Yeah.

21                    CROSS-EXAMINATION

22     BY MS. MCNAMARA:

23         Q.    You testified earlier that Engage Miami

24     moved its office in June of this year.

25         A.    Yes.

Page 172

1      Q.   Where was it located before it moved?

2      A.   It was on 79th Street.  Gosh, am I really

3   forgetting the address already?  It was on 79th

4   Street across from Technique Records and Half Moon

5   Empanadas.  691.

6      Q.   What neighborhood is that in?

7      A.   That is shore crossed along the 79th

8   Street corridor going out to the Bay.

9      Q.   And what district is that in?

10      A.   It's been in District 5.

11      Q.   How long had Engage's offices been at

12   that location prior to moving?

13      A.   Two years.

14      Q.   So that's going back to 2021?

15      A.   Yes.

16      Q.   And when were they -- where were they

17   located before 2021?

18      A.   It was Northeast 70th and Northeast 1st

19   or Northwest 1st.

20      Q.   But still in District 5?

21      A.   Still in -- we've always been in

22   District 5, actually.  Before that they were in

23   82nd and Northeast 2nd.

24      Q.   And now you're a little bit up north,

25   like, I don't know the exact part, but you're

Page 173

```
 1       say, like, 30 blocks north of where this map
 2       ends?
 3            A.   Yes.  Yes.  Up Biscayne.
 4            Q.   Do you recall, we had a long exchange
 5       about how closely you could recall the details in
 6       each of the transcripts of the commission
 7       meetings?
 8            A.   Yes.  We -- yes.
 9            Q.   Would you say that you're familiar with
10       the overall tenor of what was said from the dais
11       throughout the commission meetings as represented
12       on those, let's say, six or however many
13       transcripts there are -- there were between
14       November of 2021 and April of 2022 when the
15       original -- the process that led to the 2022
16       enjoined plan?
17            A.   Yes.  Broadly I'm familiar with different
18       quotes and conversations.
19            Q.   Can you cite to specific lines and page
20       numbers for the parts that stood out to you from
21       all those transcripts?
22            A.   Without looking at them?
23            Q.   Yes.  I'm asking you, from memory right
24       now, if we started talking about some portion of
25       one of the transcripts that you remember, and I
```

Page 174

1    said, where exactly on which transcript can you

2    tell me the page and line number, would you be

3    able to do that?

4         A.   I would need to search through the text

5    to be able to find it.  I wouldn't be able to

6    recall it from memory what page and line.

7         Q.   But you do believe that you have a

8    general sense of what was said and the context of

9    what it was said in?

10        A.   Yes.

11             MS. MCNAMARA:  No more questions.

12             MR. LEVESQUE:  Just one or two

13        follow-ups, maybe three.

14                    REDIRECT EXAMINATION

15   BY MR. LEVESQUE:

16        Q.   When you reviewed the commission

17   transcripts or the video, did you watch the public

18   comment period?

19        A.   Yes.  I might have fast forwarded through

20   some pieces of it, but I certainly watched anyone

21   that I knew or --

22        Q.   So if there are other people that you

23   didn't know that were presenting information, you

24   didn't take in their community input?

25        A.   I didn't watch every single moment of

Page 175

1        every single public comment by any means.

2            Q.   Did you actually review of the

3        transcripts?

4            A.   Yes.  I watched the videos online when I

5        had a chance.

6            Q.   That wasn't my question.  My question

7        was:  Did you actually review the paper copy, did

8        you read it?

9            A.   Not an entire transcript in whole but

10       portions and excerpts.

11           Q.   Would those have been portions of

12       excerpts of an actual transcript or what was

13       quoted in the pleadings?

14           A.   A transcript was sent to me by

15       counsel.

16           Q.   And I don't want to know anything that

17       you sort of discussed with counsel or anything

18       like that.

19                MR. LEVESQUE:  That's all.

20                Read or waive?

21                MS. MCNAMARA:  We'll read.

22                MR. LEVESQUE:  Okay.  We'll take a copy,

23          Ms. Byer.

24                THE REPORTER:  Great.  Thank you.

25                And would you like a copy?

Page 176

1              MS. MCNAMARA:  Yes, please.

2              (Deposition concluded at 7:24 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 177

1                        CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF HILLSBOROUGH

5        I, DENISE SMITH BYER, RPR, FPR, Notary Public, State

6    of Florida, certify that the witness, REBECCA PELHAM,

7    was sworn remotely before me on October 17, 2023.

8        WITNESS my hand and official seal November 1st, 2023.

9

10

11

12                   DENISE SMITH BYER, RPR, FPR

13                   Notary Public

14                   State of Florida at Large

15                   My Commission No.: 807613

16                   Expires:  11/21/2024

17

18

19

20

21

22

23

24

25

1                    CERTIFICATE OF REPORTER

2

3

4    STATE OF FLORIDA)

5    COUNTY OF HILLSBOROUGH)

6

7      I, DENISE SMITH BYER, RPR, FPR, Notary Public, do

8    hereby certify that I was authorized to and did

9    stenographically report the foregoing deposition

10   remotely of REBECCA PELHAM; that a review of the

11   transcript was requested; and that the transcript is a

12   true and complete record of my stenographic notes.

13      I further certify that I am not a relative, employee,

14   attorney, or counsel of any of the parties, nor am I a

15   relative or employee of any of the parties; attorneys or

16   counsel connected with the action, nor am I financially

17   interested in the action.

18      DATED November 1st, 2023 at Tampa, Hillsborough County,

19   Florida.

20

21

22                    _Denise Byer_

23                    DENISE SMITH BYER, RPR, FPR

24

25

Page 179

```
1   CAROLINE ANDREWS MCNAMARA, ESQUIRE
    American Civil Liberties Union of Florida
2   4343 W. Flagler Street
    Suite 400
3   Miami, Florida 33134
    Cmcnamara@aclufl.org
4                                    November 1st, 2023
5
    RE:   GRACE, INC. vs. CITY OF MIAMI
6         Deposition of REBECCA PELHAM
          October 17, 2023; Job# 6121416
7
        The above-referenced transcript is available for
8   review.
9       REBECCA PELHAM should read the testimony to verify
    its accuracy.  If there are any changes, REBECCA PELHAM
10  should note those with the reason on the attached Errata
    Sheet.
11
        REBECCA PELHAM should please date and sign the
12  Errata Sheet and e-mail to the deposing attorney as well
    to Veritext at Transcripts-fl@veritext.com and copies
13  will be e-mailed to all order parties.
14      It is suggested that the completed errata be returned
    30 days from receipt of testimony, as considered
15  reasonable under Florida Rules; however, there is no
    Florida Statute to this regard.
16
        If witness fails to do so, the transcript may be used
17  as if signed.
18                          Sincerely,
19                          Veritext Legal Solutions
20
21
22
    *Federal Civil Procedure Rule 30(e)/Florida Civil
23  Procedure Rule 1.310(e).
24
25
```

```
                                              Page 180
 1    GRACE, INC. vs. CITY OF MIAMI

 2    October 17, 2023; REBECCA PELHAM; Job# 6121416

 3

 4                E R R A T A   S H E E T

 5    PAGE_____ LINE_____ CHANGE_____

 6    _____

 7    REASON_____

 8    PAGE_____ LINE_____ CHANGE_____

 9    _____

10    REASON_____

11    PAGE_____ LINE_____ CHANGE_____

12    _____

13    REASON_____

14    PAGE_____ LINE_____ CHANGE_____

15    _____

16    REASON_____

17    PAGE_____ LINE_____ CHANGE_____

18    _____

19    REASON_____

20

21    Under penalties of perjury, I declare that I have
      read the foregoing document and that the facts
22    stated in it are true.

23

24    _____    _____

      REBECCA PELHAM                      DATE
25
```

| & |
|---|

**&** 2:13

| 1 |
|---|

**1** 1:20 3:4,11 7:4
7:5 27:9 31:24
32:1,4,6,17,20
60:7,13 61:6,9
61:11,23,24
62:4,9,24 63:14
63:15 65:9,16
65:21,22 66:10
71:2 98:24
99:19 107:22
122:16,24 123:7
124:22 133:13
133:14 134:2
142:17 143:5,21
144:1,3,10,13
144:23 145:16
149:13 151:1,6
151:8 152:19,21
154:4,7,9,15,16
154:21 155:8,11
155:19 156:15
156:17 157:3
158:14 159:11
159:15 160:15
163:12 164:3,10
168:21,23 169:2
169:4,9
**1.310** 179:23
**1.9** 167:14
**10** 57:21
**100** 33:1 50:4
63:11 91:8

130:21
**1011** 6:9
**10800** 20:10
**11** 3:7 101:17
**11/21/2024**
177:16
**110** 3:9 50:4,7
50:11
**11th** 92:7,15
129:5
**12** 93:2
**122** 3:10
**14** 3:8 93:2
102:16 161:18
**142** 3:11,12
**14th** 96:9,17
115:20 139:22
162:17,20
**15** 101:18
102:16
**150** 3:13
**156** 3:14
**157** 3:15
**16** 11:16 65:4,4
71:19 143:3
**165** 3:16
**17** 1:13 71:10
177:7 179:6
180:2
**171** 2:11
**174** 2:12
**177** 2:12
**178** 2:13
**179** 2:13

**18** 88:7
**180** 1:20 2:14
**19** 88:6,7 107:11
**1997** 72:18,21
73:3,7 119:25
**1:22** 1:2
**1st** 110:21
172:18,19 177:8
178:18 179:4

| 2 |
|---|

**2** 3:13 27:10
31:25 32:1,5,6
32:17,20 36:16
41:12,13 55:24
60:13 61:6,9,11
61:23,24 62:4,9
62:24 63:16
74:12,18,20
75:4,19 85:11
93:5,20 94:1
95:2 96:1 98:24
99:19 100:11
103:24 104:13
110:9 120:22
121:2 136:7,21
137:2,15,16,25
138:1,10,25
139:8 140:25
142:11 144:13
145:1,16,19
151:1,6,11
152:22 153:19
153:20 154:3
155:5,7,11,11
155:12,20 156:5

156:6,6,13,14
156:19,24
157:18 158:14
158:22 159:11
159:15 163:24
164:3,10,23
165:3 166:16,17
167:18,20,22,24
168:1,6,7,19,25
169:21 170:1,7
170:21,24,25
171:12
**20** 14:24 48:7,8
49:25 90:23
**2003** 73:9,11
**2010** 74:7
**2012** 6:18
**2013** 3:14 73:13
73:15,19 74:6
138:18 140:17
155:13,14,21
156:2,6,15
161:20 162:1
166:19
**2015** 6:18 11:6
48:13 74:2,14
74:19,25
**2016** 6:19
**2018** 8:23 74:9
**2020** 6:23 82:11
161:19
**2021** 10:1 26:5
172:14,17
173:14

**[2022 - 5]**

**2022** 3:6,7,9
7:21 26:4,6,8
50:24 51:2,5,18
52:1,13,21 53:1
53:9,11,14,17
54:11 58:14,20
79:22 80:2
81:24 82:10
87:23 92:7,15
95:13 121:10
135:23,24 136:2
136:5 137:19
138:15 140:13
141:14 161:13
161:25 162:10
173:14,15
**2022's** 123:2
**2023** 1:13 3:8
26:13 50:25
51:5 53:2,8,11
53:13 54:13
56:24 57:1,22
58:4,15,20 65:5
65:12 69:22
71:10 79:23
80:1 91:20,20
96:9 106:7
110:21 136:1,8
138:3,21 139:20
141:14 147:24
162:7,10 167:2
167:4,14 168:1
168:8,20 169:21
170:22 177:7,8
178:18 179:4,6

180:2
**206** 6:10
**21** 90:23
**22** 104:3 135:20
**23** 92:10 104:4
135:20
**23-271** 3:10
**24** 50:16
**24-14** 3:6 87:17
87:18
**24-16** 3:7 92:1,2
92:4
**24-34** 3:5 79:3,4
**24-82** 3:14
155:25 156:1
**24-83** 3:9
109:25 110:1
**24066** 1:2
**25** 3:6 120:19
**25088** 177:11
178:22
**25th** 87:23
92:22 129:4
**27** 88:7
**28** 88:7 89:9
**2:28** 1:14
**2nd** 172:23

**3**

**3** 3:15 11:22
22:20 27:11
31:25 32:2
41:13 57:21
60:25 61:13
62:1 76:21 89:9
99:2,5,13

102:23 103:1,25
110:7 113:22
114:11 123:7
133:13 138:20
138:21 139:13
140:6 143:12,22
154:4,7 156:15
156:18 157:3
158:13,15 159:3
159:7 163:12,25
164:6,6,10
165:3 166:18,23
**3.2** 146:2,5
**3.5** 159:9
**3.6** 159:10
**30** 14:24 56:10
173:1 179:14,22
**301** 2:7
**32** 9:19
**32301** 2:8
**33134** 2:4 179:3
**33141** 6:10
**33161** 20:11
**35** 11:16
**36.5** 170:13
**36.5.** 168:3
**36th** 104:11
122:2 141:9
151:13,19
157:19 165:17
**37.9.** 167:24
**3:45** 56:5
**3:46** 56:8
**3:52** 56:8

**4**

**4** 2:11 3:16
11:23 12:1
27:11 31:25
94:8,20 103:12
103:14,25
107:23 110:9
123:7 133:13
140:8,9 143:9
143:24 144:1
145:23 149:13
154:4,7 156:15
156:18 157:3
163:13,25
164:11 166:4,17
166:23 167:6,14
167:21,22
**400** 2:3 179:2
**4343** 2:3 179:2
**45** 109:19
**45.2** 146:5
**45.2.** 144:24
**48.4** 145:24
167:7
**48.8** 159:1
**49.6** 170:14
**49.6.** 168:9

**5**

**5** 27:11 36:16
39:22 48:6 60:3
60:4,9 64:14,20
74:20 75:4
80:17,18,23
93:6 95:8,11
99:13,15 103:3

103:6 106:7,12
106:12 113:16
122:7 134:5,12
135:14,23
136:15,20
137:12 140:20
140:22,25
144:15,22
145:22 146:17
147:1,5 151:9
156:13,19,20
159:6,21 161:2
161:7,12 162:7
162:22 163:7
164:7,24 166:17
167:3,5,6,10
172:10,20,22
**5's** 167:10
**50.3** 161:24
167:11
**50.3.** 161:25
**501** 11:22,23
12:1 76:21
**570** 20:11
**5:25** 109:18,22
**5:30** 109:22

**6**

**6** 56:11 79:16
98:19 107:11
**60** 118:13,17
**600** 2:7
**6121416** 179:6
180:2
**691** 172:5

**7**

**7** 3:4 89:10
165:24
**7.9.** 169:1
**70** 118:15,17
125:14,22
**70.1** 143:6
154:11
**70th** 172:18
**77** 92:10
**79** 3:5
**79th** 165:9
172:2,3,7
**7:24** 1:14 176:2
**7th** 57:1

**8**

**8** 98:14,18,19,20
**80** 50:5,9,11
125:14
**80.6** 154:12
**807613** 177:15
**80s** 143:18
**82-12** 3:12
142:21,22 154:5
**82-2** 3:8 96:4,5
**82-24** 3:10
122:20,21
**82-34** 3:11
141:25 142:1
**82-35** 3:13
150:14,15
**82-36** 3:15
157:12,13
**82-37** 3:16
165:24,25

**82nd** 172:23
**85.1** 143:22
**85.8** 143:21
**87** 3:6
**8th** 44:8,10
153:18,22,25

**9**

**9** 98:19,20 99:16
**90** 143:12,16,19
**90.8.** 143:13,14
**92** 3:7
**95** 118:1,4,19
143:9
**96** 3:8

**a**

**abbott** 143:1
**ability** 6:2,6
10:6 12:1
**able** 26:21 36:12
43:21,25 57:5
59:15 132:7
133:4 134:19
142:10 145:4
174:3,5,5
**above** 141:9
157:5 179:7
**acceptable**
110:20 111:6
**access** 29:16,16
30:2 32:23
**accessible** 29:4
37:5
**accommodate**
110:17

**account** 15:10
29:8 81:6
**accounts** 29:5
**accuracy** 179:9
**accurate** 48:21
132:4 133:9
**achieve** 114:23
115:1
**aclufl.org** 2:4
179:3
**act** 14:1 21:21
55:15 80:19
81:5
**acting** 19:20
**action** 35:10
178:16,17
**actions** 29:22
**active** 22:17
50:5,9,14 75:25
**actively** 95:5
**activities** 25:3
75:11,14
**actual** 142:16
175:12
**actually** 9:22
27:20 49:21
54:4 56:12 66:9
89:14 111:1
132:2 138:6
141:8,11 142:7
144:4,5 151:24
172:22 175:2,7
**add** 16:18
146:11 159:20

[added - american]                                                      Page 184

**added** 138:9
  160:21
**adding** 160:23
**addition** 26:15
**additional** 19:7
  56:23 132:15
**additionally**
  166:13
**address** 6:8,9
  20:8,9 26:22
  27:15 28:5,8
  108:12 136:3
  172:3
**addressed** 15:15
  43:21 62:7
**addresses** 25:5
  25:12,14
**addressing**
  130:7
**adjacent** 136:25
**adjudication**
  10:7
**adjust** 121:4
**adjusted** 134:22
**adjusting**
  166:13
**adjustments**
  147:21 158:20
**administration**
  20:4
**advance** 11:8
  26:9 62:20
  88:19 97:16
**advertised** 90:6

**advertising**
  62:15
**advice** 33:23
**advocacy** 11:20
  12:7 18:9 19:22
  22:16 24:3,17
  24:22 25:18
  30:3 35:5 37:13
  78:9 88:15
  93:25
**advocate** 12:4
  42:10 94:14,15
**advocated** 38:8
  41:14 94:19,25
  95:5
**advocating** 78:7
  90:9,11,12
  94:23
**affect** 78:20
**affected** 44:13
  120:12
**affecting** 38:11
  42:24 44:4 75:3
**affiliation**
  100:16
**affirm** 22:13
  83:22,24
**affordable** 13:5
  137:8
**afternoon** 4:6
**age** 14:4 65:13
  66:14 75:7
  102:3 103:23
  105:4 118:1,3
  131:19 135:15

