**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No. 1:22-cv-24066-KMM**

GRACE, INC., *et al*.,

     *Plaintiffs*,

v.

CITY OF MIAMI,

     *Defendant*.

_____/

## EXPERT REPORT OF DR. CAROLYN ABOTT

### January 31, 2023

**Introduction and Summary**

The Enacted Miami City Commission Districting Plan is the byproduct of many decades of racialized Commission maps. Changes made from the 2013 enacted plan were also racially motivated, though these changes are minimal compared to the inherited racialization from previous plans.

I was asked by Plaintiff's counsel in this case to use data on voting-age population (VAP), citizen voting-age population (CVAP), and voting patterns within individual city precincts in order to determine whether and to what extent race can explain the overall shapes of the 2022 Enacted Plan districts as well as the changes between the 2013 Plan and the 2022 Plan. In particular, I will examine the Black, White, and Hispanic voting-age populations in the precincts that border all five Commission Districts and draw conclusions about the way race was used to determine the district boundaries. I will also consider alternative explanations for the boundary

changes, and show that these alternatives cannot explain the patterns I observe. Finally, Plaintiff's counsel asked me to draw a majority White-CVAP district but was unable to do so due to the geographic distribution of racial groups.

Based on my examination, I reach the conclusion that areas moved from one district to another were done so on the basis of race and that other areas could have been moved without further segregating the districts by race but were rejected by the Commission or not considered at all. I also have observed the Commission's practice of splitting precincts along racial lines. Finally, I note that there are several alternative precincts that could have been moved out of District 2 for population equality reasons that would not have enhanced the racial divisions of districts to the same extent as the Enacted Plan. Most changes to Districts 1, 3, 4 and 5 that did not involve District 2 were unnecessary and can only be understood on the basis of race.

**Qualifications**

I am an Assistant Professor of Political Science at Baruch College, City University of New York, where I teach courses in American Government, State and Local Politics, Political Economy, Public Policy, and Public Administration. Prior to joining the faculty at Baruch, I taught at St. John's University in Queens, New York and completed a postdoctoral fellowship at The Ohio State University. I received a Ph.D. in political science and social policy from Princeton University in 2016. Both my research and teaching focuses on various aspects of American politics and public policy, particularly at the state and local level. This work includes research on American elections, including publications in top peer-reviewed journals on local elections, minority representation, voting rights, and voting behavior. Further details about my

professional qualifications and experience are listed in the copy of my curriculum vitae

attached. I am being compensated for my work on this report at an hourly rate of $450/hour.

No part of my compensation depends on the outcome of this case or on the nature of the

opinions that I provide.

**Sources and Methodology**

In preparing this report, I have relied on my personal knowledge gathered through my years of

researching, studying, and publishing. I also utilize the standard methodology that political

scientists use when investigating precinct and census data. The 2020 Census provided data on

voting-age populations (VAP) by race at the block level that could then be aggregated up to the

precinct and split-precinct level. Data on 2019 citizen voting-age population (CVAP) by race

provided in the Appendix comes from the 2019 American Community Survey 5-Year Estimates

(ACS).

City Commission district maps and incumbent addresses were provided to me by

Counsel. Precinct shapefiles and statewide election results were downloaded from the Voting

and Election Science Team on Harvard's Dataverse

(https://dataverse.harvard.edu/dataverse/electionscience). Dr. Moy provided me with election

results for the 2020 County Mayor race.

**Overview of District Maps Prior to 2022 Enacted Plan**

When embarking upon the current round of redistricting, the City of Miami had inherited

district maps from 2013 and beyond that exhibited clear patterns of racial segregation. *Table 1*

depicts the VAP by race in all five districts under the 2013 Plan. Majorities tend to be

exaggerated in districts (Districts 1, 3, and 4 for Hispanic voters; District 5 for Black voters) while

voters of those races tend to be spread out across districts in which they do not hold a majority.

This is particularly true of Black voters.  The Black VAP is 14.8% in the City of Miami. Only one

district (District 5) had equal or greater Black VAP under the 2013 Plan. Under the previous

map, District 1 contained 10% Black VAP, District 2 contained 7.7% Black VAP, District 3

contained 5.6% Black VAP, and District 4 contained 2.9% Black VAP. District 5, however, had

53% Black VAP, and is the only district in which Black voters could conceivably have any "voice"

in a Commission election.

*Table 1: District Racial Compositions Under the 2013 Plan*

| District | Black VAP | White VAP | Hispanic VAP |
|----------|-----------|-----------|--------------|
| 1 | 10.1% | 3.0% | 91.0% |
| 2 | 7.7% | 34.5% | 51.9% |
| 3 | 5.6% | 7.4% | 88.5% |
| 4 | 2.9% | 6.0% | 91.6% |
| 5 | 52.9% | 7.8% | 41.6% |

Districts 2 and 5 are the most racially diverse districts in the sense that there is no clear

racial supermajority of voters. Unlike District 5, however, District 2 needed to be redrawn

substantially in order to satisfy population equality concerns (District 5 needed to grow only

somewhat). *Table 2* shows the size of the VAP in districts before and after the most recent

round of redistricting. Under the 2013 Plan, District 2 contained 34,540 more residents than the

next largest district. This is equivalent to being more than 40% larger than any of the other

districts. As a result, District 2 shrunk considerably under the 2022 Enacted Plan while the other

four districts all grew. As we will see, however, District 2 was not the only donor of precincts; all

districts except District 3 (the smallest under the 2013 plan) donated precincts or portions of

precincts, often receiving different precincts from the very districts they were donating to.

*Table 2: Population Before and After Redistricting*

| District | 2013 Plan | 2022 Enacted Plan |
|---|---|---|
| 1 | 81,449 | 88,108 |
| 2 | 117,281 | 93,300 |
| 3 | 80,169 | 87,658 |
| 4 | 80,601 | 86,597 |
| 5 | 82,741 | 86,578 |

*Table 3* depicts the racial VAP composition after redistricting. Overall, Black VAP in District 2

decreased slightly as a percentage of total VAP (from 7.7% to 7.2%), as did Hispanic VAP (from

52% to 49%) after redistricting. This was due to the fact that White VAP increased from 34% to

37% after redistricting. White VAP also increased in District 5 while both Black and Hispanic VAP

decreased. On the whole, however, there was no statistical difference between VAP by race

before and after redistricting at the district level. There were, however, significant patterns of

change at a more granular level, which I will discuss in the next section.

*Table 3: District Racial Compositions Under the 2022 Enacted Plan*

| District | Black VAP | White VAP | Hispanic VAP |
|---|---|---|---|

| 1 | 11.0% | 3.5% | 89.5% |
|---|-------|------|-------|
| 2 | 7.2% | 37.4% | 48.6% |
| 3 | 5.4% | 7.7% | 88.3% |
| 4 | 3.1% | 7.6% | 89.5% |
| 5 | 50.3% | 10.5% | 40.6% |

**Changes Made Between 2013 and 2022 Plan**

District 1

District 1 is a super-majority Hispanic district with a small Black and even smaller White population. The district was third largest by population under the 2013 Plan so, in theory, needed to gain only a few residents. The changes under the 2022 Enacted Plan resulted in District 1 growing both in absolute and relative terms (it is now second largest, after District 2).

Changes made to District 1 occurred in tandem with changes only to District 5. Areas 6 and 8 were moved from District 5 into District 1 while Area 7 was moved out of District 1 and into District 5 (please see *Figure 1*).  These swaps appear to be entirely motivated by race. Areas 6 and 8 are less Black than the nearby areas surrounding it that remained in District 5, while the reverse is true of Area 7.

At the precinct level, the portions of precincts that were split during the redistricting and remained in their original district looked significantly different from the portions that were moved. In Area 6, the portion of Precinct 531 that was moved from District 5 to District 1 had lower Black VAP and greater Hispanic VAP compared to the portion that remained in District 5.

In Area 8, Precinct 522 also had a split with lower Black VAP and greater Hispanic VAP that was

moved into District 1 in addition to a portion of Precinct 512 that had comparatively lower

White VAP. And in Area 7, the portion of Precinct 523 that was moved from District 1 to 5 had

greater Black VAP and lower Hispanic VAP compared to the portion that remained in District 1.

*Table 4* lists these disparities in greater detail.

*Table 4: Black, White, and Hispanic Voting-age Population in Precinct Splits that Were Located in Different Districts Under the 2022 Enacted Plan, Areas 6, 7, and 8*

| Precinct | District 1 Split | District 5 Split |
|---|---|---|
| *Area 6* | | |
| 531 | 27.2%, 44.9%, 71.1% | 62.5%, 2.7%, 38.7% |
| *Area 7* | | |
| 523 | 27.4%, 1.8%, 82.0% | 40.5%, 0.5%, 65.7% |
| 529 | 18.7%, 2.7%, 86.6% | 13.3%, 13.3%, 73.3% |
| *Area 8* | | |
| 512 | 50.0%, 37.5%, 37.5% | 61.2%, 1.3%, 41.6% |
| 522 | 32.8%, 1.1%, 77.0% | 60.1%, 2.5%, 41.1% |

Because District 5 took on additional precincts from District 2 as was necessary for

population equalization purposes, District 5 needed to give precincts to either District 1 or

District 3. In this regard, it is understandable why District 5 would have been a net donor to

District 1. But the areas that were chosen were deliberately done so on the basis of race. That

District 5 also received precincts from District 1 (which were also racially distinct from the

surrounding areas) when this should not have been necessary for equalizing, further bolsters

the argument that changes made to District 1 were done so on a racialized basis.



*Figure 1:  Areas moved between 2013 Plan and 2022 Enacted Plan*

District 2

As previously discussed, District 2 is one of the two ethnically and racially diverse

Commission districts in the City (District 5 being the other). It was also the largest in terms of

population going into the redistricting process and needed to shrink in order to be in

compliance with the law. This was accomplished by donating precincts and portions of precincts

to Districts 3, 4, and 5. Three areas that were moved from District 2 stand out. The first is Area

10/11 that was given to District 5. This section of donated precincts had a lower White VAP and a greater Hispanic and Black VAP compared to areas that were not moved. This is particularly pronounced among some precincts that were split across District 2 and 5 during the redistricting. Precinct 534A, for instance, was split in such a way that the portion donated to District 5 had nearly 10 percentage points greater Black VAP than the portion that remained in District 2. Precinct 536A saw a split given to District 5 that contained Black VAP that was 45 percentage points higher than the split that stayed in District 2. *Table 5* lists the VAP by race for each of these split precincts.

Area 17, a former section of the southwest part of District 2 directly below US 1, did not substantially differ from the other portions of District 2 surrounding it. It did, however, differ markedly from the racial composition of the receiving District 4, which undercuts the argument that Commissioners were seeking to maintain the core of the Districts' racial compositions. Looking at the split precincts in this area also raises concerns about race-based motivations. *Table 6* lists the areas' two precinct splits and the VAP by race in each district. These precincts were split into sections with very different racial compositions: Precinct 583 gave District 4 a section with a greater percentage of Black and Hispanic voters, while Precinct 584 gave District 4 a much lower percentage of Black voters.

It should be noted, however, that the District 4 split of Precinct 584 contains about 10% of the VAP that the District 2 split contains (235 individuals versus 2,108). This pattern is generally true across all districts and precincts: on average, portions of splits precincts that were moved were one-third the size of the portions that remained in their original 2013 districts.

