**Document Produced Natively**

GRACEPLFS0001296

| First Name | Last Name | Address | City | State/Province | Zip/Postal | Zip4 | Miami District |
|---|---|---|---|---|---|---|---|
| Bryan | Najera Demoraes | 3031 NW 15th St | Miami | FL | 33125 | 1923 | 1 |
| Adriana | Chavarria | 361 NW 58th Ct | Miami | FL | 33126 | 4727 | 1 |
| Torrey | Mahall | 240 N Miami Ave | Miami | FL | 33128 | 1888 | 5 |
| April | Jianto | 690 SW 1st Ct Apt 1221 | Miami | FL | 33130 | 2913 | 2 |
| Chelsea | Clark | 255 SW 11th St | Miami | FL | 33130 | 4091 | 3 |
| Daniela | Tabbara | 870 SW 3rd St Apt 3 | Miami | FL | 33130 | 2241 | 3 |
| Daniel | Betancourt | 58 NE 14th St Apt 2812 | Miami | FL | 33132 | 1473 | 2 |
| Jenneva | Clauss | 3558 SW 26th St | Miami | FL | 33133 | 2009 | 4 |
| Damariz | Sosa | 1936 SW 9th St | Miami | FL | 33135 | 3322 | 4 |
| Ivelyn | Sanchez | 1744 SW 5th St Apt 1 | Miami | FL | 33135 | 3516 | 3 |
| Dominique | Rivers | 1000 NW 1st Ave | Miami | FL | 33136 | 3629 | 5 |
| Anjuli | Castano | 800 NW 7th Ave | Miami | FL | 33136 | 3108 | 1 |
| Ines | Mato | 423 NE 23rd St | Miami | FL | 33137 | 5063 | 2 |
| Julieta | Rivadeo | 162 NE 25th St | Miami | FL | 33137 | 4845 | 5 |
| Rebecca | Sell | 531 NE 71st St # 2 | Miami | FL | 33138 | 5074 | 5 |
| Hannah | Gatof | 1790 SW 29th Ave | Miami | FL | 33145 | 1940 | 4 |
| Omar | Guerrero | 1790 SW 29th Ave | Miami | FL | 33145 | 1940 | 4 |
| Ana | Corrales | 1627 SW 37th Ave Apt 4 | Miami | FL | 33145 | 1774 | 4 |
| Augusta | Jerez | 1627 SW 37th Ave Apt 4 | Miami | FL | 33145 | 1774 | 4 |
| Jessica | Saint-fleur | 155 NW 64th St | Miami | FL | 33150 | 4574 | 5 |