IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/

### PLAINTIFFS' RULE 26(a)(3) PRETRIAL DISCLOSURES

Pursuant to FRCP 26(a)(3) and Local Rule 16.1(d), Plaintiffs disclose the following information about the evidence that it may present at trial other than solely for impeachment:

1. **Identification of Witnesses**

    a. **Expect to call:**

        i. Miguel De Grandy, Holland & Knight LLP, 701 Brickell Ave Ste 3000, Miami, FL 33131, (305) 789-7535

        ii. Dr. Carolyn Abott, c/o undersigned counsel

        iii. Dr. Bryant Moy, c/o undersigned counsel

    b. **May call if the need arises:**

        i. Dr. Cory McCartan, c/o undersigned counsel

        ii. Rebecca Pelham, c/o undersigned counsel

        iii. Rev. Nathaniel Robinson III, c/o undersigned counsel

        iv. Carolyn Donaldson, c/o undersigned counsel

        v. Daniella Pierre, c/o undersigned counsel

        vi. Harold Ford, c/o undersigned counsel

  vii. Clarice Cooper, c/o undersigned counsel

  viii. Jared Johnson, c/o undersigned counsel

  ix. Steven Miro, c/o undersigned counsel

  x. Yanelis Valdes, c/o undersigned counsel

  xi. Alexandra Contreras, c/o undersigned counsel

  xii. Christopher Johnson, GrayRobinson, P.A., 333 SE 2nd Ave Ste 3200, Miami, FL 33131, (305) 416-6880

  xiii. Nicholas Warren, c/o undersigned counsel

  xiv. Stephen Cody, 16610 SW 82nd Ct, Palmetto Bay, FL 33157

  xv. Christina White, Miami-Dade County Elections Department, 2700 NW 87th Ave, Doral, FL 33172, (305) 499-8683

  xvi. Larry Spring, Miami Riverside Center, 444 SW 2nd Ave, Miami, FL, 33130, (305) 416-1025

  xvii. Todd Hannon, Office of the City Clerk, 3500 Pan American Dr, Miami, FL 33133, (305) 250-5360

  xviii. All persons identified or called by Defendant.

  xix. Any other witnesses needed for impeachment or rebuttal.

2. **Deposition Designations:**[1]

 a. Christina White

 b. Larry Spring

 c. Todd Hannon

---

[1] The Parties have agreed to exchange exact designations at a later date.

3. **Identification of Exhibits**

    a. **Expect to offer:** see **Exhibit 1** attached

    b. **May offer if the need arises:**

        i. All documents Plaintiffs produced through discovery in this case.

        ii. All documents Defendant produced through discovery in this case.

        iii. All documents Plaintiffs or Defendant identified in their disclosures in this case.

Respectfully submitted this 29th day of December, 2023.

/s/ *Nicholas L.V. Warren*

| | |
|---|---|
| Nicholas L.V. Warren (FBN 1019018)<br>**ACLU Foundation of Florida**<br>1809 Art Museum Drive, Suite 203<br>Jacksonville, FL 32207<br>(786) 363-1769<br>nwarren@aclufl.org | Neil A. Steiner*<br>Julia Markham-Cameron*<br>**Dechert LLP**<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3822<br>neil.steiner@dechert.com<br>julia.markham-cameron@dechert.com |
| Daniel B. Tilley (FBN 102882)<br>Caroline A. McNamara (FBN 1038312)<br>Janine M. Lopez (FBN 1038560)<br>**ACLU Foundation of Florida**<br>4343 West Flagler Street, Suite 400<br>Miami, FL 33134<br>(786) 363-2714<br>dtilley@aclufl.org<br>cmcnamara@aclufl.org | Christopher J. Merken*<br>**Dechert LLP**<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 994-2380<br>christopher.merken@dechert.com |
| Gregory P. Luib*<br>**Dechert LLP**<br>1900 K Street NW<br>Washington, DC 20006<br>(202) 261-3413<br>gregory.luib@dechert.com | |

*\* Admitted pro hac vice*

*Counsel for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email on this 29th day of December, 2023, to the following:

Counsel of Record for Defendant.

/s/ *Julia Markham-Cameron*
Julia Markham-Cameron*
**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
julia.markham-cameron@dechert.com

* admitted *pro hac vice*