UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-24066-KMM

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRACH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; and ALEXANDER
CONTRERAS, and STEVEN MIRO,

        Plaintiffs,

v.

CITY OF MIAMI,

        Defendant.
_____/

## DEFENDANTS' RULE 26(A)(3) DISCLOSURES

Defendant, City of Miami, in its official capacities, by and through undersigned counsel, pursuant to the Order for Pretrial Conference (ECF No. 32), serves its Disclosures under Federal Rule of Civil Procedure 26(a)(3) as follows:

**(i)**     **Names/Addresses/Telephone Numbers of Defendants' Witnesses.**

**Defendants expect to present the following witnesses at trial:**

1. Miguel A. DeGrandy, Esq., Defendant's Expert
   c/o GrayRobinson, P.A.
   333 S.E. 2nd Avenue, Suite 3200
   Miami, FL 33131
   Facts concerning the creation and methodology behind the City's redistricting plans and compliance with the applicable constitutional criteria

2. Stephen M. Cody, J.D., Defendant's Expert
   c/o GrayRobinson, P.A.
   333 S.E. 2nd Avenue, Suite 3200
   Miami, FL 33131

        Facts concerning the analysis of the City's racial and ethnic makeup for compliance with the Voting Rights Act and Equal Protection Clause

3. Alexandra Contreras, Plaintiff
   c/o ACLU Foundation of Florida, Inc.
   336 East College Avenue, Suite 203
   Tallahassee, FL 32301
   c/o Dechert LLP
   Three Bryant Park
   1095 Avenue of the Americas
   New York, NY 10036
   Facts concerning Plaintiff's standing

4. Clarice Cooper, Plaintiff
   c/o ACLU Foundation of Florida, Inc.
   336 East College Avenue, Suite 203
   Tallahassee, FL 32301
   c/o Dechert LLP
   Three Bryant Park
   1095 Avenue of the Americas
   New York, NY 10036
   Facts concerning Plaintiff's standing

5. Jared Johnson, Plaintiff
   c/o ACLU Foundation of Florida, Inc.
   336 East College Avenue, Suite 203
   Tallahassee, FL 32301
   c/o Dechert LLP
   Three Bryant Park
   1095 Avenue of the Americas
   New York, NY 10036
   Facts concerning Plaintiff's standing

6. Steven Miro, Plaintiff
   c/o ACLU Foundation of Florida, Inc.
   336 East College Avenue, Suite 203
   Tallahassee, FL 32301
   c/o Dechert LLP
   Three Bryant Park
   1095 Avenue of the Americas
   New York, NY 10036
   Facts concerning Plaintiff's standing

7. Yanelis Valdes, Plaintiff
   c/o ACLU Foundation of Florida, Inc.

        336 East College Avenue, Suite 203
Tallahassee, FL 32301
c/o Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Facts concerning Plaintiff's standing

8.    GRACE, Inc., Plaintiff
Rev. Nathaniel Robinson, III, Corporate Representative
c/o ACLU Foundation of Florida, Inc.
336 East College Avenue, Suite 203
Tallahassee, FL 32301
c/o Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Facts concerning Plaintiff's standing

9.    Engage Miami, Inc., Plaintiff
Rebecca Pelham, Corporate Representative
c/o ACLU Foundation of Florida, Inc.
336 East College Avenue, Suite 203
Tallahassee, FL 32301
c/o Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Facts concerning Plaintiff's standing

10.   Miami-Dade Branch of the NAACP, Plaintiff
Daniella Pierre, Corporate Representative
c/o ACLU Foundation of Florida, Inc.
336 East College Avenue, Suite 203
Tallahassee, FL 32301
c/o Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Facts concerning Plaintiff's standing

11.   South Dade Branch of the NAACP, Plaintiff
Carolyn Donaldson, Corporate Representative
c/o ACLU Foundation of Florida, Inc.
336 East College Avenue, Suite 203
Tallahassee, FL 32301

        c/o Dechert LLP
        Three Bryant Park
        1095 Avenue of the Americas
        New York, NY 10036
        Facts concerning Plaintiff's standing

12.    Harold Ford, President, South Dade NAACP
       c/o ACLU Foundation of Florida, Inc.
       336 East College Avenue, Suite 203
       Tallahassee, FL 32301
       c/o Dechert LLP
       Three Bryant Park
       1095 Avenue of the Americas
       New York, NY 10036
       Facts concerning Plaintiff's standing

