GRACE, Inc. v. City of Miami, S.D. Fla. 22-cv-24066-KMM
Plaintiffs' Rule 26(a)(3) Pre-Trial Disclosures Exhibit 1

| Plfs.' Tr. Ex. | Bates Number | ECF | Doc Date | Description | File Name | Category | Obj. Codes |
|---|---|---|---|---|---|---|---|
| 1 | | 24-11 | 11/18/2021 | Nov 18 2021 Transcript | | 2021-22 Transcripts | |
| 2 | | 24-12 | 12/9/2021 | Dec 9 2021 Transcript | | 2021-22 Transcripts | |
| 3 | | 24-13 | 2/7/2022 | Feb 7 2022 Transcript | | 2021-22 Transcripts | |
| 4 | | 24-14 | 2/25/2022 | Feb 25 2022 Transcript AM | | 2021-22 Transcripts | |
| 5 | | 24-15 | 2/25/2022 | Feb 25 2022 Transcript PM | | 2021-22 Transcripts | |
| 6 | | 24-16 | 3/11/2022 | Mar 11 2022 Transcript AM | | 2021-22 Transcripts | |
| 7 | | 24-17 | 3/11/2022 | Mar 11 2022 Transcript PM | | 2021-22 Transcripts | |
| 8 | | 24-18 | 3/24/2022 | Mar 24 2022 Transcript | | 2021-22 Transcripts | |
| 9 | COM24066-027841 | | 7/8/2021 | 2022 cycle De Grandy contract | -clean copy Holland Knight PSA - Redistricting Services (Matter 21-354).pdf | 2021-22 Consultant Materials | |
| 10 | COM24066-028531 | | 2/10/2021 | Bid waiver for De Grandy contract | Resolution R-21-0084 - Bid Waiver – Miguel De Grandy.pdf | 2021-22 Consultant Materials | |
| 11 | COM24066-052672 | | 10/21/2021 | 2021 De Grandy VRA instructions | 00000494_RE_ City of Miami Redistricting Update.msg | 2021-22 Consultant Materials | |
| 12 | COM24066-000772 | | 11/12/2021 | Nov 2022 De Grandy Initial Report cover email | PRR Responsive Records 10-31-22 single_Redacted.pdf | 2021-22 Consultant Materials | |
| 13 | COM24066-000812 | | 11/12/2021 | Nov 2022 De Grandy Initial Report | Redistrictng Initial Report and Legal Primer_49399045v1.PDF | 2021-22 Consultant Materials | |
| 14 | COM24066-000066 | 24-3 | 11/18/2021 | Nov 18 2021 De Grandy slides | 11-18-21 CC Mtg - Miguel DeGrandy - PowerPoint Presentation_49399056v1.PDF | 2021-22 Consultant Materials | |
| 15 | COM24066-000001 | 24-4 | 2/7/2022 | Feb 7 2022 De Grandy slides | 02-07-22 SCC Mtg - Miguel DeGrandy - Redistricting Presentation_49399049v1.PDF | 2021-22 Consultant Materials | |
| 16 | COM24066-000040 | 24-5 | 2/7/2022 | Feb 7 2022 De Grandy talking points | 02-07-22 SCC Mtg - Miguel DeGrandy - Talking Points for Presentation.pdf | 2021-22 Consultant Materials | |
| 17 | COM24066-000643 | 24-6 | 2/7/2022 | Feb. 7, 2022 Cody Memo on Areas Moved in Feb. 7 Draft | Memo - Miguel A. DeGrandy - Characteristics of Areas of Movement in the City of Miami (2.7.2022).pdf | 2021-22 Consultant Materials | |
| 18 | COM24066-009601 | | 2/22/2022 | De Grandy Redistricting Miami 2022 report | Redistricting Miami 2022.pdf | 2021-22 Consultant Materials | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 19 | COM24066-000122 | 24-7 | 2/25/2022 | Feb 25 2022 De Grandy slides | 11493 Submittal - Miguel DeGrandy - Presentation to City Commission - Revised Plan 2-2522_49399055v1.PDF | 2021-22 Consultant Materials | |
| 20 | COM24066-000153 | 24-8 | 3/11/2022 | Mar 11 2022 De Grandy slides | 11582 Submittal - Miguel DeGrandy - Presentation to City Commission 03-11-2022_49399046v1.PDF | 2021-22 Consultant Materials | |
