UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-24066-KMM

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRACH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; and ALEXANDER
CONTRERAS, and STEVEN MIRO,

       Plaintiffs,

v.

CITY OF MIAMI,

       Defendant.
_____/

## DEFENDANTS' TRIAL EXHIBIT LIST

| Exhibit No. | Description | Plaintiffs' Objections |
|---|---|---|
| 1. | City of Miami Resolution R-21-0485 | |
| 2. | City of Miami Resolution R-22-0030 | |
| 3. | City of Miami Resolution R-22-0031 | |
| 4. | City of Miami Resolution R-22-0032 | |
| 5. | City of Miami Resolution R-22-0033 | |
| 6. | City of Miami Resolution R-22-0070 | |
| 7. | City of Miami Resolution R-22-0851 | |
| 8. | City of Miami Resolution R-22-0114 | |
| 9. | City of Miami Resolution R-22-0117 | |
| 10. | City of Miami Resolution R-23-171 | |
| 11. | City of Miami Resolution R-23-271 | |

| EXHIBIT NO. | DESCRIPTION | PLAINTIFFS' OBJECTIONS |
|---|---|---|
| 12. | City of Miami Resolution R-22-131 adopting Enacted Plan, with exhibit | |
| 13. | City of Miami Master Report on Resolution R-22-131 | |
| 14. | Recording and transcript of Commission Meeting addressing redistricting held on November 18, 2021 | |
| 15. | Recording and transcript of Commission Meeting addressing redistricting held on December 9, 2021 | |
| 16. | Recording and transcript of Commission Meeting addressing redistricting held on February 7, 2022 | |
| 17. | Recording and transcript of Commission Meeting addressing redistricting held on February 25, 2022 | |
| 18. | Recording and transcript of Commission Meeting addressing redistricting held on March 11, 2022 | |
| 19. | Recording and transcript of Commission Meeting addressing redistricting held on March 24, 2022 | |
| 20. | Recording and transcript of Commission Meeting addressing redistricting held on June 14, 2023 | |
| 21. | Records maintained by the City of Miami regarding public submissions related to proposed redistricting plans | R |
| 22. | Consultant Presentations made to the Miami City Commission on November 18, 2021 | |
| 23. | Consultant Presentations made to the Miami City Commission on February 7, 2022 | |
| 24. | Consultant Presentations made to the Miami City Commission on February 25, 2022 | |
| 25. | Consultant Presentations made to the Miami City Commission on March 11, 2022 | |
| 26. | Consultant Presentations made to the Miami City Commission on March 24, 2022 | |

| Exhibit No. | Description | Plaintiffs' Objections |
|---|---|---|
| 27. | 2013 Benchmark plan and supporting materials | |
| 28. | 2023 Enacted plan and supporting materials | |
| 29. | P.L. 94-171 Redistricting Data for City of Miami | H |
| 30. | Data utilized and relied on by City of Miami Consultants in drawing Enacted Plan, including current and historic demographic data, and current and historic elections data | H |
| 31. | Organizational plaintiffs information regarding membership, composition, and organizational mission and historic operations | |
| 32. | 1997 Redistricting Plan and supporting materials | |
| 33. | 2003 Redistricting Plan and supporting materials | |
| 34. | Redistricting Miami 2022, Revised Districting Plan Report by Miguel A. DeGrandy, Esq. and Stephen M. Cody, J.D. dated February 22, 2022 | |
| 35. | Deposition Transcript – Miguel A. DeGrandy, Esq. | R, H |
| 36. | Deposition Transcript – Stephen M. Cody, J.D. | R, H |
| 37. | Deposition Transcript – Alexandra Contreras | R, UP |
| 38. | Deposition Transcript – Clarice Cooper | R, UP |
| 39. | Deposition Transcript – Harold Ford | R, H, UP |
| 40. | Deposition Transcript – Jared Johnson | R, UP |
| 41. | Deposition Transcript – Steven Miro | R, UP |
| 42. | Deposition Transcript – Yanelis Valdes | R, UP |
| 43. | Deposition Transcript – GRACE, Inc. | R, UP |
| 44. | Deposition Transcript – Engage Miami, Inc. | R, UP |
| 45. | Deposition Transcript – Miami-Dade NAACP | R, UP |

| EXHIBIT NO. | DESCRIPTION | PLAINTIFFS' OBJECTIONS |
|---|---|---|
| 46. | Deposition Transcript – South Dade NAACP | R, UP |
| 47. | Deposition Transcript – City of Miami, Todd Hannon | |
| 48. | Deposition Transcript – City of Miami, Larry Spring | |
| 49. | Deposition Transcript –Miami-Dade County Elections Department, Christina White | |
| 50. | Deposition Transcript – Carolyn Abbot, Ph.D. | R, H |
| 51. | Deposition Transcript – John Alford, Ph.D. | R, H |
| 52. | Deposition Transcript – Cory McCartan, Ph.D. | R, H |
| 53. | Deposition Transcript – Bryant Moy, Ph.D. | R, H |
| 54. | Expert Report – Carolyn Abbot, Ph.D. | H |
| 55. | Expert Report – John Alford, Ph.D. | H |
| 56. | Expert Report – Cory McCartan, Ph.D. | H |
| 57. | Expert Report – Bryant Moy, Ph.D. | H |
| 58. | Documents produced by Plaintiffs and their experts, including Plaintiffs' expert reports, Plaintiffs' Plans 1 through 4, and the associated demographic data | R, H |
| 59. | All documents necessary for rebuttal or impeachment | |
| 60. | All documents identified as exhibits by Plaintiffs | |
| 61. | All demonstrative exhibits | R, H |