UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 1:22-cv-24066-KMM**

GRACE, INC., *et al*.,

      Plaintiffs,

v.

CITY OF MIAMI,

      Defendant.

_____/

## NOTICE OF FILING REDISTRICTING RESOLUTION

Defendant, CITY OF MIAMI (hereinafter "Defendant"), by and through undersigned counsel, hereby files notice of passage of City of Miami Resolution R-24-1 (Exhibit A), amending the districting plan adopted by City of Miami Resolution R-23-271 (Exhibit B), by revising a portion of the border between Districts 1 and 3.

Dated: January 19, 2024.

Respectfully submitted,

GRAYROBINSON, P.A.

By: */s/ George T. Levesque*
GRAYROBINSON, P.A.
Jason L. Unger, Esquire
Florida Bar No. 991562
Jason.Unger@gray-robinson.com
George T. Levesque
Florida Bar No. 55551
George.Levesque@gray-robinson.com
Andy Bardos
Florida Bar No. 822671
Andy.Bardos@gray-robinson.com
301 S. Bronough Street
Suite 600
Tallahassee, Florida 32301
Telephone: (850) 577-9090
Facsimile: (850) 577-3311

1

Christopher N. Johnson
Florida Bar No. 69329
Email: Christopher.Johnson@gray-robinson.com
Marlene Quintana, B.C.S.
Florida Bar No. 88358
Email: Marlene.Quintana@gray-robinson.com
Sydney M. Feldman
Florida Bar No. 1017798
Email: Sydney.Feldman@gray.robinson.com
Fabian A. Ruiz
Florida Bar No. 117928
Email: Fabian.Ruiz@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

CITY OF MIAMI
VICTORIA MÉNDEZ, City Attorney
Florida Bar No. 194931
JOHN A. GRECO, Chief Deputy City Attorney
Florida Bar No. 991236
KEVIN R. JONES, Deputy City Attorney
Florida Bar No. 119067
KERRI L. MCNULTY,
Litigation & Appeals Division Chief
Florida Bar No. 16171
ERIC J. EVES
Senior Appellate Counsel
Florida Bar No. 91053
Office of the City Attorney
444 S.W. 2nd Avenue
Miami, FL 33130
Telephone: (305) 416-1800
Facsimile: (305) 416-1801
*Attorneys for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 19, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: <u>/s/*George T. Levesque*</u>
        Counsel for City of Miami

# Exhibit A



**City of Miami**
**Certified Copy**

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

---

**File Number: 15308**                                      **Enactment Number: R-24-0001**

A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S), AMENDING THE JURISDICTIONAL BOUNDARIES OF THE CITY COMMISSION DISTRICTS ADOPTED PURSUANT TO RESOLUTION NO. R-23-0271; OFFICIALLY DELINEATING THE BOUNDARIES OF EACH DISTRICT AS SET FORTH IN "COMPOSITE EXHIBIT 1," ATTACHED AND INCORPORATED; MAKING FINDINGS; AND PROVIDING AN EFFECTIVE DATE.

**SPONSOR(S): Commissioner Manolo Reyes**

WHEREAS, the voters of the City of Miami ("City") adopted a Charter Amendment on September 4, 1997, providing for a non-voting Executive Mayor elected City-wide, and five (5) City Commissioners elected from districts; and

WHEREAS, the City Commission adopted Resolution No. 97-495 providing for the jurisdictional boundaries of the City Commission Districts; and

WHEREAS, on May 8, 2003, the City reapportioned district boundaries in Resolution No. 03-0448 following the results of the 2000 Census; and

WHEREAS, on May 23, 2013, the City reapportioned district boundaries in Resolution No. R-13-0208 following the results of the 2010 Census; and

WHEREAS, on March 24, 2022, the City Commission reapportioned the district boundaries in Resolution No. R-22-0131 ("2022 Map") following the results of the 2020 Census; and

WHEREAS, on December 15, 2022, nine (9) months after the adoption of the 2022 Map, certain community organizations filed a federal lawsuit against the City of Miami challenging the new redistricting plan alleging it violated the 14th Amendment's Equal Protection Clause; and

WHEREAS, the Federal court entered an order enjoining the City from calling, conducting, supervising, or certifying any elections using the 2022 map; and

WHEREAS, the City Commission retained the services of a professional redistricting consultant to provide redistricting advice to the City; and

