UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    Plaintiffs,

v.

CITY OF MIAMI,

    Defendant.

_____/

**NOTICE OF APPEARANCE ON
BEHALF OF DEFENDANT, CITY OF MIAMI**

The undersigned, Jessica D. Santos of the law firm of GrayRobinson, P.A. (Fla. Bar No. 1038776), gives notice of her appearance as counsel in this matter for Defendant, City of Miami, and requests to be furnished with all documents filed in this matter.

Dated: January 22, 2024.       Respectfully submitted,

    GRAYROBINSON, P.A.

    By: */s/ Jessica D. Santos*
    Jason L. Unger, Esquire
    Florida Bar No. 991562
    George T. Levesque
    Florida Bar No. 55551
    Andy Bardos
    Florida Bar No. 822671
    301 S. Bronough Street
    Suite 600
    Tallahassee, Florida 32301
    Telephone: (850) 577-9090
    Facsimile: (850) 577-3311

Christopher N. Johnson
Florida Bar No. 69329
Email: Christopher.Johnson@gray-robinson.com
Marlene Quintana, B.C.S.
Florida Bar No. 88358
Email: Marlene.Quintana@gray-robinson.com
Fabian A. Ruiz
Florida Bar No. 117928
Email: Fabian.Ruiz@gray-robinson.com
Jessica D. Santos
Florida Bar No. 1038776
Email: Jessica.Santos@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887


CITY OF MIAMI
VICTORIA MÉNDEZ, City Attorney
Florida Bar No. 194931
JOHN A. GRECO, Chief Deputy City Attorney
Florida Bar No. 991236
KEVIN R. JONES, Deputy City Attorney
Florida Bar No. 119067
KERRI L. MCNULTY,
Litigation & Appeals Division Chief
Florida Bar No. 16171
Office of the City Attorney
444 S.W. 2nd Avenue
Miami, FL 33130
Telephone: (305) 416-1800
Facsimile: (305) 416-1801
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Jessica D. Santos*
Counsel for City of Miami