**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:22-cv-24066-KMM**

GRACE, INC., *et al*.,

    Plaintiffs,

v.

CITY OF MIAMI,

    Defendant.

_____/

**NOTICE OF CHANGE IN MAILING ADDRESS AND**
**DESIGNATION OF EMAIL ADDRESSES**

    Undersigned counsel, as attorney for City of Miami and pursuant to Local Rule 11.1(g), hereby gives notice of her change in mailing address and designation of email addresses, as follows: Jessica D. Santos, Esq., GrayRobinson, PA., 333 S.E. 2nd Avenue, Suite 3200, Miami, FL 33131; primary email address is jessica.santos@gray-robinson.com; secondary email address is yari.portanova@gray-robinson.com.

Dated: January 22, 2024            Respectfully submitted,

                                              GRAYROBINSON, P.A.

                                              By: */s/ Jessica D. Santos*
                                              Jason L. Unger, Esquire
                                              Florida Bar No. 991562
                                              George T. Levesque
                                              Florida Bar No. 55551
                                              Andy Bardos
                                              Florida Bar No. 822671
                                              301 S. Bronough Street
                                              Suite 600
                                              Tallahassee, Florida 32301
                                              Telephone: (850) 577-9090
                                              Facsimile: (850) 577-3311

Christopher N. Johnson
Florida Bar No. 69329
Email: Christopher.Johnson@gray-robinson.com
Marlene Quintana, B.C.S.
Florida Bar No. 88358
Email: Marlene.Quintana@gray-robinson.com
Fabian A. Ruiz
Florida Bar No. 117928
Email: Fabian.Ruiz@gray-robinson.com
Jessica D. Santos
Florida Bar No. 1038776
Email: Jessica.Santos@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

CITY OF MIAMI
VICTORIA MÉNDEZ, City Attorney
Florida Bar No. 194931
JOHN A. GRECO, Chief Deputy City Attorney
Florida Bar No. 991236
KEVIN R. JONES, Deputy City Attorney
Florida Bar No. 119067
KERRI L. MCNULTY,
Litigation & Appeals Division Chief
Florida Bar No. 16171
Office of the City Attorney
444 S.W. 2nd Avenue
Miami, FL 33130
Telephone: (305) 416-1800
Facsimile: (305) 416-1801

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      By: */s/ Jessica D. Santos*
           Counsel for City of Miami