UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/

### ORDER

THIS CAUSE comes before the Court upon Plaintiff's request for permission to allow the following individuals to access the Wilkie D. Ferguson, Jr. U.S. Courthouse with the following electronic devices to attend the trial in this case, on **January 29**, **January 30**, **January 31**, **February 2**, **February 5, and February 6, 2024**:

1. **Stephen Najarian**, Trial Technology Consultant to Plaintiffs' Counsel:

   HDMI switch, surge protector, mobile phone, and two laptop computers.

2. **Layssa Zamora**, Paralegal with Plaintiffs' Counsel ACLU of Florida:

   Laptop computer and mobile phone.

3. **Joseph Dye**, Paralegal with Plaintiffs' Counsel ACLU of Florida:

   Laptop computer and mobile phone.

4. **Carolyn Abott**, Plaintiffs' Witness:

   Insulin pump, blood monitor, and mobile phone for the purpose of accessing continuous glucose monitor.

UPON CONSIDERATION of the Motion, the pertinent portions of the record, and being fully advised in the premises, it is hereby ORDERED and ADJUDGED that the aforementioned

1

individuals and devices shall be permitted into Court for use during the trial scheduled for the two-week trial period commencing on January 29, 2024.

DONE AND ORDERED in Chambers at Miami, Florida, this <u>25th</u> day of January, 2024.

*K. M. Moore*
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

c: All counsel of record