IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

*Defendant*.

_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 11.1(d)(3), Plaintiffs move to withdraw Janine M. Lopez from this case as counsel for Plaintiffs, based on the following:

1. After January 25, 2024, Ms. Lopez will no longer be employed at the ACLU Foundation of Florida.

2. Under Local Rule 11.1(d)(3), counsel for Plaintiffs has given the requisite notice to Plaintiffs and opposing counsel of Ms. Lopez's intent to withdraw from representation.

3. Under Local Rule 7.1(a)(3), counsel for Plaintiffs has conferred with all parties regarding this motion. Defendant does not oppose Ms. Lopez's withdrawal from representation.

4. The remaining counsel of record will continue to represent Plaintiffs in this case.

5. Pursuant to Local Rule 11.1(d)(3), the current mailing addresses for Plaintiffs' counsel are provided below.

THEREFORE, the Court should grant Janine M. Lopez's Motion to Withdraw as Counsel.

Dated: January 25, 2024

Respectfully submitted,

*/s/ Janine M. Lopez*
Janine M. Lopez (FBN 1038560)
**ACLU Foundation of Florida**
4343 W. Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2707
jlopez@aclufl.org

1

<u>Plaintiffs' current counsel</u>:

| | |
|---|---|
| Nicholas L.V. Warren (FBN 1019018)<br>**ACLU Foundation of Florida**<br>336 East College Avenue, Suite 203<br>Tallahassee, FL 32301<br>(786) 363-1769<br>nwarren@aclufl.org | Neil A. Steiner*<br>Julia Markham-Cameron*<br>**Dechert LLP**<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036<br>(212) 698-3822<br>neil.steiner@dechert.com<br>julia.markham-cameron@dechert.com |
| Daniel B. Tilley (FBN 102882)<br>Caroline A. McNamara (FBN 1038312)<br>**ACLU Foundation of Florida**<br>4343 West Flagler Street, Suite 400<br>Miami, FL 33134<br>(786) 363-2714<br>dtilley@aclufl.org<br>cmcnamara@aclufl.org | Christopher J. Merken*<br>**Dechert LLP**<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>(215) 994-2380<br>christopher.merken@dechert.com |
| Gregory P. Luib*<br>**Dechert LLP**<br>1900 K Street NW<br>Washington, DC 20006<br>(202) 261-3413<br>gregory.luib@dechert.com | |

*  *Admitted pro hac vice*