# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

*Defendant*.

_____/

# [PROPOSED] ORDER GRANTING
# MOTION TO WITHDRAW AS COUNSEL

**THIS CAUSE** came before the Court on Janine M. Lopez's Unopposed Motion to Withdraw as Counsel for Plaintiffs in this case ("Motion"). After careful consideration, it is hereby

**ORDERED AND ADJUDGED** that

1. The Motion is **GRANTED**.

2. Janine M. Lopez **SHALL BE PERMITTED** to withdraw and is hereby relieved of any further responsibility as counsel for Plaintiffs in this matter. The Clerk is directed to remove Ms. Lopez from the CM/ECF electronic list of counsel to be served in this action.

3. Plaintiffs continue to be represented by the remaining co-counsel of record.

**DONE AND ORDERED** in Miami, Florida this _____ day of _____.

                                                                     K. MICHAEL MOORE
                                                                     UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record