IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/

## PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST

Pursuant to the Court's and Parties' discussion at the Pretrial Conference regarding the admission of Plaintiffs' expert reports, Plaintiffs file this supplemental list of trial exhibits:

| Plfs.' Tr. Ex. | Description | Obj. Codes |
|---|---|---|
| 119 | Expert Report of Dr. Bryant Moy | |
| 120 | Curriculum Vitae of Bryant Moy, Aug. 25, 2023 | |
| 121 | Expert Report of Dr. Carolyn Abott | |
| 122 | Expert Report of Dr. Cory McCartan | |

Respectfully submitted January 27, 2024,

/s/ Nicholas L.V. Warren

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
1809 Art Museum Drive, Suite 203
Jacksonville, FL 32207
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Neil A. Steiner*
Julia Markham-Cameron*
**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
neil.steiner@dechert.com
julia.markham-cameron@dechert.com

Christopher J. Merken*
**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

1

Gregory P. Luib*
**Dechert LLP**
1900 K Street NW
Washington, DC 20006
(202) 261-3413
gregory.luib@dechert.com

(215) 994-2380
christopher.merken@dechert.com

*\* Admitted pro hac vice*

*Counsel for Plaintiffs*