IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

                             /

**JOINT NOTICE OF FILING
DEPOSITION TRANSCRIPTS WITH DESIGNATIONS**

Plaintiffs and Defendant jointly file this notice of filing the following deposition transcripts with designated testimony highlighted. Plaintiffs' designations are highlighted in orange; Defendant's designations are highlighted in cyan.

1. Christina White
2. Todd Hannon
3. Larry Spring
4. Stephen Cody

Respectfully submitted January 29, 2024,

/s/ *Nicholas L.V. Warren*

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
1809 Art Museum Drive, Suite 203
Jacksonville, FL 32207
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400

**GrayRobinson, P.A.**

By: /s/ *George T. Levesque*
**GrayRobinson, P.A.**
Jason L. Unger (FBN 991562)
George T. Levesque (FBN 55551)
Andy Bardos (FBN 822671)
301 South Bronough Street, Suite 600
Tallahassee, FL 32301
(850) 577-9090

Christopher N. Johnson (FBN 69329)
Christopher.Johnson@gray-robinson.com

1

Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Gregory P. Luib*
**Dechert LLP**
1900 K Street NW
Washington, DC 20006
(202) 261-3413
gregory.luib@dechert.com

Neil A. Steiner*
Julia Markham-Cameron*
**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
neil.steiner@dechert.com
julia.markham-cameron@dechert.com

Christopher J. Merken*
**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2380
christopher.merken@dechert.com

*Admitted pro hac vice*

*Counsel for Plaintiffs*

Marlene Quintana, B.C.S. (FBN 88358)
Marlene.Quintana@gray-robinson.com
Fabian A. Ruiz (FBN 117928)
Fabian.Ruiz@gray-robinson.com
Sydney M. Feldman (FBN 1017798)
Sydney.Feldman@gray.robinson.com
Jessica D. Santos (FBN 1038776)
Jessica.Santos@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
(305) 416-6880

**City of Miami**
**Office of the City Attorney**
Victoria Mendez, City Attorney (FBN 194931)
John A. Greco, Chief Deputy City Attorney (FBN 991236)
Kevin R. Jones, Deputy City Attorney (FBN 119067)
Kerri L. McNulty, Litigation & Appeals Division Chief (FBN 16171)
444 S.W. 2nd Avenue
Miami, FL 33130
(305) 416-1800

*Attorneys for Defendant*