IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/

## DEFENDANT'S SUPPLEMENTAL EXHIBIT LIST

Pursuant the Parties' January 30, 2024 discussion regarding John R. Alford, Ph.D.'s 2023 Curriculum Vitae, Defendant files the following supplemental list of trial exhibits:

| Dft's Tr. Ex. | Description | Obj. Codes |
|---|---|---|
| 62 | Curriculum Vitae of John Alford, Ph.D., July 2023 | |

**GRAYROBINSON, P.A.**

By: *s/ George T. Levesque*
Jason L. Unger, Esquire
Florida Bar No. 991562
Jason.Unger@gray-robinson.com
George T. Levesque
Florida Bar No. 55551
George.Levesque@gray-robinson.com
Andy Bardos
Florida Bar No. 822671
Andy.Bardos@gray-robinson.com
301 S. Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: (850) 577-9090
Facsimile: (850) 577-3311

Christopher N. Johnson
Florida Bar No. 69329
Email: Christopher.Johnson@gray-robinson.com
Marlene Quintana, B.C.S.

Florida Bar No. 88358
Email: Marlene.Quintana@gray-robinson.com
Sydney M. Feldman
Florida Bar No. 1017798
Email: Sydney.Feldman@gray.robinson.com
Fabian A. Ruiz
Florida Bar No. 117928
Email: Fabian.Ruiz@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Jessica D. Santos
Florida Bar No. 1038776
Email: Jessica.Santos@gray-robinson.com
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

CITY OF MIAMI
VICTORIA MÉNDEZ, City Attorney
Florida Bar No. 194931
JOHN A. GRECO, Chief Deputy City Attorney
Florida Bar No. 991236
KEVIN R. JONES, Deputy City Attorney
Florida Bar No. 119067
KERRI L. MCNULTY,
Litigation & Appeals Division Chief
Florida Bar No. 16171
ERIC J. EVES
Senior Appellate Counsel
Florida Bar No. 91053
Office of the City Attorney
444 S.W. 2nd Avenue
Miami, FL 33130
Telephone: (305) 416-1800
Facsimile: (305) 416-1801
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 30th day of January, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve this document on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

   */s/George Levesque*
   Counsel for Defendant

2