IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/

**PLAINTIFFS' NOTICE OF FILING ADMITTED TRIAL EXHIBITS**
**(VOLUME I of III)**

Pursuant to Local Rule 5.3(b)(2) and the Court's Paperless Order Scheduling Trial (ECF 32), Plaintiffs file the attached exhibits admitted into evidence at trial:

| Plfs.' Tr. Ex. | Description |
|---|---|
| 1 | Nov. 18, 2021 Commission Meeting Transcript (Tr. 1) |
| 2 | Dec. 9, 2021 Commission Meeting Transcript (Tr. 2) |
| 3 | Feb. 7, 2022 Commission Meeting Transcript (Tr. 3) |
| 4 | Feb. 25, 2022 Commission Meeting Transcript – Morning (Tr. 4A) |
| 5 | Feb. 25, 2022 Commission Meeting Transcript – Afternoon (Tr.4B) |
| 6 | Mar. 11, 2022 Commission Meeting Transcript – Morning (Tr. 5A) |
| 7 | Mar. 11, 2022 Commission Meeting Transcript – Afternoon (Tr. 5B) |
| 8 | Mar. 24, 2022 Commission Meeting Transcript (Tr. 6) |
| 9 | 2022 Cycle De Grandy Contract |
| 10 | Bid Waiver for De Grandy Contract |
| 11 | 2021 De Grandy VRA Instructions |
| 12 | Nov. 2022 De Grandy Initial Report Cover Email |
| 13 | Nov. 2022 De Grandy Initial Report |
| 14 | Nov. 18, 2021 De Grandy slides |
| 15 | Feb. 7, 2022 De Grandy Slides |
| 16 | Feb. 7, 2022 De Grandy Talking Points |
| 17 | Feb. 7, 2022 Cody Memo on Areas Moved in Feb. 7 Draft |
| 18 | De Grandy Redistricting Miami 2022 Report |
| 19 | Feb. 25, 2022 De Grandy Slides |

| 20 | Mar. 11, 2022 De Grandy Slides |
| --- | --- |
| 21 | Alternative: Keep Areas South of US 1 in D2 and Adjust D3 City of Miami |
| 22 | Mar. 24, 2022 De Grandy Slides |
| 23 | Feb. 25, 2022 ACLU Letter to City Commission |
| 24 | Mar. 31, 2022 ACLU Letter to Mayor Suarez |
| 25 | Apr. 1, 2022 Mayor Suarez Letter to De Grandy |
| 26 | Apr. 2, 2022 De Grandy Response to Mayor Suarez |
| 27 | May 11, 2023 City Commission Meeting Transcript |
| 28 | Jun. 14, 2023 City Commission Meeting Transcript |

Respectfully submitted February 2, 2024,

/s/ *Caroline A. McNamara*

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
1809 Art Museum Drive, Suite 203
Jacksonville, FL 32207
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Gregory P. Luib*
**Dechert LLP**
1900 K Street NW
Washington, DC 20006
(202) 261-3413
gregory.luib@dechert.com

Neil A. Steiner*
Julia Markham-Cameron*
**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
neil.steiner@dechert.com
julia.markham-cameron@dechert.com

Christopher J. Merken*
**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2380
christopher.merken@dechert.com

*Admitted pro hac vice*

*Counsel for Plaintiffs*

2