## <u>Meeting Transcript 3</u>

**Miami City Commission**
**February 7, 2022**

Transcript of excerpt of video recording available at:
https://www.youtube.com/watch?v=foXmqENNpRY

PLAINTIFFS' TRIAL
EXHIBIT

P3

1:22-cv-24066-KMM

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1   Commissioner King: Considering and taking any and all actions related to the

2   redistricting of the City of Miami Commission districts, including but not limited to the drafting

3   of any related maps and boundaries. The members of this commission appearing for this special

4   meeting are Vice Chair Joe Carollo, Commissioner Díaz de la Portilla, Commissioner Ken

5   Russell, Commissioner Manolo Reyes, and myself, Christine King, Chair. Also appearing today

6   are the City Manager, Art Noriega, City Attorney, who's with us today, George Wysong, and

7   City Clerk, Todd Hannon. The special meeting will be opened with a prayer by Commissioner

8   Manolo Reyes.

9   Commissioner Reyes: First of all, I want to thank the Lord for giving us this opportunity,

10   especially me, that I was a victim of COVID and a cold and had to be absent for one of the

11   meetings. And personally, I thank the Lord for giving me this opportunity to serve this beautiful

12   city and the wonderful residents with a great company, which is this commission. Let's pray that

13   our Lord guides us, guides us so we make the right decision, a decision that is just and fair, and

14   we keep representation in the city of Miami for all different groups. That's the most important

15   thing. Lord please guide us so every single, every single resident of the City of Miami when we

16   end our decision feels that is represented and feels that the government is representing them and

17   is working for them. I also want to mention that don't forget to keep in our prayers Officer Biaz,

18   who had an accident, and let's pray that he will be working real fast and be with us in good

19   health. It is. I ask the Lord, in the name of the Father, the Holy Spirit, and the Son, Amen.

20   Commissioner King: Amen. The pledge of Allegiance will be led today by Commissioner

21   Russell.

22   Commissioner Russell: I pledge allegiance to the flag of the United States of America,

23   and to the republic for which it stands, one nation under God, indivisible, with liberty and justice

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    for all.

2         Commissioner King: The order of the day will be we will first have the presentation by

3    Attorney Miguel De Grandy, and then following his presentation, we will take public comments.

4    Thank you. Oh wait a minute, sorry. City Attorney, please?

5         George Wysong: Yes Madam Chair, thank you. Any person who is a lobbyist pursuant

6    to Chapter 2, Article 6 of the City Code may register with the City Clerk, and comply with the

7    related city requirements for lobbyists before appearing before the City Commission. A person

8    may not lobby a City official, board member, or staff member, until registering. A copy of the

9    code section about lobbyists is available in the City Clerk's office or online at WWW dot Miami

10   Code dot com. Any person making a presentation, formal request, or petition to the City

11   Commission concerning real property must make the disclosures required by the City Code in

12   writing. A copy of this city code section is available at the office of the City Clerk or online at

13   WWW dot Miami Code dot com. The City of Miami requires that any person requesting an

14   action by the City Commission must disclose before the hearing any consideration provided or

15   committed to anyone for agreement to support or withhold objection to the requested action

16   pursuant to City Code section 2-8. Any documents offered to the City Commissioners that have

17   not been provided 7-days before the meeting as part of the agenda materials will be entered into

18   the record at the City Commission's discretion.

19        In accordance with section 2-33 F and G of the City Code, the agenda and materials for

20   the item on the agenda is available during business hours at the City Clerk's office and online 24

21   hours a day at WWW dot Miami Gov dot com. Any person may be heard by the City

22   Commission through the Chair for not more than 2 minutes on any proposition before the City

23   Commission unless modified by the Chair. The public comment will begin and remain open until

3

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   public comment is closed by the Chair. Members of the public wishing to address the body may

2   do so by submitting written comments via the online comment form. Please visit WWW dot

3   Miami Gov dot com slash meeting instructions for detailed instructions on how to provide public

4   comment using the online public comment form. The comments submitted through the comment

5   form have been and will be distributed to elected officials and city administration throughout the

6   day so that the elected officials can consider the comments prior to taking any action.

7   Additionally, the online comment form will remain open during the meeting to accept comments

8   and distribute to the elected officials up until the Chairperson closes public comment. Public

9   comment may also be provided live at City Hall, located here, 3500 Pan American Drive, Miami

10   Florida, subject to any and all city rules as they may be amended. Speakers and attendees who

11   appear in person will be subject to screening for symptoms of COVID-19. Any person exhibiting

12   any symptoms will not be permitted to enter City Hall. Members of the public shall observe

13   social distancing requirements to the extent possible to ensure social distancing. During this

14   meeting, there will be limited seating inside the Commission chambers and reduced occupancy

15   limit. In addition, members of the public are reminded to stay at least six feet away from

16   individuals who do not live in the same household. The city has set up facilities for those who

17   are unable to enter City Hall once the reduced occupancy limits has been reached to be able to

18   attend the meeting and provide public comment.

19         If the proposition is being continued or rescheduled, the opportunity to be heard may be

20   at such a later date before the City Commission takes action on such a proposition. When

21   addressing the City Commission, the member of the public must first state his or her name, his

22   or her address, and what item will be spoken about. Any person with a disability requiring

23   assistance, auxiliary aids and services for this meeting may notify the City Clerk. The City has

### Transcript 3 - Miami City Commission - Feb. 7, 2022

1   provided different public comment methods to indicate, among other things, the public support,

2   opposition, or neutrality on the items and topics to be discussed at this City Commission in

3   compliance with section 286.0114(4)(c), Florida Statutes. The public has been given the

4   opportunity to provide public comment during the meeting and within reasonable proximity and

5   time before the meeting. Please note, Commissioners have generally been briefed by staff and

6   City Attorney on items on this agenda today. Anyone wishing to appeal any decision made by

7   the City Commission for any matter considered at this meeting may need a verbatim record of

8   the item, a video of this meeting may be requested at the Office of Communications or viewed

9   online at WWW dot Miami Gov dot com. The meeting can be viewed live on Miami TV, Miami

10   Gov dot com slash TV, the City's Facebook page, the City's Twitter page, the City's YouTube

11   channel, and Comcast channel 77. The broadcast will also have closed captioning. Thank you.

12       Commissioner King: That was certainly a mouth full. Mr Grandy, are you ready to

13   present?

14       Miguel De Grandy: Yes ma'am.

15       Commissioner King: Please go ahead.

16       Mr. De Grandy: Thank you. Good morning Madam Chair and Commissioners. The

17   purpose of today's meeting is to present a preliminary plan, and I emphasize preliminary, for

18   your consideration. Mr. Cody and I will be making a brief, approximately 15 minute powerpoint

19   presentation to present the preliminary plan and the rationale behind the movements we made.

20   During the presentation, we will display both data and maps on screen. Now, it may move a little

21   fast, but after we conclude, we can take as much time as you like to go back to the different

22   slides. Now, certainly, this is your commission, you can proceed as you see fit, but I would

23   respectfully suggest you allow me to go through the entire presentation first in order to provide

### Transcript 3 - Miami City Commission - Feb. 7, 2022

1   an overall explanation of the plan. And after my presentation, we can take as much time as you

2   want for questions or to review slides. Now, ultimately, this Commission will discuss the plan

3   and provide us with additional direction as to what additional changes, if any, you would like to

4   see and that will be brought to the Commission at a subsequent date as a final plan. Now, as I

5   said on previous discussions, there are literally thousands of ways to craft a constitutionally

6   compliant plan and that's why we ask for your guidance as to the traditional redistricting

7   principles you wanted us to utilize and their order of importance so that this commission's

8   directives can guide how we approach the project. Let's go over those traditional redistricting

9   principles again. Next slide.

10       The prime directive will always be compliance with the constitution and the Voting

11   Rights Act. But additionally, this commission by consensus directed that the following principles

12   be employed in the following order of importance. First, maintain the core of existing districts

13   to avoid voter confusion. Second, factor in voter cohesion. Next, achieve substantial equality of

14   population as opposed to mathematical equality. And finally, maintain traditional neighborhoods

15   and communities of interest when feasible. Let's talk first about population numbers and

16   compliance with legal principles. Your current plan has an over 42% overall deviation, which

17   means that it is malapportioned and cannot be used in future elections. The preliminary plan we

18   will present today has an overall deviation of 3.8 and meets all constitutional and Voting Rights

19   Act parameters. As we discussed previously, the courts do allow for up to a 10% overall

20   deviation, but the case law informs that such deviations must have a rational basis. Now the

21   deviations we did can easily be explained from a legal perspective, but there are also political

22   and other considerations that can provide a rational basis for larger deviations. And those

23   decisions are the province of you, as elected officials, to make. One of the reasons our

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   preliminary plan has a small deviation is to provide sufficient latitude for you, as the city's

2   elected officials, to make any additional changes based on the knowledge that you have as a

3   result of the communities you represent. My role in that regard will be to let you know whether

4   any additional changes you want to make comply with the law.

5          Now let's look at some numbers so I can better explain how we arrived at our deviations

6   and then we can look at the plans. District 1 is at a 0.35% deviation which is 311 residents above

7   the ideal. It has an 87.38% Hispanic population, with 88.7% Hispanic voting age population. It

8   clearly complies with the Voting Rights Act. District 2 has -0.02% deviation, which is just 21

9   people short of the ideal population. As you know, we had to remove roughly 28,000 people

10  from the district to comply with legal and constitutional requirements. District 2 remains a swing

11  district, with 37.2% white, non-Hispanic population, 8% Black population, and roughly 48%

12  Hispanic population. The voting age percentages are almost the same as the total population

13  percentages.

14         Commissioner Russell: Madam Chair, I have a question, I'm just unclear. Is this the draft

15  or is this the current?

16         Mr. De Grandy: This is the draft plan.

17         Commissioner Russell: Okay. We're not going through what the current statistics are,

18  this is what you're presenting as the draft..

19         Mr. De Grandy: Right.

20         Commissioner Russell: Thank you, I just wanted clarification.

21         Commissioner King: Yes, and if we could hold all of our questions until after his

22  presentation, just jot them down so he can finish the presentation, and then we'll get through

23  with our questions. I'm going to allow the public to speak after his presentation, and then we'll

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   be able to discuss.

2          Commissioner Russell: Thank you Chairwoman.

3          Commissioner King: Okay.

4          Mr. De Grandy: As I was saying, we purposely tried to get the population of D2 at near

5   zero deviation because this is where much of the new development activity is occurring and as

6   in the last decade, it will probably grow faster than any other districts. District 3 is slightly under

7   populated at 0.98% or 864 people under the ideal population. District 3 has an 87.4% Hispanic

8   population, and 88.4% Hispanic voting age population. Consistent with the Voting Rights Act,

9   the Hispanic community has an equal opportunity in this district also to elect a candidate of its

10  choice. District 4 has the highest deviation at 2.23% or 1973 residents above the ideal, 86.7% of

11  the population is Hispanic, with 88% Hispanic voting age population.

12         This district also clearly complies with the requirements of the Voting Rights Act. Now

13  finally, we underpopulated District 5 by roughly 1.6% under the ideal, basically because bringing

14  in additional population from most any side of the district might reduce the African American

15  population percentage. Additionally, we also felt it was appropriate to underpopulate the district

16  because it may experience significant development activity and growth in the next decade. The

17  proposed D5 is 51.7% African American, with 49.8% Black voting age population. Our analysis

18  of voting patterns indicates the African American community does have an equal opportunity to

19  elect the candidate of its choice.

20         Now let me show you the maps to further illustrate what we discussed. The first slide

21  shows the entire configuration of proposed District 1. As you can see, it maintains the vast

22  majority of the core of the existing district. The next slide shows the area we move from D1 to

23  D3. With this change, we move the area west of NW 22nd Avenue and north of NW 7th Street.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    We felt this was a logical move where we could utilize major man-made boundaries such as the

2    Dolphin Expressway to the north and 27th Avenue to the west in order to bring up D3's

3    population. The next slide shows the area we move from D4 into D1, and it spans from 27th to

4    37th Avenue and south from NW 7th Street NW 4th Street. And we did this again, to now

5    rebalance the population of D1. Finally, the last slide shows the area we moved from D5 into

6    D1. And the next slide, which is a little bigger, shows the entire area and a better view of that

7    change. We felt that this movement was needed because this area has a high percentage of

8    Hispanics and greater voter cohesion with D1 residents. Also important is the fact that existing

9    D1 already has the most area of the Miami River budding or within it than any other district, and

10   thus it was logical to extend D1 further down the river as many business constituents in this area

11   are a community of interest with concerns and issues as other businesses up river.

12        The next slide shows the proposed District 2. As you can see, it remains a coastal district

13   spanning almost the entire north-south corridor of the city along the bay. The next slide shows

14   part of the area we moved from D2 to D5 at the northern end. We moved that boundary east

15   from North Miami Avenue to NE 2nd Avenue, and from the I-95 Expressway down to 22nd

16   Street. The next slide continues that eastward movement to NE 2nd Avenue and south from 22nd

17   Street ending at the 395 Expressway. The next slide shows the movement from D2 to D5 at the

18   southern end, moving slightly east to North Miami Avenue from the I-95 south to SE 2nd Street.

19   And as we said before, we could not move further east without affecting the African American

20   population's ability to elect a candidate of its choice in D5, so we had to look south to further

21   depopulate D2. The next slide shows the movements from D2 to D3. This moved the boundary

22   over from US 1 to South Miami Avenue, and from Simpson Park, on the north, to 17th Avenue

23   to the south. Finally, the next slide shows the movement from D2 to D4. It takes into D4 all the

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1   area from SW 25th Street, on the north, to Day Avenue, on the south, spanning from 27th

2   Avenue, from the east, to 37th Avenue and the city limits to the west. The next slide shows the

3   proposed District 3. It also maintains the core of the existing district.

4         The next slide shows the area we moved from D1 to D3, which we already discussed.

5   The next slide shows the area we moved from D4 to D3. It spans from south, from 17th Avenue,

6   going west, to 27th Avenue, and from SW 9th to SW 12th Street. And again, this was done to

7   rebalance the population. In that regard, we tried to find adjacent areas with similar

8   demographics in order to maintain voter cohesion while rebalancing the population. Now finally,

9   the next slide shows us a closer look at the area we brought into D3 from D2, which is south of

10   US 1. And again, it goes from 17th Avenue, north to the end of Simpson Park, moving the

11   boundary down slightly from US 1 to South Miami Avenue. And again, we needed to balance

12   the population.

13         Now, we knew we had to take the population from D2 to equalize it, but we took as little

14   as was needed on the other side of US 1 to reach a low deviation. Now, certainly, whether we

15   cross US 1 into D2 and how much of the growth, if any, should go into other districts, is a policy

16   decision for you all to make. Nevertheless, D3 is still 1% underpopulated, so it can expand to

17   gain more population. The next slide is of the proposed District 4. It remains a highly Hispanic

18   area. The next slide, which we've already seen, shows what we've added to the bottom end of

19   the district.

20         Now, we overpopulated this district at 2.23% over the ideal because it's likely to have

21   the least growth over the next decade. In the event you want to decrease the deviation, you could

22   choose to move some of the excess population into D3 or back into D2. The next slide shows

23   the movement we previously discussed from D4 to D1, and the next slide shows the area we

### Transcript 3 - Miami City Commission - Feb. 7, 2022

1   previously addressed from D4 to D3. Now finally, the next slide shows the proposed District 5.

2   The proposed District 5 also maintains the vast majority of the core of the existing district and it

3   was the most challenging district to develop. Now as you can see there's no way to move north

4   or to most of the northwest because the city boundaries end with D5. Our only options were to

5   move south and across the river into D3, west into D1, or east into D2. Now because of the need

6   to depopulate D2, the eastern movement was the most feasible option. In this slide, you get an

7   overall picture of the slight shift to the east we take from D2, but the next slides, which we

8   previously showed you in the context of D2, provide a more close-up look at the slight

9   movements east that we were able to make. It shifts the boundary, again, east from North Miami

10  Avenue to NE 2nd, and from I-95 to the 395 Expressway.

11       The next slide shows the bottom part of that eastward movement I just explained

12  beginning on NW 22nd Street to the north and down to the 395 Expressway. And this next slide

13  shows the eastward movement south of the 395 Expressway moving slightly east from NW 1st

14  Avenue to North Miami Avenue and southeast to 2nd Street.

15       Now simply stated, we could not move further east without diminishing the African

16  American community's opportunity to elect a candidate of its choice. So we could not take the

17  population of D2 into D5 anymore. And finally, the next slide shows the population we moved

18  from D5 to D1 along the river. Now, that was essential because as you moved east into D2 there

19  was less and less African American population likewise in that area which is existing D2, most

20  of it, it was highly Hispanic. So it was more or less a tradeoff. Also moving this area into D1

21  was consistent with the Voting Rights Act and that it moved this Hispanic community into a

22  district where they could also participate in electing a candidate of their choice. Finally, this last

23  slide gives you an overview of the entire plan. In summary, we're confident that our preliminary

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   plan complies with constitutional and Voting Rights Act criteria. We were also cognizant of the

2   additional directives you gave us. As you've seen, every district maintains its core configuration,

3   and the vast majority of its existing population. We tried as much as possible to move areas into

4   districts with similar voting patterns and  voter cohesion. We presented a preliminary plan with

5   a low, overall deviation in order to give you, as policy makers, the flexibility to make additional

6   changes. And we tried wherever possible to maintain communities of interest and traditional

7   neighborhoods, although quite frankly, that was not completely possible due to the overriding

8   need of balancing population. It is however a work in progress that provides flexibility to make

9   additional changes, so long as those changes have a rational basis and comply with the law. And

10  with that, Madam Chair, I'm happy to address any questions you may have, either before or after

11  public comment.

12         Commissioner King: I'd like to take public comments now if there are any. Is anyone

13  here that would like to make a public comment, please line up at the podiums. Go right ahead

14  sir.

15         Chuck Walter: Hi, thank you Madam Chair. My name is Chuck Walter, I live at 1901

16  Brickell Avenue. I think we're at a historic time for Miami. We've seen unprecedented economic

17  development, and thanks to the great leadership of Miami, and the ability to promote Miami as

18  a world class city. Thank you to you all. I live in an area that's in District 2, and this notion of a

19  coastal district seems very strange to me. The idea that people from down south is Coconut

20  Grove to my area in Brickell going up to midtown and beyond, does not feel like a community.

21  And my girls go to public school at Coral Way Elementary. I would love to see an opportunity

22  where other districts are able to take on some of that economic opportunity that we're seeing to

23  the east. And look at an opportunity to create a district map that prepares us for the future where

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1   more of our districts have that inclusion of economic opportunity. I think that as the other

2   districts continue to encroach on District 2, we are seeing a way of destroying community, in a

3   sense, and maybe this is an opportunity to actually take a look at it from fresh eyes, and

4   potentially consider a district with Coconut Grove to the north and a district that has downtown

5   and Brickell, and areas surrounding, and an area from Wynwood to the north. I just think I

6   understand a lot of the reasons why the map has been presented the way it has been, but maybe

7   there's a chance for fresh eyes.

8        Commissioner King: Thank you. Sir?

9        Tony Scornavacca: Good morning, my name is Tony Scornavacca. Commissioner

10   Reyes, Commissioner Carollo, Commissioner King, Commissioner Díaz de la Portilla, and

11   Commissioner Russell. I am opposed to this redistricting plan. It breaks up Coconut Grove,

12   there's a lot of folks here from Coconut Grove and from all the other districts, but Coconut Grove

13   is one community right now, and has been for —

14        Commissioner King: Please hold your comments, thank you. Please hold your comments.

15        Tony Scornavacca: Coconut Grove has been this way for probably older than any other

16   neighborhood in the city of Miami. We love it the way it is and I noticed this redistricting map

17   would have a person, for instance, who lives on Day Avenue, which is a quiet residential street,

18   their neighbor across the street would be in a different district, which to me makes no sense, and

19   I think to anybody it makes no sense. Another part of this plan, which I think is improper,

20   especially in today's climate. It removes a portion of our Black community, which appears, and

21   I'm not saying that this is, and I'm sure this is not the intent to make Coconut Grove more white,

22   we don't like that, we like Coconut Grove the way it is, we like all of our neighbors the way they

23   are. And the redistricting, yes, I heard the part about every community needing the opportunity

### Transcript 3 - Miami City Commission - Feb. 7, 2022

1    to elect the commissioner of their choice, and I don't see how changing the boundaries in this

2    proposal would affect that result in Coconut Grove. In my opinion and many of our neighbors'

3    opinions, since we've had five commissioners here, since the city of Miami had probably 70,000

4    residents, we feel that it's time to have —

5         Commissioner King: Thank you.

6         Tony Scornavacca: — seven commissioners with seven districts, thank you.

7         Commissioner King: Please hold your applause, please hold your applause. Sir.

8         Andre Sartarve: Andre Sartarve [SP], 1900 North Bayshore. Commissioners, the

9    redistricting is your decision, and it's going to be your decision, but it's going to be your decision

10   for the next 10 years.

11        We, everybody I talk to, think that they absolutely didn't have enough information,

12   definitely, we didn't have any information. We're totally confused and I don't want to pass

13   judgment on if this is good or bad because we haven't had any time to analyze and even to

14   discuss. The state did the same 10 years ago, the redistricting committee traveled to different

15   cities and received input from the communities, and even then, they couldn't avoid lawsuits.

16   This time the state is doing the same as the city commission, kind of not receiving input from

17   the communities that they are affecting. The input from the community also means that probably

18   there's some good ideas out there and they have to have the opportunity to express those ideas.

19   I don't know if it is in the plans to have town halls or any form of allowing community input,

20   but we believe that you should before you make your final decision. Thank you.

