# <u>Meeting Transcript 5B</u>

**Miami City Commission**
**March 11, 2022**
**Afternoon Session**

Transcript of excerpt of video recording available at:
https://www.youtube.com/watch?v=SyxiRlMTqu0

PLAINTIFFS' TRIAL EXHIBIT

**P7**

1:22-cv-24066-KMM

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    Commissioner King: Back to the special commission meeting, regarding the districting

2    for the city of Miami. Mr. City Clerk, do you have any special announcements?

3    Todd Hannon: No ma'am.

4    Commissioner King: Madam City Attorney, do you need to make any city, any special

5    announcements?

6    Victoria Méndez: No, thank you, Madam Commissioner.

7    Commission King: Mr. Manager?

8    Commissioner Reyes: He's not even paying attention.

9    Arthur Noriega: No, no announcements. This is —

10    Commissioner King: Okay, just checking.

11    Mr. Noriega: — just here as an observer.

12    Commissioner King: Alrighty, we are reconvening this meeting. Mr. De Grandy?

13    Commissioner Reyes: May I — ?

14    Commissioner King: Please.

15    Commissioner Reyes: I have a request that — oh yes.

16    Mr. De Grandy: The department needs to open up, there we are.

17    Commissioner Reyes: Yes, Mr. De Grandy, I have seen all the opposition to that sliver

18    that you have given me. In Coconut Grove, I don't like to be where I am not welcome. What

19    would happen, if you take that off, from — and I mean I know you will have to find a population

20    from someplace else.

21    Mr. De Grandy: Sir I —

22    Commissioner Reyes: If you could, if you could do that, I mean that part of Coconut

23    Grove is gonna stay intact.

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1         Mr. De Grandy: Okay, the answer is, that's 1597 people. Which means, your deviation

2 now goes to a negative 3.9. Those two additional points go to 15, 16, about 1.7, 1.8 is added to

3 D2. So, I have to find other places to take from D2, to balance that out.

4         Commissioner Reyes: Can you take some, find someplace from D2 that will offset that?

5         Mr. De Grandy: Yeah, I —

6         Commissioner Reyes: Where? Where, where, where? But, Where?

7         Mr. De Grandy: I mean, I could go right where I am right now in the — If you could

8 minimize that a bit. So, if you're looking at the map. Do you have it on your screen? I can either

9 go here, or I can go up this way.

10         Commissioner Reyes: Okay.

11         Mr. De Grandy: Okay, and so —

12         Commissioner Reyes: That is not in Coconut Grove anymore, right. No, that is Bay

13 Heights.

14         Mr. De Grandy: Again, I was told to keep Bay Heights in D2. I don't consider Bay

15 Heights Coconut Grove. If folks disagree, I'll stand corrected.

16         Commissioner Reyes: Okay.

17         Mr. De Grandy: But, we can go up this way, I had initially taken — my initial plan had

18 from 17th to Simpson, about 1,293 individuals. What I did when there were objections regarding

19 Bay Heights, is I basically cut here at the line of Bay Heights, and went south to take the same

20 amount of people. So, I would still have this, and I would go up this way, as needed, to bring

21 population into D3, and lower the population.

22         Commissioner Reyes: You see, I don't understand. Wherever you go, you're going to

23 have people that are going to be complaining. But I know that everybody is complaining about

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1  that sliver. Because, they claim that we are going to, what it is, that West Grove, and all of that.

2  And in order to avoid that argument, and people feeling so bad about it, I would request that you

3  leave me out of this, okay? Take that off, okay? And find some other place that you can find the

4  people. Because, I know that I will do my best to represent everybody, the same way that I

5  represent them now. But, that is the will of many people that feel like they are going to lose part

6  of a — they don't want to lose anything. When you go to bed after, if this passes, when you get

7  up next morning, you are going to have the same neighbors. That's it. Okay? You are going to

8  have the same neighbors. But, in order to avoid that, I will ask you to take that sliver out of my

9  district, and that's it.

10      Mr. De Grandy: Okay, I will have to take a recess, and model it, and get back to you on

11  that.

12      Commissioner Reyes: Okay.

13      Mr. De Grandy: Are there any other —

14      Commissioner Reyes: Thank you.

15      Mr. De Grandy: — any other things you would like me to see —

16      Commissioner Reyes: And, that will not affect District 5 at all, right?

17      Mr. De Grandy: That would not touch District 5 for now.

18      Commissioner Reyes: Fantastic, okay, is that fine with you?

19      Commissioner King: That's fine with me.

20      Commissioner Reyes: Okay, thank you.

21      Commissioner King: And, before you take a recess, if you have to take a recess. We can

22  show — you can show the proposed changes. Which shouldn't be changes. Let me put on the

23  record that there was a misunderstanding. What you are giving back to my district, is my district

4

### Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1  already, correct?

2      Mr. De Grandy: That is correct.

3      Commissioner King: And what you are giving back does not affect population at all.

4      Mr. De Grandy: No ma'am, and let me show it, if I may, on the map. We're talking about

5  this area right here, which would be bordered by 95 to the east, the river to the west, and 1st

6  Street to the north. That has zero population, and that would not have any impact in either the

7  base plan, or the Russell plan.

8      Commissioner King: But, it is already part of District 5, now.

9      Commissioner Reyes: It's already part of District 5. The only reason, commissioner, that

10  I am telling you that you have to move to amend the plan is because the action you all took on

11  February 25, is to vote this as the base plan for any further changes. So, any further changes

12  would have to be by motion. But, you're absolutely correct, that has always been part of your

13  district.

14      Commissioner King: Okay, I just wanted to make that clear, for everyone. Commissioner

15  Russell?

16      Mr. De Grandy: Is it your desire to make that motion?

17      Commissioner King: Yes, I'm gonna make a motion to include — I'm sorry Todd. Every

18  time whenever you see him going like that I'm doing something wrong. Then I look over at him

19  real quickly. I'm doing something wrong. What is it?

20      Mr. Hannon: Mr. Grandy, did you need Commissioner Reyes' direction all in the same

21  motion? Or, are you okay with his —

22      Mr. De Grandy: No, no, no. Commissioner Reyes' direction is not ripe for a motion yet,

23  until I can find how to balance.

**Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session**

1    Mr. Hannon: Understood.

2    Mr. De Grandy: It's a direction at this point.

3    Mr. Hannon: Okay.

4    Mr. De Grandy: That I am going to follow and model. Once you're going to actually

5    amend an area, then I would need a motion.

6    Commissioner King: Okay, so because mine is simpler than yours, I'd like to just take it

7    up on motion and get it done with —

8    Commissioner Russell: That's fine.

9    Commissioner King: — okay, do I have a motion?

10   Commissioner Russell: I'll move it.

11   Commissioner King: Second?

12   Commissioner Reyes: I don't know what the motion is.

13   Commissioner King: The motion is to give me back — because in the base plan, he took

14   out a portion of my district. It doesn't affect population at all, but it puts —

15   Commissioner Díaz de la Portilla: But, there's a debate to be had here Madam Chair. You

16   have a motion. When you're ready to debate let me know and recognize me, thank you.

17   Commissioner King: Okay.

18   Commissioner Díaz de la Portilla: Thank you very much.

19   Commissioner King: I have a motion, do I get a second?

20   Commissioner Reyes: Let me hear what's the — the little piece —

21   Commissioner King: Uh-huh.

22   Commissioner Reyes: You want that little piece?

23   Commissioner King: Uh-huh.

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    Commissioner Reyes: Okay, and that is, in return, what is — 'cause I don't understand.

