| | |
|---|---|
| Date: | Thu, 21 Oct 2021 4:12:28 PM (UTC) |
| Subject: | RE: City of Miami Redistricting Update |
| From: | Fernandez-Stiers, Melissa <mfstiers@miamigov.com> |
| To: | Miguel.deGrandy@hklaw.com; |
| CC: | Noriega, Art <anoriega@miamigov.com>; stevecody63@yahoo.com; |
| Attachments: | image001.png |

Thanks, Miguel. And if necessary, we can always defer the item. I just want to make sure we get it on an agenda in a timely manner.

Best.

**Melissa Fernandez-Stiers, Esq.**
Chief of Staff to the City Manager
City of Miami
3500 Pan American Drive | Miami, FL 33133
Tel: 305-250-5400 | Fax: 305-250-5410
Email: MFStiers@miamigov.com



**From:** Miguel.deGrandy@hklaw.com <Miguel.deGrandy@hklaw.com>
**Sent:** Thursday, October 21, 2021 11:32 AM
**To:** Fernandez-Stiers, Melissa <mfstiers@miamigov.com>
**Cc:** Noriega, Art <anoriega@miamigov.com>; stevecody63@yahoo.com
**Subject:** RE: City of Miami Redistricting Update

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

November 18th looks good. I've so far been able to set meetings with two commissioners and have calls into the other 3. One has responded and we are trying to coordinate dates. The other two have not as of yet. So long as I've had the opportunity to do those initial briefings (which I'm pretty sure will be scheduled prior to the 18th) we should be good for that date.

**Miguel De Grandy | Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7535 | Fax 305.789.7799
miguel.degrandy@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Fernandez-Stiers, Melissa <mfstiers@miamigov.com>
**Sent:** Thursday, October 21, 2021 11:29 AM



COM24066-052672

**To:** de Grandy, Miguel A (MIA - X27535) <Miguel.deGrandy@hklaw.com>
**Cc:** Noriega, Art <anoriega@miamigov.com>; stevecody63@yahoo.com
**Subject:** RE: City of Miami Redistricting Update

*[External email]*
Hi Miguel:

Following up on the below. Please let me know at what meeting you anticipate presenting to the Commission.

Thanks,

**Melissa Fernandez-Stiers, Esq.**
Chief of Staff to the City Manager
City of Miami
3500 Pan American Drive | Miami, FL 33133
Tel: 305-250-5400 | Fax: 305-250-5410
Email: MFStiers@miamigov.com



**From:** Fernandez-Stiers, Melissa
**Sent:** Tuesday, October 19, 2021 12:07 PM
**To:** Miguel.deGrandy@hklaw.com
**Cc:** Noriega, Art <anoriega@miamigov.com>; stevecody63@yahoo.com
**Subject:** City of Miami Redistricting Update

Thank you for the update, Miguel. We have one Commission meeting in November on November 18th and one meeting in December on December 9th. Do you anticipate presenting during either of those meetings? I ask so that I may timely place the discussion item on an agenda given upcoming deadlines.

Thanks,

**Melissa Fernandez-Stiers, Esq.**
Chief of Staff to the City Manager
City of Miami
3500 Pan American Drive | Miami, FL 33133
Tel: 305-250-5400 | Fax: 305-250-5410
Email: MFStiers@miamigov.com



**From:** Miguel.deGrandy@hklaw.com <Miguel.deGrandy@hklaw.com>

COM24066-052673

**Sent:** Monday, October 18, 2021 3:52 PM
**To:** Fernandez-Stiers, Melissa <mfstiers@miamigov.com>
**Cc:** Noriega, Art <anoriega@miamigov.com>; stevecody63@yahoo.com
**Subject:** RE: City of Miami 027387.32 - Invoice 32767200

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Melissa,

We have completed the voting rights analysis and did find polarized voting patterns. Thus we can be race conscious in our approach to districting. In other words, race can be one of several redistricting factors we can consider in drafting a plan. We are in the process of drafting a preliminary report regarding that analysis. We have also done a preliminary review of the population of the districts based on the new census. There is an overall deviation of over 40%. (case law requires substantial equality in population which has been explained through the case law to be no more than 10% overall deviation). As you probably surmise, District 2 is significantly overpopulated with slightly over 32% over the ideal district population and district 3 at slightly over 10% underpopulated.

We intend to set meetings with commissioners in the next 2 weeks to discuss with them individually, then ask for a setting on a commission agenda to provide the preliminary information above and request guidance from the commission as to traditional redistricting principles to employ (compactness, contiguity, respecting man-made and natural boundaries, maintaining the core of existing districts etc) as well as the hierarchy of importance of the criteria in drafting the plan. We will also seek guidance from the commission regarding timing of any public meetings for citizen input (prior to drafting or after presenting draft plan).

In short, the new plan will require significant reconfiguration of the districts.

**Miguel De Grandy | Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7535 | Fax 305.789.7799
miguel.degrandy@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Fernandez-Stiers, Melissa <mfstiers@miamigov.com>
**Sent:** Monday, October 18, 2021 1:35 PM
**To:** de Grandy, Miguel A (MIA - X27535) <Miguel.deGrandy@hklaw.com>
**Cc:** Noriega, Art <anoriega@miamigov.com>
**Subject:** Re: City of Miami 027387.32 - Invoice 32767200

*[External email]*
Hi Miguel:

Hope all is well. I am following up on behalf of the Manager regarding where we are on collecting data and on the scope of our redistricting efforts. Please advise when you have a moment.

Thanks,

**Melissa Fernandez-Stiers, Esq.**
Chief of Staff to the City Manager
City of Miami

COM24066-052674

3500 Pan American Drive | Miami, FL 33133
Tel: 305-250-5400 | Fax: 305-250-5410
Email: MFStiers@miamigov.com

**From:** Miguel.deGrandy@hklaw.com <Miguel.deGrandy@hklaw.com>
**Sent:** Friday, August 20, 2021 1:48 PM
**To:** Fernandez-Stiers, Melissa
**Subject:** FW: City of Miami 027387.32 - Invoice 32767200

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning Melissa,

I had planned to start setting up meetings early this month. Unfortunately I tested positive for COVID (am one of those "breakthrough" cases) so I have had to quarantine for two weeks. Just got my negative test back this week. Meanwhile, Steve Cody and I are beginning to work on the analysis of past elections to determine voting polarization and confirm applicability of the VRA. I'll be calling commissioners next week to set initial meetings.

Attached is the invoice for the payment due upon execution of the Professional Services Agreement. Could you please route it for me?

Thanks

**Miguel De Grandy | Holland & Knight**
Partner
Holland & Knight LLP
701 Brickell Avenue, Suite 3300 | Miami, Florida 33131
Phone 305.789.7535 | Fax 305.789.7799
miguel.degrandy@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Alvarenga, Eva E (OPC - X34347) <Eva.Alvarenga@hklaw.com>
**Sent:** Friday, August 20, 2021 11:54 AM
**To:** de Grandy, Miguel A (MIA - X27535) <Miguel.deGrandy@hklaw.com>
**Subject:** City of Miami 027387.32 - Invoice 32767200

Miguel,

Please see attached invoice.

Thank you.

**Eva Alvarenga | Holland & Knight**
Senior Billing Specialist
Holland & Knight LLP
524 Grand Regency Blvd. | Brandon, Florida 33510
Phone 813.769.4347 | Fax 813.901.4201
eva.alvarenga@hklaw.com | www.hklaw.com

COM24066-052675

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.

COM24066-052676