

Submitted into the public record for item(s) DI.1 on 11/18/21. City Clerk

10978 Submittal - Miguel De Grandy - PowerPoint Presentation

PLAINTIFFS' TRIAL EXHIBIT
P14
1:22-cv-24066-KMM

Submitted into the public
record for item(s) DI.2
on 11/18/21. City Clerk

# Census data

- 2010 total population was 399,489
- 2020 population is 442,241
- Increase of 42,752 residents or 10.7% increase in population.



442,241 ÷ 5 = 88,448.2

*POPULATION* *DISTRICTS* *IDEAL POPULATION*

Submitted into the public record for item(s) DI.7 on 11/18/21. City Clerk

# 2020 population of each District

Submitted into the public
record for item(s) PZ.1
on 11/18/21 City Clerk

City of Miami Commission Districts
Legend
-5,202
Keon Hardemon
-7,515
Alex Diaz de la Portilla
+28,364
Joe Carollo
Ken Russell
-6,578
Manolo Reyes
-9,069
Deviation from the ideal in each District

COM24066-000070



Submitted into the public record for item(s) DI.1 on 11/18/21. City Clerk

City of Miami Commission Districts
Legend
-5.89%
Keon Hardemon
-8.50%
Alex Diaz de la Portilla
+32.09%
Joe Carollo
Ken Russell
-7.44%
Manolo Reyes
-10.26%

# % Deviation from the ideal in each District

COM24066-000071

Submitted into the public record for item(s) DI.1 on 11/18/21. City Clerk

# TOTAL DEVIATION OF THE CURRENT PLAN

32.09% Over - District 2

\+ 10.26% Under- District 3

42.35% Total Deviation

Submitted into the public record for item(s) DI.1 on 11/18/21. City Clerk

# FEDERAL COURTS HAVE LIMITED TOTAL DEVIATION OF A LOCAL PLAN TO 10%

Submitted into the public record for item(s) DI.1 on 11/18/21. City Clerk

FEDERAL COURTS HAVE LIMITED TOTAL DEVIATION OF A LOCAL PLAN TO 10%

PRESENT PLAN WITH 42.35% DEVIATION WOULD BE STRUCK DOWN

Submitted into the public record for item(s) DI. 1 on 11/18/21. City Clerk

# TASK:
# CHANGE EXISTING BOUNDARIES IN ORDER TO RE-BALANCE POPULATION

Submitted into the public record for item(s) NI.1 on 11/18/21. City Clerk

# THE VOTING RIGHTS ACT OF 1965

- Section 2 of the Voting Rights Act of 1965 prohibits voting practices or procedures that discriminate on the basis of race, color, or membership in one of the language minority groups
- This can include the use of redistricting to pack protected minorities into fewer districts than they could form the majority in (PACKING)
- Or splitting compact minority population between districts to lessen the number they could form a majority in (CRACKING)



## VOTING RIGHTS ACT THRESHOLD

- A protected minority group must be large enough and compact enough to comprise a majority in a single-member district
- Minority voters must be politically cohesive
- The majority must usually vote as a bloc to thwart the election of the minority preferred candidate



## 2020 REDISTRICTING ANALYSIS

- The black population in the District 5 area is relatively compact.

- Voting analysis shows that Black voters are still politically cohesive

- Voting analysis also shows that Non-Black voters still prefer different candidates than Black voters.



## PRIME DIRECTIVES

- Comply with the requirements of the U.S. Constitution to achieve substantial population equality among districts.
- Comply with the Federal Voting Rights Act.
- Comply with the 14th Amendment (race conscious, but not race driven)



Submitted into the public
record for item(s)
on
City Clerk

# TRADITIONAL REDISTRICTING CRITERIA

- Compactness (a measure of a district's geometric shape)
- Contiguity (all parts of the district must be connected)
- Preserving communities of interest (single-family residential, high-density residential areas, traditional neighborhoods, business districts, coastal or environmentally sensitive areas, etc.)
- Preserving the cores of prior districts (to provide continuity of representation and avoid voter confusion)
- Use of man made or natural boundaries when feasible (a river, a major expressway, major roads such as section lines, roads, or the boundaries of traditional neighborhoods)
- Any other non racial or ethnic rational or important city interest.



## COMMISSION'S POLICY DIRECTION

- Mathematical equality or "substantial equality"?

- Determine what Traditional Redistricting principles to employ

- Provide guidance on how it wishes the these Traditional Redistricting Criteria to be balanced.

- For instance, emphasizing compactness could mean the creation of districts that may not respect the core of existing districts.


Submitted into the public
record for item(s) DI. 1
on 11/18/21. City Clerk

# COMMISSION'S POLICY DIRECTION

- Policy direction regarding public hearings.
- **Before the plan is developed, or when the draft plan is presented for the Commission's consideration in a public meeting?**
- Delay in release of Census data has impacted the timeline.
- Division of Elections needs to re-precinct for County's 2022 election. Requested completion of plan by end of February 2022.