Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

# Preliminary Redistricting Plan for the City of Miami Commission Single Member Districts

**Presentation by Miguel A. DeGrandy, Esq., Holland & Knight and Stephen Cody, J.D.**

11436 Submittal-Miguel DeGrandy-Redistricting Presentation to City Commisson

COM24066-000001

PLAINTIFFS' TRIAL EXHIBIT

P15

1:22-cv-24066-KMM

Submitted into the public
record for item(s) <u>SP.1</u>,
on <u>02-07-2022</u>, City Clerk

## Prime Directive

# Comply with the U.S. Constitution and the Voting Rights Act

COM24066-000002

Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

Traditional Redistricting Criteria Employed

# Maintain the core of existing districts to avoid voter confusion

COM24066-000003

Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

Traditional Redistricting Criteria Employed

# Factor in voter cohesion

COM24066-000004

Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

## Traditional Redistricting Criteria Employed

# Achieve substantial equality of population as opposed to mathematical equality

COM24066-000005

Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

**Traditional Redistricting Criteria Employed**

# Maintain communities of interest and neighborhoods where feasible

COM24066-000006

Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

**Traditional Redistricting Criteria Employed**

# Factor in voter cohesion

Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

## Traditional Redistricting Criteria Employed

# Achieve substantial equality of population as opposed to mathematical equality

COM24066-000008

Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

# Population and Voting Age Population

| District | Pop | Dev. | % | SRW Pop | % | Black Pop | % | Hisp Pop | % | VAP | SRW VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| D1 | 88,775 | 311 | 0.35% | 4,714 | 5.31% | 9,433 | 10.63% | 77,572 | 87.38% | 73,652 | 3,188 | 4.33% | 7,760 | 10.54% | 65,320 | 88.69% |
| D2 | 88,443 | (21) | -0.02% | 32,903 | 37.20% | 7,096 | 8.02% | 42,409 | 47.95% | 77,556 | 29,127 | 37.56% | 6,097 | 7.86% | 37,088 | 47.82% |
| D3 | 87,600 | (864) | -0.98% | 7,272 | 8.30% | 4,736 | 5.41% | 76,567 | 87.41% | 72,286 | 5,473 | 7.57% | 3,941 | 5.45% | 63,894 | 88.39% |
| D4 | 90,437 | 1,973 | 2.23% | 8,862 | 9.80% | 3,176 | 3.51% | 78,408 | 86.70% | 76,920 | 6,682 | 8.69% | 2,600 | 3.38% | 67,737 | 88.06% |
| D5 | 87,066 | (1,398) | -1.58% | 8,086 | 9.29% | 44,983 | 51.67% | 35,546 | 40.83% | 68,856 | 6,966 | 10.12% | 34,292 | 49.80% | 28,635 | 41.59% |

5

COM24066-000009

Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

# Population and Voting Age Population

| District | Pop | Dev. | % | SRW Pop | % | Black Pop | % | Hisp Pop | % | VAP | SRW VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| D1 | 88,775 | 311 | 0.35% | 4,714 | 5.31% | 9,433 | 10.63% | 77,572 | 87.38% | 73,652 | 3,188 | 4.33% | 7,760 | 10.54% | 65,320 | 88.69% |
| D2 | 88,443 | (21) | -0.02% | 32,903 | 37.20% | 7,096 | 8.02% | 42,409 | 47.95% | 77,556 | 29,127 | 37.56% | 6,097 | 7.86% | 37,088 | 47.82% |
| D3 | 87,600 | (864) | -0.98% | 7,272 | 8.30% | 4,736 | 5.41% | 76,567 | 87.41% | 72,286 | 5,473 | 7.57% | 3,941 | 5.45% | 63,894 | 88.39% |
| D4 | 90,437 | 1,973 | 2.23% | 8,862 | 9.80% | 3,176 | 3.51% | 78,408 | 86.70% | 76,920 | 6,682 | 8.69% | 2,600 | 3.38% | 67,737 | 88.06% |
| D5 | 87,066 | (1,398) | -1.58% | 8,086 | 9.29% | 44,983 | 51.67% | 35,546 | 40.83% | 68,856 | 6,966 | 10.12% | 34,292 | 49.80% | 28,635 | 41.59% |

