# Memorandum

TO:         Miguel A. DeGrandy, Esq.

FROM:    Stephen Cody

RE:         Characteristics of Areas of Movement in the City of Miami

DATE:     February 7, 2022

FILE:        City of Miami Redistricting 2022

## Overview

The Draft Plan for the City of Miami Districts moves a number of areas from one district to another in order to bring population deviations within acceptale legal level and to comply with criteria adopted by the City Commission. What follows is a breakdown of the demographic and political characteristics of the areas that were moved between districts

### *District 1*

District 1 saw the movement of 3 separate discrete areas. Each of them is shown as follows.

*Area A – From District 1 to District 3*

This is an area bounded on the north by the Dolphin Experessway, by the east on 22nd Avenue, by the west on 27th Avenue and the south by NW 7th Street.



| | | |
|---|---|---|
| **Total Pop** | | 2,897 |
|   SR White Pop | 88 | |
|   Black Pop | 118 | |
|   Hisp Pop | 2,736 | |
| **VAP** | | 2,384 |
|   Black VAP | 100 | |
|   Hisp VAP | 2,291 | |
| **2020 President** | | 904 |
|   Biden | 416 | |
|   Trump | 486 | |
| **2018 Governor** | | 554 |
|   DeSantis | 253 | |
|   Gillum | 293 | |



PLAINTIFFS' TRIAL EXHIBIT P17 1:22-cv-24066-KMM

COM24066-000643

*Area B – From District 4 to District 1*

This is an area bounded by NW 7th Street on the north, NW 27th Avenue on the east, NW37th Avenue on the west and NW 4th Street to the south.



| | | |
|---|---|---|
| **Population** | | 2,510 |
| SR White | 92 | |
| Black | 56 | |
| Hispanic | 2,382 | |
| **VAP** | | 2,111 |
| Black VAP | 46 | |
| Hispanic VAP | 2,029 | |
| **2020 President** | | 938 |
| Biden | 333 | |
| Trump | 600 | |
| **2018 Governor** | | 640 |
| DeSantis | 380 | |
| Gillum | 256 | |

2

COM24066-000644

*Area C – From District 5 to District 1*

This is an area bounded by NW 7th Street and the Dolphin Expressway, then west along the Dolphin Expressway to the Miami River, then southeast along the Miami River to S. Miami Avenue, then north on S. Miami Avenue to SE 2nd Street, then west along SE 2nd Street to the southbound lanes of Interstate 95, then north on Interstate 95 to NW 6th Street, then west on NW 6th Street to NW 7th Avenue, then north on NW 7th Avenue to the point of origin at NW 7th Street and the Dolphin Expressway



| | |
|---|---:|
| **Total Pop** | **7,713** |
| SR White Pop | 1,302 |
| Black Pop | 1,259 |
| Hisp Pop | 4,993 |
| **VAP** | **6,787** |
| Black VAP | 1,037 |
| Hisp VAP | 4,469 |
| **2020 President** | **2,901** |
| Biden | 1,929 |
| Trump | 949 |
| **2018 Governor** | **1,763** |
| DeSantis | 414 |
| Gillum | 1,322 |

3

*District 2*

District 2 saw the movement of 6 separate discrete areas. Each of them is shown as follows.

*Area A – From District 2 to District 5*

| | | |
|---|---:|---:|
| **Total Pop** | | 7,859 |
| SR White Pop | 2,358 | |
| Black Pop | 834 | |
| Hisp Pop | 4,304 | |
| **VAP** | | 7,164 |
| Black VAP | 721 | |
| Hisp VAP | 3,930 | |
| **2020 President** | | 2,905 |
| Biden | 2,016 | |
| Trump | 870 | |
| **2018 Governor** | | 1,384 |
| DeSantis | 288 | |
| Gillum | 1,089 | |



