# Redistricting Miami 2022

## Revised Districting Plan

February 22, 2022



Miguel A. DeGrandy, Esq.
Holland & Knight
701 Brickell Avenue, Suite 3300
Miami, FL 33131
Telephone: 305-374-8500

Stephen M. Cody, J.D.
Consultant
Telephone: 786-252-6918



OFFICE OF THE CITY CLERK
CITY OF MIAMI

2022 FEB 22 PM 2: 55

RECEIVED

REDISTRICTING MIAMI 2022 - DEGRANDY & CODY                    1



PLAINTIFFS' TRIAL EXHIBIT

P18

1:22-cv-24066-KMM

COM24066-009601

# Table of Contents

Executive Summary                                                    3

I.      The Need to Redistrict

II.     The Directions Given By the City Commission

III.    The Revised Plan

IV.     The Areas of Movement to Rebalance Population

V.      Coconut Grove

Conclusion

COM24066-009602

# Executive Summary

### The Need to Redistrict

An analysis of the current plan shows an overall deviation of over 42%, thus, the current plan is malapportioned and may not be used in future election. A new plan must be developed.

### The Direction Given By The City Commission

At the second public hearing on redistricting on December 9, 2020 the city commission directed that the following redistricting criteria be used in developing a new plan and their order of importance.

- Achieve substantial equality as opposed to mathematical equality in order to accommodate redistricting criteria (overall deviation of 10% or less)
- Maintain the core of existing districts and configuration.
- Voter cohesion
- Preserve traditional Neighborhoods and communities of interest together when feasible.

### The Proposed Plan and the Revised Directions

On February 7, 2022, the consultants presented a plan to the City of Miami City Commission and the public. At that time, the areas of change were highlighted. The Commission discussed that preliminary plan and provided additional direction including allowing use of population south of US 1 to be moved to other districts as needed to balance population. Additional changes were requested including restoring some areas back to their original district.

COM24066-009603

### The Areas of Movement to Rebalance Population

Some significant movements of population were made in order to comply with Constitutional requirements. In total, consultants moved almost 24,000 of the more than 28,000 excess population of D2 into other districts. Of those:

- Approximately 10,500 people were moved into D5
- Approximately 12,100 people were moved into D4
- Approximately 1,400 people were moved into D3
- Slight adjustments were made to the north boundary between D1 and D5
- Roughly 6,100 people were moved from D4 to D3
- A net of roughly 5,300 were moved from D5 to D1

### The Revised Plan

Revisions were made to the Preliminary Plan we presented based on additional direction provided at the February 7, 2022 meeting by the Commission. Some of the highlights of the Revised Plan include:

- Reduction of the number of residents moved from the Grove to other districts in the Preliminary Plan by more than half, from 6,384 to 2,989.
- Reduction in the number of black residents moved from D2 to D4, from 497 to 114.
- The MRC returned to D5.
- Slight increase in the total Black population of D5.
- Slight increase of the Black voting age population in D5 above 50%.
- Increase in overall deviation from 3.81% in our preliminary plan to 7.6% in the Revised Plan.

COM24066-009604

# I. The Need to Redistrict

This is the City of Miami. Each of the bounded areas within the heavy black outline is a Census block. The term "Census block" is a bit of a misnomer, because a Census block can actually contain more than one area bounded by all sides by streets, highways, waterways, coastlines, or any other natural or manmade boundaries.



In 2010, the total population of the City of Miami was 399,489. By the time of the 2020 Census, that number had grown to 442,241, an increase of 42,752 residents or a 10.7 percent increase in population.

One of the core terms in redistricting is the idea of "ideal population", that is, taking the total population for the jurisdiction and dividing it by the number of districts.  For Miami,

COM24066-009605

that would mean dividing the population of 442,241 by five districts, which would mean that a "ideal" district would have a population of 88,448.2. The amount of population over or under the ideal is the amount of deviation and the amount of deviation divided by the ideal district size is the percent deviation.

