

PLAINTIFFS' TRIAL EXHIBIT

P19

1:22-cv-24066-KMM



COM24066-000122

**February 7th Meeting Recap:**

- **Third publicly noticed redistricting meeting**

- **Overall deviation reduced from current 42+% to 3.8%**

- **Preliminary plan developed using commission directed criteria**

COM24066-000123

**Additional direction provided on February 7, 2022:**

- **Consider south of US 1 to balance population**

- **Move MRC back into D5**

- **Restore some D1 and D4 areas**

COM24066-000124

**Revised Plan highlights:**

- **Reduced Grove resident movement to other districts from 6,384 to 2,989.**

- **Reduced black Grove resident movement to other districts from 497. to 114**

- **Bay Heights is back in D2.**

COM24066-000125

**Revised Plan Highlights:**

- **MRC back into D5**

- **Slight increase in D5 black population**

- **Slight increase in black voting age population**

COM24066-000126

**Revised plan deviations:**

- **D2 deviation increased from approximately 0 % to 5.46%**

- **Other district's deviation range -.41 to -2.14%**

- **Overall deviation in preliminary plan increased from 3.8% to 7.6%**

COM24066-000127

**Traditional Redistricting Criteria Employed**

# Factor in voter cohesion

COM24066-000128

**Traditional Redistricting Criteria Employed**

# Achieve substantial equality of population as opposed to mathematical equality

COM24066-000129

# Population and Voting Age Population

| District No. | Pop | SR W Pop | % | Black Pop | % | Hisp Pop | % | VAP | SR W VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 88,108 | 4,011 | 4.55% | 9,762 | 11.08% | 77,604 | 88.08% | 72,844 | 2,523 | 3.46% | 8,037 | 11.03% | 65,206 | 89.51% |
| D2 | 93,300 | 34,530 | 37.01% | 6,968 | 7.47% | 45,415 | 48.68% | 81,454 | 30,444 | 37.38% | 5,902 | 7.25% | 39,562 | 48.57% |
| D3 | 87,658 | 7,438 | 8.49% | 4,700 | 5.36% | 76,485 | 87.25% | 72,466 | 5,611 | 7.74% | 3,897 | 5.38% | 63,965 | 88.27% |
| D4 | 86,694 | 7,553 | 8.71% | 2,774 | 3.20% | 76,478 | 88.22% | 73,781 | 5,618 | 7.61% | 2,267 | 3.07% | 66,055 | 89.53% |
| D5 | 86,578 | 8,310 | 9.60% | 45,182 | 52.19% | 34,571 | 39.93% | 68,734 | 7,243 | 10.54% | 34,551 | 50.27% | 27,929 | 40.63% |

5

COM24066-000130

# Population and Voting Age Population

| District No. | Pop | SR W Pop | % | Black Pop | % | Hisp Pop | % | VAP | SR W VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 88,108 | 4,011 | 4.55% | 9,762 | 11.08% | 77,604 | 88.08% | 72,844 | 2,523 | 3.46% | 8,037 | 11.03% | 65,206 | 89.51% |
| D2 | 93,300 | 34,530 | 37.01% | 6,968 | 7.47% | 45,415 | 48.68% | 81,454 | 30,444 | 37.38% | 5,902 | 7.25% | 39,562 | 48.57% |
| D3 | 87,658 | 7,438 | 8.49% | 4,700 | 5.36% | 76,485 | 87.25% | 72,466 | 5,611 | 7.74% | 3,897 | 5.38% | 63,965 | 88.27% |
| D4 | 86,694 | 7,553 | 8.71% | 2,774 | 3.20% | 76,478 | 88.22% | 73,781 | 5,618 | 7.61% | 2,267 | 3.07% | 66,055 | 89.53% |
| D5 | 86,578 | 8,310 | 9.60% | 45,182 | 52.19% | 34,571 | 39.93% | 68,734 | 7,243 | 10.54% | 34,551 | 50.27% | 27,929 | 40.63% |

5

COM24066-000131

# Population and Voting Age Population

| District No. | Pop | SR W Pop | % | Black Pop | % | Hisp Pop | % | VAP | SR W VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 88,108 | 4,011 | 4.55% | 9,762 | 11.08% | 77,604 | 88.08% | 72,844 | 2,523 | 3.46% | 8,037 | 11.03% | 65,206 | 89.51% |
| D2 | 93,300 | 34,530 | 37.01% | 6,968 | 7.47% | 45,415 | 48.68% | 81,454 | 30,444 | 37.38% | 5,902 | 7.25% | 39,562 | 48.57% |
| D3 | 87,658 | 7,438 | 8.49% | 4,700 | 5.36% | 76,485 | 87.25% | 72,466 | 5,611 | 7.74% | 3,897 | 5.38% | 63,965 | 88.27% |
| D4 | 86,694 | 7,553 | 8.71% | 2,774 | 3.20% | 76,478 | 88.22% | 73,781 | 5,618 | 7.61% | 2,267 | 3.07% | 66,055 | 89.53% |
| D5 | 86,578 | 8,310 | 9.60% | 45,182 | 52.19% | 34,571 | 39.93% | 68,734 | 7,243 | 10.54% | 34,551 | 50.27% | 27,929 | 40.63% |

