


## Public Hearings and Community Meetings:

- **Five Public Hearings Before the City Commission**

- **Five Community Meetings in Districts**

COM24066-000154

# Chairperson King's Request:

## *Restore Part of D5 Along the Riverfront*

- **Deviation Slightly over 10%**
- **Black VAP in D5 Drops to 49%**
- **Deficiencies can be Remedied by Rebalancing of Districts**

COM24066-000155

## Commissioner Russell's Request:

*Restore Areas from D2 Given to D3 and D4*

*Move Alternative Area to D3 from Beginning of I 95 North to the Miami River with South Miami Ave as East Boundary*

- **Overall deviation increases from 7.6% to 9.3%**

COM24066-000156

# Evaluation of Allegations that the Revised Plan is Racist Resulting from Movement of 114 Black Residents to D4

COM24066-000157

# Evaluation of Allegations that Plan is Racist Resulting from Movement of 114 Black Residents to D4

- **Black Residents Comprise Approximately 7.5% of the Population of D2**

- **Black Residents Comprise only 7% of Residents South of US 1 Moved to D4**

COM24066-000158

# City of Miami Racial and Ethnic Composition

- **70% Hispanic**
- **16.3% Black**
- **11.9% Non-Hispanic White**

COM24066-000159

## City of Miami Representation by Race and Ethnicity

- **D5: Majority Black District (20%)**

- **D1, D3, and D4: Majority Hispanic Districts (60%)**

- **D2: Non-Hispanic White 37%, Hispanic 48.7% (20%)**

COM24066-000160

# Evaluation of Allegations that Plan is Racist Resulting from Movement of 114 Black Residents to D4

- **Proportional representation is *Prima Facie* evidence that Base Plan Complies with the Voting Rights Act.**

- ***See*: Holding in U.S. Supreme Court case of *Johnson v De Grandy*, 512 U.S. 997 (1994)**

COM24066-000161

## Black Residents in Majority Hispanic Districts

- **D1: 9,762 Black residents**

- **D2: 6,968 Black residents**

- **D3: 4,700 Black residents**

- **D4: 2,774 Black residents**

COM24066-000162

# Hispanic Residents in Non-Hispanic Districts

- **D5: 34,571 Hispanic residents**

- **D2: 45,415 Hispanic residents**

COM24066-000163

## Allegations of Racism are False and Inflammatory

- **Base Plan Complies with the 14th Amendment**

- **Base Plan Complies with the Federal Voting Rights Act**

COM24066-000164

# Decisions Regarding District Boundaries are Policy Issues to be Decided by the Elected Representatives of the City of Miami

COM24066-000165



The Revised Plan Showing Areas of Movement

COM24066-000166