Submitted into the public record for item(s) SP.1 on 3/11/2022 – City Clerk

# Alternative: Keep Areas South of US 1 in D2 and Adjust D3

## City of Miami

Miguel A. De Grandy, Esq. and Stephen Cody, J.D. - March 11, 2022

11582 Submittal - Miguel DeGrandy - Keep Area South of US1 in D2 with ADJUSTMENT Presentation – 03-11-2022



PLAINTIFFS' TRIAL EXHIBIT
P21
1:22-cv-24066-KMM

COM24066-045285



COM24066-045286



## Deviations

| Dist No. | Total Pop | Deviation | % Dev |
|---|---|---|---|
| D1 | 88,108 | -340 | -0.38% |
| D2 | 89,309 | 861 | 0.97% |
| D3 | 93,246 | 4,798 | 5.42% |
| D4 | 85,000 | -3,448 | -3.90% |
| D5 | 86,578 | -1,870 | -2.11% |
| | | | |
| Total | 442,241 | Total Dev | **9.32%** |
| Ideal | 88,448 | | |

COM24066-045287

## Population by Race & Ethnicity

| District No. | D1 | % | D2 | % | D3 | % | D4 | % | D5 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Pop | 88,108 |  | 89,309 |  | 93,246 |  | 85,000 |  | 86,578 |  |
| SR White | 4,011 | 4.55% | 32,913 | 36.85% | 9,575 | 10.27% | 7,020 | 8.26% | 8,310 | 9.60% |
| Black | 9,762 | 11.08% | 6,727 | 7.53% | 5,055 | 5.42% | 2,660 | 3.13% | 45,182 | **52.19%** |
| Hisp | 77,604 | **88.08%** | 43,876 | 49.13% | 78,948 | **84.67%** | 75,473 | **88.79%** | 34,571 | 39.93% |

COM24066-045288

## Voting Age Population by Race & Ethnicity

| District No. | D1 | % | D2 | % | D3 | % | D4 | % | D5 | % |
|---|---|---|---|---|---|---|---|---|---|---|
| Total VAP | 72,844 | | 77,482 | | 77,752 | | 72,388 | | 68,734 | |
| SR White | 2,523 | 3.46% | 28,777 | 37.14% | 7,695 | 9.90% | 5,190 | 7.17% | 7,243 | 10.54% |
| Black | 8,037 | 11.03% | 5,673 | 7.32% | 4,219 | 5.43% | 2,174 | 3.00% | 34,551 | **50.27%** |
| Hisp | 65,206 | **89.51%** | 38,058 | 49.12% | 66,247 | **85.20%** | 65,212 | **90.09%** | 27,929 | 40.63% |

COM24066-045289