


**Public Hearings and Community Meetings:**

- **Six Public Hearings Before the City Commission**

- **Five Community Meetings in Districts**

COM24066-000168



The Base Plan Showing Areas of Movement

COM24066-000169



COM24066-000170

## Initial Russell Plan



COM24066-000171



## Revised Russell Plan - Movement of the Wharf into D5



# Reyes Plan



COM24066-000174

# Reyes Plan



COM24066-000175



COM24066-000176

# The Base Plan and Commissioner-Proposed Amendments All Comply With the VRA and the U.S. Constitution

COM24066-000177

**Commission-directed criteria:**

- **Maintain the core and configuration of the existing districts to the extent possible.**

- **Move areas based on voter cohesion.**

COM24066-000178

**Commission-directed criteria:**

- **Maintain substantial equality of population.**

- **Maintain traditional neighborhoods whole when feasible.**

COM24066-000179

# Redistricting the City of Miami Commission

Presentation by Miguel A. DeGrandy, Esq., Holland & Knight, and Stephen Cody, J.D.

March 24, 2022



COM24066-000180