# City of Miami, Florida



FRANCIS SUAREZ
MAYOR

3500 PAN AMERICAN DRIVE
MIAMI, FLORIDA 33133
(305) 250-5300
FAX (305) 854-4001

April 1, 2022

Miguel A. DeGrandy
Holland & Knight
701 Brickell Avenue, Suite 3300
Miami, FL 33131

Re: **Jurisdictional Boundaries of the City of Miami Commission District Resolution (R-21-0131) / File Number 11751**

Dear Mr. DeGrandy:

As you know, the City of Miami Commission retained you as an expert consultant to provide redistricting services for the City, and the City of Miami recently approved new jurisdictional boundaries of the Commission districts following the results of the 2020 United States Census. I had some questions regarding this latest redistricting map, and I kindly request that you provide a response by no later than April 3, 2022.

First, please address the multiple arguments raised in the correspondence from the NAACP and ACLU against the constitutionality of the current redistricting plan. Enclosed is a copy of the same. Second, please address the merits (or lack thereof) of the arguments that the current redistricting map benefits elected officials in an improper manner. Third, please explain in detail whether the current redistricting plan minimizes the movement of African Americans from district 2 to other districts. Finally, please advise whether in your professional opinion a general consensus could exist in the Commission to support an alternative plan.

I kindly request that you please urgently and carefully consider these items. Thank you for your help and consideration, and I look forward to hearing from you.

Sincerely,

Francis X. Suarez
Mayor
City of Miami

PLAINTIFFS' TRIAL EXHIBIT
P25
1:22-cv-24066-KMM
COM24066-000409