

**Miami**
**FL**

**Resolution**
**R-21-0485**

**A RESOLUTION OF THE MIAMI CITY COMMISSION SETTING FORTH THE REDISTRICTING CRITERIA TO BE EMPHASIZED WHEN DRAFTING THE 2022 CITY COMMISSION REDISTRICTING PLAN; DIRECTING THE REDISTRICTING CONSULTANTS TO PREPARE DRAFT REDISTRICTING MAPS DEPICTING THE PROPOSED CHANGES TO THE CITY COMMISSION DISTRICTS AND TO REPORT BACK TO THE CITY COMMISSION AT THE DECEMBER 9, 2021, CITY COMMISSION MEETING.**

## Information

| | | | |
|---|---|---|---|
| **Department:** | City Commission | **Sponsors:** | |
| **Category:** | Non-Agenda Item | | |

## Body/Legislation

BE IT RESOLVED BY THE COMMISSION OF THE CITY OF MIAMI, FLORIDA:

Section 1.  The Miami City Commission sets forth the following criteria to be emphasized by the City's Expert Consultant for redistricting, Mr. Miguel De Grandy, Esq., when drafting the 2022 City Commission redistricting plan:

a. Comply with the United States Constitution and the Voting Rights Act;
b. Maintain the core of existing districts to avoid voter confusion;
c. Factor in voter cohesion;
d. Achieve substantial equality of population as opposed to mathematical equality; and
e. Maintain communities of interest and neighborhoods where feasible.

Section 2.  The Miami City Commission directs the City's Expert Consultant for redistricting, Mr. Miguel De Grandy, Esq., to prepare draft redistricting maps depicting the proposed changes to the 2022 City Commission districts and to report back to the City Commission at the December 9, 2021, City Commission meeting.

Section 3. This Resolution shall become effective immediately upon its adoption.



# AGENDA ITEM SUMMARY FORM
## File ID: #11104

**Date:** 11/22/2021  
**Commission Meeting Date:** 11/18/2021

**Requesting Department:** City Commission  
**Sponsored By:**  
**District Impacted:** All

**Type:** Resolution  
**Subject:** Resolution - Redistricting

### Budget Impact Analysis

Item has NO budget impact

**Total Fiscal Impact:**

### Reviewed By

| Department | Reviewer | Review Type | Status | Date |
|---|---|---|---|---|
| City Commission | Nicole Ewan | Meeting | Completed | 11/18/2021 9:00 AM |
| Legislative Division | Valentin J Alvarez | Legislative Division Review | Completed | 02/11/2022 12:47 PM |
| Office of the City Attorney | George K. Wysong III | ACA Review | Completed | 03/18/2022 2:56 PM |
| Office of Management and Budget | Marie Gouin | Budget Review | Completed | 04/13/2022 1:43 PM |
| Office of the City Attorney | Victoria Méndez | Deputy Attorney Review | Skipped | 04/07/2022 6:29 AM |
| Office of the City Attorney | Victoria Méndez | Approved Form and Correctness | Completed | 04/15/2022 7:52 AM |
| Office of the City Clerk | City Clerk's Office | Rendered | Completed | 04/18/2022 8:46 AM |



# City of Miami

## Legislation

## Resolution

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

**Enactment Number: R-21-0485**

| File Number: 11104 | Final Action Date: 11/18/2021 |

A RESOLUTION OF THE MIAMI CITY COMMISSION SETTING FORTH THE REDISTRICTING CRITERIA TO BE EMPHASIZED WHEN DRAFTING THE 2022 CITY COMMISSION REDISTRICTING PLAN; DIRECTING THE REDISTRICTING CONSULTANTS TO PREPARE DRAFT REDISTRICTING MAPS DEPICTING THE PROPOSED CHANGES TO THE CITY COMMISSION DISTRICTS AND TO REPORT BACK TO THE CITY COMMISSION AT THE DECEMBER 9, 2021, CITY COMMISSION MEETING.

BE IT RESOLVED BY THE COMMISSION OF THE CITY OF MIAMI, FLORIDA:

Section 1.  The Miami City Commission sets forth the following criteria to be emphasized by the City's Expert Consultant for redistricting, Mr. Miguel De Grandy, Esq., when drafting the 2022 City Commission redistricting plan:

   a. Comply with the United States Constitution and the Voting Rights Act;
   b. Maintain the core of existing districts to avoid voter confusion;
   c. Factor in voter cohesion;
   d. Achieve substantial equality of population as opposed to mathematical equality; and
   e. Maintain communities of interest and neighborhoods where feasible.

Section 2.  The Miami City Commission directs the City's Expert Consultant for redistricting, Mr. Miguel De Grandy, Esq., to prepare draft redistricting maps depicting the proposed changes to the 2022 City Commission districts and to report back to the City Commission at the December 9, 2021, City Commission meeting.

Section 3.  This Resolution shall become effective immediately upon its adoption.

APPROVED AS TO FORM AND CORRECTNESS:

_____    4/15/2022
Victoria Méndez, City Attorney

Pursuant to the resolution, this item became effective immediately upon adoption by the Commission.



# City of Miami

## Master Report

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

**Enactment Number: R-21-0485**

| | | |
|---|---|---|
| **File Number:** 11104 | **File Type:** Resolution | **Status:** ADOPTED |
| **Revision:** | | **Controlling Body:** City Commission |
| **File Name:** Resolution - Redistricting | | **Introduced:** 11/22/2021 |
| **Requesting Dept:** City Commission | | **Final Action Date:** 11/18/2021 |

**Title:** A RESOLUTION OF THE MIAMI CITY COMMISSION SETTING FORTH THE REDISTRICTING CRITERIA TO BE EMPHASIZED WHEN DRAFTING THE 2022 CITY COMMISSION REDISTRICTING PLAN; DIRECTING THE REDISTRICTING CONSULTANTS TO PREPARE DRAFT REDISTRICTING MAPS DEPICTING THE PROPOSED CHANGES TO THE CITY COMMISSION DISTRICTS AND TO REPORT BACK TO THE CITY COMMISSION AT THE DECEMBER 9, 2021, CITY COMMISSION MEETING.

**Notes:** Pursuant to the resolution, this item became effective immediately upon adoption by the Commission.

**Links:**

**Attachments:**

**History of Legislative File:**

| Revision: | Acting Body: | Date: | Action: | Result: |
|---|---|---|---|---|
| | City Commission | 11/18/2021 | Meeting | Completed |
| | City Commission | 11/18/2021 | ADOPTED | Passed |
| | Victoria Méndez | 4/15/2022 | Approved Form and Correctness | Completed |
| | City Clerk's Office | 4/18/2022 | Rendered | Completed |