

# City of Miami

## Resolution R-22-0031

### Legislation

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

**File Number: 11470**  **Final Action Date: 2/7/2022**

A RESOLUTION OF THE MIAMI CITY COMMISSION SCHEDULING A SPECIAL CITY COMMISSION MEETING ON FRIDAY, FEBRUARY 25, 2022 AT 10:00 A.M. FOR THE PURPOSE OF CONSIDERING AND TAKING ANY AND ALL ACTIONS RELATED TO THE REDISTRICTING OF CITY COMMISSION DISTRICTS, INCLUDING, BUT NOT LIMITED TO, THE DRAFTING OF AND APPROVAL OF ANY RELATED MAPS AND BOUNDARIES.

BE IT RESOLVED BY THE COMMISSION OF THE CITY OF MIAMI, FLORIDA:

Section 1.  A Special City Commission Meeting is hereby scheduled on Friday, February 25, 2022 at 10:00 a.m. at Miami City Hall, 3500 Pan American Drive, Miami, Florida for the purpose of taking any and all actions related to the redistricting of City Commission districts, including, but not limited to, the drafting of and approval of any related maps and boundaries.

Section 2.  This Resolution shall become effective immediately upon its adoption.

APPROVED AS TO FORM AND CORRECTNESS:

*[signature]*
Victoria Méndez, City Attorney          2/23/2022

**RESCINDED**



# AGENDA ITEM SUMMARY FORM
## File ID: #11470

**Date:** 02/08/2022  **Requesting Department:** City Commission
**Commission Meeting Date:** 02/07/2022  **Sponsored By:**
  **District Impacted:**

**Type:**  Resolution
**Subject:**  Scheduling of City Commission Special Meeting for February 25, 2022

### Budget Impact Analysis

**Total Fiscal Impact:**

## Reviewed By

| | | | | |
|---|---|---|---|---|
| City Commission | Nicole Ewan | Meeting | Completed | 02/07/2022 11:00 AM |
| Legislative Division | Valentin J Alvarez | Legislative Division Review | Completed | 02/10/2022 4:16 PM |
| Office of the City Attorney | George K. Wysong III | ACA Review | Completed | 02/15/2022 10:55 AM |
| Office of Management and Budget | Marie Gouin | Budget Review | Completed | 02/22/2022 3:14 PM |
| Office of the City Attorney | Barnaby L. Min | Deputy Attorney Review | Completed | 02/22/2022 3:56 PM |
| Office of the City Attorney | Victoria Méndez | Approved Form and Correctness | Completed | 02/23/2022 11:06 AM |
| Office of the City Clerk | City Clerk's Office | Rendered | Completed | 02/23/2022 11:11 AM |



# City of Miami

Legislation

Resolution

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

**Enactment Number: R-22-0031**

File Number: 11470                                      Final Action Date: 2/7/2022

A RESOLUTION OF THE MIAMI CITY COMMISSION SCHEDULING A SPECIAL CITY COMMISSION MEETING ON FRIDAY, FEBRUARY 25, 2022 AT 10:00 A.M. FOR THE PURPOSE OF CONSIDERING AND TAKING ANY AND ALL ACTIONS RELATED TO THE REDISTRICTING OF CITY COMMISSION DISTRICTS, INCLUDING, BUT NOT LIMITED TO, THE DRAFTING OF AND APPROVAL OF ANY RELATED MAPS AND BOUNDARIES.

BE IT RESOLVED BY THE COMMISSION OF THE CITY OF MIAMI, FLORIDA:

Section 1.  A Special City Commission Meeting is hereby scheduled on Friday, February 25, 2022 at 10:00 a.m. at Miami City Hall, 3500 Pan American Drive, Miami, Florida for the purpose of taking any and all actions related to the redistricting of City Commission districts, including, but not limited to, the drafting of and approval of any related maps and boundaries.

Section 2.  This Resolution shall become effective immediately upon its adoption.

APPROVED AS TO FORM AND CORRECTNESS:

*[signature]*
Victoria Méndez, City Attorney          2/23/2022

NOTE #1: Rescinded by R-22-0069. NOTE #2: Pursuant to the resolution, this item became effective immediately upon adoption by the Commission.



# City of Miami
## Master Report

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

### Enactment Number: R-22-0031

| | | |
|---|---|---|
| **File Number:** 11470 | **File Type:** Resolution | **Status:** ADOPTED |
| **Revision:** | | **Controlling Body:** City Commission |
| **File Name:** Scheduling of City Commission Special Meeting for February 25, 2022 | | **Introduced:** 2/8/2022 |
| **Requesting Dept:** City Commission | | **Final Action Date:** 2/7/2022 |

**Title:** A RESOLUTION OF THE MIAMI CITY COMMISSION SCHEDULING A SPECIAL CITY COMMISSION MEETING ON FRIDAY, FEBRUARY 25, 2022 AT 10:00 A.M. FOR THE PURPOSE OF CONSIDERING AND TAKING ANY AND ALL ACTIONS RELATED TO THE REDISTRICTING OF CITY COMMISSION DISTRICTS, INCLUDING, BUT NOT LIMITED TO, THE DRAFTING OF AND APPROVAL OF ANY RELATED MAPS AND BOUNDARIES.

**Notes:** NOTE #1: Rescinded by R-22-0069. NOTE #2: Pursuant to the resolution, this item became effective immediately upon adoption by the Commission.

**Links:**

**Attachments:**

**History of Legislative File:**

| Revision: | Acting Body: | Date: | Action: | Result: |
|---|---|---|---|---|
| | City Commission | 2/7/2022 | Meeting | Completed |
| | City Commission | 2/7/2022 | ADOPTED | Passed |
| | Legislative Division | 2/10/2022 | Legislative Division Review | Completed |
| | George K. Wysong III | 2/15/2022 | ACA Review | Completed |
| | Marie Gouin | 2/22/2022 | Budget Review | Completed |
| | Barnaby L. Min | 2/22/2022 | Deputy Attorney Review | Completed |
| | Victoria Méndez | 2/23/2022 | Approved Form and Correctness | Completed |
| | City Clerk's Office | 2/23/2022 | Rendered | Completed |

RESCINDED