

# City of Miami

## Resolution R-22-0033

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

### Legislation

**File Number: 11472**  **Final Action Date: 2/7/2022**

A RESOLUTION OF THE MIAMI CITY COMMISSION DIRECTING THE CITY OF MIAMI'S EXPERT CONSULTANT FOR REDISTRICTING, MR. MIGUEL DE GRANDY, ESQ., TO CONSIDER MOVING THE DISTRICT 2 BOUNDARY SOUTH BEYOND UNITED STATES HIGHWAY 1 (US-1) WHEN DRAFTING THE 2022 CITY COMMISSION REDISTRICTING PLAN IN ORDER TO MAINTAIN BALANCE OF POPULATION IN ALL OF THE COMMISSION DISTRICTS.

BE IT RESOLVED BY THE COMMISSION OF THE CITY OF MIAMI, FLORIDA:

Section 1. The Miami City Commission directs the City of Miami's Expert Consultant for redistricting, Mr. Miguel De Grandy, Esq., to consider moving the District 2 boundary south beyond United States Highway 1 (US-1) when drafting the 2022 City Commission redistricting plan in order to maintain balance of population in all of the Commission Districts.

Section 2. This Resolution shall become effective immediately upon its adoption.

APPROVED AS TO FORM AND CORRECTNESS:

Victoria Méndez, City Attorney     3/21/2022

COM24066-048357



# AGENDA ITEM SUMMARY FORM
## File ID: #11472

**Date:** 02/08/2022  
**Commission Meeting Date:** 02/07/2022

**Requesting Department:** City Commission  
**Sponsored By:**  
**District Impacted:**

**Type:** Resolution  
**Subject:** Direction to Consultant - Maintain Balance of Population

## Budget Impact Analysis

**Total Fiscal Impact:**

## Reviewed By

| | | | | |
|---|---|---|---|---|
| City Commission | Nicole Ewan | Meeting | Completed | 02/07/2022 11:00 AM |
| Legislative Division | Valentin J Alvarez | Legislative Division Review | Completed | 02/10/2022 4:26 PM |
| Office of the City Attorney | George K. Wysong III | ACA Review | Completed | 02/15/2022 10:56 AM |
| Office of Management and Budget | Marie Gouin | Budget Review | Completed | 02/22/2022 3:16 PM |
| Office of the City Attorney | Barnaby L. Min | Deputy Attorney Review | Completed | 02/22/2022 4:09 PM |
| Office of the City Attorney | Victoria Méndez | Approved Form and Correctness | Completed | 03/21/2022 12:12 PM |
| Office of the City Clerk | City Clerk's Office | Rendered | Completed | 03/22/2022 9:42 AM |



# City of Miami

Legislation

Resolution

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

**Enactment Number: R-22-0033**

**File Number: 11472**                                                                 **Final Action Date:2/7/2022**

A RESOLUTION OF THE MIAMI CITY COMMISSION DIRECTING THE CITY OF MIAMI'S EXPERT CONSULTANT FOR REDISTRICTING, MR. MIGUEL DE GRANDY, ESQ., TO CONSIDER MOVING THE DISTRICT 2 BOUNDARY SOUTH BEYOND UNITED STATES HIGHWAY 1 (US-1) WHEN DRAFTING THE 2022 CITY COMMISSION REDISTRICTING PLAN IN ORDER TO MAINTAIN BALANCE OF POPULATION IN ALL OF THE COMMISSION DISTRICTS.

BE IT RESOLVED BY THE COMMISSION OF THE CITY OF MIAMI, FLORIDA:

Section 1. The Miami City Commission directs the City of Miami's Expert Consultant for redistricting, Mr. Miguel De Grandy, Esq., to consider moving the District 2 boundary south beyond United States Highway 1 (US-1) when drafting the 2022 City Commission redistricting plan in order to maintain balance of population in all of the Commission Districts.

Section 2. This Resolution shall become effective immediately upon its adoption.

APPROVED AS TO FORM AND CORRECTNESS:

Victoria Méndez, City Attorney       3/21/2022

Pursuant to the resolution, this item became effective immediately upon adoption by the Commission.



# City of Miami

## Master Report

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

**Enactment Number: R-22-0033**

| | | |
|---|---|---|
| **File Number:** 11472 | **File Type:** Resolution | **Status: ADOPTED** |
| **Revision:** | | **Controlling Body:** City Commission |
| **File Name:** Direction to Consultant - Maintain Balance of Population | | **Introduced:** 2/8/2022 |
| **Requesting Dept:** City Commission | | **Final Action Date:** 2/7/2022 |

**Title:** A RESOLUTION OF THE MIAMI CITY COMMISSION DIRECTING THE CITY OF MIAMI'S EXPERT CONSULTANT FOR REDISTRICTING, MR. MIGUEL DE GRANDY, ESQ., TO CONSIDER MOVING THE DISTRICT 2 BOUNDARY SOUTH BEYOND UNITED STATES HIGHWAY 1 (US-1) WHEN DRAFTING THE 2022 CITY COMMISSION REDISTRICTING PLAN IN ORDER TO MAINTAIN BALANCE OF POPULATION IN ALL OF THE COMMISSION DISTRICTS.

**Notes:** Pursuant to the resolution, this item became effective immediately upon adoption by the Commission.

**Links:**

**Attachments:**

**History of Legislative File:**

| Revision: | Acting Body: | Date: | Action: | Result: |
|---|---|---|---|---|
| | City Commission | 2/7/2022 | Meeting | Completed |
| | City Commission | 2/7/2022 | ADOPTED | Passed |
| | Victoria Méndez | 3/21/2022 | Approved Form and Correctness | Completed |
| | City Clerk's Office | 3/22/2022 | Rendered | Completed |