

# City of Miami

## Legislation

## Resolution: R-22-0070

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

**File Number: 11518**  **Final Action Date:  2/10/2022**

A RESOLUTION OF THE MIAMI CITY COMMISSION SCHEDULING A SPECIAL CITY COMMISSION MEETING ON FRIDAY, FEBRUARY 25, 2022 AT 12:00 P.M. NOON FOR THE PURPOSE OF CONSIDERING AND TAKING ANY AND ALL ACTIONS RELATED TO THE REDISTRICTING OF CITY COMMISSION DISTRICTS, INCLUDING, BUT NOT LIMITED TO, THE DRAFTING OF ANY RELATED MAPS AND BOUNDARIES.

BE IT RESOLVED BY THE COMMISSION OF THE CITY OF MIAMI, FLORIDA:

Section 1. A Special City Commission Meeting is hereby scheduled on Friday, February 25, 2022 at 12:00 p.m. noon at Miami City Hall, 3500 Pan American Drive, Miami, Florida for the purpose of taking any and all actions related to the redistricting of City Commission districts, including, but not limited to, the drafting of any related maps and boundaries.

Section 2. This Resolution shall become effective immediately upon its adoption.

APPROVED AS TO FORM AND CORRECTNESS:

*Victoria Méndez, City Attorney*       2/14/2022



# AGENDA ITEM SUMMARY FORM
## File ID: #11518

**Date:** 02/14/2022      **Requesting Department:** City Commission

**Commission Meeting Date:** 02/10/2022      **Sponsored By:**

**District Impacted:** All

**Type:** Resolution

**Subject:** Scheduling a Special Meeting on February 25, 2022 at 12:00 pm

## Purpose of Item:

<Insert Purpose of Item Here>

## Background of Item:

<Insert Background Here>

## Budget Impact Analysis

Item has NO budget impact

**Total Fiscal Impact:**

## Reviewed By

| | | | | |
|---|---|---|---|---|
| City Commission | Maricarmen Lopez | Meeting | Completed | 02/10/2022 9:00 AM |
| Legislative Division | Valentin J Alvarez | Legislative Division Review | Completed | 02/14/2022 2:22 PM |
| Office of the City Attorney | George K. Wysong III | ACA Review | Completed | 02/14/2022 4:52 PM |
| Office of Management and Budget | Marie Gouin | Budget Review | Completed | 02/14/2022 4:58 PM |
| Office of the City Attorney | Barnaby L. Min | Deputy Attorney Review | Completed | 02/14/2022 6:15 PM |
| Office of the City Attorney | Victoria Méndez | Approved Form and Correctness | Completed | 02/14/2022 7:22 PM |
| Office of the City Clerk | City Clerk's Office | Rendered | Completed | 02/15/2022 6:03 PM |



# City of Miami

Legislation

Resolution

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

**Enactment Number: R-22-0070**

**File Number: 11518**  **Final Action Date: 2/10/2022**

A RESOLUTION OF THE MIAMI CITY COMMISSION SCHEDULING A SPECIAL CITY COMMISSION MEETING ON FRIDAY, FEBRUARY 25, 2022 AT 12:00 P.M. NOON FOR THE PURPOSE OF CONSIDERING AND TAKING ANY AND ALL ACTIONS RELATED TO THE REDISTRICTING OF CITY COMMISSION DISTRICTS, INCLUDING, BUT NOT LIMITED TO, THE DRAFTING OF ANY RELATED MAPS AND BOUNDARIES.

BE IT RESOLVED BY THE COMMISSION OF THE CITY OF MIAMI, FLORIDA:

Section 1. A Special City Commission Meeting is hereby scheduled on Friday, February 25, 2022 at 12:00 p.m. noon at Miami City Hall, 3500 Pan American Drive, Miami, Florida for the purpose of taking any and all actions related to the redistricting of City Commission districts, including, but not limited to, the drafting of any related maps and boundaries.

Section 2. This Resolution shall become effective immediately upon its adoption.

APPROVED AS TO FORM AND CORRECTNESS:

*[signature]*  2/14/2022
Victoria Méndez, City Attorney

Pursuant to the resolution, this item became effective immediately upon adoption by the Commission.



# City of Miami

## Master Report

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

**Enactment Number: R-22-0070**

| | | |
|---|---|---|
| **File Number:** 11518 | **File Type:** Resolution | **Status:** ADOPTED |
| **Revision:** | | **Controlling Body:** City Commission |
| **File Name:** Scheduling a Special Meeting on February 25, 2022 at 12:00 pm | | **Introduced:** 2/14/2022 |
| **Requesting Dept:** City Commission | | **Final Action Date:** 2/10/2022 |

**Title:** A RESOLUTION OF THE MIAMI CITY COMMISSION SCHEDULING A SPECIAL CITY COMMISSION MEETING ON FRIDAY, FEBRUARY 25, 2022 AT 12:00 P.M. NOON FOR THE PURPOSE OF CONSIDERING AND TAKING ANY AND ALL ACTIONS RELATED TO THE REDISTRICTING OF CITY COMMISSION DISTRICTS, INCLUDING, BUT NOT LIMITED TO, THE DRAFTING OF ANY RELATED MAPS AND BOUNDARIES.

**Notes:** Pursuant to the resolution, this item became effective immediately upon adoption by the Commission.

**Links:**

**Attachments:**

**History of Legislative File:**

| Revision: | Acting Body: | Date: | Action: | Result: |
|---|---|---|---|---|
| | City Commission | 2/10/2022 | Meeting | Completed |
| | City Commission | 2/10/2022 | ADOPTED | Passed |
| | Victoria Méndez | 2/14/2022 | Approved Form and Correctness | Completed |
| | City Clerk's Office | 2/15/2022 | Rendered | Completed |