

# City of Miami

## Resolution R-22-0085

### Legislation

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

---

File Number: 11576                                    Final Action Date: 2/25/2022

A RESOLUTION OF THE MIAMI CITY COMMISSION APPROVING THE DRAFT OF THE REDISTRICTING PLAN ("PLAN") PRESENTED AT THE FEBRUARY 25, 2022 SPECIAL CITY COMMISSION MEETING SO THAT IT MAY BE SHARED AND DISCUSSED WITH THE COMMUNITY; DIRECTING THE EXPERT CONSULTANT TO BRING BACK THE PLAN AT THE MARCH 11, 2022 SPECIAL CITY COMMISSION MEETING FOR DISCUSSION AND TO PRESENT ANY CHANGES AT THAT TIME FOR A FINAL VOTE.

BE IT RESOLVED BY THE COMMISSION OF THE CITY OF MIAMI, FLORIDA:

Section 1.  The City Commission hereby accepts the draft of the redistricting plan ("Plan") presented at the February 25, 2022 Special City Commission meeting so that it may be shared and discussed with the community.

Section 2.  The expert consultant is directed to bring back the Plan at the March 11, 2022 Special City Commission meeting for discussion and to present any changes at that time for a final vote.

Section 3.  This Resolution shall become effective immediately upon its adoption.

APPROVED AS TO FORM AND CORRECTNESS:

_____     3/23/2022
Victoria Méndez, City Attorney



# AGENDA ITEM SUMMARY FORM
## File ID: #11576

**Date:** 02/25/2022  
**Commission Meeting Date:** 02/25/2022  

**Requesting Department:** City Commission  
**Sponsored By:**  
**District Impacted:** All  

**Type:** Resolution  
**Subject:** Resolution Approving the Draft of Redistricting Plan

### Budget Impact Analysis

Item has NO budget impact

**Total Fiscal Impact:**

### Reviewed By

| Department | Reviewer | Review Type | Status | Date |
|---|---|---|---|---|
| City Commission | Maricarmen Lopez | Meeting | Completed | 02/25/2022 12:00 PM |
| Legislative Division | Valentin J Alvarez | Legislative Division Review | Completed | 02/28/2022 11:29 AM |
| Office of the City Attorney | George K. Wysong III | ACA Review | Completed | 03/17/2022 11:54 AM |
| Office of Management and Budget | Marie Gouin | Budget Review | Completed | 03/17/2022 12:31 PM |
| Office of the City Attorney | Barnaby L. Min | Deputy Attorney Review | Completed | 03/17/2022 12:38 PM |
| Office of the City Attorney | Victoria Méndez | Approved Form and Correctness | Completed | 03/23/2022 2:04 PM |
| Office of the City Clerk | City Clerk's Office | Rendered | Completed | 03/25/2022 11:59 AM |



# City of Miami

## Legislation

## Resolution

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

**Enactment Number: R-22-0085**

**File Number: 11576**                                            **Final Action Date: 2/25/2022**

A RESOLUTION OF THE MIAMI CITY COMMISSION APPROVING THE DRAFT OF THE REDISTRICTING PLAN ("PLAN") PRESENTED AT THE FEBRUARY 25, 2022 SPECIAL CITY COMMISSION MEETING SO THAT IT MAY BE SHARED AND DISCUSSED WITH THE COMMUNITY; DIRECTING THE EXPERT CONSULTANT TO BRING BACK THE PLAN AT THE MARCH 11, 2022 SPECIAL CITY COMMISSION MEETING FOR DISCUSSION AND TO PRESENT ANY CHANGES AT THAT TIME FOR A FINAL VOTE.

BE IT RESOLVED BY THE COMMISSION OF THE CITY OF MIAMI, FLORIDA:

Section 1.  The City Commission hereby accepts the draft of the redistricting plan ("Plan") presented at the February 25, 2022 Special City Commission meeting so that it may be shared and discussed with the community.

Section 2.  The expert consultant is directed to bring back the Plan at the March 11, 2022 Special City Commission meeting for discussion and to present any changes at that time for a final vote.

Section 3.  This Resolution shall become effective immediately upon its adoption.

APPROVED AS TO FORM AND CORRECTNESS:

Victoria Méndez, City Attorney        3/23/2022

Pursuant to the resolution, this item became effective immediately upon adoption by the Commission.



# City of Miami

## Master Report

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

### Enactment Number: R-22-0085

| | | |
|---|---|---|
| **File Number:** 11576 | **File Type:** Resolution | **Status:** **ADOPTED** |
| **Revision:** | | **Controlling Body:** City Commission |
| **File Name:** Resolution Approving the Draft of Redistricting Plan | | **Introduced:** 2/25/2022 |
| **Requesting Dept:** City Commission | | **Final Action Date:** 2/25/2022 |

**Title:** A RESOLUTION OF THE MIAMI CITY COMMISSION APPROVING THE DRAFT OF THE REDISTRICTING PLAN ("PLAN") PRESENTED AT THE FEBRUARY 25, 2022 SPECIAL CITY COMMISSION MEETING SO THAT IT MAY BE SHARED AND DISCUSSED WITH THE COMMUNITY; DIRECTING THE EXPERT CONSULTANT TO BRING BACK THE PLAN AT THE MARCH 11, 2022 SPECIAL CITY COMMISSION MEETING FOR DISCUSSION AND TO PRESENT ANY CHANGES AT THAT TIME FOR A FINAL VOTE.

**Notes:** Pursuant to the resolution, this item became effective immediately upon adoption by the Commission.

**Links:**

**Attachments:**

**History of Legislative File:**

| Revision: | Acting Body: | Date: | Action: | Result: |
|---|---|---|---|---|
| | City Commission | 2/25/2022 | Meeting | Completed |
| | City Commission | 2/25/2022 | ADOPTED | Passed |
| | Victoria Méndez | 3/23/2022 | Approved Form and Correctness | Completed |
| | City Clerk's Office | 3/25/2022 | Rendered | Completed |