

# City of Miami

## Legislation

## Resolution: R-22-0114

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

**File Number: 11661**  **Final Action Date: 3/11/2022**

A RESOLUTION OF THE MIAMI CITY COMMISSION SCHEDULING A SPECIAL CITY COMMISSION MEETING ON THURSDAY, MARCH 24, 2022, AT 2:30 P.M. FOR THE PURPOSE OF CONSIDERING AND TAKING ANY AND ALL ACTIONS RELATED TO THE REDISTRICTING OF CITY COMMISSION DISTRICTS, INCLUDING, BUT NOT LIMITED TO, THE DRAFTING OF ANY RELATED MAPS AND BOUNDARIES.

BE IT RESOLVED BY THE COMMISSION OF THE CITY OF MIAMI, FLORIDA:

Section 1. A Special City Commission Meeting is hereby scheduled on Thursday, March 24, 2022, at 2:30 p.m. at Miami City Hall, 3500 Pan American Drive, Miami, Florida for the purpose of considering and taking any and all actions related to the redistricting of City Commission districts, including, but not limited to, the drafting and approval of any related maps and boundaries.

Section 2. This Resolution shall become effective immediately upon its adoption.

APPROVED AS TO FORM AND CORRECTNESS:

*Victoria Méndez, City Attorney*   3/14/2022

# FORM 8B  MEMORANDUM OF VOTING CONFLICT FOR COUNTY, MUNICIPAL, AND OTHER LOCAL PUBLIC OFFICERS

| | |
|---|---|
| LAST NAME—FIRST NAME—MIDDLE NAME<br>Carollo, Joe | NAME OF BOARD, COUNCIL, COMMISSION, AUTHORITY, OR COMMITTEE<br>City of Miami Commission |
| MAILING ADDRESS<br>3500 Pan American Drive, Miami FL 33133 | THE BOARD, COUNCIL, COMMISSION, AUTHORITY OR COMMITTEE ON WHICH I SERVE IS A UNIT OF:<br>☑ CITY   ☐ COUNTY   ☐ OTHER LOCAL AGENCY |
| CITY: Miami     COUNTY: FL | NAME OF POLITICAL SUBDIVISION:<br>City of Miami |
| DATE ON WHICH VOTE OCCURRED<br>No Vote - March 11, 2022 | MY POSITION IS:<br>☑ ELECTIVE   ☐ APPOINTIVE |

## WHO MUST FILE FORM 8B

This form is for use by any person serving at the county, city, or other local level of government on an appointed or elected board, council, commission, authority, or committee. It applies to members of advisory and non-advisory bodies who are presented with a voting conflict of interest under Section 112.3143, Florida Statutes.

Your responsibilities under the law when faced with voting on a measure in which you have a conflict of interest will vary greatly depending on whether you hold an elective or appointive position. For this reason, please pay close attention to the instructions on this form before completing and filing the form.

## INSTRUCTIONS FOR COMPLIANCE WITH SECTION 112.3143, FLORIDA STATUTES

A person holding elective or appointive county, municipal, or other local public office MUST ABSTAIN from voting on a measure which would inure to his or her special private gain or loss. Each elected or appointed local officer also MUST ABSTAIN from knowingly voting on a measure which would inure to the special gain or loss of a principal (other than a government agency) by whom he or she is retained (including the parent, subsidiary, or sibling organization of a principal by which he or she is retained); to the special private gain or loss of a relative; or to the special private gain or loss of a business associate. Commissioners of community redevelopment agencies (CRAs) under Sec. 163.356 or 163.357, F.S., and officers of independent special tax districts elected on a one-acre, one-vote basis are not prohibited from voting in that capacity.

For purposes of this law, a "relative" includes only the officer's father, mother, son, daughter, husband, wife, brother, sister, father-in-law, mother-in-law, son-in-law, and daughter-in-law. A "business associate" means any person or entity engaged in or carrying on a business enterprise with the officer as a partner, joint venturer, coowner of property, or corporate shareholder (where the shares of the corporation are not listed on any national or regional stock exchange).