  136:19 138:8
  139:7,11,13,15
  141:1 142:17
  143:5,17 144:24
  145:2,24 154:11
  154:17 158:25
  160:19 161:12
  162:4 167:11,21
  167:23 168:1,6
  169:25 170:8
**agenda** 30:21
**ages** 11:16
**ago** 19:25
**agree** 38:17,25
  39:23 40:23
  45:13 51:1
  53:11 59:23
  77:3,8,19 78:3
  78:11 80:16
  84:11 86:16
  102:12,22 103:9
  104:16 109:1
  111:5,22 114:12
  115:15 116:1
  117:3 120:20
  124:20 128:1
  133:7 134:10
  136:1 137:12,14
  138:17 140:16
  141:20 152:1
  154:15 155:10
  156:5,10 157:17
  160:14 165:13
  166:16,25
  168:10,18

  170:17,20
**agreement**
  20:21,24 21:18
  22:7
**ahead** 4:24 5:6
  56:6 111:2
**aide** 20:2
**aimee** 16:24
**akivia** 19:9
**al** 1:4
**alexandra** 35:6
**align** 100:17
**aligned** 78:19
**alignment** 87:7
**aligns** 78:9
**allapattah**
  107:13
**allegation** 70:5
**allegations**
  168:5 169:12
**alliance** 19:17
**allocated**
  123:16,18
**allocation** 16:7
**alluded** 91:11
**alternative**
  31:21 58:21
  61:1 68:8 93:3
**amend** 21:1
**amended** 46:14
  50:24 53:7
  91:23 169:12
**american** 2:2
  86:3,10 100:11
  179:1

**americans** 86:2
**americorps** 9:4
**amount** 22:19
　49:24
**amounts** 51:20
**amplified** 37:22
**andrews** 2:2
　179:1
**anglo** 51:23
　54:17 73:21
　80:12 81:11
　85:8,10,14,17
　115:4 126:18
　127:11 168:11
　168:17 169:15
　169:20 171:5,10
　171:13,14
**annual** 23:11
**answer** 4:24 5:4
　5:5,6,15,22
　10:11 43:14
　62:11 69:10
　71:9,18 102:24
　106:24 116:23
　125:10 128:21
　132:6 135:10,11
　156:3
**answers** 4:18
**anticipation**
　63:15
**anybody** 19:18
　68:22 70:24
　94:25
**apart** 29:25

**apartment** 6:9
**apologize** 8:1
　10:9 95:22
　110:24
**appear** 153:16
**appearance**
　92:14
**appearances** 2:1
**appearing**
　88:23 89:3 97:5
**appellate** 52:12
**appendices** 3:12
**appendix**
　142:25 167:6
**appetite** 36:19
**application** 28:4
**applying** 84:22
**appreciate**
　89:10
**appropriate**
　111:25 112:2
**approval** 24:12
　24:15
**approved** 46:20
**approver** 24:21
**april** 173:14
**area** 12:21 36:6
　39:10,15 41:5,6
　44:10 49:5,17
　107:3,22 110:7
　110:10,13
　114:11 122:8
　126:1 128:16
　135:25 136:6,11
　136:23 137:16

138:6,24 149:19
151:19 152:6
153:5,8 154:1
157:18
**areas** 40:5 60:1
　64:19 104:23
　110:18 124:3,12
　136:14,17 137:1
　137:11,11,25
　138:20 139:8
　140:21 154:20
　164:24
**arguably** 41:7
　100:21
**argue** 117:21
**argumentative**
　121:15
**articles** 83:21
**artificially**
　119:4
**aside** 56:14 77:8
　79:1 120:21
**asked** 5:4,16
　22:10,13 28:7
　34:14 41:20
　67:21 75:22
　108:18 129:2
**asking** 4:18
　83:13 126:22
　127:2,5,17
　130:16 149:14
　160:21 173:23
**aspect** 87:15
　157:2

**asserts** 50:16
**assessing** 68:4
**assign** 24:4
**assigning**
　132:14
**associate** 25:19
**associated**
　131:11
**assume** 5:15,23
　39:24 63:24
　73:12 97:23
　99:1,5 118:16
**assumed** 127:4
　127:17
**assumptions**
　68:17 117:19
**attached** 179:10
**attack** 39:3 68:1
**attempted**
　103:15 113:11
**attempting**
　13:11 168:11
**attend** 9:16
　33:17,24 36:13
　36:21 82:25
　88:20 97:2
　128:24
**attended** 9:9
**attending** 92:17
　92:19
**attention** 164:5
**attorney** 2:5,9
　19:9 57:12
　87:10 178:14
　179:12

**attorneys** 8:11
48:4 87:11
100:4 178:15
**audio** 116:19
**august** 6:23
75:17
**authority** 24:16
**authorize** 88:17
**authorized**
178:8
**available** 26:25
29:15 63:25
179:7
**avoid** 45:21
**aware** 13:4,7,17
34:5 51:16,21
52:6 54:1,21
55:6,10,11 83:7
83:13,18 84:3,5
84:23 85:12
86:22 87:1,1,5
89:14 90:1,4
94:18 100:21
101:1,8 103:22
104:6,15 105:5
105:12,24 106:5
107:14,17
113:21 114:8
117:24 124:3,11
125:1 142:16
143:15 160:10
161:4,11 164:19
168:4
**awareness**
124:16

**b**

**bachelor's** 9:10
9:15
**back** 7:10 9:23
15:4 28:15,19
41:3 46:8 48:25
63:14 64:5,5
68:10 69:17
74:15 81:22
94:24 99:18
116:11 134:4,11
134:19 135:10
136:6 145:14
159:21 164:9
169:11 172:14
**background** 9:8
16:25 17:16,17
17:23 18:15,24
20:2
**balance** 82:23
101:10 112:12
120:9 154:25
**balanced** 112:7
133:17,19
**balancing** 54:16
123:5 133:12
143:25
**barbecue** 106:8
**bard** 9:10
**base** 18:9 49:18
58:7 73:25
**based** 26:22
38:9,11 53:20
60:11 61:1
66:14 72:13

81:22 104:17
105:24 106:17
107:7,7 114:17
115:14 117:9,20
119:4,6,13
121:18 123:1
124:22 126:2
130:3 133:15
134:22 137:4
146:22 147:9,16
153:15 154:19
158:1 160:12
162:9,11 169:14
**basic** 75:24
**basis** 66:16 69:6
79:19 80:7 82:8
103:17 131:16
132:18 147:2,2
158:16 160:2
**bassaragh** 19:9
19:11,14
**bay** 6:9 120:14
128:15 138:24
139:3,10 172:8
**beach** 6:10,20
6:23
**bear** 169:17
**beckham** 40:19
**becoming** 22:8
68:24
**beginning** 89:9
92:9
**behalf** 8:10 70:3
88:23 89:3
95:23 97:5

143:1
**belief** 81:17
89:18 131:16
**believe** 6:18
9:18,25 11:3
15:5,7,8 17:2
18:17 19:17,21
20:1,13 21:2
25:11,17,21
26:3,10,12,22
27:12,21 29:9
30:19 31:6 32:1
33:6,15,19,24
34:4,8,11 35:6
36:4,8 37:1,10
46:6,18 48:5,20
49:24 50:4
57:10,19 61:24
62:1 63:14 65:9
65:22 71:4,8
73:19 74:20
75:4 83:4,10
85:2,4 86:4,7
87:11,14 89:24
96:21 97:12
99:14 103:16,19
106:16 107:4
112:24 118:12
118:18 133:14
140:10,22
144:22 145:3,6
146:19,20 162:8
169:7 170:5
174:7

**believed** 89:20
**believes** 17:23
 114:19
**believing**
 132:18
**bell** 131:7
**beneficial** 17:24
 123:17,19
**best** 5:21 63:18
 139:8
**better** 16:5
 158:2
**beyond** 35:19
 43:11 87:14
 90:6
**bicker** 91:12
**biscayne** 20:10
 122:16 138:6
 140:25 157:1
 173:3
**bit** 24:2 37:12
 46:14 77:6
 100:19 138:8
 140:14,21 141:9
 151:10,12
 152:21 157:23
 164:2 172:24
**black** 40:8,10
 48:12 51:23
 54:17 55:13
 59:6,12,24 60:7
 60:18,24 64:15
 68:5 73:17,21
 80:12 81:10
 84:15 85:7

95:18 100:10,11
115:3 126:20
127:11 135:7,15
137:9 138:8
141:1 144:24
145:2,3,12,14
145:14,21,24
146:16 147:6,14
147:15 158:25
159:21,23 160:6
160:19,20,22
161:7,11 162:4
167:10 169:15
**blanking** 8:1
**blasts** 29:1
**bleeding** 137:9
**blending** 127:16
**block** 125:22
**blocks** 82:5
 157:20 173:1
**blow** 121:7,13
**bluff** 82:3
**board** 16:21,23
 16:24 17:11,22
 17:23 19:6,25
 82:2,7 158:2
**boarded** 28:6
**boarding** 20:1
**body** 69:21
 112:14
**bold** 11:11
 48:17
**bone** 129:17,22
 131:9

**boost** 108:14
 136:19
**boosted** 139:12
**boosting** 135:15
 158:24
**boosts** 105:18
**borders** 43:22
 58:16 110:16
 116:3 140:13,17
 157:2 166:21
**boulevard**
 20:10 122:17
**boundaries**
 102:20 104:10
 105:2,8,17
 106:7 111:15
 112:22 153:16
 163:19 166:11
**boundary** 91:16
 105:18,23
 121:22 141:22
 152:23 157:22
**branches** 50:19
 57:24
**break** 56:4
 109:13,15,21
 144:4 150:9
 162:15
**brickell** 44:6,7
 82:3 104:13
 138:11 152:12
 152:16,18,18,24
 153:6
**briefly** 9:7

**bring** 149:11
**bringing** 24:9
 119:3 136:24
 159:12
**brings** 157:22
**broad** 39:20,20
**broadening**
 136:6
**broader** 30:20
 38:23 39:17
 41:25
**broadly** 42:22
 94:13 99:8
 173:17
**bronough** 2:7
**brought** 61:6
 101:3
**broward** 49:15
**bruno** 18:14
**bruno's** 18:15
**build** 48:14
**building** 11:9
 152:4
**buildings** 137:5
**built** 136:23
 137:6 138:12
**business** 153:24
 153:25
**businesses**
 106:19
**byer** 1:18
 175:23 177:5,12
 178:7,23
**bylaws** 20:19,25

**[c - circumstances]**                                    Page 188

| c |
|---|

**c** 11:22,23 12:1 76:21
**calendars** 83:6
**call** 21:17 76:17 129:12
**called** 9:19 12:7 110:7
**calls** 66:6 69:16 69:18 98:9,13 159:20
**cameramen** 34:14
**campaigns** 22:16
**campus** 9:4
**candidate** 54:23 55:8,13 59:11 59:12,24 64:16 74:13 76:4,6,8 84:15 134:20 145:4 170:11
**candidates** 11:24 12:2 59:10 75:10,23 76:13,22,25 77:1 78:4,8 87:5
**canvas** 39:6
**canvassing** 75:20
**canyon** 136:5
**capacity** 36:17 36:22 89:4,7 93:11,11

**capture** 103:15 164:25
**cards** 28:18 76:18,19
**care** 42:18,21 43:1 49:14
**careful** 75:9
**carefully** 89:13
**caring** 44:8
**caroline** 2:2 179:1
**carollo** 15:8 113:22 114:5,10
**carve** 110:15 123:13 135:17 136:10,14 138:10
**case** 1:2 8:1 26:3 27:5 52:15 52:18 67:7,21 70:22 72:3 79:11 120:7 141:8 168:25
**casting** 132:10
**catalyst** 19:22
**caused** 90:17
**causes** 152:10
**caveat** 15:13 53:12
**census** 13:14,16 13:17 15:23,25 16:9,12 82:11 82:15
**center** 18:4

**centering** 48:10
**central** 36:11 155:4
**ceo** 17:7
**certain** 33:22 72:15 130:23 132:11
**certainly** 39:5 42:25 46:3 65:21 78:23 83:20 122:11 126:7 134:3 148:10 149:18 164:2 174:20
**certainty** 32:19
**certificate** 2:12 2:13 177:1 178:1
**certifications** 9:14
**certify** 177:6 178:8,13
**cetera** 38:12 49:6 60:11 76:12 82:14
**chair** 16:23,24 18:20,22
**challenges** 50:25 53:2,9
**chance** 175:5
**change** 18:4,8 23:10 58:11 86:23 136:19 154:21 180:5,8 180:11,14,17

**changes** 47:22 57:7,8 120:25 142:12 151:5 158:13,19 162:5 162:8,11,12,25 164:3 179:9
**changing** 51:7
**channels** 31:10
**characteristics** 81:14
**characterization** 170:3
**charge** 10:11
**charged** 9:24,25 10:4
**check** 15:4,6 55:22 61:14 64:7 83:6 130:14 132:8
**checked** 27:14 27:19
**checking** 27:8
**chief** 17:8
**choice** 54:23 55:8 59:11,13 59:25 134:20 145:5
**choose** 77:1
**choosing** 81:21
**chose** 149:2
**cip** 19:1
**circumstance** 116:14
**circumstances** 5:3

**cite** 173:19
**cities** 104:3
**city** 1:7 4:8 6:11
6:14 12:12,19
12:21 13:20
14:7 18:25
20:12,14 26:16
27:2,6 32:7,8,12
32:15,18,21
33:1,4,16 36:12
36:21 40:5
42:25 49:3,7,22
49:25 51:10,18
53:3,8 54:25
59:8 62:13,18
62:25 63:1,24
64:22 69:21
72:5,17,22,23
73:25 74:12
75:18,22 76:7
76:19,20 79:17
79:21 81:18
82:10,18,25
83:7,14 84:12
87:22,25 88:18
89:19,22,25
90:14 91:2 92:7
92:9,14 94:4
96:2,10 97:2
99:20 100:2
101:10 104:16
104:20,21 106:5
107:4 108:8,15
110:22 111:7
112:14,20 118:9

118:11 119:18
120:2,15 122:9
122:13,14
124:10,11 125:5
125:19 126:17
128:11 134:25
136:2 142:13
147:12,22 161:6
161:12 162:14
162:17,20
163:18 165:10
165:15 168:10
169:13 170:10
179:5 180:1
**city's** 12:14,22
13:12 28:24
84:23 91:21
108:22 120:25
135:16 153:16
**civic** 9:3 11:10
11:15,19 16:2
18:9 23:9 31:16
48:10,16
**civil** 1:17 2:2
179:1,22,22
**civilian** 19:1
**claim** 46:6
91:11
**clarified** 138:3
**classified** 81:4
**classifies** 80:6
**classify** 79:18
**clean** 117:1
**clear** 51:25 56:1
159:16 161:9

**clearly** 127:21
**climate** 12:10
**clips** 14:12,14
14:17,18 15:3
15:16
**close** 41:13,23
42:19 138:7
151:3,24 168:22
**closely** 77:23
173:5
**closer** 153:13
**cmcnamara** 2:4
179:3
**coast** 120:2,6
121:22 122:5
144:6 151:9
154:9,15 155:4
155:16 163:24
169:9
**coastal** 119:24
119:24,25 120:1
120:6 121:8,18
122:7,10,13
144:5 157:2,18
**coconut** 14:9
30:19,23 35:21
35:22 36:3 37:3
37:7,8 39:4,11
39:12,16,19
40:1,4 42:5
61:20 82:2 93:4
93:16,17,19,25
94:6,7,19 95:1
128:17 148:24
149:6 163:25

165:1
**collect** 68:18
**college** 9:1,6,10
**colloquy** 4:25
**colombian** 86:3
100:11
**combine** 107:21
**come** 14:10
44:15 94:22
**comes** 91:19
100:20 125:24
**comfortable**
22:24
**coming** 142:15
**comment** 14:8
15:22 93:1,13
95:16 131:10
148:1 174:18
175:1
**comments**
131:12 149:22
**commission**
13:1 14:7,22
26:20 53:4 63:8
72:11,23,25
73:3,7,9,9,15
79:17,21 83:1,7
83:14 87:22,25
88:18 90:14,15
92:7,9,15 94:2,4
96:10,15 97:3
101:11 106:6
108:8,15 112:20
112:25 121:10
124:12,17 128:1

128:2,5,11,19
128:24 147:12
147:22 161:6
173:6,11 174:16
177:15
**commission's**
107:4
**commissioner**
14:14 15:3 20:2
33:17,24 72:7
72:10 73:17,18
74:21 86:3,9
106:25 111:6
113:22 114:5,10
114:15 125:25
131:6 134:6
146:19
**commissioner's**
51:22 110:17
**commissioners**
14:17 15:21
32:23 33:4,7,21
51:17 54:5,8,11
54:12 73:12,17
86:6 101:3
106:15 108:11
110:22 113:4,8
113:11,16
123:14 129:14
130:13,18,23
171:12
**commissions**
72:8
**committee**   19:3
63:8 129:7,21

**common**   44:17
**communicated**
46:22 47:25
**communication**
29:2 66:2,7
88:14
**communicatio...**
18:18 23:18
24:1,7,13,20
28:23 31:9
33:11 35:1,7
76:12 97:21,25
98:7 101:5
**communities**
13:16 16:3,4
19:21 37:16
38:1 44:19 59:1
80:14 84:7
93:23 102:21
108:1 111:19
112:21 116:4
118:21 137:10
144:18 146:8
147:8 160:4
**community**
30:17,22 31:12
31:15 32:5,15
33:3,14,25 34:6
34:19 35:20,23
36:15 37:2
38:16 39:18
40:8 41:15
42:13,17 43:4
43:17,18,19,23
44:2,12 49:15

60:8,10,14,19
60:24 61:2,4,7,8
61:13,18,19,21
62:23 64:1
77:24 78:1 84:6
89:14,16,19,23
90:2,8,13 93:22
94:16 99:4,6,25
102:12 120:8
121:20 134:21
144:2,19 145:13
145:14,19,21
146:8,13,15,16
146:23,25 147:4
147:10,11,14,19
147:20,23,25
148:2,4,8,16,19
148:21 153:24
153:25 158:16
159:20,21,24
160:7,8,13,24
161:4,6 174:24
**community's**
78:1
**compact**   37:19
59:1,20 83:9
102:18 105:9
108:20 115:11
118:20 119:20
120:3,10,24
121:5 144:7,18
149:20 157:4
158:3 163:22
**compactness**
83:15,17 107:25