*Table 5: Black, White, and Hispanic Voting-age Population in Precinct Splits that Were Located in Different Districts Under the 2022 Enacted Plan, Areas 10/11*

| Precinct | District 2 Split | District 5 Split |
|---|---|---|
| *Area 10/11* | | |
| 538 | 8.3%, 31.1%, 54.8% | 8.3%, 31.1%, 56.7% |
| 534 | 6.6%, 24.7%, 60.0% | 9.8%, 20.4%, 65.8% |
| 534A | 8.3%, 47.3%, 34.2% | 17.5%, 28.2%, 42.5% |
| 536A | 13.0%, 16.6%, 67.0% | 54.8%, 0.0%, 74.2% |
| 984A | 7.8%, 23.6%, 61.3% | 20.0%, 20.0%, 65.0% |
| 984 | 7.3%, 35.6%, 48.8% | 16.7%, 22.8%, 57.4% |

*Table 6: Black, White, and Hispanic Voting-age Population in Precinct Splits that Were Located in Different Districts Under the 2022 Enacted Plan, Area 17*

| Precinct | District 2 Split | District 4 Split |
|---|---|---|
| *Area 17* | | |
| 583 | 5.3%, 50.3%, 41.6% | 8.3%, 35.6%, 53.9% |
| 584 | 34.2%, 21.8%, 42.1% | 1.3%, 14.0%, 83.4% |

Area 13 is also notable for a number of reasons. The first is the odd and unintuitive shape that this carve-out of District 2 creates. For compactness reasons, it would have made more sense to give District 3 portions of District 2 that were further north and closer to District 5. These portions further north along US 1 could have even been donated to District 3 in addition to Area 13. Instead, however, District 3 took on portions of District 4 (discussed below) that did not make sense strictly for purposes of population equalization. Secondly, while Area

13 does not differ markedly from the surrounding areas in terms of Black VAP, it has considerably lower Hispanic VAP than both the surrounding areas of District 2 and – by quite a bit – of the receiving District 3. Though the split precincts in Area 13 do not markedly differ from one another across districts in terms of VAP by race, the movement of Area 13 had ripple effects in the drawing of other districts that was largely adjudicated by racial concerns. *Table 7* lists these split precincts and how the portions between Districts 2 and 3 differ by racial VAP.

*Table 7: Black, White, and Hispanic Voting-age Population in Precinct Splits that Were Located in Different Districts Under the 2022 Enacted Plan, Area 13*

| Precinct | District 2 Split | District 3 Split |
|---|---|---|
| *Area 13* | | |
| 546 | 3.1%, 51.3%, 40.5% | 2.8%, 52.4%, 37.6% |
| 582 | 1.6%, 49.9%, 43.5% | 2.5%, 51.7%, 37.7% |

District 3

District 3 is the second smallest district by population. As discussed in the previous section, District 3 needed to add portions of other districts in order to address population equalization issues, and did so by taking on areas from District 2 – the largest district in the City – and from District 4.

As discussed above, Area 13 was moved from District 2 to 3 for reasons that appear to be unmotivated by race as the precinct splits are not substantively distinct across district lines. Area 13, however, contains only 1,396 people. This is a relatively small (18.6) percent of the total 7,493 people that were moved into District 3. These 1,396 residents in Area 13 make up

only 1.6% of District 3's overall population of 87,658 under the 2022 Enacted Plan. The bulk of the population that was moved came instead from Area 14/15 that originated in District 4.

Area 14/15 did not strongly differ from the areas immediately surrounding it, either in District 3 or District 4. The two split precincts in this area also did not look different from the split portions that remained in District 4. Area 14/15, however, has a very high Hispanic VAP of 96.2%. This very high proportion of potential Hispanic voters helped to offset the lower proportion of Hispanic voters that were gained by District 3 in Area 13 (37.6% Hispanic VAP). Adding additional portions of District 2 – rather than unnecessarily adopting Area 14/15 from District 4 – would have lowered the overall percentage of Hispanic VAP. It is likely that Area 14/15 was adopted by District 3 in order to balance the addition of Area 13.

Changes to Districts 4 and 5 were discussed in the sections on Districts 1-3.

**Alternative explanations**

Partisan gerrymander

Partisan gerrymanders are loosely defined as an attempt by a single party in charge of redistricting to maximize the number of seats held by the party. Partisan gerrymanders often occur when the majority party is tasked with drawing the maps and has full control over the district lines. This allows the majority party to draw districts in such a way as to narrowly guarantee the most number of majority-held seats in the legislative body, i.e., create competitive districts that give the majority party a narrow victory while splitting the minority party's voters into as few districts as possible that could grant them a victory.

This is not a viable explanation for what happened during the most recent round of redistricting of the Miami City Commission for a number of reasons. First, City Commission elections are nonpartisan. While it is quite easy to figure out the partisan affiliation of a candidate, there are no partisan primaries nor general elections that are guaranteed to pit candidates of different parties against one another. Second, the redistricting process was under the purview of the entire Commission, not just the "majority party" (in quotations as the Commission is nonpartisan and as such cannot have explicit partisan control), which meant that all Commissioners had at least nominal input on the map. Finally, the 2022 Enacted Plan was approved by a margin of 3-2 with one Democratic Commissioner joining two Republican Commissioners in the majority. Approval of traditional partisan gerrymanders cannot cross party lines as no minority party member would agree to the final product.

Maintaining the partisanship of the district cores

A similar but unrelated alternative explanation to partisan gerrymandering is the idea that the 2022 Enacted Plan was designed to maintain the current partisan makeup of the cores of the districts, i.e., in order to guarantee that a Democrat would always represent District 5 and that a Republican would always represent District 3.

This alternative explanation does not hold water. For moved precincts that were not split and still had geographically contiguous neighboring precincts that remained and could be used for comparison, either partisan voting patterns in both the 2018 gubernatorial election and the 2020 county mayor election looked remarkably similar or the comparison precinct was too small (i.e., only one person voting) to make reasonable inferences.

Additionally, moved precincts – generally speaking – did not look like the cores of the receiving districts. There were other precincts that could have been moved, even if they were not directly nearby to the precincts that were moved (but were geographically contiguous to the receiving district), that would have been preferable for maintaining partisan voting patterns of the adopting or donating district. For example, part of Precinct 548 was moved into District 3 from District 4. Precinct 548 looked nothing like the core of District 3. 59.4% of voters voted for DeSantis (the Republican candidate) in Precinct 548 that was moved, while 41.2% of District 3 voted for DeSantis using the 2013 map. Conversely, 53.4% of District 4 - the giving District - went for DeSantis. A more reasonable precinct to have been moved, had the plan been truly concerned about maintaining core partisanship patterns, would have been Precinct 572, 49.2% of which voted for DeSantis.

As another example, part of Precinct 583 was moved from District 2 to 4. 22% of this precinct voted for DeSantis compared to the overall 53.4% of District 4 and the 29.4% of District 2. A better portion of District 2 to move (which, again, was necessary for population equalization reasons) would have been 546 which went 29.9% for DeSantis. This precinct was split in the 2022 map, with one portion remaining in District 2 and one portion moved to District 3. If the map had truly aimed to preserve core partisanship, it would have made more sense to keep 546 in District 2 (or cede it to District 4) rather than give it to District 3 and instead move 582, 993, and/or 569 to District 3 where partisan voting patterns were far more similar. District 2 could have also donated its north end, which is heavily Democratic (i.e., Precincts 516, 544, 534B or the remaining portions of 999, 538, 534, 534A, 536A, 984A, 984

which each went 25.6%, 24.2%, 24.1% 26.5%, 18.1%, 23.2%, 24%, 14%, 23%, and 23% for

DeSantis), and given them to District 5 which is also heavily Democratic.


<u>Keeping incumbents in their districts</u>

I have reviewed the locations of the five incumbents' addresses as given to me by Counsel

and as reported on their voting registration, and I have come to the conclusion that no

incumbent lives near one another, nor do they live near district boundaries that needed to

change for population-equalization reasons, and that this consideration could not have affected

the drawing of the district lines.


<u>Maintaining the cores of existing districts</u>

Cores of existing districts were not changed; only boundary areas were affected. That said,

there were a number of other boundary precincts and areas that could have made equal or

greater sense to have been moved. These have been discussed in previous sections of the

report.


<u>Compactness</u>

Visual inspection reveals that the 2022 Enacted Plan is less compact than the 2013 Plan and as

such compactness concerns cannot be used as an explanation for redistricting decisions.

Notable features of the 2022 Enacted Plan that stand out as being strangely drawn include

splits of Precincts 536A and 534A (District 2) that act as a finger that juts into District 5.

Similarly, splits of Precincts 546 and 582 belonging to District 3 extend past US-1 into District 2

when the rest of District 2's border is contiguous with US-1. The exception to this are splits of Precincts 583 and 584 belonging to District 4, and also appear to be drawn without regard to natural geographic boundaries.

**Alternative Map Proposals**

A number of alternative maps were proposed but not enacted. All maps tended to shore up existing racial compositions within individual Commission districts, particularly those of Districts 1, 2, and 5. The alternative maps did differ from one another in a number of ways, however, as described below.

A February 7, 2022 draft map

This alternative map (please refer to *Figure 2*) proposed to move Area B from District 2 to 5 and has 32.1% Black VAP, 22% White VAP, and 46.4% Hispanic VAP. This area was proposed to be moved to District 5 in exchange for keeping a small carve out of Area A in District 2. Area A has 14.2% Black VAP, 20.9% White VAP, and 61% Hispanic VAP.

The February 7 draft map also proposed to keep Area D in its 2013 district (District 5) but was instead moved to District 1 under the 2022 Enacted Plan. Area D has 29.9% Black VAP, 3.5% White VAP, and 72.1% Hispanic VAP. In exchange, Area C stayed in District 5. This area is very small with only 647 residents (580 of whom are of voting age) and has 7.6% Black VAP, 27.9% White VAP, and 58.8% Hispanic VAP.

<u>Commissioner Russell's rejected proposal</u>

This map (please see *Figure* 3) would have moved a less Hispanic area into District 3, lowering the District's overall Hispanic share. Areas 13 and 17 from *Figure 1* were not planned to be moved out of District 2 in this proposal, though they eventually were in the 2022 Enacted Plan. These areas are 5.1% Black VAP, 40.8% White VAP, and 49.5% Hispanic VAP. Under this proposal, there was also an area that would be moved from District 2 to District 3 that did not come to pass. This area has 5.6% Black VAP, 40.8% White VAP, and 42.9% Hispanic VAP.

<u>Commissioner Russell's rejected revised proposal</u>

This proposal (*Figure 4)* differed from the original Russell proposal in that the area proposed to be moved from District 2 to District 3 was cut in half. The area that was proposed to remain in District 2 has 4.9% Black VAP, 46.8% White VAP, and 37.6% Hispanic VAP. In comparison, the area that was proposed to continue to move to District 3 has 5.8% Black VAP, 38.9% White VAP, and 44.6% Hispanic VAP.



*Figure 2: Areas of difference between February 7, 2022 draft map and 2022 Enacted Plan*



*Figure 3: Commissioner Russell's initial proposal*



*Figure 4: Commissioner Russell's revised proposal*

<u>Commissioner Reyes's rejected proposal</u>

This map (*Figure 5*) proposed to move an area that would have been less Hispanic than the one that was eventually moved. This proposal is similar to the Russell proposals except that it adds in a portion of District 2 to be moved to District 3 that encompasses both Area 13 in *Figure 1* and the area that connects Area 13 to the Russell area. This strip has 0.9% Black VAP, 31.4% White VAP, and 61.6% Hispanic VAP. These numbers do not include Area 13.



*Figure 5: Commissioner Reyes's proposal*

Map with a majority White CVAP district

Counsel asked me to attempt to draw a district that contained 50% or more White CVAP but I found it impossible to do so due to the distribution of racial groups across the city.

**Conclusion**

The 2022 Enacted Plan for the Miami City Commission has been designed around racial and ethnic considerations. While the Commission inherited a 2013 Plan that was already highly segregated by race, many of the changes made during the most recent round of redistricting were also motivated by race. Apart from a small portion of District 2 that was moved into

District 3 that objective demographic data does not demonstrate to be race-based, I found no evidence that any factors other than race and ethnicity affected the drawing of district lines in pursuit of equalizing population across districts.

Dr. Carolyn Abott, Ph.D.