13.    John Alford, Ph.D., Plaintiffs' Expert
       c/o ACLU Foundation of Florida, Inc.
       336 East College Avenue, Suite 203
       Tallahassee, FL 32301
       c/o Dechert LLP
       Three Bryant Park
       1095 Avenue of the Americas
       New York, NY 10036
       Facts and expert opinion concerning the City's narrow tailoring of District 5 and compliance with the Voting Rights Act and Equal Protection Clause

14.    Any witnesses identified by Plaintiffs

**Defendants may call the following witnesses if the need arises:**

1.     Todd Hannon, City of Miami, City Clerk
       c/o GrayRobinson, P.A.
       333 S.E. 2nd Avenue, Suite 3200
       Miami, FL 33131
       Facts concerning the City's processes and procedures for passing resolutions, including resolutions for redistricting

2.     Larry Spring, City of Miami, Chief Financial Officer
         and Assistant City Manager
       c/o GrayRobinson, P.A.
       333 S.E. 2nd Avenue, Suite 3200
       Miami, FL 33131
       Facts concerning the City's expenditures for elections

      3.      Christina White, City of Miami, Supervisor of Elections
               for Miami-Dade County
           Elections Department
           2700 NW 87 Avenue
           Miami, FL 33172
           Facts concerning the conduct of the City's elections

**(ii)** **Designation of witnesses whose testimony the Defendants will present by Deposition. Defendants do not intend to present testimony by deposition; however, Plaintiffs have requested the ability to present the following witnesses at trial; Defendants are willing to accept such deposition designations, subject to the ability to present counter designations.**

      1.      Todd Hannon, City of Miami, City Clerk
           c/o GrayRobinson, P.A.
           333 S.E. 2nd Avenue, Suite 3200
           Miami, FL 33131

      2.      Larry Spring, City of Miami, Chief Financial Officer
               and Assistant City Manager
           c/o GrayRobinson, P.A.
           333 S.E. 2nd Avenue, Suite 3200
           Miami, FL 33131

      3.      Christina White, City of Miami, Supervisor of Elections
               for Miami-Dade County
           Elections Department
           2700 NW 87 Avenue
           Miami, FL 33172

**(iii)** **Documents the Defendants expect to offer into evidence at trial.**

| EXHIBIT NO. | DESCRIPTION | PLAINTIFFS' OBJECTIONS |
|---|---|---|
| 1. | City of Miami Resolution R-21-0485 | |
| 2. | City of Miami Resolution R-22-0030 | |
| 3. | City of Miami Resolution R-22-0031 | |
| 4. | City of Miami Resolution R-22-0032 | |

| Exhibit No. | Description | Plaintiffs' Objections |
|---|---|---|
| 5. | City of Miami Resolution R-22-0033 | |
| 6. | City of Miami Resolution R-22-0070 | |
| 7. | City of Miami Resolution R-22-0851 | |
| 8. | City of Miami Resolution R-22-0114 | |
| 9. | City of Miami Resolution R-22-0117 | |
| 10. | City of Miami Resolution R-23-171 | |
| 11. | City of Miami Resolution R-23-271 | |
| 12. | City of Miami Resolution R-22-131 adopting Enacted Plan, with exhibit | |
| 13. | City of Miami Master Report on Resolution R-22-131 | |
| 14. | Recording and transcript of Commission Meeting addressing redistricting held on November 18, 2021 | |
| 15. | Recording and transcript of Commission Meeting addressing redistricting held on December 9, 2021 | |
| 16. | Recording and transcript of Commission Meeting addressing redistricting held on February 7, 2022 | |
| 17. | Recording and transcript of Commission Meeting addressing redistricting held on February 25, 2022 | |
| 18. | Recording and transcript of Commission Meeting addressing redistricting held on March 11, 2022 | |
| 19. | Recording and transcript of Commission Meeting addressing redistricting held on March 24, 2022 | |
| 20. | Recording and transcript of Commission Meeting addressing redistricting held on June 14, 2023 | |
| 21. | Records maintained by the City of Miami regarding public submissions related to proposed redistricting plans | |