| 21 | COM24066-045285 | | 3/11/2022 | Alternative: Keep Areas South of US 1 in D2 and Adjust D3 City of Miami | Submittal - Miguel DeGrandy - Keep Area South of US1 in D2 with ADJUSTMENT Presentation – 03-112022.pdf | 2021-22 Consultant Materials | |
| 22 | COM24066-000167 | 24-10 | 3/24/2022 | Mar 24 2022 De Grandy slides | 11673 Submittal - Miguel DeGrandy - Presentation to City Commission _ 03-24-2022.pdf | 2021-22 Consultant Materials | |
| 23 | | 24-28 | 2/25/2022 | First ACLU letter to City | | Other 2022 Process Materials | H, I (improper expert/legal opinion) |
| 24 | COM24066-049157 | 24-29 | 3/31/2022 | Mar 31 2022 ACLU to Mayor Suarez | ACLU-FL Letter on City of Miami Redistricting 3-3122.pdf | Other 2022 Process Materials | H, I (improper expert/legal opinion) |
| 25 | COM24066-000409 | | 4/1/2022 | Mayor Suarez letter to De Grandy | Jurisdictional Boundaries of the City of Miami Commission Districts.pdf | Other 2022 Process Materials | |
| 26 | COM24066-000827 | | 4/2/2022 | De Grandy response to Mayor Suarez | Response to Mayor's Correspondence.pdf | Other 2022 Process Materials | |
| 27 | | 82-1 | 5/11/2023 | May 11 2023 Transcript | | 2023 Transcripts | |
| 28 | | 82-2 | 6/14/2023 | Jun 14 2023 Transcript | | 2023 Transcripts | |
| 29 | COM24066-045805 | 77 | 6/14/2023 | Jun 14 2023 De Grandy slides | 14148 - Submittal-MDG - PowerPoint Pres 1.pdf | 2023 Consultant Materials | |
| 30 | COM24066-045824 | | 6/14/2023 | Jun 14 2023 De Grandy draft maps | 14148 - Submittal-MDG - PowerPoint Pres 2 - Final.pdf | 2023 Consultant Materials | |
| 31 | COM24066-003401 | 82-5 | 6/14/2023 | Jun 14 2023 redistricting mtg agenda | Final Agenda - June 14, 2023 Special.pdf | Other 2023 Process Materials | |
| 32 | COM24066-000209 | 77 | 6/14/2023 | Resolution 23-271 | Certified Copy - Resolution R-23-0271 - Redistricting.pdf | Other 2023 Process Materials | |
| 33 | COM24066-048094 | 77 | 5/23/2023 | May 23 2023 Plaintiffs letter with P1/P2 | Miami Plaintiffs' Letter re Proposed Remedial City Commission Maps.pdf | Other 2023 Process Materials | H, I (improper expert/legal opinion) |
| 34 | | 82-8 | 6/9/2023 | Ability to elect in D5 P1/P2 | | Other 2023 Process Materials | H |

| # | | | Date | Description | Filename | Category | Obj. |
|---|---|---|---|---|---|---|---|
| 35 | | 82-9 | 6/12/2023 | Moy analysis re P1/P2 | | Other 2023 Process Materials | H |
| 36 | | 82-7 | 6/13/2023 | ACLU email to City counsel sharing maps | | Other 2023 Process Materials | |
| 37 | | 82-10 | 6/17/2023 | Plaintiffs letter to Mayor Suarez urging veto | | Other 2023 Process Materials | |
| 38 | | 82-14 | 5/26/2023 | Commissioner King instagram post | | Other 2023 Process Materials | A, H, R |
| 39 | | 82-15 | 6/14/2023 | Commissioner King facebook post | | Other 2023 Process Materials | A, H, R |
| 40 | | 82-16 | 6/13/2023 | Samantha Morrell, Supreme Court Decision Impact on Miami's Black Voters as Redistricting Heats Up, MIA. TIMES | | Other 2023 Process Materials | H, R |
| 41 | COM24066-003822 | | 6/30/2023 | Mendez email re passage of new map | 00001552_Fw_ Redistricting Update-Adopted Maps fs119exempt.msg | Other 2023 Process Materials | |