WHEREAS, the results of the 2020 Census show that in 2020, the population of the City had grown to 442,241, an increase of 42,752 or 10.7 percent and that the growth has not been uniform across all five of the City's Commission districts; and

WHEREAS, the 14th Amendment to the U.S. Constitution as interpreted by federal case law requires "substantial equality" of population among single member districts and a review of

---

the Census data shows that the current plan is malapportioned and cannot be used for subsequent elections; and

WHEREAS, Section 2, 52 U.S.C. § 10301 of the Voting Rights Act of 1965 (the "Voting Rights Act"), is a permanent nationwide prohibition on voting practices that discriminate on the basis of race, color, or membership in a language minority group (as defined in Sections 4(f)(2) and 14(c)(3) of the Act, 52 U.S.C. §§ 10303(f)(2), 10310(c)(3)) and prohibits both voting practices that result in citizens being denied equal access to the political process on account of race, color, or membership in a language minority group, and voting practices adopted or maintained for the purpose of discriminating on those bases; and

WHEREAS, the Supreme Court observed in Reynolds v. Sims, 377 U.S. 533 (1964), that all that is necessary when drafting state legislative districts is achieving "substantial equality of population among the various districts." The phrase "substantial equality of population" has come to generally mean that a legislative or local government plan will not be held to violate the Equal Protection clause if the overall deviation between the smallest and largest district is less than 10%. In Avery v. Midland County, 390 U.S. 474 (1968), the United States Supreme Court applied the Reynolds decision to local governments; and

WHEREAS, the City's redistricting consultant met individually with the five district City Commissioners for the purpose of getting input from them to develop a new map that addressed the concerns of the federal court and also achieved compliance with the Voting Rights Act and the Equal Protection Clause; and

WHEREAS, as a result of the meetings, the redistricting consultant developed a proposed map that took into consideration the policy and political suggestions of the City Commissioners, resident input and the Court's order and named the map Version 12; and

WHEREAS, the City's redistricting consultant analyzed the polarized voting patterns in the City and determined that the Version 12 map was consistent with the three factors enunciated in the case of Thornburg v. Gingles, 478 U.S. 30 (1986); and

WHEREAS, on June 14, 2023, at a Special City Commission meeting, the redistricting consultant presented the Version 12 map to the City Commission and the public; and

WHEREAS, after hearing from the public, the City Commission considered the Version 12 map and made some modifications which among other changes included reuniting a portion of Coconut Grove into District 2, made changes between the boundaries of D3 And D4 to restore the Domino park area to D3, moved an area from District 1 into District 5 that contained a restaurant that the District 5 Commissioner had committed significant effort and funding to ensure its success and made other changes necessary to rebalance the population and reduce the Map's overall deviation; and

WHEREAS, the amendments to the Version 12 map were named the District 3 Version 3 Map ("D3 V3 Map"); and

WHEREAS, the City Commission determined that the D3 V3 Map achieved substantial equality of population among the districts; and

WHEREAS, the City Commission determined that the D3 V3 Map was legally sound and meets the City Commission's prime directive that the redistricting plan should abide by the Constitution and the Voting Rights Act; and

File Number: 15308                                        Enactment Number: R-24-0001

WHEREAS, the City Commission wishes to further amend the D3 V3 Map, adopted pursuant to Resolution No. R-23-0271, adopted on June 14, 2023, as set forth in "Composite Exhibit 1," attached and incorporated, thereby including the original District 1 boundaries along the southern portion of the river; and

WHEREAS, the proposed revised Map, as set forth in "Composite Exhibit 1," attached and incorporated, meets the City Commission's prime directive that the redistricting plan should abide by the Constitution and the Voting Rights Act;

NOW, THEREFORE, BE IT RESOLVED BY THE COMMISSION OF THE CITY OF MIAMI, FLORIDA:

Section 1. The recitals and findings contained in the Preamble to this Resolution are adopted by reference and incorporated as fully set forth in this Section and represent findings of the City Commission.

Section 2. The City Commission hereby amends the jurisdictional boundaries of the City Commission Districts adopted pursuant to Resolution No. R-23-0271; officially delineating the boundaries of each District as set forth in "Composite Exhibit 1," attached and incorporated; making findings; and providing an effective date.  These election districts shall be applicable for all purposes, including but not limited to, any election of City Commissioners, following the effective date of this Resolution; making findings; and providing an effective date.