21        Commissioner King: Thank you, and let me clear up for everyone that has his same

22   impression. This is a draft that is being presented to the commission, and after we discuss and

23   give Attorney De Grandy some more direction, we will all take this plan to our communities for

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1  input. Everyone will have an opportunity to have input on what is going on with the redistricting

2  in the city of Miami. Right now, this is a preliminary plan that we wanted to include the

3  community in, but by all means, all of us will be taking this plan to our districts so that we can

4  have input from our communities. Rest assured that will happen. Sir?

5        Albert Gomez: Thank you very much. Albert Gomez, 3566 Vista Court, District 2. I'm

6  a 20-year Grove resident. I think the Grove, in its north, south, east, west difference, makes it

7  one. It unifies the Grove. We have a little bit of everything here. One thing I don't see is that,

8  and I see it from the county, and before I say that, I would have to say that, I would have to parrot

9  our friend from Brickell's voice, regardless of the future plans to make a plan to do outreach,

10  you lead with that. Put your schedules in place, everyone knows what's happening, that we're

11  going to have 7 town halls that we're going to have 1 in each district.

12        All that comes out in a master plan of this redistricting, not necessarily on the fly or after

13  the fact. And I would appreciate it if we could do that, we concoct and bake the full plan before

14  we go ahead and start doing these carve outs. More specifically, also, when we use large

15  thoroughfares as breaks, if that's going to be the premise of breaking, then let's use that across

16  the board, let's not split communities in some areas, and then use large highways in other areas.

17  And then finally, the county itself is moving to a watershed governance model. They hired 1

18  water person, they're looking at Federal, State, and Regional, and local money on how it's going

19  to go through the watershed. I don't see any of those threats and vulnerabilities addressed here,

20  we're just trying to mix and match. Whereas some people are going to get strapped more than

21  others based on the impending threats and vulnerabilities of hurricanes and floods, and things

22  that are coming. We should look at that as well, because we have general obligation bond money

23  that's going to be put forth in a time frame where some of you might be actually representing

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   people that do not actually, did not actually vote for you. That is something that needs to be

2   addressed, and I think that we don't want taxation without representation here.

3          Commissioner King: Thank you, thank you.

4          Katrina Morris: Hi, I'm Katrina Morris, 4130 Lybyer Avenue. I do appreciate you letting

5   us know that there will be public comment or public discourse would be really nice. Questions,

6   answers, back and forth, with the public, who you guys represent. I don't know where we're

7   getting, I hate to say, I hate to have to say, aren't we a government of the people, by the people,

8   for the people? It would be really nice if, I understand that this map was drawn up, that we had

9   it, and it was a choice that this body made, or the attorney that this body hired to represent them,

10  not to release it to the public before this meeting.

11         Then to put up these maps in a five-minute presentation and go we're taking this from

12  here and putting this from here, and then this over here, and then this over here. With statistics

13  and deviations, I'm sorry, we are the public, we are not the experts, but we do know where our

14  neighborhoods lie. And our neighborhoods in District 2, it looks huge because in the map, the

15  peach part encompasses a whole bunch of water, it's really just this little silver, okay, but it is 3

16  distinct neighborhoods. There's Edgewater and Little River, down to 395, then there's 395 down

17  to Rickenbacker, those are, and then Rickenbacker south. Those are three distinct neighborhoods

18  with cohesive concerns. If we can add 2 commissioners, we want to break it up at all, I recognize

19  it's a very large swath. If we're going to do that, let's break it up by neighborhood.

20         Commissioner King: Thank you.

21         Katrina Morris: Thank you.

22         Maria Freed: Hi, Maria Freed, 3055 Washington Street. I just wanted the Commissioners

23  to know that I don't want Coconut Grove separated. And that includes Bay Heights, West Grove,

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   we are one. We are one Grove. We're very comfortable with whatever cultural or demographic

2   differences we may have. I urge you to please think of us as a whole, traditionally, culturally,

3   we belong together. Thank you.

4   Commissioner King: Thank you. Please, I've asked you like three times not to clap. The

5   next time someone claps, you're going to be removed from the commission chambers. Thank

6   you. Ma'am.

7   Willie Allen-Faiella: Good afternoon, Pastor Willie Allen-Faiella, Rector of Saint

8   Stephen's Episcopal Church, 2170 McFarlane Road. And I'm here to speak on behalf of, I'm

9   also on the pastors board of the Coconut Grove Ministerial Alliance, and I am here to speak

10  against jettisoning the West Grove into what would be a predominantly Hispanic district. In your

11  opening prayer Commissioner Reyes, you prayed for God's guidance that equal representation

12  rule your decision-making. Effectively jettisoning the West Grove, the historic Grove, the oldest

13  part of Miami, into a predominantly Latin, Hispanic neighborhood would disenfranchise the

14  Bahamian American community that helped build Miami.

15  The Grove is one, as you've been hearing from all of us, and I speak in favor of keeping

16  the Coconut Grove area intact. The growth has taken place in parts, other parts of District 2, not

17  in Coconut Grove, and I suggest that when you sharpen your pencils, you take a look at moving

18  parts where, moving where the population growth has occurred rather than the stable and unified

19  community of Coconut Grove. Thank you.

20  Commissioner King: Thank you.

21  Commissioner Carollo: Excuse me, Chair?

22  Commissioner King: Commissioner Carollo, let's just let them go.

23  Commissioner Carollo: I just heard something here —

17

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    Commissioner King: We're going to hear a lot —

2    Commissioner Carollo: — up to, I'm amazed that it's coming from someone from the

3    cloth, so if you're sending what they're claiming is a sliver, and I don't know if it's it true or not,

4    of the Black part of Coconut Grove to a district that's Hispanic, this disenfranchises them.

5    Commissioner King: I understand.

6    Commissioner Carollo: But then — My — if you leave it in an Anglo area, that's not.

7    But I have to ask a question, how many African Americans have ever been elected in the district,

8    in the district of D2?

9    Commissioner King: Wait, I don't want to have a back and forth.

10   Willie Allen-Faiella: Not zero.

11   Commissioner Carollo: Zero.

12   Willie Allen-Faiella: No.

13   Commissioner Carollo: The only time there was an African American that represented—

14   Willie Allen-Faiella: Theodore Gibson and his wife.

15   Commissioner Carollo: Was when I appointed Thelma Gibson, when I appointed, with

16   the Commission, I went, brought her by the hand, as she said herself here, and I asked my

17   colleagues to name her —

18   Willie Allen-Faiella: After her husband's death, he was elected.

19   Commissioner King: Commissioner, excuse me.

20   Commissioner Carollo: He was never elected.

21   Commissioner King: Commissioner, we are going to allow the public comments to go

22   without us opining on what is being said, and we'll have our comments afterward because not

23   everyone is going to say whatever we think or whatever we agree, but I just want the public to

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    get their comments out.

2         Commissioner Carollo: And you're right, I'm sorry. I just had to put that into the record.

3         Commissioner King: Thank you.

4         Commissioner Carollo: Because we're a city of over 450,000 and we have less than 50

5    people here to talk. Less than 50.

6         Commissioner King: Thank you.

7         Willie Allen-Faiella: You don't have anything further for me?

8         Commissioner King: No, I don't have anything further.

9         Willie Allen Faiella: Thank you so much.

10        Commissioner King: Please, go ahead.

11        Lisa Remeny: Good afternoon Commission and ladies and gentlemen of the audience. I

12   am Lisa Remeny,  I am a native Miamian, I am a 30 plus year resident of Coconut Grove, almost

13   40 years, back and forth. I strongly oppose this proposition to redistrict Coconut Grove and other

14   sections of Miami. This is a community, it does not need to be divided, we need unification, not

15   division. And I echo the words of Pastor Willie, Mr. Scornavacca, and everyone who's preceded

16   me, this is preposterous, really. Thank you.

17        Commissioner King: Thank you. Sir?

18        Bernard Fenord: Good morning commission, Minister Bernard Fenord [SP], Believers of

19   Authority Ministries, 3655 Grand Avenue. I'm here on behalf of Apostle Dr. Chambers, senior

20   pastor, Believers of Authority, and president of the Ministerial Alliance. We are here to express

21   any opposition to a plan that would separate Coconut Grove into individual parts or any

22   segmented parts. Coconut Grove, as it has been stated, has been a pillar of the city of Miami for

23   a long period of time. Any plan that would cause a separation of this community, warts and all,

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    is an indictment to this commission and would be really a controversy and a travesty to the work

2    that has been done and especially the work that has been done by Commissioner Russell. Thank

3    you.

4          Commissioner King: Thank you. Ma'am.

5          Delores Gutierrez: Good morning, Commissioners and everyone, can you hear me? My

6    name is Delores Gutierrez. I'm here on behalf of the Brickell Homeowners Association to read

7    the Director Abby Apé's statement. Here it goes. My name is Abby, obviously it's Delores, the

8    director of Brickell Homeowners. I'm unable to attend physically, but I'm tuning in online and

9    eager to hear what you are proposing in today's meeting. Commissioner Russell, as you know,

10   we're constantly working with your office and we have a long list of issues in our community.

11   Given the issues that we are facing, it would benefit us to have our own commissioner. Brickell

12   is a vertical city, which brings great benefit to the city of Miami, but we often feel that the issues

13   that come with living in a vertical city are left to the building and its management. For example,

14   the streets by the access 11th and 1st, have a lot of potholes due to construction. We need more

15   crosswalks, police enforcement, and pedestrian safety. We need more trashcans, enforcement of

16   dog poop, traffic lights with pedestrian signs, and better management of traffic lights

17   synchronized with the Brickell Bridge. Better care of the streets when a building is being built

18   such as Una Construction on SE 25th and so on. This is not to say the city isn't of help, this is to

19   point out that the issues are numerous and we need additional resources into a high density and

20   populated area. Again, please consider giving Brickell its own commissioner. Thank you all for

21   your service.

22         Commissioner King: Thank you. Sir.

23         Willie Ford Jr.: Good afternoon Commissioners, my name is the Reverend Willie Ford

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   Jr., Saint Matthew Community Missionary Baptist Church, 3616 Day Avenue, in the wonderful

2   Coconut Grove Village West community. I stand with, behind, and I hold up my sister of the

3   cloth, Willie Faiella for the comments that she made. The Coconut Grove community has been

4   diminishing physically for years now is about to be diminished in this voting power.

5           I stand with her to oppose any and all plans, or just the thought of a plan that would take

6   the African American community away from a community that was always intended from day

7   one to be one whole community. We've already separated from Coconut Grove to Village West,

8   which is a separation. Our community residents have been displaced and have not come back.

9   There's vacant land, we've always been treated badly, and now we want to oppose anything that

10  would take away our voting rights and power to do so. And that was my comment, I oppose it

11  in Jesus name, thank you.

12          Commissioner King: Thank you.

13          Marcela Fernandez: Good morning Commissioners, Marcela Fernandez, lifer in the

14  Grove, raised here, went to school here, has business here. Also, I'm the acting chair of the

15  Coconut Grove Village Council for the last 4 years and just re-elected again this past November

16  for another term. And redistricting is very important. I think it's something that has to be done

17  to keep check and balances on a city growing. I get it, and it's needed. And thanks for hiring an

18  attorney firm to bring the facts because without, this is a very important decision, without the

19  facts, it's very difficult to make a proper one. One thing I would like to add is I didn't see

20  anything in the current proposal about existing conditions. If you wait to see what the existing

21  conditions and how they come to be proposed, I'd like to see that, it could be shown to the

22  people.

23          Also, they mentioned that there can be a variation of up to 10% per district with reason.

### Transcript 3 - Miami City Commission - Feb. 7, 2022

1    D2 right now is less than 1%, so I think there's lots of room to adjust that based on our

2    communities we have here. Also, I think we should look at school board, county, and state

3    boundaries, to kind of match those and see if that makes sense to keep things community. About

4    the Grove, all the people have spoken eloquently about not splitting it up, and I agree with them.

5    The City of Miami has three neighborhood conservation districts, two are in the Grove, and in

6    that proposed plan both are being split up. That's not part of a neighborhood conservation

7    district.

8         They need to be kept together. Just in the last few days, we received 300 letters opposing

9    the splitting of the Grove and that count is growing, we are a unified source. Also, the Village

10   Council is the only place in the city that has an elected board by the people for keeping the

11   neighborhood preserved. You will be splitting the Village Council also, and by the way, the

12   Village Council has been around for over 20 years, and there have been many council members

13   who were Black residents and represented, and currently we have at least 30% or more every

14   single year. Thank you very much.

15        Commissioner King: Thank you.

16        Marisol Zenteno: Good afternoon Madam Chairwoman King, I appreciate your

17   leadership and controlling your city hall and for giving us a chance to express ourselves before

18   you all get a chance to speak. My name is Marisol Zenteno. I am here with the League of Women

19   Voters of Miami-Dade, I am also a member and partner with the Coconut Grove Ministerial

20   Alliance, of which you've seen such a great presence over here. And we want to echo the same

21   thing. The transparency in this process, I am so glad that you made us aware that this is just a

22   preliminary map and more things will be coming out. It will be great to see maybe a portal on

23   your website where people can go and look at the maps. Right now, people had to get up in order

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    to see where the areas would be affected and there wasn't really enough time to see what's

2    happening. Ahead of time, and then you go out into the communities, the way it was suggested.

3    In addition, I would like to say that to see the report, how the units, the areas will be affected. I

4    am here also because of the West Grove area and the largely African American area in District

5    2. By moving it up or switching it to a Commissioner Reyes area, no problem, but the problem

6    is that it's a part of the Voting Rights Act and for it to maintain the correct, within tiers 1 and

7    tiers 2, that community needs to be well represented. By shifting it at 86% according to what

8    Mr. De Grandy said to a 80% voting population in District 4. The African American vote of

9    District 2 and the West Grove area is going to dilute. Right now, where they're at, they're able

10   to pick and be part, any Commissioner that is looking forward to being elected in Commission

11   2 would have to go and has to go to the Coconut Grove and West Grove area.

12        Commissioner King: Thank you.

13        Marisol Zenteno: Thank you. Thank you for your time.

14        Commissioner King: Thank you. Good afternoon.

15        Rose Fountain: Hi, my name is Rose Fountain, and I'm from Coconut Grove, Coconut

16   Grove Village West. Coconut Grove is a unique community, and what we must not lose sight of

17   and when we voice ourselves is to know that it is Miami's history. It is part of the Bahamians,

18   the settlement, the southern Blacks. And to say that redistricting would better this for us, we have

19   rezoning, and to me, rezoning is the redistricting of Coconut Grove. If you look at the Bird

20   Road/Carter, you will realize what actually took place in the community and why we chose as a

21   community to update and upgrade ourselves. I believe in what they are doing, the transitioning,

22   but you have to realize that this transition has already happened. I looked at the mapping, and

23   what the plans are, and it's not about the economic disparities, it is about human beings. The

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    right to vote, the economical values, the social values, of the people that are progressing in our

2    community. Having said that, we have already been redistricted, we're rezoned, and we are still

3    incomplete. We have preservation on our agenda, and we haven't completed Grand Avenue, and

4    I know it takes time, it's not an oversight, and it won't be over night. I understand.

5        Commissioner King: Thank you.

6        Linda Williams: Good afternoon Commissioners, Madam King. I'm Linda Williams,

7    temporarily at 3517 Hibiscus Street, here in Coconut Grove. I come before you as a resident,

8    born and here 68 years, proudly. I'm also a community activist and I listen. Redistricting, any

9    part thereof, especially Village West, is not in favor. Our community has concerns as it relates

10   to voting, where do we go? Taxation, schools, boundaries, as the NCD-2 remain effective? Does

11   the CRA become affected? Questions that have been asked of me, what are the benefits to the

12   people that are impacted by this divide. Is it political? We'd all like to know. Lack of information

13   spurs distrust. Are you for the people, the voices are being heard. Lastly, I request that this

14   thought be deferred until additional information and to see the table to discuss this matter more

15   clearly. Thank you for your time in your fight today.

16       Commissioner King: Thank you. Sir.

17       Reynold Martin: Good morning Commissioners. I'm Reynold Martin from the Coconut

18   Grove area, representing several organizations, including the one that Ms. Williams spoke about.

19   I'm sorry, I'm from the Coconut Grove area, a Bahamian family that's been here since the early

20   2000's, late 2000's, 1800's excuse me. And I'd like to read to you a letter from the NAACP,

21   who represents the Coconut Grove area, South Dade Branch of the NAACP. It states that the

22   NAACP holds the rights of the Black communities to vote in conditions that results in its voice

23   being heard as the greatest right that this democracy offers.

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    Therefore, the South Dade Branch of the NAACP is concerned about redistricting West

2    Grove, which has been part of Coconut Grove since before there was a city of Miami. We will

3    be closely following the redistricting of the city of Miami Commission activities. Signed by

4    President Senator Dwight Bullard, Secretary Dr. Brad Brown, the iconic General Counsel

5    Anthony Alfieri from the University of Miami Law School. We oppose anything that removes

6    the area of the Grove as a unit. We work together as a family and we'd like to stay that way.

7    Thank you.

8    Commissioner King: Thank you. Ma'am?

9    Clarice Cooper: Good morning Commissioners. My name is Clarice Cooper, I live at

10   3735 Oak Avenue in beautiful Coconut Grove, and I would like to read parts of a letter that you

11   should all have copies of from our organization. The executive board of the Coconut Grove

12   Village West Homeowners and Tenants Association, also known as HOTA, hereby declare its

13   disapproval of the truncation of Coconut Grove to satisfy the district boundary adjustments that

14   the Miami City Commission is charged to resolve regarding District 2 and all of your districts.

15   HOTA was established in 1954 to serve and protect the concerns and interests of the

16   overwhelmingly African American residents who descended from the original Bahamian

17   settlers, one of which I am, and migrants from north and central Florida, Georgia, Alabama, and

18   South Carolina. These hard working, law abiding people did continue to thrive and make a life

19   for their families in the grove, and some of those qualities were passed down to people who still

20   live in the Grove, like myself and several others who are present today. Removal of any part of

21   the Coconut Grove Village West from District 2 to be in and next to an adjoining district will

22   place in jeopardy the painstaking strides for improvements and revitalization that has been made

23   towards regarding the West Grove community redevelopment agency. Also known as the CRA

### Transcript 3 - Miami City Commission - Feb. 7, 2022

1   and also for the NCD-2, which was put in place to protect and preserve our architectural integrity.

2   An agenda item such as this should be given more importance considering that Coconut Grove

3   is the city's oldest neighborhood. This shouldn't be treated the way it's been presented here

4   today, where we didn't really have an opportunity to first hear what was going to happen, and

5   you should have more meetings so that we could enlighten other members of the community.

6   Finally, we are requesting that the commission withhold any deliberations on this topic until

7   Coconut Grove residents have been fully apprised of the details and how the end will affect us.

8       Commissioner King: Thank you.

9       Clarice Cooper: Thank you.

10       Renee Schafer: Hello, Renee Schafer, 2571 Lincoln, Coconut Grove.

11       I've been a resident for 50 years and the word community is what I think Coconut Grove

12   is all about. It is a common unity and we wish to keep it that way. It's important to us. As you

13   have large families with aunts, uncles and cousins, that's how we view each other.

14       We do not wish any of our area to be taken away. We are opposed to the current

15   possibility of redistricting. We look forward to seeing the maps as they exist at this time and to

16   being involved in further conversation on this. We would like any voting on this to be postponed

17   to a future time.

18       Commissioner King: Thank you.

19       Marci Weber: My name is Marci Weber, 2525 Swanson Avenue, North Grove. I only

20   just heard about this and I appreciate having the opportunity to speak.

21       I love the Grove. I'm from New York. I moved here almost 20 years ago and one of the

22   beautiful things about this place is it's very much like New York. It's got everything. It's got

23   Cubans, it's got people of Colombia, it's got people from New York, it's got Black people, it's

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1   got white people. It's got everything and it's got the restaurants, too.

2       Most importantly, it has a sense of incredible community and love and I know that that

3   might sound silly these days of division, but I love this place. I never wanna go back to New

4   York and I am a New Yorker, born-and-bred, and this place has so much possibility. As we

5   grow, let's grow with unity. Let's not look to divide. Let's find out what the problems are for

6   redistricting.

7       I don't understand and I'd love to know more. I wanna know what is the need for

8   redistricting:  because we need another commissioner or it's too big? New York City's gigantic

9   but still it finds a way, Brooklyn finds a way, everybody. This is a neighborhood. Coconut

10   Grove's like Bensonhurst or Bed-Stuy. It doesn't matter or Park Slope. This is a unified

11   community that has such beautiful history and amazing people, artists, and it's so incredible. It's

12   a diamond. Why look to break it up? The people make it.

13       I'm against it but I'm looking forward to workgroups because I don't understand a damn

14   thing those maps said. Thank you.

15       Commissioner King: Thank you.

16       M Speaker: Good afternoon, Madam Chair, commission. I thank you for this opportunity.

17       We have single-member districts because at one time we weren't gonna have a person of

18   color to serve for the city of Miami, right? About 15 years ago, give or take a year or two, we

19   didn't have representation sitting there for District 5. If you go back, you'll check that in a short

20   period of time we didn't have representation.

21       I'm afraid when I listen to him say African-American community only has 51% in the

22   Black community in District 5. That means if you go east or west, our 51% is going to be

23   threatened. Think about it. We only make up 51% in our own community, so if you go east or

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   west in District 5, where's that going to leave us? Probably with no representation.

2   I would think that we look at going north in the Liberty City area of District, which will

3   probably save the representation. I know for some people, they don't care, but I care that we

4   have someone that looks like me representing us in District 5. Thank you.