2  You want that little piece that is at the end?

3    Commissioner King: Well, it's already a — it is already part of my district now—

4    Commissioner Reyes: Actually its part of —

5    Commissioner King: — it's part of my district now.

6    Commissioner Reyes: Okay.

7    Commissioner King: And there was some misunderstanding with Mr. De Grandy, from

8  instructions from me. He included a part, but he didn't give me all of it. Now it doesn't affect

9  population. So it won't skew the population, it doesn't take anybody's population, it doesn't give

10  anybody population. It just gives me back what is currently District 5.

11    Commissioner Reyes: I understand that.

12    Commissioner King: Okay.

13    Commissioner Reyes: It's fair.

14    Commissioner King: Now, do I have a second? I can second it.

15    Commissioner Reyes: I second it. I second

16    Commissioner King: Okay, oh so I have a motion, and a second. And, now it is up for

17  discussion. So, we are going to let Commissioner Alex Díaz de la Portilla speak.

18    Commissioner Díaz de la Portilla: Thank you Madam Chair. First of all, we have

19  overpopulated districts. It is not correct that there was a misunderstanding of Mr. De Grandy.

20  Because, my conversation with Mr. De Grandy, along the way, was that it got — you know that

21  we can't talk to each other, obviously because of the sunshine law. But, my understanding with

22  Mr. De Grandy, was that you were interested in having the MRC in your district.

23    Commissioner King: No, the MRC is in my district —

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    Commissioner Díaz de la Portilla: No, ma'am.

2    Commissioner King: It's currently in my district.

3    Commissioner Díaz de la Portilla: Is it a debate? Or, is it my time?

4    Commissioner King: Is it your time?

5    Commissioner Díaz de la Portilla: Thank you. Thanks for recognizing me.

6    Commissioner King: But, you just said something that wasn't correct. The MRC is

7    currently —

8    Commissioner Díaz de la Portilla: Okay, you can correct me later, but let me finish my

9    argument. So, what happened was this. So, the MRC — there's been a debate about how you

10    take away from here, for example Commissioner Russell's district is overpopulated. 10%

11    deviation, but it's still an overpopulation, right? Now, what happens is that you have to not only

12    look at what you are doing today, but what's going to happen over the next ten years. Because

13    there's a redistricting process every ten years. So the growth that's going to occur over the next

14    ten years, will it affect, Madam Chairman, make your district minority African American. Our

15    goal here is to have an African American district, for the lack of a better term, a white district,

16    which is the coastal district, and three Hispanic districts. We already spoke about the fact that the

17    city of Miami is 70% Hispanic. So, if you were to have citywide elections, you would have,

18    probably — right Mr. De Grandy — probably five Hispanic American commissioners. We

19    created single member districts to protect certain classes and to have proper representation,

20    which we should have, right? An African American — what percentage of the City of Miami is

21    African American, 17?

22    Mr. De Grandy: 16.3%

23    Commissioner Díaz de la Portilla: Right, almost 17%. What percent is white, like

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1  Russell? You know, other than, for the lack of a better term, Anglo, I guess. [Laughter] I happen

2  to think I'm white too by the way, but anyway, whatever. So what percentage is that?

3      Mr. De Grandy: 11.9%

4      Commissioner Díaz de la Portilla: What is it?

5      Mr. De Grandy: 11.9%

6      Commissioner Díaz de la Portilla: 11.9% So, five commission districts, 20% each one,

7  right? 100% — 11.9%, so you have a white commissioner. 17-point-something, and you have an

8  African American commissioner. That's the protections that we give, right? So, as we draw these

9  districts, so we have adequate — and we respect the diversity that exists in our community, we

10  want to make sure that people are represented across the board. All economic interests, race,

11  ethnicity, everything else. The request that Madam Chairman is making is that she take away an

12  area that's predominantly Hispanic. Potentially predominantly Hispanic, over a ten-year period.

13  Because, you cannot look at what's happening today, you gotta look at what's going to happen in

14  that area, in terms of development. And I happen to know what projects are in place for it to

15  happen down the line. So, that's going to be a potentially a Hispanic area. So, you're taking an

16  African American district that's no 50-point-what?

17      Mr. De Grandy: 50.3.

18      Commissioner Díaz de la Portilla: 50.3. To?

19      Mr. De Grandy: Voting age. It's 52.7.

20      Commissioner Díaz de la Portilla: Voting age population, which is what we care about.

21  Because, we don't care about, in terms of this argument, we don't care about a five-year-old kid

22  who can't vote. So, 50.3, what would it be once you take that area out?

23      Mr. De Grandy: It's still 50.3%. There's zero population.

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    Commissioner Díaz de la Portilla: Oh, okay, so there's no population change.

2    Mr. De Grandy: Correct.

3    Commissioner Díaz de la Portilla: Right, but your projection when you sat in my office

4    was 49.1, wasn't it?

5    Mr. De Grandy: No, 49.1% was the original understanding that I had as to how much

6    area Commissioner King wanted to take. Which would have been that Area 6 that was given to

7    D5 — to D1, would be to divide it on NW 7th.

8    Commissioner Díaz de la Portilla: Correct.

9    Mr. De Grandy: That would give D1 Spring Garden, and it would give her everything to

10   the east of NW 7th —

11   Commissioner Díaz de la Portilla: Right.

12   Mr. De Grandy: — which was 3,112 —

13   Commissioner Díaz de la Portilla: 3,112, so Madam Chair if I may. So, when we had the

14   initial conversation, when we changed the map, before we took the vote — 4 to 1 vote, you voted

15   for, Madam Chair. We took a vote, and that vote — and you [pointing to Commissioner Russell]

16   had the alternate plan — but we took a vote, a 4-1 vote, that shifted those people, including the

17   MRC and all those people that live there, that gave the Chairwoman the appropriate number of

18   people, or District 5, the appropriate number of people to keep it an African American seat,

19   right?

20   Mr. De Grandy: As to the — okay, let me take a step back. There was a preliminary plan.

21   Commissioner Díaz de la Portilla: Right.

22   Mr. De Grandy: You asked for changes. When we changed that preliminary plan,

23   Commissioner King said on the record, I want the MRC back.

**Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session**

1    Commissioner Díaz de la Portilla: Right.

2    Mr. De Grandy: The revised plan had the MRC back. What it did not have is just west of

3    95, and south of 1st St.

4    Commissioner Díaz de la Portilla: Correct.

5    Mr. De Grandy: The Wharf is where our misunderstanding occurred. She informs she

6    wanted the Wharf, I understood she wanted the MRC. Now, the vote was, yes 4 to 1 for that base

7    plan. Which did not include the Wharf. Commissioner King is now saying I want the Wharf.

8    Commissioner Díaz de la Portilla: She wants more than what she requested when we took

9    the 4-1 vote, right? Okay, so, now we have Commissioner Reyes making an argument that if

10   people in Coconut Grove don't want him to be their commissioner, fine. So, now what we're

11   doing is going street by street defining these districts publicly, instead of coming up with a plan

12   that says, hey we got a plan, and let's vote on it. So, I move that we defer it. That we defer the

13   item until we have a plan that works for everyone. Right? Including Commissioner Russell, your

14   demand that Coconut Grove be kept whole, Right? Including your own plan. But now, what we

15   forget to mention is that the original plan that we had was adjusted to include — to bring back

16   40% of Coconut Grove back into District 2, is that correct?

17   Mr. De Grandy: Over 50%.

18   Commissioner Díaz de la Portilla: Over 50%, even more. So you're getting your way,

19   little by little, right, so that debate is okay. But, not to vote today on something that, all of the

20   sudden block by block, you start taking things away. Because, Madam Chair with all due respect,

21   you wanted MRC, you got it. Now, you want another part, Wharf, you got it. What's going to

22   happen tomorrow?