5A

COM24066-000010

Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

# Population and Voting Age Population

| District | Pop | Dev. | % | SRW Pop | % | Black Pop | % | Hisp Pop | % | VAP | SRW VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| D1 | 88,775 | 311 | 0.35% | 4,714 | 5.31% | 9,433 | 10.63% | 77,572 | 87.38% | 73,652 | 3,188 | 4.33% | 7,760 | 10.54% | 65,320 | 88.69% |
| D2 | 88,443 | (21) | -0.02% | 32,903 | 37.20% | 7,096 | 8.02% | 42,409 | 47.95% | 77,556 | 29,127 | 37.56% | 6,097 | 7.86% | 37,088 | 47.82% |
| D3 | 87,600 | (864) | -0.98% | 7,272 | 8.30% | 4,736 | 5.41% | 76,567 | 87.41% | 72,286 | 5,473 | 7.57% | 3,941 | 5.45% | 63,894 | 88.39% |
| D4 | 90,437 | 1,973 | 2.23% | 8,862 | 9.80% | 3,176 | 3.51% | 78,408 | 86.70% | 76,920 | 6,682 | 8.69% | 2,600 | 3.38% | 67,737 | 88.06% |
| D5 | 87,066 | (1,398) | -1.58% | 8,086 | 9.29% | 44,983 | 51.67% | 35,546 | 40.83% | 68,856 | 6,966 | 10.12% | 34,292 | 49.80% | 28,635 | 41.59% |

5B

COM24066-000011

Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

# Population and Voting Age Population

| District | Pop | Dev. | % | SRW Pop | % | Black Pop | % | Hisp Pop | % | VAP | SRW VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| D1 | 88,775 | 311 | 0.35% | 4,714 | 5.31% | 9,433 | 10.63% | 77,572 | 87.38% | 73,652 | 3,188 | 4.33% | 7,760 | 10.54% | 65,320 | 88.69% |
| D2 | 88,443 | (21) | -0.02% | 32,903 | 37.20% | 7,096 | 8.02% | 42,409 | 47.95% | 77,556 | 29,127 | 37.56% | 6,097 | 7.86% | 37,088 | 47.82% |
| D3 | 87,600 | (864) | -0.98% | 7,272 | 8.30% | 4,736 | 5.41% | 76,567 | 87.41% | 72,286 | 5,473 | 7.57% | 3,941 | 5.45% | 63,894 | 88.39% |
| D4 | 90,437 | 1,973 | 2.23% | 8,862 | 9.80% | 3,176 | 3.51% | 78,408 | 86.70% | 76,920 | 6,682 | 8.69% | 2,600 | 3.38% | 67,737 | 88.06% |
| D5 | 87,066 | (1,398) | -1.58% | 8,086 | 9.29% | 44,983 | 51.67% | 35,546 | 40.83% | 68,856 | 6,966 | 10.12% | 34,292 | 49.80% | 28,635 | 41.59% |

5C

COM24066-000012

Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

# Population and Voting Age Population

| District | Pop | Dev. | % | SRW Pop | % | Black Pop | % | Hisp Pop | % | VAP | SRW VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| D1 | 88,775 | 311 | 0.35% | 4,714 | 5.31% | 9,433 | 10.63% | 77,572 | 87.38% | 73,652 | 3,188 | 4.33% | 7,760 | 10.54% | 65,320 | 88.69% |
| D2 | 88,443 | (21) | -0.02% | 32,903 | 37.20% | 7,096 | 8.02% | 42,409 | 47.95% | 77,556 | 29,127 | 37.56% | 6,097 | 7.86% | 37,088 | 47.82% |
| D3 | 87,600 | (864) | -0.98% | 7,272 | 8.30% | 4,736 | 5.41% | 76,567 | 87.41% | 72,286 | 5,473 | 7.57% | 3,941 | 5.45% | 63,894 | 88.39% |
| D4 | 90,437 | 1,973 | 2.23% | 8,862 | 9.80% | 3,176 | 3.51% | 78,408 | 86.70% | 76,920 | 6,682 | 8.69% | 2,600 | 3.38% | 67,737 | 88.06% |
| D5 | 87,066 | (1,398) | -1.58% | 8,086 | 9.29% | 44,983 | 51.67% | 35,546 | 40.83% | 68,856 | 6,966 | 10.12% | 34,292 | 49.80% | 28,635 | 41.59% |