4

*Area B – From District 2 to District 5*

| | | |
|---|---|---|
| **Total Pop** | | **1,696** |
| SR White Pop | 282 | |
| Black Pop | 238 | |
| Hisp Pop | 1,140 | |
| **VAP** | | **1,461** |
| Black VAP | 206 | |
| Hisp VAP | 981 | |
| **2020 President** | | **565** |
| Biden | 418 | |
| Trump | 137 | |
| **2018 Governor** | | **375** |
| DeSantis | 51 | |
| Gillum | 315 | |



COM24066-000647

*Area C – From District 2 to District 3*

Commence at the intersection of S Miami Avenue and Broadway, then southwest along S Miami Avenue to SW 17th Avenue, then north on SW 17th Avenue to U.S. 1, then northeast on U.S. 1 to the entrance to I-95, then northeast on I-95 to SW 1st Avenue, then northeast on SW 1st Avenue to Broadway, then southeast on Broadway to the point of origin.



| | | |
|---|---|---|
| **Total Pop** | | 1,313 |
| SR White Pop | 475 | |
| Black Pop | 31 | |
| Hisp Pop | 736 | |
| **VAP** | | 960 |
| Black VAP | 22 | |
| Hisp VAP | 539 | |
| **2020 President** | | 728 |
| Biden | 430 | |
| Trump | 295 | |
| **2018 Governor** | | 568 |
| DeSantis | 225 | |
| Gillum | 342 | |

COM24066-000648

*Area D – From District 2 to District 4*

Commence at the intersection of U.S. 1 and SW 27th Avenue, then southwest on U.S. 1 to the western boundary of the City of Miami, then south along the boundary to Day Avenue, then east along Day Avenue to S Douglas Road, then north on S Douglas Road to where Day Avenue recommences, then west on Day Avenue to SW 27th Avenue, then north on SW 27th Avenue to the point of origin.



| | | | | |
|---|---|---|---|---|
| **Total Pop** | | 5,071 | **2020 President** | 2,766 |
| SR White Pop | 1,915 | | Biden | 2,024 |
| Black Pop | 497 | | Trump | 722 |
| Hisp Pop | 2,460 | | **2018 Governor** | 2,132 |
| **VAP** | | 4,187 | DeSantis | 457 |
| Black VAP | 422 | | Gillum | 1,648 |
| Hisp VAP | 2,055 | | | |

COM24066-000649

*Area E – From District 2 to District 4*

Commence at the intersection of U.S. 1 and SW 27th Avenue, then southwest on U.S. 1 to the western boundary of the City of Miami, then north along the boundary to SW 27th Avenue, then east along SW 25th Street to SW 32nd Avenue, then north on SW 32nd Avenue to SW 25th Street, then east on SW 25th Street to SW 27th Avenue, then south on SW 27th Avenue to the point of origin.



| | | | |
|---|---|---|---|
| **Total Pop** | 10,496 | **2020 President** | 3,966 |
| SR White Pop | 1,464 | Biden | 2,142 |
| Black Pop | 377 | Trump | 1,798 |
| Hisp Pop | 8,541 | **2018 Governor** | 2,626 |
| **VAP** | 8,912 | DeSantis | 1,105 |
| Black VAP | 320 | Gillum | 1,489 |
| Hisp VAP | 7,291 | | |

COM24066-000650

*District 3*

District 3 saw the movement of 3 separate discrete areas. This includes the area described as Area 1A and 2D above. This also includes Area 3A described below.

*Area A – District 4 to District 3*

Coomence at the intersection of SW 8th Street and SW 117th Avenue, then proceed west along SW 8th Street to SW 27th Avenue, then proceed south on SW 27th Avenue to a number of split blocks.



| | | | | |
|---|---|---|---|---|
| **Total Pop** | | 4,232 | **2020 President** | 1,614 |
| SR White Pop | 302 | | Biden | 773 |
| Black Pop | 194 | | Trump | 826 |
| Hisp Pop | 3,783 | | **2018 Governor** | 1,117 |
| **VAP** | | 3,584 | DeSantis | 541 |
| Black VAP | 181 | | Gillum | 548 |
| Hisp VAP | 3,213 | | | |

9

COM24066-000651