The population of the five existing City Commission districts, the deviation, and the percentage deviation was as follows on April 1, ,2020:

| District | Population | Deviation | % Deviation |
|----------|-----------|-----------|-------------|
| 1 | 80,863 | -7,515 | -8.50% |
| 2 | 116,742 | 28,364 | 32.09% |
| 3 | 79,309 | -9,069 | -10.26% |
| 4 | 81,800 | -6,578 | -7.44% |
| 5 | 83,176 | -5,202 | -5.89% |

District 2 has the highest deviation at 32.09 percent and District 3 has the lowest deviation at -10.26 percent. Combined, the plan has a total deviation of 42.35 percent, more than four times higher than permitted. Thus, the present plan could not be used in the 2023 election.

COM24066-009606

## II. The Direction Given By The City Commission

The Miami City Commission provided direction with regard to the criteria that were to be used in drafting a new redistricting plan. The "prime directive" was that any plan developed to redistrict the City had to first comply with the United States Constitution and the Voting Rights Act. The Commission then ranked several other common redistricting criteria, as follows:

**Maintain the Core of Existing Districts**

The new plan should maintain the core of existing districts to avoid voter confusion. The maintenance of the core of a district will keep as much of the population of an existing district together as feasible, to the extent possible in meeting constitutional and statutory criteria.

**Substantial Equality of Population**

The next criteria adopted by the City Commission was that the plan should achieve substantial equality of population, as opposed to strict mathematical equality. Congressional plans must meet the equal protection requirement of the Fifth Amendment of the Constitution. Courts have interpreted this to mean that districts must be as nearly equal as is practicable. For example, in the reapportionment after the 2000 Census, the Florida House adopted a Congressional map where the difference between the most populous district and the least populous was one person. Under the 14th Amendment's equal protection clause, a plan with a total deviation under 10 percent will carry a rebuttable presumption of correctness.

COM24066-009607

### Maintain Communities of Interest and Neighborhoods

The third criteria is that the plan should strive to maintain communities of interest and neighborhoods, where feasible. The City has numerous recognized neighborhoods. The authors of this plan were cognizant of these different neighborhoods. The map to the right shows the approximate locations of the neighborhoods.



Many of these traditional neighborhoods were already split in the current plan. Moreover, the direction to keep as much of the configuration and core of the districts, as well as the need to balance population did not allow for full implementation of this directive.

### Factor in Voter Cohesion

The final traditional redistricting factor was that the plan should factor in voter cohesion. This criteria involves examining how an existing district tends to vote in high profile elections, how areas that are moved from one district to another vote, and how the new districts tend to vote as a whole.

### Common Redistricting Criteria Not Included

Two common criteria which were not included on the list of redistricting factors the authors of this Report and the Revised Plan were directed to follow were contiguity and compactness.

Contiguity is the ability to travel from one area of a district to all other areas without having to traverse another district. There is no requirement in either the Florida Constitution, state statutes, or the City of Miami Charter that mandates that municipal districts be

COM24066-009608

contiguous. However, the authors of this Report and the Revised Plan designed each of the five districts to be contiguous.

Requiring districts to meet some mathematical goal in terms of their compactness would be difficult, if not impossible, when considered in light of the criteria adopted by the Commission for two reasons. First, the size and shape of the City of Miami augers against trying to make the districts compact. Portions of the City's boundaries follow disjointed roads and streets, rivers, and a long and varied coastline. Second, the criteria that were adopted, such as maintaining the core of existing districts, maintaining neighborhoods and communities of interest, and factoring in voter cohesion are not items that are dependent on how equidistant the theoretical center of a district is to its outer boundaries. For instance, given the directive to attempt to maintain the core of existing districts and the long coastal nature of present District 2, there was no attempt made to try to shoehorn this district into a more compact shape. Accordingly, no attempt was made to try to make the five City Commission districts compact.