5

COM24066-000132

# Population and Voting Age Population

| District No. | Pop | SR W Pop | % | Black Pop | % | Hisp Pop | % | VAP | SR W VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 88,108 | 4,011 | 4.55% | 9,762 | 11.08% | 77,604 | 88.08% | 72,844 | 2,523 | 3.46% | 8,037 | 11.03% | 65,206 | 89.51% |
| D2 | 93,300 | 34,530 | 37.01% | 6,968 | 7.47% | 45,415 | 48.68% | 81,454 | 30,444 | 37.38% | 5,902 | 7.25% | 39,562 | 48.57% |
| D3 | 87,658 | 7,438 | 8.49% | 4,700 | 5.36% | 76,485 | 87.25% | 72,466 | 5,611 | 7.74% | 3,897 | 5.38% | 63,965 | 88.27% |
| D4 | 86,694 | 7,553 | 8.71% | 2,774 | 3.20% | 76,478 | 88.22% | 73,781 | 5,618 | 7.61% | 2,267 | 3.07% | 66,055 | 89.53% |
| D5 | 86,578 | 8,310 | 9.60% | 45,182 | 52.19% | 34,571 | 39.93% | 68,734 | 7,243 | 10.54% | 34,551 | 50.27% | 27,929 | 40.63% |

5

COM24066-000133

# Population and Voting Age Population

| District No. | Pop | SR W Pop | % | Black Pop | % | Hisp Pop | % | VAP | SR W VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 88,108 | 4,011 | 4.55% | 9,762 | 11.08% | 77,604 | 88.08% | 72,844 | 2,523 | 3.46% | 8,037 | 11.03% | 65,206 | 89.51% |
| D2 | 93,300 | 34,530 | 37.01% | 6,968 | 7.47% | 45,415 | 48.68% | 81,454 | 30,444 | 37.38% | 5,902 | 7.25% | 39,562 | 48.57% |
| D3 | 87,658 | 7,438 | 8.49% | 4,700 | 5.36% | 76,485 | 87.25% | 72,466 | 5,611 | 7.74% | 3,897 | 5.38% | 63,965 | 88.27% |
| D4 | 86,694 | 7,553 | 8.71% | 2,774 | 3.20% | 76,478 | 88.22% | 73,781 | 5,618 | 7.61% | 2,267 | 3.07% | 66,055 | 89.53% |
| D5 | 86,578 | 8,310 | 9.60% | 45,182 | 52.19% | 34,571 | 39.93% | 68,734 | 7,243 | 10.54% | 34,551 | 50.27% | 27,929 | 40.63% |

5

COM24066-000134

# Population and Voting Age Population

| District No. | Pop | SR W Pop | % | Black Pop | % | Hisp Pop | % | VAP | SR W VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 88,108 | 4,011 | 4.55% | 9,762 | 11.08% | 77,604 | 88.08% | 72,844 | 2,523 | 3.46% | 8,037 | 11.03% | 65,206 | 89.51% |
| D2 | 93,300 | 34,530 | 37.01% | 6,968 | 7.47% | 45,415 | 48.68% | 81,454 | 30,444 | 37.38% | 5,902 | 7.25% | 39,562 | 48.57% |
| D3 | 87,658 | 7,438 | 8.49% | 4,700 | 5.36% | 76,485 | 87.25% | 72,466 | 5,611 | 7.74% | 3,897 | 5.38% | 63,965 | 88.27% |
| D4 | 86,694 | 7,553 | 8.71% | 2,774 | 3.20% | 76,478 | 88.22% | 73,781 | 5,618 | 7.61% | 2,267 | 3.07% | 66,055 | 89.53% |
| D5 | 86,578 | 8,310 | 9.60% | 45,182 | 52.19% | 34,571 | 39.93% | 68,734 | 7,243 | 10.54% | 34,551 | 50.27% | 27,929 | 40.63% |

5

COM24066-000135

# District 1



COM24066-000136

# Areas 7 and 8



COM24066-000137



# Area 6

COM24066-000138

7



# District 5

COM24066-000139



# Areas 10 and 11

COM24066-000140



# Area 12

9

COM24066-000141



# District 3

COM24066-000142

## Areas 14 and 15



COM24066-000143



# Area 13

COM24066-000144

# District 4



COM24066-000145



**Area 16**

COM24066-000146

# Area 17



COM24066-000147



# District 2

COM24066-000148

# District 2



Movements from D2 to other districts:

- **Approximately 10,500 people into D5**

- **Approximately 12,000 people into D4**

- **Approximately 1,400 people into D3**

COM24066-000149



# District 2

Movements from D2 to other districts:

- **Approximately 10,500 people into D5**

- **Approximately 12,000 people into D4**

- **Approximately 1,400 people into D3**

COM24066-000150

**Deviations:**

- **Highest: D2 at 5.46%**

- **Lowest: D5 at -2.14%**

- **Overall deviation of Revised Plan: 7.6%**

COM24066-000151



# The
# Revised Plan

COM24066-000152