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ELECTED OFFICERS:

In addition to abstaining from voting in the situations described above, you must disclose the conflict:

PRIOR TO THE VOTE BEING TAKEN by publicly stating to the assembly the nature of your interest in the measure on which you are abstaining from voting; and

WITHIN 15 DAYS AFTER THE VOTE OCCURS by completing and filing this form with the person responsible for recording the minutes of the meeting, who should incorporate the form in the minutes.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### APPOINTED OFFICERS:

Although you must abstain from voting in the situations described above, you are not prohibited by Section 112.3143 from otherwise participating in these matters. However, you must disclose the nature of the conflict before making any attempt to influence the decision, whether orally or in writing and whether made by you or at your direction.

IF YOU INTEND TO MAKE ANY ATTEMPT TO INFLUENCE THE DECISION PRIOR TO THE MEETING AT WHICH THE VOTE WILL BE TAKEN:

- You must complete and file this form (before making any attempt to influence the decision) with the person responsible for recording the minutes of the meeting, who will incorporate the form in the minutes. (Continued on page 2)

CE FORM 8B - EFF. 11/2013
Adopted by reference in Rule 34-7.010(1)(f), F.A.C.

PAGE 1

[Stamp: RECEIVED 2022 MAR 25 PM 3:[?] OFFICE OF THE CITY CLERK CITY OF MIAMI]

11582
11661  ) Submittal-Commissioner Carollo-Form 8B Voting Conflict
11[?]

## APPOINTED OFFICERS (continued)

- A copy of the form must be provided immediately to the other members of the agency.
- The form must be read publicly at the next meeting after the form is filed.

IF YOU MAKE NO ATTEMPT TO INFLUENCE THE DECISION EXCEPT BY DISCUSSION AT THE MEETING:

- You must disclose orally the nature of your conflict in the measure before participating.
- You must complete the form and file it within 15 days after the vote occurs with the person responsible for recording the minutes of the meeting, who must incorporate the form in the minutes. A copy of the form must be provided immediately to the other members of the agency, and the form must be read publicly at the next meeting after the form is filed.

### DISCLOSURE OF LOCAL OFFICER'S INTEREST

I, Joe Carollo, hereby disclose that on March 11, 20 22:

(a) A measure came or will come before my agency which (check one or more)

___ inured to my special private gain or loss;

___ inured to the special gain or loss of my business associate, _____;

___ inured to the special gain or loss of my relative, _____;

___ inured to the special gain or loss of _____, by whom I am retained; or

___ inured to the special gain or loss of _____, which is the parent subsidiary, or sibling organization or subsidiary of a principal which has retained me.

(b) The measure before my agency and the nature of my conflicting interest in the measure is as follows:

I am aware of the provisions of Section 112.3143 (Voting conflicts) and Section 286.012 (voting requirement at meetings of governmental bodies), Florida Statutes. In complying with the requirements of Florida Law, at the time of the March 11, 2022 Special Commission Meeting, I announced my intention to abstain from casting a vote in an abundance of caution based on the statutory language "If there is, or appears to be, a possible conflict ..." Following that Special Commission Meeting, there is or appears to be no possible conflict.

If disclosure of specific information would violate confidentiality or privilege pursuant to law or rules governing attorneys, a public officer, who is also an attorney, may comply with the disclosure requirements of this section by disclosing the nature of the interest in such a way as to provide the public with notice of the conflict.

March 25, 2022
Date Filed

*Joe Carollo*
Signature

NOTICE: UNDER PROVISIONS OF FLORIDA STATUTES §112.317, A FAILURE TO MAKE ANY REQUIRED DISCLOSURE CONSTITUTES GROUNDS FOR AND MAY BE PUNISHED BY ONE OR MORE OF THE FOLLOWING: IMPEACHMENT, REMOVAL OR SUSPENSION FROM OFFICE OR EMPLOYMENT, DEMOTION, REDUCTION IN SALARY, REPRIMAND, OR A CIVIL PENALTY NOT TO EXCEED $10,000.

CE FORM 8B - EFF. 11/2013
Adopted by reference in Rule 34-7.010(1)(f), F.A.C.