108:9 142:14
158:4
**compare**   76:14
151:15
**compared**   58:20
136:1 156:18
**comparing**
156:5
**comparison**
39:21 169:24
**compiled**   25:16
**complaining**
36:23
**complaint**   26:7
26:10 46:10,14
46:17,20 50:24
52:21 53:2,7
56:11,17,23
79:1 91:24
128:15 145:3
160:15 169:12
**complete**   28:6
178:12
**completed**
179:14
**completely**
132:4
**compliance**   55:2
81:1 84:20
102:11 134:19
**compliant**   76:21
144:23 147:20
160:10
**complies**   84:15
88:8

comply   53:24
  55:15 58:9 60:4
  81:7 99:25
  145:8
complying   81:5
component   24:6
comprise   38:15
concentrated
  125:7
concentration
  119:6 124:4,13
  125:1,4,13,15
  126:13 133:22
concentrations
  131:13
concept   45:14
concern   37:13
concerns   36:4
  37:6,23 38:9
  44:18
concluded
  176:2
concludes
  167:10
concurrently
  151:3
condense   16:19
conditions
  112:13
condo   135:19,25
  136:5 152:4
condos   136:23
  137:5 138:11
conducted   1:11
  98:7

configuration
  164:3 170:7
configurations
  163:16
confirm   95:20
  133:5
confusing   5:13
  5:19
congressional
  26:18
connected   49:19
  178:16
connector   44:21
conscience
  77:23
consensus
  145:18
conservative
  100:22 124:5,13
  124:21
consider   31:21
  55:17 68:20
  82:21 83:18
  93:3 94:2
  110:22
consideration
  41:16 63:23
  83:12,16 87:6
considered
  54:13 80:10,18
  80:22 102:6
  117:15 122:9
  123:17 131:14
  162:18 164:12
  179:14

considering
  13:1 102:5
  106:6 111:5
constituencies
  78:13
constituency
  78:18
constituent
  77:15
constituents
  77:10,12,22
  78:6,9
constitute   42:13
constitution
  59:14
constitutional
  13:25 112:15
constitutionali...
  112:11
constructed
  156:15
construction
  156:12
consult   52:22
contact   46:24
  47:1
contacting   78:7
contend   67:24
  122:25 137:17
  138:1,21
content   24:10
  97:13
contention
  82:18 134:24
  136:18

contents   79:14
contest   8:3
context   16:14
  38:18 130:6
  131:14 132:15
  133:3 174:8
contiguous
  118:22
continue   98:15
continues   88:7
  95:7
contreras   35:6,9
  47:5 71:11
  97:24 149:25
contribute
  22:10
contribution
  22:18
conversation
  60:16 68:19,25
  83:11 127:23,24
  128:3 130:11
  139:1 149:2,10
  163:8
conversations
  8:11 15:18
  97:19,21 98:6
  101:2 149:18
  173:18
conveying   15:16
convicted   10:2
  10:11
convinced
  103:10

cooper  65:5
  69:23 70:1
cooperated
  15:24
coordination
  98:4
copies  179:12
copy  28:10,21
  56:16 175:7,22
  175:25
core  84:24 85:5
  111:22
corporate  8:6
correct  10:13
  40:2,12 52:2,14
  55:21 59:25
  60:3 67:10
  79:22 80:18,25
  84:9 91:16,22
  96:15 99:13
  102:14 103:6
  104:5 109:11
  111:12,16
  112:10,17 114:6
  115:17,22 116:8
  139:23 140:1
  143:23 145:15
  146:2 148:22
  150:3 152:2,9
  153:4 157:9
  158:22 159:1
  162:2 167:7,11
  167:13,15,19
  168:21 169:5
  170:15,16

correctly  25:13
  48:19 160:2
corridor  153:22
  172:8
counsel  1:15
  4:22,25 7:15
  10:15 27:22
  46:23,25 48:1
  52:22 62:19
  67:7,12 79:14
  97:17,19 111:2
  152:14 175:15
  175:17 178:14
  178:16
count  13:15
  16:3,5
county  26:19
  49:4,10 177:4
  178:5,18
couple  163:16
course  162:19
court  1:1 4:12
  4:19 5:9 7:25
  31:21 32:7,9,13
  45:22 46:11
  52:11,12 63:2,3
  63:21,22 116:10
  144:12 164:12
  164:18
cra  146:20
crammed
  117:14
create  29:7
  51:22 61:1
  125:19

created  12:8
  14:5 23:8 28:23
  73:23 141:6
  150:21
creates  81:11
creating  18:8
creation  139:20
creative  48:17
crime  9:24
criteria  43:8
  58:8 59:2 75:25
  84:10,19,22
  99:25 102:11
  108:6,7,21
  110:21 111:7,12
  111:16,20,24
  112:5,9,9,12,16
  112:25 113:7
  115:10,19,24
criticism  99:7
  99:11 136:3
cross  2:11
  171:21
crossed  172:7
culture  11:10
  48:16
current  6:8
  18:13,17 29:19
  44:3 74:21 86:3
currently  6:13
  8:18 19:21
  64:24 100:9
  110:19
cv  1:2

**d**

d  2:10 60:3,4,9
  100:15 155:7,8
  155:11,11,12,20
  161:2 164:3
  167:3
dade  9:1 18:16
  49:4,10,19
dais  14:14,18
  85:17 133:11
  162:6,12 163:1
  163:8 173:10
data  25:19
  65:11 82:15
  101:13,15,16
  118:8 124:7
  125:24 136:17
  158:6 161:14
  169:17,17,19
database  25:20
  68:15 71:5
date  1:13
  179:11 180:24
dated  178:18
dates  61:15 64:7
david  40:19
day  63:11,11
days  179:14
de  91:21 124:8
  162:19
deadline  76:1
dealing  46:25
december  26:7
decide  31:11

deciding 58:24
decision 8:9,13
  12:22 13:12,23
  74:10 107:5,7
  120:20 133:15
  146:7 147:16
  148:5 154:14
decisions 53:22
  55:4 77:16
  81:15 93:24
  105:13 106:3
  116:15,15,20
  122:25 123:1
  152:10
deck 23:15
declaration 3:5
  7:20 72:3 79:10
  87:8,13
declare 180:21
decoder 23:2
deeper 135:22
deeply 36:6
  49:19
defendant 1:8
  1:15 2:9
defendant's 7:4
  7:5 79:3,4 87:17
  87:18 92:1,4
  96:4,5 109:25
  110:1 122:20,21
  141:25 142:1,20
  142:22 150:15
  155:25 156:1
  157:12,13
  165:25

defendants 3:3
defender 17:1
define 12:15
  20:22 43:25
defined 44:12
  153:2
defines 102:25
definitely 37:22
  40:13,25 42:15
  102:2 165:16
definition 43:10
  43:15 91:13,18
  91:21,22 103:8
definitions 91:4
definitively 64:3
  86:21
degrees 9:13
delegate 24:16
  24:17
democracy 9:3
  11:9 12:11
  109:7
democrat
  100:10,12
democratic
  48:15
demographic
  118:8 127:20
  136:24
demographics
  128:16 154:19
denise 1:18
  135:9 177:5,12
  178:7,23

dense 121:6
depend 24:2
  103:7
depending
  23:17 24:10
  38:18 39:13
  40:3,6 117:10
depends 77:5
deposed 4:3,10
deposing 179:12
deposition 1:10
  4:17,21 7:14
  10:16,18,19,24
  35:13 149:24
  176:2 178:9
  179:6
depositions
  35:16
depth 57:16
deputy 98:2
describe 9:7
  24:14 83:11
described 25:14
  133:25
describing
  81:13 102:17
description 3:2
  38:13
design 72:16
designated 8:6
designation
  27:2
designed 100:22
desirable
  123:20,23,24

130:3 131:15,19
desired 123:25
detail 129:16
  133:5
detailed 20:24
  20:25
details 173:5
determining
  68:12
detract 67:25
developed 32:2
  61:13 76:16
developing 31:3
  48:16
development
  11:19 13:3 32:4
  42:23 45:8
dialogue 36:9
  37:2 53:19
  85:16 123:14
  130:13 132:24
  134:5 138:23
  139:6,15,18
  161:8 163:5
  164:20
diced 114:23
dicing 115:13
difference 13:5
  13:8 86:16,19
  151:21 153:7
  166:8 167:14
differences
  166:12
different 4:21
  7:22 13:1 14:25

[different - district]                                          Page 194

15:20 23:8
24:11,21 36:20
37:2,23 38:4,9
38:19,23 39:11
40:16,22 41:25
42:4,9 43:1,2
54:14 59:18
60:14,15,22,23
64:19 72:14
74:23 77:14,14
82:5,5 91:4,15
91:18 104:22,23
108:21 109:2,2
114:22 115:9
117:8,9 119:5
121:19 122:2
123:13 128:19
129:13 131:18
131:18 136:24
144:7,8,17
145:17 146:18
146:21,21
147:18 151:16
153:14 156:10
157:5 159:23
163:16 164:2
169:8 173:17
**differentiate**
85:20
**differentiation**
105:11
**differently**
121:8,13 136:12
156:16

**difficult** 5:11
152:8
**diminish** 90:10
119:10 161:7
**direct** 2:11 4:4
68:19 76:22
**directed** 26:1
124:9
**direction** 25:22
113:1 145:18
**directions**
171:13
**directive** 84:5
84:23 85:3
108:22
**directly** 66:8
**director** 8:15
9:2 17:5 18:3,17
19:16,20 24:3
24:18 25:17
35:1,5 48:22
74:8 88:14,15
93:11 98:3
**directors** 16:21
19:6,23 20:6
**dis** 106:18
**disagree** 17:20
91:20 124:18
**discourse** 15:20
113:8
**discovery** 1:16
**discuss** 33:22
35:14,18 48:3
57:11 64:8 87:8
98:10 110:6

149:23
**discussed** 27:12
53:25 57:15,17
83:2,8,14 87:12
88:19 97:13
100:2 113:19
130:9 132:16
133:1 140:10
142:12 151:7
175:17
**discussing**
87:15 131:5
**discussion** 7:1
54:10,12 61:25
66:25 67:3
79:13 85:4
102:25 106:8
129:22 130:1,2
130:6 131:17,22
150:10 164:22
165:8 168:16
171:1,6
**discussions** 54:8
98:1 113:17
171:9
**dismiss** 53:14
**disparities**
40:13,15 102:3
**disproportion...**
75:6
**disputing** 62:3
**disseminated**
14:3
**dissimilar** 167:4

**distance** 165:12
**distinguish**
171:11
**distributed**
28:23 30:4
**distribution**
30:1 82:23
115:23
**district** 1:1,1
26:16,18,19,20
27:2,9,10,11
36:9,16 39:22
41:12,13,13
51:7,7 54:17,18
55:12,16,19,24
55:24 59:7,11
59:13 64:14,15
64:20,21 65:2,9
65:13,16,21,22
66:10,24 67:15
67:16,19 68:5,6
68:7,13,14 70:7
70:10,14 71:2
71:16,21,23
72:1,11,12 73:6
73:6 74:12,18
74:20 75:4,4,19
75:23 76:3
80:12,13,17,18
80:23 81:10,10
81:11,11 82:14
82:20,20 84:14
84:16 85:8,9,10
85:10,11,14,17
85:22,25 86:17

87:3 93:5,6,20
94:1,8,20 95:2,2
95:8,11 96:1
97:3 99:13,15
99:22,24 100:11
102:10 103:3,6
103:24 104:13
105:3,20 106:7
106:12,12,20
107:1,9,16,21
107:22,23 108:5
108:11,24 110:7
110:9,9,18
112:4 113:15,16
113:22 114:11
115:3,5 117:13
117:14,25
118:18,20 119:3
119:10,13,19,24
119:24,25 120:1
120:3,6,16,22
121:2,4,9,17,18
122:4,7,18,24
123:7,7,8 124:1
124:22 125:23
126:1,3,19,20
127:9,11,12
131:6 133:14
134:2,5,12,22
135:8,14,23
136:7,15,20,21
137:2,12,15,16
137:25 138:1,10
138:20,21,25
139:8,12,13,16

139:16 140:6,8
140:9,20,22,25
141:2 142:17,18
143:5,9,12,21
143:22 144:5,15
144:15,22,23
145:1,15,22
146:17 147:1,5
147:15 148:22
149:13,13 151:8
151:9,11 154:9
154:10,15,16,21
156:5,6,12,13
156:13,24
157:18 159:6,21
160:10,14,21,22
161:7,12 162:7
162:22 163:7,12
163:12,13,24,25
164:1,7,23,24
164:25 165:1,3
165:3 167:5,6
167:10,20,22,24
168:1,6,7,11,17
168:19,24,25
169:9,15,16,21
170:1,7,11,13
170:14,21,24,25
171:6,10,10,12
171:13,14,15
172:9,10,20,22
**district's**  70:20
**districting**
37:20 94:16

**districts**  25:10
25:12,15 26:17
26:24 27:17
36:15 37:19
40:2 42:10
45:15 48:13
50:23 51:5,11
51:21 54:18,22
55:7 58:2,7,12
59:8,10,18,20
64:8,10 65:7
66:12,16,20
67:10 69:24
70:6,18 71:13
71:20 72:17,21
72:24 73:23,25
74:19 75:7,8,12
75:13,16 79:17
79:21,22 80:12
80:21 82:7,17
82:24 83:9
84:13,25 85:5,6
85:8,21,23
100:3,21 102:19
104:25 105:11
107:23 108:20
110:23 111:23
113:12 114:22
115:4,7,11,13
115:22,25 117:8
120:19 121:21
123:21,22
124:25 125:7,21
126:18 127:11
131:20 133:13

133:23,24
142:14 143:16
144:6,19 154:3
155:3,20 156:17
156:19 158:2
160:1 163:11
166:16 167:1
169:3,6,15
171:7
**diverse**  40:24
45:2 55:20,25
104:21 128:17
**divide**  51:17
80:14
**divided**  53:20
107:22
**dividing**  84:11
153:21 157:5
**division**  73:25
**divisions**  116:6
116:20 117:5
**divisive**  51:8
**divvy**  124:24
**document**  7:3,7
45:19,21,24,25
46:2,5,9 47:23
56:20,22,25
57:8 79:7,9,12
79:14 88:2,3
92:1,12,13
96:11 110:3
180:21
**documentation**
128:14 132:8

**documents** 7:16
  7:18,22,25
  10:15 14:3
  21:11 28:22
  131:1
**doing** 22:24
  32:24 70:11
  154:24 158:19
  168:12
**donation** 22:22
  22:24
**door** 39:7 75:20
**double** 15:4,6
  27:14,19,22
  32:9 61:14 83:6
**downtown** 38:7
  107:3,6,8
  154:20
**dr** 143:1
**draft** 14:3 24:5
  24:6,11 79:12
  162:6,13,18,22
**drafting** 23:25
**drafts** 32:17
**dramatically**
  156:18
**draw** 59:5 91:1
  106:6 113:15
  115:6,24 116:2
  117:4,10 120:17
  124:9 142:5
  144:17 164:5
  168:11 169:24
  170:6,10

**drawer** 84:6
  85:12,15 105:11
  108:22
**drawers** 84:24
  85:3 105:5
**drawing** 12:20
  54:25 59:8
  80:18,22 81:19
  83:9,18 102:13
  104:25 111:7
  116:6 118:18
  121:7,13 122:18
  122:25 147:14
  150:25 160:1
  169:23 170:22
**drawn** 58:7,25
  59:19,19 60:3,4
  72:13,18 73:20
  82:8 85:6 100:3
  102:8,9 107:24
  110:13 111:8
  114:18,22
  118:20 137:17
  138:1,22 140:10
  140:23 141:11
  142:11,13
  144:14 155:18
  170:24 171:2
**drew** 59:17 60:8
  80:20 121:24
  147:24 150:23
  157:8 158:9,10
  159:19 161:13
  169:2

**drive** 6:9
**driven** 77:17
**driver** 107:9
  120:14
**driving** 10:5
**due** 121:2 169:8
**duly** 4:2
**duties** 92:16
**dynamic** 78:10

**e**

**e** 2:10 7:23 14:6
  23:20,24 24:8
  28:22 29:1,18
  29:25 30:8 31:7
  33:12 98:8,10
  179:12,13,22,23
  180:4,4,4
**earlier** 10:19
  53:3 60:10
  96:13 129:2
  171:23
**early** 74:11
**easier** 21:1
**east** 9:18 141:5
  152:20,20,21
  153:6 157:23
  164:8
**economic** 107:2
  107:9 120:14
**edgewater**
  107:13 141:5
  151:13,17 152:1
  152:3 157:21,24
  165:14

**edits** 57:10
**educate** 13:19
  16:8
**education** 9:8
  9:12 11:18,19
  12:10,25 16:12
  31:16 76:25
**effect** 154:16
  155:1,9 158:24
  159:13
**efforts** 12:13
  14:2 74:18
**either** 5:18
  15:11,12 17:18
  17:18 58:19
  63:16 64:24
  67:15 68:12
  70:18 86:15
  96:24 136:20
  149:25 151:3,6
**elect** 54:23 55:8
  55:13 59:6,9,11
  59:12 64:15
  84:14 101:9
  134:20 145:4
**electability**
  86:19
**elected** 77:3,5,9
  77:10,21 78:12
  78:16,21,24
  85:25 86:8
  100:11 109:8,10
  124:21
**electing** 73:20
  101:8

election  51:13
  75:11,14,19,24
  76:9 101:15,16
elections  74:14
  75:18,18 100:6
  100:8 101:21,25
  109:5,6
electives  77:14
elector  86:8
  102:1
electoral  76:2
elects  59:24
elements  54:15
  54:19 156:20
empanadas
  172:5
employed  8:18
  8:19,20,24,25
  9:1
employee  47:20
  178:13,15
employees  47:7
  47:8
enacted  3:9
  50:17 79:17,20
encourage
  12:24 13:22
  22:21 92:25
  94:14
encouraged
  88:20
encouraging
  13:7
ended  10:5
  59:17 73:13

76:23 144:8
  170:22
endorse  75:10
endorsed  12:3
  76:6,8
endorsement
  76:10
endorsements
  76:5
ends  84:20
  173:2
energy  74:22
enforced  51:13
engage  8:7,12
  8:19,21 10:22
  11:5,7,8,14,22
  11:24 12:4,6,13
  12:21 13:11
  14:2,4,20 16:13
  16:13,15,16,21
  18:11,20 20:8
  20:18 21:3,22
  21:25 22:8
  24:24 25:7
  27:24 28:21
  29:3,8,11,17,24
  30:9 31:11,20
  37:14,15 38:3
  46:19,24 47:6
  47:15,22 48:3,9
  48:14,24 49:1
  50:2,19 51:1
  57:7,23 58:3
  62:14 65:9,15
  66:2 67:9 68:2