January 31, 2023, in New York City, NY

Appendix

| Demographics of the 2013 Plan | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total Population and Deviations | | | 2020 Census Voting-Age Population (VAP) | | | 2019 American Community Survey Citizen VAP (CVAP) | | |
| Dist. | Total Pop. | Pop. Dev. | % Dev. | Hisp. VAP | Black VAP | White VAP | Hisp. CVAP | Black CVAP | White CVAP |
| 1 | 81,449 | −6,999 | −7.9% | 91.0% | 10.1% | 3.0% | 86.6% | 8.0% | 4.8% |
| 2 | 117,281 | +28,833 | +32.6% | 51.9% | 7.7% | 34.5% | 49.4% | 9.5% | 38.1% |
| 3 | 80,169 | −8,279 | −9.4% | 88.5% | 5.6% | 7.4% | 86.8% | 3.5% | 8.8% |
| 4 | 80,601 | −7,847 | −8.9% | 91.6% | 2.9% | 6.0% | 90.1% | 1.1% | 7.5% |
| 5 | 82,741 | −5,707 | −6.5% | 41.6% | 52.9% | 7.8% | 30.9% | 59.4% | 8.2% |
| City | 442,241 | — | — | 71.1% | 14.8% | 13.9% | 66.4% | 17.6% | 14.5% |

| Demographics of the February 7 Draft | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total Population and Deviations | | | 2020 Census Voting-Age Population (VAP) | | | 2019 American Community Survey Citizen VAP (CVAP) | | |
| Dist. | Total Pop. | Pop. Dev. | % Dev. | Hisp. VAP | Black VAP | White VAP | Hisp. CVAP | Black CVAP | White CVAP |
| 1 | 88,775 | +327 | +0.4% | 88.7% | 10.5% | 4.3% | 84.8% | 8.7% | 5.9% |
| 2 | 88,363 | -85 | -0.1% | 47.8% | 7.8% | 37.6% | 44.7% | 10.4% | 41.5% |
| 3 | 87,600 | -848 | -1.0% | 88.4% | 5.5% | 7.6% | 86.6% | 3.2% | 9.3% |
| 4 | 90,437 | +1,989 | +2.3% | 88.1% | 3.4% | 8.7% | 86.7% | 1.7% | 10.2% |
| 5 | 87,066 | -1,382 | -1.6% | 41.6% | 49.8% | 10.1% | 30.9% | 58.7% | 8.9% |
| City | 442,241 | — | — | 71.1% | 14.8% | 13.9% | 66.4% | 17.6% | 14.5% |

| Demographics of the Feb. 22 Draft/Base Plan/Enacted Plan | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total Population and Deviations | | | 2020 Census Voting-Age Population (VAP) | | | 2019 American Community Survey Citizen VAP (CVAP) | | |
| Dist. | Total Pop. | Pop. Dev. | % Dev. | Hisp. VAP | Black VAP | White VAP | Hisp. CVAP | Black CVAP | White CVAP |
| 1 | 88,108 | -340 | -0.4% | 89.5% | 11.0% | 3.5% | 86.1% | 8.2% | 5.0% |
| 2 | 93,300 | +4,852 | +5.5% | 48.6% | 7.3% | 37.4% | 44.4% | 8.7% | 40.5% |
| 3 | 87,658 | -790 | -0.9% | 88.3% | 5.4% | 7.7% | 85.6% | 3.9% | 9.9% |
| 4 | 86,597 | -1,851 | -2.1% | 89.5% | 3.1% | 7.6% | 89.6% | 1.3% | 8.2% |
| 5 | 86,578 | -1,870 | -2.1% | 40.6% | 50.3% | 10.5% | 30.8% | 58.2% | 9.5% |
| City | 442,241 | — | — | 71.1% | 14.8% | 13.9% | 66.4% | 17.6% | 14.5% |

| Demographics of the Initial Russell Plan | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total Population and Deviations | | | 2020 Census Voting-Age Population (VAP) | | | 2019 American Community Survey Citizen VAP (CVAP) | | |
| Dist. | Total Pop. | Pop. Dev. | % Dev. | Hisp. VAP | Black VAP | White VAP | Hisp. CVAP | Black CVAP | White CVAP |
| 1 | 88,108 | -340 | -0.4% | 89.5% | 11.0% | 3.5% | 84.8% | 9.3% | 5.4% |
| 2 | 89,309 | +861 | +1.0% | 49.1% | 7.3% | 37.1% | 46.0% | 9.4% | 41.1% |
| 3 | 93,246 | +4,798 | +5.4% | 85.2% | 5.4% | 9.9% | 84.8% | 3.2% | 11.1% |
| 4 | 85,000 | -3,448 | -3.9% | 90.1% | 3.0% | 7.2% | 89.1% | 1.4% | 8.2% |
| 5 | 86,578 | -1,870 | -2.1% | 40.6% | 50.3% | 10.5% | 30.1% | 59.0% | 9.2% |
| City | 442,241 | — | — | 71.1% | 14.8% | 13.9% | 66.4% | 17.6% | 14.5% |

| Demographics of the Revised Russell Plan | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total Population and Deviations | | | 2020 Census Voting-Age Population (VAP) | | | 2019 American Community Survey Citizen VAP (CVAP) | | |
| Dist. | Total Pop. | Pop. Dev. | % Dev. | Hisp. VAP | Black VAP | White VAP | Hisp. CVAP | Black CVAP | White CVAP |
| 1 | 88,108 | -340 | -0.4% | 89.5% | 11.0% | 3.5% | 84.8% | 9.3% | 5.4% |
| 2 | 91,619 | +3,171 | +3.6% | 48.8% | 7.3% | 37.4% | 46.0% | 9.4% | 41.1% |
| 3 | 90,936 | +2,488 | +2.8% | 86.6% | 5.4% | 8.9% | 84.8% | 3.2% | 11.1% |
| 4 | 85,000 | -3,448 | -3.9% | 90.1% | 3.0% | 7.2% | 89.1% | 1.4% | 8.2% |
| 5 | 86,578 | -1,870 | -2.1% | 40.6% | 50.3% | 10.5% | 30.1% | 59.0% | 9.2% |
| City | 442,241 | — | — | 71.1% | 14.8% | 13.9% | 66.4% | 17.6% | 14.5% |

| Demographics of the Reyes Plan | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total Population and Deviations | | | 2020 Census Voting-Age Population (VAP) | | | 2019 American Community Survey Citizen VAP (CVAP) | | |
| Dist. | Total Pop. | Pop. Dev. | % Dev. | Hisp. VAP | Black VAP | White VAP | Hisp. CVAP | Black CVAP | White CVAP |
| 1 | 88,108 | -340 | -0.4% | 89.5% | 11.0% | 3.5% | 84.8% | 9.3% | 5.4% |
| 2 | 92,617 | +4,169 | +4.7% | 48.7% | 7.3% | 37.2% | 45.5% | 9.2% | 41.7% |
| 3 | 89,938 | +1,490 | +1.7% | 87.3% | 5.3% | 8.6% | 86.0% | 3.3% | 9.9% |
| 4 | 85,000 | -3,448 | -3.9% | 90.1% | 3.0% | 7.2% | 89.1% | 1.4% | 8.2% |
| 5 | 86,578 | -1,870 | -2.1% | 40.6% | 50.3% | 10.5% | 30.1% | 59.0% | 9.2% |
| City | 442,241 | — | — | 71.1% | 14.8% | 13.9% | 66.4% | 17.6% | 14.5% |

| Comparison of 2013 Plan and Feb. 7 Draft | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Total Population | 2020 Census Voting-Age Population (VAP) | | | 2019 American Community Survey Citizen VAP (CVAP) | | |
| Area Description | Boundaries | Precincts | Total Pop. | Hisp. VAP | Black VAP | White VAP | Hisp. CVAP | Black CVAP | White CVAP |
| Coconut Grove area moved from D2 to D4 | US 1, SW 27th Ave, Day Ave, city limits | Parts of 532, 583, 584, 585, 587 | 5,071 | 49.1% | 10.1% | 37.4% | 43.5% | 6.5% | 46.3% |
| Golden Pines area moved from D2 to D4 | SW 25th St, SW 27th Ave, US 1, city limits | 577, 578 | 10,496 | 81.8% | 3.6% | 13.6% | 83.9% | 3.8% | 11.8% |
| Area moved from D2 to D3 | SW 17th Ave, S Miami Ave, SW 15th Rd, SW 1st Ave, I-95, US 1 | 993, part of 582 | 1,313 | 56.2% | 2.3% | 36.9% | 60.3% | 0.8% | 34.8% |
| Little Havana area moved from D4 to D3 | SW 27th Ave, SW 9th St, SW 17th Ave, SW 12th St | Parts of 572, 574 | 3,221 | 91.1% | 4.1% | 5.6% | 85.4% | 0.9% | 13.0% |
| Little Havana area moved from D4 to D1 | NW 37th Ave, NW 7th St, NW 27th Ave, NW 4th St | Parts of 510, 548 | 2,510 | 96.1% | 2.2% | 2.5% | 99.1% | 0.0% | 0.1% |
| Little Havana area moved from D1 to D3 | Dolphin Expy, NW 22nd Ave, NW 7th St, NW 27th Ave | Part of 545 | 2,897 | 96.1% | 4.2% | 1.8% | 98.2% | 0.6% | 0.8% |
| Riverside area moved from D5 to D1 | Miami River, Dolphin Expy, NW 7th Ave, NW 6th Ave, I-95, SW 2nd St, Metrorail | 530, 540, 656, 656A, 985, 990, parts of 531, 655 | 5,230 | 70.4% | 20.0% | 10.6% | 62.5% | 21.2% | 15.3% |
| Riverside area moved from D2 to D1 | Miami River, Metrorail, SW 2nd St, S Miami Ave | Part of 984 | 2,483 | 56.7% | 6.0% | 30.2% | 60.0% | 7.5% | 29.0% |
| Downtown/Omni/Wynwood/Edgewater area moved from D2 to D5 | | 536, 536A, 599, parts of 534, 538, 658A, 984, 984A, 999 | 9,555 | 56.9% | 10.8% | 27.9% | 60.5% | 11.9% | 26.4% |
| Portion of D1 remaining in D1 | | | 78,552 | 90.8% | 10.3% | 3.1% | 86.3% | 8.3% | 4.9% |
| Portion of D2 remaining in D2 | | | 88,363 | 47.8% | 7.8% | 37.6% | 44.7% | 10.4% | 41.5% |
| Portion of D3 remaining in D3 | | | 80,169 | 88.5% | 5.6% | 7.4% | 86.8% | 3.5% | 8.8% |
| Portion of D4 remaining in D4 | | | 74,870 | 91.5% | 2.9% | 6.1% | 89.9% | 1.2% | 7.5% |
| Portion of D5 remaining in D5 | | | 77,511 | 39.4% | 55.4% | 7.6% | 29.1% | 61.6% | 7.8% |