| EXHIBIT NO. | DESCRIPTION | PLAINTIFFS' OBJECTIONS |
|---|---|---|
| 22. | Consultant Presentations made to the Miami City Commission on November 18, 2021 | |
| 23. | Consultant Presentations made to the Miami City Commission on February 7, 2022 | |
| 24. | Consultant Presentations made to the Miami City Commission on February 25, 2022 | |
| 25. | Consultant Presentations made to the Miami City Commission on March 11, 2022 | |
| 26. | Consultant Presentations made to the Miami City Commission on March 24, 2022 | |
| 27. | 2013 Benchmark plan and supporting materials | |
| 28. | 2023 Enacted plan and supporting materials | |
| 29. | P.L. 94-171 Redistricting Data for City of Miami | |
| 30. | Data utilized and relied on by City of Miami Consultants in drawing Enacted Plan, including current and historic demographic data, and current and historic elections data | |
| 31. | Organizational plaintiffs information regarding membership, composition, and organizational mission and historic operations | |
| 32. | 1997 Redistricting Plan and supporting materials | |
| 33. | 2003 Redistricting Plan and supporting materials | |
| 34. | Redistricting Miami 2022, Revised Districting Plan Report by Miguel A. DeGrandy, Esq. and Stephen M. Cody, J.D. dated February 22, 2022 | |
| 35. | Deposition Transcript – Miguel A. DeGrandy, Esq. | |
| 36. | Deposition Transcript – Stephen M. Cody, J.D. | |
| 37. | Deposition Transcript – Alexandra Contreras | |

| Exhibit No. | Description | Plaintiffs' Objections |
|---|---|---|
| 38. | Deposition Transcript – Clarice Cooper | |
| 39. | Deposition Transcript – Harold Ford | |
| 40. | Deposition Transcript – Jared Johnson | |
| 41. | Deposition Transcript – Steven Miro | |
| 42. | Deposition Transcript – Yanelis Valdes | |
| 43. | Deposition Transcript – GRACE, Inc. | |
| 44. | Deposition Transcript – Engage Miami, Inc. | |
| 45. | Deposition Transcript – Miami-Dade NAACP | |
| 46. | Deposition Transcript – South Dade NAACP | |
| 47. | Deposition Transcript – City of Miami, Todd Hannon | |
| 48. | Deposition Transcript – City of Miami, Larry Spring | |
| 49. | Deposition Transcript –Miami-Dade County Elections Department, Christina White | |
| 50. | Deposition Transcript – Carolyn Abbot, Ph.D. | |
| 51. | Deposition Transcript – John Alford, Ph.D. | |
| 52. | Deposition Transcript – Cory McCartan, Ph.D. | |
| 53. | Deposition Transcript – Bryant Moy, Ph.D. | |
| 54. | Expert Report – Carolyn Abbot, Ph.D. | |
| 55. | Expert Report – John Alford, Ph.D. | |
| 56. | Expert Report – Cory McCartan, Ph.D. | |
| 57. | Expert Report – Bryant Moy, Ph.D. | |
| 58. | Documents produced by Plaintiffs and their experts, including Plaintiffs' expert reports, Plaintiffs' Plans 1 through 4, and the associated demographic data | |

| EXHIBIT NO. | DESCRIPTION | PLAINTIFFS' OBJECTIONS |
|---|---|---|
| 59. | All documents necessary for rebuttal or impeachment | |
| 60. | All documents identified as exhibits by Plaintiffs | |
| 61. | All demonstrative exhibits | |

Respectfully submitted on December 29, 2023.

GRAYROBINSON, P.A.

By: */s/ Christopher N. Johnson*
GRAYROBINSON, P.A.
Jason L. Unger, Esquire
Florida Bar No. 991562
George T. Levesque
Florida Bar No. 55551
Andy Bardos
Florida Bar No. 822671
301 S. Bronough Street
Suite 600
Tallahassee, Florida 32301
Telephone: (850) 577-9090
Facsimile: (850) 577-3311

Christopher N. Johnson
Florida Bar No. 69329
Email: Christopher.Johnson@gray-robinson.com
Marlene Quintana, B.C.S.
Florida Bar No. 88358
Email: Marlene.Quintana@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

CITY OF MIAMI
VICTORIA MÉNDEZ, City Attorney
Florida Bar No. 194931
JOHN A. GRECO, Chief Deputy City Attorney
Florida Bar No. 991236
KEVIN R. JONES, Deputy City Attorney
Florida Bar No. 119067
Eric J. Eves
Assistant City Attorney

>Florida Bar No. 91053
>Office of the City Attorney
>444 S.W. 2nd Avenue
>Miami, FL 33130
>Telephone: (305) 416-1800
>Facsimile: (305) 416-1801
>*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via email on this 29th day of December 2023, to the following:

Counsel of Record for Plaintiffs.

>*/s/ Christopher N. Johnson*
>Counsel for City of Miami