| 42 | COM24066-003283 | | 8/1/2023 | City to County email re City Map pending appeal | 00000910_RE_ City of Miami - Redistricting Map (June 2023).msg | Other 2023 Process Materials | |
| 43 | GRACEPLFS0000002 | | 10/24/2019 | GRACE Bylaws | GRACE BYLAWS_10-24-19.pdf | Plaintiff Materials - GRACE | |
| 44 | GRACEPLFS0001299 | | 5/26/2022 | GRACE member orgs | G.R.A.C.E., Inc. Partners.xlsx | Plaintiff Materials - GRACE | H |
| 45 | COM24066-063033 | | 2/6/2022 | Feb 6 2022 HOTA letter to City - GRACE org | City of Miami Commissioners 2-6-2022.pdf | Plaintiff Materials - GRACE | A,H |
| 46 | COM24066-063034 | | 2/6/2022 | Feb 6 2022 Coconut Grove Community Advisory Committee letter to City - GRACE org | CAC-Commissioners Letter 2-6-2022.pdf | Plaintiff Materials - GRACE | A,H |
| 47 | GRACEPLFS0000919 | | 3/1/2019 | NAACP unit bylaws | Bylaws for Units _ NAACP.pdf | Plaintiff Materials - NAACP | |
| 48 | GRACEPLFS0001012 | | 3/1/2019 | NAACP constitution | NAACP Constitution _ NAACP.pdf | Plaintiff Materials - NAACP | |
| 49 | GRACEPLFS0001056 | | 2/1/2022 | NAACP redistricting letter | redistricting city of miami best.jpeg | Plaintiff Materials - NAACP | |
| 50 | COM24066-059114 | | 3/11/2022 | Mar 11 2022 NAACP letter to City | 00000544_Dilution of the Black residents of the Grove votes.msg | Plaintiff Materials - NAACP | H, I (improper expert/legal opinion) |
| 51 | COM24066-060646 | | 3/24/2022 | Mar 23 2022 NAACP statement | 00001451_Miami Redistricting.msg | Plaintiff Materials - NAACP | H, I (improper expert/legal opinion) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 52 | COM24066-060875 | | 3/28/2022 | Mar 28 2022 Pierre letter to Mayor Suarez | 00001691_Use your veto power.msg | Plaintiff Materials - NAACP | H |
| 53 | COM24066-060969 | | 3/30/2022 | Mar 30 2022 Pierre follow up to Mayor Suarez | 00001910_Re_ Use your veto power.msg | Plaintiff Materials - NAACP | H |
| 54 | COM24066-045212 | | 2/25/2022 | Feb 25 2022 NAACP joint letter to City | Submittal-Carol Jackson-NAACP.pdf | Plaintiff Materials - NAACP | H, I (improper expert/legal opinion) |
| 55 | GRACEPLFS0000054 | | 7/13/2017 | Engage bylaws | Engage Miami Bylaws - As of Nov 2019.docx.pdf | Plaintiff Materials - Engage | |
| 56 | GRACEPLFS0001296 | | 10/7/2023 | Engage members by district | Engage Miami Members as of 10_3_23_Miami (1)[99].xlsx | Plaintiff Materials - Engage | H |
| 57 | GRACEPLFS0000024 | | 6/11/2023 | Overtown community meeting flyer | Forum 2023-06-11 at 12.16.09 AM.pdf | Plaintiff Materials | |
| 58 | GRACEPLFS0000025 | | 6/2/2023 | Coconut Grove community meeting flyer | Forum 2023-06-02 at 9.53.15 PM.pdf | Plaintiff Materials | |
| 59 | GRACEPLFS0001278 | | 10/19/2023 | Clarice Cooper state ID and voter card | License and Voter Card.jpg | Plaintiff Materials - Cooper | |
| 60 | GRACEPLFS0001294 | | 10/13/2023 | Yany state ID | Valdes License.jpg | Plaintiff Materials - Valdes | |
| 61 | GRACEPLFS0001282 | | 10/12/2023 | Jared Johnson state ID | Jared Johnson License.pdf | Plaintiff Materials - Johnson | |
| 62 | GRACEPLFS0001263 | | 12/8/2022 | Lexi Contreras voter card | voter id card.HEIC | Plaintiff Materials - Contreras | |