Section 3. This Resolution shall become effective immediately upon adoption and signature by the Mayor.[1]

| | |
|---|---|
| **DATE:** | **1/11/2024** |
| **RESULT:** | **ADOPTED WITH MODIFICATION(S)** |
| **MOVER:** | **Manolo Reyes, Commissioner** |
| **SECONDER:** | **Damian Pardo, Commissioner** |
| **AYES:** | Christine King, Damian Pardo, Manolo Reyes |
| **NAYS:** | Joe Carollo |
| **ABSTAIN:** | Miguel Angel Gabela |
| | |
| **DATE:** | **1/11/2024** |
| **ACTION:** | **Signed by the Mayor** |

I, Todd B. Hannon, City Clerk of the City of Miami, Florida, and keeper of the records thereof, do hereby certify that this constitutes a true and correct copy of Resolution No. R-24-0001, with attachment(s), passed by the City Commission on 1/11/2024.

_____                    _____
City Clerk, Deputy City Clerk                                     January 11, 2024
(for Todd B. Hannon, City                                        **Date Certified**
Clerk)

_____

[1] If the Mayor does not sign this Resolution, it shall become effective at the end of ten (10) calendar days from the date it was passed and adopted. If the Mayor vetoes this Resolution, it shall become effective immediately upon override of the veto by the City Commission.



# City of Miami

## Master Report

### Enactment Number: R-24-0001

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

---

| | | |
|---|---|---|
| **File Number:** 15308 | **File Type:** Resolution | **Status:** ADOPTED WITH MODIFICATION(S) |
| **Revision:** A | | **Controlling Body:** City Commission |
| **File Name:** Redistrict District 1 - Original Boundaries | | **Introduced:** 12/26/2023 |
| **Requesting Dept:** Commissioners and Mayor | | **Final Action Date:** 1/11/2024 |

---

**Title:** A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S), AMENDING THE JURISDICTIONAL BOUNDARIES OF THE CITY COMMISSION DISTRICTS ADOPTED PURSUANT TO RESOLUTION NO. R-23-0271; OFFICIALLY DELINEATING THE BOUNDARIES OF EACH DISTRICT AS SET FORTH IN "COMPOSITE EXHIBIT 1," ATTACHED AND INCORPORATED; MAKING FINDINGS; AND PROVIDING AN EFFECTIVE DATE.

**Sponsor(s):** Commissioner Manolo Reyes

**Notes:**

**Links:**

**Attachments:** 15308 Composite Exhibit 1(PDF)

**History of Legislative File:**

| Revision: | Acting Body: | Date: | Action: | Result: |
|---|---|---|---|---|
| | Donovan Dawson | 12/27/2023 | Budget Analyst Review | Completed |
| | Marie Gouin | 12/27/2023 | Budget Review | Completed |
| | Legislative Division | 1/2/2024 | Legislative Division Review | Completed |
| | City Commission | 1/11/2024 | Meeting | Completed |
| | City Commission | 1/11/2024 | ADOPTED WITH MODIFICATION(S) | Passed |
| A | George K. Wysong III | 1/11/2024 | Deputy Attorney Review | Completed |
| A | Victoria Méndez | 1/11/2024 | Approved as to Form With Modifications | Completed |
| A | Mayor's Office | 1/11/2024 | Signed by the Mayor | Completed |
| A | City Clerk's Office | 1/11/2024 | Signed and Attested by the City Clerk | Completed |
| A | City Clerk's Office | 1/11/2024 | Rendered | Completed |









# Exhibit B



**City of Miami**
**Certified Copy**

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

---

**File Number: 14173**                                    **Enactment Number: R-23-0271**

---

A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S),
PROVIDING THE NEW JURISDICTIONAL BOUNDARIES OF THE CITY
COMMISSION DISTRICTS FOLLOWING THE RESULTS OF THE 2020
UNITED STATES CENSUS; OFFICIALLY DELINEATING THE BOUNDARIES
OF EACH DISTRICT AS SET FORTH IN "COMPOSITE EXHIBIT 1,"
ATTACHED AND INCORPORATED; MAKING FINDINGS; AND PROVIDING AN
EFFECTIVE DATE.