5   Commissioner King: Thank you.

6   Mickey Mercel: Hi, good afternoon. My name is Mickey Mercel and I live at 2542

7   Swanson and I'd like to say I'm originally from Miami Beach and I've lived there all my life

8   except for the four years I've lived in Coconut Grove. I gotta tell you I never thought I would

9   leave Miami Beach but Coconut Grove is outstanding. It is just such a diverse community. We

10  go out and we go to all sections of the Grove and we just love it and really don't wanna change

11  it.

12  Another note, I think the residents of Coconut Grove in this room and at home watching

13  on television would appreciate it in the future and I don't know what's happened in the past

14  meetings that we start the meetings on time. Some people have left work to be here an hour late

15  so I just wanna go on record to say that. Thank you very much.

16  Commissioner King: Thank you.

17  Joshua Abril: Hi, all. I'm Joshua Abril. I live here in the Grove and I'm learning about

18  everything for the first time. I'm kinda learning as I watch but three things I wanted to mention

19  per what I saw from the map. One concerns North and Center Grove where if the line's drawn

20  at Day, if the 836 is a significant boundary, which I agree with, US 1 seems to me more

21  significant because to break it up at Day is almost like breaking up districts at 8th Street. We're

22  talking about things that, from one side to the other, these are matters that will concern the

23  neighbors immediately across the street. There's a much bigger divide by US 1 concerning the

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   interests of the neighbors and the architecture within the community.

2      The second one is for example my dad's Cuban, my mom's American, I'm born in

3   Miami. Obviously, I'm American but, ethnically, I'm not really sure where I fall. When it comes

4   to neighborhoods like West Grove, we all feel very much community and I don't know how

5   appropriate it is to say this but we're talking about a neighborhood that has the demographic that

6   it has because it was mandated at one. There's a certain sensitivity I feel should be taken into

7   account there.

8      Even aside from that, breaking up the neighborhood of Coconut Grove, growing up in

9   Miami, we've always had a lack of history because the city gets rebuilt every 10 years and

10  Coconut Grove being the most historic neighborhood, it holds the keeping together of the

11  neighborhood in a certain zone for a lotta people I would say.

12     Just those three things, I just wanted to bring it up just because I saw it. This is my first

13  time seeing the map. Cheers.

14     Commissioner King: Thank you.

15     Neil Shiger: Good morning. It's still morning. Neil Shiger, 3095 Plaza, lifetime resident

16  of Coconut Grove.

17     Clearly, when it comes to the Black community of Coconut Grove, clearly,

18  Commissioner Reyes and Commission Russell, you've got your work cut out for you on this

19  matter. I would support whatever the district commissioner supports. I would support whatever

20  the Ministerial Alliance supports. I would support whatever the Homeowners and Tenants

21  Association supports, but we have to be real about it and deal with the facts.

22     I'll just end on a little, simple story because I don't have some of the same fears they

23  have but I have to support them because we are one community. When I graduated from Coral

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1  Gables Senior High, they told me I was from Coconut Grove. When I graduated from Florida

2  State, they told me I was from the South Grove. When I graduated from the University of Miami,

3  they told me I lived in the Village. Now they're telling me I live in the West Grove. My address

4  never changed.

5  This one grove, while laudable and aspirational, has never really been the true intent and

6  has harmed this community. Prior to your arrival, Commissioner Russell, we were in trouble.

7  You have done more than any once we start doing district elections to eradicate some of these

8  barriers, so whatever you guys end up with, I don't have fears of the Hispanic community

9  because I have been dealing with my white residents for years and while we are socially kind to

10  each other, my community is still dying. Thank you.

11  Commissioner King: Thank you.

12  Reverend Nathaniel Robinson III: Good morning, my name is Reverend Nathaniel

13  Robinson III. I'm the senior pastor of Greater Saint Paul African Methodist Episcopal Church in

14  Coconut Grove. I'm also the chair of Grove Rights and Community Equity and a board member

15  of the Ministerial Alliance.

16  I, too, stand in agreement with Pastor Willie and her comments. We are facing nationwide

17  voter suppression and dilution, well, suppression and the diluting of the African-American vote

18  all throughout this country in different states. It appears that in the plan that was presented we

19  would experience something similar.

20  I do wanna thank you, chairwoman, for the assurance that this draft will be discussed in

21  the community and that there won't be action taken on it today. We do appreciate that but as it

22  relates to substance, it appears that what was presented today intentionally discriminates and

23  desperately impacts the voting rights of Village West Black residents by diluting their political

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   impact. Although it might be small, we do have a political impact. It also seems to sever the

2   cultural, social and historical ties to Coconut Grove and District 2 governance.

3          I will say that at the beginning of the presentation as you go back and our consultants

4   rework the draft, you did say that one of your objectives was to maintain communities of interest

5   in neighborhoods where feasible. It doesn't appear that this draft does that for Coconut Grove.

6   You did consider naturally occurring boundaries for other districts. Day Avenue is not

7   necessarily a naturally occurring boundary in West Grove, so please consider US 1 as one of

8   those naturally occurring boundaries as  you rework the plan.

9          Also, your plan takes into consideration a number of things but does not take into

10   consideration the Village Council, which is an elected body from the West Grove, nor does it

11   take into consideration the NCD-2, which is a part of Miami 21, which I think needs to remain

12   intact.  The CRA has been newly formed and if you split the Grove and Day Avenue,  you would

13   have two different commission districts that will have some type of jurisdiction over the CRA.

14   I'd ask that you would carefully reconsider.

15          Commissioner King: Thank you.

16          Reverend Nathaniel Robinson III: Thank you.

17          Cynthia Shelley: Hi, everyone. My name is Cynthia Shelley. I have lived in Coconut

18   Grove since 1980. I came here from Winter Park, Florida and made this my home, the Grove,

19   made the Grove my home. I founded the Coconut Grove Park Homeowners Association. I'm

20   here representing the Coconut Grove Park Homeowners Association.  I am a former vice

21   president of the Civic Club. I'm a former vice president of Coconut Grove Park Elementary. I'm

22   one of the founders of the Village Council.

23          I'm here to represent the people who care about continuing to keep the Grove. We have

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    the North Grove. We have Center Grove. We have South Grove. We have West Grove. Each of

2    those communities are one. They each have the word "grove" in it.

3     I believe in representing what the people want. I know you do also, that you care. Ken, I

4    know you care what the people want and need for their area, for their people. I am the child, not

5    a child anymore, but born the daughter of a colonel of the United States Air Force. I have learned

6    to look at those who live around me and with me and represent them for what their needs are.

7     Please keep the Grove as the Grove and please continue to represent the needs of each of

8    those people who live in the Grove and need to be represented. Thank you.

9     Commissioner King: Thank you.

10    Nancy Tedford: Hello, my name is Nancy Tedford and I have already been displaced

11   from Coconut Grove due to development and yet I still stand with the residents of Coconut Grove

12   in keeping the Grove unified and not parceling it off. Thank you.

13    James Torres: Good afternoon, James Torres, president of the DNA. I don't live in the

14   Grove but we experienced growth in District 2. We're fully aware of what's happening. One of

15   the things that the attorney made reference to a few months ago that I kinda wanna bring up that

16   everyone is fully onboard with this is he made a comment that something has to happen before

17   March, if I'm not mistaken. It's now February 7th and if we're gonna put this out in town hall

18   meetings, we may be a little bit underneath the gun. With that being said, I hope that the

19   commission looks at the way it needs to be done.

20    The other caveat to this is that the core of Downtown Brickell, Omni, Edgewater,

21   Wynwood, and Midtown, east of I-95 within District 2 should be kept as its integrity because if

22   we start shifting away, as we all know, downtown is what's driving these changes, and we're

23   gonna be having that same conversation 10 years down the line.

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    We kindly ask whatever plan is selected that we have several options for the community

2    of the Grove and everyone else that's affected by it because it's important to build the community

3    the way it should. Thank you.

4    Commissioner King: Thank you.

5    Mel Meinhardt: Madam Chairman, commissioners, my name is Mel Meinhardt, 3075

6    Virginia Street. I represent the village of Center Grove. The village of Center Grove is the

7    community organization that runs right through the middle of your districting plan and it includes

8    the changes that are made here. I also have the privilege of being probably the first Anglo to live

9    in the West Grove many years ago in the last millennia.

10    I'm here to say that we think of the Coconut Grove as an artsy kind of community but

11    that is true but it's a very independent and fiercely loyal place that demands the highest levels of

12    public service out of its representatives. I would point out that two of the last city commissioners

13    have been pushed out of office or helped out of office by coordinated efforts of the village of

14    Center Grove and by the Grove itself.

15    I'd also point out that that creates tremendous power to protect each other and look after

16    each other's interests. Since the village of Center Grove looks out for the West Grove, for the

17    South Grove and the actions here in the North Grove as well. We have many examples of

18    coordinated efforts where we've worked together to help each other there. We hope that you can

19    continue to have that kind of cohesion so that we can see communities working together here in

20    the North, South and Center and West Groves. Thank you.

21    Commissioner King: Thank you.

22    Commissioner Carollo: Chair, can I ask him a question for a point of information for all

23    of us, since he says he represents Center Grove? Sir, where do you consider that the boundaries

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    of Center Grove are?

2          Mel Meinhardt: I'm sorry. I can't hear the commissioner.

3          Commissioner King: Where do you consider the boundaries for Center Grove?

4          Mel Meinhardt: The Center Grove in our definition is between 27th Avenue on the east

5    and 32nd Avenue on the west.

6          Commissioner Carollo: You don't consider from 27th through 22nd Center Grove?

7          Mel Meinhardt: By the definition of our organization, that's where we're talking about,

8    27th to 32nd from US-1 to the water.

9          Commissioner King: Thank you.

10         Commissioner Carollo: I've heard different [inadubile 02:17:05].

11         Mel Meinhardt: No ambiguity. I'm just trying to clear it up.

12         Commissioner Carollo: Yeah, that's why I was asking.

13         Mel Meinhardt: Thank you.

14         Commissioner King: Sir, please?

15         Lucian Firster: Good afternoon, commissioners. My name is Lucian Firster. I live on

16   Crawford Avenue in South Grove. I've lived there since 1983.

17         First of all, I don't wanna be redundant. I clearly support a unitary Coconut Grove in one

18   district. It's been well said by others. I can't repeat that. I do wanna say that Coconut Grove is a

19   community. It was a settlement, the first one, other than Native Americans, in this area. It was a

20   village. It was almost a city. It is a community. We have our needs. We have our problems but

21   it is a unitary community and it should stay that way.

22         I'd also like to talk about the process and then I'm done. This redistricting is needed. It's

23   important. It's difficult and it can be misunderstood by the public. I call upon the city of Miami,

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   its commissioner and all those that work with you, to make this clear, fair and open. I would

2   imagine that the majority of us that came here today thought that the decision would be presented

3   by Mr. De Grandy and voted on today. That was the information that seemed to be out there. It

4   was wrong.

5       We need correct information immediately shared to make good decisions but most of all

6   we need a fair and friendly, non-combative council that will listen to us and work with us. Thank

7   you.

8       Commissioner King: Thank you.

9       Andy Parrish: Good afternoon, commissioners. My name is Andy Parrish, offices at 3778

10  Grand Avenue.

11      Some of you, including Commissioner Carollo, used to be my neighbor in the North

12  Grove a long time ago. I've been building affordable homes in the West Grove since 1994 with

13  my partners. We developed the Grand Island Building and the federal, where the Arts for

14  Learning School is, where the Royal Poinciana is. I've been in the West Grove a long time, but

15  that's not what I wanna talk about.

16      Actually, Mr. Firster, a good friend also, who just stole a lot of what I was gonna say

17  which is the process. I am concerned about the process, Chairwoman King, in that and I have

18  sympathy for Mr. De Grandy. You have to have a starting point somewhere but starting points

19  matter so when  you have the town hall meetings after this meeting, the starting point will be

20  what Mr. De Grandy presented and that builds a momentum that I hope you all will be skeptical

21  of because there's lots of different alternatives that you all could consider.

22      I don't want the momentum to be started from the starting point that Mr. De Grandy has

23  pointed out and then everything else is tweaked on top of that because some of that, you, as our

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    commissioner, may want to rethink entirely, maybe the number of districts that we have. Maybe

2    but certainly you've heard today that neighborhoods are important, community, and

3    Commissioner Reyes has always been a champion of neighborhoods.

4        I would like to see much more emphasis put on the existing neighborhoods as you do this

5    redistricting. Whether it means more commissioners, I don't know. That's for you to decide but

6    don't let the momentum take away the voice of the people. Thank you very much.

7        Commissioner King: Thank you.

8        David Winker: David Winker, 2222 SW 17th Street.

9        Coconut Grove is one of the oldest settlements in Miami-Dade and it was incorporated

10    as a city in 1919. It was incorporated into the city of Miami in 1925. I think it's important. I

11    often say democracy is a bird and here we're seeing democracy and I would point out that we're

12    not hearing residents clamoring to be removed from District 2. Everyone here is in support of

13    staying and I think that says something.

14        You guys have a hard decision to make. I wish the map had come out earlier. I really

15    appreciate Chairman King saying we're gonna have meetings, we're gonna have outreach. I

16    think it's really important to talk with the communities and make sure that the communities of

17    interest.

18        I think Commissioner Carollo made a very good point, right? He asked a question:  Has

19    there ever been Black, African American elected in District 2? Of course the answer is there has

20    not and I would say that there is an affinity. Just taking a rough count, it's 50/50. There is an

21    affinity. This is a community and so I think that the partial answer to Commissioner Carollo's

22    very fair question is this is one community, a community of interest and it should be preserved.

23    Thank you so much, madam.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    Councilmember King: Thank you.

2    Bob Dorez: Well, good afternoon. My name is Bob Dorez. I moved here to Coconut

3    Grove in 1970 from Ann Arbor, Detroit. That just shows you how smart I am back in 1970 and

4    I owned a home in the Grove for about 10 years. I now reside at 200 SE 15th Road in District

5    10, right on the water there. I've just been offered a huge amount of money for my condo. They

6    wanna tear it down and build something taller.

7    Anyway, they say start with a joke when you talk. This is all gonna be nuked in about 40

8    years. District 10's gonna be covered in water so why are we even talking about this now? That's

9    my joke. Nobody's laughing.

10   I think it's also a joke that when we saw the map and it was a colored map as to the size

11   of the district, they had District 2 represented to be almost eight times as large, the area, than it

12   actually is by bringing the line all the way out into the water. That just shows you how honest I

13   think the people that are running this are.

14   What a facade that is. How stupid do they think I am? I know they think some people out

15   there don't have the intelligence to understand that or be able to read a map because most people

16   can't read a map but I can and I hope you can, too.

17   I'd like to also see how many letters or emails that you've all received from residents,

18   residents of District 10. Any complaints about what's going on? Have you gotten a complaint

19   from District 4 from any of the residents, District 5, District 7? Has anybody complained?

20   I met an old man, a lawyer, from Holland & Knight. He never mentioned who's paying

21   him. Did I miss something? Did we miss who's paying him? Who's spending the millions and

22   millions of dollars?

23   Commissioner King: Thank you.

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1 Bob Dorez: The millions of dollars to do this, you know?

2 Commissioner King: Thank you. Is there anyone else? Sir, your time is up. Thank you.

3 Alejandra Rondon: Hi, hello, good afternoon. My name is Alexandra Rondon. I'm a

4 councilmember on the Coconut Grove Village Council.

5 I'd like to start by thanking Madam Chair and the commissioners for holding public

6 comments today. It's really appreciated. I think as you can see a lot of my Coconut Grove

7 neighbors are eager to share their views in particular around keeping a neighborhood together. I

8 also want to thank Mr. De Grandy for his presentation.

9 I personally appreciate the trust given to the commissioner and the latitude that you all

10 will have around this map. I think there was a lot of fear that today was it, so thank you all for

11 creating a public process and for sort of trusting the process by which you all can make decisions

12 to keep all of our neighborhoods together, so thank you.

13 Lastly, I look forward hopefully very soon to your discussion and knowing a bit more

14 about what the public process will be like and, in particular, I think letting that be an opportunity

15 to hear input such as why couldn't US 1 be? Just looking forward to that process. Thank you

16 very much.

17 Commissioner King: Thank you.

18 Brian Gibson: Hi, my name is Brian Gibson. I live at 4145 El Prado Boulevard in Coconut

19 Grove and I was not a native but I've been there since I was six months old.

20 I just learned about this last night at 10:00 o'clock so I'm not super-prepared but what I

21 did was look online and find the report that may be the same person here. It was Miguel De

22 Grandy's report that you commissioned to advise on best practices as well as what might be

23 considered unlawful when redistricting.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    In 2000, you identified the following criteria for redistricting to quote "that the draft plan

2    whenever possible preserve the integrity of historical and traditional neighborhoods." Then in

3    2010, the last time there was redistricting, your own report said the traditional redistricting

4    criteria considered by a body as it reapportions itself includes maintaining communities of

5    interest together, such as traditional neighborhoods. It also went on to say that the city shall not

6    engage in racial gerrymandering.

7    Coconut Grove, as a historic neighborhood, is probably the oldest neighborhood in

8    Miami and the Black community that built Coconut Grove doesn't deserve to be removed from

9    the neighborhood that they built. I just think that when your own past practices and the last two

10   redistricting recognized that you don't wanna divide up neighborhoods, this would not be the

11   right thing to do.

12   Commissioner King: Thank you.

13   Chris Baraloto: Good afternoon, Chris Baraloto, 3752 Kumquat Avenue.

14   I also serve on the Coconut Grove Village Council and I don't want to reiterate much of

15   what's already been said. I would like to call for your process to share with us more information

16   than has been shared today. I wanna call attention. This was a discussion item last week. Then

17   this special meeting was held. None of this information was shared with our constituents. We

18   have several hundred people, some of whom are represented here, who want to have their voices

19   heard and want to understand this process.

20   I would call for you, if you could, please share with us a schedule. If there is a March

21   deadline, share this with us. If you're going to have meetings, share these with us. You obviously

22   have data. Share this with us. Allow us to come up with alternative scenarios for you to review.

23   Trust us as we trust you. Thank you.

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1       Commissioner King: Thank you. This concludes the public-comment portion of our

2 meeting and, again, let me state that Mr. De Grandy's plan is just a draft. This is an opportunity

3 for all of the commissioners to see his draft and beat him up a bit. There's not one commissioner

4 here that I think is in agreement with his plan but this is the only opportunity for us to speak

5 collectively and then he will take our recommendations that we feel is appropriate for our district

6 and then we may take it to the community for further input. That is what we're doing here.

7       There is not one person on this commission that wants to circumvent the public's interest

8 and input in this process. For the record, Mr. City Attorney, can you advise, for the record, why

9 we are faced with redistricting?

10       Mr. Wysong: Redistricting traditionally occurs when the census comes out, the decennial

11 census. The census came out and one of the reasons why, to a certain degree, we're behind the

12 eight ball on this is that the census took a lot longer to come out. It was supposed to come out in

13 March. Then the federal government indicated that they won't have the numbers out 'til

14 September and that took six months of this process away. Now we're sort of catching up to that.

15 Traditionally, throughout the country, you look at redistricting or analyzing your districts to

16 make sure that you meet the 10% threshold every 10 years and that's how we got here.

17       Commissioner King: We are legally obligated to redistrict the city of Miami. Do we have

18 an option not to do it?

19       Mr. Wysong: We have an option not to do it and as your expert counsel will say that the

20 peril of not doing it is somebody can make you do it. They can file a lawsuit saying that the

21 numbers aren't appropriate. We are proactively doing this to ensure that we comply with the

22 Voting Acts Right.

23       Commissioner King: I'd also like to address the deadline issue. While there is a deadline

### Transcript 3 - Miami City Commission - Feb. 7, 2022

1   for elections, it is not a hard and fast deadline. It's a deadline that we would try to meet to prevent

2   having a financial ramification for not getting it done within a certain time. Again, no one here,

3   none of my colleagues, will be held to that deadline to save $2.00. Everyone in our communities

4   will have an opportunity to have input in what is going to happen in our communities. Having

5   said that, I'm going to allow Mr. De Grandy two minutes.

6          Mr. De Grandy: Two minutes, ma'am, to clarify some things, if I may. First of all, I've

7   had a couple members from the public ask me for the existing plan, the current districts. They

8   are on the website for the city of Miami. You could look at those there.

9          I wanna also clarify the issue of lack of information. This is actually the third public

10   hearing we've had on redistricting as you know. The first public hearing I went through an entire

11   dissertation of all the legal issues, the reason why redistricting is mandatory. You're at 42 point

12   something percent overall deviation. If you do not redistrict, you will be sued and the plaintiffs

13   will prevail. That's just basic law.

14          The first hearing we had was to discuss all the legal issues. The second public hearing

15   we had was to obtain input from you as to what criteria you wanted to use. This is the third public

16   hearing on that matter. I cannot speak to that. I assume that the city publicly noticed every one

17   of those meetings so I cannot speak to why these folks were not notified but there were publicly-

18   noticed meetings.

19          A couple of things. There was a concern about the coastal district and why is it a coastal

20   district? That coastal district has existed now for two redistricting cycles. There was a direction

21   by you in the second public hearing to maintain the core and configuration of the existing districts

22   and that's why that district still looks like a coastal district.

23          There was talk particularly in the triangle that goes into District 4, south of US 1, that

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1 you shouldn't give the West Grove to a Hispanic district. Well, two things that you should know.

2 Prior to my doing the adjustments that I did in redistricting, District 2 was a majority Hispanic

3 district. It's now barely not.