23   Commissioner Russell: I'm ready to vote.

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    Commissioner King: Whatever I want.

2    Commissioner Díaz de la Portilla: Well, what, of course.

3    Commissioner King: I'm kidding. I'm kidding.

4    Commissioner Díaz de la Portilla: So, why not defer it, and come back.

5    Commissioner King: I'm kidding. If that is the will of the body, to defer it, I don't take

6    issue with that. However —

7    Commissioner Díaz de la Portilla: Defer it.

8    Commissioner King: I want to address some of the things that my colleague said. One:

9    There was a misunderstanding, because I didn't understand that when I said, give me back the

10   MRC, I didn't know that he was just going to give me back the MRC. That entire strip is part of

11   District 5. The Wharf and the MRC. I didn't understand that he would take it to just mean,  that

12   he could just plop that to me. And it does not affect the population of my district. It is an

13   economic engine that District 5 needs, because it is the poorest district in the City of Miami.

14   Commissioner Díaz de la Portilla: And mine is the second.

15   Commissioner King: And yours is the second, but mine is the poorest, and it is an

16   economic engine that will help me to create wealth for District 5.

17   Commissioner Díaz de la Portilla: And I will help District 5.

18   Commissioner King: And I'm not asking to be given anything that wasn't there already.

19   So, if it's the will of the body to defer it, that's fine with me.

20   Commissioner Díaz de la Portilla: Let's defer it and come back for the next commission

21   meeting.

22   Commissioner King: But, that's fine with me. But I —

23   Commissioner Reyes: I'm not going to change my position on what I said. And, I think

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1   that we should be all in agreement. And, since we have this controversy here, I think that we

2   should have a little time, and defer it up. Because I was ready to vote. You want to defer it, let's

3   defer it. And let's all get together, I mean, let them get together and see how we can solve this

4   impasse that we have here. I agree on deferring, but my instructions that I gave you, you keep on

5   going with it. That sliver, you take it away from me.

6         Mr. De Grandy: Well, if I may, if that is the will of the body, you need to know several

7   things. One: Our scope of work concludes today, so if you want to defer it —

8         Commissioner Reyes: We pay you more.

9         Commissioner Díaz de la Portilla: We're gonna pay you more, don't worry about that.

10  You're gonna be good to go.

11        Mr. De Grandy: I want to be very clear.

12        Commissioner Reyes: I move to extend the contracts.

13        Commissioner Díaz de la Portilla: I second the motion, and send us an invoice, and move

14  to defer it.

15        Commissioner King: Hold on, because —

16        Mr. De Grandy: Number 2. But, number 2. If I don't have specific direction from you.

17  Like, for example, where you want that population.

18        Commissioner Díaz de la Portilla: Okay.

19        Mr. De Grandy: Or et cetera, then we're going to come back.

20        Commissioner Díaz de la Portilla: If I may.

21        Mr. De Grandy: And we're gonna have the same issue.

22        Commissioner Díaz de la Portilla: if I may, Madam Chair.

23        Commissioner King: Hold on, hold on —

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    Mr. De Grandy: — so I think —

2    Commissioner King: Hold on a second.

3    Commissioner Díaz de la Portilla: Whenever you're ready.

4    Commissioner King: Hold on a second. So, I see my colleague has his hand up.

5    Commissioner Russell?

6    Commissioner Russell: Thank you Madam Chair. We haven't yet gotten to the

7    amendments that I would recommend, and I think it may allay some of the concerns

8    Commissioner Reyes has about if — first of all, let me say thank you, by the way and, it's very

9    big of you, 'cause I know that you're feeling accusations and they aren't warranted. I know that

10   you are a very strong, good person. You will represent anyone in your district, no matter who

11   they are. But, for you to listen to the residents, and to move for that amendment, I very much

12   appreciate it, from the bottom of my heart. I'd like to propose the changes that would equalize

13   that. But, I'd also like to support the Chairwoman 'cause this is not her reaching for more. This is

14   her trying to hold on to the district that she has served. I think that's kinda the spirit that we've

15   all talked about here. I don't think we learned anything new, over another two weeks or four

16   weeks. We spend a little more money, we bring everyone out again. But I think we, the four of

17   us, can negotiate all of this today, and put it to bed.

18   Commissioner Díaz de la Portilla: No.

19   Commissioner Russell: You may not be in agreement, because in this moment, the bloc

20   or two is going against your favor. But I think we can come to —

21   Commissioner Díaz de la Portilla: Are you talking to me?

22   Commissioner Russell: Yes.

23   Commissioner Reyes: It's a little disagreement —

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    Commissioner King: Hold on, hold on —

2    Commissioner Díaz de la Portilla: It's actually 2-2 —

3    Commissioner King: Hold on, hold on —

4    Commissioner Díaz de la Portilla: It's actually 2-2 —

5    Commissioner King: Let's —

6    Commissioner Russell: No, no, no, I meant the lines of the district.

7    Commissioner Díaz de la Portilla: Oh, no, no, no, no.

8    Commissioner King: — let's hold on —

9    Commissioner Díaz de la Portilla: It's a 2-2 tie vote.

10   Commissioner King: — hold on, hold on —

11   Commissioner Díaz de la Portilla: You know what's happening here.

12   Commissioner King: — let's hold on, hold on —

13   Commissioner Díaz de la Portilla: So, let's stop fighting about it.

14   Commissioner King: — hold on, hold on —

15   Commissioner Díaz de la Portilla: Let's defer it.

16   Commissioner King: — hold on, hold on.

17   Commissioner Díaz de la Portilla: Otherwise you end up 2-2, and you're good to go.

18   Commissioner King: Let's hold on, Commissioner Russell, I mean Reyes —

19   Commissioner Reyes: No, no, I am Cuban, he is white —

20   Commissioner Díaz de la Portilla: White.

21   Commissioner Reyes: — because that's all the distinctions that we have here.

22   Commissioner Díaz de la Portilla: You're not white, he is and we're good to go.

23   Commissioner Reyes: Okay, I think, you see, for the sake, for the sake of, I would say, of

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1   peace of everybody. Whatever will be will be, and we can defer for one week, not for two weeks.

2   Just for one week, and whatever it comes, it comes. If Díaz de la Portilla still does not agree with

3   it, well too bad, we vote.

4          Commissioner Díaz de la Portilla: Yeah.

5          Commissioner Reyes: Let's let them draw what he has to draw now, and let's defer.

6          Commissioner King: Let's see, let's see what Commissioner Russell — are they gonna,

7   can they present your amendments?

8          Commissioner Russell: Yes, so they can work further —

9          Commissioner King: At least — right, okay, let's go ahead and see what Commissioner

10   Russell's amendments —

11          Commissioner Russell: So, we actually haven't voted on any of the changes yet. The

12   amendment from Commissioner King, nor the suggestion — the direction by Commissioner

13   Reyes.

14          Commissioner King: Yes.

15          Commissioner Reyes: And, by the way, I am not going to change my mind.

16          Commissioner Russell: I don't need the demonstrative. It's fine. Oh, you wanna put it up.

17   Okay, that's fine.

18          Mr. De Grandy: That's the Russell Amendment.

19          Commissioner Russell: Thank you. So, the current draft has the light blue down below.

20   Sorry, I wanna say District 7. What am I missing?

21          Mr. De Grandy: Yeah, forget the district number. The program has to assign an area

22   so —

23          Commissioner Russell: Oh, you're calling each of them districts? Got it.

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    Mr. De Grandy: Right.