5D

COM24066-000013

Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

# Population and Voting Age Population

| District | Pop | Dev. | % | SRW Pop | % | Black Pop | % | Hisp Pop | % | VAP | SRW VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| D1 | 88,775 | 311 | 0.35% | 4,714 | 5.31% | 9,433 | 10.63% | 77,572 | 87.38% | 73,652 | 3,188 | 4.33% | 7,760 | 10.54% | 65,320 | 88.69% |
| D2 | 88,443 | (21) | -0.02% | 32,903 | 37.20% | 7,096 | 8.02% | 42,409 | 47.95% | 77,556 | 29,127 | 37.56% | 6,097 | 7.86% | 37,088 | 47.82% |
| D3 | 87,600 | (864) | -0.98% | 7,272 | 8.30% | 4,736 | 5.41% | 76,567 | 87.41% | 72,286 | 5,473 | 7.57% | 3,941 | 5.45% | 63,894 | 88.39% |
| D4 | 90,437 | 1,973 | 2.23% | 8,862 | 9.80% | 3,176 | 3.51% | 78,408 | 86.70% | 76,920 | 6,682 | 8.69% | 2,600 | 3.38% | 67,737 | 88.06% |
| D5 | 87,066 | (1,398) | -1.58% | 8,086 | 9.29% | 44,983 | 51.67% | 35,546 | 40.83% | 68,856 | 6,966 | 10.12% | 34,292 | 49.80% | 28,635 | 41.59% |

5E



COM24066-000015



District 1

District 3

6

Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

0.4km
0.3mi

Miami-Dade County, Esri

COM24066-000016



Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

COM24066-000017



Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

COM24066-000018



Submitted into the public
record for item(s) SP.1,
on 02-07-2022, City Clerk

District 5

District 1

District 3

District 4

COM24066-000019



**District 5**

**District 1**

**District 3**

**District 4**

**District 2**

9

Submitted into the public
record for item(s) SP.1,
on 02-07-2022, City Clerk

Miami-Dade County, Esri, HERE, G

3km

2mi

COM24066-000020



COM24066-000021



Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

District 2

11

COM24066-000022



Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

COM24066-000023



Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

COM24066-000024



Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

District 4

District 2

COM24066-000025



District 1

District 5

District 3

District 4

District 2

15

Submitted into the public
record for item(s) SP.1,
on 02-07-2022, City Clerk

Miam⌄ade County, Esri, HERE, Garmin, INCREMENT P,

COM24066-000026



Submitted into the public
record for item(s) SP.1,
on 02-07-2022, City Clerk

District 1

District 3

rict 4

0.4km
0.3mi

16

Miami✦ade County,

COM24066-000027



COM24066-000028



Submitted into the public
record for item(s) SP.1,
on 02-07-2022, City Clerk

COM24066-000029



Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

COM24066-000030



District 4

Submitted into the public
record for item(s) SP.1,
on 02-07-2022, City Clerk

COM24066-000031



COM24066-000032



Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

COM24066-000033



Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

23



Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

COM24066-000035



Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

District 2

Miami-Dade County, Esri, HERE, Garmin, INCREMENT P, NGA, USGS |

COM24066-000036



Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

District 1

District 5

rict 3

26

Miam de County, Esri, HERE, Garmin, INCREMENT

COM24066-000037



Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

COM24066-000038



Submitted into the public record for item(s) SP.1, on 02-07-2022, City Clerk

COM24066-000039