COM24066-009609

## III. The Revised Plan

Taking the criteria adopted by the City Commission and taking into consideration the discussion of the Preliminary Plan, the authors of this report drafted a Revised Plan.



The Revised Plan meets and balances the criteria adopted by the City Commission. It meets the requirement of the 14th Amendment in that the population deviation, which was in excess of 42 percent has been reduced down to 7.6 percent.  The population and the deviations for the Revised Plan are shown in the table below.

| District | Population | Deviation | % Deviation |
|---|---|---|---|
| D1 | 88,108 | -360 | -0.41% |
| D2 | 93,300 | 4,832 | 5.46% |
| D3 | 87,658 | -810 | -0.92% |
| D4 | 86,694 | -1,774 | -2.00% |
| D5 | 86,578 | -1,890 | -2.14% |

COM24066-009610

The five districts in the Revised Plan will allow the election of the preferred candidates of the City's constituent minority groups, satisfying the demands of Section 2 of the Voting Rights Act.

A high resolution map of the Revised Plan, showing the boundaries of each district and every street in detail was delivered to each Commissioner with a copy of this Report, as well as copies to the City Manager and the City Clerk.

What follows below is a district-by-district explanation of the demographics of the five City Commission districts. Two elections, the Presidential election in 2020 and the Governor's race in 2018, the two most high profile elections in those respective years, are used as exemplars on how the districts would perform in future elections.

COM24066-009611

## District 1



District 1 is shown above in green. It has a total population of 88,108, with 4,011 (4.55%) Single Race White residents, 6,968 (11.08%), 9762 (11.08%) Black residents, and 77,604 (88.08%) Hispanic residents. District 1 of the Revised Plan keeps 92.07% of the population of existing District 1.

District 1 of the Revised Plan has a deviation of -0.41%

The voting age population is 72,844, with Single Race WhiteVAP at 2,523 (3.46%) 8037 (11.03%) Black VAP, and 65,206 (89.51%) Hispanic VAP. District 1, with a majority Hispanic population and VAP would be resistant to a challenge under the Voting Rights Act.

The total vote in the 2020 Presidential election was 26,805 with 13,520 (50.44%) for Joe Biden and 13,165 (33.82%) for Donald Trump. In the 2018 Gubernatorial election, the total vote was 17,048 with 6,897 (40.46%) for Ron DeSantis and 9,818 (57.59%) for Andrew Gillum.

COM24066-009612

## District 2

District 2 is shown to the right and runs along Biscayne Bay. It has a total population of 93,300, with 34,530 (37.01%) Single Race White residents, 6,968 (7.47%) Black residents, and 45,415 (48.68%) Hispanic residents. The voting age population of the District was 81,454 with 30,444 (37.38%) Single Race White VAP, 5,902 (7.25%) Black VAP, and 39,562 (48.57%) HispanicVAP.



District 2 is a plurality districts that will be "up for grabs" in foreseeable elections between the Hispanic and Single Race White populations, with the Black population likely to cast the deciding votes.

The total vote in the 2020 Presidential election was 40,036 with 26,261 (65.55%) for Joe Biden and 13,540 (33.82%) for Donald Trump. In the 2018 Gubernatorial election, the total vote was 26,615, with 7,650 (28.74%) for Ron DeSantis and 18,766 (70.51%) for Andrew Gillum.

As noted above, over 79 percent of the population of existing District 2 is in District 2 in the Revised Plan.

COM24066-009613

## District 3



District 3 is shown above in light blue. It has a total population of 87,658, with 7,438 (8.49%) Single Race White residents, 4,700 (5.38%) Black residents, and 76,485 (87.25%) Hispanic residents. The voting age population was 72,466, with 5,611 (7.74%) Single Race White VAP, 3,897 (5.38%) Black VAP, and 63,965 (88.27%) Hispanic VAP.

All of present District 3 is within the boundaries of District 3 of the Revised Plan — old District 3 plus subareas 13, 14, and 15. (The subareas are described in the next section of this Report.) New District 3 maintains 100 percent of the core of existing District 3.