PAGE 2



# AGENDA ITEM SUMMARY FORM
## File ID: #11661

**Date:** 03/11/2022  
**Commission Meeting Date:** 03/11/2022  

**Requesting Department:** City Commission  
**Sponsored By:**  
**District Impacted:** All  

**Type:** Resolution  
**Subject:** Scheduling of Special Meeting for March 24, 2022 Related to Redistricting  

**Budget Impact Analysis**

Item has NO budget impact

**Total Fiscal Impact:**

## Reviewed By

| Department | Reviewer | Review Type | Status | Date/Time |
|---|---|---|---|---|
| City Commission | Maricarmen Lopez | Meeting | Completed | 03/11/2022 10:00 AM |
| Legislative Division | Valentin J Alvarez | Legislative Division Review | Completed | 03/14/2022 9:20 AM |
| Office of the City Attorney | George K. Wysong III | ACA Review | Completed | 03/14/2022 10:25 AM |
| Office of Management and Budget | Marie Gouin | Budget Review | Completed | 03/14/2022 10:40 AM |
| Office of the City Attorney | Barnaby L. Min | Deputy Attorney Review | Completed | 03/14/2022 10:51 AM |
| Office of the City Attorney | Victoria Méndez | Approved Form and Correctness | Completed | 03/14/2022 1:11 PM |
| Office of the City Clerk | City Clerk's Office | Rendered | Completed | 03/14/2022 1:18 PM |



# City of Miami

Legislation

Resolution

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

**Enactment Number: R-22-0114**

**File Number: 11661**  **Final Action Date: 3/11/2022**

A RESOLUTION OF THE MIAMI CITY COMMISSION SCHEDULING A SPECIAL CITY COMMISSION MEETING ON THURSDAY, MARCH 24, 2022, AT 2:30 P.M. FOR THE PURPOSE OF CONSIDERING AND TAKING ANY AND ALL ACTIONS RELATED TO THE REDISTRICTING OF CITY COMMISSION DISTRICTS, INCLUDING, BUT NOT LIMITED TO, THE DRAFTING OF ANY RELATED MAPS AND BOUNDARIES.

BE IT RESOLVED BY THE COMMISSION OF THE CITY OF MIAMI, FLORIDA:

Section 1. A Special City Commission Meeting is hereby scheduled on Thursday, March 24, 2022, at 2:30 p.m. at Miami City Hall, 3500 Pan American Drive, Miami, Florida for the purpose of considering and taking any and all actions related to the redistricting of City Commission districts, including, but not limited to, the drafting and approval of any related maps and boundaries.

Section 2. This Resolution shall become effective immediately upon its adoption.

APPROVED AS TO FORM AND CORRECTNESS:

Victoria Méndez, City Attorney    3/14/2022

Pursuant to the resolution, this item became effective immediately upon adoption by the Commission.



# City of Miami

## Master Report

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

**Enactment Number: R-22-0114**

| | | |
|---|---|---|
| **File Number:** 11661 | **File Type:** Resolution | **Status:** ADOPTED |
| **Revision:** | | **Controlling Body:** City Commission |
| **File Name:** Scheduling of Special Meeting for March 24, 2022 Related to Redistricting | | **Introduced:** 3/11/2022 |
| **Requesting Dept:** City Commission | | **Final Action Date:** 3/11/2022 |

**Title:** A RESOLUTION OF THE MIAMI CITY COMMISSION SCHEDULING A SPECIAL CITY COMMISSION MEETING ON THURSDAY, MARCH 24, 2022, AT 2:30 P.M. FOR THE PURPOSE OF CONSIDERING AND TAKING ANY AND ALL ACTIONS RELATED TO THE REDISTRICTING OF CITY COMMISSION DISTRICTS, INCLUDING, BUT NOT LIMITED TO, THE DRAFTING OF ANY RELATED MAPS AND BOUNDARIES.

**Notes:** Pursuant to the resolution, this item became effective immediately upon adoption by the Commission.

**Links:**

**Attachments:** 11661 Submittal-Commissioner Carollo-Form 8B Voting Conflict    (PDF)

**History of Legislative File:**

| Revision: | Acting Body: | Date: | Action: | Result: |
|---|---|---|---|---|
| | City Commission | 3/11/2022 | Meeting | Completed |
| | City Commission | 3/11/2022 | ADOPTED | Passed |
| | Legislative Division | 3/14/2022 | Legislative Division Review | Completed |
| | George K. Wysong III | 3/14/2022 | ACA Review | Completed |
| | Marie Gouin | 3/14/2022 | Budget Review | Completed |
| | Barnaby L. Min | 3/14/2022 | Deputy Attorney Review | Completed |
| | Victoria Méndez | 3/14/2022 | Approved Form and Correctness | Completed |
| | City Clerk's Office | 3/14/2022 | Rendered | Completed |