68:22 70:3 72:6
  73:19 74:2,5,17
  75:8,13 76:4,18
  77:21 79:18
  80:6 82:25
  88:17,23 89:2,4
  92:16,24 93:12
  93:15,17,18
  94:5,11,18 95:3
  95:23 96:2 97:6
  97:11,20 102:4
  107:19 108:8
  109:9 114:18
  119:8 120:4
  122:25 142:8
  148:5,16,20
  151:5 158:12
  159:17 160:3
  162:7,24 164:11
  164:16 165:22
  170:23 171:23
engage's  17:11
  172:11
engaged  12:13
  13:7 49:13 75:8
  75:13 88:22
engagement  9:3
  11:15,17 16:2
  18:10,18 23:9
  25:4 39:18
  48:11 77:15,17
engagements
  25:2
engaging  81:18

engine  107:2
enjoin  50:17
enjoined  50:18
  52:21 53:1
  57:23 103:3
  161:17 173:16
ensure  82:12
ensuring  81:1
  124:20
entered  46:11
  52:11
entire  175:9
entirely  39:1
  153:23
entirety  132:2
environment
  12:10
environmental
  44:13 120:13
equal  82:13
  94:10
equalized  82:6
equitable  22:25
errata  2:14
  179:10,12,14
especially  39:6
  44:13
esquire  2:2,6
  179:1
essentially
  108:23
established
  101:23
estimate  109:17

et   1:4 38:12
  49:6 60:11
  76:12 82:14
ethic   70:22
ethnic   73:24
  81:13 84:17
  105:19
ethnicities   72:4
  104:22
ethnicity   66:15
  68:16,21 69:1
  71:5 73:7 81:16
  81:23 117:10
  119:7,14 126:16
  127:6,19
events   22:15
  25:2 29:22
  61:16
everyday   38:11
  43:7 44:4
everyone's
  68:16
eviction   40:18
evidence   69:8
evidentiary
  69:6
exact   18:19
  49:24 63:10
  73:7 172:25
exactly   10:8
  15:7 17:3 64:4,6
  85:15 125:10
  126:6 132:23
  133:2 151:25
  155:17 163:7

171:1 174:1
examination
  2:11,11,12 4:4
  171:21 174:14
examined   4:3
  70:10
example   12:19
  13:3 23:7,23
  25:19 26:18
  28:14 38:5 41:4
  43:9 49:8,11,15
  64:14 68:6,8
  74:12 75:19
  104:13 105:1
  113:14 142:15
  144:4 151:8
examples   15:5
  43:20 44:15,16
  132:25
excel   26:23
except   168:21
excerpt   92:8
excerpted   87:23
excerpts   14:24
  129:1,14 175:10
  175:12
exchange   173:4
excitement
  99:11
excluded   103:6
excuse   152:13
executive   8:14
  17:4 18:3 19:3
  19:15 48:22
  74:8 98:3

exhibit   3:2,4,5,6
  3:7,8,9,10,11,12
  3:13,14,15,16
  7:4,5 45:20
  56:19 79:3,4
  87:17,18 92:2,4
  96:4,5 109:25
  110:1 122:20,21
  141:25 142:1,20
  142:22 150:14
  150:15,18,20
  154:5 155:25
  156:1 157:12,13
  165:24,25
exhibits   3:1
exist   99:2
existing   84:25
  111:23
experience   40:1
  41:24 42:5
  122:11
experienced
  161:1
experiences
  40:21,25 42:2
  78:9
experiencing
  38:22 42:9
expertise   111:10
expires   177:16
explain   59:15
explanation
  105:16
express   21:9
  147:4

expressed   15:21
  36:4
expressly   83:16
extend   100:18
extended
  151:10
extending
  164:25
extension
  123:11
extent   100:14
  146:6 149:9
external   28:22

**f**

facetiously   23:4
facing   40:17
fact   80:20 91:19
  117:12 118:6
  143:20 168:23
  169:2 170:6
factor   53:20,25
  55:4 58:6,11
  80:11 81:2,12
  81:16,20 99:23
  105:7 106:3
  114:14 137:18
  138:2,22 140:11
  140:15,23
  148:18 160:11
factors   44:14
  54:25 58:24
  74:1 84:20
facts   129:1
  180:21

**failing** 132:15
**fails** 179:16
**fair** 5:24 13:24
  16:15 32:10
  37:6 43:4 44:20
  44:24 45:6,17
  45:18 60:20
  62:22 81:3,8
  82:12 94:16
  98:22 99:1
  109:10 113:5
  122:15 131:25
  170:3
**fall** 26:4
**familiar** 16:25
  39:4 52:24
  138:7 173:9,17
**familiarity** 39:9
  153:15
**far** 49:5 134:19
  163:16 165:5
**farther** 100:19
**fascinating** 9:20
**fast** 174:19
**favor** 100:22
**feasible** 84:8
**feature** 102:18
  104:24 108:20
  120:18 121:23
  122:17
**features** 110:6
  123:8 133:13
  137:16 140:5,9
**february** 3:6
  7:21 52:19 53:7

79:23 80:1
  87:23 92:22
  129:4
**federal** 17:1
  179:22
**feedback** 31:1
  31:18 32:3
  60:13 99:4,6
  102:12 103:20
  134:15,23
  147:10 159:14
  160:24 161:4
**feel** 22:24
**ferrer** 16:24
**fifth** 55:19
**fight** 77:25 78:1
**fighting** 45:5,6
**figure** 5:2 43:22
  62:7 63:20
**file** 74:6
**filed** 7:25 26:7
  32:13 46:6,11
  46:17,21 47:23
  52:20 53:7
  56:23 57:1,4,9
  57:12,18 63:2
  63:21,22 65:20
  79:10,23 80:1
**files** 28:16
**filing** 26:9
**fill** 28:7
**film** 129:12
**finally** 140:20
**financial** 22:18

**financially**
  22:11 40:17
  178:16
**find** 174:5
**finer** 70:12
**finger** 108:3
  119:17 138:25
**firm** 17:2,3
**first** 4:2 11:5
  21:8 23:11 24:5
  31:25 32:12,15
  46:4,14 53:6
  72:18,23 80:8
  85:7 88:1 125:3
  169:12
**fit** 43:17,19
  149:3
**fits** 23:16
**five** 8:22 48:13
  56:7 64:8,10
  70:6
**fl** 179:12
**flagami** 107:13
  107:15,21
  108:10 123:11
  124:3 140:10
  148:3 149:11
  163:14
**flagler** 2:3
  153:22,24 179:2
**flexible** 21:1
  43:5
**flip** 48:6
**flooding** 120:13
  122:11

**floods** 44:11
**florida** 1:1,17
  1:19 2:2,4,8
  6:10 20:11
  177:3,6,14
  178:4,19 179:1
  179:3,15,15,22
**focus** 74:17
**focuses** 11:14
**folks** 13:4 14:15
  14:25 22:22,23
  22:25 27:16
  31:17 36:12,21
  38:5 43:1 51:6
  60:23 66:6,12
  78:18 101:22,23
  114:1 119:6,21
  135:22 149:18
  159:14 160:25
**follow** 89:13
  99:24 102:10,19
  110:15 141:11
  174:13
**followers** 76:12
**following** 104:9
  104:25 105:1,8
  105:16,18,22
  111:14 112:22
  116:2 141:16,19
  152:22 153:12
**follows** 4:3
**foot** 110:8
  113:21 114:6
**foregoing** 178:9
  180:21

[forgetting - going]                                                    Page 200

forgetting  172:3
form  16:11
  21:10 28:7,7
  62:10 114:13,20
  117:17,18 132:5
  132:20
formal  62:18
formally  33:1
  63:1
former  7:23
forming  145:18
  158:2
forth  81:23
forum  74:13
  75:1
forward  69:2
  99:17,20,22
  134:13
forwarded
  174:19
founded  48:13
founding  74:16
four  31:21 59:5
  144:25 169:4,5
  169:5
fpr  1:18 177:5
  177:12 178:7,23
frame  64:6
  148:9,11 149:4
framework
  112:18
frequently
  44:11 171:12
friends  39:8

fulfilling  11:12
full  16:5 65:24
  163:19
fully  52:23
fundamental
  44:21
further  45:7
  120:24 141:9
  151:12 155:7,14
  164:23 171:18
  178:13

g

gain  165:6
gardens  20:3
gen  48:11
general  29:20
  39:16 50:4,7
  64:23 91:6
  134:14 135:6
  136:8 138:14
  140:12,15
  141:18 156:12
  174:8
generally  15:14
  20:3 77:13
  85:25 86:7
  106:24 113:11
  123:3,4 126:17
  138:17,19
  140:17,19
  141:21 147:3
  152:6 154:10
  168:20
gentrification
  137:9

gentrifying
  137:12
genuine  102:20
geographic
  42:20 45:16
  102:20 104:10
  105:8,17,18,23
  110:15 111:15
  112:22 116:3
  120:18 122:17
  141:21 152:23
  153:16 157:1
  166:21
geographically
  119:19 155:21
  165:11
geography
  39:20 104:24,25
  156:10
george  2:6 4:7
george.levesque
  2:8
gerrymandered
  50:22 51:4 58:2
gerrymandering
  52:5 67:20 77:7
  101:1,2
getting  10:5
  13:4 17:25
  31:15 32:3
  35:12 66:1 69:7
  69:7 92:19
  99:10 149:24
  152:20

give  14:8 15:17
  22:21 31:17
  88:4 107:5
  108:17 113:1
  157:20
given  43:20
  164:24
giving  4:18
  15:22 93:13
  108:23
global  45:5
go  4:15,24 5:6
  6:25 11:12 15:4
  22:5 56:6 65:19
  74:15 111:2
  120:23 122:5
  151:9,18 155:3
goals  13:11
goes  49:12
  52:18 69:17
  108:4 110:8
  151:11 152:19
  157:19 163:17
  163:18 165:4
going  4:15 5:15
  7:3,4,13 17:24
  26:5 27:24 28:2
  28:3 40:21,24
  41:1,3 42:3,4
  45:16,19,20
  56:13,16,18
  66:21 68:3,9,10
  69:8 77:17,25
  79:2,2 81:22
  87:16,16 91:15

**[going - high]**

91:25 94:7,8
96:3,4 104:10
109:24,25 117:5
122:19,20 133:8
135:21 141:24
141:24 142:20
150:12,13
154:17 155:7,24
156:21 157:11
165:9,13,24
168:20 169:11
172:8,14
**good** 4:6 10:20
16:20 35:18
56:7 99:21
109:12 168:12
170:12,18
**google** 26:23
**gosh** 151:12
172:2
**gotten** 13:14
148:11
**gotv** 75:16
**governmental**
76:9
**governs** 5:7
**grace** 1:4 19:24
20:1 36:7 50:18
50:19 57:23
179:5 180:1
**grandy** 124:8
162:19
**grandy's** 91:21
**granular** 39:13

**gray** 2:6,8 4:7
**great** 175:24
**greater** 90:9,12
**greene** 19:15
**ground** 4:15
**group** 39:20
44:3 65:8,10
69:25 70:7,16
70:20 71:14,17
71:21 84:17
**groups** 14:4
41:21 72:15
**grove** 14:9,11
30:19,23 35:21
35:23 36:3 37:4
37:7,8 39:4,6,11
39:12,12,16,19
40:1,4,7,20 41:6
42:2,5,7 61:20
82:2 93:4,16,18
93:19,25 94:6,7
94:19 95:1
128:17 148:25
149:6 163:25
165:1
**growing** 9:9
152:3
**grown** 152:8
**grows** 82:14
**growth** 121:3
152:6
**guess** 48:25
53:10 62:7
68:10 104:14
132:17

**guides** 28:14
75:22 76:21

**h**

**h** 180:4
**haiti** 13:2 64:21
64:22
**half** 110:25
172:4
**hand** 21:11 23:7
177:8
**handed** 23:12
**happen** 5:2
49:11 62:8
108:16
**happened** 49:20
51:8 68:25
89:15 103:19
163:8
**happening** 16:9
23:22 30:13
42:23
**happens** 84:12
**hard** 13:15 16:3
28:10
**hardship** 22:12
**harm** 90:16,24
**harmed** 50:21
51:2 53:21 54:5
57:25 58:3,5
66:13 67:19,25
70:18
**harmful** 51:9,15
**havana** 152:21
153:3,6,6,17
157:6,6

**head** 50:8
129:23 130:19
136:16 161:21
166:22
**header** 57:2
**hear** 5:18 94:5,6
**heard** 40:20
53:19 134:21
**hearing** 14:15
37:23 44:6
69:14
**hearings** 14:7
14:23 15:19
37:25
**heights** 128:16
138:24 139:3,11
**held** 30:17 32:6
32:16 35:21
36:18,19 61:9
61:12,17,21,22
64:4 89:19
**help** 22:14
43:21 46:13
**helpful** 45:18
**helping** 74:13
**helps** 16:5
**herald** 114:1
**hey** 146:15
149:11
**hidden** 86:15
**hide** 105:15
**high** 8:15 9:16
9:19 18:7 119:6
124:25 125:3,13
125:15 126:13

131:13,19 139:6
139:11 141:1
143:18
**higher**   22:23
105:3 118:2,4
118:13 137:7
143:17 146:1,2
146:5 154:17
159:10 160:18
161:23,25 162:3
163:24 165:4
168:20 169:20
169:25 170:7
**highest**   103:23
117:13 121:2
124:4,13
**highway**   153:13
156:25 166:9
**hillsborough**
177:4 178:5,18
**hispanic**   51:23
54:18,23,24
55:8 59:11,12
65:13,16 66:10
68:6,7,7 71:3
73:17 80:12
81:10 82:6,17
82:20,20,24
84:14 85:8,20
85:21 86:24
101:10 115:4,23
117:25 118:4,9
118:10,19 119:9
123:6,16,20,22
123:23,24,25

124:5,13,24
125:6,8,22
126:13,18
127:11,21
131:14,19,19,21
133:23,24 139:7
139:11,13,15
142:17 143:5,8
143:11,17,21,22
143:25 148:22
154:2,10,17,25
168:5,24 169:3
169:6,15 171:3
171:10
**hispanics**   59:6
73:21 100:9
101:9 115:22
125:4 126:15,22
126:23,23,24
127:5,6,8,13,18
133:12 170:14
**historic**   40:7
42:24 44:10
145:13 159:22
**historical**   74:9
**historically**   38:8
41:7,9 49:7
64:25 86:1,4
95:18 137:9
147:6,13,15
155:7 171:7
**history**   14:10
39:17 44:3,9
104:19

**hold**   9:13 17:7
30:9 31:11
36:14,20 47:18
51:13 64:1
**holds**   99:18
**holiday**   28:18
**home**   49:18
**homelessness**
45:9
**homeowners**
101:23
**hosting**   74:12
**house**   26:19
42:19 113:22
114:5
**housing**   12:9
13:5 45:6 137:7
137:8
**huh**   50:10 64:11
**humans**   45:2
**hypothetical**
41:4,21
**hypothetically**
12:20

_____

### i

**idea**   83:8 85:13
**ideally**   153:11
155:22
**identical**   156:9
**identification**
7:5 79:4 87:18
92:4 96:5 110:1
122:21 142:1,22
150:15 156:1
157:13 165:25

**identified**   124:5
**identifiers**   87:6
**identify**   26:17
64:9,10 77:24
78:5 134:2
140:6
**identifying**   25:8
26:15
**identities**   70:23
**identity**   86:12
87:7
**ideological**
101:13
**ideology**   100:20
**ignored**   41:9
**imagine**   78:23
**immigration**
104:20
**impact**   93:24
101:21 102:9
**impacted**
136:14
**impactful**   11:11
48:18
**impair**   6:2,6
**impaired**   10:6
**imperfect**
171:17
**implied**   126:5
**imply**   156:8
**importance**
90:11
**important**   5:7
60:2 102:13
104:24 148:4,16

148:18,20 157:8
**improper**  105:6
106:4 157:24
**inactive**  123:2
**inappropriate**
33:16
**inaudible**  55:21
74:7 86:4
126:11
**inclined**  77:4
**include**  23:18
25:4 27:2
103:20 136:6
145:11,13 156:9
159:17,18
160:15 163:25
**included**  13:16
95:18 147:1
154:20 158:22
166:14
**includes**  137:2
147:13 157:17
158:21
**including**  31:20
37:3 83:17
110:18 139:12
147:15 158:17
**incorporate**
31:18 99:25
**incorporated**
11:5 74:3
158:18
**incorporating**
99:4

**incorrect**
118:15
**increase**  119:4
**increases**  125:7
**increasing**
11:14 16:2
**inculcated**
120:19
**independent**
128:10
**index**  3:1
**indicate**  29:14
70:9 87:7
**indicated**  34:17
52:2 96:13
**indicates**  143:4
**indication**  72:13
107:8
**indicative**
106:17 133:14
**individual**
10:19 22:1,3
33:19 47:2,4
65:23 68:20
69:19 87:12
89:1 92:23
93:10,14 97:24
107:18,23
**individually**
71:6
**individuals**
44:25
**inequity**  41:1
**influence**  12:14
12:22 13:12

28:24 108:14
119:10 122:18
**influx**  121:2
**inform**  16:6
94:17
**informal**  149:18
**information**
13:17 21:15
26:21,25 33:9
68:18 69:15
76:25 127:20
174:23
**informed**  51:24
54:9 101:25
124:11
**infrastructure**
24:9
**initial**  149:7
**initially**  26:3
46:7 62:24
**injunction**  52:3
52:7
**inland**  154:10
155:8
**input**  22:15
30:17 31:1,12
31:15,17 32:3
32:23,25 36:10
60:14,15 61:1,7
79:13 89:20
93:23 94:16
98:4 99:4,10,25
107:20 109:7
121:20 134:21
144:2,20 145:19