| Comparison of Feb. 7 Draft and Base/Enacted Plan | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Total Population | 2020 Census Voting-Age Population (VAP) | | | 2019 American Community Survey Citizen VAP (CVAP) | | |
| Area Description | Boundaries | Precincts | Total Pop. | Hisp. VAP | Black VAP | White VAP | Hisp. CVAP | Black CVAP | White CVAP |
| Allapattah area moved from D5 to D1 | SR 112, NW 12th Ave, NW 36th St, NW 19th Ave | Parts of 512, 522 | 995 | 76.6% | 33.0% | 1.5% | 62.8% | 34.9% | 2.3% |
| Allapattah area moved from D1 to D5 | I-95, NW 32nd St, NW 8th Ave, NW 36th St | Parts of 523, 529 | 329 | 66.7% | 37.1% | 2.1% | 50.0% | 50.0% | 1.4% |
| Downtown area moved from D5 to D1 | I-95, NW 6th St, NW 7th Ave, NW 8th St | Part of 531 | 794 | 72.1% | 29.9% | 3.5% | 64.8% | 32.6% | 0.7% |
| Riverside area moved from D1 back to D5 (including the Wharf) | Miami River, SW 1st St, I-95, SW 2nd St, S Miami Ave, SW 3rd St, Metrorail | Parts of 655, 656, 984 | 81 | 52.6% | 40.4% | 7.0% | 61.5% | 15.4% | 15.4% |
| Downtown area moved from D2 to D5 | N/S Miami Ave, SW 2nd St, SE/NE 2nd Ave, NE 8th St; and N Miami Ave, NE 10th St, NE 2nd Ave, Dolphin Expy | 982A, parts of 534A, 658A, 984, 984A | 2,521 | 46.4% | 32.1% | 22.0% | 46.1% | 33.0% | 19.1% |
| Downtown area moved from D5 back to D2 | N Miami Ave, NW 8th St, Metrorail, NE 10th St | Part of 536A | 1,638 | 67.0% | 13.0% | 16.6% | 72.6% | 10.7% | 15.6% |
| Riverside area moved from D1 back to D2 | Miami River, Metrorail, SW 3rd St, S Miami Ave | Part of 984 | 2,433 | 56.7% | 5.5% | 30.5% | 60.0% | 5.5% | 30.3% |
| Area moved from D3 back to D2 | Alatka St, S Miami Ave, SW 15th Rd, SW 1st Ave, I-95, US 1 | 993, part of 582 | 918 | 62.9% | 1.6% | 31.3% | 57.7% | 0.9% | 37.1% |
| Coconut Grove area moved from D2 to D3 | US 1, SW 17th Ave, S Bayshore Dr, SW 22nd Ave | Parts of 546, 582 | 997 | 36.7% | 2.2% | 52.8% | 36.2% | 0.0% | 61.7% |
| Coconut Grove area moved from D4 back to D2 | US 1, Bird Ave, SW 27th Ave, Day Ave | Parts of 532, 583, 584, 585, 587 | 3,474 | 44.5% | 11.5% | 40.0% | 43.6% | 8.0% | 44.7% |
| Little Havana area moved from D3 back to D4 | SW 27th Ave, SW 9th St, SW 17th Ave, SW 12th St | Parts of 572, 574 | 3,221 | 91.1% | 4.1% | 5.6% | 85.4% | 0.9% | 13.0% |
| Little Havana area moved from D4 to D3 | SW 8th St, SW/NW 32nd Ave, NW 4th St, NW/SW 27th Ave | Parts of 548, 670 | 5,026 | 96.2% | 3.0% | 2.5% | 96.8% | 0.4% | 2.3% |
| Little Havana area moved from D1 to D3 | NW 4th St, NW 32nd Ave, NW 7th St, NW 27th Ave | Part of 548 | 1,071 | 96.1% | 3.7% | 2.5% | 98.2% | 0.0% | 1.8% |
| Little Havana area moved from D1 back to D3 | NW 4th St, NW 37th Ave, NW 7th St, NW 32nd Ave | Parts of 510, 548 | 1,439 | 96.1% | 1.1% | 2.5% | 99.7% | 0.0% | 0.1% |
| Little Havana area moved from D3 back to D1 | Dolphin Expy, NW 22nd Ave, NW 7th St, NW 27th Ave | Part of 545 | 2,897 | 96.1% | 4.2% | 1.8% | 98.2% | 0.6% | 0.8% |
| West Grove Triangle moved from D2 to D4 in Feb. 7 Draft and remaining in D4 | US 1, SW 27th Ave, Bird Ave | Parts of 583, 584 | 1,597 | 59.2% | 7.1% | 31.7% | 43.1% | 3.5% | 49.6% |

| Comparison of 2013 Plan and Base/Enacted Plan | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Total Population | 2020 Census Voting-Age Population (VAP) | | | 2019 American Community Survey Citizen VAP (CVAP) | | |
| Area Description | Boundaries | Precincts | Total Pop. | Hisp. VAP | Black VAP | White VAP | Hisp. CVAP | Black CVAP | White CVAP |
| Allapattah area moved from D5 to D1 | SR 112, NW 12th Ave, NW 36th St, NW 19th Ave | Parts of 512, 522 | 995 | 76.6% | 33.0% | 1.5% | 62.8% | 34.9% | 2.3$% |
| Allapattah area moved from D1 to D5 | I-95, NW 32nd St, NW 8th Ave, NW 36th St | Parts of 523, 529 | 329 | 66.7% | 37.1% | 2.1% | 50.0% | 50.0% | 1.4% |
| Downtown area moved from D5 to D1 | Miami River, Dolphin Expy, NW 7th Ave, NW 8th St, I-95, SW 1st St | 530, 540, 656A, 985, 990, and parts of 531, 656 | 5,993 | 70.8% | 21.1% | 9.7% | 62.7% | 22.2% | 14.1% |
| Downtown/Omni/Wynwood/Edgewater area moved from D2 to D5 | Metrorail, NW/NE 8th St, NE 2nd Ave, SW/SE 2nd St, S Miami Ave, SW 3rd St; and FEC Railway, NW 14th St, NW 1st Ave, NW 22nd St, N Miami Ave, SR 112, Biscayne Blvd, NE 36th St, NE 2nd Ave, NE 10th St | 536, 599, 658A, 982A, and parts of 534, 534A, 536A, 538, 984, 984A, 999 | 10,496 | 52.8% | 15.9% | 28.0% | 51.5% | 21.4% | 25.6% |
| Coconut Grove area moved from D2 to D3 | US 1, Alatka St, S Bayshore Dr, Kirk St, SW 22nd Ave | Parts of 546, 582 | 1,392 | 37.6% | 2.6% | 52.1% | 47.1% | 0.3% | 49.9% |
| Entire Golden Pines/Coconut Grove area moved from D2 to D4 | SW 25th, SW 27th Ave, Bird Ave, US 1, city limits | 577, 578, and parts of 583, 584 | 12,093 | 78.9% | 4.0% | 15.9% | 76.7% | 3.8% | 18.5% |
| Little Havana area moved from D4 to D3 | SW 8th St, SW/NW 32nd Ave, NW 7th Ave, NW 27th Ave | Parts of 548, 670 | 6,097 | 96.2% | 3.1% | 2.5% | 97.1% | 0.3% | 2.1% |
| Portion of D1 remaining in D1 | | | 81,120 | 91.1% | 10.0% | 3.0% | 86.7% | 7.9% | 4.8% |
| Portion of D2 remaining in D2 | | | 93,300 | 48.6% | 7.3% | 37.4% | 45.6% | 9.3% | 41.5% |
| Portion of D3 remaining in D3 | | | 80,169 | 88.5% | 5.6% | 7.4% | 86.8% | 3.5% | 8.8% |
| Portion of D4 remaining in D4 | | | 74,504 | 91.3% | 2.9% | 6.3% | 89.6% | 1.2% | 7.8% |
| Portion of D5 remaining in D5 | | | 75,753 | 38.5% | 56.0% | 7.7% | 28.3% | 62.2% | 7.9% |

| 2022 Enacted Plan's Division of the Southeast Overtown/Park West CRA | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Total Population | 2020 Census Voting-Age Population (VAP) | | | 2019 American Community Survey Citizen VAP (CVAP) | | |
| Area Description | Boundaries | Precincts | Total Pop. | Hisp. VAP | Black VAP | White VAP | Hisp. CVAP | Black CVAP | White CVAP |
| Portion in D1 | | | 1,760 | 74.4% | 27.9% | 2.4% | 67.1% | 30.4% | 1.6% |
| Portion in D2 (6-block appendage off NE 2nd Ave) | | | 1,972 | 61.0% | 14.2% | 21.0% | 70.9% | 11.8% | 16.1% |
| Portion in D5 | | | 8,072 | 38.2% | 61.0% | 4.7% | 23.6% | 71.2% | 4.4% |

| Miscellaneous Areas | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Total Population | 2020 Census Voting-Age Population (VAP) | | | 2019 American Community Survey Citizen VAP (CVAP) | | |
| Area Description | Boundaries | Precincts | Total Pop. | Hisp. VAP | Black VAP | White VAP | Hisp. CVAP | Black CVAP | White CVAP |
| Portion of Allapattah in D1 | NW 27th Ave, Miami River, Dolphin Expy, NW 7th Ave, NW 22nd St, I-95, NW 32nd St, NW 8th Ave, NW 36th St, NW 12 Ave, SR 112 | | 40,669 | 86.8% | 17.0% | 2.9% | 78.6% | 15.3% | 5.3% |
| Portion of Allapattah in D5 | SR 112, I-95, NW 23rd St, NW 8th Ave, NW 36th St, NW 12 Ave | | 774 | 54.7% | 47.4% | 3.1% | 49.2% | 49.2% | 1.6% |
| Portion of D5 protruding west of I-95 | I-95, NW 8th St, NW 7th Ave, NW 22nd St | | 1,634 | 39.6% | 60.5% | 5.1% | 38.6% | 58.5% | 2.5% |
| Portion of D2 west of SE 2nd Ave by Miami River | SE 2nd Ave, Miami River, Metrorail, SW 3rd St, S Miami Ave, SW 2nd St | | 2,433 | 56.7% | 5.5% | 30.5% | 60.0% | 7.5% | 29.0% |
| Portion of the North Grove | US 1, SW 22nd Ave, Kirk St, S Bayshore Dr, SW 27th Ave | | 2,832 | 36.7% | 2.4% | 55.0% | 29.9% | 1.4% | 67.7% |

—

| Comparison of Initial Russell Plan to Base Plan | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Total Population | 2020 Census Voting-Age Population (VAP) | | | 2019 American Community Survey Citizen VAP (CVAP) | | |
| Area Description | Boundaries | Precincts | Total Pop. | Hisp. VAP | Black VAP | White VAP | Hisp. CVAP | Black CVAP | White CVAP |
| Area moved from D2 to D3 | I-95, US 1, S Miami Ave, Miami River, Metrorail, SW 1st Ave | 568, 668, 993, 996, and part of 541 | 6,980 | 42.2% | 5.5% | 41.5% | 37.4% | 2.8% | 56.2% |

| Comparison of Revised Russell Plan to Base Plan | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Total Population | 2020 Census Voting-Age Population (VAP) | | | 2019 American Community Survey Citizen VAP (CVAP) | | |
| Area Description | Boundaries | Precincts | Total Pop. | Hisp. VAP | Black VAP | White VAP | Hisp. CVAP | Black CVAP | White CVAP |
| Area moved from D2 to D3 | I-95, US 1, S Miami Ave, SW 10th St, Metrorail, SW 1st Ave | 993 and parts of 668, 996 | 4,670 | 44.6% | 5.8% | 38.9% | 37.4% | 2.8% | 56.2% |

| Comparison of Reyes Plan to Base Plan | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Total Population | 2020 Census Voting-Age Population (VAP) | | | 2019 American Community Survey Citizen VAP (CVAP) | | |
| Area Description | Boundaries | Precincts | Total Pop. | Hisp. VAP | Black VAP | White VAP | Hisp. CVAP | Black CVAP | White CVAP |
| Area moved from D2 to D3 | Alatka St, S Miami Ave, SW 13 St, Metrorail, SW 1st Ave, I-95, US 1 | 993 and parts of 582, 668, 996 | 2,280 | 50.8% | 3.0% | 39.0% | 48.0% | 6.0% | 43.6% |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

GRACE, INC., *et al.*,

      *Plaintiffs*,

v.                                     Case No. 1:22-cv-24066-KMM

CITY OF MIAMI,

      *Defendant*.

_____/

<u>**SECOND EXPERT REPORT OF DR. CAROLYN ABOTT**</u>

<u>**July 5, 2023**</u>

**Introduction and Summary**

The City's Proposed Remedy ("Res. 23-271") differs only marginally from the Enjoined Plan. The largest differences can be found in Districts 3 and 4, though Black voting-age populations do not change substantively at all between the two plans. Race is still the primary determinant of the shapes of the districts in Res. 23-271.

    I was asked by Plaintiff's counsel in this case to use data on voting-age population (VAP), citizen voting-age population (CVAP), and voting patterns within individual city precincts in order to determine whether and to what extent race can explain the overall shapes of the districts in Res. 23-271 as well as the changes between the Enjoined Plan and Res. 23-271.

    Based on my examination, I reach the conclusion that differences between Res. 23-271 and the Enjoined Plan are a result of racial concerns.

**Sources and Methodology**

In preparing this report, I have relied on my personal knowledge gathered through my years of researching, studying, and publishing. I also utilize the standard methodology that political

scientists use when investigating precinct and census data. The 2020 Census provided data on voting-age populations (VAP) by race at the block level that could then be aggregated up to the precinct and split-precinct level. Data on 2020 citizen voting-age population (CVAP) by race provided in the Appendix is from the 2020 American Community Survey 5-Year Estimates (ACS).

City Commission district maps were provided to me by Counsel. Precinct shapefiles and statewide election results were downloaded from the Voting and Election Science Team on Harvard's Dataverse (https://dataverse.harvard.edu/dataverse/electionscience).