| 63 | GRACEPLFS0001285 | | 9/28/2023 | Steven Miro voter card | IMG_20230928_154043065.jpg | Plaintiff Materials - Miro | |
| 64 | | 24-80 | 1/1/1997 | 1997 plan | | Maps | |
| 65 | | 24-81 | 1/1/2003 | 2003 Plan | | Maps | |
| 66 | | 82-22 | 6/14/2023 | 2013 Plan (PI remedy version) | | Maps | |
| 67 | | 82-23 | 6/14/2023 | 2022 Plan (PI remedy version) | | Maps | |
| 68 | | 24-84 | 2/7/2022 | Feb. 7, 2022 Draft | | Maps | |
| 69 | | 24-85 | 2/22/2022 | Feb. 22, 2022 Draft/Base Plan | | Maps | |
| 70 | | 24-86 | 2022 | Russell Sketch | | Maps | |
| 71 | | 24-87 | 2022 | Initial Russell Plan | | Maps | |
| 72 | | 24-88 | 2022 | Revised Russell Plan | | Maps | |
| 73 | | 24-89 | 2022 | Reyes Plan | | Maps | |
| 74 | | 24-90 | 2/10/2023 | 2022 Precincts with 2022 Plan overlay | | Maps | A, H |
| 75 | | 24-91 | 2/10/2023 | Census VTDs with 2022 Plan overlay | | Maps | A, H |

| # | Bates | Ex. | Date | Description | File | Category | Obj. |
|---|---|---|---|---|---|---|---|
| 76 | | 82-24 | 6/14/2023 | 2023 Plan | | Maps | |
| 77 | | 82-25 | 6/14/2023 | Version 12 | | Maps | |
| 78 | | 82-26 | 6/14/2023 | D1 alt map (version 14) | | Maps | |
| 79 | | 82-27 | 6/14/2023 | D2 alt map | | Maps | |
| 80 | | 82-28 | 6/14/2023 | D3 alt map v1 | | Maps | |
| 81 | | 82-29 | 6/14/2023 | D3 alt map v2 | | Maps | |
| 82 | | 82-30 | 6/14/2023 | D5 alt map | | Maps | |
| 83 | | 82-31 | 6/14/2023 | Areas moved from 2022 Plan to 2023 Plan | | Maps | A, H |
| 84 | | 82-32 | 6/14/2023 | Map comparing V12 to 23 plan | | Maps | A, H |
| 85 | | 82-33 | 7/6/2023 | Overtown definition maps | | Maps | A, H |
| 86 | | 82-38 | 7/6/2023 | 2022 Precincts with 2023 Plan overlay | | Maps | A, H |
| 87 | | 82-39 | 7/6/2023 | Census VTDs with 2023 Plan overlay | | Maps | A, H |
| 88 | COM24066-045585 | | 2/8/2012 | 2012 City VRA memo | Submittal-City Attorney Email.pdf | 2013 Process Materials | R |
| 89 | COM24066-045594 | | 3/12/2012 | 2012 City redistricting memo | Memo - Redistricting.pdf | 2013 Process Materials | R |
| 90 | COM24066-045777 | | 2013 | 2013 Slideshow video | Submittal-Stephen Cody-Presentation (2).mov | 2013 Process Materials | R |
| 91 | | 24-75 | 2/14/2013 | Feb. 14, 2013 Meeting Minutes | | 2013 Process Materials | R |
| 92 | | 24-77 | | Report on the Status of Redistricting and Proposed Redistricting Plan | | 2013 Process Materials | R |
| 93 | | 24-78 | | Final Report Regarding the Proposed Redistricting Plan | | 2013 Process Materials | R |
| 94 | | 24-79 | | Redistricting Alternatives Compared slide presentation | | 2013 Process Materials | R |
| 95 | | 24-42 | 11/21/1996 | Alfonso Chardy, *Rights Group's Suit Wants Miami to Change Election System*, Mia. Herald, Nov. 21, 1996, at 2B | | 1997 Cycle News Coverage | H, R |
| 96 | | 24-43 | 12/30/1996 | Karen Branch, *Miami Group Pushing Hard for Single-Member Districts*, Mia. Herald, Dec. 30, 1996, at 12A | | 1997 Cycle News Coverage | H, R |

| 97 | | 24-44 | 1/20/1997 | Karen Branch, *Single-Member Districts Touchy Issue at City Hall*, Mia. Herald, Jan. 20, 1997, at 2B | | 1997 Cycle News Coverage | H, R |
|---|---|---|---|---|---|---|---|