WHEREAS, the voters of the City of Miami ("City") adopted a Charter Amendment on
September 4, 1997, providing for a non-voting Executive Mayor elected City-wide, and five (5)
City Commissioners elected from districts; and

WHEREAS, the City Commission adopted Resolution No. 97-495 providing for the
jurisdictional boundaries of the City Commission Districts; and

WHEREAS, on May 8, 2003, the City reapportioned district boundaries in Resolution No.
03-0448 following the results of the 2000 Census; and

WHEREAS, on May 23, 2013, the City reapportioned district boundaries in Resolution
No. R-13-0208 following the results of the 2010 Census; and

WHEREAS, on March 24, 2022, the City Commission reapportioned the district
boundaries in Resolution No. R-22-0131 ("2022 Map") following the results of the 2020 Census;
and

WHEREAS, on December 15, 2022, nine (9) months after the adoption of the 2022 Map,
certain community organizations filed a federal lawsuit against the City of Miami challenging the
new redistricting plan alleging it violated the 14th Amendment's Equal Protection Clause; and

WHEREAS, the Federal court entered an order enjoining the City from calling,
conducting, supervising, or certifying any elections using the 2022 map; and

WHEREAS, the City Commission retained the services of a professional redistricting
consultant to provide redistricting advice to the City; and

WHEREAS, the results of the 2020 Census show that in 2020, the population of the City
had grown to 442,241, an increase of 42,752 or 10.7 percent and that the growth has not been
uniform across all five of the City's Commission districts; and

WHEREAS, the 14th Amendment to the U.S. Constitution as interpreted by federal case
law requires "substantial equality" of population among single member districts and a review of
the Census data shows that the current plan is malapportioned and cannot be used for
subsequent elections; and

---

WHEREAS, Section 2, 52 U.S.C. § 10301 of the Voting Rights Act of 1965 (the "Voting Rights Act"), is a permanent nationwide prohibition on voting practices that discriminate on the basis of race, color, or membership in a language minority group (as defined in Sections 4(f)(2) and 14(c)(3) of the Act, 52 U.S.C. §§ 10303(f)(2), 10310(c)(3)) and prohibits both voting practices that result in citizens being denied equal access to the political process on account of race, color, or membership in a language minority group, and voting practices adopted or maintained for the purpose of discriminating on those bases; and

WHEREAS, the Supreme Court observed in Reynolds v. Sims, 377 U.S. 533 (1964), that all that is necessary when drafting state legislative districts is achieving "substantial equality of population among the various districts." The phrase "substantial equality of population" has come to generally mean that a legislative or local government plan will not be held to violate the Equal Protection clause if the overall deviation between the smallest and largest district is less than 10%. In Avery v. Midland County, 390 U.S. 474 (1968), the United States Supreme Court applied the Reynolds decision to local governments; and

WHEREAS, the City's redistricting consultant met individually with the five district City Commissioners for the purpose of getting input from them to develop a new map that addressed the concerns of the federal court and also achieved compliance with the Voting Rights Act and the Equal Protection Clause; and

WHEREAS, as a result of the meetings, the redistricting consultant developed an amalgamated proposed map that took into consideration the policy and political suggestions of the City Commissioners, resident input and the Court's order and named the map Version 12; and

WHEREAS, the City's redistricting consultant analyzed the polarized voting patterns in the City and determined that the Version 12 map was consistent with the three factors enunciated in the case of Thornburg v. Gingles, 478 U.S. 30 (1986); and

WHEREAS, on June 14, 2023, at a Special City Commission meeting, the redistricting consultant presented the Version 12 map to the City Commission and the public; and

WHEREAS, after hearing from the public, the City Commission considered the Version 12 map and made some modifications which among other changes included reuniting a portion of Coconut Grove into District 2, made changes between the boundaries of D3 And D4 to restore the Domino park area to D3, moved an area from District 1 into District 5 that contained a restaurant that the District 5 Commissioner had committed significant effort and funding to ensure its success and made other changes necessary to rebalance the population and reduce the Map's overall deviation; and

WHEREAS, the amendments to the Version 12 map were named the District 3 Version 3 Map ("D3 V3 Map"); and

WHEREAS, the D3 V3 Map achieves substantial equality of population among the districts; and

WHEREAS, the D3 V3 Map is legally sound and meets the City Commission's prime directive that the redistricting plan should abide by the Constitution and the Voting Rights Act;

NOW, THEREFORE, BE IT RESOLVED BY THE COMMISSION OF THE CITY OF MIAMI, FLORIDA:

**File Number: 14173**                    **Enactment Number: R-23-0271**

Section 1. The recitals and findings contained in the Preamble to this Resolution are adopted by reference and incorporated as fully set forth in this Section and represent findings of the City Commission.