4     The other thing that you should know is that triangle has 5,071 people, 2,460 are

5 Hispanic. 497 are African African.

6     Commissioner Carollo: Can you go over that again slowly?

7     Mr. De Grandy: That area has 5,071 residents, 2,460 are Hispanic.

8     Commissioner Carollo: Two-thousand?

9     Mr. De Grandy: Four-hundred and sixty. Four-hundred and ninety-seven are African

10 American and 1,915 consider themselves or identify themselves in the census as single-race

11 white. I wanted to put into content what we're moving into, a majority Hispanic district.

12     Let me go through a couple of other things. All this data will be available to the public

13 after this hearing. We will provide a USB of that entire presentation to your clerk and anyone

14 can make a public-records request.

15     Commissioner Russell: Chair, we really need to do these comments on the record.

16     Commissioner King: Go ahead. I think you've exceeded your two minutes and I believe

17 my colleagues are anxious to get going on the discussion.

18     Mr. De Grandy: Yes, let me just finish clarifying some issues. The other issue was US 1

19 being a hard boundary. Mr. Cody and I drew that plan 10 years ago and it was a hard boundary.

20 It was a hard boundary because we didn't need to rebalance the population in the way we did.

21     I wanna bring one last point, Madam Chair, which is what we did in the boundary

22 between 2 and 5. We moved approximately 9,500 individuals from District 2 into District 5 of

23 the 28,000 that we had to move to balance the district. There were only roughly 1,000 African

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    Americans. The only reason we were able to rebalance the ethnic and racial population is by

2    taking out that southern part of District 5 and moving it into District 1, which was

3    overwhelmingly Hispanic and had roughly the same African American population.

4        I say this to tell you I cannot take any more population out of D2 into D5, so the only

5    choices that are left is either taking downtown into District 3 or breaking south of US 1 to take

6    parts of the Grove. Those are your policy choices. I am agnostic as to whatever you want to do.

7    Those are your policy choices, but those are the facts and those are the figures.

8        Commissioner King: Thank you.

9        Commissioner Russell: Madam Chair?

10       Commissioner King: Yes?

11       Commissioner Russell: Commissioner Russell.

12       Commissioner King: Oh, hold on one second.

13       Commissioner  Díaz de la Portilla: Madam Chair?

14       Commissioner King: Hold on one second. There is going to be a —

15       Commissioner  Díaz de la Portilla: An order.

16       Commissioner King: — order, so my order and I think I'm gonna keep this order moving

17   forward for my commission meetings. I'm going to look to my vice chair first and then I will go

18   in order of districts.

19       Commissioner  Díaz de la Portilla: Thank you. I agree but Madam Chair, can I request it

20   of you?

21       Commissioner King: Questions?

22       Commissioner  Díaz de la Portilla: I only have two questions today. One of Mr. De

23   Grandy and then one of you and I'm done for today.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    Commissioner King: We're gonna take your questions —

2    Commissioner  Díaz de la Portilla: I'll be very quick.

3    Commissioner King: — in order. We're gonna go to the vice chair first.

4    Commissioner  Díaz de la Portilla: Unless the vice chair deferred to me for two minutes.

5    Commissioner Carollo: Well, I have one of him but a statement to make and then before

6    I proceed I will gladly give the floor to you for those questions.

7    Commissioner  Díaz de la Portilla: Thank you, sir.

8    Commissioner Carollo: Mine, I think, will be quick.

9    Commissioner  Díaz de la Portilla: Thank you.

10   Commissioner Carollo: Mr. De Grandy, when you were before this body the last time

11   and we went over with you the process we were gonna follow because while by law we're not

12   bound to go along with the timing as the chair said of the county, it is gonna cost us a pretty

13   penny if we don't.

14   What I remember at that last meeting was that this body had agreed that you would come

15   before us. The last meeting was canceled so it was placed with this one and then we will give

16   you final instructions if we decided that we were not going to vote for this exactly the way you

17   had it. If we did, well, that was fine, but if we didn't, we gave you some final instructions on

18   how we wanted to end up with the districts that you would then do that. You would come to us

19   and we would have that final hearing on that time so that we could meet the requirement of the

20   county and save a buncha dollars.

21   Am I correct in that or did I forget something?

22   Mr. De Grandy: That is my understanding of the direction that you gave us,

23   commissioner.

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1         Commissioner Carollo: I'll cede the floor to you then, for your questions, and then I'll

2 take it back.

3         Commissioner  Díaz de la Portilla: Thank you Commissioner Carollo.

4         Commissioner King: Go ahead.

5         Commissioner  Díaz de la Portilla:  Thank you, Madam Chair.

6         Mr. De Grandy, is there any legal requirement or legal principle that we have in coastal

7 district?

8         Mr. De Grandy: No, there is no requirement but once you told me to maintain the core

9 and configuration of the existing districts, I kept that coastal district as a coastal district, but there

10 is no legal requirement. I mean I could start from scratch and create a new plan if you want,

11 which is we discussed and this commission said no, maintain the core of existing districts to

12 minimize voter confusion and disruption.

13         Commissioner Díaz de la Portilla: This commission could change that vote, right, and

14 reverse that and say we don't need a coastal district? There's no legal protection having a white,

15 for lack of a better term, district, correct?

16         Mr. De Grandy: No, there is no legal protection to having a coastal district.

17         Commissioner Díaz de la Portilla: For you, Madam Chair, what is your thinking in terms

18 of how you wanna undergo this process? Commissioner Carollo brought up a very good point.

19 He sort of asked a question I was gonna ask but I missed a couple of things that I wanna know.

20 There's a deadline. What's that exact deadline?

21         Commissioner King: The deadline is February.

22         Mr. De Grandy: What we have been told by the supervisor of elections is to have a plan

23 by the end of February and, if not, again, the consequence, as she explained to me, it's

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   approximately $115,000 in cost of production of new voter cards and mailing cards. If you don't

2   do it at the same time that the county's doing and anywhere from 20 to $40,000 in staff time. It

3   could be 135 to 150,000.

4       Commissioner Díaz de la Portilla: Outside that artificially imposed deadline by the

5   elections department, what is the real deadline? Let's say hypothetically we wanna pay the 135k.

6   What would be the real deadline?

7       Mr. De Grandy: You don't have to redistrict until sometime before qualifying.

8       Commissioner Díaz de la Portilla: Which will be?

9       Mr. De Grandy: You could leave a reasonable time before qualifying, but you're talking

10  about your next elections are 2023. Short of that, you have until some reasonable period prior to

11  qualifying.

12      Commissioner Díaz de la Portilla: Madam Chair?

13      Mr. De Grandy: From a legal perspective.

14      Commissioner Díaz de la Portilla: Thank you. What's your thinking in terms of the

15  processing, public hearings?

16      Commissioner King: Well, my thinking is and I thought we discussed that in our

17  commission meeting that we would take this plan to our communities. I want to ensure that

18  democracy prevails, that we give our communities an opportunity to weigh in to give us input

19  on how we would like our maps to be redrawn.

20      For me, I am not held steadfast. I don't want to rush this process. I understand that

21  because of the pandemic and the census being late, we are here and if we could make that

22  deadline, great, but I don't wanna disenfranchise anyone and not be able to hear from our

23  communities. Appropriately, give them enough to say what they believe because that's why

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1  we're here, to listen to what our communities have to say, get their input.

2      I would like to be fiscally sound if at all possible but today is February 7th and the

3  deadline is the end of February. We have to create our timetables, our schedules, and, frankly,

4  we all have to get this information out to our communities. For me, I will not object if we do not

5  meet the Miami-Dade County deadline. It will be an objection.

6      Commissioner Díaz de la Portilla: Thank you.

7      Commissioner King: That's not gonna drive my decision.

8      Commissioner Díaz de la Portilla: Thank you, Madam Chair.

9      Commissioner Carollo: I guess I would need to hear from the chair on this. If we do that,

10  we need to establish at least our own deadline so that this doesn't go on forever and ever.

11      Commissioner King: Absolutely.

12      Commissioner Carollo: Any time a  small group of people want to stop something in the

13  city of Miami, they'll study it to death. They'll have community meetings to death and this is

14  what happens. I would go along with that even though I think that we could accomplish this.

15  Maybe you've gotten a little extension from the county in the way that we have stated in the last

16  meeting that we discussed this. We certainly have to give a time and date by when we'll finish

17  this.

18      Is it the end of March? That gives us another month where we could have in all our

19  communities town hall meetings. In fact, today I've counted 43 people that I counted here that

20  came. I don't know how many of those spoke. Out of those 43, there was one from District 4.

21  There was one from Downtown Miami District 2 and there was from Brickell District 2. The rest

22  were mainly from the same area of Coconut Grove.

23      Commissioner King: What are you gonna do about it?

### Transcript 3 - Miami City Commission - Feb. 7, 2022

1    Commissioner Carollo: I didn't see any of my old neighbors from the North Grove here

2    today. Thought I didn't see anyone from your district.

3    Commissioner King: One.

4    Commissioner Carollo: Okay, one.

5    Commissioner King: One.

6    Commissioner Carollo: Commissioner, zero. There was zero from mine and there was

7    one lobbyist —

8    David Winker: Yes, sir.

9    Commissioner Carollo: — from yours and Mr. Winker has had people in different cases

10   he's represented. I wish at some time we could revisit those two duplexes because I still think

11   that we should look at that further, Mr. Winker. That left a bad taste in my stomach and is part

12   of what's been going on in many parts of our city and our district, but the bulk of our districts

13   haven't had the beef.

14   Commissioner King: I agree. I agree that we should set a deadline. I don't anticipate this

15   going on and on and on. We do need to address it. We need to resolve this as quickly as we can

16   but again with input. I am not purporting that, proposing that we take this up to our qualifying

17   deadline. No, I would like to resolve this as quickly as we can but I do want to be able for the

18   community to say, "We had adequate input."

19   Commissioner Carollo: Yeah, no more than 45, 60 days.

20   Commissioner Díaz de la Portilla: Do you wanna set a deadline today?

21   Commissioner Carollo: I think we should.

22   Commissioner King: We could.

23   Commissioner Carollo: Yeah.

### Transcript 3 - Miami City Commission - Feb. 7, 2022

1    Commissioner King: We could set a deadline today. We could set a deadline today. I'm

2    not opposed to that.

3    Commissioner Carollo: Yeah, I think we should do that.

4    Commissioner King: I'm not opposed to that.

5    Commissioner Carollo: Now, if I could go to some of my statements and some of the

6    questions we wanna make.

7    Commissioner King: Then again —

8    Commissioner Díaz de la Portilla: Before they go there —

9    Commissioner Carollo: Yes?

10   Commissioner King: Hold on, commissioner. Again, for my process, so that it's fair for

11   everybody, I will go to my vice chair and then I will go in order of the districts.

12   Commissioner Díaz de la Portilla: Didn't you do that before? You started with your vice

13   chair and then you started over. Are you gonna repeat it? No, no. I mean I just wanna be

14   consistent.

15   Commissioner King: Yes, we're gonna be consistent.

16   Commissioner Carollo: He had two brief questions and they were brief.

17   Commissioner Díaz de la Portilla: You're talking about you? You have two brief

18   questions?

19   Commissioner Carollo: No, no, no. I'm saying, Commissioner Díaz de la Portilla, they

20   weren't brief but I've let them come in.

21   Commissioner King: Let's start with Commissioner Carollo.

22   Commissioner Carollo: Okay.

23   Commissioner King: Let's start with you.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1  Commissioner Carollo: Yeah, thank you, chair.

2  Commissioner King: We give him and we'll go in order of what I said.

3  Commissioner Carollo: I'm taking this off so I can be heard better but I'm one of those

4  old guys and I do believe in wearing the mask. I think besides myself, the chair, the last of the

5  Mohicans that from the elected officials, including the mayor, have not gotten COVID, so knock

6  on wood that we stay that way.

7  I think it's important to go into history so that we could understand how this whole

8  process came about, the districts and so on. I heard from some people here, legitimately, they're

9  new, they were asking questions and while to some they might have seemed ignorant questions.

10  I didn't take it that way. I thought they were good questions because they don't know.

11  For instance, why do we have a coastal district? It's a good question and I'm gonna

12  answer that today but before I proceed since some of the people that spoke here, I think one said

13  they were from New York, another form Michigan or up north somewhere and then different

14  people from other areas that have moved here in the years before we made districts.

15  Does anybody here know how districts came about, from the public, anybody? I

16  commissioned the public, but I don't even see one hand. Let me explain to you how districts

17  came about. We had an election in the city of Miami. At that time, the mayor was part of the

18  commission. The mayor was elected citywide and he was one out of five. He had a vote, unlike

19  now, on the commission. All of the commissioners ran citywide.

20  What happened was we had an election  and the sole African American commissioner

21  lost and there was no African American representation in the commission. Now, there were some

22  that wanted to challenge it but, at that stage, it was gonna be years before they would have

23  succeeded in court and I will tell you why because they could not prove that it was because of

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1  discrimination, the demographics other than maybe he was a bad candidate, someone that people

2  didn't like.

3        It would've taken more elections to have been able to prove otherwise. At the same time,

4  I would've been seeing the trend with the sole — lack of a better term — Anglo commissioner

5  that we have left and that in the next election or when he decided to retire or die, he might've

6  been the last of the Mohicans.

7        As mayor at that time, and I was the mayor, I put my neck in the line. I put all my political

8  capital to immediately have a referendum to approve district elections and to have an executive

9  mayor like at the time the county had that was not part of the commission.

10       While the districts have good but they also have a lot of bad that come along with them.

11 There's a lot of baggage to districts. Also, I thought that it far outweighed it having districts but

12 having equal representation within the commission and to assure that we would always have a

13 balance of what our population in the district and that there would always be an African

14 American commissioner and an Anglo commissioner because if we would've citywide elections,

15 the trend was very different.

16       I believe that trend will show even today if we have citywide elections and the way that

17 the original districts were made, this why we've had a whole coastal one. It was made that way.

18 It was gerrymandered but it was a legal gerrymander so that you would have an Anglo elected

19 commissioner.

20       Even today, the only way that that could happen is if you have that whole coastal area.

21 There's no way that you can separate the Grove or that you can separate downtown or what's

22 left of the Upper East Side and create just a district for a District 2 so that someone Anglo could

23 be elected. The numbers aren't there.

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    Now this was how it was done in 2000. In 2010, obviously, the maps changed because

2    of the population shift so there was a big chunk in the upper northeast all the way to the

3    boundaries of the city of Miami that we're putting to District 5. There were other changes that

4    were made in the different districts where you could have that balance. Now we come to today.

5    I'm gonna tell you some of the changes that have happened. Silver Bluff that's a distinct

6    community if you wanna call it as Coconut Grove was. Silver Bluff was divided. Two thirds of

7    it is in District 4. One third approximately is in District 3.

8    Shenandoah, another historical community in the city of Miami was divided. Two thirds

9    is in District 4. Approximately one third is in District 3. Little Havana, Little Havana was

10   divided. You have people now trying to tell you that Little Havana begins at 27th Avenue by 8th

11   street to NW 7th. No. Little Havana begins at 37th Avenue all the way down. This is why you

12   have Versailles at 8th Street and 35th Avenue, La Carreta at 8th Street and 36th Avenue cause

13   that's how far Little Havana went. Little Havana was divided from 27th Avenue to the river to

14   the 8th Street area all the way to 37th. It went into District 4. The rest stayed in District 3. Flagami

15   originally was one area back in 2000 for the District of 1 if I remember.

16   Well Flagami has been divided also. One community. Part in District 1. Part in District

17   4. There are more communities like within District 4. I'm sure that in District 1 you'll find some

18   others. So, I'm bringing this so you could have a historical impact that this body is just not trying

19   to cut up communities for the heck of it. We've had to do this in the past so that we could meet

20   first of all the types of people that this was an impediment to elect. We needed to make sure and

21   we need to make sure that there's gonna be an African American elected end up in this

22   Commission. We need to make sure there's an Anglo American elected and up in this

23   Commission that in the rest of the districts that are majority Hispanic, that they stayed that way

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1  so that the 67% of the population, 68, of the City of Miami, the Hispanic, will have three

2  representatives in the Commission.

3      So, I wanted to go over that so you could understand historically why we have done

4  things and why we have to now make additional changes. District 2 has been the district that has

5  grown by leaps and bounds. The reason is because that's where the developers make all their

6  money by the water. That's where the over build has come and that's why this district has grown

7  so much more in population than the other districts. You cannot go into downtown Miami or any

8  higher than that and start trying to cut up and balance the populations without affecting District

9  5 and some of the other districts in the way that I described of why we went into districts.

10     So, it doesn't leave you much room to do it in. It doesn't have to be exactly as Mr. De

11  Grandy described it, but there are gonna have to be some changes and I think this is gonna be

12  one of the first votes that this Commission needs to take today. The area of Coconut Grove, I've

13  lived in Coconut Grove. I still own property in Coconut Grove. I know Coconut Grove. I wish

14  that the peacocks would be left alone. Having said that, Coconut Grove is really four

15  communities in one. That's what you usually find when you have communities that have a wide

16  range of land and have waterfront, have areas with high incomes, areas that don't have as high

17  income. You have North Coconut Grove. That could go from 27th Avenue up to the

18  Rickenbacker or some might say from 2nd to Rickenbacker. That's why I asked the gentleman

19  from the homeowners group where he considered it. He said 27th Avenue.

20     You have the Center Grove, which he gave a description of what he felt it was. You have

21  the South Grove, which are your big, big blocks and where you have your huge waterfront

22  mansion that don't have as much in common with the Center Grove, with the North Grove and

23  you have what is now called the West Grove. The traditional African American community, the

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   Bahamian community that has been shrinking more and more throughout the years. You might

2   even wanna look at the old school Coconut Grove that basically is North Coconut Grove that all

3   the high-rises that are either in South Bayshore Drive or by the water that are even more different

4   of the people that have moved there than the other four areas that I mentioned.

5          As I see it, in order to give balance, first of all protect the integrity of what was done in

6   2000 and making sure that we keep African American district, that we keep an Anglo American

7   district, but that we also keep that same balance and having a balance in the Hispanic districts. I

8   don't see any other way that we're gonna have to come in. At least a small portion into Coconut

9   Grove. Now where do we come in? I think there's probably the areas to be up for discussion.

10  But the — I don't necessarily think that where the line has to be drawn is Day Avenue, but that's

11  as we move along in this discussion that we could get into that. One of the decisions that we

12  have to make here today is precisely that is Coconut Grove is gonna be open so that we can bring

13  the balance that we need into all the districts or we're gonna say no. It's gonna be the only

14  neighborhood in the city that would not have different parts of it as I described many of the main

15  others in other districts. Then the outcome of that would be that guys like— that look like us,

16  with last names like us, in the near future might not be elected necessarily from the districts that

17  we represent. What I tried to stand up for back in 2000 to make sure that we had a balance of our

18  population is gonna go the opposite way by those decisions. So, for now that's what I have to

19  say, but if Mr. De Grandy, if I could get you back here for a minute.

20         Mr. De Grandy: Yes, sir.

21         Commissioner Carollo: This doesn't require any major further analysis outside of what

22  this Commission would like to see. The only analysis that it would require from that if we give

23  you, well at least the majority of us in a vote, give you marching orders is then for you to write

### Transcript 3 - Miami City Commission - Feb. 7, 2022

1  down the numbers that would make sense and see how deep we have to go into an area or not.

2  We work out those numbers. Outside of that, that might take you a couple of weeks or so to do.

3  Is coming back to us with your final proposal for us to accept it or not, if we accept it, then we

4  could go and bring in to the community. We could have a town hall meeting in each one of our

5  districts. Then bring it to a final vote.

6       So, I don't see this having to need months and months and months because precisely this

7  is the feeling that I'm getting. That I wanna see something different, figure the only way to

8  achieve their goal is to keep this going and going and going and going. So, if you have marching

9  orders from the Commission today, how long will it take you to come back and then give us the

10  final numbers based upon what we've asked you to do. I think we're gonna need to be very

11  specific in areas or I surely will be.

12       Mr. De Grandy: Okay, Commissioner, if — it depends on the number of changes, but

13  reasonably, if you give me specific directions and say general this area do this, generally this

14  area, do that, we can bring something back to you in two weeks. It will not be the final plan,

15  because again, the reason that I had needed more time for the final plan is because we also

16  provide a report on the final plan that explains the rationale basis for each of the changes. To

17  answer your question, is depending on the number of changes, yes, I could come back in a couple

18  of weeks with a revised plan.

19       Commissioner Carollo: In a couple of weeks, okay. Chairman, if we could get there to

20  where we have a consensus among us today and we tell Mr. De Grandy, these areas that we

21  specify clear areas, is what we want. We vote on it so that the majority of us are instructing him.

22  He comes back in approximately two weeks or so. We have to make sure that we have a date set

23  and I would recommend that we do these meetings, stand-alone and I see you could see why.

### Transcript 3 - Miami City Commission - Feb. 7, 2022

1   How many more weeks do you think we need for each of us, and we could do it in the same

2   week, each of us, cause there's different districts to have the community meetings in each of our

3   districts and then be able to come back to vote upon it?

4          Commissioner King: That would be the will of the body. I think once we know what the

5   two-week deadline is, that would give us nearly a month because we can ask for two weeks to

6   take it to our districts, but we would have a month lead-time to advise the districts and schedule

7   it. So, I don't think that we need more than two weeks subsequent to receiving the plan to take

8   it to our district.

9          Commissioner Carollo: Okay, so and I agree with you. So, I think that if we vote upon

10  the what would bring this to a final vote on or before the end of March, then we're in a good

11  position then?