2    Commissioner Russell: So, the light blue Commissioner Reyes has already requested to

3    be removed. The purple and the green. So, the purple section is the Natoma area and the green

4    section is the West Brickell area. My only request is that US 1 and South Miami be the boundary

5    to District 2 up to the river. So that would not affect anything that Commissioner King is

6    working on. It would not affect Commissioner Reyes as he's already agreed to the West Grove

7    portion. So really I'm just looking — my only amendment is the swap between the South Miami

8    Avenue area and the Natoma area. So, that's my request.

9    Commissioner Reyes: Whenever you're ready. Oops. What happened there?

10   Commissioner Russell: If the will of the body is here, I'm ready to vote on all the

11   changes today once you've normalized and done whatever you need to do. I don't know if you

12   need a break, but that would give Commissioner King what she's looking for. It'd give

13   Commissioner Reyes what he's requested and it would give me what I'm looking for.

14   Mr. De Grandy: What you could do instead of voting on each — well you could vote on

15   each change.

16   Commissioner Díaz de la Portilla: We're not gonna do that unless the Chair decides to do

17   that.

18   Mr. De Grandy: Okay.

19   Commissioner King: Well —

20   Commissioner Russell: If there's consensus, we could do slate.

21   Commissioner King: Here.

22   Commissioner Russell: If there's not consensus —

23   Commissioner Díaz de la Portilla: Whatever you recommend Chair.

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    Commissioner King: Here, I have — there's a motion and a second for the changes for

2    my district. So, let's take a vote on that because that's on the floor right now. The motion is to

3    give me back the portions of my district that were taken out. That does not affect population. It

4    just gives me back the Wharf area. Motion and a second. All in favor.

5    Commissioner Reyes: Let me, let me, let me, let, let me, let me, talk to you about it.

6    Commissioner Russell: Aye.

7    Commissioner King: Aye.

8    Commissioner Reyes: Okay.

9    Commissioner Díaz de la Portilla: Well, no.

10   Commissioner Reyes: Well, no because what I wanna do —

11   Commissioner Díaz de la Portilla: Well, no. It fails on a tie vote.

12   Commissioner Reyes: — what we did right now was — we're gonna defer it —

13   Commissioner King: So, that's —

14   Commissioner Reyes: I am in favor of —

15   Commissioner Díaz de la Portilla: It fails on a tie vote.

16   Commissioner King: So, it's still — no, no, no. If there's — it's, it's, it's a 2-2 vote

17   because there's 2 —

18   Commissioner Díaz de la Portilla: So, it fails on a tie vote.

19   Commissioner King: It's a 2-2 vote, it fails. Now let's move on.

20   [Crosstalk]

21   Commissioner Reyes: I wanna, I wanna, I wanna —

22   Commissioner Díaz de la Portilla: Okay, so the way we move on, the way we move on —

23   Commissioner Reyes: Hold on a second.

18

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    Commissioner Díaz de la Portilla: I'm sorry.

2    Commissioner Reyes: What I wanna explain is, we already agree that we were gonna

3  defer it and we were gonna —

4    Commissioner King: No, I just wanted to — for policy reasons because it was on —

5  [Crosstalk] I just wanted to move.

6    Commissioner Reyes: I agree with what. I agree with you.

7    Commissioner King: Right. I just wanted to move because —

8    Commissioner Díaz de la Portilla: I move to defer it.

9    Commissioner King: Now, is there a motion to defer?

10    Mr. Hannon: Chair, Chair, Chair.

11    Commissioner Díaz de la Portilla: I move to defer it.

12    Commissioner King: Hold on. Yes.

13    Mr. Hannon: There's nothing to defer. The only item —

14    Commissioner King: Right, there's nothing to defer.

15    Mr. Hannon: — in today's agenda is a discussion item. So what we need to do if it's the

16  will of the body, to set a new date and time that the Commission will meet.

17    Commissioner Díaz de la Portilla: I move that we meet on April 1st.

18    Commissioner King: April 1st doesn't work.

19    Commissioner Díaz de la Portilla: Why not? We have the very important meeting —

20    Commissioner King: We have a meeting on April 1st.

21    Commissioner Díaz de la Portilla: I know. We have —

22    Commissioner King: No, we can't put both together.

23    Commissioner Díaz de la Portilla: Why not?

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    Commissioner Russell: April Fool's Day would be too fitting.

2    Commissioner Díaz de la Portilla: We did it yesterday. We did it yesterday, but okay.

3    Mr. De Grandy: Madam Chair, I have jury duty that week. If I'm picked on a jury, I

4    won't be able to make it.

5    Commissioner King: I don't think —

6    Commissioner Reyes: What's the fastest you can make it?

7    Commissioner Díaz de la Portilla: So March 14th, right, the next Commission meeting or

8    March 15th, the day after?

9    Mr. De Grandy: The fastest I can make it?

10   Commissioner King: Are you being funny —

11   Mr. De Grandy: Friday the 18th I can make it.

12   Commissioner Reyes: Okay. I move that we meet Friday, the 18th.

13   Commissioner King: Wait, what's the day?

14   Commissioner Díaz de la Portilla: I'm out of town.

15   Commissioner King: I'm out of town.

16   Commissioner Russell: I'm out of town.

17   Commissioner Díaz de la Portilla: Yeah, I'm outta town too.

18   Commissioner Reyes: Thursday the 17th?

19   Commissioner Díaz de la Portilla: I'm out of town.

20   Commissioner King: I'm out of town.

21   Mr. De Grandy: I'm out of town too.

22   Commissioner Reyes: How about the 15th?

23   Commissioner King: No, sir.

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    Commissione Russell: I have one. Today.

2    Commissioner Díaz de la Portilla: No, no that's not gonna happen.

3    Commissioner Reyes: Listen, listen. I know that what you want is, I mean, that Coconut

4    Grove won't be touched or anything. We are — believe it or not, we are all trying to do our best

5    here and the more pressure you think that you're placing on us, I mean it counterproductive. You

6    see? Let us reach an agreement that will satisfy all of us including you. Okay? I stand to my —

7    my statements that — and I'm gonna repeat it. You don't want Coconut Grove to be divided but

8    you don't care if Shenandoah is divided in seven pieces. No, no it's not your problem, esto no es

9    asunto mio, tu sabes. Okay but in order — I mean I don't want it. Like I said, I already gave it

10    back, but let us do our work. Let us find a consensus among us. Each one, you gotta be happy,

11    we gotta be happy too. Okay?

12    Commissioner King: Commissioner Reyes? Commissioner Reyes?

13    Commissioner Díaz de la Portilla: Madam Chair, March 25th at 11:00 a.m. We come

14    back.

15    Commissioner King: Commissioner Russell, doe that work for you?

16    Commissioner Russell: I don't know my calendar that well.

17    Commissioner Díaz de la Portilla: Well look at it quickly. March 25th.

18    Mr. De Grandy: March 25th I'm out of town.

19    Commissioner Díaz de la Portilla: You're out of town?

20    Mr. De Grandy: Yes, sir.

21    Commissioner King: There you go.

22    Commissioner Díaz de la Portilla: How about August 25th?

23    Mr. De Grandy: Sounds good.

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    Commissioner Reyes: Hey, we will find a date.