The total vote in the 2020 Presidential election was 26,975, with 13,719 (50.86%) for Joe Biden and 13,073 (48.46%) for Donald Trump. In the 2018 Gubernatorial election, the total

COM24066-009614

vote was 18,117, with 7,642 (42.18%) for Ron DeSantis and 10,177 (56.17%) for Andrew Gillum.

## District 4



District 4 is shown above in yellow. It has a total population of 86,694, with 7,553 (8.71%) Single Race White residents, 2,774 (3.20%) Black residents, and 76,478 (88.22%) Hispanic residents. The voting age population was 73,781, with 5,618 (7.61%) Single Race White VAP, 2,267 (3.07%) Black VAP, and 66,055 (89.53%) Hispanic VAP.

District 4 of the Revised Plan retains 92.54 percent of the population of existing District 4.

The total vote in the 2020 Presidential election was 35,461, with 15,477 (43.65%) for Joe Biden and 19,757 (55.71%) for Donald Trump. In the 2018 Gubernatorial election, the total vote was 24,313, with. 12,428 (51.12%) for Ron DeSantis and 11,521 (47.39%) for Andrew Gillum.

COM24066-009615

# District 5

District 5 is shown to the right in purple. It has a total population of 86.578, with 8,310 (9.60%) Single Race White residents, 45,182 (52.19%) Black residents, and 34,571 (39.93%) Hispanic residents.  The Revised Plan preserves 91.59 percent of the population of existing District 5.

The voting age population was 68,734, with 7,243 (10.54%) Single Race White VAP, 34,551 (50.27%) Black VAP, and 27,929 (40.63%) Hispanic VAP.

The population of District 5, with Black population and VAP majorities satisfies the



requirement of the Voting Rights Act that the Black population not be diluted such to deny its members a district in which they can elect candidates of their choice.

The vote in the 2020 Presidential election was 31,418, with 26,109 (83.10%) for Joe Biden and 5,084 (16.18%) for Donald Trump. In the 2018 Gubernatorial election, the vote was 22,919, with 1,940 (8.46%) for Ron DeSantis and 20,786 (90.69%) for Andrew Gillum.

COM24066-009616

## IV. The Areas of Movement to Rebalance Population

In order to rebalance the population among the five City Commission districts, a total of 11 discrete subareas were identified for movement from one district to another. District 2, the most overpopulated district, was the most frequent donor district with six areas designated for movement. The other five movement areas were among and between Districts 1, 3, 4, and 5.



The map above separately labels the movement areas as districts with numbers higher than 5.

Each of the areas are demographically described below as well as shown on individual submaps, the narrative shown below also contain data on the estimate of how the voters in

COM24066-009617

each subarea voted in the 2020 Presidential election between Donald Trump and Joe Biden and the 2018 Governor's race between Ron DeSantis and Andrew Gillum.

## Area 6



The area is moved from District 5 to District 1 and is described as follows: Begin at the Miami River and Dolphin Expressway, then northeast to NW 7th Avenue, then south to NW 8th Street, then east to I-95, then south on I 95 to the Miami River, then NW on the Miami River to the point of origin.

It has a total population of 5,993, with 581 (9.69%) Single Race White residents, 1,337 (22.31%) Black residents, and 4,138 (69.05%) Hispanic residents. The voting age population was 5,155, with 501 (9.72%) Single Race White VAP, 1,088 (21.11%) Black VAP, and 3,647 (70.75%) Hispanic VAP.

COM24066-009618

The vote in the 2020 Presidential election was 2,278, with 1,528 (67.08%) for Joe Biden and 731 (32.1%) for Donald Trump. In the 2018 Gubernatorial election, the vote was 1,432, with 325 (22.70%) for Ron DeSantis and 1,081 (75.49%) for Andrew Gillum.