145:21 146:8,13
146:15,18,23
147:10,19,20,23
147:25 148:2,4
148:8,13,16,19
158:16 166:14
171:2 174:24
**insignificant**
106:8
**instagram**  15:9
**instances**  28:9
**institute**  9:2
**instructed**  5:5
25:18
**intend**  119:9
**intended**  95:21
119:12 149:5
**intending**
154:25 170:10
**intense**  35:17
**intent**  13:19
51:22,24 52:1
52:13
**intention**  51:16
60:12 73:24
80:13 90:5 91:6
103:19 124:23
135:6
**intentionally**
88:13 119:3
169:13
**intentions**  86:6
**interest**  21:9,10
37:16 38:2,16
41:15 42:14,17

42:21 43:5,17
43:18,19,23
44:2,12,17,20
59:1 84:7 93:23
102:21 108:1
111:19 112:21
116:4 118:21
120:8 146:9
147:9 160:4
**interested** 21:18
45:4,5,6,7,8
66:1 67:20
68:23 178:17
**interesting**
156:24
**interests** 41:11
44:22 45:1,3,10
45:12 77:5,18
78:2 84:7
**interjected**
43:14
**internal** 7:16
**internally** 8:12
98:10
**interpretation**
43:6
**introductory**
22:6
**investigative**
19:1
**invite** 33:4,12
77:2
**invited** 21:13
**involve** 38:20

**involved** 8:11
13:2,14,21 18:8
31:8 36:6,25
47:3,9 66:1
74:11 90:8 98:1
98:8 162:7
**involvement**
39:18
**isolated** 119:18
**issue** 21:16
22:13 36:18
53:17 76:16,17
76:18 81:15
94:13
**issues** 11:20
12:5 13:1,8 23:9
30:14 40:21
41:10,11,14,24
41:24 42:3,4,9
42:11 43:2 44:4
44:7,8 45:7
76:14,15 77:8
77:22 78:6
81:23 108:12
**item** 135:5

**j**

**jacobs** 18:23,24
**jail** 163:6
**james** 17:15
18:3 40:18
**january** 52:19
**japanese** 86:2
86:10,18
**jared** 47:11,12
47:13

**job** 168:12
170:12,19 179:6
180:2
**joe** 15:8
**johnson** 47:13
65:5 69:23
**johnson's** 47:15
**joined** 19:25
**journal** 23:8
**jude** 18:14,15
18:16
**judgment** 52:1
52:7,10,11
**july** 8:22 74:4
110:21
**jumps** 154:11
**june** 3:8 20:17
31:4 63:10,13
96:9,17 97:23
115:20 139:22
139:24 162:17
162:20 171:24
**justice** 11:9

**k**

**keep** 20:18
22:14 71:4 84:6
94:7 113:11
115:11,11
118:21 134:21
144:18 145:21
159:22 163:14
165:6
**keeping** 59:20
59:21 93:15,25
94:11 95:1

105:9 108:1
111:18,22
112:21 116:3
119:19,23 146:8
147:8 152:7
154:10 160:4,8
163:21
**keeps** 93:4,5
95:8 107:12
151:19 157:21
**ken** 15:7 86:5
**kept** 37:8,16
93:18,19 94:19
95:12 107:15
121:8 153:23
161:2
**key** 107:12
152:18
**keyword** 103:4
**kind** 5:1 7:12
8:15 24:20
27:19 32:1
42:24 43:3
49:16 64:18,23
108:3 110:14,16
114:23 119:18
123:11 124:24
128:18 129:17
138:12 141:4
153:5 157:5
**kinds** 15:18
**king** 106:25
**kmm** 1:2
**knew** 26:12
114:4,7 174:21

**knocking** 39:7
75:21
**know** 7:22 8:4
8:11 10:8,17
13:2,25 14:12
14:24 16:11
17:18,21 19:10
21:20 23:12,22
25:7,16,25
27:18 28:17
29:20 30:17
32:5,15,21
33:20 34:2,9,13
35:2,4,23 36:1,3
36:9 38:6,8
39:14 42:20
43:7,8 46:19
47:22 48:2
49:21 51:8,19
51:22 53:1 58:9
60:22 61:3,8
62:23 64:4,13
66:9,11 68:15
69:10,11 70:2
70:21 72:22
73:4,6,8,11 74:2
74:10 75:18
82:12,13 84:1,2
85:15,16,18,21
86:9 88:19,21
89:16,22 91:1,5
94:5,25 97:9,15
97:15,18 101:22
102:10 104:11
110:20 113:10

117:9 118:6,10
119:15 124:8
125:19 126:8
128:15 129:17
130:19,23 131:2
135:5,13 136:10
136:13 142:5,6
142:13 144:10
144:14,16 148:9
148:10 150:23
151:14 152:24
158:9 161:20
162:4 163:7,9
163:14,19,23
165:10,17
172:25 174:23
175:16
**knowing** 66:15
**knowledge** 33:8
34:16 36:17
43:12 46:10
47:19 55:23
66:7 74:21 75:5
86:14 89:1
93:14 101:4
104:7 152:5

**l**

**lack** 132:1
**land** 108:4
**landed** 147:21
147:21
**language** 43:8
53:22 54:1
124:1 125:20
128:19 133:1

**lapsed** 29:19
**large** 45:21 49:5
72:20 177:14
**largely** 48:11
51:19 73:12
138:14 140:12
155:23 166:7,12
166:20,23
**larger** 39:12
42:24 49:17
85:22 91:5
**late** 6:18 20:17
31:3
**latino** 48:12
**law** 19:10 51:3
51:12
**laws** 33:20
**lawsuit** 74:6
98:2
**lawyer** 43:11
**lay** 115:19
**lead** 116:16
**leadership**
11:18
**learn** 21:8 67:7
**leave** 34:14
62:18
**lebron** 40:18,20
**led** 104:21
144:21 173:15
**left** 97:12
**legal** 27:22
33:23 42:15
43:10,15,15
46:23,25 48:1

52:23 81:8
89:24 90:2,7
132:3 179:19
**legality** 111:9
**legally** 42:16
**legislation**
12:18
**letter** 2:13 98:14
**level** 8:15 39:8
39:13 41:2
42:18 43:6 73:6
77:14 94:13
105:10 120:13
125:16 142:14
**levesque** 2:6,11
2:12 4:5,7 6:25
7:2,6 26:14 56:3
56:6,9 62:21
79:5 87:20 92:5
96:7 109:12,19
109:23 110:2
111:1,4 114:16
114:25 116:10
116:17,25 117:2
117:18,22,23
122:23 132:9
133:6 135:9,12
137:23,24 142:2
142:23 150:9,11
150:16 152:15
156:4 157:14
161:19,22 166:2
171:18 174:12
174:15 175:19
175:22

**lexi** 35:6 57:13 97:24
**lgbtq** 19:17
**liberal** 101:9
**liberties** 2:2 179:1
**liberty** 64:22 122:9,12
**lightly** 120:21
**liked** 108:10
**likely** 54:23 55:7,9,12 59:10 59:12 64:15 78:16 84:14 136:25
**limitations** 156:22
**limits** 20:12,15 50:1 75:2
**line** 13:25 59:4 81:19 88:7,7 89:10 90:23 91:15 92:10 98:19 99:16 102:16 107:11 116:6 121:22 139:9 141:11 152:11 153:21 157:5 174:2,6 180:5,8,11,14 180:17
**lines** 13:24 51:8 51:18 58:24 72:12 80:14 82:7,14 89:9

90:21 93:2 98:20 100:13 116:2 117:4,11 136:9 138:4,16 171:2 173:19
**list** 7:9 24:25 25:4 26:12 27:8 28:8 29:19 65:18,24 66:21 68:4 70:9 71:1 113:6
**listen** 33:18
**litigation** 11:2 23:19,23 41:9 46:12 47:7 66:4 117:16
**little** 8:22 13:2 14:23 20:24 21:1 23:3 24:2 29:22 46:13 64:21,22 70:12 77:6 91:7 100:18 108:21 110:7,8 113:21 114:5,11 121:15 136:4 140:14,21 141:4,9 145:1 151:10,12 152:19,20,21,21 153:3,6,6,10,17 157:5,6,23 164:2 166:20 172:24
**live** 26:18 28:1,5 39:21 41:22

43:2 49:16,18 49:22,25 54:24 65:16,22 66:22 67:14 104:11,18 110:22 127:8 138:7
**lived** 6:20 27:5 39:5,8
**lives** 26:16 38:11 44:5 68:4 69:21 71:2
**living** 44:6,8,10 50:21 58:1 68:5 68:7
**local** 11:11 12:6 48:16 75:18
**localities** 9:21
**locally** 39:18
**located** 172:1,17
**location** 35:25 38:6 60:16 172:12
**locations** 36:1,5 36:12 37:4
**log** 29:7
**logic** 119:17 163:20
**logical** 102:18 108:5,20 149:20
**login** 30:2
**long** 8:20 39:17 46:2 109:16 120:5,15 121:21 121:25 149:12 165:11,15,16

172:11 173:4
**longer** 28:11 51:2,12 120:3 165:4
**look** 11:17 12:22 45:23 50:15 55:22 57:6 58:22 65:3 65:11,17 101:16 102:1 108:21 115:9 128:13 135:3,24 143:2 143:19 144:25 164:2 171:16
**looked** 7:20,21 57:15 71:1 74:15 124:6 158:4 165:20
**looking** 43:14 43:16 66:3 110:5 137:15,25 138:20 154:2 155:2 164:6 167:5,20 173:22
**looks** 153:11
**lopez** 17:15
**lopez's** 17:16
**lot** 13:3 36:3 39:7,20 40:10 40:11 45:10 60:18 93:25 98:10 104:12 111:11 114:4 128:14,18 135:19 136:22

138:11 171:2
**loudest** 36:24
**low** 101:17,20
**lower** 118:13
138:8 145:1
**luck** 10:20
35:18

**m**

**madam** 45:22
116:10
**made** 8:13
21:25 47:22
53:23 55:4
57:10 63:25
66:5 93:24
101:7 105:13
128:5,6,7,11,23
136:19 147:19
147:20 154:14
162:5,8,11,12
162:20,25 163:1
163:10 168:14
168:23
**mail** 23:20,24
24:8 29:18,25
30:8 31:7 33:12
98:8,10 179:12
**mailed** 28:17
179:13
**mailing** 28:10
**mailings** 28:12
**mails** 7:23 14:6
28:22
**main** 30:11
81:16,19 84:20

97:13,14 113:18
163:20,20 166:8
166:12,21
**maintain** 20:18
21:3 24:24 29:4
29:24 30:1
84:24
**maintained**
28:21
**maintaining**
24:8 85:5
**major** 53:24
102:19 114:2
144:20
**majorities** 58:13
58:16,19 59:17
**majority** 54:24
55:21 56:1
65:12 66:14,24
67:16,18 68:13
70:19 84:13,17
85:9 115:4
118:9 125:6
126:19 168:24
169:3,6
**make** 13:4,8,15
22:25 27:19
36:10 37:4,16
52:22 55:14
57:7,8 68:17
93:8 107:20
108:2,16 110:16
130:15 149:19
152:10 156:21
170:13,14

171:14
**makers** 13:23
**makes** 44:23
99:16 108:5
124:1 152:11
**makeup** 58:12
72:22,25 73:8
73:14 135:14
136:13 166:25
**making** 12:22
13:12 69:18
74:10 81:15
90:13 97:6
106:3 107:7
116:5,14,15
120:24 133:15
146:7 148:5
158:19 160:9
**malleable** 43:5
**manager** 24:8
35:7 98:1
**manors** 110:8
**map** 3:11,13,15
3:16 32:20
52:17,21 53:1,3
59:16,24 60:13
60:25 64:18
65:17 79:24
80:2 82:4 83:18
84:6,18,24 85:3
85:12,15 99:3
99:13 103:25
105:5,11 108:22
111:7 115:16,18
117:15 122:25

126:18 135:4,23
136:8 137:19
138:3,25 139:20
143:24 144:4,11
144:21 145:19
150:21,23 151:1
151:1,6,6,17
152:19,21,22
153:19,20 154:3
155:5,11,21
156:6 157:25
158:13,14,15
160:18 161:13
164:3,6,6 166:4
166:5,17,18,23
169:4,21 173:1
**mapmaker**
142:6
**mapmaking**
94:17
**maps** 12:20 31:2
31:12,21 58:23
59:6,9 60:17,22
62:19 72:23
82:10 84:12
98:16,22 99:22
99:23 101:14
102:7,7,8,17,17
103:22,24 104:2
113:18 115:9
117:12,25 118:8
124:9 134:18
142:13 143:16
144:12,14
145:16 148:14

153:7,10 157:8
159:17,19
160:12 164:10
164:11,16 166:6
169:24
**march** 3:7 92:7
92:15 95:13
129:5
**margin** 145:1
**mark** 7:4 45:20
56:19 79:3 86:4
87:17 92:1 96:4
109:25 122:20
141:25 150:13
155:24
**marked** 7:5 79:4
87:18 92:4 96:5
110:1 122:21
142:1,22 150:15
156:1 157:13
165:25
**master's** 9:11
9:15
**materials** 23:2
29:17 30:3,6
**math** 167:13
**matter** 13:9
14:8 15:12 87:4
106:17 116:1
160:6
**matters** 33:22
**maximize**
131:20
**maximized**
123:20

**maximizes**
125:8
**maximizing**
133:22
**mcnamara** 2:2
2:11 26:6 56:5
62:10 109:15,18
114:13,20
116:22 117:17
117:19 132:5,20
161:17 171:20
171:22 174:11
175:21 176:1
179:1
**mean** 17:17
21:25 23:3
33:20 38:3,4,5
80:8 84:2
100:10 104:3
115:2 117:20
120:2 123:19,24
125:16 133:20
134:3 146:13
156:8 160:17
**meaning** 133:21
**meaningful**
22:22
**means** 10:8
21:20 23:9 73:4
108:23 155:7
175:1
**meant** 73:5
133:10
**media** 7:23 14:5
15:1 23:21

28:25 29:3,4,10
29:13,14 31:6
62:15 76:11
83:21 113:24,25
129:15
**mediation** 63:4
63:5,6,9,16,18
64:6 148:9,10
**medication** 6:1
6:5
**meet** 90:2 112:4
**meeting** 21:13
23:11 27:13
30:7 33:25
37:10 61:7,8,13
61:18,19 62:16
63:8,8,12 83:14
87:22,23 88:18
90:7,14 92:15
92:22 96:9,10
96:17,20,21
115:20 128:5,12
129:4,5,21,24
132:23 133:3,8
139:18,20,22
148:24 149:3,6
162:20,21 163:4
**meetings** 23:14
30:9,14,18,20
30:22,24,25
31:5,12,23 32:5
32:15,25 33:2,3
33:5,17 34:2,7
34:19,23 35:3
35:20,22,23

36:15 61:21,25
62:2,20,23 64:1
64:5 83:1,21
89:11,14,16,19
89:23 90:2,13
96:15 97:3 98:9
99:9 128:1,2,20
128:25 129:7
132:22 139:23
144:19 148:21
149:17,21 173:7
173:11
**meets** 115:18
**member** 21:7,8
21:10,18,19,22
21:24 22:2,4,7,8
22:14 23:1,4,14
23:18 24:4,5
25:9 26:16 28:7
28:16 29:19
30:5,7,9,14,20
47:9,10,17 48:9
49:12 50:12
65:18,24 66:10
66:21,23 68:4,5
70:15,15,21
71:6,7,16 72:21
72:24 73:23
**members** 11:20
12:8 13:20
14:13,19 19:7
21:5 22:10,12
23:12 25:2 27:5
28:1,6,13,18
29:12,16,23

30:2 33:14
48:11,25 49:9,9
49:18,21,25
50:2,5,7,17,18
51:1,9,15 52:4
53:18 54:1,4
57:23 58:3,5
60:14,21,24
61:2,4 64:9 65:6
65:15,21,25
66:3,12 67:1,9
67:14,25 68:12
68:23 69:19,24
70:6,6,9,13,17
71:13,19,23
72:4,7,9 79:19
80:7 88:21 90:8
147:4 159:24
**membership**
18:9 21:4 24:24
68:4 69:21 71:1
**memorized** 46:3
73:4
**memory** 8:3
75:1 94:24
103:18 107:18
124:16 126:9
130:14 132:8
133:4 134:9
142:19 151:7
161:9 165:21,23
166:15 171:17
173:23 174:6
**mention** 89:11

**mentioned**
15:23 30:12,22
34:25 35:17,20
38:1 112:15,16
135:25 167:5
**merely** 53:23
**met** 75:24
**metaphor** 130:3
**methods** 29:1
**metro** 49:4,17
166:10,10
**miami** 1:7 2:4
4:8 6:10,12,15
6:20,22,23 8:7
8:12,19,21 9:1
9:12 10:22 11:5
11:14,22,24
12:4,6,13,13,21
14:3 16:16
18:25 19:22
20:3,11,18 21:3
21:25 22:9
24:24 25:7 27:6
27:24 28:21
29:3,17,24 30:9
31:11,20 37:14
37:15 38:3
46:19,25 47:6
47:16,22 48:3,9
48:14,15,24
49:1,2,3,4,4,5,8
49:10,16,17,19
49:22 50:2,19
57:7,24 65:15
66:2 67:9 68:3

68:22 69:21
70:3 72:6,17
73:19 74:2,5,17
75:8,13,22 76:4
76:7,18,19,20
79:18 80:6,6
81:18 82:19,25
87:22 88:17,24
89:2,4 91:2
92:16,24 93:12
93:15 94:5,11
94:18 95:4,24
96:2,9 97:6,11
97:20 98:17
99:21,24 102:4
104:16 107:19
108:8 109:9
114:2,18 118:9
119:8 120:2,4
122:14,25
124:12 125:5
126:18 137:6
138:10 142:8
148:5,17,20
151:5 158:12
159:17 162:8
164:11,17
165:22 171:23
179:3,5 180:1
**miami's** 11:7,8
13:11 20:8 29:8
29:11 51:1 58:3
79:18 93:17,18
160:3 162:24
170:23

**miamians** 48:12
**micro** 42:17
91:5
**mid** 63:9
**midterms** 75:17
**millennial** 48:12
**mind** 44:15
125:17,24 130:2
146:9
**minimum** 22:20
**minority** 42:6,7
67:16,18 68:14
70:19 84:16
117:13
**minute** 53:4
**minutes** 56:7
109:20
**miro** 71:11
**misdemeanor**
10:1
**missed** 83:5
**mission** 11:7,8
11:13 16:2
48:14 49:6
**moment** 6:24
45:23 132:16
174:25
**monolith** 60:11
**monolithic** 45:1
**month** 22:20
98:15
**months** 132:22
**moon** 172:4
**morningside**
164:7