**Overview of Commission Districts in Res. 23-271**

Overall, the commission districts in Res. 23-271 are nearly identical to those contained in the Enjoined Plan. *Figure 1* displays the two maps next to one another. They are visually very similar. The biggest changes to the overall composition of the districts occurred in Districts 3 and 4. As shown in *Table 1* and *Table 2*, White VAP increases in District 3 from 7.7% under the Enjoined Plan to 10.5% under Res. 23-271. Hispanic VAP, on the other hand, decreases in District 3 from 88.3% to 84.5%. District 4 absorbs most of these changes such that White VAP decreases (from 7.6% to 7.2%) and Hispanic VAP increases (89.5% to 90.0%). District 2 also absorbs some of these racial changes, though to a lesser degree. Across all districts, Black VAP remains virtually unchanged. Population deviation improved under Res. 23-271, decreasing the population spread from 6,722 (with 86,578 in District 5 and 93,300 in District 2) under the Enjoined Plan to a spread of 3,149 (with 86,444 in District 5 and 89,593 in District 2).

While both maps are overwhelmingly similar, as discussed above, there is a degree of compactness that is lost in Res. 23-271 relative to the Enjoined Plan. This is particularly true with regards to District 5 and the areas moved between District 5 and 1 (especially Areas 13, 14, and

16 in *Figure 2*) and the areas moved between Districts 5 and 2 (particularly Area 19).  The single block that makes up Area 12, moved from District 3 to 2, also creates an unnatural sliver of District 3 that extends into District 2, decreasing overall compactness.

*Figure 1: The Enjoined Plan (Top Panel) and Res. 23-271 (Bottom Panel)*



*Table 1: District Racial Compositions Under the Enjoined Plan*

| District | Black VAP | White VAP | Hispanic VAP |
|----------|-----------|-----------|--------------|
| 1 | 11.0% | 3.5% | 89.5% |
| 2 | 7.3% | 37.4% | 48.6% |
| 3 | 5.4% | 7.7% | 88.3% |
| 4 | 3.1% | 7.6% | 89.5% |
| 5 | 50.3% | 10.5% | 40.6% |

*Table 2: District Racial Compositions Under Res. 23-271*

| District | Black VAP | White VAP | Hispanic VAP |
|----------|-----------|-----------|--------------|
| 1 | 10.9% | 3.4% | 89.7% |
| 2 | 7.7% | 36.5% | 49.6% |
| 3 | 5.4% | 10.5% | 84.5% |
| 4 | 3.1% | 7.2% | 90.0% |
| 5 | 50.3% | 10.5% | 40.6% |

*Figure 2: Areas Moved Between Enjoined Plan and Res. 23-271*



**Individual Areas Moved Between Enjoined Plan and Res. 23-271**

District 1

District 1, under both plans, is a super-majority Hispanic district with a small Black and even smaller White VAP. Under Res. 23-271, District 1 lost four areas from the Enjoined Plan as depicted in *Figure 2*: Areas 7, 13, 16, and 17. These areas moved out of District 1 are highlighted in yellow in *Table 3*. District 1 also gained four areas: Areas 6, 8, 14, and 15. These areas are highlighted in teal.  Below I discuss the racial compositions of each of these areas and how they impacted the overall change to District 1. I exclude Areas 15 and 16 in this discussion as they are given separate treatment in the discussion of Historic Overtown.

Area 7 is a small (population of 48), high Hispanic VAP, low Black VAP area that was moved from District 1 to District 3. Both districts are of similar racial composition and this movement made little difference to either of their overall racial VAP. Areas 13 and 17, however, have higher Black VAP than District 1 (29.2% and 66.7%, respectively) and were moved into District 5, a majority Black district.

*Table 3: Areas Moved Between Enjoined Plan and Res. 23-271 in District 1*
*(areas moved out highlighted in yellow; areas moved in highlighted in teal)*

| Area # | Movement | WVAP | HVAP | BVAP | Total Pop. |
|---|---|---|---|---|---|
| 6 | 4 to 1 | 0.0 | 99.1 | 3.6 | 139 |
| 7 | 1 to 3 | 25.7 | 68.6 | 8.6 | 48 |
| 8 | 3 to 1 | 1.5 | 97.1 | 2.9 | 762 |
| 13 | 1 to 5 | 1.0 | 80.2 | 29.2 | 805 |
| 14 | 5 to 1 | 2.4 | 66.3 | 37.5 | 286 |
| 15 | 5 to 1 | 11.1 | 41.9 | 55.6 | 376 |
| 16 | 1 to 5 | 7.3 | 66.7 | 26.4 | 1,353 |
| 17 | 1 to 5 | 0.0 | 33.3 | 66.7 | 10 |

Areas 6 and 8, moved into District 1 from racially similar Districts 4 and 3 (respectively) are high Hispanic VAP, low Black VAP areas. Area 14, moved from District 5 to District 1, has a relatively high Hispanic VAP compared to the district it is being moved from, and a relatively low Black VAP.

Areas 15 and 16 are discussed separately in the discussion of Overtown.

District 2

District 2 is the most ethnically and racially diverse Commission district in the City. Though the district is still Hispanic VAP-plurality under both plans, white VAP trails by only 11 percentage points under the Enjoined Plan, compared to about 13 percentage points under Res. 23-271. In other words, the white VAP of District 2 is just 0.9 points lower than the Enjoined Plan, and Hispanic VAP is just 1.0 point higher. Six areas moved between the Enjoined Plan and Res. 23-271 affected District 2 directly. These are listed in *Table 4*, where areas moved out of District 2 are again highlighted in yellow and areas moved into District 2 are highlighted in teal.

Table 4: Areas Moved Between Enjoined Plan and Res. 23-271 in District 2
(areas moved out highlighted in yellow; areas moved in highlighted in teal)

| Area # | Movement | WVAP | HVAP | BVAP | Total Pop. |
|--------|----------|------|------|------|------------|
| 10 | 4 to 2 | 31.7 | 59.2 | 7.1 | 1,597 |
| 11 | 2 to 3 | 41.0 | 43.6 | 5.2 | 8,304 |
| 12 | 3 to 2 | 45.9 | 42.1 | 4.7 | 1,360 |
| 18 | 5 to 2 | 30.6 | 50.6 | 8.6 | 342 |
| 19 | 5 to 2 | 20.8 | 64.0 | 11.9 | 3,731 |
| 20 | 2 to 5 | 30.5 | 56.7 | 5.5 | 2,433 |

Both Areas 11 and 20 are Hispanic VAP-plurality areas with low Black VAP. They are similar in racial composition to the donor District 2. Area 11 has lower Hispanic VAP than recipient District

3, although it is a Hispanic-plurality area. Area 20 has lower Black VAP than recipient District 5, and a lower white VAP than donor District 2.

All of the areas that were moved into District 2 look more similar, racially, to District 2 than their donor districts. Area 12, in particular, is a white VAP-plurality area that was moved out of a Hispanic VAP supermajority district.   Similarly, Areas 18 and 19 have Black VAP that is considerably lower than their donor District 5 and considerably higher White VAP.

District 3

District 3 is another Hispanic VAP supermajority district. *Table 5* lists the moved areas that affected District 3.

Areas 8, 9, and 12 were moved out of the Enjoined Plan's District 3 under Res. 23-271. While Areas 8 and 12 were discussed in previous sections, Area 9 was also moved out of District 3. Area 9 is a supermajority Hispanic VAP area that was moved into another high Hispanic VAP district (District 4). While both Areas 8 and 9 are high Hispanic VAP areas that were exchanged amongst other high Hispanic VAP areas, it bears repeating that Area 12 is a plurality White VAP area that was moved out of District 3 and into the more diverse District 2, forming an irregular divot into District 3—as if to compensate for the more evenly divided plurality Hispanic VAP Area 11, which was added to District 3 immediately to the south.

*Table 5: Areas Moved Between Enjoined Plan and Res. 23-271 in District 3*
*(areas moved out highlighted in yellow; areas moved in highlighted in teal)*

| Area # | Movement | WVAP | HVAP | BVAP | Total Pop. |
|--------|----------|------|------|------|------------|
| 7 | 1 to 3 | 25.7 | 68.6 | 8.6 | 48 |
| 8 | 3 to 1 | 1.5 | 97.1 | 2.9 | 762 |
| 9 | 3 to 4 | 7.2 | 89.3 | 5.1 | 4,694 |
| 11 | 2 to 3 | 41.0 | 43.6 | 5.2 | 8,304 |
| 12 | 3 to 2 | 45.9 | 42.1 | 4.7 | 1,360 |

7

Area 7 was discussed in a previous section.

Changes to Districts 4 and 5 were discussed in the sections on Districts 1-3.

*Table 6* summarizes the areas moved into and out of District 4 and *Table 7* summarizes the areas moved into and out of District 5. Note that eight distinct areas were moved in and out of District 5, the largest number in any district.

Table 6: Areas Moved Between Enjoined Plan and Res. 23-271 in District 4
(areas moved out highlighted in yellow; areas moved in highlighted in teal)

| Area # | Movement | WVAP | HVAP | BVAP | Total Pop. |
|--------|----------|------|------|------|------------|
| 6 | 4 to 1 | 0.0 | 99.1 | 3.6 | 139 |
| 9 | 3 to 4 | 7.2 | 89.3 | 5.1 | 4,694 |
| 10 | 4 to 2 | 31.7 | 59.2 | 7.1 | 1,597 |

Table 7: Areas Moved Between Enjoined Plan and Res. 23-271 in District 5
(areas moved out highlighted in yellow; areas moved in highlighted in teal)

| Area # | Movement | WVAP | HVAP | BVAP | Total Pop. |
|--------|----------|------|------|------|------------|
| 13 | 1 to 5 | 1.0 | 80.2 | 29.2 | 805 |
| 14 | 5 to 1 | 2.4 | 66.3 | 37.5 | 286 |
| 15 | 5 to 1 | 11.1 | 41.9 | 55.6 | 376 |
| 16 | 1 to 5 | 7.3 | 66.7 | 26.4 | 1,353 |
| 17 | 1 to 5 | 0.0 | 33.3 | 66.7 | 10 |
| 18 | 5 to 2 | 30.6 | 50.6 | 8.6 | 342 |
| 19 | 5 to 2 | 20.8 | 64.0 | 11.9 | 3,731 |
| 20 | 2 to 5 | 30.5 | 56.7 | 5.5 | 2,433 |

**Overall Movement between Majority-Hispanic and -Black Districts, and District 2**

Looking at all of the areas moved into and out of the three majority-Hispanic Districts 1, 3, and 4; majority-Black District 5, and the racially mixed District 2, further shows that the changes made to the Enjoined Plan shored up, or did not change, the racial composition of each grouping of districts. Collectively, the areas moved out of Districts 1, 3, and 4 have much lower Hispanic VAP

(58.8%) than the Enjoined districts (86.1, 85.6, and 89.6%), making that three-district grouping more concentrated in its Hispanic VAP.

Likewise, the areas moved out of District 5 had a much lower Black VAP (16.6%) than the district overall. District 5's Black VAP (50.3%) is the same in the Enjoined Plan and Res. 23-271.

Areas moved out of District 2 were similar in demographics to the district overall.

*Table 8: Overall Movement in and out of Districts 1-3-4, District 2, and District 5*

| Area # | Description | WVAP | HVAP | BVAP | Total Pop. |
|---|---|---|---|---|---|
| 6, 7, 8, 9 | Areas moved among D1, D3, D4 | 6.4 | 90.4 | 4.8 | 5,643 |
| 10, 12, 13, 16, 17 | Areas moved out of D1, D3, D4 and into D2 or D5 | 25.6 | 58.8 | 14.3 | 5,125 |
| 11, 20 | Areas moved out of D2 | 38.6 | 46.6 | 5.3 | 10,737 |
| 14, 15, 18, 19 | Areas moved out of D5 | 19.8 | 61.2 | 16.6 | 4,735 |

**Changes made to Overtown**

Referring back to *Figure* 2, Area 15 (moved from District 5 to District 1) and Area 16 (moved from District 1 to District 5) are of special note. These areas are portions of a contested area of the City referred to as Overtown (by City Code § 2-1051,[1] the Miami Police Department (MPD),[2] and the City's now-dissolved Neighborhood Enhancement Team (NET)[3]) or as Historic Overtown (by the Greater Miami Convention & Visitors Bureau (GMCVB)[4] and consultant Miguel De Grandy).