| 98 | | 24-45 | 3/13/1997 | Manny Garcia, *Giving Miami Blacks a Voice*, Mia. Herald, Mar. 13, 1997, at 1A | | 1997 Cycle News Coverage | H, R |
| 99 | | 24-46 | 3/14/1997 | Manny Garcia, *Election Remap for Miami*, Mia. Herald, Mar. 14, 1997, at 12A | | 1997 Cycle News Coverage | H, R |
| 100 | | 24-47 | 3/15/1997 | *Panel Named to Draw Miami Districts*, Mia. Herald, Mar. 15, 1997, at 2B | | 1997 Cycle News Coverage | H, R |
| 101 | | 24-48 | 3/15/1997 | Editorial, *Where to Draw the Line*, Mia. Herald, Mar. 15, 1997, at 10A | | 1997 Cycle News Coverage | H, R |
| 102 | | 24-49 | 5/5/1997 | Karen Branch, *Professors Get Election Homework*, Mia. Herald, May 5, 1997, at 2B | | 1997 Cycle News Coverage | H, R |
| 103 | | 24-50 | 6/19/1997 | Alfonso Chardy, *Blue-Ribbon Panel Picks 2 Plans for Redrawing Districts*, Mia. Herald, June 19, 1997, at 1B | | 1997 Cycle News Coverage | H, R |
| 104 | | 24-51 | 6/24/1997 | *Plan to Expand Miami Commission Draws Public Support*, Mia. Herald, June 24, 1997, at 2B | | 1997 Cycle News Coverage | H, R |
| 105 | | 24-52 | 6/25/1997 | Karen Branch, *Super-Strong Mayor for Miami?*, Mia. Herald, June 25, 1997, at 1B | | 1997 Cycle News Coverage | H, R |
| 106 | | 24-53 | 6/27/1997 | Karen Branch, *Miami Leaders Divided Over Redistricting Plan*, Mia. Herald, June 27, 1997, at 3B | | 1997 Cycle News Coverage | H, R |
| 107 | | 24-54 | 6/29/1997 | Karen Branch, *Districts: Back to Drawing Board*, Mia. Herald, June 29, 1997, at 1B | | 1997 Cycle News Coverage | H, R |
| 108 | | 24-55 | 7/2/1997 | Karen Branch, *Miami Commission Leans Toward 5-Member Panel*, Mia. Herald, July 2, 1997, at 1B | | 1997 Cycle News Coverage | H, R |

| | | | | | | |
|---|---|---|---|---|---|---|
| 109 | | 24-56 | 7/3/1997 | Karen Branch, *Voting Districts to be Chosen Today*, Mia. Herald, July 3, 1997, at 4B | | 1997 Cycle News Coverage | H, R |
| 110 | | 24-57 | 7/3/1997 | Editorial, *Go for Seven*, Mia. Herald, July 3, 1997, at 22A | | 1997 Cycle News Coverage | H, R |
| 111 | | 24-58 | 7/4/1997 | Karen Branch, *Commissioners Choose 5-Seat Plan*, Mia. Herald, July 4, 1997, at 1B | | 1997 Cycle News Coverage | H, R |
| 112 | | 24-59 | 7/11/1997 | Karen Branch, *Miami Commission OKs 5 Voting Districts*, Mia. Herald, July 11, 1997, at 1B | | 1997 Cycle News Coverage | H, R |
| 113 | | 24-60 | 7/12/1997 | Liz Balmaseda, *Commission's Districting Logic Is Hard to Digest*, Mia. Herald, July 12, 1997, at 1B | | 1997 Cycle News Coverage | H, R |
| 114 | | 24-61 | 7/14/1997 | Enrique Patterson, *Power Games Rob African Americans*, Mia. Herald, July 14, 1997, at 13A | | 1997 Cycle News Coverage | H, R |
| 115 | | 24-62 | 7/20/1997 | Jim Hampton, *Schizoid Choices? No, It's Just Miami*, Mia. Herald, July 20, 1997, at 2L | | 1997 Cycle News Coverage | H, R |
| 116 | | 24-63 | 9/5/1997 | Andres Viglucci, *Abolition Attempt Crushed*, Mia. Herald, Sep. 5, 1997, at 1A | | 1997 Cycle News Coverage | H, R |
| 117 | | 24-64 | 9/5/1997 | Karen Branch & Dan Keating, *Vote Favors a Black Commissioner*, Mia. Herald, Sep. 5, 1997, at 1B | | 1997 Cycle News Coverage | H, R |
| 118 | | 24-65 | 11/5/1997 | Andres Viglucci, *Teele Wins Miami Seat*, Mia. Herald, Nov. 5, 1997, at 1B | | 1997 Cycle News Coverage | H, R |