Section 2. The City delineates the jurisdictional boundaries of each of the five (5) delineated City Commission districts, as set forth in "Composite Exhibit 1," attached and incorporated. These election districts shall be applicable for all purposes, including but not limited to, any election of City Commissioners, following the effective date of this resolution.

Section 3. This Resolution shall become effective immediately upon adoption and signature by the Mayor.[1]

| | |
|---|---|
| **DATE:** | **6/14/2023** |
| **RESULT:** | **ADOPTED** |
| **MOVER:** | **Alex Diaz de la Portilla, Commissioner** |
| **SECONDER:** | **Manolo Reyes, Commissioner** |
| **AYES:** | Christine King, Joe Carollo, Alex Diaz de la Portilla, Manolo Reyes |
| **NAYS:** | Sabina Covo |

I, Todd B. Hannon, City Clerk of the City of Miami, Florida, and keeper of the records thereof, do hereby certify that this constitutes a true and correct copy of Resolution No. R-23-0271, with attachment(s), passed by the City Commission on 6/14/2023.

_____
**City Clerk, Deputy City Clerk**
**(for Todd B. Hannon, City**
**Clerk)**

June 29, 2023
_____
**Date Certified**

---

[1] If the Mayor does not sign this Resolution, it shall become effective at the end of ten (10) calendar days from the date it was passed and adopted. If the Mayor vetoes this Resolution, it shall become effective immediately upon override of the veto by the City Commission.



# City of Miami

## Master Report

### Enactment Number: R-23-0271

| | | |
|---|---|---|
| **File Number:** 14173 | **File Type:** Resolution | **Status:** **ADOPTED** |
| **Revision:** | | **Controlling Body:** City Commission |
| **File Name:** Resolution Adopted Map D3 V3 - 3.6 Dev - Redistricting of City Commission Districts | | **Introduced:** 6/15/2023 |
| **Requesting Dept:** City Commission | | **Final Action Date:** 6/14/2023 |

**Title:** A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S), PROVIDING THE NEW JURISDICTIONAL BOUNDARIES OF THE CITY COMMISSION DISTRICTS FOLLOWING THE RESULTS OF THE 2020 UNITED STATES CENSUS; OFFICIALLY DELINEATING THE BOUNDARIES OF EACH DISTRICT AS SET FORTH IN "COMPOSITE EXHIBIT 1," ATTACHED AND INCORPORATED; MAKING FINDINGS; AND PROVIDING AN EFFECTIVE DATE.

**Notes:**

**Links:**

**Attachments:**   14173 Composite Exhibit 1(PDF)

**History of Legislative File:**

| Revision: | Acting Body: | Date: | Action: | Result: |
|---|---|---|---|---|
| | City Commission | 6/14/2023 | Meeting | Completed |
| | City Commission | 6/14/2023 | ADOPTED | Passed |
| | Mayor's Office | 6/23/2023 | Unsigned by the Mayor | Completed |
| | City Clerk's Office | 6/23/2023 | Signed and Attested by the City Clerk | Completed |
| | Legislative Division | 6/27/2023 | Legislative Division Review | Completed |
| | George K. Wysong III | 6/29/2023 | ACA Review | Completed |
| | Marie Gouin | 6/29/2023 | Budget Review | Completed |
| | Victoria Méndez | 6/29/2023 | Approved Form and Correctness | Completed |
| | City Clerk's Office | 6/29/2023 | Rendered | Completed |



# City of Miami Commission Districts Adopted June 14, 2023



# City of Miami Commission Districts Adopted June 14, 2023



**Commission District:** 1

**Legend**

City Boundary



Author: O. Lopez  Date: 6/24/2023  D:\GIS\Commission_Redistricting_2023\Proposed_CommissionDistricts_BookLandscapeFinal2023.mxd

# City of Miami Commission Districts Adopted June 14, 2023



**Commission District:** 2

**Legend**

City Boundary



# City of Miami Commission Districts Adopted June 14, 2023



Commission District: 3

Legend

City Boundary

Author: O. Lopez  Date: 6/24/2023  D:\GIS\Commission_Redistricting_2023\Proposed_CommissionDistricts_BookLandscapeFinal2023.mxd

# City of Miami Commission Districts Adopted June 14, 2023



Commission District: **4**

**Legend**
City Boundary

0   0.5   1
Miles

N

# City of Miami Commission Districts Adopted June 14, 2023



**Commission District: 5**

Legend
City Boundary