12         Commissioner King: Yes, I agree.

13         Commissioner Carollo: Okay, all right.

14         Commissioner King: So now, I'm sorry I didn't mean to cut you off.

15         Commissioner Carollo: No, no, no I'm —

16         Commissioner King: Okay, so what I did which none of my colleagues knew I was doing.

17  I set my timer for 15 minutes and you closed almost at 15 minutes and I'd like to give my

18  colleagues 15 minutes to bring your concerns or your questions, your comments —

19         Commissioner Carollo: That's fair, very fair.

20         Commissioner King: — so that — and we do have another meeting subsequent to this,

21  but it will be short.

22         Commissioner Carollo: What meeting is that?

23         Commissioner King: The Overtown CRA meeting. I had to cancel it at the last

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    Commission meeting and I'd like to take that up.

2           Commissioner Carollo: Yes. Yeah, I will be there.

3           Commissioner King: Going along with my order, Commissioner.

4           Commissioner Díaz de la Portilla: I like your discipline. I'm gonna give you — I need a

5    little favor today from you. I've asked my questions. I have two questions. I have some follow-

6    ups for those. I'm done for today.

7           Commissioner King: Okay.

8           Commissioner Carollo: So, you're gonna give me your fourteen and-a-half minutes.

9           Commissioner Russell: It's coming this way. I got 30 minutes.

10          Commissioner Reyes: But if somebody's gonna be given time, it's me here. I've been

11   left out.

12          Commissioner Díaz de la Portilla: But I would like though to say a few things quickly.

13   Are we going to take a vote today on a deadline —

14          Commissioner King: Yes, we are.

15          Commissioner Díaz de la Portilla: — for the final plan?

16          Commissioner King: Yes, we are.

17          Commissioner Díaz de la Portilla: That's your intention?

18          Commissioner King: Yes, it is.

19          Commissioner Díaz de la Portilla: Okay. Well two different dates, I know.

20          Commissioner Carollo: Yeah, they're gonna have to be, I think, three votes. One which

21   is a key vote is do we keep Coconut Grove intact or is it open? To try to balance districts? That

22   should be one.

23          Commissioner Díaz de la Portilla: I agree.

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    Commissioner Carollo: The second vote should be on the timing.

2    Commissioner Díaz de la Portilla: A special Commission meeting.

3    Commissioner Carollo: A special Commission meeting that ends by no later than the —

4    Commissioner Díaz de la Portilla: March 30th.

5    Commissioner Carollo: Yeah and the other one would be, we have to agree on the final

6    marching orders that we will give Mr. De Grandy unless we're in full agreement with his plan.

7    Commissioner Díaz de la Portilla: So, madam chair. I need to follow up on that. There's

8    going to be a Commission meeting probably in two weeks when Mr. De Grandy comes back to

9    us with a somewhat revised plan after we take our votes today. There will be meetings. Mr. De

10   Grandy will hand each one of us individually in that two-week period. Correct? So we can kind

11   of express our concerns again to you so you take all that into account if we move forward. I

12   would request that at least with me.

13   Commissioner Carollo: I would, if I may, suggest that Mr. De Grandy is gonna give us a

14   date that is acceptable to all of us that he's coming back. He'll give us that date today. Then

15   beginning today, tomorrow, we let our district, each district know —

16   Commissioner King: Yes.

17   Commissioner Carollo: — when we're gonna have that meeting to present his plan.

18   Commissioner King: Right.

19   Commissioner Díaz de la Portilla: Correct.

20   Commissioner Carollo: This way they have all this time —

21   Commissioner King: To prepare.

22   Commissioner Carollo: — to prepare.

23   Commissioner Díaz de la Portilla: After that meeting, we'll then have public hearings in

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1 each one of our districts.

2     Commissioner King: Yes.

3     Commissioner Carollo: Yeah.

4     Commissioner Díaz de la Portilla: Then we'll set a deadline for March 30th to say

5 hypothetically —

6     Commissioner Carollo: Yeah.

7     Commissioner Díaz de la Portilla: — will we vote the plan out?

8     Commissioner Carollo: Exactly.

9     Commissioner King: Yeah.

10     Commissioner Díaz de la Portilla: People have testified today, they'll have an

11 opportunity obviously to testify in the next Commission meeting.

12     Commissioner Carollo: Sure.

13     Commissioner Díaz de la Portilla: When they see the final plan.

14     Commissioner Carollo: Yeah, absolutely.

15     Commissioner Díaz de la Portilla: Okay. That's fair. That's it, I'm done.

16     Mr. De Grandy: Madam Chair if I may, the only thing that I would say is if you want a

17 pretty much finalized product in two weeks, please give me as succinct direction as you can

18 today of what additional movements you want so that I can do what you're asking me to do.

19     Commissioner Díaz de la Portilla: What I wanna try to avoid, I don't know how my

20 colleagues feel. What I wanna try to avoid is drawing a map from the dais. We had that problem

21 in Tallahassee often. You remember. You were there. Before I got there , I had to do the same

22 thing. In Committee meetings, people — everybody has their own ideas of how a district should

23 look like. Cause they know their districts or how the City map should look like or that case of a

### Transcript 3 - Miami City Commission - Feb. 7, 2022

1   state map. Everybody tries to say well, how about if you move this street from here to here and

2   that avenue — that's gonna be something that's gonna drag out all day.

3           Mr. De Grandy: No, no. I'm looking at areas. If you give me concepts to say —

4           Commissioner Díaz de la Portilla: Well I —

5           Mr. De Grandy: Like for example the Grove, do I cross? Do I not?

6           Commissioner Díaz de la Portilla: Well we'll take up all of that. One more thing madam

7   chair. I think the Commissioner Carollo was very eloquent in highlighting that there are

8   neighborhoods in Miami, Flagami, Shenandoah, Silver Bluff, Allapattah, Little Havana that are

9   probably more cohesive than Coconut Grove cause we did define how Coconut Grove had four

10  different parts. I think it's five, but let's say it's four. Very distinct, very different parts. I was

11  born and raised in Miami. I spent a lot of time in Coconut Grove. I know Coconut Grove very

12  well. Commissioner Carollo has lived in Coconut Grove. So we understand Coconut Grove. You

13  don't have to be — you can be Hispanic and still get a sense of what Coconut Grove looks like,

14  right? But there are communities that are really, really cohesive communities in our city that

15  have been divided for decades by redistricting I mentioned, he mentioned them. There's a lot

16  more, even Allapattah has been divided. Wentworth was divided in the third map. It goes on and

17  on and on. Coconut Grove doesn't have a monopoly on being a community. There are other

18  communities that have been divided. That's the way it is. That's my only thought for today.

19          Commissioner King: Thank you. Commissioner Russell.

20          Commissioner Russell: Thank you Chairwoman. I have three questions for Mr. De

21  Grandy please. The first one has to do with the deadline. Could you explain for the public please,

22  if we do not have an election this year in the City of Miami and the main purpose of our

23  redistricting is for our future elections, representation, what is the purpose — what is the reason

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   for the financial penalty for not getting our ducks in a row for this upcoming cycle, County's

2   experience? Why are we penalized for that?

3        Mr. De Grandy: What the supervisor has explained to me is that once they finish their

4   redistricting process, they have an election in 2022. Your election is not until 2023. So, they are

5   going to redo all the precincts for now kind of configure into the new districts and they're going

6   to reissue all new voters' cards to all voters in the entire county. So, what she's saying is she has

7   to commence doing that by March. If we extend past March, there certainly isn't a legal

8   impediment. There's a financial impediment where the supervisor has informed me that if they

9   then have to come back and redo all the precincts in the city of Miami and reissue all the voter

10  cards, that's where the expense comes from. But there is no legal impediment to your exceeding

11  the February deadline.

12       Commissioner Russell: Thank you. Mr. De Grandy, the second question I have is could

13  you tell us the — in the current form of where the District lines  are drawn, what is the

14  demographic breakup in District 2 by race?

15       Mr. De Grandy: Demographic breakup of the proposed District 2?

16       Commissioner Russell: The current District 2. You gave us the proposed District 2 and I

17  have it here, 37% white, 8% black, 48% Hispanic. Do you know what we are currently where

18  the lines are now?

19       Mr. De Grandy: Currently it is District 2, 52% Hispanic population, 8% non-Hispanic

20  Black and 30% non-Hispanic white, 34% non-Hispanic white.

21       Commissioner Russell: Got it. So the Black population stays pretty close to the same in

22  your draft versus —

23       Mr. De Grandy: What goes down actually is the Hispanic population.

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    Commissioner Russell: I see that. My final question for you is where do you see the

2    population growth having happened most? Is there a population growth in the Grove that needs

3    to be shed? I know we look at it as a district as a whole, but if the population growth is happening

4    downtown, happening in Brickell, happening in Edgewater. How are we seeing growth in the

5    Grove?

6    Mr. De Grandy: How are we seeing growth?

7    Commissioner Russell: In the population census from 10 years ago, what we're looking

8    at now. We haven't changed the density of the Grove. There's been a couple of new towers on

9    Bayshore. But I would venture a guess that we have not seen a population increase in the Grove

10   as there hasn't been a change in the number of homes and units for the most part. Is that a fair

11   assessment?

12   Mr. De Grandy: I would have to look at the data, but I would rely — you would probably

13   know better than I do without looking at the data.

14   Commissioner Russell: It seems that way to me and so my hope is that we can look at

15   shedding the population of the district where we've seen the most growth to create that

16   equilibrium. I do believe that our goal here today is number 1, to find equilibrium within the city

17   for fairness. Number 2, to protect District 5, which is a majority-minority district, but only just.

18   What I'm gonna ask my fellow commissioners is to look a little deeper into my Grove, into some

19   of these finer lines, the cross tabs to see populations of need that may not have the same legal

20   protections as a full minority-majority district, but I'd like to make the case for why they're

21   seeking unity. Coconut Grove has a couple of very unique — I'm sorry District 2 has a couple

22   of very unique characteristics when compared to the other districts.

23   One is there's a lot going on here. This is the financial generator of the city. I don't know

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    if I'm using the phrase correctly, Commissioner Reyes, but it's the vaca lachera of the city. That

2    means all commissioners in some sense have involvement in the interest of what happens in

3    District 2 because negative repercussions in District 2 could affect the finances of the entire city.

4    It's well known as a donor district that as District 2 growth adds to our real estate values, it helps

5    the whole city. It helps out parks. It helps our services and so everyone has an interest and you

6    see that reflected in board chairmanships. You don't see this in other districts as much where all

7    of us get involved in District 2. I welcome that because my hope is that it brings allies on this

8    Commission that we are working together. I certainly wanna thank my residents for coming out

9    today and not just with emotion and passion for what they care about, but with statistics and

10   process and really seeking a good effort moving forward. I'm hearing that from my

11   commissioners and I thank them.

12          As I've gotten to know my commissioners, fellow commissioners, over the last two

13   years, I know that there is not an intention to break up the Grove. In fact, I would say that they've

14   seen the advocacy and the activism of Grove 2, District 2, Coconut Grove residents and they're

15   not consciously inviting that into their districts or their offices or their email inbox. I have a

16   person who is solely dedicated to constituent services of coconut Grove because the activism,

17   advocacy, and involvement is so high. We have a lot of issues and obviously, there's a monolithic

18   like-minded interest in terms of tree preservation and historic preservation, and not only

19   conservation but climate change issues and storm surge and sea level rise. We have the two

20   neighborhood conservation districts, which is something that was brought up by a few residents,

21   which is very key.

22          So what I'm gonna ask is for my fellow commissioners to work with me on charging Mr.

23   De Grandy with some creativity here. That we stay within the letter of the law for the equilibrium

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   that we need to meet, but that we do try to keep the unity of neighborhoods together. I don't

2   consider myself the white commissioner. My mother came from Japan in the 1960s and if there's

3   one thing that is the other unique factor of my district, it's not that the common denominator is

4   race. The common denominator of District 2 is diversity and I love being a representative of that.

5   The folks here did not come saying keep the white Grove white and keep the Black Grove Black.

6   They said keep the Grove the Grove and I thought that was beautiful.

7        When long before politics, most of you know the core of my origin story having fought

8   the contaminated park in front of my house, but some might not know is once I learned that that

9   contamination came from the incinerators. Like the one in the West Grove, Old Smokey, I

10  actually went and joined the Old Smokey Steering Committee, a group of activists that were

11  seeking a cancer cluster within the West Grove and I helped knock door-to-door with my fellow

12  neighbors. There was not white. There was no black. This is really about advocating for a

13  community. When I ran for office, I learned the issues of the neighborhood and in my first

14  election; the precincts of the West Grove outnumbered the precincts in the rest of my district.

15  They turned out greater than they had ever in the past and greater than the other precincts in my

16  district. They voted for me.

17        It wasn't to seek a commissioner of color. It was to seek a commissioner of advocacy

18  and so I have returned that responsibility with the last 6 years of trying to hold that community

19  together. Now while District 5 is a protected district, because it has such issues that affect it,

20  from race and poverty and so many things, I've constantly made the case that perhaps West

21  Grove in District 2 could have greater pressures of gentrification and displacement because it is

22  so surrounded by the market-rate wealth. That has led me to use the strength of my position, as

23  a District 2 commissioner to advocate for a community within my district very specifically and

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   I couldn't have done it without all of you. You have all stood with me from the creation of the

2   West Grove CRA to zoning issues to enforcement issues with code. I really appreciate that.

3       My ask of you is gonna be similar to that here today. The section of the West Grove, the

4   triangle at Bird Road and north, even though it is a majority Hispanic and so absorbing into a

5   Hispanic district would not be a violation of their rights for sure. If it truly does have 497 African

6   American residents there, that is a significant portion of those who are currently in the West

7   Grove. I venture almost 20% of the African American population of the West Grove. I know that

8   they would be equally cared for by any commissioner in this district and represented well.

9       I would like to try to maintain cohesiveness. So, my ask of my fellow commissioners

10   today is to maintain US 1 as that boundary within the Grove. The NCD also, the second NCD,

11   also incorporates bringing together Bay Heights with the North Grove, and the Center Grove,

12   and the South Grove as well. My goal, if we can reach the equilibrium within the legal limits of

13   that disparity, I would like to see US 1 be the barrier up to Simpson Park. Simpson Park, which

14   is at 15th and would cut into Miami Avenue and head north from there as a draft. The concern

15   that has limited and I heard Mr. De Grandy says that I have no options because of the limitations

16   on District 5, anything north I could not absorb in District 5 for diluting the African American

17   population in District 5.

18       He's actually done something that's already potentially solved that problem. District 1

19   now has a dogleg going down the Miami River and touching downtown, which it did not have

20   before. You could continue that dogleg up so that any residents that needed to be shed from

21   District 2 that are the west side of downtown could be absorbed into District 1. The west side or

22   Brickell from Miami Avenue over could be absorbed into District 3. Whatever you can do

23   heading north from there is — it looks like you've already done, but it seems to me that Miami

### Transcript 3 - Miami City Commission - Feb. 7, 2022

1    Avenue could be that natural boundary going, not only through Brickell, but all the way up until

2    it naturally already doglegs at, I believe, NW 22nd Street where it turns into Miami Avenue. You

3    could just simply continue Miami Avenue down south or even further if appropriate. My goal is

4    if that can be done and equilibrium can come as close as possible and even if there's slight

5    disparity in District 2. My request would be that we try to maintain the Grove, which has its

6    elected body of the Village Council, which has its two neighborhood conservation districts,

7    which now has a West Grove CRA, that it does remain intact. That is my ask of my fellow

8    commissioners to give Mr. De Grandy that charge today. Thank you.

9          Commissioner Reyes: You finished?

10          Commissioner King: Thank you.

11          Commissioner Russell: Yes, sir.

12          Commissioner King: And he was three minutes shy of 15 minutes.

13          Commissioner Russell: I got 3 more minutes? Hold on Commissioner.

14          Commissioner Reyes: No, I mean you haven't reached Washington yet. I mean you're

15    gonna build a king filibuster in Washington.

16          Commissioner Russell: We're gonna break that filibuster cause no, I — my goal— I'm

17    not gone yet and I've got — in my last full year but my goal is to leave my district and my city

18    better than I found it in a way that holds legislative futures. Thank you.

19          Commissioner Reyes: It is our — that's the goal —

20          Commissioner Russell: I'm done.

21          Commissioner Reyes: — hold on a second. That's the goal of everybody that is sitting

22    here.

23          Commissioner Russell: I agree.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    Commissioner Reyes: That's the goal of everybody that is sitting here.

2    Mr. De Grandy: He says confirm. He will be running in the primary. You said his last

3    year.

4    Commissioner Russell: I did not say. I said I am serving in my last full year in my district

5    and that is the case no matter what happens.

6    Mr. De Grandy: Okay, thank you.

7    Commissioner Reyes: Okay, that means you will be running in —

8    Commissioner Russell: Of my term.

9    Commissioner King: Commissioner Reyes?

10    Commissioner Reyes: Thank you.

11    Commissioner King: You're welcome.

12    Commissioner Reyes: Thank you. First of all, I do understand that every single

13    neighborhood within the City of Miami considers itself special and unique. We are all unique

14    and special. I think the only one that remembers what Commissioner Carollo was relating to all

15    of you, the reason that we had and it was his initiative, I remember that. That we have districts

16    now. It was because Reverend Dunn, who was a commissioner at the time, lost the election.

17    Then everybody was gonna be according to the trend, the ethnic trend of the City of Miami

18    unless districts were formed. Everybody sitting here would have been Hispanic. Okay?

19    Everybody sitting here. That's why they were formed. That's the odd shape that they have now.

20    It was to make sure and let's call a spade a spade. To make sure that an African American was

21    gonna be elected and that an Anglo as they were called before, was gonna be elected. That was

22    brought to the people and the people voted.

23    Every year, I mean every ten years, in order to protect those two seats, which I think that

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   it is just to that everybody has representation. There have to be changes. I don't see this like I

2   am going to take over, Coconut Grove. I don't want it. I don't wanna take over any area. As a

3   matter of fact, I feel rejected by Coconut Grover's that they don't want me to be their

4   commissioner. I'm hurt but I could assure if I were to be your commissioner, I would represent

5   that area with as much integrity, as much love and dedication as I am representing my district.

6   You can ask my residents. But I wanna ask Commissioner De Grandy. I want you to be very

7   honest because we gave you your marching order. The most important question that we have is

8   this the best you can do to protect the African American seat? I'm gonna be blunt and the Anglo

9   seat, but more important, the African American seat?

10        Mr. De Grandy: Commissioner, if — as I said before, if I go any further east, I'm going

11   to dilute the African American percentage. I can play around and trade back and forth between

12   District 1 and District 5 and maybe be able to get a little more African American population, but

13   again that starts disbalancing District 1.

14        Commissioner Reyes: That is my main concern. I have another question. When you were

15   informing us of the number of voters or residents, not voters, residents, correct me if I'm wrong.

16   You stated that District 4 had a surplus, it has more residents.

17        Mr. De Grandy: We have 2.23 over the ideal population.

18        Commissioner Reyes: 2.3 over the ideal population. Now my question is would it be

19   possible and let me tell you this, it is not that I — I mean I'm doing this because I want everybody

20   to feel represented. This is not, I'm gonna take over any neighborhood because all my

21   neighborhoods have been split. You forgot to name Golden Pine. Half of Golden Pine is mine.

22   Half of Golden Pine is his. They're always represented. It doesn't mean because they change

23   commissioner that they're gonna lose the right to vote or they gonna lose their right as citizens

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    or residents. They're gonna be represented by a City of Miami commissioner. Just let me tell

2    you this, let me ask you this. If the over population that I have, if we take from that

3    overpopulation and we — as I know as you have stated that District 4 will go up to Day Street,

4    right?

5          Mr. De Grandy: District 4 —

6          Commissioner Reyes: — will go —

7          Mr. De Grandy: — to Day Street, yes, that's correct.

8          Commissioner Reyes: — down to Day Street?

9          Mr. De Grandy: Day Avenue.

10         Commissioner Reyes: If we bring District 4 up to US 1 and overpopulate District 2 in

11   that area  and see how can we come if we can keep US 1 as — in that area, I'm not talking about

12   past 27th Avenue. Okay? I'm talking about that area. Which is my — ma'am — it is my district.

13   Okay? Could you look into it and see because —

14         Mr. De Grandy: If you're looking, commissioner, that area, 5,071 people is roughly 5 to

15   6% deviation. So, if I were to take —

16         Commissioner Reyes: I'm not talking about Golden Pine. Bring it down to Golden Pine.

17   You see.

18         Mr. De Grandy: In other words, take part.

19         Commissioner Reyes: Take Golden Pine all the way to US 1. You know what I mean?

20         Mr. De Grandy: Stop at US 1.

21         Commissioner Reyes: Yes.

22         Mr. De Grandy: If I stop at US 1, that triangle that has the north as US 1, and the south

23   as Day Avenue, that triangle is 5,071 folks. That's about 5 point something, 6% deviation.

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1  Commissioner Reyes: No but I'm not talking about from 25th — wait a minute. I'm not

2  talking — from 25th down to US 1. I mean you can add that District 4. What I'm talking about

3  now is from US 1 to Day Street.

4  Mr. De Grandy: From US 1 to Day, in other words, this triangle.

5  Commissioner Reyes: From US 1 to Day. Okay?

6  Mr. De Grandy: That triangle —

7  Commissioner Reyes: See how can you work that out and see how we can do that. Okay?

8  Mr. De Grandy: That triangle just to give you rough numbers, is what? 5 something,

9  almost 6%. Okay? Deviation. What that would do, you're now at 2.23. So if I take out 6, you're

10  now under by 4. Okay, but now District 2 is over by 6. That's your 10% no more —

11  Commissioner Reyes: Well that's the only — the — what I was going to suggest and it

12  is what it is. We should do what we have to do.