2    Ms. Méndez: Are you out of town March 24th?

3    Mr. De Grandy: March 24th?

4    Ms. Méndez: Which is our regular Commission meeting.

5    Commissioner Díaz de la Portilla: That's a Commission meeting.

6    Ms. Méndez: I know but we only have 20 items on that day.

7    Commissioner Díaz de la Portilla: Okay, so March 24th?

8    Ms. Méndez: So if you, right now — 20 items is nothing. If you limit it and tell the

9    manager not to do it on that day if you like.

10    Commissioner Díaz de la Portilla: 3:00 p.m. 2:30 p.m. March 24th.

11    Commissioner King: I'm okay with that.

12    Mr. De Grandy: Yeah.

13    Commissioner Díaz de la Portilla: Yeah, 2:30 p.m. March 24th and we move forward.

14    Mr. De Grandy: Okay, so what I —

15    Commissioner Díaz de la Portilla: Are you available?

16    Mr. De Grandy: What I would ask again is give me some specific direction where you

17    want me to make up the population.

18    Commissioner King: You don't have to make up any population for my district.

19    Mr. De Grandy: Excuse me?

20    Commissioner King: You don't have to make up any population.

21    Mr. De Grandy: Oh, no, no for your change, no but if I —

22    Commissioner Díaz de la Portilla: No, no but we need specific direction because you

23    want a particular part that was added to you, Madam Chair, from Commissioner Russell's

**Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session**

1   district. I believe Commissioner Russell's district is way overpopulated. And the danger of that,

2   the 10% deviation, more or less around there, right?

3         Mr. De Grandy: Right.

4         Commissioner Díaz de la Portilla: The danger of that is over the next 10 years, he's

5   gonna be really overpopulated. So, all of a sudden we have a commissioner representing 130,000

6   people instead of each one of us representing about 100,000, right? So, that's a concern, but the

7   changes that are being made today are gonna impact what happens over the next 10 years.

8   You're gonna be gone, but someone will replace you and then you're gonna have people that are

9   over rep-, one commissioner overrepresenting or having people, more people, representing more

10  people, the rest of the Commission. The same things happens in your district, Madam Chair. So

11  yes, you want a particular change in a particular area?

12        Commissioner King: No, I do not want a particular change in a particular area. Let's be

13  clear about that. What I want is my district to remain intact.

14        Commissioner Díaz de la Portilla: But it can't.

15        Commissioner King: Listen, it can.

16        Commissioner Díaz de la Portilla: Like mine cannot either.

17        Commissioner King: Okay, we're gonna agree to disagree.

18        Commissioner Díaz de la Portilla: But we can't vote on it.

19        Commissioner King: We're not voting today. We are trying to pick a day to have another

20  meeting, but let's be clear. I am not changing anything. I am keeping what is my district already.

21  That's it. That's it.

22        Commissioner Díaz de la Portilla: No, no what you're doing is you're — he has a new

23  proposed district that takes away 8,000 something people from Commissioner Russell's district.

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1  You're keeping what he proposed that we voted on, that we voted on 4 to 1 including you
2  Madam Chair. So you voted on this already. So you're not keeping your district.

3       Commissioner King: Well, this, this —

4       Commissioner Díaz de la Portilla: You're keeping the newly crafted district that Mr. De
5  Grandy gave us —

6       Commissioner King: Listen. That is a draft and —

7       Commissioner Díaz de la Portilla: Right and you voted on it.

8       Commissioner King: Your comments are in the record. We got it. So we don't hear that
9  again. It is a draft what you are doing. Is that not correct? We have not made any hard and fast
10  decisions about this process.

11       Commissioner Díaz de la Portilla: It is also correct that we all voted, we voted 4 to 1 on
12  that?

13       Commissioner King: We did. We voted on that and it's —

14       Mr. De Grandy: Both of you are correct.

15       Commissioner Díaz de la Portilla: 4 to 1.

16       Commissioner King: We were both correct.

17       Mr. De Grandy: Both of you are correct.

18       Commissioner King: We are both correct, 4 to 1. I voted for it and this what I want. I
19  want to restore what was already my district and it doesn't affect the population. And I
20  understand the growth that is gonna be happening, which will be good for my district. So, let's
21  find another date. 2:30 —

22       Mr. De Grandy: March 25th works.

23       Commissioner King: March 24th.

24

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    Mr. De Grandy: But again I need to put on the record Ma'am —

2    [Crosstalk]

3    Commissioner King: March 24th.

4    Mr. De Grandy: Or March 24th. I need to put on the record, to be very clear cause I don't

5    want to come back here and have you guys say, no, you're not doing what I asked. Here's what I

6    have. I have one proposal alternative, that's Russell. I have a second proposed alternative, which

7    is to restore your area of the Wharf. I have direction — and that has been on a 2-2 vote. I have

8    direction from Commissioner Reyes to take out the 1,597 individuals south of US 1 that I am

9    giving to him, or that I had proposed giving to him, which means I have to find other population

10   in D2 to move somewhere else. I need direction on that.

11   Commissioner Díaz de la Portilla: But you're incorrect, but —

12   Mr. De Grandy: Let me finish please, sir.

13   Commissioner Díaz de la Portilla: But you're incorrect.

14   Commissioner King: Let him finish.

15   Commissioner Díaz de la Portilla: But he's incorrect.

16   Commissioner King: Okay, let him finish.

17   Commissioner Díaz de la Portilla: There's no 3-2 votes to restore any area.

18   Commissioner King: Let him — listen, let him finish. Let him finish. Commissioner

19   Russell, after —

20   Mr. De Grandy: If I have direction from you, it's a simple job. I bring you back a map

21   and I show you. If I don't have direction, let me tell what I'm gonna do. I'm gonna go up Bay

22   Heights all the way to Simpson Park and if that does not equalize, I'll go block by block and I'm

23   gonna put it all in D3. Because that's the only other place I can go. If you're all okay with that —

**Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session**

1      Commissioner Díaz de la Portilla: No.

2      Mr. De Grandy: — then let me know. But I need direction.

3      Commissioner Reyes: And that was your initial.

4      Commissioner King: Commissioner Reyes.

5      Mr. De Grandy: That was my initial, yes, sir.

6      Commissioner Reyes: That was your initial.

7      Mr. De Grandy: That was my initial.

8      Commissioner King: Okay.

9      Commissioner Díaz de la Portilla: Whenever you're ready.

10      Commissioner King: Commissioner Russell.

11      Commissioner Russell: Thank you, Madam Chair. You mentioned three different
12 proposals that are being sent to you right now. But I don't see any of the three as being affecting
13 each other. For example, all three of those changes could be incorporated and solve your issue
14 because Commissioner Reyes's deduction can be made up within the change that I'm
15 recommending with Miami Avenue, that normalizes that loss. My change also including the
16 Natoma area, totals a 3,000 deficit going out — coming back into my district which is
17 normalized with the Brickell section. None of that effects Commissioner King's request. So
18 really all of three of us are requesting something that fits all three of us. And I think there's
19 consensus there to at least give you direction if not vote today, I understand there's no will for
20 that. But I think we're done. We really could vote on this today if Commissioner Reyes were
21 open to it, but for lack of that, the direction I would like to give to you is combine the three
22 requests and bring back a map based on that.

23      Commissioner Díaz de la Portilla: Whenever you're ready Madam Chair.

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    Commissioner Reyes: Madam Chair, I disagree. I disagree with —

2    [Crosstalk]

3    Commissioner King: Hold on one sec. Hold on a second. Commissioner?

4    Commissioner Díaz de la Portilla: Mr. De Grandy?

5    Miguel De Grandy: Yes, sir.

6    Commissioner Díaz de la Portilla: There is no 3-2 vote to restore any part of District 5.

7    Mr. De Grandy: No, no I said it was a 2-2 vote.

8    Commissioner Díaz de la Portilla: Hold on a second. Well you said — no.

9    Mr. De Grandy: 2-2 vote.

10   Commissioner King: He did a 2-2 vote.

11   Commissioner Díaz de la Portilla: Well, okay.

12   Commissioner King: He did.

13   Commissioner Díaz de la Portilla: That means it fails. That's not direction. When it's an

14   even, it's a tie. It doesn't pass. There is no vote here that's been taken to give you any direction.