## Area 7



Area 7 moves the area shown from District 1 to District 5 -It can be described as: begin at NW 36 ST and I-95, then west on NW 36 Street to NW 8th Avenue, then south on NW 8th Avenue to NW 32nd Street, then east on NW 32nd Street to I-95 , then north to the point of origin.

It has a total population of 329, with 10 (3.04%) Single Race White residents, 120 (36.47%) Black residents, and 216 (65.65%) Hispanic residents. The voting age population was 240, with 5 (2.08%) Single Race White VAP, 89 (37.08%) Black VAP, and 160 (66.67%) Hispanic VAP.

COM24066-009619

The vote in the 2020 Presidential election was 83, with 60 (72.29%) for Joe Biden and 23 (27.7%) for Donald Trump. In the 2018 Gubernatorial election, the vote was 54, with 8 (14.81%) for Ron DeSantis and 46 (85.19%) for Andrew Gillum.

## Area 8



Area 8 moves a portion from District 5 to District 1 which can be described as follows: begin at NW 36 Street and NW 12 Avenue, then north on NW 12th Avenue to the 112 Expressway, then west along the 112 to the City boundary, then south on NW 19th Avenue to NW 36 Street, then back along NW 36th Street to point of origin.

It has a total population of 995, with 32 (3.22%) Single Race White residents, 309 (31.06%) Black residents, and 749 (75.28%) Hispanic residents. The voting age population was 791, with 12 (1.52%) Single Race White VAP, 261 (33.00%) Black VAP, and 606 (76.61%) Hispanic VAP.

The vote in the 2020 Presidential election was 422, with 363 (86.02%) for Joe Biden and 56 (13.3%) for Donald Trump. In the 2018 Gubernatorial election, the vote was 323, with 21 (6.50%) for Ron DeSantis and 301 (93.19%) for Andrew Gillum.

COM24066-009620

## Area 10

Area 10 is the area shown in red to the right and was moved from District 2 to District 5. It can be described as: begin at Biscayne Blvd and I-195, then west on I-195 to NE 2nd Avenue, then south on NE 2nd Avenue to NE 22 Street, then west on NE 22nd Street to NW 1st Avenue, then south on NW 1st Avenue to the I-395 Expressway, then east on the I-395 to NE 2nd Avenue, then north on NE 2nd Avenue to NW 36 Street, then east on NW 36th Street to Biscayne Blvd , then north to the point of origin.



It has a total population of 7,859, with 2,358 (30.00%) Single Race White residents, 834 (10.61%) Black residents, and 4,304 (54.77%) Hispanic residents. The voting age population was 7,164, with 2,169 (30.28%) Single Race White VAP, 721 (10.06%) Black VAP, and 3,930 (54.86%) Hispanic VAP.

The vote in the 2020 Presidential election was 2,905, with 2,016 (69.40%) for Joe Biden and 870 (29.9%) for Donald Trump. In the 2018 Gubernatorial election, the vote was 1,384, with 288 (20.81%) for Ron DeSantis and 1,089 (78.68%) for Andrew Gillum.

COM24066-009621

## Area 11



Area 11 is shown above in lime green. It moves population from District 2 to District 5 and can be described as: begin at NE 2nd Avenue and I-395, then west on I-395 to NW 1st Avenue, then south on NW 1st Avenue to NE 10 Street, then east on NE 10th Street to NE 2nd Avenue, then north to the point of origin.

It has a total population of 44, with 0 (0%) Single Race White residents, 23 (52.27%) Black residents, and 25 (56.82%) Hispanic residents. The voting age population was 30, with 0 (0%) Single Race White VAP, 19 (63.33%) Black VAP, and 18 (60.00%) Hispanic VAP.

The vote in the 2020 Presidential election was 12, with 8 (66.67%) for Joe Biden and 3 (25.00%) for Donald Trump. In the 2018 Gubernatorial election, the vote was 7, with 0 (0%) for Ron DeSantis and 6 (85.71%) for Andrew Gillum.