**motivated** 139:4

**mountpelier** 9:18

**move** 28:20 49:15 69:1 82:4 99:19 125:21,22 127:8 131:18,19 134:10 156:23

**moved** 6:22,23 20:9,16 49:20 50:12 72:20 126:1 171:24 172:1

**moves** 99:17,21 165:3

**moving** 82:19 104:12 128:15 134:4 140:8 145:18 172:12

**multiple** 38:15 74:15 82:1 127:25 128:2 132:21,22

**municipal** 75:22 101:21

**municipality** 112:14

**music** 45:4

**n**

**n** 2:10

**naacp** 50:19 57:24 60:21 161:5

**name** 4:6 9:21 17:3 71:1 86:18

86:18,23 87:4 100:16 126:11 127:21

**names** 125:21 126:7,12 127:4 127:13,19 132:14

**narrowly** 60:5 80:15 145:6 146:4 159:4,7

**natoma** 110:7

**natural** 105:2 121:22 137:7 152:23 154:16 155:1,8 159:13

**naturally** 137:8

**nature** 116:6

**necessarily** 45:9 78:21 112:9 117:8 118:7 120:16 142:7

**necessary** 58:9 120:5

**need** 16:19 33:7 35:8 45:23 58:22 65:17 71:5 83:5 95:20 108:15 109:13 112:3 115:8 121:4 130:25 139:19 153:1 161:14 163:3 174:4

**needed** 54:6 62:6 107:15

165:6

**needs** 120:16

**neighborhood** 38:6,12,14,21 38:22 39:17 40:14,19,25 41:2,22,25 42:22,25 91:9 91:13,14,14,18 103:17,17 122:13 123:12 139:2 147:6,9 152:2 172:6

**neighborhoods** 37:3,17 38:15 38:24 59:21 64:17,24 81:22 81:24 82:1,5 90:17,24 91:3,4 91:5 93:22 94:15 102:19 105:9 107:12 108:2,14 115:12 121:3 122:14 130:8 131:18 152:7 153:9

**neighbors** 108:13

**neither** 78:25

**neutral** 55:1 58:8 84:19 99:24 102:10 105:16

**never** 12:2 39:5 76:6,10,23

78:23 91:8 96:19 102:6

**new** 9:11 98:16 99:3,21 127:2 136:22 137:5 138:11

**news** 34:5,13 114:2

**newsletter** 23:21 24:10 29:20,21

**nods** 50:8

**non** 28:14 29:15 85:21 100:6,8 126:19,19 148:6

**nonprofit** 18:6 48:9

**nora** 98:3

**normally** 17:19

**north** 6:22 9:3 141:9 155:4 163:19 164:23 165:2,5,13 172:24 173:1

**northeast** 166:23 172:18 172:18,23

**northwest** 172:19

**notary** 1:19 177:5,13 178:7

**note** 179:10

**notes** 178:12

**notice** 1:15 3:4 36:13 89:25

notices  89:22
noticing  163:6
notified  57:14
november  26:7
   173:14 177:8
   178:18 179:4
number  49:23
   118:14 125:17
   125:23 164:1
   171:4 174:2
numbers  64:13
   146:25 173:20
numerically
   64:12

**o**

oath  2:12 4:2
   177:1
object  4:22
   111:3
objection  4:23
   5:1 62:10
   114:13,20
   117:17,18 132:5
   132:20
objections
   53:13,13
objective
   119:21 169:17
objects  4:22
obviously  4:17
   13:25 144:14
   156:9
occasion  10:3
occur  137:8

occurred  27:20
   62:23 127:25
   129:22
october  1:13
   26:13 177:7
   179:6 180:2
odd  163:18
offered  32:1
offering  155:5
office  9:5 11:25
   12:2 86:4,23,24
   171:24
officer  17:8
officers  19:2,13
   20:5
offices  47:18,19
   49:7 172:11
official  77:4,5
   77:21 78:24
   89:4,6 109:10
   177:8
officials  78:12
   78:17,21 109:8
oh  21:2 127:7
okay  4:12,15
   6:1,5 7:12,18
   15:2 17:11 19:8
   26:9 27:16 32:4
   40:6 41:3 47:12
   52:9 53:5 56:15
   62:22 67:2,5,23
   70:24 71:9 80:3
   81:17 83:24
   85:18 87:3 88:9
   88:16 89:6

92:11 96:13
   98:21 102:16
   106:15,23 108:7
   109:21 114:8,17
   117:22 122:9
   125:12 127:24
   129:2,19,25
   130:22 131:25
   140:4 141:20
   145:20 148:19
   149:23 150:7
   153:20 154:7
   156:17 160:20
   163:10 164:15
   165:22 169:11
   175:22
older  101:22
omni  135:18
   136:11 137:16
   140:21 151:19
   154:20 157:23
once  5:10
ones  164:13
online  175:4
ons  28:16
open  74:24
   76:23
openly  53:25
operating  20:21
   20:23
opinion  159:3,6
opinions  60:23
   109:3
opportunity
   31:1 88:4

opposed  119:22
   119:23
optimize  82:23
option  155:6
   158:1 165:18
   169:7
options  32:2
   59:20 121:19
   122:2 144:8,17
   144:25 145:17
   147:18 151:8,15
   153:14
order  81:7
   112:4 119:4
   123:15 131:20
   179:13
organization
   8:16 17:9,24
   18:5,6 21:9,15
   22:2,4,11 23:13
   34:22,24 47:2
   48:9 70:25
   74:10,11 89:12
   93:16 97:1
   107:19
organization's
   74:16
organizational
   21:5,7,23 50:20
   57:25 65:6
   69:24 70:4
   71:12
organizations
   20:23 22:1 31:7

**organizer** 21:14
**organizing**
  21:20 24:3,17
  24:22 25:17
  35:5 88:15
**oriented** 24:17
**original** 68:11
  96:16 173:15
**originally** 41:20
  118:7 148:24
  149:5
**outcome** 55:3,3
  55:9 84:21
  105:12 119:5
**outcomes** 59:16
  114:24 115:1
  116:16
**outcry** 62:6
**outlets** 114:2
**outreach** 13:15
  15:23,25 33:7
  33:12 67:4 76:1
**outs** 123:13
**outside** 46:25
  49:10 55:1
  106:12
**outsized** 58:6,11
**overall** 58:11
  114:21 123:5
  173:10
**overarching**
  112:18
**overlapped**
  150:6

**overlooked**
  41:10
**overtown** 30:19
  30:23 35:21
  37:3 60:16 61:4
  61:19 62:6
  91:22 95:19
  99:14 102:23
  103:1,2,4,5,8,15
  103:16,20 134:4
  134:11,22 135:1
  135:13,21,22
  137:1,10 144:3
  145:11,22
  146:12,16 147:1
  147:4,5,10,13
  149:1,9 151:11
  158:17,21
  159:13,18,21,22
  160:15 161:2
  166:9,14
**overview** 8:15
  23:13
**own** 77:1
  113:12

**p**

**p** 60:13,13 61:6
  61:6,11,11,13
  61:24,24 62:1,4
  62:4,9,9,24,24
  63:15,16 99:5
  103:1,25,25
  142:11 144:3,13
  144:13 155:19
  156:14 159:15

159:15 167:14
  167:21,22
**p.a.** 2:6
**p.m.** 1:14,14
  56:8,8 109:22
  109:22 176:2
**p4** 3:16
**pack** 115:21
  119:9,12,21
  170:24
**package** 23:17
**packet** 23:4
**packing** 118:24
  118:25 119:2
  171:4
**pact** 19:20
**page** 2:14 3:2
  48:6 56:11
  57:21 88:6,7
  89:9 92:10
  98:14,18,19
  107:11 143:3
  161:18 167:10
  173:19 174:2,6
  180:5,8,11,14
  180:17
**pages** 1:20
**pairing** 113:12
  113:13,14
**panel** 19:1
**paper** 175:7
**paragraph** 48:7
  48:8 50:15,16
  56:10,11 57:21
  57:22 65:4,4

68:8 71:10,19
  79:16
**parameters**
  44:1
**park** 42:18
  131:5,23 163:14
**part** 14:2 15:23
  16:1 31:14
  38:20,21,24
  42:1,8 58:17
  60:22,24 62:15
  66:13 67:2,15
  75:1 86:13
  88:24 89:5
  92:17,20 97:21
  101:5 119:16
  135:18 137:22
  140:19 147:4
  151:20 165:10
  165:14,15 167:3
  172:25
**participate**
  16:10 22:15
  33:5
**participated**
  164:17
**participation**
  11:10 13:22
  31:15 37:18
  48:10,16
**participatory**
  31:17
**particular** 12:4
  13:13 15:3
  17:22 26:16

41:5 67:15 69:6
70:14 77:22,24
90:13 100:18
105:19,20,23
122:24 136:20
**particularly**
69:10
**parties** 178:14
178:15 179:13
**partisan** 28:14
100:6,8
**partisanship**
100:7,14
**partner** 31:7
**parts** 36:21 82:3
103:5 104:13
131:18 164:25
173:20
**party** 100:16,18
**pass** 104:3
**passed** 53:3,8
54:4,9
**past** 50:6 150:5
**patterns** 104:20
**pauline** 19:15
**pelham** 1:10 4:1
4:6 69:3 79:6
91:25 109:24
117:3 122:19
130:16 142:3
150:12,17 177:6
178:10 179:6,9
179:9,11 180:2
180:24

**penalties** 180:21
**people** 5:12,13
11:10,15 12:24
13:7,20 14:20
14:23 15:17
16:4,8 17:21
18:7 19:20
22:21 24:11
26:12 28:20
30:15 33:12
36:23 39:21
41:8 42:18,20
44:17 45:2,11
45:12 48:17
51:20 53:19
60:18 66:4
74:23 75:3 78:4
78:17 86:22
91:17 92:25
100:22 101:24
104:12,18,22
114:4,7 115:13
117:5,6 119:3
119:13 125:20
126:6 138:13
146:21 148:25
160:25 169:14
174:22
**people's** 12:7
28:16 48:10
76:15
**perceive** 86:20
**percent** 33:1
49:25 63:11
91:8 101:18

118:1,4,13,19
125:14,14,22
130:21 143:6,9
143:12,16,19
145:24 154:11
154:12 159:1
161:24 167:7,11
167:14,18
170:13,14
**percentage**
51:20 85:22
103:23 126:2,8
126:25 127:1
146:1,2,5
159:10
**perception**
72:15
**perceptions**
52:4
**perfect** 103:18
**perfectly** 91:12
**performance**
92:16 102:6
**period** 142:11
174:18
**perjury** 180:21
**permitted** 1:17
**person** 5:10
33:25 35:2 71:2
85:25
**personally** 11:3
25:21 27:7
34:18 36:25
47:24 97:4
149:17

**perspective** 52:4
123:10 133:16
**perspectives**
44:5
**pertain** 7:16
**pertaining**
29:23
**phone** 66:6
69:16,18 98:7
**phrase** 148:23
**physical** 20:8,9
**physically**
120:12
**piece** 135:1
**pieces** 87:24
123:15 134:4
174:20
**place** 33:21 85:7
89:12 106:9
**placed** 65:5
71:11
**places** 43:2
146:19,21
**plaintiff** 2:5
10:19 48:8 66:1
70:22 72:2
97:25 167:9
**plaintiff's** 3:11
3:13,15,16 31:2
31:24 32:20
54:22 55:1
59:24 60:25
103:14 153:19
153:20 166:4
168:23

**plaintiffs** 1:5
10:23 11:2 31:8
31:20 35:10
36:5 47:3,5,7
50:20 55:6,11
57:25 58:21
59:5,17 60:7,8
60:19 61:9,23
65:5,6,23 66:4
67:1 68:24 69:2
69:20,23,24
70:4 71:11,13
80:20 87:12
91:19 98:24
99:19 101:6,8
101:14 102:5,8
102:17,22
103:10,12,16,22
103:25 113:10
113:17 115:16
117:12,25
121:11,12,16,24
132:12 134:10
134:16 143:1,15
143:20,24,25
144:10,11,22,23
145:10,22,23
146:11 147:17
148:21 150:13
150:22 154:3,8
154:14,24
155:11 156:6
157:7,11 158:5
158:13,14,15
163:10 164:3,6

164:6,10 165:19
166:5,17 167:6
168:21 169:2,4
170:6
**plan** 3:9,14
32:17,17 50:17
50:24,25 51:2,5
51:12,18 52:1
52:13 53:9,9,11
53:11,14,14,17
54:4,9,11,13
55:1,23,23
56:24 57:23
58:4,5,15,20,20
60:7 65:5,12
69:22 71:11
73:15,20 74:6
81:25 91:20
99:2 102:23
103:3,12,14
106:7 110:4,5
111:8 121:16,23
123:2 134:12
135:25 136:2,2
136:5 138:18,21
140:13,17 142:3
142:5,9 144:1,1
144:10,23
145:23,23
147:24 149:7
155:13 156:7
157:15,17 158:9
158:11,22 159:3
159:7,11,11
160:15 161:13

161:18 162:1,6
162:7,10,18,21
163:13 166:3,17
166:19 167:2,6
167:9,15 168:2
168:8,20,21,23
169:2 173:16
**planned** 148:24
**plans** 32:6,11,20
51:9,24 54:22
55:7,12 58:17
58:21 60:19
61:3,9,23 93:3
98:24 99:19
101:6,8 102:5
102:13 108:18
108:19,19
113:10 135:16
145:11 156:8
158:5 161:1
163:11 168:19
**platform** 12:6
21:16,21 22:13
76:16 86:14
**platforms** 29:10
78:5
**play** 41:1
**played** 58:6,10
**pleadings**
132:12 175:13
**please** 17:20
176:1 179:11
**plurality** 56:1
59:7,13 84:16

**point** 15:15,17
37:12,13 59:3
64:18,23 122:16
133:18 134:8
158:8 167:16,16
**pointing** 141:13
**points** 15:20
29:16 30:3
97:15 146:1,2,5
159:10
**policy** 12:7,14
12:15,18
**polite** 99:7
**political** 76:24
100:3,7 101:2
102:6,9 112:14
**politics** 100:14
100:17,20
**poor** 40:11,16
**population**
39:25 42:6,8
54:16 65:14
66:14 75:7
81:14 82:6,13
82:19 103:24
105:4,19 117:14
118:1,3,10,19
120:25 126:2
135:15 136:19
136:24 138:9
139:7,11,13,15
141:2 142:17
143:5,9,12,17
143:21,22
144:24 145:2,24

152:6,8 154:11
154:18,25
158:25 160:19
161:12 162:4
165:6,7 167:11
167:21,23 168:1
168:6 170:1,8
171:3
**population's**
81:7
**populations**
82:16 114:22
131:20 144:1
**portal** 30:6
**portion** 148:3
163:17,21
173:24
**portions** 34:6
39:12 93:5 95:8
95:11,15 107:2
107:6,8 108:24
134:11 145:11
145:13 159:20
175:10,11
**position** 12:15
17:10 48:22
72:6 160:3
162:24 170:23
**positions** 12:14
**possibilities**
151:16 164:20
**possible** 28:17
28:19 30:16
37:19 57:13
91:1,7,8,17 95:5

103:21 115:9
135:7 159:23
163:24 165:21
169:20
**possibly** 115:8
**postings** 29:8,11
**posts** 7:23 14:5
29:1 62:15
**potential** 21:8
67:1 76:13
105:12
**potentially**
55:25 98:2
**power** 18:4
161:7
**practices** 19:11
**predominant**
53:20 55:4 65:7
65:10 69:25
70:7,16,20
71:14,17,20,25
72:1 80:11
81:12 105:7
106:2 115:10
**predominantly**
123:6 163:1
**predominate**
37:20
**predominated**
83:12 114:24
115:2 140:15
146:6,10
**predominates**
99:23

**predominating**
137:18 138:2,22
140:11,23
**prefer** 132:7
143:20 166:5
**preference**
109:14 146:22
147:3 159:25
**preferences**
114:15 134:21
**preferred**
108:13 144:11
144:21
**preliminary**
52:3,6
**prepare** 7:13
**prepared** 23:15
**presence** 83:3
**present** 33:4
34:18 88:18
96:23 98:16
116:22 149:17
**presentation**
87:24
**presented**
121:20 122:1
143:1 150:2
162:18,23
164:17
**presenting**
164:12 174:23
**preserve** 102:20
**president** 19:22
**presidential**
75:17

**prestipino**
19:19
**pretty** 41:12
138:18 167:1
**preventing** 45:7
**previous** 9:4
41:4
**previously**
90:21 103:2
144:3
**prices** 137:7
**primary** 46:24
47:1
**principle** 77:23
**prior** 10:10
50:12 86:5
139:23 161:1
172:12
**priorities** 12:8
76:15 78:7
**prioritize** 11:21
36:23 112:21
115:12
**prioritized**
113:3
**prioritizes**
112:25
**prioritizing**
113:2
**private** 17:2
**probably** 14:24
40:4 41:25
49:17 55:20
120:21 122:5
133:8 157:20

161:15
**problem**  105:21
141:16,19
**problematic**
84:18 85:2
**problems**  40:16
59:4 132:10
**procedure**  1:17
179:22,23
**procedures**
52:24
**proceedings**
132:3
**process**  13:6,10
13:16,22 16:12
24:14 25:8
27:25 28:2,4,24
30:18 31:17
37:11,21 63:18
68:2 88:22,24
89:13 94:17
96:16 100:25
148:17 173:15
**processes**  12:23
16:6 22:6 52:23
**produced**  75:21
76:18
**profit**  148:6
**progressive**
100:23
**prominent**
86:13
**promoting**
93:15

**promotion**
75:11,14
**proper**  118:19
**proportion**
123:6 125:8
169:20
**proportionalit...**
117:9
**proportionality**
123:16 154:21
**proportionally**
170:21
**propose**  32:16
**proposed**  31:2
31:20 98:16
101:7 102:7,7
115:16,18
117:15 162:13
**proposing**  102:5
**protected**  65:1
144:15
**protection**
120:14
**provide**  12:25
25:22 30:25
56:16 59:20
73:5 89:25
92:25 132:15
155:24
**provided**  21:14
23:5 29:17
30:16 38:14
62:9,13,17
76:12 79:13
87:25 129:10