While the definitions found in City Code and by the GMCVB/NET/MPD[5] differ slightly, as

---

[1] The Code defines Overtown as follows: "As used herein, the "Overtown area" is that area approximately bounded on the north by Northwest 20th Street from Florida East Coast Railroad to Northwest 3rd Avenue to Northwest 5th Avenue; on the west by I-95 Expressway from Northwest 21st Terrace to 836 Expressway and State Road 836 (East-West) Expressway from I-95 to the Miami River; on the south by Northwest 3rd Street from Florida East Coast Railroad to Northwest 7th Avenue and the Miami River from Northwest 7th Avenue to 836 Expressway; and on the east by Florida East Coast Railroad right-of-way. (Note: All boundaries are to be construed expansively, incorporating the breadth of described streets, avenues, expressways, and railroad property.)"

[2] https://www.miami-police.org/overtown.html

[3] http://www.miami21.org/PDFs/support/netmapnew.jpg

[4] https://www.miamiandbeaches.com/neighborhoods/historic-overtown

[5] The GMCVB's Overtown definition is identical to the NET and Police Neighborhood Service Area boundaries.

depicted in *Figure 3*, they are both more expansive than the definition used by De Grandy.

*Figure 3: Different Definitions of Overtown/Historic Overtown*



The top-left panel of *Figure 3* compares the City's definition with that of De Grandy's; Area 35, in teal, is the area included in the City's definition but excluded by De Grandy. Similarly, Area 36 in the top-right panel – though slightly smaller than Area 35 – is the area included in the GMCVB/NET/MPD definition but excluded in De Grandy's. What both Area 35 and Area 36 have in common is that they have considerably lower Black VAP (24.6% and 26.2%, respectively) than Area 34 (60.5%), De Grandy's definition of Overtown. This is important to note because Area 34 corresponds almost exactly to the portions of Overtown that are contained in District 5 under Res. 23-271. While the northeast portions of Areas 35 and 36 (north of NW 20th St and east of

NW 1st Ave), which were also excluded from De Grandy's definition, are contained within District 5, these portions have much greater black VAP (64.1%) than the southwest portions that are contained in District 1.

Overall, De Grandy's boundaries of Historic Overtown are considerably more restrictive than both City Code and the GMCVB/NET/MPD definition. The southwest portions of Historic Overtown that De Grandy excluded from his definition were kept in D1 (with high Hispanic VAP) and are notably racially different from the area that he defined as Historic Overtown. This definition shored up the existing racial composition of District 5 and shored up the Hispanic supermajority in District 1. While there is a small sliver of Historic Overtown excluded from De Grandy's version in the northeast that contains very few people (413 relative to the 3,301 that made up the entirety of the area excluded by the consultant), it is characterized by levels of Black VAP that are more similar to the areas that the consultant did not exclude (64.1% in this northern portion compared to the 60.5% in the portion of Historic Overtown identified by De Grandy). Regardless of definitions, this small, high Black VAP section of Areas 35 and 36 was included in District 5 along with De Grandy's defined area, providing further evidence that De Grandy defined Historic Overtown along racial lines, resulting in the area being split into District 1 and District 5 on the basis of race.

**Partisan motivations**

Partisan motivations cannot explain the boundaries of the commission districts nor the movement of specific areas between the Enjoined Plan and Res. 23-271. In particular, a desire to maximize Republican advantage in Districts 1, 3, and/or 4 cannot explain any aspect of Res. 23-

271. As I discussed in my previous report, commission elections occur on a nonpartisan basis and commission district maps have no outcome on other elections (i.e., state or federal elections).

Additionally, the areas that were moved into Districts 1, 3, and 4 under Res. 23-271 were, in general, no less Republican than other surrounding precincts that could have potentially been moved. Most of Precinct 531, for instance, was kept in District 5 (which voted only 16% for Donald Trump for president in 2020) and out of District 1 (which voted 49% for Trump). But Precinct 531 is less Democratic (28% for Trump) than both Precinct 522 (13% for Trump) and Precinct 523 (26% Trump), parts of which were kept in District 1. It is notable that the less-Democratic Precinct 531 includes most of the Overtown area, as discussed above. The more-Democratic Precinct 522 is divided in the identical manner as in the Enjoined Plan, along racial lines, as discussed in my initial report at page 7.

Less-Republican areas like Precincts 996 (31% for Trump) and part of Precinct 546 (29% for DeSantis) were also added to or retained in District 3 (which voted 46% for Trump), while alternative adjacent precincts like 569 (43% Trump), nearly all of 541 (41% Trump), and part of 566 (39% Trump) with higher Republican vote shares remained or were moved into District 2 (which voted 34% for Trump).

Further, Precinct 989 (78% Trump) was moved in its entirety from District 1 into District 3. In exchange, most of the less-Republican Precincts 997 (58% Trump) and 971 (63% Trump) were added to District 1 from Districts 3 and 4. These movements suggest that enhancing Republican advantage in District 1 was not a motivation behind the map.

Shoring up the Republican partisanship of any one of Districts 1, 3, or 4 would have allowed the mapmaker to move areas along the internal borders of those districts to achieve a

desired partisan advantage in the others, but the map does not reflect such a strategy. There is no evidence to suggest that any areas were moved or not moved to shore up partisan advantages in district cores.

**Conclusion**

The City's Proposed Remedy ("Res. 23-271") for the Miami City Commission has not been substantially changed from the Enjoined Plan. The changes that have occurred appear to continue to be designed around racial and ethnic considerations. There is no basis on which to make the argument that these considerations were instead partisan in nature.

Dr. Carolyn Abott, Ph.D.

July 5, 2023, in New York City, NY

## Appendices

### Appendix 1. Plan District Demographics

| Enjoined Plan | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Dist.** | **Total Pop.** | **Pop. Dev.** | **% Dev.** | **WVAP** | **HVAP** | **BVAP** | **WCVAP** | **HCVAP** | **BCVAP** |
| **1** | 88,108 | −340 | −0.4 | 3.5 | 89.5 | 11.0 | 5.0 | 86.1 | 8.2 |
| **2** | 93,300 | +4,852 | +5.5 | 37.4 | 48.6 | 7.3 | 40.5 | 44.4 | 8.7 |
| **3** | 87,658 | −790 | −0.9 | 7.7 | 88.3 | 5.4 | 9.9 | 85.6 | 3.9 |
| **4** | 86,597 | −1,851 | −2.1 | 7.6 | 89.5 | 3.1 | 8.3 | 89.6 | 1.3 |
| **5** | 86,578 | −1,870 | −2.1 | 10.5 | 40.6 | 50.3 | 9.5 | 30.8 | 58.2 |
| *Overall Range* | | *6,722* | *7.6* | | | | | | |

| Version 12 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Dist.** | **Total Pop.** | **Pop. Dev.** | **% Dev.** | **WVAP** | **HVAP** | **BVAP** | **WCVAP** | **HCVAP** | **BCVAP** |
| **1** | 87,465 | −983 | −1.1 | 3.4 | 89.7 | 10.9 | 5.0 | 85.9 | 8.3 |
| **2** | 88,749 | +301 | +0.3 | 36.1 | 49.9 | 7.7 | 38.1 | 46.3 | 9.7 |
| **3** | 89,479 | +1,031 | +1.2 | 10.7 | 84.4 | 5.4 | 13.8 | 81.4 | 3.8 |
| **4** | 89,390 | +942 | +1.1 | 7.4 | 89.8 | 3.1 | 8.0 | 89.8 | 1.4 |
| **5** | 87,158 | −1,290 | −1.5 | 10.8 | 40.7 | 50.0 | 9.8 | 31.4 | 57.0 |
| *Overall Range* | | *2,276* | *2.6* | | | | | | |

| Version 14 (D1 alt) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Dist.** | **Total Pop.** | **Pop. Dev.** | **% Dev.** | **WVAP** | **HVAP** | **BVAP** | **WCVAP** | **HCVAP** | **BCVAP** |
| **1** | 87,465 | −983 | −1.1 | 3.4 | 89.7 | 10.9 | 5.0 | 85.9 | 8.3 |
| **2** | 89,424 | +976 | +1.1 | 35.9 | 51.2 | 5.9 | 38.9 | 49.5 | 5.7 |
| **3** | 89,530 | +1,082 | +1.2 | 7.1 | 89.5 | 5.1 | 9.9 | 86.0 | 3.6 |
| **4** | 88,247 | −201 | −0.2 | 10.2 | 84.6 | 5.1 | 10.4 | 83.6 | 4.8 |
| **5** | 87,575 | −873 | −1.0 | 11.0 | 40.5 | 49.9 | 10.2 | 31.4 | 56.6 |
| *Overall Range* | | *2,065* | *2.3* | | | | | | |

| Version 12 D2 alt | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Dist.** | **Total Pop.** | **Pop. Dev.** | **% Dev.** | **WVAP** | **HVAP** | **BVAP** | **WCVAP** | **HCVAP** | **BCVAP** |
| **1** | 87,465 | −983 | −1.1 | 3.4 | 89.7 | 10.9 | 5.0 | 85.9 | 8.3 |
| **2** | 90,146 | +1,698 | +1.9 | 36.7 | 49.4 | 7.6 | 38.4 | 45.9 | 9.6 |
| **3** | 88,806 | +358 | +0.4 | 10.1 | 85.0 | 5.5 | 12.7 | 82.6 | 3.8 |
| **4** | 89,390 | +942 | +1.1 | 7.4 | 89.8 | 3.1 | 8.0 | 89.8 | 1.4 |
| **5** | 86,434 | −2,014 | −2.3 | 10.5 | 40.6 | 50.3 | 9.6 | 31.4 | 57.4 |
| *Overall Range* | | *3,712* | *4.2* | | | | | | |

**Version 12 D5 alt**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 87,465 | −983 | −1.1 | 3.4 | 89.7 | 10.9 | 5.0 | 85.9 | 8.3 |
| 2 | 89,473 | +1,025 | +1.2 | 36.2 | 49.8 | 7.7 | 38.0 | 46.1 | 9.8 |
| 3 | 89,479 | +1,031 | +1.2 | 10.7 | 84.4 | 5.4 | 13.8 | 81.4 | 3.8 |
| 4 | 89,390 | +942 | +1.1 | 7.4 | 89.8 | 3.1 | 8.0 | 89.8 | 1.4 |
| 5 | 86,434 | −2,014 | −2.3 | 10.5 | 40.6 | 50.3 | 9.6 | 31.4 | 57.4 |
| *Overall Range* | | *3,045* | *3.4* | | | | | | |

**Version 12 D3 alt v1**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 87,465 | −983 | −1.1 | 3.4 | 89.7 | 10.9 | 5.0 | 85.9 | 8.3 |
| 2 | 89,593 | +1,145 | +1.3 | 36.5 | 49.6 | 7.7 | 38.6 | 45.8 | 9.6 |
| 3 | 89,194 | +746 | +0.8 | 10.5 | 84.5 | 5.4 | 12.6 | 82.7 | 3.8 |
| 4 | 89,555 | +1,107 | +1.3 | 7.2 | 90.0 | 3.1 | 7.9 | 90.0 | 1.4 |
| 5 | 86,434 | −2,014 | −2.3 | 10.5 | 40.6 | 50.3 | 9.6 | 31.4 | 57.4 |
| *Overall Range* | | *3,159* | *3.6* | | | | | | |

**Version 12 D3 alt v2**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 87,201 | −1,247 | −1.4 | 3.4 | 89.8 | 10.8 | 5.0 | 85.9 | 8.3 |
| 2 | 89,593 | +1,145 | +1.3 | 36.5 | 49.6 | 7.7 | 38.6 | 45.8 | 9.6 |
| 3 | 89,194 | +746 | +0.8 | 10.5 | 84.5 | 5.4 | 12.6 | 82.7 | 3.8 |
| 4 | 89,555 | +1,107 | +1.3 | 7.2 | 90.0 | 3.1 | 7.9 | 90.0 | 1.4 |
| 5 | 86,698 | −1,750 | −2.0 | 10.5 | 40.7 | 50.3 | 9.6 | 31.6 | 57.3 |
| *Overall Range* | | *2,895* | *3.3* | | | | | | |