13  Mr. De Grandy: That's if it —

14  Commissioner Reyes: I personally think that I have a commitment that it was made

15  because I was an advocate for districts at the time. You see and I was not an elected official, but

16  Commissioner Carollo can vouch that I always have my nose in the City of Miami. Okay and I

17  was an advocate for districts. So everybody should be represented. I just wonder if we can try to

18  minimize as much as we can, I'd really appreciate it.

19  Mr. De Grandy: I hear you commissioner but again, if I may for the entire Commission,

20  if you know the concept of the butterfly effect.

21  Commissioner Reyes: That's right.

22  Mr. De Grandy: Every change is affecting another change. So the example that I just

23  gave you is if I did that change alone, I couldn't do any other change that would exceed overall

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1   deviation because I'm right at the [inaudible 03:36:57].

2      Commissioner Reyes: What I was saying is — you see I am 2%, the 6%?

3      Mr. De Grandy: 2.3% over. So if I take 5,000 from you that leaves you at 4 under. Okay?

4   But that now brings that 6% back into the 2 that had 0 deviation. So now, you have 6 and 4.

5   That's your overall deviation as 10. That means I can't make any other changes to the plan. So

6   I can do that. My answer to all of you is if you give me an example, I could tell you yeah, it

7   could be done or not be done, but again, why I'm asking for as much specific direction as possible

8   is because if the Chair has a change and Commissioner Carollo has a change, I need to understand

9   all those in context.

10     Commissioner Reyes: What I want you to do is just analyze as much as you can.

11     Mr. De Grandy: Yes, sir.

12     Commissioner Reyes: How can you play with the numbers and try to keep as much Grove

13  as possible. Always keep in mind that we have a goal here to assure the residents of the City of

14  Miami that they're gonna have representation in all of them.

15     Mr. De Grandy: Understood.

16     Commissioner Reyes: The Anglos and the African Americans, they're gonna have

17  somebody sitting here who's gonna look like them. I'm committed. I think that's it. I am gonna

18  propose that if we're gonna vote on something, let's start making the motions and —

19     Commissioner King: Actually, I haven't had an opportunity today. I go last.

20     Commissioner Reyes: Oh, you're last. That is a trick because you talk whenever you

21  want.

22     Commissioner King: I try not to do that. For me, Mr. De Grandy, I am concerned as you

23  said that District 5 is 51% African American and that could shift so quickly within the next two

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    years with all of the development that is proposed for District 5. You have shortened a portion

2    of my district in the downtown area and I would like that to remain.

3            Commissioner Reyes: Okay.

4            Commissioner King: I would like you to look at other opportunities to make sure that my

5    community stays intact. So I think now would be appropriate to start looking at the schedules.

6    We can start with the schedules. You said you need approximately two weeks to put together —

7            Mr. De Grandy: Two weeks depending on the number of changes to reconfigure.

8            Commissioner King: — to put together — so you're clear about my changes, right?

9            Mr. De Grandy: Yes and let me comment on that though if I may, Madam Chair because

10   again as I said the butterfly effect. I can certainly bring you back down to your original

11   configuration, down to the river. If I do that; however, a portion that I had connected to give

12   Commissioner Díaz de la Portilla 25,014 folks in that last part which has three buildings, and it

13   is overwhelmingly Hispanic. That I will have to put back into District 2.

14           Commissioner Díaz de la Portilla:   Madam Chair? I'm thinking that the area he's

15   talking about is not the area you're concerned about. I'm just reading your mind here. You're

16   concerned for the southern part. The part that goes into downtown Miami.

17           Mr. De Grandy: Down to the MRC.

18           Commissioner Díaz de la  Portilla: Right.

19           Commissioner King: Yes.

20           Commissioner Díaz de la  Portilla: To the MRC building, that area. What he's doing is

21   doing — the part that I really care about is north of that, where you have four, I think, it's four

22   buildings that are 85 at least percent Hispanic.

23           Mr. De Grandy: Yes.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    Commissioner Díaz de la Portilla: So that won't dilute any of your —

2    Commissioner King: Right.

3    Commissioner Díaz de la Portilla: Of your representation there. So I think there's a

4    balance there that we can be fine. I will be amenable to finding that balance. I don't have a

5    problem with that. Because it's not, you know, it's proper categorical representation you'll have

6    in your district and I'll have in mine.

7    Commissioner King: It will maintain —

8    Commissioner Díaz de la Portilla: Yeah, maintain.

9    Commissioner King: Maintain the core of my district that it has been.

10   Commissioner Díaz de la Portilla: I have no quarrel with that.

11   Mr. De Grandy: Okay.

12   Commissioner Carollo: Can I make one statement as a point of information? What Mr.

13   De Grandy refers to and he has to because by law, federal law, this is the only way you could

14   break up districts at the local level, at the state house level, the congressional level by population.

15   The reason that your district is still very safe, Black, just like District 2 is very safe, Anglo with

16   a Japanese flavor now, is that that is the overall population. But that is not the voting population

17   and whatever other voters are in those districts, a lot of them, as we know, we know whom a lot

18   of the new buyers are in condominiums, the people that have last moved here. They're not U.S.

19   citizens yet. They haven't become U.S. citizens yet. This is why District 3, my district, even

20   though we've got a certain population, the voter count down is much lower than some of the

21   other districts. Because it's got a lot of that population that are residents but non-voters because

22   they're not U.S. citizens to vote. This is what we also need to keep in mind, the realities of it.

23   Commissioner King: Absolutely.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1      Commissioner Russell: Madam Chair?

2      Commissioner King: Go ahead.

3      Commissioner Russell: I just have a question to clarify what you had requested of Mr.

4  De Grandy. If what you have asked him to do retains the southern part of your district, would

5  that keep District 1 from touching District 2 anymore? Would that eliminate that connection?

6      Mr. De Grandy: Yes, that would.

7      Commissioner Russell: My ask of creativity was to take District 1 and allow it to wrap

8  around a little bit and if that's not possible, I would recommend District 3 go further north along

9  the border of District 5 since you've already got that touching. So just whatever honors the

10 Chairwoman's request, but still allows us to find more population for the north of my district

11 versus the south.

12     Commissioner King: So let's start. You said you needed 2 weeks and I'm looking at the

13 Commission Meetings calendar. Today is the 7th. Giving the remainder of this week and all of

14 next week, could you have the map to us by the 21st?

15     Mr. De Grandy: By the 24th?

16     Commissioner Russell: Madam Chair, I'm out of town on the 21st.

17     Commissioner King: No, that's just when he delivers a map.

18     Commissioner Russell: Oh, okay.

19     Commissioner King: It's just when he delivers the map. 21.

20     Commissioner Russell: 21, it's a Monday.

21     Commissioner King: Pardon. I know. I mean it would — if you're gonna deliver it on

22 Monday, it won't be ready on Monday. So I'm just — yes. Yes, by the 21st. Okay. So if we can

23 have the map by the 21st I'm thinking —

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1        Commissioner Carollo: Well, then you — 22nd. So he's got a full 2 weeks.

2        Commissioner Russell: Are you ready for a marathon week?

3        Commissioner King: Well, we —

4        Commissioner Russell: 23rd, 24th, and 25th.

5        Commissioner Reyes: I wanna bring up that the 23rd, I won't be able to be here cause I

6    have to be with my grandson who's gonna go under the knife, little kids.

7        Commissioner King: That is important.

8        Commissioner Russell: 24th, 25th, or the 1st?

9        Commissioner Carollo: That's right, 24, 25th and the 23rd. The 23rd I called Marianne

10   and set up that special meeting. That please change it. I don't know if we have changes, because

11   it's a personal matter  and I will —

12       Commissioner Russell: Can you be here the 23rd?

13       Commissioner Reyes: The 23rd, no.

14       Commissioner Russell: What day can you be here?

15       Commissioner Reyes: After the 23rd, whenever you want me to.

16       Commissioner Russell: After which one?

17       Commissioner King: How about the 25th.

18       Commissioner Reyes: Huh?

19       Commissioner Russell: After the 23rd?

20       Commissioner Reyes: Yes, after the —

21       Commissioner King: How about the 25th?

22       Commissioner Carollo: The 1st, the 1st.

23       [Crosstalk]

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1   Commissioner Russell: 25th and then March 1st is Monday.

2   Commissioner Reyes: But what I'm saying is what special meeting are we having on the

3   25th?

4   Commissioner Russell: We have a Miami Freedom Park Special Meeting on the 25th.

5   Commissioner King: On the 23rd. [Crosstalk] It's been changed cause it's not on my

6   calendar. It's the 25th.

7   Commissioner Russell: Yeah, they changed cause he couldn't be here.

8   Commissioner Carollo: You know what? I would put this meeting on the 2th. This is

9   more important right now.

10   Commissioner Russell: Oh, yes.

11   Commissioner Reyes: We can do both.

12   Commissioner Russell: Yeah.

13   Commissioner Carollo: No, it's gonna take a while.

14   Commissioner Russell: You don't wanna mix it.

15   Commissioner Carollo: You don't wanna mix it? I think we should do the Freedom Park

16   thing the following week sometime.

17   Commissioner Reyes: Yes.

18   Commissioner Carollo: Yeah.

19   Commissioner Reyes: I agree with you.

20   Commissioner Carollo: Do this one the 25th.

21   Commissioner King: The will of the body. Commissioner?

22   Commissioner Carollo: The one thing though that I'd like though, for information for all

23   of us, is the clerk — I had asked them when we were speaking if he could call the county and

### Transcript 3 - Miami City Commission - Feb. 7, 2022

1   tell them pretty please if they could give us an extension. He's got some information for us that

2   I think is good cause it's buying us more time supposedly, we could end up saving the money.

3   Mr. Clerk, can you explain what you were told?

4       Todd Hannon: Yes, sir. Commissioners, we could receive an extension till March 10th,

5   to March 10th. Now the state legislature, they will be wrapping up their maps. They'll be

6   completing their maps once the session ends on March 11th. Yes, sir.

7       Commissioner Russell: The state legislature will not have the map ready till March 11th

8   at the end of session.

9       Mr. Hannon: Correct.

10      Commissioner Russell: So by the time they process that, we're easily talking about the

11  following week, probably the end of the following week is March 18th. So why would they need

12  it on March 10th? Can you push them a little harder?

13      Mr. Hannon: They just — you cannot guarantee a deadline after the legislature —

14  legislative session ends. So you know we have a Committee Meeting on March 10th. The

15  legislative session ends on March 11th. It could wrap up at any point in time after that. So the

16  county can't deal with just hypotheticals. We know there is an ending at least for the legislative

17  session. We have a Commission Meeting on March 10th. So we just run the risk after March

18  10th of potentially occurring those costs.

19      Commissioner Russell: But the odds are that there will probably be a loss on that

20  particular district apply to. They have a license this year. This is the absurdity of the Miami Dade

21  Election Department. Their elections are in August of this year. They're saying we wait for the

22  legislature and it's probably gonna be a loss because there always is on what happens up there.

23  There will be a delay in that too. They're probably gonna get the final maps from Tallahassee

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   probably at some point in June. Okay,  so this artificial — so I'm confident that whatever you

2   wanna post by will of the body, I'm confident that that March 10th deadline is gonna be easily

3   extended as we move forward. For now, we'll deal. I'm pretty confident of that.

4          Commissioner King: Okay, so let's see. First deadline we have is February 22nd delivery

5   of the map. We agree on that?

6          Commissioner Carollo: Yes.

7          Commissioner King: Okay, that's the first one; delivery of the map.

8          Commissioner Reyes: And by delivery, you mean get it to you.

9          Commissioner King: To us, to us. So then, we need to set another special meeting.

10         Commissioner Russell: February 25th.

11         Commissioner King: Is that the will of the body?

12         Commissioner Carollo: Yes.

13         Commissioner Russell: This is my question.

14         Commissioner Carollo: We'll do a motion, right?

15         Commissioner Russell: This was my question.

16         Commissioner King: Right. Just getting an idea.

17         Commissioner Russell: Since we had such an in-depth look at the process, the reasoning

18   and everything in this meeting, do we believe that we must have a special meeting to get the

19   second round or could we incorporate it into our Commission Meeting as a —

20         Commissioner King: I think we should have a special meeting because this — we've

21   been at this for several hours and I wouldn't want to drag ours — it's more specialized. It's a

22   direct subject and I wouldn't want to rush it because our commission meeting is dragging. I'm

23   in agreement with a Special meeting if that is the will of the body.

### Transcript 3 - Miami City Commission - Feb. 7, 2022

1      Commissioner Díaz de la Portilla: Yes, I'll make that motion.

2      Commissioner King: Okay wait a minute don't make a motion, yet.

3      Commissioner Díaz de la Portilla: Okay.

4      Commissioner King: February 25th, Special Meeting.

5      Commissioner Díaz de la Portilla: Yes, ma'am.

6      Commissioner King: And then 2-weeks after our Special Meeting we have to take it to

7  our communities, correct?

8      Commissioner Reyes: Correct.

9      Commissioner King: So 2-weeks after the 25th of February would be —

10      Commissioner Carollo: Actually we could take it before that. If we know now that on the

11  25th we're gonna give a final look at this.

12      Commissioner King: But that only gives us 3-days from the time —

13      Commissioner Carollo: No, we can start advertising it now. Is what I'm saying.

14      Commissioner King: No, we can start advertising it.

15      Commissioner Portilla: I can do my community meeting on February 23rd if we can have

16  the maps by the 22nd, right? The next day I can have my community meeting. I can advertise it

17  now.

18      Commissioner Reyes: Do we have —?

19      Commissioner King: No, and that's the point. So that we have time to advertise it

20  between now and receipt of the map. If it's the will of the body that's fine with me.

21      Commissioner Díaz de la Portilla: We may not be able to because we have to have the

22  actual map.

23      Commissioner King: Right.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    Commissioner Díaz de la Portilla: And then advertise that actual map.

2    Commissioner King: Exactly.

3    Commissioner Reyes: That's right.

4    Commissioner Díaz de la Portilla: So everyone can see that actual map.

5    Commissioner King: So that's why I'm saying 2-weeks after the delivery of the map.

6    Commissioner Reyes: Madame Chair?

7    Commissioner King: Mm-hm.

8    Commissioner Reyes: Question: When we advertise it, every commissioner is going to

9    present it at a given date or is there going to be a date? Or is there gonna be a date that everybody

10   is presenting?

11   Commissioner King: Well, for me, I'm thinking that each of you decide on how you want

12   to present it to your communities.

13   Commissioner Díaz de la Portilla: Of course everybody has their own schedule.

14   Commissioner King: Each of you decides when and how.

15   Commissioner Reyes: Individually?

16   Commissioner King: Yes, individually.

17   Commissioner Díaz de la Portilla:    We have a 2-week window to do our community.

18   Commissioner King: Right, you're gonna have a 2-week window.

19   Commissioner Díaz de la Portilla:    We pick the date.

20   Commissioner Reyes: So the advertisement, the meeting advertisement should come out

21   of the Commissioner's Office.

22   Commissioner King: Right, correct. Each of our offices will advertise our community

23   meetings and you can start advertising the community meetings from today.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    Commissioner Díaz de la Portilla: Yep.

2    Commissioner King: Because we're setting the deadlines for today. So we have delivery

3    of the map on the 22nd. We're gonna have a special meeting on the 25th.

4    Mr. Hannon: Time commissioner, time.

5    Commissioner King: I'll get to the time in a minute. All right, so then we're gonna have

6    the time. Do we need the special meeting before we take the maps to our communities or after?

7    I think it would be prudent to have the special meeting after.

8    Commissioner Carollo: Well, yes, but I think we'd need one to be fully satisfied with

9    what we have.

10    Commissioner King: Okay, agreed, everyone? All right, so special meeting on the 25th.

11    Commissioner Carollo: So that will be then what will finally go before the community.

12    Commissioner King: Okay, so 2-weeks after the 25th takes us into, let's say March 15th?

13    It's either March 13th, or March 15th. Which one will it be?

14    Commissioner Díaz de la Portilla: What day is March 15th?

15    Commissioner King: March 15th is a Wednesday.

16    Commissioner Carollo: No it's a —

17    Commissioner King: And it's a non-commission meeting.

18    Commissioner Russell: Its a Tuesday.

19    Commissioner King: Its a Tuesday. I'm sorry and it's a non-commission meeting week.

20    Commissioner Carollo: That's for us to meet on the final —

21    Commissioner King: Mm-hm. mm-hm.

22    Commissioner Carollo: — is what you're saying. Why don't we do it on Monday the

23    14th?

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1       Commissioner King: Monday the 14th?

2       Commissioner Carollo: Yeah.

3       Commissioner Portilla: Why don't we do it the same week we have the commission

4   meeting the following week. We have time.

5       Commissioner Carollo: When do we have the Commission meeting then?

6       Commissioner King: On the 24th.

7       Commissioner Carollo: Mm, we could do it on the 14th or if not —

8       Commissioner King: I think we should do it the week of the 13th any day that week.

9       Commissioner Díaz de la  Portilla: Okay, so that Monday.

10      Commissioner Carollo: the morning of the 14th. March 14th.

11      Commissioner King: Monday the 14th.

12      Stephan Cody: 14th, okay, March. You want to do it all in one motion?

13      Commissioner King: Yes. So we have to decide the time of the Special meeting.

14      Commissioner Carollo: Then between the 26th to the 11th or the 10th we go to our

15   individual communities?

16      Commissioner King: Yes, yes.

17      Commissioner Carollo: You want to cut it up for the 10th, Thursday? You want to go

18   until 11th Friday?

19      Commissioner Díaz de la  Portilla: 11th Friday if that's the case.

20      Commissioner Carollo: Okay.

21      Commissioner Díaz de la  Portilla: Same thing because I don't think no one is going to

22   have it on Friday anyway.

23      Commissioner King: The City Clerk has given me some direction so we'll do three

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    resolutions so we can specify what each special meeting is for.

2            Commissioner Díaz de la  Portilla: Right.

3            Commissioner King: May I have a motion —

4            Mr. Hannon: Just a moment.

5            Commissioner Díaz de la  Portilla: For the Special February 25th, Commission meeting.

6            Commissioner Carollo: Well, no its the delivery of the map.

7            Commissioner Díaz de la  Portilla: A motion to deliver the map on February 22nd to this

8    Commission by 5pm close of business.

9            Commissioner King: Do I have a second?

10           Commissioner Carollo: Second.

11           Commissioner King: Is there any further discussion? All in favor?

12           All Commissioners: Aye.

13           Commissioner Carollo: The motion for a Special Commission meeting.

14           Commissioner Díaz de la  Portilla: At 10am.

15           Commissioner Carollo: At 10am.

16           Commissioner Díaz de la  Portilla:    I'll second that.

17           Commissioner King: Any discussion?

18           Mr. Hannon: Chair the specific purpose for that meeting. What's going to occur?

19           Commissioner King: The purpose of that special meeting is to accept the redistricting

20   map as provided from Miguel De Grandy.

21           Commissioner Carollo: Yes.

22           City Attorney: Madame Chair, can we make it similar, I'm sorry I apologize.

23           Commissioner King: I'm sorry.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1     City Attorney: I was just going to say, how about if we say for the purpose of considering

2   and taking any and all actions related to the redistricting of City Commission Districts including,

3   but not limited to the drafting of any related maps and boundaries.

4     Commissioner Díaz de la Portilla: Yes, because we can change our minds on that day,

5   right?

6     Commissioner King: Well, we should have gone to you in the first place to give us the

7   title, Todd what he said.

8     Commissioner Díaz de la Portilla: Yeah.

9     Commissioner King: For the Special meeting on —

10     Mr. Hannon: I'm sorry you had a motion and second can we just take a vote on that

11   motion.

12     Commissioner Carollo: Motion and second.

13     Commissioner King: All in favor?

14     All Commissioners: Aye.

15     Commissioner King: Motion passes unanimously.

16     Commissioner Russell: Madam Chair, for the 14th I'm currently scheduled to be out of

17   town.

18     Commissioner King: Okay, when will you return?

19     Commissioner Russell: Looks, I would be back that weekend. I'm available all the

20   following week from the 21st on.

21     Commissioner Carollo: Will you be here on the 11th?

22     Commissioner Russell: That looks like that's when I may be —

23     Commissioner Carollo: Huh?

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1      Commissioner Russell: Yes, I will be here on the 11th.

2      Commissioner Carollo: Well why don't we then cut off until the 9th of March with our

3 community meetings and then hold the meeting on the 11th.

4      Commissioner Russell: I'm available then.

5      Commissioner Carollo: Okay so we have to rescind the motion that we would have —

6      Commissioner King: Well we didn't, we didn't make a motion for that so you could do

7 that whenever you want. You can meet with your communities whenever you want.

8      Commissioner Carollo: Yeah, yeah, yeah, yeah.

9      Commissioner Díaz de la Portilla: So we want to have the meeting then, March 11th.

10      Commissioner King: Yes.

11      Commissioner Carollo: Yeah, the meeting will be for March 11th.

12      Commissioner King: Mr. Attorney, could you give us the language for the Special

13 meeting to take place on March 11th.

14      Mr. Wysong: The Special Meeting would also be for the special purpose of considering

15 and taking any and all actions related to the redistricting of city commission districts including

16 but not limited to the drafting of any related maps and boundaries.

17      Commissioner Carollo: Same thing, same [inaudible 03:57:35].

18      Commissioner King: May I have a motion?

19      Commissioner Carollo: So moved.

20      Commissioner King: Second? At 10am?

21      All Commissioners: 10am.

22      Commissioner King: 10am, all in favor?

23      All Commissioners: Aye

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1        Commissioner King: Motion passes unanimously.

2        Mr. De Grandy: If I may. madam chair so I could be clear. On the 25th are we also at

3   10am?

4        Commissioner King: Yes.

5        Mr. De Grandy: The 25th are we also 10 am?

6        Commissioner King: Yes.

7        Mr. De Grandy: Okay, 10am the 25th and 10am on March 11th. Now Madam Chair if I

8   understand correctly. On the 25th I will simply present to you the revised plan.