15   The only vote that's been taken here — and by the way Commissioner Carollo's not here. Which

16   I think he should be part of this conversation, in my opinion. Yeah, you can all laugh all you

17   want, he's a commissioner, duly elected official of the city. He should be here.

18   Commissioner King: I would love for Commissioner Carollo to be here, but he—

19   Commissioner Díaz de la Portilla: Hold on, and he may be here next time.

20   Commissioner King: — he said he's abstaining.

21   Commissioner Díaz de la Portilla: I understand what he said, I was here. That's not the

22   point. The point is that there is no direction. There's no direction to adopt Commissioner

23   Russell's proposal, and Commissioner Reyes has expressed a desire, you know people in

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1   Coconut Grove don't want you to represent them. In my opinion, it's their bad. I think you would

2   be a great representative for them, in my opinion. But they feel better having somebody else do

3   it. Maybe a Cuban American can't represent them, I get that too.

4        Commissioner Reyes: That's right.

5        Commissioner Díaz de la Portilla: In their opinion, that's fine. There's no direction here.

6   And if you want to take any votes, my gut tells me it will be a 2-2 vote, across the board. So you

7   have your work cut out for you, talk to everyone here, in my opinion, talk to everyone up here —

8   no, no, 2-2 — talk to everyone here, and if Commissioner Carollo were here, it would be 3-2

9   against. But the bottom line is that what we do up here is look out for the city of Miami. Not for

10   Flagami, not for Allapattah, who I represent, not for Coconut Grove, for all the city of Miami.

11   Sorry that the 20 Coconut Groveites here don't agree with that, I apologize for that, sorry. We

12   got to take care of the rest of the city too. I know it's not important, you know how many people

13   went to my redistricting commission meeting.

14        Commissioner King: I do not.

15        Commissioner Díaz de la Portilla: Four. Four people went. And you guys didn't go, you

16   didn't cross the river, sorry. Four people went. All right. Two from Allapattah and two from

17   downtown, and nobody else went. Mr. De Grandy, you were there right? How many people

18   went? I had more staffers there than residents. But you come to Coconut Grove, why, because

19   you live here. And because you think that this is the only part of Miami that matters. But you

20   know what, for us, unfortunately, and I apologize for this, unfortunately for us, for

21   Commissioner Reyes, for Commissioner Russell, for Commissioner King, for Commissioner

22   Carollo, we have to worry about all of Miami. We apologize for that. Our bad. At the end of the

23   day, too bad. So you know what, the debate is bigger than that. The debate is about all of Miami

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1   and how we bring a community together, and you have to respect all parts of Miami. And if you

2   don't, if you don't, that's up to you, but I do. And by the way, and by the way, by the way, I

3   probably spent more time growing up, born and raised in Miami, oh yeah, yeah, yeah, born and

4   raised here, I probably spent more time in Coconut Grove, than many people who've spoken

5   here, have been living here four or five years. 57 years in Miami, born and raised, all right, and I

6   would argue if any of you want to come up here and tell me how many years you've been in

7   Coconut Grove, let me know.

8        Commissioner King: Commissioner?

9        Commissioner Díaz de la Portilla: I'm going to finish. I will bet you that I've been more

10  years here than you guys. Don't tell me about Coconut Grove, and don't tell me about Flagami

11  or Allapattah. I'm a product of this community. So what we're going to do, in my opinion, is let

12  Mr. De Grandy come back and talk to all of us. But we're not going to create factions and

13  fracture this community on 20 activists that come before us and say, hey Coconut Grove is more

14  important than Flagami or Allapattah or Little Havana or Liberty City or Overtown, because it's

15  not.

16       Commissioner King: Okay.

17       Commissioner Díaz de la Portilla: And it bothers me —

18       Commissioner King: Okay.

19       Commissioner Díaz de la Portilla: — that that's happened. It's been the debate. It's been

20  the Miami Herald's argument, that's been your argument of 20 people that have come here and

21  make us look that we're bad people. And a Cuban American commissioner cannot represent

22  African Americans, really? Really? But a white guy can, right? How's that work? And that's

23  wrong. It's wrong. It's stereotyping people. It's saying that a good Cuban American

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1   commissioner, like Manolo Reyes, cannot represent 114 African Americans. Really? That's

2   wrong. And I'm offended by it. And that Commissioner Carollo has to leave and not vote on this

3   issue because all a sudden oh it's a conflict created by, I don't care who created it, I don't blame

4   you. Whoever created it. Some bloggers created an argument about oh, he put his house there.

5   All these motives that don't exist. We're doing what we're doing because we're doing the best

6   we can for our community, and we represent all kinds of people. These are honorable people,

7   Commissioner Reyes is an honorable guy, he is. He could be a great commissioner for Coconut

8   Grove.

9          Commissioner King: He is a great Commissioner.

10         Commissioner Díaz de la Portilla: Commissioner King, you know I love you. I supported

11   you from day one, when others didn't by the way. You know why? Because you are great for

12   your community, you understand them, you're a part of it. You want to gesture, but I still like

13   you. But it doesn't matter, at the end of the day, you know, we all are duly elected to represent

14   our communities, and we have single member districts because we're all very different. And

15   what's wrong with being different? Why not embrace the differences? Why not accept a Cuban

16   American commissioner representing you? Why are you complaining about that?

17         Commissioner King: Commissioner?

18         Commissioner Díaz de la Portilla: And to me — I'm almost done, I'm almost done.

19         Commissioner King: Okay.

20         Commissioner Díaz de la Portilla: I'm almost done.

21         Commissioner King: Okay.

22         Commissioner Díaz de la Portilla: I think we defer, and we have Commissioner De

23   Grandy, I mean Representative De Grandy come back to us and come up with a plan. I don't

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1   want to issue any directive because I don't think we agree, and I think it will be a tie too, a 2-2

2   vote.

3          Commissioner King: Commissioner Russell?

4          Commissioner Russell: Thank you.

5          Commissioner Díaz de la Portilla: Thank you.

6          Commissioner Russell: Thank you Chairwoman. I'd like to talk turkey and be straight

7   about what's really on the table because I really feel that the agitation began when the discussion

8   between the D5/D1 border began. Before that we were pretty ready to move on. And I would just

9   like to put in my two cents on that. Because that was one of the very first ballot initiatives that I

10  voted on, the Wharf property, when I first came into office, and we just voted again on that in the

11  last meeting. And that's going to be, potentially going to referendum for an extension, it's no

12  small thing. But that was all driven by the D5 commissioner at the time, Commissioner

13  Hardemon. That entire initiative, the way we rezoned the area, this was a D5 initiative project,

14  from start to finish. And when we talk about deference to commissioners, there's something

15  about that continuity when you work on it, it's like your baby to see it come to fruition. It's now

16  at its final steps, and that's why I would want to respect the district commissioner to keep it

17  within her district so that she can continue to work on that project, as the lead. Even though we

18  vote on these things, whether it goes to the ballot or not or anything, it has the potential to be a

19  tremendous project for the river. For access to the waterfront, for hotel, for everything, and I

20  support you in that, and I was ready to support you on that today. But I see you feeling what I

21  was feeling and that I'm trying to protect and keep what's in my district as much as possible

22  within my district, knowing that I have to shed so much. So I proposed a solution to shed and to

23  gain, to gain back what Commissioner Reyes has offered, to shed what is necessary to normalize,

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1  and to achieve what you're trying to get. I understand Commissioner Díaz de la Portilla would

2  like to buy more time because this is not the solution that you want. And trust me, I know the

3  feeling on that too because I've been on the 4-1 end of the wrong side several times. If the will is

4  to defer, I respect it, we'll go back and come back and have the exact same conversation. I think

5  we could finish it up today. But I'm open to the deferral as well.