COM24066-009622

# Area 12

Area 12 is shown on the right in orange and moves population from District 2 to 5. It can be described as: begin at corner of NE 2nd Avenue and NE 8th Street, then west on NE 8th Street to the Metrorail tracks, then south on the Metrorail tracks to SW 3rd Street, t=en east on SW 3rd Street to South Miami Avenue, then north on South Miami Avenue to SW 2nd Street, then east on SW 2nd Street to SW 2nd Avenue, then north on SW 2nd Avenue to the point of origin.



It has a total population of 2,593, with 556 (21.44%) Single Race White residents, 826 (31.85%) Black residents, and 1,224 (47.20%) Hispanic residents. The voting age population was 2,494, with 543 (21.77%) Single Race White VAP, 804 (32.24%) Black VAP, and 1,166 (46.75%) Hispanic VAP.

The vote in the 2020 Presidential election was 419, with 277 (66.27%) for Joe Biden and 133 (31.80%) for Donald Trump. In the 2018 Gubernatorial election, the vote was 221, with 51 (23.08%) for Ron DeSantis and 169 (76.47%) for Andrew Gillum.

COM24066-009623

## Area 13



Area 13 moves population from District 2 to District 3. It can be described as: begin at US 1 and Alatka Street, then head southwest on US 1 to 22nd Avenue, then south on SW 22nd Avenue to Bayshore Drive, then northeast on Bayshore Drive to Alatka Street, then north on Alaska Street to the point of origin.

It has a total population of 1,392, with 710 (51.01%) Single Race White residents, 38 (2.73%) Black residents, and 533 (38.29%) Hispanic residents. The voting age population was 1,068, with 556 (52.06%) Single Race White VAP, 28 (2.62%) Black VAP, and 402 (37.64%) Hispanic VAP.

The vote in the 2020 Presidential election was 816, with 533 (65.32%) for Joe Biden and 280 (34.00%) for Donald Trump. In the 2018 Gubernatorial election, the vote was 669, with 230 (34.38%) for Ron DeSantis and 169 (76.47%) for Andrew Gillum.

COM24066-009624

## Area 14



Area 14 moves population from District 4 to District 3. It can be described as: begin at NW 7th Street and 27th Avenue, then go west on NW 7th Street to NW 32nd Avenue, then south on NW 32nd Avenue to Flagler Street, then east on Flagler Street to NW 27th Avenue; then north on NW 27th Avenue to the point of origin.

It has a total population of 2,103, with 67 (3.19%) Single Race White residents, 71 (3.38%) Black residents, and 1,999 (95.05%) Hispanic residents. The voting age population was 1,820, with 43 (2.36%) Single Race White VAP, 59 (3.24%) Black VAP, and 1,752 (96.26%) Hispanic VAP.

The vote in the 2020 Presidential election was 809, with 284 (35.11%) for Joe Biden and 522 (54.50%) for Donald Trump. In the 2018 Gubernatorial election, the vote was 556, with 335 (60.25%) for Ron DeSantis and 217 (39.03%) for Andrew Gillum.

COM24066-009625

## Area 15



Area 15 from moves population from District 4 to District 3. It can be described as: begin at Flagler Street and 27th Avenue, then go west on Flagler Street to SW 32nd Avenue, then south on SW 32nd Street to SW 8th Street, then east on SW 8th Street to SW 27th Avenue, then north on SW 27th Avenue to the point of origin.

It has a total population of 3,994, with 157 (3.93%) Single Race White residents, 127 (3.18%) Black residents, and 3,782 (94.69%) Hispanic residents. The voting age population was 3,331, with 87 (2.61%) Single Race White VAP, 101 (3.03%) Black VAP, and 3,201 (96.10%) Hispanic VAP.

The vote in the 2020 Presidential election was 1,383, with 566 (40.93%) for Joe Biden and 810 (58.60%) for Donald Trump. In the 2018 Gubernatorial election, the vote was 904, with 492 (54.42%) for Ron DeSantis and 401 (44.36%) for Andrew Gillum.