135:13 161:5
**provides**  14:22
**providing**  31:16
**proximity**  41:23
**proxy**  127:19
**pto**  63:13
**public**  1:19 9:9
9:16 12:10,25
13:22,24 14:8
14:13,21,22,23
15:19,22 16:11
17:1 20:3 31:1
31:12,15 32:25
33:2,14 37:18
37:25 76:10
83:20 93:1
95:16 107:20
109:7 113:7
121:20 129:11
129:12 134:14
148:1 149:21
174:17 175:1
177:5,13 178:7
**publicity**  90:10
90:12
**publicized**  31:5
89:21
**publicly**  12:2
29:4,15 63:25
99:10 162:25
**pull**  25:19 26:21
26:24
**pulled**  26:11
28:15

**pulling**  135:22
138:13
**punctuation**
93:8
**purple**  110:8
**purpose**  13:18
30:24 73:20
**purposes**  1:15
1:16 41:16
94:11 100:3,7
**pursuant**  1:15
**pushing**  42:11
**put**  27:19 60:12
60:13 62:14
75:12 79:1 94:8
94:20 122:2
144:13 147:18
153:25 163:6
**putting**  77:7
95:1 137:1
144:7

**q**

**qualifications**
22:8
**qualified**  75:25
**quantifiable**
125:16
**question**  5:4,15
5:16,17,19,22
39:2 41:19,21
43:24 52:9
53:10 55:5,6
67:22 68:11
70:12 100:13
116:12,21,23,24

121:14 125:11
127:3 130:5,17
132:17 137:22
148:15,15 154:6
156:3 159:5
164:15,16
169:11,22 175:6
175:6
**questioning**
59:4
**questions**  4:18
5:14 7:17 18:1
24:19 57:6
67:21 76:23
88:5 142:10
171:18 174:11
**quickly**  149:8
**quite**  37:12 46:2
54:19 55:5
**quote**  50:20,21
127:12,14
130:16 132:24
**quoted**  132:3,11
175:13
**quotes**  129:13
129:14,16
132:11,13
173:18

**r**

**r**  100:15 180:4,4
**race**  37:20
53:20,23 54:17
55:1,17,20 58:6
58:8,10,11,25
60:11 66:14,16

66:23 68:16,20
69:1 71:4,24
72:8,13 73:2,7
73:10 79:19
80:7,10,14,17
81:4,7,15,19,23
82:21 83:11
84:19 85:24
99:22,24 102:10
105:15,24 106:4
106:17 107:7
114:10,17,24
115:2,14 117:6
117:10 119:4,7
119:13 124:22
126:15 127:6
130:4 132:19
133:15 136:20
137:17 138:2,22
140:11,15,23
146:6,10,12
147:2,16 160:2
160:11,23 162:9
162:11 169:14
**races**  72:4
104:22 131:11
**rachel**  19:19,24
**racial**  51:18
52:5 58:12,16
58:19 59:8 65:8
65:10 67:15,16
67:18,19 68:13
68:13 69:25
70:7,16,20,22
71:14,17,21

72:15 73:8,14
73:24 81:12,13
84:16 101:1
105:10,19 116:5
116:14 126:2
134:16,25
136:13 147:7
163:1 166:25
**racially**  50:22
51:4,8 58:2 77:7
104:17 123:1
139:3
**rail**  166:10
**railroad**  138:5
140:25 141:6,12
141:17,19
152:17,22,25
153:12
**railroads**
141:20
**ran**  86:9
**randy**  19:24,24
20:1
**rapid**  61:16
149:3
**rapidly**  61:22
149:2 152:4
**rarely**  44:25
**rather**  58:7 98:4
99:17,23 101:23
**rationale**  59:22
75:2 105:13
137:2
**reached**  65:25
66:8 68:24

**react**  86:20
**read**  2:13 46:1
46:22 48:19
88:4 96:18
116:11,12,21
128:25 129:3
135:10,11 175:8
175:20,21 179:9
180:21
**reading**  83:21
**ready**  35:12
149:24
**real**  114:19
**realized**  36:19
**really**  10:20
33:13 35:14
39:17 42:19
43:21 77:5 93:4
98:12 100:25
110:15 149:14
151:15 152:3,4
160:12 165:11
172:2
**reason**  27:1
36:14 74:5
105:17,22 114:9
114:17,19
124:18,22 147:7
156:17 179:10
180:7,10,13,16
180:19
**reasonable**
179:15
**reasons**  130:10
134:17,25 162:9

162:11 163:2
**rebecca**  1:10 4:1
177:6 178:10
179:6,9,9,11
180:2,24
**rebranded**
19:16
**recall**  15:2,11
15:14 17:3 27:7
46:5 49:24
83:22 95:14
113:6,9 118:14
126:25 129:23
130:12,17
131:24 132:23
139:22 140:3
150:24 158:7,10
163:4 165:8
173:4,5 174:6
**recapture**
164:23
**receipt**  179:14
**receive**  23:2,2
29:21
**received**  57:14
87:13
**recent**  79:24
**recently**  26:11
79:16,20
**recognize**  56:20
79:6 96:11
111:18 142:3
150:17 157:15
166:3

**recognized**
141:21
**recollection**
63:19 113:20
126:4 128:10,22
131:4 132:1
138:23 139:5,9
139:14
**recommended**
22:19,20
**record**  4:23
6:25 7:1 34:15
56:8 109:22
130:20 150:10
178:12
**recorded**  34:3
**recording**
129:12
**records**  28:25
172:4
**redirect**  2:12
174:14
**redirecting**
109:4 110:21
**redistrict**  13:24
**redistricting**
7:24 12:20 13:6
13:10,19,21
16:6 28:24
30:10,18 37:11
37:24 43:9 54:6
58:8 83:1 93:4
100:25 102:13
111:7,12,16,20
111:23 148:5,17

161:1
**redlining**
104:19
**redraw**  82:10
82:14 162:22
**refer**  16:15
17:10 49:1
56:10,19 57:20
64:14 85:13
121:17 125:24
153:1 154:5
171:12
**reference**  56:17
64:17 65:1
79:20 86:7
92:24 96:2
127:20 130:1,25
139:19 153:3
160:9 161:14
171:9
**referenced**
39:10 52:13,25
82:16 90:21
131:9 179:7
**references**
128:18
**referencing**
89:18 95:16
98:23 125:2
127:12
**referred**  21:23
85:16 107:1
127:17 136:4
**referring**  49:2
81:9 107:2

126:22 127:18
128:4,9 153:19
154:4
**refers**  79:21,24
85:17
**reflected**  58:19
107:6 140:16
158:15 166:19
**reflector**  133:9
**reflects**  140:13
**regard**  79:11
80:16 179:15
**regarding**  10:16
11:2
**regardless**  54:3
67:17 117:4
120:11
**regards**  38:13
**registration**
11:18
**rejected**  83:8,17
85:13 108:8
**relate**  30:15
44:7,9 88:5
132:19
**related**  11:20
12:12 13:10
24:22 30:10
62:6 63:17
99:15 127:13
134:2
**relates**  49:6
52:5 85:6
101:13

relating  56:24
relationship
   45:15 86:12
   123:7 127:22
relative  75:6
   85:23 104:3
   122:13 123:2
   125:18 133:17
   139:7 141:2
   145:1 156:16
   178:13,15
relatively  139:6
released  31:25
   61:5,10,12,23
   62:5
releases  31:24
relied  164:14
remedial  167:9
remember  6:6
   62:12 63:9
   83:20 84:4,9
   94:21,22 95:3
   95:23 106:10,13
   106:14 123:13
   126:6,7 129:20
   129:21,25 130:6
   130:7 133:2
   134:5 139:1
   142:15,19 161:8
   163:5 173:25
remotely  177:7
   178:10
renting  40:17
repealed  51:14

repeat  5:20
   41:18 110:25
   116:9 137:22
repeatedly
   132:11
rephrase  5:20
   77:6 111:2
   121:14 159:5
replaced  50:25
   53:11
report  25:19
   142:25 178:9
reporter  2:13
   4:19 5:9 34:14
   45:22 110:24
   116:10,12,21
   135:11 137:21
   152:13 175:24
   178:1
reporters  34:5
reports  113:24
   113:25
represent  4:8
   32:11 63:7 72:7
   72:10 77:4
   87:21 92:6 96:8
   110:19 142:24
representation
   34:24 73:5
   82:12 131:21
representative
   8:7 72:14
representatives
   77:9,11

represented
   72:8 173:11
representing
   47:2 88:25
   96:25
republican
   100:9
request  5:5
   90:14 107:5
   142:8 145:12
requested  7:22
   34:13 151:6
   158:12 161:6
   178:11
requesting
   147:1
required  145:14
   159:11
requirement
   83:17
requirements
   22:7 83:16
   145:9
reside  41:22
   48:13 49:10
   113:4,8
resident  6:11,14
   28:11 96:1,1
residential  6:8
   25:5 27:25 28:2
   28:5
residents  15:22
   36:4,11 37:7,12
   37:24 38:10
   40:8,10 42:5

51:10,17 52:5
53:18 72:11
79:18 80:6 81:4
94:1,6,14
108:10 109:2
119:9 121:2,6
145:21
resides  111:6
resolution  3:10
resources  16:7
148:7
respect  102:19
respecting
   113:4
respond  77:2,2
78:6 103:20
responded
   60:14
responding
   145:20 147:24
159:14
response  159:19
160:13 170:2,4
responses  75:23
76:22
responsibility
   8:16 92:21
responsible
   23:25 24:8 67:8
67:13 68:3,11
70:11
responsive  77:9
77:11 78:10,13
78:14 145:19

**responsiveness** 78:20

**rest** 39:11 103:3 119:18 125:18 141:2

**restructured** 156:18

**result** 32:3 62:2 82:11 84:12,18 84:22 85:24 99:12 105:1,3 105:10,25 115:7 118:22,23 169:14

**resulted** 73:9

**results** 144:9

**retracting** 132:12,13

**returned** 179:14

**reunited** 103:2

**revealing** 70:25

**review** 7:19 24:4 32:16 45:24 57:4 67:11 142:10 175:2,7 178:10 179:8

**reviewed** 7:15 26:23 46:4,20 49:23 52:10,12 87:14 96:14,22 101:6,12 118:7 158:6 174:16

**reviewing** 10:15 27:4,7 83:20

129:15

**revised** 99:13 145:10,22 159:17 162:13 171:14

**revision** 103:12

**revisions** 142:8 162:20,21 163:11

**right** 42:18 56:2 68:1 69:14 78:11 109:14 168:18 173:23

**rights** 12:11 14:1 55:15 80:19 81:5

**ring** 23:3

**rings** 131:7

**rise** 120:13

**river** 138:11

**roads** 166:21

**robinson** 2:6 4:7

**robinson.com** 2:8

**rodney** 18:23,25

**role** 47:15

**roll** 109:14

**roughly** 25:25

**rpr** 1:18 177:5 177:12 178:7,23

**rule** 5:14 179:22 179:23

**rules** 1:17 4:16 179:15

**run** 78:4 86:22 155:4 163:24

**running** 74:24 75:3 86:17,24 89:9

**runs** 122:5

**russell** 15:7 86:5 86:9,17,18

**s**

**s** 2:7 12:1 180:4

**safety** 12:10

**sake** 27:4

**satisfied** 94:9,10

**saw** 26:12 118:8 135:20 148:25 159:15

**saying** 5:12 21:18 23:22 70:13 80:11 99:7 126:25 155:17 159:24

**says** 56:12 57:22 65:4 89:10 90:23 93:2 98:14 99:3 107:11 115:21

**scale** 38:19

**schedule** 7:10

**schedules** 150:6

**scholar** 42:15

**school** 9:9,17,19 18:7 49:13 50:13

**schools** 9:21

**scores** 158:5

**sea** 120:13

**seal** 177:8

**search** 174:4

**seat** 74:24

**second** 14:24 150:21 166:23

**secretary** 17:12 17:14

**see** 7:9 9:20 14:15 26:11 46:13 56:25 57:3 65:25 74:19 95:13 107:5 109:3 110:10 129:9 143:4,8,11 145:25 148:3 151:2 152:17 162:15 163:3 167:20,25

**seeing** 84:9 151:15

**seeking** 14:20

**seem** 44:16

**seemed** 145:17

**seems** 77:13 168:13

**seen** 7:7 25:11 27:13 45:25 46:1 70:8 88:1,3 92:12,13 96:12 110:3,4 127:22 129:5,8

segregated 104:17
segregating 169:13
select 8:9
selected 17:21 36:2 144:11
selecting 36:11
selection 37:1
senate 26:19
send 23:21 29:18
sending 28:13
senior 24:7 35:6 97:25
sense 44:23 45:16 60:6 62:18 76:24 107:20 108:2,5 110:16 124:2 149:20 152:11 174:8
sent 7:24 14:6 24:13 31:9 66:3 98:14 175:14
sentence 16:19 69:22 95:7
separate 29:25 80:13
separation 105:24
september 57:1
sequence 31:24 32:10 61:16 62:4 63:11

series 37:24 76:22
seriously 94:3
serve 8:14
served 9:2,5
set 17:23 56:14 120:21 134:6 171:7
setup 145:5
shape 163:18
shaped 136:11
share 32:22 38:7 41:11 45:10,11 97:14
shared 14:12,19 14:25 15:2,12 32:12,14 33:1 33:18 44:5 57:5 61:24 62:19,24 63:1,3,6,7,12,15 76:11 87:15 89:21 97:16 99:3 133:21 146:20 149:22 158:7
sharing 14:10 15:16 99:9
sheet 26:23 179:10,12
shenandoah 107:13
shift 51:20 112:3 135:20 139:9 140:24 141:3,7,13

160:11
shifted 120:23
shifting 82:16
shifts 82:13 134:3 151:14 160:17 166:11 168:14
shore 172:7
short 16:11 36:13 148:11 150:9
shortly 63:17
show 7:3 45:19 76:13 79:2 87:16 91:25 96:3 109:24 122:19 141:24 142:20 150:12 157:11 165:24
showed 37:22
showing 145:9
shows 25:12,14 169:19
sic 150:13
side 32:2,2 116:7 117:6 151:15,15 155:22,22 164:8
sides 152:24
sign 2:13 22:6 22:13 24:23 28:16 179:11
signature 177:11 178:22

signed 29:21 79:15 87:9 179:17
significant 146:25 156:7
significantly 99:12 150:6
signs 21:17
silver 82:3
similar 38:6,22 43:2 51:6 53:13 54:15 58:17 73:13 128:16 133:21 134:11 138:15,18 155:6 155:13,18,19,21 156:11 166:7,18 166:24 167:1
similarities 156:7,14
similarly 54:20
simply 8:14 54:5 81:9 84:11 119:20
sincerely 179:18
single 59:23 72:21,24 73:23 83:4 107:21 117:14,24 121:16,23 135:5 174:25 175:1
sirloin 129:17 129:21 131:9,15
sit 130:22 131:25 134:24

139:21
**sites**  37:1
**situation**  44:3
**situational**
   106:22
**six**  173:12
**size**  23:16 56:18
**skill**  17:23
**skinnier**  165:4
**skinny**  120:6,16
   121:25
**sliced**  114:23
**slicing**  115:13
**slide**  23:15
**slight**  140:24
   151:14 153:7
   166:11
**slightly**  136:11
   144:8 145:16
   157:4 160:18
**sliver**  136:4
**small**  51:19,20
   58:15 144:25
   148:6 153:10
**smith**  1:18
   177:5,12 178:7
   178:23
**smoother**
   166:20
**smoothing**
   138:15 140:14
**smooths**  136:8,9
**social**  7:23 14:5
   15:1 18:4,8
   23:10,21 28:25

29:3,4,9,13,14
31:6 40:16
62:14 76:11
**society**  41:1
**software**  25:1
**solution**  95:6
**solutions**  42:12
   179:19
**somebody**  15:24
26:1 27:9,9,10
40:18 69:11,12
91:12 116:7,8
**someone's**  77:4
**somewhat**  43:5
   104:17
**soon**  61:12
**sorry**  26:5 28:3
41:18 50:18
69:4 88:6,11,16
98:19 135:9
137:21 141:5
152:13 155:11
157:12 159:9,11
167:16 169:5
**sort**  5:7 17:25
20:25 41:3
43:21,25 44:21
59:3 68:10
175:17
**sorted**  66:15
**sought**  160:7
**sound**  75:10
**sounded**  154:22
**sounds**  54:3
55:9 56:2 84:9

**source**  144:20
**south**  155:5
   163:16,19
   165:10,14,17
**southern**  1:1
   42:8
**speak**  10:15,23
35:12 37:9
43:11 74:9
88:18 92:25
107:10 111:9
**speaking**  10:14
12:25 14:14,18
92:20,23 93:10
95:23,25
**special**  55:16
75:19
**specific**  12:18
29:22 33:6
38:10 58:22
61:15 67:18
90:20 94:12
95:15 96:21
106:19,19
110:18 112:13
118:6,14 123:15
124:16 125:17
125:23 126:4,8
126:25 128:10
128:22 129:16
129:24 130:8,10
132:25 133:3
135:1,5 136:17
139:1,19 141:8
142:6 149:22

163:4 171:13
173:19
**specifically**
   12:12 14:8
27:18 28:12
29:18 62:17
73:11 83:8,22
90:23 93:20
94:23 95:14
102:25 103:7
104:6,14 107:10
107:17 113:9
124:6,15,19
125:2 126:21
127:3 129:19
131:24 135:21
150:24 158:10
163:4
**specifics**  106:14
   134:8 161:9
**speech**  76:24
**split**  14:9 37:17
81:22,24 91:8
91:14 93:22
102:23 108:13
108:14 149:13
151:17,22 152:2
152:12,16 153:4
153:17 157:24
157:25
**splitting**  90:17
90:24 91:2
93:23 94:15
123:12 149:19
153:9

spoke 7:15
spoken 11:1
  70:1,1 71:12
  95:4 146:19
spring 75:20
staff 10:17,22
  24:4,5 34:21
  35:8 74:25 83:6
  87:13 88:21
  163:5
stance 94:12
stand 76:14
  98:15
standard 23:16
standards 89:24
  90:3,7
standpoint
  24:12 32:11
  34:22 39:19
  68:2
start 5:11 74:8
  110:6 130:12
started 4:9,16
  7:12 26:4 73:18
  173:24
starting 35:22
  122:24
starts 5:10 88:6
  165:4
state 1:19 26:19
  64:3 86:6
  125:25 127:7
  177:3,5,14
  178:4

stated 91:23
  160:5 180:22
statement 48:21
  49:6 65:20 69:7
  87:24 88:6
  90:19 92:9
  95:24 97:6,9
  98:5 99:17
  115:19,21 116:9
  128:11,22
  129:10
statements
  127:16,21 128:4
  128:6,9 132:19
states 1:1 9:20
  48:8
statistically
  168:13
status 21:4
statute 179:15
stay 22:16 49:13
staying 105:8
  147:10
stenographic
  178:12
stenographica...
  178:9
sticking 138:12
  153:13
stood 173:20
stop 43:23 89:15
story 23:10
street 2:3,7 44:8
  44:10 104:11
  122:2 151:19,25