**Resolution 23-271 - Version 12 D3 alt v3 - City's Proposed Remedial Plan**

| Dist. | Total Pop. | Pop. Dev. | % Dev. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 87,455 | −993 | −1.1 | 3.4 | 89.7 | 10.9 | 5.0 | 85.9 | 8.3 |
| 2 | 89,593 | +1,145 | +1.3 | 36.5 | 49.6 | 7.7 | 38.6 | 45.8 | 9.6 |
| 3 | 89,194 | +746 | +0.8 | 10.5 | 84.5 | 5.4 | 12.6 | 82.7 | 3.8 |
| 4 | 89,555 | +1,107 | +1.3 | 7.2 | 90.0 | 3.1 | 7.9 | 90.0 | 1.4 |
| 5 | 86,444 | −2,004 | −2.3 | 10.5 | 40.6 | 50.3 | 9.6 | 31.4 | 57.4 |
| *Overall Range* | | *3,149* | *3.6* | | | | | | |

| P1 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Dist.** | **Total Pop.** | **Pop. Dev.** | **% Dev.** | **WVAP** | **HVAP** | **BVAP** | **WCVAP** | **HCVAP** | **BCVAP** |
| **1** | 86,569 | −1,879 | −2.1 | 14.9 | 70.1 | 16.1 | 14.8 | 66.3 | 16.5 |
| **2** | 89,078 | +630 | +0.7 | 31.2 | 57.9 | 5.8 | 33.2 | 56.3 | 6.4 |
| **3** | 87,666 | −782 | −0.9 | 5.8 | 90.8 | 5.2 | 7.4 | 88.6 | 3.6 |
| **4** | 89,091 | +643 | +0.7 | 3.5 | 95.0 | 3.0 | 4.5 | 94.1 | 0.8 |
| **5** | 89,837 | +1,389 | +1.6 | 13.8 | 41.2 | 45.2 | 12.4 | 32.3 | 53.0 |
| *Overall Range* | | *3,268* | *3.7* | | | | | | |

| P2 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Dist.** | **Total Pop.** | **Pop. Dev.** | **% Dev.** | **WVAP** | **HVAP** | **BVAP** | **WCVAP** | **HCVAP** | **BCVAP** |
| **1** | 86,541 | −1,907 | −2.2 | 4.3 | 86.6 | 13.7 | 6.0 | 81.0 | 12.4 |
| **2** | 89,897 | +1,449 | +1.6 | 36.9 | 48.7 | 7.9 | 39.6 | 44.3 | 10.1 |
| **3** | 85,108 | −3,340 | −3.8 | 10.6 | 84.8 | 4.3 | 12.3 | 84.5 | 2.4 |
| **4** | 90,388 | +1,940 | +2.2 | 2.9 | 95.6 | 3.3 | 3.5 | 94.5 | 1.5 |
| **5** | 90,307 | +1,859 | +2.1 | 13.3 | 41.0 | 46.2 | 11.9 | 31.8 | 54.3 |
| *Overall Range* | | *5,280* | *6.0* | | | | | | |

| P3 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Dist.** | **Total Pop.** | **Pop. Dev.** | **% Dev.** | **WVAP** | **HVAP** | **BVAP** | **WCVAP** | **HCVAP** | **BCVAP** |
| **1** | 87,607 | −841 | −1.0 | 5.6 | 85.4 | 13.0 | 7.2 | 80.6 | 11.7 |
| **2** | 89,522 | +1,074 | +1.2 | 37.9 | 48.2 | 7.0 | 41.1 | 44.2 | 8.2 |
| **3** | 85,973 | −2,475 | −2.8 | 10.6 | 84.9 | 4.3 | 12.2 | 84.6 | 2.4 |
| **4** | 90,388 | +1,940 | +2.2 | 2.9 | 95.6 | 3.3 | 3.5 | 94.5 | 1.5 |
| **5** | 88,751 | +303 | +0.3 | 11.3 | 41.1 | 48.8 | 10.1 | 31.6 | 56.5 |
| *Overall Range* | | *4,415* | *5.0* | | | | | | |

| P4 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Dist.** | **Total Pop.** | **Pop. Dev.** | **% Dev.** | **WVAP** | **HVAP** | **BVAP** | **WCVAP** | **HCVAP** | **BCVAP** |
| **1** | 87,556 | −892 | −1.0 | 5.6 | 85.8 | 13.0 | 7.2 | 80.3 | 11.9 |
| **2** | 89,522 | +1,074 | +1.2 | 37.9 | 48.2 | 7.0 | 41.1 | 44.2 | 8.2 |
| **3** | 87,829 | −619 | −0.7 | 10.4 | 85.1 | 4.2 | 12.1 | 84.7 | 2.4 |
| **4** | 87,667 | −781 | −0.9 | 2.9 | 95.6 | 3.2 | 3.4 | 94.5 | 1.5 |
| **5** | 89,667 | +1,219 | +1.4 | 11.2 | 41.5 | 48.4 | 10.0 | 32.3 | 55.8 |
| *Overall Range* | | *2,111* | *2.4* | | | | | | |

## Appendix 2a. Areas Moved between Enjoined Plan and Res. 23-271

| Area # | Description | Movement | WVAP | HVAP | BVAP | Total Pop. | Bounded by |
|---|---|---|---|---|---|---|---|
| 6 | Flagami (single block) | 4 to 1 | 0.0 | 99.1 | 3.6 | 139 | NW 3rd St, 4th Ave, 4th St, 45th Ave |
| 7 | Sewell Park | 1 to 3 | 25.7 | 68.6 | 8.6 | 48 | Dolphin Expy, Lawrence Canal, Miami River |
| 8 | Sewell Park | 3 to 1 | 1.5 | 97.1 | 2.9 | 762 | Dolphin Expy, Lawrence Canal, NW 7th St, 22nd Ave |
| 9 | Little Havana/Shenandoah | 3 to 4 | 7.2 | 89.3 | 5.1 | 4,694 | SW 32nd Ave, 5th St, 31st Ave, 4th St, 23rd Ave, 8th St, 16th Ave, 22nd St, 17th Ave, 9th St, 27th Ave, 8th St |
| 10 | West Grove | 4 to 2 | 31.7 | 59.2 | 7.1 | 1,597 | US 1, SW 27th Ave, Bird Ave |
| 11 | Bay Heights to Brickell | 2 to 3 | 41.0 | 43.6 | 5.2 | 8,304 | SW/SE 7th St, Metromover, Brickell Plaza, S Miami Ave, Alatka St, US 1, I-95, Metrorail |
| 12 | West Brickell (single block) | 3 to 2 | 45.9 | 42.1 | 4.7 | 1,360 | Miami River, Metrorail, SW 7th St, 2nd Ave |
| 13 | Northeast Allapattah | 1 to 5 | 1.0 | 80.2 | 29.2 | 805 | NW 12th Ave, 36th St, 8th Ave, 34th St, 11th Ave, 33rd Ct, 33rd St |
| 14 | Northeast Allapattah | 5 to 1 | 2.4 | 66.3 | 37.5 | 286 | I-95, NW 32nd St, 8th Ave, 35th St |
| 15 | Overtown | 5 to 1 | 11.1 | 41.9 | 55.6 | 376 | I-95, Dolphin Expy, NW 7th Ave, 22nd St |
| 16 | Overtown/Culmer | 1 to 5 | 7.3 | 66.7 | 26.4 | 1,353 | Dolphin Expy, NW 7th Ave, 8th St Rd, Seybold Canal |
| 17 | People's BBQ block | 1 to 5 | 0.0 | 33.3 | 66.7 | 10 | I-95, NW 7th St, 4th Ave, 8th St |
| 18 | Baypoint/Morningside | 5 to 2 | 30.6 | 50.6 | 8.6 | 342 | Biscayne Blvd, Federal Hwy, NE 36th St |
| 19 | Omni | 5 to 2 | 20.8 | 64.0 | 11.9 | 3,731 | FEC Rwy, NE 19th St , NE 2nd Ave, NE/NW 10th St |
| 20 | Downtown | 2 to 5 | 30.5 | 56.7 | 5.5 | 2,433 | Miami River, Metrorail, SW 3rd St, S Miami Ave, SE 2nd St, SE 2nd Ave |
| | | | | | Total Moved | 26,240 | |

17

**Appendix 2b. Overall Movement between Majority-Hispanic Districts, Majority-Black District 5, and District 2 between Enjoined Plan and Res. 23-271**

| Area # | Description | WVAP | HVAP | BVAP | Total Pop. |
|---|---|---|---|---|---|
| 6, 7, 8, 9 | Areas moved among D1, D3, D4 | 6.4 | 90.4 | 4.8 | 5,643 |
| 10, 12, 13, 16, 17 | Areas moved out of D1, D3, D4 and into D2 or D5 | 25.6 | 58.8 | 14.3 | 5,125 |
| 11, 20 | Areas moved out of D2 | 38.6 | 46.6 | 5.3 | 10,737 |
| 14, 15, 18, 19 | Areas moved out of D5 | 19.8 | 61.2 | 16.6 | 4,735 |

**Appendix 3. Cores of Enjoined Districts Remaining Intact in Res. 23-271**

| Dist. | WVAP | HVAP | BVAP | Total Pop. |
|---|---|---|---|---|
| 1 | 3.4 | 90.0 | 10.6 | 85,892 |
| 2 | 37.2 | 48.8 | 7.5 | 82,563 |
| 3 | 7.1 | 89.0 | 5.4 | 80,842 |
| 4 | 7.2 | 90.1 | 3.0 | 84,861 |
| 5 | 9.9 | 39.3 | 52.5 | 81,843 |

**Appendix 4. Areas Moved between Version 12 and Res. 23-271**

| Area # | Description and Movement Between Enjoined, Version 12, and Res. 23-271 | WVAP | HVAP | BVAP | Total Pop. | Bounded by |
|---|---|---|---|---|---|---|
| 17 | People's BBQ block moved from D1 to D3 in Res. 23-271 | 0.0 | 33.3 | 66.7 | 10 | I-95, NW 7th St, 4th Ave, 8th St |
| 21 | North Grove area moved from D2 to D3 in Version 12, then back to D2 in Res. 23-271 | 54.8 | 35.9 | 3.3 | 1,672 | US 1, SW 22nd Ave, Kirk St, S Bayshore Dr, Aviation Ave, SW 27th Ave |
| 22 | Shenandoah area moved from D3 to D4 in Version 12, then back to D3 in Res. 23-271 | 12.1 | 83.2 | 3.2 | 1,932 | SW 17th Ave, 22nd St, 16th Ave, 8th St, 14th Ave, 3rd Ave, US 1 |
| 23 | Little Havana area moved from D3 to D4 in Res. 23-271 | 3.0 | 94.8 | 4.3 | 2,097 | SW 8th St, 32nd Ave, 5th St, 31st Ave, 4th St, 23rd Ave |
| 24 | Brickell/Simpson Park areas moved from D2 to D3 in Res. 23-271 | 39.2 | 47.1 | 5.3 | 2,949 | SW 25th Rd, I-95, Metrorail, SW 12th St, S Miami Ave; and S Miami Ave, SE 7th St, Brickell Place |
| 25 | Brickell area moved from D3 to D2 in Res. 23-271 | 45.2 | 42.1 | 5.3 | 1,397 | SW 7th St, 2nd Ave, Miami River, S Miami Ave |
| 26 | North end of Morningside moved from D2 to D5 in Version 12, then back to D2 in Res. 23-271 | 41.9 | 42.8 | 11.8 | 724 | Biscayne Bay, NE 55th Ter, Biscayne Blvd, NE 61st St |

## Appendix 5. Other Areas of Comparison

| Area # | Description | WVAP | HVAP | BVAP | Total Pop | Bounded by |
|--------|-------------|------|------|------|-----------|------------|
| 27 | South end of Morningside/Baypoint, kept in D2 in Version 12 | 39.5 | 44.7 | 10.1 | 1,980 | Biscayne Bay, Julia Tuttle, Federal Hwy, NE 55th Ter |
| 26 + 27 | Entire Morningside/Baypoint area – moved into D5 in Version 14 and P1, P2, P3 | 40.1 | 44.2 | 10.6 | 2,704 | Biscayne Bay, Julia Tuttle, Federal Hwy, Biscayne Blvd, NE 61st St |
| 28 | D5's Downtown appendage south of NW/NE 8th St retained from Enjoined Plan | 21.1 | 47.4 | 32.5 | 2,848 | Miami River, SW 1st St, I-95, NW/NE 8th St, NE/SE 2nd Ave, SE 2nd St, S Miami Ave, SW 3rd St, Metrorail |
| 29 | Entire Omni/Downtown area west of NE 2nd Ave included in D2 (including Condo Canyon) | 20.8 | 62.9 | 12.7 | 5,703 | FEC Rwy, NW 19th St, 2nd Ave, NE/NW 8th St |
| 30 | Bay Heights area added to D3 | 31.4 | 61.6 | 0.9 | 604 | US 1, S Miami Ave, Alatka St |
| 31 | Entire Northeast Allapattah area included in D5 | 2.0 | 67.8 | 38.3 | 1,293 | SR 112, I-95, NW 35th St, 8th Ave, 34th St, 11th Ave, 33rd Ct, 33rd St, 12th Ave |
| 32 | D1's entire riverside appendage | 10.4 | 71.9 | 19.6 | 4,630 | Miami River, Dolphin Expy, Seybold Canal, NW 8th St Rd, 8th St, 4th Ave, 7th St, I-95, SW 1st St |