9        Commissioner Díaz de la  Portilla: On the 22nd.

10       Mr. De Grandy: No, on the 22nd I will deliver it.

11       Commissioner Díaz de la  Portilla: Okay.

12       Mr. De Grandy: On the 25th I will present it.

13       Commissioner Díaz de la  Portilla: Okay, okay.

14       Mr. De Grandy: Then from there you will all go to your districts. On March 11th we

15   come back for final passage.

16       Commissioner Díaz de la  Portilla: Yes.

17       Commissioner King: Correct.

18       Commissioner Díaz de la  Portilla: Now for consideration. As he titled it.

19       Mr. De Grandy: Right, any and all actions which includes final passage.

20       Commissioner King: Correct.

21       Mr. De Grandy: Okay. Got it.

22       Commissioner Carollo: If we could be guided by the City Attorney and the City Clerk

23   on the best ways so that we could start now in advertising that we're going to have a community

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    meeting within our districts. If they could give us some guidance on that.

2          Mr. Wysong: Typically the main consideration is adequate notice. So I believe that all

3    you have to do is coordinate with the City Clerk and the City Clerk will publish the notice for it.

4    We try to do 7-days in advance. We'll schedule it as a Sunshine Meeting and that's all we'll have

5    to do.

6          Commissioner Carollo: Well, we're gonna do it separately in our districts when we said.

7          Mr. Wysong: Right so each meeting would noticed that District 3 meeting to discuss the

8    redistricting plan. We'll publish that on the internet as well as post it.

9          Commissioner Carollo: Mr. Clerk, can we begin working that with the you so that all of

10   us, by this week,  will have you the information and you can go at the latest Friday or Monday.

11   And start advertising them

12         After we decide the time, the location, and the date?

13         Mr. Hannon: Yes, sir.

14         Commissioner Carollo: Is that okay with everybody?

15         Commissioner King: That's perfect.

16         Commissioner Carollo: We don't need a vote on that, I think your —

17         Commissioner King: Okay so I believe this will conclude our —

18         Commissioner Díaz de la Portilla: No, I believe we have a motion on the Coconut Grove

19   question. That we had discussed earlier.

20         Commissioner Russell: I'd like to make the motion.

21         Commissioner King: Please Commissioner Russell.

22         Commissioner Russell: My motion would be to direct Mr. De Grandy to make absolute

23   best efforts to utilize US 1 as the boundary in Coconut Grove and Miami Avenue the boundary

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    further north of 15th where possible. If absolutely necessary Miami Avenue can come further

2    south as you need to grab folks out of District 2, but we make all efforts to maintain the integrity

3    of Coconut Grove part of District 2.

4          Commissioner King: Do I have a motion for that?

5          Commissioner Russell: That's my motion.

6          Commissioner King: Do I have a second?

7          Commissioner Russell: I'd like to hear discussion than for what the potential pushback

8    is because —

9          Commissioner Reyes: Well there's no second the motion dies for lack of a second.

10         Commissioner Russell:  I'd just like to discuss —

11         Commissioner King: Hold on, hold on. Todd if there's no second do we have a

12   discussion?

13         Mr. Hannon: It's the will of the body. The motion fails for a lack of a second. It's the

14   will of the body to decide what direction they want to go next.

15         Commissioner Russell: I'm just seeking guidance, Chairwoman, on if I had worded it in

16   a way, if there's a part of my motion that is causing discomfort that we can address that. Then I

17   can adjust the motion.

18         Commissioner King: I don't think your colleagues are — I think I gave Mr. De Grandy

19   some direction as well. I think he can take your direction and try to, as best he can, incorporate

20   it into drawing the map. I don't think we need to do a motion on it. Mr. De Grandy?

21         Mr. De Grandy: I would like to have direction, because quite frankly if I am to take out

22   all the things I crossed over US 1 on, I do have to make some significant changes in other

23   districts. So I need some clear direction.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    Commissioner Díaz de la Portilla: There's a reality here. You can't go north because we

2    have a protected district, which is District 5, okay. I-95 is a clear boundary so we have a district

3    that includes District 5, and District 2, east of I-95. The only place we can go, we can't go west

4    cause the city ends. So we have to go south, there is no other place to go. The growth is south.

5    Commissioner King: Let me — okay commissioner —

6    Commissioner Díaz de la Portilla: — so my motion, my motion is, my motion — if you

7    allow me, my motion will be to do whatever he is proposing, including splitting Coconut Grove

8    to make sure that we have proportional representation, one man, one vote in the City of Miami.

9    Commissioner King: Hold on wait, wait. Hold on, hold on.

10    Commissioner Díaz de la Portilla: Well I know he knows that, but he wants the record to

11    be — I know he knows that but he wants direction.

12    Commissioner King: Hold on —

13    Commissioner Díaz de la Portilla: I think there's some confusion if I may let me just give

14    you my thoughts on that one.

15    Commissioner King: Hold on let me check with Todd. Todd are we still on the previous

16    motion from Commissioner Russell?

17    Mr. Hannon: That motion died for lack of a second.

18    Commissioner King: That motion died.

19    Commissioner Díaz de la Portilla:     Right.

20    Commissioner King: Now we have Díaz de la Portilla's motion, which is, which is?

21    Commissioner Díaz de la Portilla: Well let me say the reason first. The reason is he

22    already has a map. He made it very clear that he wants direction from this commission. All of a

23    sudden he goes away today and he has direction or an opinion from one commissioner and not

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   the will of the body then he creates all kinds of problems moving forward. To make it clear with

2   the will of the Commission. That's why you're requesting a motion and an approval of that

3   motion. So that we are in essence endorsing parts of your initial map to be able to go south

4   because that's the only place. The only reason he wants south my understanding is because that's

5   the only place he can go.

6       Mr. De Grandy: Well, Commissioner Russell is right, but it's a policy decision. I can

7   go —

8       Commissioner Díaz de la Portilla: East.

9       Mr. De Grandy: — east on District 3 into downtown. It's a policy decision whether you

10  want that movement. I didn't do it because the demographics were dissimilar, but that's all policy

11  decisions for you all to make.

12      Commissioner Díaz de la Portilla: But you went east in District 5 —

13      Mr. De Grandy: As far as I could go.

14      Commissioner Díaz de la Portilla:   To add population as far as you can go without

15  diluting minority voting power in that particular District 5.

16      Mr. De Grandy: I couldn't go further.

17      Commissioner Díaz de la Portilla:   What my motion and how you want to phrase it,

18  maybe you can help me Mr. Wysong, in essence, allow you to move forward with this initial

19  concept of moving south, including dividing Coconut Grove on the natural boundaries, if you

20  want. It could be all the way to South Bayshore Drive if everyone is so concerned about natural

21  boundaries or artificial boundaries as US 1.  Well, South Bayshore Drive is also an artificial

22  boundary.

23      You go as further south as the balance of population to be able to get adequate

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   representation for every particular district. The reality is that we have a district that has 27,000

2   plus more people in it and that is where it has to come from. There are other — as Commissioner

3   Carollo expressed, Commissioner Reyes followed up and I did too. There are many communities

4   in the City of Miami that are split. Many, there's probably — I went back to my office. I left out

5   about three or four so there's probably about twelve cohesive communities in the City of Miami

6   that have been split including: Parts of Liberty City, parts of Wynwood, parts of Allapattah,

7   Silver Bluff, you mentioned Golden Pines, it goes on and Allapattah it goes on and on and on.

8   So it's not a unique affront to Coconut Grove or anything like that. That's happened before for

9   decades here.

10          The reality is that you want to consider yourself a particular community, you're really

11   four communities in one. There is more cohesion in Flagami and Little Havana in terms of

12   demographics, in terms of income, in terms of communities of interest than there is in Coconut

13   Grove. The other fact of the matter is, I forget the exact numbers, but it's 493 African Americans,

14   that triangle you talked about, almost 2,500 Hispanics, and 1.900 Whites. Those are the numbers

15   and what Mr. De Grandy is working on is one thing only, not politics. He's working on numbers.

16   He's got to find representation for 8,000 in one, 7,000 in another and you're 27 over populated,

17   not you, District 2, it's not about you. It's about District 2 and we shouldn't refer to it as my

18   district. I did it a couple of times so I'm at fault too. It's about representation whoever's here.

19   That reflects the population of the City of Miami. The fact of the matter is that we have to go

20   south. I want to make it clear, however you phrase that motion that this commission has no

21   objection going south and to your initial plan in concept, maybe not in detail, but in concept, of

22   moving south. That will be the motion.

23          Commissioner King: Mr. Attorney can you phrase that motion for us.

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    Mr. Wysong: Yeah and I would also double check with Mr. De Grandy because it seems

2    to me like the direction he's getting is he went in the correct direction and to keep proceeding in

3    that direction with the plan that he has already submitted. Save for the tweak for District 5 and

4    the downtown area, but essentially to keep the plan consistent with how it was drafted. Is that —

5    Mr. De Grandy: Yes. As I understood you're motion it is to not hold the US 1 line to the

6    extent that I need to take population to equalize.

7    Commissioner Díaz de la Portilla: Move south young man.

8    Mr. De Grandy: To the extent that I need to make the population.

9    Commissioner Díaz de la Portilla: Yes, yes sir. To balance it out. That's my motion.

10   Commissioner Reyes: Madam Chair.

11   Commissioner King: Hold on a second, there's a motion on the floor. Do I have a second.

12   Commissioner Reyes: I'm going to add something to it and see if I can second it. What

13   I'm going to add instead of explicitly saying or naming neighborhoods to do as necessary to go

14   as far as necessary as required in order to maintain the integrity of the districts in making sure

15   that everybody is represented. All the districts are going to be able to elect representatives that

16   are from their districts that be it and from there — okay and go as far.

17   Commissioner King: Having said that I don't believe we need a motion because that is

18   what your charge is already is that not correct?

19   Mr. De Grandy: That is, but whether to cross US 1 is a policy decision. As Commissioner

20   Russell rightly stated, I could go into downtown into District 3. The question is from a policy

21   perspective do you want that or do you want me to go south on US 1.

22   Commissioner Díaz de la Portilla: For my motion to be clear. The core of my motion is

23   to go south. That's the core of my motion. Everything else you'll come up with a map and debate

### Transcript 3 - Miami City Commission - Feb. 7, 2022

1  it.

2  Commissioner King: Commissioner Russell.

3  Commissioner Russell: Thank you because I may stand corrected.

4  Commissioner Díaz de la Portilla: But do I have a second? Did we have a second though?

5  Commissioner Russell: You do Manolo seconded.

6  Commissioner Reyes: I seconded.

7  Commissioner Russell: I may stand corrected then because what I earlier stated was that

8  I don't believe there is an intention from this commission to break up the Grove that it's only if

9  absolutely necessary and I think there is, I hope there is an effort to keep neighborhoods together

10  where possible. That would be my friendly amendment because if absolutely necessary we have

11  to do what we have to do. But I do believe Mr. De Grandy equalize and meet the legal standards

12  and still keep the Grove together. There is another factor I would like to mention because I can

13  tell you are also drawing these lines based on assumptions of growth.

14  The RTZ in both Douglas Station and Grove Station is going to add a tremendous

15  population to District 4 and possibly District 3 depending on where the lines are, but mostly I

16  believe District 4. Those have not come online yet. They haven't hit the TCOs yet but the Grove

17  Link I think it's called in Douglas Station and then the Terra Project in Grove Station. This is

18  going to add tremendous growth to District 4. I would like to see that if possible we do give

19  direction to hold the community together if not possible. Then we can talk, but if there is an

20  intention to break up the Grove, that feels like the message we're giving and we're sending him

21  south to break up the Grove where there are options that I'm very comfortable with in the West

22  Brickell and West Downtown areas that does not disturb District 5 well they could be absorbed

23  into 3 or 1.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    Commissioner King: Okay, hold on one second. I do not believe that there is any

2  intention to break up any community.

3    Commissioner Díaz de la Portilla: Correct.

4    Commissioner King: There's no intention to break up any community. So the direction

5  is — can you read the — Mr. City Attorney, can you read us the resolution title again.

6    Mr. Wysong: Yeah, as I got it it's the consultant will consider the moving south into

7  District 2.

8    Commissioner Díaz de la Portilla: That's correct.

9    Commissioner Russell: That's an intention.

10    Commissioner King: Let's consider, and can you add Commissioner Russell's friendly

11  amendment?

12    Commissioner Díaz de la Portilla: Well it's not friendly.

13    Commissioner King: It's not? Well, can you just read —

14    Commissioner Díaz de la Portilla: I say it's not friendly because it muddies the waters.

15    Commissioner King: Hold on —

16    Commissioner Díaz de la Portilla:     I think we need to be clear.

17    Commissioner King: — okay but hold on. Let him just read it so I can just hear it.

18    Commissioner Díaz de la Portilla: Okay.

19    Commissioner King: What was his amendment?

20    Mr. Wysong: I think it was similar to D4's which is while attempting to maintain the

21  integrity of the district.

22    Commissioner Díaz de la Portilla: While attempting to maintain the integrity of the

23  district.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1   Commissioner Carollo: I don't accept that amendment because by including that

2   amendment it's going to bring us to another round of discussions.

3   Commissioner Díaz de la Portilla: Correct.

4   Commissioner Carollo: And possible challenges based on that amendment.

5   Commissioner Díaz de la Portilla: Yes.

6   Commissioner Carollo: So from the legal perspective and point of view I think that

7   amendment would be harmful to this process and to the City. So I don't accept it.

8   Commissioner Díaz de la Portilla: Yeah, it's not a friendly amendment. I think we were

9   very clear in what we want to do and I think Mr. De Grandy needs direction in what we want to

10   do and that's why I think we need a motion.

11   Commissioner King: Okay so again.

12   Commissioner Díaz de la Portilla: And a vote.

13   Commissioner King: I have a motion and I have a second. Can you read me the motion

14   again? So we're all clear.

15   Mr. Wysong: Right it's directing the consultant to, as I said, consider going south into

16   District 2 to obtain voter consistency.

17   Mr. De Grandy: Okay and balance of population.

18   Mr. Wysong: To obtain — yeah, and to balance it.

19   Commissioner Díaz de la Portilla:    Balance of population.

20   Mr. De Grandy: Because, again, I want to be clear so that I understand, you understand

21   and there's no surprises. If I make some of the changes that you all are talking about. For example

22   in that part of the river, I've gotta give 2,500 folks back to District 2. I've gotta take them out of

23   somewhere. So there is a possibility I might actually narrow what I'm gonna take from the Grove.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1

2    Commissioner Russell: So District 5, you give the River folks back to —

3    Mr. De Grandy: Excuse me?:

4    Commissioner Russell: You give the river folks back to District 5, correct? You said 2.

5    Mr. De Grandy: Yes, no, because District 5 ended at NW 1st Street in that area.

6    Commissioner Carollo: Yes.

7    Mr. De Grandy: I brought it down to North Miami.

8    Commissioner Díaz de la  Portilla: 1st Avenue, 1st Avenue.

9    Mr. De Grandy: Yeah, so I moved one, yeah, I moved it one avenue. The block

10   immediately touching the river on that section that I brought down has 2,500 people so if I'm

11   going to keep the MRC in District 2. I could keep the MRC, I could keep the FPL site. Across

12   from it has no population, doesn't have an impact on my plan, but the effect is to now disconnect

13   those 2,500 people that I was going to give to D1. So I've got to give them back to D2 or I've

14   got to give them —

15   Commissioner Díaz de la Portilla: To District 5.

16   Commissioner King: District 5

17   Commissioner Díaz de la Portilla: District 5 is who you're gonna give it to.

18   Commissioner King: No, you're gonna just leave it.

19   Mr. De Grandy: I was going to give it to District 5. It was never District 5's.

20   Commissioner Díaz de la Portilla: But it is now, but it is now.

21   Mr. De Grandy: It was District 2's, in my proposed plan it went to District 1.

22   Commissioner Díaz de la Portilla: And now we're giving it to District 5.

23   Mr. De Grandy: No, District 5 wants to come down to get the MRC.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1　　　　Commissioner Díaz de la Portilla:　　Right.

2　　　　Commissioner King: Well could —

3　　　　Mr. De Grandy: I could do that without those 2,500 people.

4　　　　Commissioner Díaz de la Portilla:　　Oh, correct.

5　　　　Mr. De Grandy: But then I need to move those 2,500 people into either D2 or cross the

6　river down into D3, those are my 2 choices.

7　　　　Commissioner Reyes: Question, question, question. I have a question. If you go down,

8　you go down and you give those additional voters to District 5, how is that going to affect the

9　composition of the rest of the position over there? That is what I am concerned about.

10　　　　Mr. De Grandy: What that will do is right now District 1 has a .35% deviation. Less than

11　1%, so if I take out those 2,500 people that's about 3%, 2.8%.

12　　　　Commissioner Russell: Excuse me Miguel?

13　　　　Mr. De Grandy: Yes.

14　　　　Commissioner Russell: Can the IT Department take the feed off my computer and put it

15　up.

16　　　　Commissioner King: Wait, we're going too far into the weeds. The motion as I

17　understand it is to not tie your hands.

18　　　　Mr. De Grandy: Right, but to make sure Reyes wanted an explanation.

19　　　　Commissioner King: Right, so going a little.

20　　　　Commissioner Reyes: So are we going please?

21　　　　[Crosstalk]

22　　　　Commissioner Díaz de la Portilla: But, madam chair, I think on that point it's clear. That

23　little triangle takes it down to Miami, to the Miami River, those 2,900 people can go to District

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1  1. The other side of North Miami goes to District 5, right? Where the MRC and all that is and

2  all that, right?

3        Mr. De Grandy: Right, the MRC goes into 5.

4        Commissioner Díaz de la Portilla: On your map, yes. That's part of what he drew.

5        Mr. De Grandy: Those 2,500 can either go back to District 2 or cross the river to District

6  3. Now, just if I may just finish this one thought, madam chair, because I think it's important for

7  everybody to understand how one thing —

8        Commissioner Díaz de la Portilla:    Impacts another.

9        Mr. De Grandy: — affects another. If I take those 2,514 people and put them into District

10  2. That ups — it's a deviation from 0 to close to 3%. He's at 3.5 so taking it out from his will

11  put him at 2.5. Now my deviation is no longer — because I'd have different highs and lows, no

12  longer 3.8, my deviation now is 5 and change.

13        Commissioner Díaz de la Portilla: Can we call the question Madam Chair?

14        Commissioner King: Right, call to question.

15        Mr. Hannon: And Chair just again for clarification. The motion is directing consultants

16  to consider moving south beyond US 1 to maintain balance of population.

17        Commissioner Díaz de la Portilla: Yes, that's the motion.

18        Mr. Hannon: Is there anything else?

19        Commissioner King: There was a motion and a second.

20        Commissioner Díaz de la Portilla: Second.

21        Mr. Hannon: Yes it's moved.

22        Commissioner King: All in favor?

23        Commissioner Reyes: Aye.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1      Commissioner Díaz de la Portilla: Aye.

2      Commissioner Carollo: Aye.

3      Commissioner Russell: I'm a no.

4      Commissioner King: Hold on let me do by person.

5      Commissioner Russell: Roll call.

6      Commissioner King: Roll call. All in favor. All in favor?

7      Mr. Hannon: Give me one second.

8      Commissioner Carollo: They're blocking you.

9      Mr. Hannon: Roll call on the motion. Directing the consultant to consider moving south

10    beyond US 1 to maintain balance of population. Commissioner Russell?

11     Commissioner Russell: No.

12     Mr. Hannon: Commissioner Carollo?

13     Commissioner Carollo: Yes.

14     Mr. Hannon: Commissioner Reyes?

15     Commissioner Reyes: Yes.

16     Mr. Hannon: Commissioner Díaz de la Portilla?

17     Commissioner Díaz de la Portilla: Yes.

18     Mr. Hannon: Commissioner/Chair King?

19     Commissioner King: Yes.

20     Mr. Hannon: The motion passes 4/1.

21     Commissioner King: And this will conclude —

22     Commissioner Carollo: No, no, no, no.

23     Commissioner King: No, we have more?

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1    Commissioner Carollo: No, I think we need to give Mr. De Grandy a few more areas of

2    clear directions. Let me go into them. Mr. De Grandy I wanted to leave here today where you

3    have a pretty clear consensus of where you are heading.

4    Mr. De Grandy: I appreciate that.

5    Commissioner Carollo: At the same time Mr. Clerk when are the elections again for

6    District 3?

7    Mr. Hannon: For District 3?

8    Commissioner Carollo: Yeah, my District.

9    Mr. Hannon: Would be 2025.

10   Commissioner Carollo: Can I run again?

11   Mr. Hannon: No, sir. You would be termed out.

12   Commissioner Carollo: Okay. Okay I'm term limited, so I'm not trying to cut districts in

13   any way to benefit me or anything like that. What I am trying to do is, number one: As I stated,

14   were my goals from day 1 in the year 2000. When I put all my political whereabouts to get a

15   referendum passed for districts, so that we could have African American representation first and

16   foremost. Then into the future be able to have guaranteed Anglo representation, and to have three

17   districts that were Hispanic. These are my intentions here today.  I have no doubt that the way

18   that we'll break in District 5 is gonna be an African American representation. Anyway we cut

19   District 2 the same would happen, because when you look at the voting population, they'll be

20   very high, they'll be able to accomplish that.

21   My concern now is just the opposite of back in 2000. My concern is that if we dilute

22   some of these districts, or one district or another. In particular District 3 and possibly District 1,

23   because District 4 is the most Hispanic by far of any of these three districts. That we're risking

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   into the future, ending up with two districts of Hispanics. So we might have a population that is

2   very plus-majority Hispanic, but because the voting power is not there, you end up differently.