6      Commissioner King: Hold on, hold on.

7      Commissioner Díaz de la Portilla: Yes.

8      Commissioner Reyes: I'm going upset that your proposal of changing. I mean the

9  boundaries that you want to do because that would affect Commissioner Carollo's district.

10      Commissioner Díaz de la Portilla: Of course.

11      Commissioner Reyes: And I don't think it's fair. And I don't agree with it because he —

12  there is a lot of Anglos in that area that it's going to affect them, you see. The district as such, is

13  going to be affected, you see. But, that is for Commissioner Carollo to meet with Commissioner

14  —we want to elect you anyways. man, you're going to be sitting here. Okay, with Miguelito,

15  Miguel De Grandy, and each one of us is going to state our opinion and then we will find

16  consensus, if possible. If not, we vote. And that's it.

17      Commissioner Díaz de la Portilla: Madam Chair?

18      Commissioner King: Two minutes.

19      Commissioner Reyes: Let's defer it and let's go home.

20      Commissioner Díaz de la Portilla: Less than that.

21      Commissioner King: Less than that, okay.

22      Commissioner Díaz de la Portilla: I want a legal opinion from our city attorney, I believe

23  that Commissioner Carollo has a right to vote on this, so I want a legal opinion in writing, I'm

### Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    sorry. But I'm not finished. I want a legal opinion in writing, between now and the next meeting,

2    on whether Commissioner Carollo can vote on this issue or not, from our city attorney, number

3    one. Number two, my motion to defer is on the table, it's seconded by Commissioner Reyes, so I

4    call the question.

5        Commissioner King: Hold on. Todd said —

6        Mr. Hannon: There's nothing to defer, all you have to do is make a motion for a new

7    special meeting on the 24th.

8        Commissioner Díaz de la Portilla: I make a motion for a special meeting on March 24th

9    at 2:30 p.m.

10       Commissioner Reyes: I second.

11       Commissioner Díaz de la Portilla: Seconded by Commissioner Reyes.

12       Commissioner King: Hold on, hold on, Mr. De Grandy?

13       Mr. De Grandy: Yeah, before you go there, I'm going to be as clear as I can. If I don't

14   have direction from you as to how to address what Commissioner Reyes is saying, which is

15   taking 1,597 people back into D2, my suggestion that I'm going to bring back to you is going up

16   Bay Heights and go all the way to Simpson Park.

17       Commissioner Russell: What do you mean go up Bay Heights? Explain to me.

18       Commissioner Díaz de la Portilla: That's fine.

19       Mr. De Grandy: In other words, where it is right now, the Area 7 is going to be continued

20   up, take Bay Heights and take all the way to Simpson Park. That's going to be what I'm going to

21   bring to you —

22       Commissioner Russell: Mr. De Grandy, who's asking you to do that though? Nobody on

23   this body is asking you do that?

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1      Commissioner King: Hold on, hold on, hold on.

2      Mr. De Grandy: But that's the point Commissioner, nobody is asking me to do that.

3      Commissioner Russell: I am.

4      Mr. De Grandy: But nobody is telling me what else to do.

5      Commissioner King: Mr. De Grandy, Mr. De Grandy. Hold on.

6      Commissioner Díaz de la Portilla: What they've asked you not to do, what they've asked

7  you not to do —

8      Commissioner King: Commissioner, hold on, hold on, hold on.

9      Commissioner Díaz de la Portilla: There's a follow up.

10      Commissioner King: Mr. De Grandy, what I think would be appropriate is if between

11  now and the next commission meeting, you meet with all of us because Commissioner Carollo is

12  not here, you meet with all of us to get a consensus of what your direction is. You have the

13  direction from me. That's not going to change. That's my direction.

14      Commissioner Díaz de la Portilla: No, Madam Chair, no.

15      Commissioner King: Commissioner, commissioner.

16      Commissioner Díaz de la Portilla: It failed on a 2-2 vote.

17      Commissioner King: No, no, this is —

18      Commissioner Díaz de la Portilla: That's not direction.

19      Commissioner King: That is direction.

20      Commissioner Díaz de la Portilla: Not on a failed vote.

21      Commissioner King: We defer — listen.

22      Commissioner Díaz de la Portilla: Not on a failed vote.

23      Commissioner King: Let me finish. That is my direction to him. This is a draft. This is a

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1   draft plan that we have to vote on.

2       Commissioner Díaz de la Portilla: But the commission voted against it.

3       Commissioner King: Let me finish. Let me finish. The commission voted against voting

4   on this plan with that change. The commission has not made a final decision. Commissioner

5   Reyes has asked Mr. De Grandy to take some action. Commissioner Russell wants to take some

6   action, and I have given him some action.

7       Commissioner Díaz de la Portilla: But nobody voted on it.

8       Commissioner King: You don't have to vote on it.

9       Commissioner Díaz de la Portilla: Of course you do.

10      Commissioner King: It is direction. Do we need to vote on it, Victoria? To give him

11  direction?

12      Commissioner Díaz de la Portilla: Yes. Yes, we already voted.

13      Commissioner King: Commissioner, I'm asking the city attorney.

14      Commissioner Díaz de la Portilla: We already voted.

15      Commissioner King: I'm asking the city attorney.

16      Ms. Méndez: As you heard from Mr. De Grandy, he does not feel he has clear direction.

17      Commissioner King: And we are giving him direction, does that require a vote?

18      Ms. Méndez: If he understands exactly what he's supposed to do, then no, but.

19      Mr. De Grandy: Madam Chair, here's what I'll do. Commissioner Russell has an

20  alternative, you have asked for an alternative. I will meet with each one of the three of you, and I

21  will draw an alternative based on what each one you want. I will present five alternatives to you.

22  And then you all decide.

23      Commissioner Russell: Madam Chair, I need —

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    Commissioner King: Commissioner Russell?

2    Commissioner Russell: I need to address something on the record that Commissioner

3    Reyes brought up as a question to Mr. De Grandy. Mr. De Grandy?

4    Mr. De Grandy: Yes sir?

5    Commissioner Russell: Commissioner Reyes said that the western portion of Brickell is

6    too white to put into Commissioner Carollo's district when compared to the Natoma area. You

7    and I —

8    Commissioner Reyes: That's in my opinion. I don't know —

9    Commissioner Russell: Okay, so that's why I'm asking because I want to get

10   clarification.

11   Commissioner Reyes: I don't know.

12   Commissioner Russell: In my discussions with you, you had mentioned the demographics

13   are almost identical.

14   Mr. De Grandy: No sir.

15   Commissioner Russell: Okay, then clarify please.

16   Commissioner Díaz de la Portilla: That's not what he said.

17   Mr. De Grandy: What I actually said was that the Hispanic population in that area was in

18   the 40's.

19   Commissioner Russell: In which area?

20   Mr. De Grandy: In the area that you're seeking to put into D3, that's why I didn't do it to

21   begin with —

22   Commissioner Russell: So the —

23   Mr. De Grandy: — because I saw they were dissimilar.

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1    Commissioner Russell: — Hispanic is 40, and then what is the rest.