COM24066-009626

## Area 16



Area 16 is shown above in lime green and moves population from District 2 to District 4. It can be described as: beginning at SW 27th Avenue and US 1, then southwest on US 1 to the City Boundary, then north on the City Boundary to SW 25 Street, then east on SW 25th Street to SW 27th Avenue, then south on SW 27th Avenue to the point of origin.

It has a total population of 10,496, with 1,464 (13.95%) Single Race White residents, 377 (3.59%) Black residents, and 8,541 (81.37%) Hispanic residents. The voting age population was 8,912, with 1,208 (13.55%) Single Race White VAP, 320 (3.59%) Black VAP, and 7,291 (81.81%) Hispanic VAP.

The vote in the 2020 Presidential election was 3,966, with 2,142 (54.01%) for Joe Biden and 1,798 (45.30%) for Donald Trump. In the 2018 Gubernatorial election, the vote was 2,626, with 1,105 (42.08%) for Ron DeSantis and 1,489 (56.70%) for Andrew Gillum.

COM24066-009627

## Area 17



Area 17 moves population from District 2 to District 4. It can be described as: begin at the corner of US 1 and SW 27th Avenue, then southwest on US 1to Bird Avenue, then east on Bird Avenue to SW 27th Avenue, then north on SW 27th Avenue to the point of origin.

It has a total population of 1,597, with 520 (32.56%) Single Race White residents, 114 (7.14%) Black residents, and 924 (57.86%) Hispanic residents. The voting age population was 1,314, with 417 (31.74%) Single Race White VAP, 93 (7.08%) Black VAP, and 778 (59.21%) Hispanic VAP.

The vote in the 2020 Presidential election was 856, with 629 (73.48%) for Joe Biden and 222 (25.90%) for Donald Trump. In the 2018 Gubernatorial election, the vote was 656, with 140 (21.34%) for Ron DeSantis and 507 (77.29%) for Andrew Gillum.

COM24066-009628

## VI. Coconut Grove

The traditional boundaries for Coconut Grove are recognized as roughly bound by North Prospect Drive to the south, LeJeune Road (42nd Avenue) to the west, South Dixie Highway (US 1) and Rickenbacker Causeway to the north, and Biscayne Bay to the east. (This includes a portion of land to the west of the City of Miami boundaries.) for the purposes of this analysis, Coconut Grove will be assumed to include the land bordered by the City boundary at US 1, along US 1 to the Rickenbacker Causeway, the Rickenbacker to Biscayne Bay, then across Biscayne Bay to the City's southern boundary at North Prospect Drive, then along North Prospect Drive to the western City boundary, then along the western City boundary back to the point of origin.  The demographics of Coconut Grove is as follows:

### Table 1 - Population and Voting Age Population of Coconut Grove - 2020 Census

| | |
|---|---|
| **Total Population** | **21,301** |
| Single Race White Population | 9,260 |
| Black Population | 2,647 |
| Hispanic Population | 8.516 |
| **Voting Age Population** | **17,245** |
| Single Race White Voting Age Population | 7,675 |
| Black Voting Population | 2,097 |
| Hispanic Voting Age Population | 6,843 |

The Preliminary Map moved an area bounded by Day Avenue to the south, 27th Avenue to the east, and US 1 to the north from District 2 into District 4. That area had a population in excess of 5,000 persons.  The Revised Map does not go as deep into Coconut Grove as the Initial Map did.  The Revised Map, as previously discussed, took a triangle that is bordered by US 1 to the north, Bird Avenue to the south and SW 27th Avenue to the east. The demographics of this smaller triangle are as follows:

COM24066-009629

### Table 2 - Population and Voting Age Population of Area 17 - 2020 Census

| | |
|---|---|
| **Total Population** | **1,597** |
| Single Race White Population | 520 |
| Black Population | 114 |
| Hispanic Population | 533 |
| **Voting Age Population** | **924** |
| Single Race White Voting Age Population | 417 |
| Black Voting Population | 93 |
| Hispanic Voting Age Population | 778 |

While the entire Grove as defined above has a population of 21,301, this area that will adjoin District 3 south of US 1 has a population of 1,597, with a Black population of 114, or about 0.54 percent of the total population in the Grove and 4.31 percent of the Grove's Black population.