153:18,22 154:1
  165:17 172:2,4
  172:8 179:2
stretch 121:21
stricter 43:10
strike 56:12
  158:13
students 9:22
  18:7
sub 39:14
subgroups
  39:15
subject 15:11
  106:17 130:7
  149:1
submitted 7:21
  32:6,8,18,21
  102:18 108:19
  144:12
subsegments
  39:15
subsequent
  128:6,7
subset 50:11
substantial
  158:18
substantially
  134:11 156:11
sufficiently
  103:10
suggest 46:16
  46:18
suggested
  179:14

suggesting
  146:11,24
  147:22
suggestions
  32:16
suite 2:3,7 20:11
  179:2
summer 20:10
  20:16
sunshine 33:20
super 84:13
supplemental
  7:24 53:2 56:17
  79:1
support 11:24
  12:1 27:22
  78:14
supreme 112:10
  112:11
sure 9:9 10:10
  12:17 13:15
  27:20 33:2 35:4
  36:10 37:4,16
  39:1,3 41:20
  44:11 52:22
  55:14 63:11
  67:22 68:17
  71:8 77:7,20
  83:3 111:1
  112:6 116:25
  118:7 130:15
  131:8 147:19
  148:12 151:22
  151:23 156:21
  160:9 162:16

surname   86:24
surprise   104:8
surprised
   161:23
sustainability
   11:9
sustainable
   48:15
sworn   4:2 177:7

**t**

t   180:4,4
table   108:9
tailored   53:24
   60:5 80:15
   145:7 146:4
   159:4,7
take   21:6 56:3,7
   81:6 87:6 108:9
   109:21 132:24
   148:7 150:9
   154:8,15 157:20
   174:24 175:22
taken   1:13
takes   164:7
talk   5:8 10:21
   35:15 43:17
   44:19 53:4,15
   68:9 101:20
   136:9
talked   19:12
   30:14 41:8 54:6
   67:6 100:24,25
   105:2 111:11,14
   127:3,10 140:20
   144:3

talking   5:10,13
   14:9 30:2 44:25
   53:6 54:16
   89:17 90:20
   100:6 106:15
   112:8 114:1
   123:14 126:13
   127:5,24 141:3
   141:7,9 173:24
talks   23:8,9
tallahassee   2:8
tampa   178:18
teachers   18:16
technically
   122:12 153:2
technique   172:4
tell   23:10 70:25
   95:14 174:2
ten   157:20
tend   40:11
   137:6
tends   39:25
   101:22
tenor   173:10
term   38:1 43:5
   43:13 75:2
   118:25 119:1
terminated
   74:22
terms   22:18
   31:23 32:4,14
   36:22 41:10
   45:1 47:4 58:12
   63:23 65:13
   66:3 72:25 75:7

86:19 100:7
113:2 135:14,14
145:2,20 149:23
151:24 152:4
155:18 156:11
testified   4:12
   70:8 107:14,18
   171:23
testify   6:2 8:6
   8:10 150:2
testifying   129:4
testimony   70:2
   94:2 102:4
   119:8 131:22
   179:9,14
text   47:25 97:15
   98:11,12 174:4
thank   87:19
   92:3 93:7 95:9
   96:6 122:22
   156:2 166:1
   175:24
theory   115:8
thing   5:7 42:20
   54:11 77:13
   101:19 129:18
   134:1 171:4
things   6:6 7:13
   17:19 23:6 38:4
   38:22 94:10
   106:16,25 113:3
   113:19 133:1
   141:15 150:1,1
   150:3

**think**   14:12 15:6
   15:17 16:1
   23:20,23 26:6
   27:4,14,15
   28:18 30:5,6,11
   31:14 32:10
   34:12,25 35:25
   37:15 38:4,18
   39:13,16 40:24
   42:17 43:3,6
   44:2 45:14
   47:24 51:4,9,16
   52:25 53:17,18
   54:18,24 57:13
   57:15 58:23
   59:16 60:10,11
   60:15,21 61:6
   61:15 63:9
   64:23 65:11,23
   67:4,11,17
   68:16,18,24
   74:14,22 78:4
   78:16,17 82:1,3
   82:7 85:20
   86:11,13,14
   88:25 89:8 90:5
   91:6,10 92:23
   93:13,21 94:12
   94:13 95:5
   96:13 99:8
   100:24 101:3,12
   101:16,19 102:2
   102:24 103:7
   104:9,19 105:7
   106:2,22 107:25

**[think - transcripts]**

Page 225

107:25 109:19
113:18 114:21
115:10 116:18
118:8 119:2,5
119:16 120:1,4
120:15 121:19
121:25 122:1
124:6 125:18
126:17 127:1
128:14,17
130:19 131:13
133:16 134:14
134:18 135:5,20
135:21 136:8
140:12 142:11
144:2,7,19
145:16 146:18
146:21 147:3,18
148:6 152:5,18
152:19,23
153:21,23
154:19 155:2,14
156:24 157:3
158:1,6,16
159:12,22 160:9
160:11 161:2
163:15,20 164:1
164:13,19 165:9
165:16 166:7,10
166:12 167:3
169:23 171:1
**thinking** 41:5
58:24 94:24
**thought** 116:19

**thoughts** 146:20
**three** 5:13 15:5
51:23 54:18,22
55:7 59:6,9,10
73:16,20 80:12
84:13 97:23
100:9 101:9
108:15 112:16
115:3 123:21,21
124:25 125:9,19
126:18 127:10
133:23,24 144:5
146:1 154:2
155:3,20 169:2
169:14 174:13
**time** 1:14 6:21
22:23 32:24
34:10,20 36:8
46:4 52:16 62:1
63:17,21,23,24
64:6 75:4 90:15
93:7 95:10 99:2
107:23 109:12
125:25 132:25
134:9 140:7
142:11 148:9,11
148:13 149:3,12
151:2 160:12
171:19
**timeline** 61:15
**times** 4:21 28:18
112:3
**timing** 33:2
36:18,22

**tip** 101:10
**title** 8:2 17:7,9
18:17,19
**titled** 46:14
**today** 4:9 6:3
7:14 10:16,24
35:13 92:12
130:22 132:1
134:25 139:21
149:24 150:3
**together** 19:21
24:9 27:19
37:17 38:8
42:10 50:20
57:24 59:21
84:7 93:5,6,6,16
93:18,19 94:1
95:9,9,12 105:9
108:2 115:12
118:21 144:18
147:9,11 151:4
151:20 153:23
159:23 160:5
163:21
**told** 124:17
**took** 134:12
**top** 57:1 129:23
130:19 136:16
161:21 166:22
**topic** 13:13
14:10 30:12
37:11 106:13
149:10 171:6
**topically** 15:14

**topics** 7:9 12:9
13:5 38:10
**tourism** 44:9
**towards** 60:17
144:21 151:13
**towers** 135:19
**town** 139:24
**track** 25:2 33:12
69:15
**tracked** 54:19
**tracks** 51:19
138:5 152:17,22
152:25 153:12
160:25
**traditional**
111:12,15,19,23
**traditionally**
55:24 75:5
120:7
**traffic** 42:23
**train** 157:1
**trainings** 150:4
**transcript** 3:6,7
3:8 87:22 92:7
95:15 96:9,12
96:19 128:13
129:6,9 130:25
133:7 163:3
171:16 174:1
175:9,12,14
178:11,11 179:7
179:16
**transcripts**
129:1,3,7 135:4
173:6,13,21,25

[transcripts - use]                                            Page 226

174:17 175:3
179:12
**transient**
101:24
**transit** 12:9
**translate** 40:15
**travel** 150:8
**traveling** 34:10
34:20 62:1
63:13 97:1,22
149:16
**treasurer** 18:11
18:13
**treatise** 43:15
**trend** 87:2
**trial** 1:16 52:11
52:15,18,18
**triangle** 141:4
**tried** 16:8
113:14
**trip** 80:3 97:12
**triple** 55:22
64:7 130:14
**true** 48:21 77:13
178:12 180:22
**truth** 69:11
**truthfully** 6:2
**try** 22:25 45:21
69:5 152:10
**trying** 14:4 62:3
62:7 63:20
67:25 68:1 80:3
82:4,22 136:2
170:18

**turnout** 101:17
101:20
**turns** 102:2
**tv** 14:22
**tweaked** 58:16
**two** 5:12 19:25
33:21 35:7
41:21 61:21
64:5,5 83:5
98:15,22 108:11
113:15 130:12
130:17,23
143:16 150:5
151:21 156:8
157:4 172:13
174:12
**type** 19:10
29:24 106:17
141:21
**types** 14:18 30:3
106:16
**typically** 11:15
12:9 18:7 23:13
23:23 24:2,16
45:16 64:17
98:9
**typing** 47:24

**u**

**u** 9:19 18:4
**u.s.** 122:16
**uh** 50:10 64:11
**ultimately** 24:15
**unable** 22:12
**unclear** 86:11

**unconstitution...**
50:22 58:1
**under** 1:17 6:1
6:5 51:14 60:1
72:23 80:19
108:5 161:1
179:15 180:21
**underneath**
110:9
**understand**
5:17 8:5 15:20
16:15 21:19
39:1 52:23
53:12 67:24
68:1 69:5 71:22
119:1 127:10
128:8 160:2
**understanding**
31:19 33:13
42:16 43:16
52:17,20 53:16
53:21 58:14,18
59:5 61:11,17
62:5 66:5 72:16
72:19 73:16,22
81:21 82:9,22
84:21 95:25
100:5 103:1
110:12,14
112:24 120:22
121:1 124:23
126:10 135:17
135:18 136:22
137:3,4 139:10
141:10 147:5

**understood**
5:16,23 10:10
13:23 17:4
25:13 170:1
**undesirable**
130:3
**unfair** 81:16
**unfairly** 79:17
80:5,9
**unified** 107:12
**unincorporated**
20:14
**union** 2:2 179:1
**unite** 42:20
44:17 108:3
**united** 1:1 18:16
41:17 160:8
**university** 9:12
**unpack** 79:25
**update** 23:17
28:20
**updated** 22:14
23:6 26:11
**updates** 23:19
29:23 30:16
34:21 98:4
**uplifting** 90:16
90:24
**upper** 164:7
**ups** 174:13
**upstate** 9:11
**use** 1:16 13:8
17:10 20:23
25:1 86:23
118:25 119:1

**used** 13:18 15:5
19:19 20:14
53:22 54:2
81:19 106:4
115:24 120:23
128:19 133:2
138:6 179:16
**useful** 69:10
**using** 16:14 43:7
43:8 58:8 64:13
94:16 127:19
**usually** 17:10,20
17:21

**v**

**valdes** 35:4,9
47:5 65:6 69:23
70:2 87:25 88:5
88:10,11,11,12
88:13,14 92:8
92:14 97:5
98:23 99:16
102:16 107:11
129:3 149:25
**values** 21:21
31:14 78:5,8
107:20
**varies** 121:25
**variety** 77:18
**verb** 16:14
**verification**
66:19 69:9
**verified** 66:9,11
70:13,15,17
71:3,15,19,23
71:24

**verify** 15:9
27:23,25 28:4
32:9,19 33:8,9
34:4 35:8 68:25
70:22 71:6
179:9
**verifying** 67:9
67:14
**veritext** 179:12
179:19
**veritext.com**
179:12
**vermont** 9:19
**version** 168:19
**versions** 80:22
**versus** 28:16
29:19 33:2 43:8
86:18 100:23
108:11 113:12
113:13 127:6
142:12
**viable** 115:11
**vice** 18:20,22
19:22
**video** 15:16
96:19,22,23
129:12,14
174:17
**videoconferen...**
1:11
**videos** 96:14
175:4
**view** 14:23
15:21 29:8,17
91:20 129:10

**viewed** 32:21
**violating** 59:14
**visible** 141:14
**vision** 98:16
99:21,24
**visited** 39:7
**vista** 9:5
**visually** 123:10
**voice** 13:8
**volunteer** 22:16
**volunteers** 25:2
**vote** 74:13 75:15
102:2
**voted** 9:22
54:13
**voter** 11:16,17
11:18 28:14,16
75:22 76:21,25
80:19 101:20
135:14
**voters** 53:18
72:11 76:13
78:17 82:24
85:21 86:20
87:5 115:23
123:6,16,21,23
123:24,25 124:5
124:14,24 125:6
125:8 126:14
127:22 130:3
131:14 133:23
134:19 135:7
145:4 160:20
169:21 170:12
170:20,24 171:5

**votes** 108:16
**voting** 12:11
14:1 50:21
55:15 58:1
65:13 66:14
75:7 81:5,6,14
103:23 105:3
118:1,3 131:19
135:15 136:19
138:8 139:7,11
139:13,15 141:1
142:17 143:5,17
144:24 145:2,24
154:11,17
158:25 160:19
161:7,11 162:4
167:10,21,23,25
168:6 169:25
170:8 171:3
**vra** 53:24 55:2
60:5 64:15 65:1
81:1,7 84:15,19
100:1 102:11
134:18 144:15
144:23 145:3,8
145:14 147:19
156:20 160:10
160:14
**vs** 1:6 179:5
180:1

**w**

**w** 2:3 179:2
**waive** 175:20
**want** 8:10 15:4
15:6,9 16:18

**[want - wrong]**

31:3 32:9 33:11
33:23 43:11
51:25 52:22
53:14 55:22
56:3 61:14
63:10 64:7
68:17 69:11
74:17 75:9
90:10 93:3
97:14,18 108:25
109:15 110:5
114:10 116:22
117:21 125:24
128:8,13 130:14
130:20 134:6
135:3 146:16,16
148:7 149:14
153:11 155:22
159:16 160:25
166:22 171:16
175:16
**wanted** 36:10
36:20 37:4,15
94:2,14 107:1,8
112:20 126:1
130:11 131:6
148:12,13,25
149:8 160:5,22
**wanting** 164:23
**wants** 33:24
**warming** 45:5
**watch** 139:25
174:17,25
**watched** 96:19
129:1 174:20

175:4
**way** 9:23 33:22
39:3 53:23 54:5
59:19,19 60:3,8
75:13 80:15
81:3 84:12 85:6
99:7 105:14
114:18 115:6,15
120:6,16 123:11
123:17,18
124:24 125:7
132:19 143:19
145:23 148:23
149:12 151:9,12
151:18 154:9
155:18 158:25
163:22 165:9,14
165:15 166:8
169:9,25 170:24
171:7,11
**ways** 58:15
60:15 106:4
**we've** 13:2
19:12 23:6 27:8
27:9,10,16
71:12 89:13
100:24 102:18
172:21
**wealth** 40:14
**wealthy** 39:21
**web** 30:2
**website** 21:10
**week** 64:4,5
**weekend** 150:5

**weekends** 150:5
**weeks** 19:25
97:23
**went** 27:14,15
54:25 66:18
70:14,21 72:19
122:1 155:14
169:9
**west** 14:11 39:6
39:10 40:7 41:6
42:2,7 108:4
141:5 157:6
**western** 119:10
124:12 148:3
**westward**
119:17 163:15
163:17,21
**white** 40:4
73:18 85:21
103:23 105:3
136:25 167:21
167:22,23,25
169:25 170:8,11
170:12,20,24
171:5,5
**whiter** 39:25
**wide** 77:17
**widely** 89:21
90:6
**willing** 22:5
**window** 15:18
**wish** 93:17,19
93:21
**wished** 10:20

**wishes** 110:17
**withheld** 10:7
**witness** 4:2 26:9
50:8 62:12
87:19 88:8 92:3
96:6 109:16,21
114:14,21
116:13,23
122:22 132:7,21
156:2 161:20
166:1 177:6,8
179:16
**words** 16:18
77:1
**work** 17:17,18
49:16 76:2 89:5
92:24 93:14
96:2
**workbook** 25:11
25:14,16 26:23
27:1,13
**workday** 92:18
**worked** 97:10
**working** 31:13
42:7
**workplace** 89:2
**works** 13:21
17:2 18:16,25
**workshopped**
61:4
**workshops** 62:8
**worn** 114:1
**worth** 157:20
**wrong** 78:11

**[wrote - zoom]** Page 229

| | |
|---|---|
| **wrote** 97:10 | **years** 8:22 23:7 |
| **x** | 74:15 120:19,23 |
| **x** 2:10 | 132:22 172:13 |
| **y** | **yesterday** 99:3 |
| **yane** 35:17 | **york** 9:11 |
| 57:13 66:5,9 | **young** 11:10,15 |
| 67:4,8,13 69:17 | 12:7 13:4,7,20 |
| 70:10 95:15 | 16:3,8 18:7 |
| 96:25 | 30:15 48:10,17 |
| **yane's** 115:19 | 75:6 76:15 |
| 115:21 129:10 | 101:24 |
| **yanelis** 10:18 | **youth** 19:17 |
| 24:18 25:23 | 101:20 |
| 27:21 35:4 | **z** |
| **yeah** 14:1 16:1 | **z** 48:11 |
| 23:6 24:20 34:1 | **zero** 148:21 |
| 38:18 43:3 49:3 | **zoning** 45:7 |
| 55:9 56:6 60:6 | 104:20 |
| 60:23 63:10 | **zoom** 153:11 |
| 64:17,22 66:6 | |
| 76:2 81:9 101:4 | |
| 101:19 109:19 | |
| 119:2,20 123:13 | |
| 142:12 148:10 | |
| 149:16 151:14 | |
| 151:20 152:3,20 | |
| 155:2 160:4 | |
| 161:2 163:20 | |
| 165:16 167:4,16 | |
| 171:20 | |
| **year** 23:11 31:4 | |
| 50:6 52:19 53:3 | |
| 53:8 162:17 | |
| 171:24 | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.