20

## Appendix 6. Divisions of Overtown

| Area # | Description | WVAP | HVAP | BVAP | Total Pop | Bounded by |
|---|---|---|---|---|---|---|
| 34 | "Historic Overtown" on De Grandy Slide | 3.6 | 39.5 | 60.5 | 8,536 | Dolphin Expy, I-95, NW 20th St, 1st Ave, FEC Rwy, NW 8th St, 8th St Rd, Seybold Canal |
| 35 | Areas of Overtown (City Code § 2-1051) excluded from De Grandy definition | 9.1 | 67.6 | 24.6 | 4,394 | Dolphin Expy, I-95, NW 21st Ter, 22nd St, 3rd Ave, 20th St, FEC Rwy, NW 3rd St, Miami River |
| 36 | Areas of Overtown (Greater Miami Convention & Victors Bureau/NET/MPD definition) excluded from De Grandy definition | 10.9 | 63.7 | 26.2 | 3,301 | Dolphin Expy, I-95, NW 21st Ter, 22nd St, 3rd Ave, 20th St, FEC Rwy, NW 5th St, Miami River |
| 37 | 3 Overtown blocks moved into D5 in Version 12 D3 alt v2, then moved back into D1 | 5.3 | 70.2 | 35.6 | 254 | NW 7th Ave, 8th St, 4th Ave, 7th St |
| 38 | 14 Overtown blocks always kept in D1 | 2.9 | 76.5 | 23.6 | 2,589 | NW 7th Ave, 7th St, I-95, 3rd St, Miami River |
| 37 + 38 | Total 17-block Overtown area in D1 (between NW 3rd and 8th Streets) | 3.1 | 76.0 | 24.6 | 2,843 | NW 7th Ave, 8th St, 4th Ave, 7th St, I-95, 3rd St, Miami River |
| 39 | Overtown area west of the Seybold Canal kept in D1 | 28.0 | 56.1 | 10.3 | 948 | Dolphin Expy, Seybold Canal, NW 8th St Rd, 7th Ave, Miami River |
| 40 | Portion of Overtown (City Code) in D5 | 3.7 | 39.6 | 60.1 | 9,139 | Dolphin Expy, I-95, NW 21st Ter, 22nd St, 3rd Ave, 20th St, FEC Rwy, NW 3rd St, I-95, NW 7th St, 4th Ave, 8th St, 8th St Rd, Seybold Canal |

21

**Appendix 7. FDC-Miami Population and Placement in Different Plans**

The Federal Detention Center (FDC) Miami is located at Block 1013 of Tract 37.06 in Miami-Dade County. The Census Bureau reports separately the incarcerated population. For this block, the incarcerated population is the same as the total population, meaning no non-incarcerated individuals were counted at this block. Below are the demographics of the FDC-Miami block, and which Commission district FDC-Miami is located in under each of the redistricting plans.

| Total Pop. | WVAP | HVAP | BVAP | WCVAP | HCVAP | BCVAP |
|-----------:|-----:|-----:|-----:|------:|------:|------:|
| 1,407 | 20.7 | 40.5 | 43.7 | 12.3 | 40.3 | 47.4 |

| Plan | District |
|-----:|:--------:|
| 2013 Plan | 2 |
| Enjoined Plan | 5 |
| Version 12 | 5 |
| Version 14 (D1 alt) | 5 |
| Version 12 D2 alt | 5 |

| Plan | District |
|-----:|:--------:|
| Version 12 D5 alt | 5 |
| Version 12 D3 alt v1 | 5 |
| Version 12 D3 alt v2 | 5 |
| Version 12 D3 alt v3 (Res. 23-271) | 5 |

| Plan | District |
|:----:|:--------:|
| P1 | 1 |
| P2 | 2 |
| P3 | 1 |
| P4 | 1 |

# Carolyn B. Abott

Baruch College - CUNY
Department of Political Science
One Bernard Baruch Way
New York, NY 10010

Office: Vertical Campus, 5th Floor, Room 271
Phone: +1 (646) 312-4421
Email: carolyn.abott@baruch.cuny.edu
Website: https://sites.google.com/view/carolynabott/

## Academic Positions

Assistant Professor, Department of Political Science, Baruch College - CUNY, 2021 —

Assistant Professor, Department of Government and Politics, St. John's University, 2018 –21

Postdoctoral Research Fellow, John Glenn College of Public Affairs and Department of Political Science, The Ohio State University, 2016 – 18

## Education

Ph.D., Politics and Social Policy, Princeton University, 2016

Dissertation: *The Politics of Public Sector Pensions*

Committee: Nolan McCarty, Brandice Canes-Wrone, and Charles Cameron

M.A., Politics, Princeton University, 2013

Fields: American Politics, Formal and Quantitative Methods, Inequality and Public Policy

B.A. Economics and Political Science, with High Honors, Swarthmore College, 2008

## Research and teaching interests

American politics, representation and accountability, state and local politics, public budgeting and finance, interest groups and political parties, federalism, inequality, macro political economy.

## Publications

**Abott, Carolyn** and Akheil Singla. (2021). Helping or Hurting? The Financial Costs and Benefits of Municipal Bankruptcy, *Public Administration Review,* 81(3), pp. 428-445.

**Abott, Carolyn** and Akheil Singla. (2021). Service Solvency and Quality of Life After Municipal Bankruptcy, *Journal of Political Institutions and Political Economy,* 2(2), pp. 249-280.

**Abott, Carolyn** and Asya Magazinnik. (2020). At-Large Elections and Minority Representation in Local Government, *American Journal of Political Science*, 64(3), pp. 717-733.

**Abott, Carolyn**, Vladimir Kogan, Stéphane Lavertu, and Zachary Peskowitz. (2020). School district operational spending and student outcomes: Evidence from tax elections in seven states. *Journal of Public Economics*, 183, 104142.

**Abott, Carolyn**. (2018). Book review of Michael A. McCarthy, *Dismantling Solidarity: Capitalist Politics and American Pensions since the New Deal* (Ithaca: Cornell University Press, 2017). *Political Science Quarterly*, 133(2), pp. 371-372.

**Abott, Carolyn**. (2010). Federal Reserve System. *Encyclopedia of United States Political History, Vol. 7: 1976-present*. Ed. Rick Valelly. Washington, DC: CQ Press.

## Under Review

Book project: *The Politics of Public Pensions: How Strong Parties and Cooperative Politics Can Save State Government* **Revisions submitted.**

## Available working papers

"Voter Responsiveness to Measures of Local Fiscal Performance" (with Matthew Incantalupo and Akheil Singla)

"A Distaste for Deficits: Voter Opinion and Balanced Budget Laws in the U.S. States"

## Research in progress

"Local Electoral Institutions and Fiscal Outcomes in the United States" (with Pengju Zhang)

"The Fiscal Federalism Dimension of the SALT Cap and Its Potential Repeal" (with Rahul Pathak)

"Special District Bankruptcies" (with Pengju Zhang)

## Invited talks, presentations, and workshops

"A Distaste for Deficits: Voter Opinion and Balanced Budget Laws in the U.S. States"

*Research in Progress Faculty Seminar, Marxe School of Public and International Affairs, Baruch College - CUNY, 2021.*

Roundtable on Capital Assets Reporting Standards

*Governmental Accounting Standards Board (GASB), 2021.*

"Service Solvency and Quality of Life After Municipal Bankruptcy"

*Local Political Economy Symposium, Bedrosian Center at Sol Price School of Public Policy, University of Southern California, 2021.*

"Municipal Bankruptcy as Policy: Local Fiscal Stress and the Decision to File"[‡]

*Public Financial Management Northeastern Workshop, School of Public Affairs and Administration, Rutgers, The State University of New Jersey-Newark, 2020.*

"Municipal Bankruptcy as Policy: Local Fiscal Stress and the Decision to File"

*Fiscal Policy Series, Federal Reserve Bank of New York, 2019.*

"At-Large Elections and Minority Representation in Local Government"

*Department of Government and Politics Fall Graduate Colloquium, St. John's University, 2018.*

"The Differential Impact of Single-Member and At-Large Voting Districts on Local Democracy: New Tests and Evidence"

*Yale Center for the Study of American Politics Annual Conference, Yale University, 2017.*

[‡]Canceled due to COVID-19 pandemic.

# Conference presentations

Annual Meeting of the American Political Science Association: 2016, 2017, 2022.

Annual Conference of the Association for Budgeting and Financial Management: 2016, 2018,[†] 2022.[†]

Annual Public Finance Consortium: 2021.

Annual Meeting of the Southern Political Science Association: 2015, 2016, 2019, 2020,[*] 2021.

Brookings Municipal Finance Conference: 2020.

Annual State Politics and Policy Conference: 2015, 2020.[‡]

Urban Affairs Association Conference: 2019.[†]

Annual Conference of the Association for Education Finance and Policy: 2019.[†]

Annual Conference of the Association for Public Policy Analysis & Management: 2018, 2019.[†]

Annual Meeting of the Midwest Political Science Association: 2015, 2017.

Public Management Research Conference: 2017.[†]

[‡]Canceled due to COVID-19 pandemic;[*]Canceled due to earthquake;[†]Paper presented by coauthor.

# Grants, awards, & fellowships

Faculty Innovation Seed Grant (with Rahul Pathak), Provost's Office, Baruch College, 2022 ($12,000)

Cycle 53 PSC-CUNY Traditional B Research Award, City University of New York, 2022 ($6,000)

Travel Grant, APSA Annual Meeting, 2017

Prestage-Cook Travel Award, SPSA Annual Meeting, 2016

Grant, Graduate Student Travel, Center for the Study of Democratic Politics, Princeton, 2015

Grant, Dean's Fund for Scholarly Travel, Princeton, 2015

Grant (with Nolan McCarty), The Social and Economic Effects of the Great Recession, Russell Sage Foundation, 2012 ($114,921)

Graduate School Centennial Fellowship in the Humanities and Social Sciences, Department of Politics, Princeton, 2010 - 2015

Honorable Mention, National Science Foundation Graduate Research Fellowships Program, 2010

# Teaching experience

## *Graduate level*

Research Methodology and Quantitative Analysis

State and Local Government and Administration

Public Budgeting and Finance

## *Undergraduate level*

Introduction to Publicy Policy

The Politics of Inequality in the U.S.

Introduction to Public Administration

Research Methods for Political Science and Public Administration

Introduction to American Government

# Professional service

Member, Committee to Design the Baruch Public Service Capstone Seminar - 2023-present

Co-chair, Baruch Political Science Department Research Seminar - 2022-present

Member, Baruch Political Science Student Awards Committee - 2022

Member, Baruch Political Science Search Committee in Comparative Politics - 2021

Co-chair, SJU Government & Politics Committee to Redesign the Public Administration Major - 2019-2021

Member, SJU Government & Politics Graduate Education Policy Committee - 2018-2021

Member, SJU Government & Politics Undergraduate Education Policy Committee - 2018-2021

*Carolyn B. Abott*                                                                                    5

Referee, *American Journal of Political Science, American Political Science Review, Economics & Politics, Economics Letters, Journal of Public Administration Research and Theory, National Tax Journal, Political Analysis, Public Budgeting & Finance, Public Finance & Management*

## Professional memberships

Association for Public Policy Analysis & Management, American Political Science Association, Midwest Political Science Association, Southern Political Science Association, American Society for Public Administration, Association for Budgeting and Financial Management

## Computer skills

R, Stata, LATEX, Bloomberg API, SAS, Matlab, EViews

Last updated: January 31, 2023