3   This is why I'm going this way. And let's begin in the Grove so that we can finish that and then

4   I'll jump into the rest of the districts.

5         The North Grove, as the gentleman explained to me in his mind, is just past the beginning

6   of 27th Avenue is the North Grove, all the way to where the road that divides — past 17th

7   Avenue. The enclave that we have here next to the museums, these areas are the North Grove.

8   You had suggested that you would come from US 1 all the way from Day Avenue across to 27th

9   Avenue and go up to US 1, where you have pretty close to a triangle, to go to District 4. That

10  would take, out of the 5,071 residents, that would take 497 Black residents out of the traditional

11  West Grove area. I guess you've got a couple of streets in they're slivered. I would suggest that,

12  to try to keep Grove neighborhoods that are more cohesive together. Is instead of giving that to

13  District 4, you go down 27th, South Bayshore Drive, 22nd Avenue, US 1, and you take that area

14  of the North Grove. This way you are dealing with only the North Grove.

15        Mr. De Grandy: Instead of —

16        Commissioner Carollo: Instead of that other triangle.

17        Mr. De Grandy: Okay.

18        Commissioner Carollo: If, for any reason, I don't know what the numbers are, you still

19  need a little bit more population than what you have there. Then use Bird Road as your boundary

20  line. Bird from 27th to US 1, I guess it goes to 32nd more or less, and you like Home Depots

21  right? You get another one. [Laugher.] I would suggest that you try that and this way there's no

22  question whatsoever that the West Grove, the Black Grove, would not be affected in any way in

23  any of the changes.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1      Unidentified commissioner: [inaudible 4:24:45]

2      Commissioner Carollo: Well, what I'm saying commissioner, is that we begin with 27th

3 Avenue to 22nd Avenue, US 1 to South Bayshore Drive so you could bring in the North Grove.

4      Unidentified commissioner: [inaudible 4:25:04]

5      Commissioner Carollo: Yeah, and if you need any additional numbers, which I don't

6 know what they'll be, because the triangle that he's pointed out now seems to be bigger. Then

7 you go down across, but Bird Avenue should be the dividing line. From 27th to US 1.

8      Unidentified commissioner: [inaudible 4:25:29]

9      Commissioner Carollo: Yeah, okay, well I'm glad you are happy with that because I'm

10 not so sure you might be as happy with the next one, but remember my words. You have the

11 most Hispanic — and I'll even go and use the word that's a no-no — besides the most Hispanic,

12 you have the most Cuban district —

13      Commissioner Reyes: It is, it is, it is the —

14      Commissioner Carollo: Out of the three because you have a lot of people with roots.

15 Your district is, for the most part, single family homes, people that have bought their homes that

16 have lived there

17      Commissioner Reyes: And settled, for many years —

18      Commissioner Carollo: For years and years. Whereas, in Commissioner Díaz de la

19 Portilla's district, in my district, we have a lot of old units. That you have people that move out.

20 I wonder sometimes if it's every month. You know, by the sofas that I see out in the streets.

21      Commissioner Reyes: Also I want to add that in my district we have a lot of people that

22 are voters that have been voters for many, many, many years.

23      Commissioner Carollo: That's correct.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1       Commissioner Reyes: And you don't have that.

2       Commissioner Carollo: What I was saying before.

3       Commissioner Reyes: You see, and also Mr. Díaz de la Portilla. One thing that Mr. De

4   Grandy has to take into consideration is the number of voters. What is the percentage of people

5   that vote there?

6       Commissioner Carollo: Yeah.

7       Commissioner Reyes: You see.

8       Commissioner King: So gentlemen, gentlemen if I may —

9       Commissioner Reyes: Oh, I'm sorry, I'm a part of the public now.

10      Commissioner King: Yes, that's right.

11      Commissioner Carollo: In the changes that Mr. De Grandy made. You've gotten a huge

12   Hispanic area on the other side of US 1

13      Mr. De Grandy: Correct.

14      Commissioner Carollo: With a 10-acre park. Douglas Road Park. It's a 10-acre park. A

15   very nice park.

16      Commissioner Reyes: I'll take it.

17      Commissioner Carollo: Well he's put that already but see where I'm going at is that

18   where you're getting all the sirloin but none of the bone. There has to be a balance into the future.

19   So that District 3 — which I can't run again so it's not me — and District 1, can keep the same

20   type of last names, faces that they have, and that we don't end up with diluting artificially,

21   Hispanic population in the City of Miami. So, what I'm proposing Mr. De Grandy is, I think

22   we're okay and the commission has blessed what I mentioned in the Grove part, and I think most

23   people will be happy on that change. If we had to go into the Grove. This area here is a natural

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1   for the commissioner having — and by the way I never from 2000 until today, anybody from the

2   Grove objecting that this area is being taken away from a natural area next door. And District 2,

3   1 and 2, across US 1 to balance it.

4       That's beside the point now. This whole area here which is a very rich area of voters that

5   own their own homes, like the rest of Commissioner Reyes's district. Hispanic. 10-acre park. A

6   lot of movies that you're going to have to do. But he's only going to get a slice, sliver, here in

7   this part of the Grove, of areas that are not as Hispanic like the rest of his district. Now going up

8   this way, I believe you had given me to square off on 27th Avenue, this piece here. For

9   Commissioner Díaz de la Portilla's.

10       Commissioner Reyes: It is right here. [Inaudible 4:29:52.] It's a sliver.

11       Commissioner Carollo: Right, but. No, no, but on top here the sliver that you gave me

12   from Commissioner Díaz de la Portilla's district is from 27th Avenue to 22nd to Miami River to

13   NW 7th Street.

14       Mr. De Grandy: That's correct.

15       Commissioner Carollo: Yeah, You should leave that in Commissioner Díaz de la

16   Portilla's district. I think you gave him these two slivers to go in a straight line.

17       Commissioner Díaz de la Portilla: From 3rd to 7th.

18       Commissioner Carollo: Yeah.

19       Commissioner Díaz de la Portilla: From 3rd to 7th.

20       Unidentified speaker: Why can't we stay on the north of US 1, I don't understand. The —

21       Commissioner Carollo: I would, you know — where it would make sense bring it straight

22   to this other one here. Then the bottom part of this or the top part — both depending on how it

23   pans out — together with this piece, you give to District 3.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    Commisioner Reyes: No, no, no, no.

2    Commissioner Carollo: Well yeah, but see that's the whole thing, you're getting more

3    than two squares here. In prime Hispanic area and you're diluting the Hispanic vote.

4    Commissioner Reyes: Now you're getting into my district. I knew it, I knew it, that

5    sooner or later you're gonna jump in. I knew it, I knew it, I knew it.

6    Commissioner Carollo: Yeah, but Commissioner I'm looking into the future and —

7    Commissioner Reyes: And I'm looking into the future —

8    Commissioner King: Gentlemen, gentlemen, Gentlemen?

9    Commissioner Carollo: You're looking good. You're looking into your election.

10   Commissioner King: Hello?

11   Commissioner Carollo: Not the future of the others. I'm term limited. I don't run again.

12   Commissioner King: Gentlemen wait, if I may. Wait, wait. Gentlemen If I may.

13   Commissioner Reyes: Then we'll go — I know that you have a scalpel and you're trying

14   to carve your way back to one.

15   Commissioner King: Listen, listen, if I may. We have addressed this

16   Commissioner Carollo: Well, that's just exactly what you're doing.

17   Commissioner Reyes: Well no, no, that's not what I've done.

18   Commissioner King: We have addressed this. We have addressed this and Mr. De Grandy

19   has his clear instructions and he will coming back to us individually —

20   Commissioner Carollo: Now, Mr. De Grandy, but I want to be clear in the instructions

21   Commissioner and we have to be clear because look, I don't care on what District 3 could have.

22   What District 1, what District 4. What I care is that in the future, there is sufficient Hispanic

23   votes there to elect a Hispanic. And a Hispanic that is not going to be a lap dog for anybody.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1      Commissioner King: Right.

2      Commissioner Carollo: From those districts and the only way that you could find that

3      balance is within these three districts. Now, District 4 got a huge chunk of rich Hispanic voters.

4      Not just in population, but voters, because these are people that own homes. To balance for the

5      future these other two districts, there has to be a balance. What I saw that Mr. De Grandy did, he

6      went into Commissioner Díaz de la Portilla's district and he got this small chunk here for District

7      3. Then he only went a couple of blocks from 9th Street and purposefully it was cut off even

8      before you get to this park so that this park stays still in District 4. Now, I would have understood

9      it more if he would have gone deeper, but then deeper you're getting more into the Shenandoah

10     area, that I know that Commissioner Reyes has worked, he prefers it for the park. This is why

11     I'm talking about going here. There are no parks to be messed with, even though they're are

12     small here. So that this district, whoever the commissioner is, four years from now, into the

13     future in D1, you have sufficient Hispanic voters in that district, because the one district that is

14     in most danger into the future of losing a Hispanic representative is District 3 because while the

15     numbers and population are extremely high Hispanic, the number of voters are not that high,

16     because you have a lot of illegal immigrants, you have a lot of new residents that live there and

17     don't vote.

18     So, all that I'm trying to do is balance this out for the future. I'm not running again, so it

19     doesn't matter to me. The only way it could be done is within this district. Commissioner Reyes'

20     District is still gonna be highly, highly Hispanic. That there is not gonna be any problem for him

21     or any other Hispanic after him to get elected there. Even with those cuts, right now, the

22     performance for Hispanic votes is way above what District 3 is or what District 1 is. This is why

23     I'm making these observations.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1          Commissioner King: Okay.

2          Mr. De Grandy: May I make a suggestion?

3          Commissioner Reyes: Observation well taken.

4          Commissioner King: Who said that?

5          Commissioner Reyes: Observations well taken.

6          Mr. Hannon: We have him on the record.

7          Mr. De Grandy: May I make a suggestion before —

8          Commissioner Reyes: Observations well taken I also suspected that I knew it. But I think

9   that we have to wait until the experts come in and I mean that I can give you another part of my

10   district you see.

11          Commissioner King: I agree with Commissioner Reyes that —

12          Commissioner Reyes: What I think is, what I think is that we are just turning everything

13   around, are going against what he has proposed, and I don't mind working out in a way that we

14   can make it as Hispanic as you can, because it is Hispanic right now, it's quite Hispanic.  Your

15   part on that area, it is quite Hispanic.

16          Mr. De Grandy: Madam Chair?

17          Commissioner King: Commissioner

18          Commissioner Reyes: Yes, ma'am.

19          Commissioner King: Mr. De Grandy wants to.

20          Mr. De Grandy: May I make a suggestion because as I understood as you were

21   discussing, If I were give Commissioner Díaz de la Portilla back his potion. Give the portion that

22   I gave to Díaz de la Portilla from 4 into Carollo, we're talking now about another 7 or 8 blocks

23   difference from what Commissioner Carollo is saying, because I'm already gonna give him what

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1   I gave Díaz de la Portilla. So we're talking about —

2   Commissioner Reyes: Well, let's do one thing, the one thing that I hate. It is that always

3   you see, he comes around and he wants to cut it his way. You see, that is not the way it works.

4   Commissioner Carollo: What do you mean my way?

5   Commissioner King: Okay.

6   Commissioner Carollo: I was very up front about it.

7   Commissioner Reyes: No, no, no, wait a minute, wait a minute.

8   Commissioner King: Okay, whoa, oh, oh, oh.

9   [Crosstalk]

10   Commissioner King: Wait, wait, wait. Wait, wait, wait, wait. We're not going to, we're

11   not going to get into that. You have clear instructions on what needs to be done. I think

12   Commissioner Russell would like to say something, then I will recognize.

13   Commissioner Díaz de la Portilla: What happened to your order?

14   Commissioner King: Well because he had his hand up a while and this started with going

15   across US 1 so let's have Commissioner Russell, then Commissioner Díaz de la Portilla. Then

16   we have to come to a consensus and end this meeting because we could be here until tomorrow

17   going on this.

18   Commissioner de la Portilla:  But if you let me, I think we're done.

19   Commissioner King: Okay but let me let Commissioner Russell be heard. Commissioner

20   Russell.

21   Commissioner Russell: Thank you, I just have a final question for Mr. De Grandy that

22   can give my residents some potential preview of what we're looking. The motion that passed

23   was to consider moving south. Do you believe that you could equalize the districts within the

108

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1   legal amount of deviation without disturbing the boundaries of Coconut Grove.

2       Mr. De Grandy: Yes. Only if I go from Mr. Carollo's district into downtown. That's the

3   only way I could do it.

4       Commissioner Russell: But it's possible then, thank you.

5       Commissioner Díaz de la Portilla: Madam Chair.

6       Mr. De Grandy: That's a policy issue for you all to make.

7       Commissioner Díaz de la Portilla:     But it's already been — Mr. De Grandy that policy

8   decision has already been made by this Commission.

9       Mr. De Grandy: Okay.

10      Commissioner Díaz de la Portilla: So you understand the policy decision that this

11  commission made.

12      Commissioner Russell: It has so?

13      Commissioner Díaz de la Portilla: That has been made in a motion absolutely.  It's been

14  made on it. It passed 4 to 1. So it's already been made and it passed 4 to 1. So I think the best

15  thing to do to avoid any further debate is that we end the meeting and he already knows what he

16  needs to do. He knows he has the dates and yes —

17      Commissioner Carollo: I do need one question from him.

18      Commissioner King: Go ahead.

19      Commissioner Carollo: Okay, thank you. Mr. De Grandy in the small area from 9th Street

20  down, that you brought me down, I think it was to 11th Street just below this park. So it would

21  not fall into District 3. What is the population of this small area there, and then what was the

22  population of Díaz de la Portilla's area on top that you gave to me?

23      Mr. De Grandy: The movement that we made from District 4 to District 1, had 2,500.

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1        Commissioner Carollo: Then hold on from District 4 to District 3.

2        Mr. De Grandy: Right, I'm just telling you since you also asked for that one. That's from

3        4. Then from 1 to 3, is that what you're looking for?

4        Commissioner Carollo: Yeah, and the 1 from 3, those two.

5        Mr. De Grandy: Okay, the 1 to 3 was 2,897,

6        Commissioner Carollo: The 1 to 3 was what?

7        Mr. De Grandy: 2,897.

8        Commissioner Carollo: 2,897, which voters — okay it's less.

9        Mr. De Grady: The one from 4 to 1 and that's why I was saying —

10        Commissioner Díaz de la Portilla: He wants 4 to 3, he wants 4 to 3

11        Mr. De Grady: Yeah, but that's — if I could take a second. That's why I'm saying

12    Commissioner Reyes, Commissioner Carollo, you're really off by about 7 or 8 streets once I

13    give Commissioner Díaz de la Portilla back his area, and give the area I gave to Díaz de la Portilla

14    into Carollo. You're almost there. Let me now answer your question.

15        Commissioner Díaz de la Portilla: Mr. De Grandy, I'm sorry Madam Chair. That's not

16    what Commissioner Carollo is asking. He wants to see if the number comes close to the 2,897

17    from 4 to 3. Right Commissioner Carollo?

18        Commissioner Carollo: Yes.

19        Commissioner Díaz de la Portilla: Yes.

20        Mr. De Grandy: From 4 to 3 that is 4,232.

21        Commissioner Carollo: How much?

22        Mr. De Grandy: 4,232.

23        Commissioner Díaz de la Portilla: How about if I may ask a follow up to that same

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1   question. What happens of the area you give between 32nd and 37th going to US 1 to

2   Commissioner Reyes that now belongs to Commissioner 2, the Commissioner from the second.

3   The Douglas Park area that you give to District 4 that you take away from District 2.

4         Mr. De Grandy: Just to Douglas Park without crossing US 1?

5         Commissioner Carollo: That whole area that he got from the Grove over.

6         Commissioner Díaz de la Portilla: That whole area —

7         Mr. De Grandy: That whole area without crossing US 1 is 10,496.

8         Commissioner Carollo: 10,496, okay. Now the two slivers that you gave District 1 from

9   District 4, if you could address each of the slivers. The one you want to give me back now, how

10  many people did it have, 4 blocks.

11        Mr. De Grandy: Commissioner the one that I gave from D4 to D3 —

12        Commissioner Díaz de la Portilla: No, D1.

13        Commissioner Carollo: No, D1 now you gave me the D3.

14        Commissioner Díaz de la Portilla: NW 3rd Street north.

15        Mr. De Grandy: Then the one from D4 to D1 is what you want?

16        Commissioner Carollo: Yeah, there's two. Break them down into the two parts.

17        Mr. De Grandy: D4 to D1 is 2510 people.

18        Commissioner Carollo: 2510, and then the other piece. There were two small pieces.

19        Mr. De Grandy: It went from 4 to 1 there was only one piece.

20        Commissioner Díaz de la Portilla: One census tract but two precincts. I think it was one

21  census tract, right?

22        Mr. De Grandy: Yeah, it's basically one movement went from 4 to 1.

23        Commissioner Carollo: Well, you had two pieces, you had from here, to here, to here.

### Transcript 3 - Miami City Commission - Feb. 7, 2022

1      Mr. De Grandy: Right, I consider that one movement.

2      Commissioner Carollo: Okay, one movement.

3      Commissioner Díaz de la Portilla: That total is 2,510 correct? Mr. De Grandy?

4      Mr. De Grandy: Yes.

5      Commissioner Díaz de la Portilla: That whole sliver from 3rd Street to 7th Street, yeah

6  that part. Is 2,510.

7      Mr. De Grandy: 2, 510.

8      Commissioner Díaz de la Portilla: Okay that's it.

9      Commissioner King: Okay, can we —

10      Commissioner Díaz de la Portilla: This is the danger of doing a map on the dais.

11      Commissioner King: Right because here we're doing it from here so can we wrap this.

12  You will meet with each individual commissioner and answer all questions that they have

13  remaining so we can —

14      Commissioner Carollo: My question is: What 4 gave to 1 you guys are you got those two

15  slivers into one. So it's 2,510, correct?

16      Mr. De Grandy: That's correct. I don't have it divided in two. I have it as one and it's

17  2510.

18      Commissioner Carollo: Okay, all right. The other sliver that's next to it. The one that you

19  left out and its gonna make it kind of odd to begin with, which is the last piece here from 37th

20  Ave.

21      Mr. De Grandy: 27th.

22      Commissioner Carollo: No, no, no. Mine is here. This is 27, 32, so it would be from 37th

23  to going back, you know this piece here. On the white 37th actually it would be the one on top.

## Transcript 3 - Miami City Commission - Feb. 7, 2022

1  This piece here: how many people does it have? Those seem to have too many.

2       Mr. De Grandy: That I would have to get you data, I don't have the data for that. But

3  what I can tell you is I went down when I gave those —

4       Commissioner Reyes: I don't want you to add all that he's asking how much — How

5  much is, isn't it correct.

6       Mr. Hannon: We need to hear you on the microphone sir.

7       Commissioner Reyes: How much are you giving to 3 from 2.

8       Commissioner King: Gentleman can these questions be asked and answered —

9       Commissioner Reyes: Absolutely, that's what I want to do. Let's wait because if you are

10  adding only what I'm getting from everybody else well what are you getting from 2, what are

11  you getting from 2 —

12       Commissioner King: The questions will continue, the questions will just continue.

13       Commissioner Reyes: Okay, so that's it.

14       Commissioner King: As he answers, you'll have more questions.

15       Commissioner Carollo: Yeah, but we haven't then checked out what you're getting in

16  the Coconut Grove segment too. That's the problem.

17       Commissioner Russell: Madam Chair I'm ready to have lunch.

18       Commissioner King: Yes, yes, me too. Or dinner. If I may can we adjourn this meeting?

19       Commissioner Díaz de la Portilla: Yes ma'am.

20       Commissioner Reyes: Yes. Move it.

21       Commissioner Díaz de la Portilla: Move to adjourn.

22       Commissioner Carollo: Mr. De Grandy, you understand the concerns.

23       Mr. De Grandy: I think you're very close up there. If I'm correct once I move his back,

**Transcript 3 - Miami City Commission - Feb. 7, 2022**

1    his back and —

2         Commissioner King: Yes, or no, yes or no, yes or no.

3         Commissioner Carollo: And from what I saw of the numbers you gave me, correct me if

4    I'm wrong District 4 has 2,000 plus people.

5         Mr. De Grandy: 1,973, 2.23

6         Commissioner Carollo: Yeah, 2,000 plus more so you can work that down if need be.

7         Mr. De Grandy: I can.

8         Commissioner Carollo: And adjust it. I'm down in population.

9         Mr. De Grandy: Sure.

10        Commissioner Carollo: While he's up. Okay.

11        Mr. De Grandy: I think I can work that out. To both of your satisfaction.

12        Commissioner Carollo: Okay, all right sir.

13        Commissioner King: Okay.

14        Commissioner Carollo: There's a motion to second.

15        Commissioner King: All in favor?

16        Commissioner Carollo: Aye.

17        Commissioner Díaz de la Portilla: Aye.

18        Commissioner King: Meeting Adjourned.



## Vanan Online Services, Inc.
### Think Service Think Vanan

### <u>Certificate of Transcription</u>

Transcription of

**SpecialCommissionMeeting-February72022.mkv**

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript.

A copy of the transcription is attached to this certification.

**Crystal Nichols, Production Manager,**

Dated : 22nd day of August,2022

Vanan Online Services, Inc.
ATA Member #266532
ISO 9001:2015

**Central Park Corporate Center, 1320 Central Park Blvd. Suite 200, Fredericksburg VA 22401**
**Office: (888) 535-5668**
**Email: support@vananservices.com**
**Website: www.vananservices.com**