2    Mr. De Grandy: Is in the 40's. Is in the 40's, whereas District 3 is in the 80's.

3    Commissioner Russell: And, so 40 for Hispanic, and what is the African American?
4  What is the white? For that Brickell area.

5    Mr. De Grandy: We'll get you the data, sir, but that's why I hadn't —

6    Commissioner Russell: So what about the Natoma area or the Bay Heights area? What
7  are we looking at there?

8    Mr. De Grandy: Very similar to the other two areas that I was taking from south of US 1
9  into D3.

10    Commissioner Russell: So 80% Hispanic?

11    Mr. De Grandy: No, no, no, very similar. In other words, they're in the 50 range of
12  Hispanics. But it's a lesser number of population. So I can fit 1,253 Hispanics — I mean 1,253
13  people that are in — that are 50% Hispanic into a D3, but 6,800 people, I think creates a different
14  plan.

15    Commissioner Reyes: Madam Chair, I think that this is uncalled for.

16    Commissioner Russell: I'm sorry, these are my questions please.

17    Commissioner Reyes: Commissioner Carollo should be part of this conversation.

18    Commissioner King: I agree with you.

19    Commissioner Russell: And I'd like to speak to that as well.

20    Commissioner King: I agree with you. Hold on a second everyone.

21    Commissioner Russell: I'm in my questions. If I could finish. And from an ethics
22  perspective, it's my understanding that it is on the individual commissioner to recuse themselves,
23  not on the attorney or the manager or the body to tell them to recuse themselves, it's our own

**Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session**

1   individual —

2        Commissioner Díaz de la Portilla: That's not true.

3        Ms. Méndez: He abstained.

4        Commissioner Díaz de la Portilla: That's not factual.

5        Ms. Méndez: And it is correct. And I will have a conversation with him, unfortunately,

6   the — I should not be directed to issue an ethics opinion —

7        Commissioner Díaz de la Portilla: Of course not.

8        Ms. Méndez: — for him. So I need to follow that up. But he has abstained for now.

9        Commissioner Díaz de la Portilla: Madam Chair, whenever you're ready to recognize me.

10       Commissioner Russell: So this is something I need on the record, this what we're talking

11  about now, rather than in my office with you. Because I feel that it's leading people to feel

12  whether or not the West Brickell section should be in District 3 or not, versus the North Grove

13  should be in District 3 or not. And it is a shame that Commissioner Carollo's not here for this

14  discussion. But it's not taking anything away from him. Right? I'm the one getting things taken

15  away from my district that I'm very concerned about, and so I'm trying to adjust and make sure

16  that it has the least impact on cohesive neighborhoods. Now I don't want to dilute Commissioner

17  Carollo's district either. But it sounds like we're pretty close to where we're splitting hairs,

18  where it would not make much of a difference to Commissioner Carollo's district demographic,

19  whether to take a piece from Brickell or the North Grove. All we're looking for is 3,000

20  residents, because if the section that Commissioner Reyes graciously gave is about 1,500, I

21  believe it's about the same in Natoma. We're looking for about 3,000 to normalize, correct?

22       Mr. De Grandy: That's correct.

23       Commissioner Russell: Okay, so if they were to come from that West Brickell, that single

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1  block strip, it doesn't have to be the whole strip, just to get to you whatever a good, normalized

2  number is, what would that look like?

3        Mr. De Grandy: That would be a better solution. Because 60-some hundred that are 40%

4  Hispanic are affecting my numbers. Now, keep in mind that I'm taking 1,597 away from him,

5  I'm taking 1,293 from D3, but now adding 3,000. So I'd have to see how that plays out.

6        Commissioner King: So, so —

7        Commissioner Reyes: We can't solve this here.

8        Commissioner King: We can't. So the direction is that you go, you take up his proposal,

9  you go with my direction, and we come back on the 24th with everything that we just said.

10        Commissioner Díaz de la Portilla: No.

11        Commissioner King: That's what Commissioner — that is what Commissioner Reyes

12  just said. That's what Commissioner Russell said. And that's what I say.

13        Commissioner Díaz de la Portilla: I understand.

14        Commissioner King: So yes.

15        Commissioner Díaz de la Portilla: That's not what happened.

16        Commissioner King: That is it.

17        Commissioner Díaz de la Portilla: That's not what we voted on. There is no direction.

18        Commissioner King: We're voting to defer.

19        Commissioner Díaz de la Portilla: No.

20        Commissioner King: Okay. A motion for Mr. De Grandy to take up the direction that we

21  gave him today, do I have a motion.

22        Commissioner Russell: So — oh Commissioner Reyes.

23        Commissioner Reyes: Listen, we have taken this where it shouldn't go. We have an

## Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session

1  expert here. Everybody is saying what we want. Why don't we let the man work?

2  Commissioner King: Well that's what I'm trying —

3  Commissioner Reyes: That's what you were saying and that's what I'm saying.

4  Commissioner King: That's what I'm trying to do.

5  Commissioner Reyes: My motion is let's get Mr. De Grandy going, knowing what we all

6  are concerned about it and trying to find a solution. I mean bring us the different solutions just as

7  you said.

8  Mr. De Grandy: I'm going to bring one alternative —

9  Commissioner Reyes: That's right.

10  Mr. De Grandy: — for each Commissioner.

11  Commissioner King: Wait, so, Commissioner Reyes —

12  Mr. De Grandy: Based on what you're asking me.

13  Commissioner King: — can you make a motion?

14  Commissioner Reyes: I make a motion.

15  Commissioner King: Do I have a second?

16  Commissioner Russell: Second.

17  Commissioner King: All in favor?

18  Commissioner Reyes: Aye.

19  Commissioner Russell: Aye.

20  Commissioner King: Aye.

21  Commissioner Díaz de la Portilla: Aye.

22  Commissioner King: Motion carries, let's go home. We'll see you on the 24th.

23  Mr. Hannon: Chair, Chair, Chair King?

**Transcript 5B - Miami City Commission - Mar. 11, 2022 - Afternoon Session**

1      Commissioner King: Yes?

2      Mr. Hannon: There was a motion and a second for the special meeting, but a vote hasn't

3  been taken yet. It was moved by Commissioner Díaz de la Portilla, seconded by Commissioner

4  Reyes, I just need a vote.

5      Commissioner King: All in favor of the special meeting on the 24th?

6      Commissioner Russell: Aye.

7      Commissioner Reyes: Aye.

8      Commissioner Díaz de la Portilla: Aye.

9      Commissioner King: Aye.



**Vanan Online Services, Inc.**

Think Service Think Vanan

## <u>Certificate of Transcription</u>

Transcription of

**CommissionMeetingAfternoonSession-March112022.mp4**

We, Vanan Online Services, Inc. a professional transcription company, hereby certify that the above-mentioned document(s) has/have been transcribed by our qualified and experienced transcriber(s) is/are accurate and true transcription of the original document(s).

This is to certify the correctness of the transcription only. Our transcriber is in no way related, by immediate family ties or marriage, to any parties related to the materials transcript.

A copy of the transcription is attached to this certification.

**Crystal Nichols, Production Manager,**

Dated : 22nd day of August,2022

Vanan Online Services, Inc.
ATA Member #266532
ISO 9001:2015

**Central Park Corporate Center, 1320 Central Park Blvd. Suite 200, Fredericksburg VA 22401**
**Office: (888) 535-5668**
**Email: support@vananservices.com**
**Website: www.vananservices.com**