There is a second portion of the Grove, presently in District 2 that has been moved into District 3. That area was referenced in the preceding section of this Report as Area 13 which can be described as: Begin at US 1 and Alatka street, then SW on US 1 to 22nd Avenue, then south to Bayshore Drive, then northeast on Bayshore Drive to Alatka, then north on Alatka to the point of origin.  The demographics of this area are:

### Table 3 - Population and Voting Age Population of Area 13 - 2020 Census

| | |
|---|---|
| **Total Population** | **1,392** |
| Single Race White Population | 710 |
| Black Population | 38 |
| Hispanic Population | 533 |
| **Voting Age Population** | **1,068** |
| Single Race White Voting Age Population | 556 |
| Black Voting Age Population | 28 |
| Hispanic Voting Age Population | 402 |

COM24066-009630

This triangle south of US 1 has a population of 1,392, with a Black population of just 38, or about 0.18 percent of the total population in the Grove and 1.44 percent of the Grove's Black population.

It is the opinion of the authors of this Report that the movement of a total of 5.75 percent of the Black population of the Grove out of District 2 will not give rise to a successful challenge under either the 14th Amendment to the United States Constitution or under Section 2 of the Voting Rights Act.

COM24066-009631

# Conclusion

The Revised Plan was drafted to meet the requirements of the 14th Amendment. The total deviation — the measure between the district that is most above the ideal population and the most below the ideal — is 7.6 percent, well below the accepted 10 percent bright line.

Further, the plan as drawn was not driven by racial considerations. However, consultants were conscious of race and ethnicity to the extent necessary to comply with the Voting Rights Act. The former is illegal. The latter is permissible. In short, the Revised Plan was drawn in a manner that gives minority voters an equal opportunity to elect candidates of their choice.

The Revised Plan meets the prime directive that the plan should abide by the Constitution and the Voting Rights Act. The Revised Plan also substantially meets each of the other adopted redistricting criteria.

The Revised Plan meets the requirement of maintaining the core of existing districts. District 2, the most over populated district, still kept 79.92 percent of its prior population in District 2 of the Revised Plan. The area of each of the other districts that was not moved ranged from 91.60 percent in District 5 to 100% in District 3.

The Revised Plan also has substantial equality of population. Rather than trying to achieve strict mathematical perfection, the plan stays well within the allowable 10 percent deviation threshold. This permits the creation of a District 5, with a majority of Black population and voting age population and three districts, Districts 1, 3, and 4, with majority Hispanic population and voting age populations. District 2 will continue to be a swing district with a plurality of Single Race White and Hispanic populations.

The revised plan also takes into account to the extent practicable, issues of voter cohesion. When possible, the consultants looked to bring areas into a district that had similar demographics and voting patterns. This could not be fully achieved based on the overriding need to balance population and stay within acceptable deviation parameters.

The final criteria, to be followed where practicable, was to respect communities of interests and neighborhoods. There was some pushback from the dais and the public speakers over the splitting of Coconut Grove. In the prior redistricting of the City of Miami after the 2000 and 2010 Census enumerations, the authors of this Report were able to treat US 1 like the Rubicon, a line that would not be crossed. However, ten additional years of development and population growth meant that we were not able to hold this line.

COM24066-009632

To the south, District 3 had to acquire population from District 2. The preliminary Plan saw a portion of lower District 2 comprising over 5,000 persons moved into District 4. By making movements in other areas, the authors of this Report were able to lower the population from south of US 1 that was needed to shore up District 4 to 1,597, a reduction of about 70 percent.

In summary, the Revised Plan is legally sound and substantially meets all of the criteria adopted by the Miami City Commission.

COM24066-009633