

# City of Miami

## Resolution R-23-0171

## Legislation

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

---

**File Number: 13692**                    **Final Action Date:  4/13/2023**

A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S), PROVIDING FOR A GENERAL MUNICIPAL ELECTION ON NOVEMBER 7, 2023, FOR THE PURPOSE OF ELECTING THREE COMMISSIONERS; FURTHER PROVIDING FOR A RUN-OFF ELECTION, IF REQUIRED, ON NOVEMBER 21, 2023; PROVIDING FOR THE REGISTRATION OF PERSONS QUALIFIED TO VOTE IN BOTH ELECTIONS; DESCRIBING PERSONS QUALIFIED TO VOTE IN BOTH ELECTIONS; DESCRIBING THE REGISTRATION BOOKS AND RECORDS MAINTAINED UNDER THE PROVISIONS OF THE GENERAL LAWS OF FLORIDA AND CHAPTER 16 OF THE CODE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED, WHICH THE CITY OF MIAMI HAS ADOPTED FOR USE IN GENERAL MUNICIPAL AND RUN-OFF ELECTIONS; DESIGNATING AND APPOINTING THE CITY CLERK AS THE OFFICIAL REPRESENTATIVE OF THE CITY COMMISSION WITH RESPECT TO THE USE OF SUCH REGISTRATION BOOKS AND RECORDS; DIRECTING THE CITY CLERK TO GIVE NOTICE BY PUBLICATION OF THE ADOPTION OF THIS RESOLUTION AND THE PROVISIONS HEREOF; CONTAINING A SEVERABILITY CLAUSE; PROVIDING FOR AN IMMEDIATE EFFECTIVE DATE.

WHEREAS, Section 7 of the Charter of the City of Miami, Florida ("City Charter") provides:

A general municipal election for the mayor and city commissioners shall be held on the first Tuesday after the first Monday in November in odd-numbered years. A runoff election for the mayor and city commissioners shall be held on the third Tuesday after the first Monday in November in odd-numbered years; and

WHEREAS, pursuant to Section 7 of the City Charter, the 2023 General Municipal Election is mandated to be scheduled on November 7, 2023, and the Run-Off Election is mandated to be scheduled two (2) weeks afterward on November 21, 2023;

NOW, THEREFORE, BE IT RESOLVED BY THE COMMISSION OF THE CITY OF MIAMI, FLORIDA:

Section 1.  The recitals and findings contained in the Preamble to this Resolution are adopted by reference and incorporated as if fully set forth in this Section.

Section 2. Pursuant to Section 7 of the City Charter and the Florida Election Code, the City Commission directs a general municipal election in the City of Miami, Florida ("City") at the polling places designated in Exhibit No. 1, attached and incorporated, on Tuesday, November 7, 2023, from 7:00 A.M. until 7:00 P.M., to elect the following officers of the City: three District Commissioners who are to be elected from Districts 1, 2, and 4.

---



**AGENDA ITEM SUMMARY FORM**
**File ID: #13692**

**Date:**  03/15/2023                    **Requesting Department:** Office of the City
                                          Clerk
**Commission Meeting Date:**  04/13/2023  **Sponsored By:**
                                          **District Impacted:**    District 1, District 2,
                                          District 4

**Type:**       Resolution
**Subject:**    2023 Municipal Election Dates

**Purpose of Item:**

A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S),
PROVIDING FOR A GENERAL MUNICIPAL ELECTION ON NOVEMBER 7, 2023 FOR
THE PURPOSE OF ELECTING THREE (3) COMMISSIONERS; FURTHER
PROVIDING FOR A RUN-OFF ELECTION, IF REQUIRED, ON NOVEMBER 21, 2023;
PROVIDING FOR THE REGISTRATION OF PERSONS QUALIFIED TO VOTE IN
BOTH ELECTIONS; DESCRIBING PERSONS QUALIFIED TO VOTE IN BOTH
ELECTIONS; DESCRIBING THE REGISTRATION BOOKS AND RECORDS
MAINTAINED UNDER THE PROVISIONS OF THE GENERAL LAWS OF FLORIDA
AND CHAPTER 16 OF THE CODE OF THE CITY OF MIAMI, FLORIDA, AS
AMENDED, WHICH THE CITY OF MIAMI HAS ADOPTED FOR USE IN GENERAL
MUNICIPAL AND RUN-OFF ELECTIONS; DESIGNATING AND APPOINTING THE
CITY CLERK AS THE OFFICIAL REPRESENTATIVE OF THE CITY COMMISSION
WITH RESPECT TO THE USE OF SUCH REGISTRATION BOOKS AND RECORDS;
DIRECTING THE CITY CLERK TO GIVE NOTICE BY PUBLICATION OF THE
ADOPTION OF THIS RESOLUTION AND THE PROVISIONS HEREOF; CONTAINING
A SEVERABILITY CLAUSE; PROVIDING FOR AN IMMEDIATE EFFECTIVE DATE.

**Background of Item:**

SAME AS ABOVE.

**Budget Impact Analysis**

**Total Fiscal Impact:**

**Reviewed By**

| | | | | |
|---|---|---|---|---|
| Office of the City Clerk | Todd B. Hannon | Department Head Review | Completed | 03/15/2023 8:49 PM |
| Legislative Division | Valentin J Alvarez | Legislative Division Review | Completed | 03/16/2023 11:04 AM |
| Office of the City Attorney | George K. Wysong III | ACA Review | Completed | 03/28/2023 6:14 PM |
| Office of Management and Budget | Marie Gouin | Budget Review | Completed | 03/29/2023 4:15 PM |
| Office of the City Attorney | Victoria Méndez | Approved Form and Correctness | Completed | 03/30/2023 9:10 AM |
| City Commission | Maricarmen Lopez | Meeting | Completed | 04/13/2023 9:00 AM |
| Office of the City Clerk | City Clerk's Office | Rendered | Completed | 04/18/2023 4:07 PM |



# City of Miami

## Legislation

## Resolution

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

### Enactment Number: R-23-0171

**File Number: 13692**                                   **Final Action Date:4/13/2023**

A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S), PROVIDING FOR A GENERAL MUNICIPAL ELECTION ON NOVEMBER 7, 2023, FOR THE PURPOSE OF ELECTING THREE COMMISSIONERS; FURTHER PROVIDING FOR A RUN-OFF ELECTION, IF REQUIRED, ON NOVEMBER 21, 2023; PROVIDING FOR THE REGISTRATION OF PERSONS QUALIFIED TO VOTE IN BOTH ELECTIONS; DESCRIBING PERSONS QUALIFIED TO VOTE IN BOTH ELECTIONS; DESCRIBING THE REGISTRATION BOOKS AND RECORDS MAINTAINED UNDER THE PROVISIONS OF THE GENERAL LAWS OF FLORIDA AND CHAPTER 16 OF THE CODE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED, WHICH THE CITY OF MIAMI HAS ADOPTED FOR USE IN GENERAL MUNICIPAL AND RUN-OFF ELECTIONS; DESIGNATING AND APPOINTING THE CITY CLERK AS THE OFFICIAL REPRESENTATIVE OF THE CITY COMMISSION WITH RESPECT TO THE USE OF SUCH REGISTRATION BOOKS AND RECORDS; DIRECTING THE CITY CLERK TO GIVE NOTICE BY PUBLICATION OF THE ADOPTION OF THIS RESOLUTION AND THE PROVISIONS HEREOF; CONTAINING A SEVERABILITY CLAUSE; PROVIDING FOR AN IMMEDIATE EFFECTIVE DATE.

WHEREAS, Section 7 of the Charter of the City of Miami, Florida ("City Charter") provides:

A general municipal election for the mayor and city commissioners shall be held on the first Tuesday after the first Monday in November in odd-numbered years. A runoff election for the mayor and city commissioners shall be held on the third Tuesday after the first Monday in November in odd-numbered years; and

WHEREAS, pursuant to Section 7 of the City Charter, the 2023 General Municipal Election is mandated to be scheduled on November 7, 2023, and the Run-Off Election is mandated to be scheduled two (2) weeks afterward on November 21, 2023;

NOW, THEREFORE, BE IT RESOLVED BY THE COMMISSION OF THE CITY OF MIAMI, FLORIDA:

Section 1.  The recitals and findings contained in the Preamble to this Resolution are adopted by reference and incorporated as if fully set forth in this Section.

Section 2. Pursuant to Section 7 of the City Charter and the Florida Election Code, the City Commission directs a general municipal election in the City of Miami, Florida ("City") at the polling places designated in Exhibit No. 1, attached and incorporated, on Tuesday, November 7, 2023, from 7:00 A.M. until 7:00 P.M., to elect the following officers of the City: three District Commissioners who are to be elected from Districts 1, 2, and 4.

Section 3. A run-off election, if required, is directed to be held in the City at the polling places designated in Exhibit No. 1, attached and incorporated, on Tuesday, November 21, 2023, from 7:00 A.M. until 7:00 P.M.

Section 4. The candidate qualifying period for the November 2023 General Municipal Election will be scheduled from Friday, September 8, 2023, until Saturday, September 23, 2023, at 6:00 P.M.

Section 5. The precinct clerks and inspectors to serve at said polling places on said dates shall be designated by the Supervisor of Elections of Miami-Dade County ("Supervisor") for such purposes in accordance with the general laws of the State of Florida ("State").

Section 6. Persons who are qualified to vote in said elections and who have not registered under the provisions of the Florida Election Code and Chapter 16 of the Code of the City of Miami, Florida, as amended, or who have transferred their legal residence from one voting precinct to another voting precinct in the City may register at such branch offices as may be approved by the Supervisor and at the Supervisor's office which will be open at the following location and during the following times:

MIAMI-DADE COUNTY ELECTIONS DEPARTMENT
2700 Northwest 87th Avenue, Miami, Florida
Monday to Friday, 8:00 A.M. - 5:00 P.M.

In addition to the above, said qualified persons may also register at branch offices and may also use any means as provided by general laws of the State for the purpose of registration in order to vote in the herein described elections during such times and on such dates as may be designated by the Supervisor.

Section 7. The elections shall be held at the polling places in the precincts designated on Exhibit No. 1, attached and incorporated, or as may be designated by the Supervisor in conformity with the provisions of the Florida Election Code. A description of the registration books and records which pertain to election precincts wholly or partly within the City and which the City is adopting and desires to use for holding such elections is all voter information cards, registration books, records, and certificates pertaining to electors of the City and established and maintained as official by the Supervisor in conformity with the provisions of the Florida Election Code, are hereby adopted and declared to be and shall hereafter be recognized and accepted as official voter information cards, registration books, records, and certificates of the City.

Section 8. The ballots to be used in said elections shall be so prepared that the names of the qualified candidates will appear on said ballots in alphabetical order according to surname for each election contest; provided, however, that the ballots and their preparation shall comply with the general election laws of the State. Vote-by-Mail ballots may be used by qualified electors of the City for voting. The form of such ballot shall be in accordance with the requirements prescribed by the general election laws of the State.

Section 9. (a) In compliance with the Florida Election Code, the City Clerk is authorized and directed to publish notice of this Resolution and of the provisions hereof at least twice during the thirty (30) days prior to the beginning of qualifying in a newspaper of general circulation in the City which notice shall be substantially as set forth in the following form:

NOTICE OF GENERAL MUNICIPAL ELECTION
IN THE CITY OF MIAMI, FLORIDA
TO BE HELD ON TUESDAY, NOVEMBER 7, 2023
PURSUANT TO RESOLUTION NO. R-23-XXXX
FOR THE PURPOSE OF ELECTING THE OFFICES OF

THREE CITY COMMISSIONERS WHO ARE TO BE ELECTED FROM SINGLE MEMBER
DISTRICTS 1, 2, AND 4

A general municipal election will be held on Tuesday, November 7, 2023, from 7:00 A.M. until 7:00 P.M. in the City of Miami, Florida, at the polling places in the several election precincts designated by the Miami-Dade County Supervisor of Elections, at which election the qualified electors participating therein will vote for the following municipal officers: three District Commissioners who are to be elected from single member Districts 1, 2, and 4. A run-off election, if required, is to be held on Tuesday, November 21, 2023.

(b)      The precinct clerks and inspectors to serve at said polling places on said dates shall be those designated by the Supervisor for such purpose in accordance with the general laws of the State. The registration books and records for the registration of persons qualified to vote in said elections shall be those maintained by the Supervisor.

(c)      The official ballot shall be in substantially the following form:

**Official Ballot**
**General Municipal Election**
**November 7, 2023**
**Miami, Florida**

**District Wide**
**Commissioner – District 1**
(Vote for 1)
Names of Candidates          (Position Number)

**District Wide**
**Commissioner – District 2**
(Vote for 1)
Names of Candidates          (Position Number)

**District Wide**
**Commissioner – District 4**
(Vote for 1)
Names of Candidates          (Position Number)

(d)      In the event a run-off election is required to be held on Tuesday, November 21, 2023, the official ballot to be used at such run-off election shall be in substantially the same form as above except that the heading of the ballot shall be in substantially the following form:

**Official Ballot**
**Run-Off Election**
**November 21, 2023**
**Miami, Florida**

(e)      A run-off election will be held on Tuesday, November 21, 2023, from 7:00 A.M. until 7:00 P.M. in the City at the polling places set forth herein. The precinct clerks and inspectors at said general municipal election shall be those designated by the Supervisor for such purpose. The registration books and records for the registration of persons qualified to vote in said general municipal election shall be those maintained by the Supervisor.

Section 10. Todd B. Hannon, the City Clerk of the City, or his duly appointed successor, is designated and appointed as the official representative of the City Commission in all

transactions with the Supervisor in relation to matters pertaining to the use of the registration books for the holding of the herein general municipal election and the herein run-off election.

Section 11. The City Clerk shall cause to be prepared Vote-by-Mail ballots for the use of electors who are unable or unwilling to go to the polls to vote and entitled to cast such ballots in said elections.

Section 12. All qualified electors of the City shall be permitted to vote in said general municipal election and the Supervisor is requested, authorized, and directed to furnish, at the cost and expense of the City, a list of all qualified electors residing in the City as shown by the registration books and records of the Supervisor and duly certify the same for delivery to and for use by the election officials designated to serve at the respective polling places in said election precincts.

Section 13. The City Clerk is directed, upon the adoption of this Resolution, to transmit a certified copy of this Resolution to the Supervisor.

Section 14. If any section, part of a section, paragraph, clause, phrase, or word of this Resolution is declared invalid, the remaining provisions of this Resolution shall not be affected.

Section 15. This Resolution shall become effective immediately upon its adoption.[1]

APPROVED AS TO FORM AND CORRECTNESS:

Victoria Méndez, City Attorney        3/30/2023

Pursuant to the resolution, this item became effective immediately upon adoption by the Commission.

---

[1] This is an administrative act that is not subject to Mayoral veto.

Date : 03/17/2023
Time : 8:06 AM

**Christina White**
Supervisor of Elections



Miami-Dade County, FL

## EXHIBIT NO. 1

### Precinct List
### FOR SELECTED DISTRICT

Florida Statute 101.71: A notice of the change of the polling place involved shall be mailed, at least 14 days prior to an election, to each registered elector or to each household in which there is a registered elector.

**DISTRICT:** Miami Dist 1

| Prec/PP | Place Name | Office Location | CITY | ZIP |
|---------|-----------|-----------------|------|-----|
| 285.1 | Melrose Elementary School | 3050 NW 35 St | Miami | 33142 |
| 509.0 | The Universal Church of The Kingdom of God | 3501 W Flagler St | Miami | 33135 |
| 509.1 | The Universal Church of The Kingdom of God | 3501 W Flagler St | Miami | 33135 |
| 512.1 | St. Paul Institutional AME Church | 1892 NW 51 Ter | Miami | 33142 |
| 522.1 | Moore Park | 765 NW 36 St | Miami | 33127 |
| 523.0 | Ebenezer United Methodist Church | 2001 NW 35 St | Miami | 33142 |
| 526.0 | Curtis Park Community House | 1901 NW 24 Ave | Miami | 33125 |
| 526.1 | Curtis Park Community House | 1901 NW 24 Ave | Miami | 33125 |
| 527.0 | Juan P. Duarte Park | 1776 NW 28 St | Miami | 33142 |
| 528.0 | Allapattah Branch Library | 1799 NW 35 St | Miami | 33142 |
| 528.1 | Allapattah Branch Library | 1799 NW 35 St | Miami | 33142 |
| 529.0 | Jose De Diego Middle School | 3100 NW 5 Ave | Miami | 33127 |
| 530.0 | Comstock Elementary School | 2420 NW 18 Ave | Miami | 33142 |
| 531.0 | Claude Pepper Community Center II | 750 NW 18 Ter | Miami | 33136 |
| 540.0 | Comstock Elementary School | 2420 NW 18 Ave | Miami | 33142 |
| 545.0 | Miami Police Benevolent Association | 2300 NW 14 St | Miami | 33125 |
| 545.1 | Miami Police Benevolent Association | 2300 NW 14 St | Miami | 33125 |
| 549.0 | Kensington Park Elementary School | 711 NW 30 Ave | Miami | 33125 |
| 549.1 | Kensington Park Elementary School | 711 NW 30 Ave | Miami | 33125 |
| 550.0 | Miami Fire Fighter Benevolent Association | 2980 NW S River Dr | Miami | 33125 |
| 550.1 | Miami Fire Fighter Benevolent Association | 2980 NW S River Dr | Miami | 33125 |
| 551.0 | Grapeland Park | 1550 NW 37 Ave | Miami | 33125 |
| 551.1 | Grapeland Park | 1550 NW 37 Ave | Miami | 33125 |
| 556.0 | Residential Plaza | 5617 NW 7 St | Miami | 33126 |
| 556.1 | Residential Plaza | 5617 NW 7 St | Miami | 33126 |
| 588.0 | Allapattah Branch Library | 1799 NW 35 St | Miami | 33142 |
| 588.1 | Allapattah Branch Library | 1799 NW 35 St | Miami | 33142 |
| 588.2 | Allapattah Branch Library | 1799 NW 35 St | Miami | 33142 |
| 589.0 | Allapattah Branch Library | 1799 NW 35 St | Miami | 33142 |
| 589.1 | Allapattah Branch Library | 1799 NW 35 St | Miami | 33142 |
| 589.2 | Allapattah Branch Library | 1799 NW 35 St | Miami | 33142 |
| 591.0 | Malcolm Ross Senior Center | 2800 NW 18 Ave | Miami | 33142 |

**Christina White**
Supervisor of Elections

Miami-Dade County, FL

## Precinct List
### FOR SELECTED DISTRICT

Florida Statute 101.71: A notice of the change of the
polling place involved shall be mailed, at least 14
days prior to an election, to each registered elector or
to each household in which there is a registered
elector.

---

**DISTRICT:    Miami Dist 1**

| | | | | |
|---|---|---|---|---|
| 592.0 | Curtis Park Community House | 1901 NW 24 Ave | Miami | 33125 |
| 594.0 | Juan P. Duarte Park | 1776 NW 28 St | Miami | 33142 |
| 595.0 | Juan P. Duarte Park | 1776 NW 28 St | Miami | 33142 |
| 595.1 | Juan P. Duarte Park | 1776 NW 28 St | Miami | 33142 |
| 597.0 | Moore Park | 765 NW 36 St | Miami | 33127 |
| 598.0 | Moore Park | 765 NW 36 St | Miami | 33127 |
| 656.0 | Jack Orr Senior Center | 550 NW 5 St | Miami | 33128 |
| 656.1 | Jack Orr Senior Center | 550 NW 5 St | Miami | 33128 |
| 974.0 | Charlie DeLucca Park (Kinloch Park) | 455 NW 47 Ave | Miami | 33126 |
| 975.0 | Claude Pepper Community Center II | 750 NW 18 Ter | Miami | 33136 |
| 980.0 | Comstock Elementary School | 2420 NW 18 Ave | Miami | 33142 |
| 980.1 | Comstock Elementary School | 2420 NW 18 Ave | Miami | 33142 |
| 981.0 | Allapattah Neighborhood Service Center | 1897 NW 20 St | Miami | 33142 |
| 985.0 | Jack Orr Senior Center | 550 NW 5 St | Miami | 33128 |
| 987.0 | Curtis Park Community House | 1901 NW 24 Ave | Miami | 33125 |
| 989.0 | H U D | 1407 NW 7 St | Miami | 33125 |
| 990.0 | H U D | 1407 NW 7 St | Miami | 33125 |
| 991.0 | Iglesia Bautista Misionera Renovacion | 50 NW 51 Pl | Miami | 33126 |
| 992.0 | Iglesia Bautista Misionera Renovacion | 50 NW 51 Pl | Miami | 33126 |

| **Total Number of Precincts** | | | |
|---|---|---|---|
| **51** | | | |

**Christina White**
Supervisor of Elections



Miami-Dade County, FL

## Precinct List
### FOR SELECTED DISTRICT
Florida Statute 101.71: A notice of the change of the
polling place involved shall be mailed, at least 14
days prior to an election, to each registered elector or
to each household in which there is a registered
elector.

**DISTRICT:** Miami Dist 2

| Prec/PP | Place Name | Office Location | CITY | ZIP |
|---------|-----------|-----------------|------|-----|
| 516.0 | Morningside Park | 750 NE 55 Ter | Miami | 33137 |
| 516.1 | Morningside Park | 750 NE 55 Ter | Miami | 33137 |
| 532.0 | Christ Episcopal Church | 3481 Hibiscus St | Miami | 33133 |
| 534.1 | Miami Fire Station #2 | 1901 N Miami Ave | Miami | 33136 |
| 534.2 | Miami Fire Station #2 | 1901 N Miami Ave | Miami | 33136 |
| 534.3 | Miami Fire Station #2 | 1901 N Miami Ave | Miami | 33136 |
| 534.5 | Miami Fire Station #2 | 1901 N Miami Ave | Miami | 33136 |
| 534.7 | Miami Fire Station #2 | 1901 N Miami Ave | Miami | 33136 |
| 536.1 | Phillis Wheatley Elementary School | 1801 NW 1 Pl | Miami | 33136 |
| 538.0 | Temple Israel of Greater Miami | 137 NE 19 St | Miami | 33132 |
| 538.1 | Temple Israel of Greater Miami | 137 NE 19 St | Miami | 33132 |
| 538.4 | Temple Israel of Greater Miami | 137 NE 19 St | Miami | 33132 |
| 538.5 | Temple Israel of Greater Miami | 137 NE 19 St | Miami | 33132 |
| 538.6 | Temple Israel of Greater Miami | 137 NE 19 St | Miami | 33132 |
| 541.0 | First Presbyterian Church | 609 Brickell Ave | Miami | 33131 |
| 544.0 | Trinity Cathedral Hall | 464 NE 16 St | Miami | 33132 |
| 546.0 | Miami City Hall | 3500 Pan American Dr | Miami | 33133 |
| 568.0 | Simpson Park Recreation Building | 55 SW 17 Rd | Miami | 33129 |
| 569.0 | Simpson Park Recreation Building | 55 SW 17 Rd | Miami | 33129 |
| 582.0 | Vizcaya Village Garage - Historic Garage | 3250 S Miami Ave | Miami | 33129 |
| 582.2 | Vizcaya Village Garage - Historic Garage | 3250 S Miami Ave | Miami | 33129 |
| 582.3 | Vizcaya Village Garage - Historic Garage | 3250 S Miami Ave | Miami | 33129 |
| 582.4 | Vizcaya Village Garage - Historic Garage | 3250 S Miami Ave | Miami | 33129 |
| 583.0 | Miami Fire Station #8 | 2975 Oak Ave | Miami | 33133 |
| 584.0 | Elizabeth Virrick Park | 3255 Plaza St | Miami | 33133 |
| 585.0 | Elizabeth Virrick Park | 3255 Plaza St | Miami | 33133 |
| 586.0 | Miami-Dade Water & Sewer Authority | 3575 S Le Jeune Rd | Miami | 33133 |
| 587.0 | Plymouth Congregational Church | 3400 Devon Rd | Miami | 33133 |
| 624.0 | Knights of Columbus Miami Council 1726 | 3601 S Miami Ave | Miami | 33133 |
| 658.0 | Trinity Cathedral Hall | 464 NE 16 St | Miami | 33132 |
| 659.0 | Trinity Cathedral Hall | 464 NE 16 St | Miami | 33132 |
| 659.1 | Trinity Cathedral Hall | 464 NE 16 St | Miami | 33132 |

Date : 03/17/2023

Time : 8:10 AM

**Christina White**

Supervisor of Elections

Miami-Dade County, FL

## Precinct List
### FOR SELECTED DISTRICT

Florida Statute 101.71: A notice of the change of the polling place involved shall be mailed, at least 14 days prior to an election, to each registered elector or to each household in which there is a registered elector.

**DISTRICT:**   Miami Dist 2

| | | | |
|---|---|---|---|
| 668.0 | Simpson Park Recreation Building | 55 SW 17 Rd | Miami | 33129 |
| 982.0 | Alfred I. DuPont Building | 169 E Flagler St | Miami | 33131 |
| 983.0 | Alfred I. DuPont Building | 169 E Flager | Miami | 33131 |
| 984.0 | Alfred I. DuPont Building | 169 E Flagler St | Miami | 33131 |
| 984.1 | Alfred I. DuPont Building | 169 E Flagler St | Miami | 33131 |
| 993.0 | Vizcaya Village Garage - Historic Garage | 3250 S Miami Ave | Miami | 33129 |
| 993.1 | Vizcaya Village Garage - Historic Garage | 3250 S Miami Ave | Miami | 33129 |
| 995.0 | Knights of Columbus Miami Council 1726 | 3601 S Miami Ave | Miami | 33133 |
| 996.0 | Vizcaya Village Garage - Historic Garage | 3250 S Miami Ave | Miami | 33129 |
| 999.0 | Morningside Park | 750 NE 55 Ter | Miami | 33137 |
| 999.2 | Morningside Park | 750 NE 55 Ter | Miami | 33137 |
| 999.3 | Morningside Park | 750 NE 55 Ter | Miami | 33137 |
| | **Total Number of Precincts** | | | |
| | **44** | | | |

Date : 03/17/2023
Time : 8:11 AM

**Christina White**
Supervisor of Elections

MIAMI DADE COUNTY

Miami-Dade County, FL

# Precinct List
## FOR SELECTED DISTRICT

Florida Statute 101.71: A notice of the change of the
polling place involved shall be mailed, at least 14
days prior to an election, to each registered elector or
to each household in which there is a registered
elector.

**DISTRICT:**   Miami Dist 4

| Prec/PP | Place Name | Office Location | CITY | ZIP |
|---------|-----------|-----------------|------|-----|
| 465.0 | West End Park Community House | 6030 SW 2nd St | Miami | 33144 |
| 510.0 | The Universal Church of The Kingdom of God | 3501 W Flagler St | Miami | 33135 |
| 548.1 | Miami-Dade County Auditorium | 2901 W Flagler St | Miami | 33135 |
| 552.0 | Armando Badia Senior Center | 25 Tamiami Blvd | Miami | 33144 |
| 553.0 | Robert King High Community House | 7025 W Flagler St | Miami | 33144 |
| 554.0 | Iglesia Bautista Misionera Renovacion | 50 NW 51 Pl | Miami | 33126 |
| 557.0 | Sunlight Miami | 4585 W Flagler St | Miami | 33134 |
| 558.0 | Charlie DeLucca Park (Kinloch Park) | 455 NW 47 Ave | Miami | 33126 |
| 559.0 | Ebenezer Freewill Baptist Church | 4111 SW 4 St | Miami | 33134 |
| 560.0 | Kinloch Park Middle School | 4340 NW 3 St | Miami | 33126 |
| 561.0 | Iglesia Bautista Resurreccion | 2323 SW 27 Ave | Miami | 33145 |
| 561.1 | Iglesia Bautista Resurreccion | 2323 SW 27 Ave | Miami | 33145 |
| 572.0 | Shenandoah Elementary School | 1023 SW 21 Ave | Miami | 33135 |
| 573.0 | Rene Janero Recreation Center | 1800 SW 21 Ave | Miami | 33145 |
| 574.0 | Rene Janero Recreation Center | 1800 SW 21 Ave | Miami | 33145 |
| 575.0 | Central Christian Church of Dade County | 222 Menores Ave | Coral Gables | 33134 |
| 576.0 | Coral Gate Park Community Center | 1415 SW 32 Ave | Miami | 33145 |
| 577.0 | Providence Road/Coral Baptist Church | 2732 SW 32 Ave | Miami | 33133 |
| 577.1 | Providence Road/Coral Baptist Church | 2732 SW 32 Ave | Miami | 33133 |
| 578.0 | Providence Road/Coral Baptist Church | 2732 SW 32 Ave | Miami | 33133 |
| 578.1 | Providence Road/Coral Baptist Church | 2732 SW 32 Ave | Miami | 33133 |
| 579.0 | Silver Bluff Elementary School | 2609 SW 25 Ave | Miami | 33133 |
| 583.1 | Miami Fire Station #8 | 2975 Oak Ave | Miami | 33133 |
| 584.1 | Elizabeth Virrick Park | 3255 Plaza St | Miami | 33133 |
| 611.1 | Coral Gables Senior High School | 450 Bird Rd | Coral Gables | 33146 |
| 670.1 | Miami-Dade County Auditorium | 2901 W Flagler St | Miami | 33135 |
| 670.2 | Miami-Dade County Auditorium | 2901 W Flagler St | Miami | 33135 |
| 971.0 | Kinloch Park Middle School | 4340 NW 3 St | Miami | 33126 |
| 994.0 | Ebenezer Freewill Baptist Church | 4111 SW 4 St | Miami | 33134 |
| | **Total Number of Precincts** | | | |
| | **29** | | | |



# City of Miami

## Master Report

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

### Enactment Number: R-23-0171

| | | |
|---|---|---|
| **File Number:** 13692 | **File Type:** Resolution | **Status**: **ADOPTED** |
| **Revision:** | | **Controlling Body:** City Commission |
| **File Name:** 2023 Municipal Election Dates | | **Introduced:** 3/15/2023 |
| **Requesting Dept:** Office of the City Clerk | | **Final Action Date:** 4/13/2023 |

**Title:** A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S), PROVIDING FOR A GENERAL MUNICIPAL ELECTION ON NOVEMBER 7, 2023, FOR THE PURPOSE OF ELECTING THREE COMMISSIONERS; FURTHER PROVIDING FOR A RUN-OFF ELECTION, IF REQUIRED, ON NOVEMBER 21, 2023; PROVIDING FOR THE REGISTRATION OF PERSONS QUALIFIED TO VOTE IN BOTH ELECTIONS; DESCRIBING PERSONS QUALIFIED TO VOTE IN BOTH ELECTIONS; DESCRIBING THE REGISTRATION BOOKS AND RECORDS MAINTAINED UNDER THE PROVISIONS OF THE GENERAL LAWS OF FLORIDA AND CHAPTER 16 OF THE CODE OF THE CITY OF MIAMI, FLORIDA, AS AMENDED, WHICH THE CITY OF MIAMI HAS ADOPTED FOR USE IN GENERAL MUNICIPAL AND RUN-OFF ELECTIONS; DESIGNATING AND APPOINTING THE CITY CLERK AS THE OFFICIAL REPRESENTATIVE OF THE CITY COMMISSION WITH RESPECT TO THE USE OF SUCH REGISTRATION BOOKS AND RECORDS; DIRECTING THE CITY CLERK TO GIVE NOTICE BY PUBLICATION OF THE ADOPTION OF THIS RESOLUTION AND THE PROVISIONS HEREOF; CONTAINING A SEVERABILITY CLAUSE; PROVIDING FOR AN IMMEDIATE EFFECTIVE DATE.

**Notes:** Pursuant to the resolution, this item became effective immediately upon adoption by the Commission.

**Links:**

**Attachments:** 13692 Exhibit No. 1    (PDF)
13692 Memo to Mayor and Commissioners re 2023 Election    (PDF)

### History of Legislative File:

| Revision: | Acting Body: | Date: | Action: | Result: |
|---|---|---|---|---|
| | Victoria Méndez | 3/30/2023 | Approved Form and Correctness | Completed |
| | City Commission | 4/13/2023 | Meeting | Completed |
| | City Commission | 4/13/2023 | ADOPTED | Passed |
| | City Clerk's Office | 4/18/2023 | Rendered | Completed |

CITY OF MIAMI, FLORIDA

**INTER-OFFICE MEMORANDUM**

| | | | |
|---|---|---|---|
| TO : | Honorable Mayor and<br>Members of the City Commission | DATE : | March 29, 2023 | FILE : |

SUBJECT :  Scheduling a General Municipal Election to be held on November 7, 2023 and, if required, a Run-Off Election on November 21, 2023

FROM :  Todd B. Hannon
City Clerk

REFERENCES :

ENCLOSURES :   (1)

In accordance with Miami City Charter Section 7, "[a] general municipal election for the mayor and city commissioners shall be held on the first Tuesday after the first Monday in November in odd-numbered years. A runoff election for the mayor and city commissioners shall be held on the third Tuesday after the first Monday in November in odd-numbered years."

Furthermore, Miami City Charter Section 4(b) states, "[i]f no candidate receives a majority of the votes for that office, the two candidates for the respective office who received the greatest number of votes for that office in the general municipal election shall be placed on the ballot at the runoff election."

With this in mind, a resolution scheduling the November 7, 2023 General Municipal Election for Commission Districts 1, 2, and 4, and, if required, a November 21, 2023 Run-Off Election, has been placed on the April 13, 2023 City Commission Meeting agenda.

For your information, a copy of all polling places located within the City of Miami currently designated to be used for the general municipal election is included with this memo for your reference. Please be aware that polling places are subject to change if needed by the Miami-Dade County Supervisor of Elections.

If you have any questions regarding this information, please do not hesitate to contact me.

TBH:sf

cc:    Arthur Noriega, V, City Manager
       Victoria Méndez, City Attorney
       Christina White, Supervisor of Elections, Miami-Dade County
       Suzy Trutie, Deputy Supervisor of Elections, Miami-Dade County
       George K. Wysong, Assistant City Attorney
       Miriam Santana, Agenda Coordinator

Date : 03/17/2023

Time :  8:06 AM

**Christina White**
Supervisor of Elections

MIAMI-DADE COUNTY

Miami-Dade County, FL

## Precinct List
### FOR SELECTED DISTRICT

Florida Statute 101.71: A notice of the change of the polling place involved shall be mailed, at least 14 days prior to an election, to each registered elector or to each household in which there is a registered elector.

**DISTRICT:** Miami Dist 1

| Prec/PP | Place Name | Office Location | CITY | ZIP |
|---------|-----------|-----------------|------|-----|
| 285.1 | Melrose Elementary School | 3050 NW 35 St | Miami | 33142 |
| 509.0 | The Universal Church of The Kingdom of God | 3501 W Flagler St | Miami | 33135 |
| 509.1 | The Universal Church of The Kingdom of God | 3501 W Flagler St | Miami | 33135 |
| 512.1 | St. Paul Institutional AME Church | 1892 NW 51 Ter | Miami | 33142 |
| 522.1 | Moore Park | 765 NW 36 St | Miami | 33127 |
| 523.0 | Ebenezer United Methodist Church | 2001 NW 35 St | Miami | 33142 |
| 526.0 | Curtis Park Community House | 1901 NW 24 Ave | Miami | 33125 |
| 526.1 | Curtis Park Community House | 1901 NW 24 Ave | Miami | 33125 |
| 527.0 | Juan P. Duarte Park | 1776 NW 28 St | Miami | 33142 |
| 528.0 | Allapattah Branch Library | 1799 NW 35 St | Miami | 33142 |
| 528.1 | Allapattah Branch Library | 1799 NW 35 St | Miami | 33142 |
| 529.0 | Jose De Diego Middle School | 3100 NW 5 Ave | Miami | 33127 |
| 530.0 | Comstock Elementary School | 2420 NW 18 Ave | Miami | 33142 |
| 531.0 | Claude Pepper Community Center II | 750 NW 18 Ter | Miami | 33136 |
| 540.0 | Comstock Elementary School | 2420 NW 18 Ave | Miami | 33142 |
| 545.0 | Miami Police Benevolent Association | 2300 NW 14 St | Miami | 33125 |
| 545.1 | Miami Police Benevolent Association | 2300 NW 14 St | Miami | 33125 |
| 549.0 | Kensington Park Elementary School | 711 NW 30 Ave | Miami | 33125 |
| 549.1 | Kensington Park Elementary School | 711 NW 30 Ave | Miami | 33125 |
| 550.0 | Miami Fire Fighter Benevolent Association | 2980 NW S River Dr | Miami | 33125 |
| 550.1 | Miami Fire Fighter Benevolent Association | 2980 NW S River Dr | Miami | 33125 |
| 551.0 | Grapeland Park | 1550 NW 37 Ave | Miami | 33125 |
| 551.1 | Grapeland Park | 1550 NW 37 Ave | Miami | 33125 |
| 556.0 | Residential Plaza | 5617 NW 7 St | Miami | 33126 |
| 556.1 | Residential Plaza | 5617 NW 7 St | Miami | 33126 |
| 588.0 | Allapattah Branch Library | 1799 NW 35 St | Miami | 33142 |
| 588.1 | Allapattah Branch Library | 1799 NW 35 St | Miami | 33142 |
| 588.2 | Allapattah Branch Library | 1799 NW 35 St | Miami | 33142 |
| 589.0 | Allapattah Branch Library | 1799 NW 35 St | Miami | 33142 |
| 589.1 | Allapattah Branch Library | 1799 NW 35 St | Miami | 33142 |
| 589.2 | Allapattah Branch Library | 1799 NW 35 St | Miami | 33142 |
| 591.0 | Malcolm Ross Senior Center | 2800 NW 18 Ave | Miami | 33142 |


# Precinct List
## FOR SELECTED DISTRICT

Florida Statute 101.71: A notice of the change of the
polling place involved shall be mailed, at least 14
days prior to an election, to each registered elector or
to each household in which there is a registered
elector.

**DISTRICT:**   Miami Dist 1

| | | | | |
|---|---|---|---|---|
| 592.0 | Curtis Park Community House | 1901 NW 24 Ave | Miami | 33125 |
| 594.0 | Juan P. Duarte Park | 1776 NW 28 St | Miami | 33142 |
| 595.0 | Juan P. Duarte Park | 1776 NW 28 St | Miami | 33142 |
| 595.1 | Juan P. Duarte Park | 1776 NW 28 St | Miami | 33142 |
| 597.0 | Moore Park | 765 NW 36 St | Miami | 33127 |
| 598.0 | Moore Park | 765 NW 36 St | Miami | 33127 |
| 656.0 | Jack Orr Senior Center | 550 NW 5 St | Miami | 33128 |
| 656.1 | Jack Orr Senior Center | 550 NW 5 St | Miami | 33128 |
| 974.0 | Charlie DeLucca Park (Kinloch Park) | 455 NW 47 Ave | Miami | 33126 |
| 975.0 | Claude Pepper Community Center II | 750 NW 18 Ter | Miami | 33136 |
| 980.0 | Comstock Elementary School | 2420 NW 18 Ave | Miami | 33142 |
| 980.1 | Comstock Elementary School | 2420 NW 18 Ave | Miami | 33142 |
| 981.0 | Allapattah Neighborhood Service Center | 1897 NW 20 St | Miami | 33142 |
| 985.0 | Jack Orr Senior Center | 550 NW 5 St | Miami | 33128 |
| 987.0 | Curtis Park Community House | 1901 NW 24 Ave | Miami | 33125 |
| 989.0 | H U D | 1407 NW 7 St | Miami | 33125 |
| 990.0 | H U D | 1407 NW 7 St | Miami | 33125 |
| 991.0 | Iglesia Bautista Misionera Renovacion | 50 NW 51 Pl | Miami | 33126 |
| 992.0 | Iglesia Bautista Misionera Renovacion | 50 NW 51 Pl | Miami | 33126 |

| **Total Number of Precincts** | | | |
|---|---|---|---|
| **51** | | | |

Supervisor of Elections

Miami-Dade County, FL

## Precinct List
### FOR SELECTED DISTRICT

Florida Statute 101.71: A notice of the change of the polling place involved shall be mailed, at least 14 days prior to an election, to each registered elector or to each household in which there is a registered elector.

**DISTRICT:** Miami Dist 2

| Prec/PP | Place Name | Office Location | CITY | ZIP |
|---|---|---|---|---|
| 516.0 | Morningside Park | 750 NE 55 Ter | Miami | 33137 |
| 516.1 | Morningside Park | 750 NE 55 Ter | Miami | 33137 |
| 532.0 | Christ Episcopal Church | 3481 Hibiscus St | Miami | 33133 |
| 534.1 | Miami Fire Station #2 | 1901 N Miami Ave | Miami | 33136 |
| 534.2 | Miami Fire Station #2 | 1901 N Miami Ave | Miami | 33136 |
| 534.3 | Miami Fire Station #2 | 1901 N Miami Ave | Miami | 33136 |
| 534.5 | Miami Fire Station #2 | 1901 N Miami Ave | Miami | 33136 |
| 534.7 | Miami Fire Station #2 | 1901 N Miami Ave | Miami | 33136 |
| 536.1 | Phillis Wheatley Elementary School | 1801 NW 1 Pl | Miami | 33136 |
| 538.0 | Temple Israel of Greater Miami | 137 NE 19 St | Miami | 33132 |
| 538.1 | Temple Israel of Greater Miami | 137 NE 19 St | Miami | 33132 |
| 538.4 | Temple Israel of Greater Miami | 137 NE 19 St | Miami | 33132 |
| 538.5 | Temple Israel of Greater Miami | 137 NE 19 St | Miami | 33132 |
| 538.6 | Temple Israel of Greater Miami | 137 NE 19 St | Miami | 33132 |
| 541.0 | First Presbyterian Church | 609 Brickell Ave | Miami | 33131 |
| 544.0 | Trinity Cathedral Hall | 464 NE 16 St | Miami | 33132 |
| 546.0 | Miami City Hall | 3500 Pan American Dr | Miami | 33133 |
| 568.0 | Simpson Park Recreation Building | 55 SW 17 Rd | Miami | 33129 |
| 569.0 | Simpson Park Recreation Building | 55 SW 17 Rd | Miami | 33129 |
| 582.0 | Vizcaya Village Garage - Historic Garage | 3250 S Miami Ave | Miami | 33129 |
| 582.2 | Vizcaya Village Garage - Historic Garage | 3250 S Miami Ave | Miami | 33129 |
| 582.3 | Vizcaya Village Garage - Historic Garage | 3250 S Miami Ave | Miami | 33129 |
| 582.4 | Vizcaya Village Garage - Historic Garage | 3250 S Miami Ave | Miami | 33129 |
| 583.0 | Miami Fire Station #8 | 2975 Oak Ave | Miami | 33133 |
| 584.0 | Elizabeth Virrick Park | 3255 Plaza St | Miami | 33133 |
| 585.0 | Elizabeth Virrick Park | 3255 Plaza St | Miami | 33133 |
| 586.0 | Miami-Dade Water & Sewer Authority | 3575 S Le Jeune Rd | Miami | 33133 |
| 587.0 | Plymouth Congregational Church | 3400 Devon Rd | Miami | 33133 |
| 624.0 | Knights of Columbus Miami Council 1726 | 3601 S Miami Ave | Miami | 33133 |
| 658.0 | Trinity Cathedral Hall | 464 NE 16 St | Miami | 33132 |
| 659.0 | Trinity Cathedral Hall | 464 NE 16 St | Miami | 33132 |
| 659.1 | Trinity Cathedral Hall | 464 NE 16 St | Miami | 33132 |

Date : 03/17/2023
Time : 8:10 AM

**Christina White**
Supervisor of Elections

Miami-Dade County, FL

## Precinct List
### FOR SELECTED DISTRICT

Florida Statute 101.71: A notice of the change of the polling place involved shall be mailed, at least 14 days prior to an election, to each registered elector or to each household in which there is a registered elector.

**DISTRICT:**   Miami Dist 2

| | | | |
|---|---|---|---|
| 668.0 | Simpson Park Recreation Building | 55 SW 17 Rd | Miami | 33129 |
| 982.0 | Alfred I. DuPont Building | 169 E Flagler St | Miami | 33131 |
| 983.0 | Alfred I. DuPont Building | 169 E Flager | Miami | 33131 |
| 984.0 | Alfred I. DuPont Building | 169 E Flagler St | Miami | 33131 |
| 984.1 | Alfred I. DuPont Building | 169 E Flagler St | Miami | 33131 |
| 993.0 | Vizcaya Village Garage - Historic Garage | 3250 S Miami Ave | Miami | 33129 |
| 993.1 | Vizcaya Village Garage - Historic Garage | 3250 S Miami Ave | Miami | 33129 |
| 995.0 | Knights of Columbus Miami Council 1726 | 3601 S Miami Ave | Miami | 33133 |
| 996.0 | Vizcaya Village Garage - Historic Garage | 3250 S Miami Ave | Miami | 33129 |
| 999.0 | Morningside Park | 750 NE 55 Ter | Miami | 33137 |
| 999.2 | Morningside Park | 750 NE 55 Ter | Miami | 33137 |
| 999.3 | Morningside Park | 750 NE 55 Ter | Miami | 33137 |

| | **Total Number of Precincts** | | | |
|---|---|---|---|---|
| | **44** | | | |

Date : 03/17/2023

Time : 8:11 AM

**Christina White**
Supervisor of Elections

Miami-Dade County, FL

## Precinct List
### FOR SELECTED DISTRICT

Florida Statute 101.71: A notice of the change of the polling place involved shall be mailed, at least 14 days prior to an election, to each registered elector or to each household in which there is a registered elector.

**DISTRICT:** Miami Dist 4

| Prec/PP | Place Name | Office Location | CITY | ZIP |
|---|---|---|---|---|
| 465.0 | West End Park Community House | 6030 SW 2nd St | Miami | 33144 |
| 510.0 | The Universal Church of The Kingdom of God | 3501 W Flagler St | Miami | 33135 |
| 548.1 | Miami-Dade County Auditorium | 2901 W Flagler St | Miami | 33135 |
| 552.0 | Armando Badia Senior Center | 25 Tamiami Blvd | Miami | 33144 |
| 553.0 | Robert King High Community House | 7025 W Flagler St | Miami | 33144 |
| 554.0 | Iglesia Bautista Misionera Renovacion | 50 NW 51 Pl | Miami | 33126 |
| 557.0 | Sunlight Miami | 4585 W Flagler St | Miami | 33134 |
| 558.0 | Charlie DeLucca Park (Kinloch Park) | 455 NW 47 Ave | Miami | 33126 |
| 559.0 | Ebenezer Freewill Baptist Church | 4111 SW 4 St | Miami | 33134 |
| 560.0 | Kinloch Park Middle School | 4340 NW 3 St | Miami | 33126 |
| 561.0 | Iglesia Bautista Resurreccion | 2323 SW 27 Ave | Miami | 33145 |
| 561.1 | Iglesia Bautista Resurreccion | 2323 SW 27 Ave | Miami | 33145 |
| 572.0 | Shenandoah Elementary School | 1023 SW 21 Ave | Miami | 33135 |
| 573.0 | Rene Janero Recreation Center | 1800 SW 21 Ave | Miami | 33145 |
| 574.0 | Rene Janero Recreation Center | 1800 SW 21 Ave | Miami | 33145 |
| 575.0 | Central Christian Church of Dade County | 222 Menores Ave | Coral Gables | 33134 |
| 576.0 | Coral Gate Park Community Center | 1415 SW 32 Ave | Miami | 33145 |
| 577.0 | Providence Road/Coral Baptist Church | 2732 SW 32 Ave | Miami | 33133 |
| 577.1 | Providence Road/Coral Baptist Church | 2732 SW 32 Ave | Miami | 33133 |
| 578.0 | Providence Road/Coral Baptist Church | 2732 SW 32 Ave | Miami | 33133 |
| 578.1 | Providence Road/Coral Baptist Church | 2732 SW 32 Ave | Miami | 33133 |
| 579.0 | Silver Bluff Elementary School | 2609 SW 25 Ave | Miami | 33133 |
| 583.1 | Miami Fire Station #8 | 2975 Oak Ave | Miami | 33133 |
| 584.1 | Elizabeth Virrick Park | 3255 Plaza St | Miami | 33133 |
| 611.1 | Coral Gables Senior High School | 450 Bird Rd | Coral Gables | 33146 |
| 670.1 | Miami-Dade County Auditorium | 2901 W Flagler St | Miami | 33135 |
| 670.2 | Miami-Dade County Auditorium | 2901 W Flagler St | Miami | 33135 |
| 971.0 | Kinloch Park Middle School | 4340 NW 3 St | Miami | 33126 |
| 994.0 | Ebenezer Freewill Baptist Church | 4111 SW 4 St | Miami | 33134 |
| | **Total Number of Precincts** | | | |
| | **29** | | | |

Section 3. A run-off election, if required, is directed to be held in the City at the polling places designated in Exhibit No. 1, attached and incorporated, on Tuesday, November 21, 2023, from 7:00 A.M. until 7:00 P.M.

Section 4. The candidate qualifying period for the November 2023 General Municipal Election will be scheduled from Friday, September 8, 2023, until Saturday, September 23, 2023, at 6:00 P.M.

Section 5. The precinct clerks and inspectors to serve at said polling places on said dates shall be designated by the Supervisor of Elections of Miami-Dade County ("Supervisor") for such purposes in accordance with the general laws of the State of Florida ("State").

Section 6. Persons who are qualified to vote in said elections and who have not registered under the provisions of the Florida Election Code and Chapter 16 of the Code of the City of Miami, Florida, as amended, or who have transferred their legal residence from one voting precinct to another voting precinct in the City may register at such branch offices as may be approved by the Supervisor and at the Supervisor's office which will be open at the following location and during the following times:

MIAMI-DADE COUNTY ELECTIONS DEPARTMENT
2700 Northwest 87th Avenue, Miami, Florida
Monday to Friday, 8:00 A.M. - 5:00 P.M.

In addition to the above, said qualified persons may also register at branch offices and may also use any means as provided by general laws of the State for the purpose of registration in order to vote in the herein described elections during such times and on such dates as may be designated by the Supervisor.

Section 7. The elections shall be held at the polling places in the precincts designated on Exhibit No. 1, attached and incorporated, or as may be designated by the Supervisor in conformity with the provisions of the Florida Election Code. A description of the registration books and records which pertain to election precincts wholly or partly within the City and which the City is adopting and desires to use for holding such elections is all voter information cards, registration books, records, and certificates pertaining to electors of the City and established and maintained as official by the Supervisor in conformity with the provisions of the Florida Election Code, are hereby adopted and declared to be and shall hereafter be recognized and accepted as official voter information cards, registration books, records, and certificates of the City.

Section 8. The ballots to be used in said elections shall be so prepared that the names of the qualified candidates will appear on said ballots in alphabetical order according to surname for each election contest; provided, however, that the ballots and their preparation shall comply with the general election laws of the State. Vote-by-Mail ballots may be used by qualified electors of the City for voting. The form of such ballot shall be in accordance with the requirements prescribed by the general election laws of the State.

Section 9. (a) In compliance with the Florida Election Code, the City Clerk is authorized and directed to publish notice of this Resolution and of the provisions hereof at least twice during the thirty (30) days prior to the beginning of qualifying in a newspaper of general circulation in the City which notice shall be substantially as set forth in the following form:

NOTICE OF GENERAL MUNICIPAL ELECTION
IN THE CITY OF MIAMI, FLORIDA
TO BE HELD ON TUESDAY, NOVEMBER 7, 2023
PURSUANT TO RESOLUTION NO. R-23-XXXX
FOR THE PURPOSE OF ELECTING THE OFFICES OF
THREE CITY COMMISSIONERS WHO ARE TO BE ELECTED FROM SINGLE MEMBER
DISTRICTS 1, 2, AND 4

A general municipal election will be held on Tuesday, November 7, 2023, from 7:00 A.M. until 7:00 P.M. in the City of Miami, Florida, at the polling places in the several election precincts designated by the Miami-Dade County Supervisor of Elections, at which election the qualified electors participating therein will vote for the following municipal officers: three District Commissioners who are to be elected from single member Districts 1, 2, and 4. A run-off election, if required, is to be held on Tuesday, November 21, 2023.

(b)     The precinct clerks and inspectors to serve at said polling places on said dates shall be those designated by the Supervisor for such purpose in accordance with the general laws of the State. The registration books and records for the registration of persons qualified to vote in said elections shall be those maintained by the Supervisor.

(c)     The official ballot shall be in substantially the following form:

**Official Ballot**
**General Municipal Election**
**November 7, 2023**
**Miami, Florida**

**District Wide**
**Commissioner – District 1**
(Vote for 1)
Names of Candidates          (Position Number)

**District Wide**
**Commissioner – District 2**
(Vote for 1)
Names of Candidates          (Position Number)

**District Wide**
**Commissioner – District 4**
(Vote for 1)
Names of Candidates          (Position Number)

(d)     In the event a run-off election is required to be held on Tuesday, November 21, 2023, the official ballot to be used at such run-off election shall be in substantially the same form as above except that the heading of the ballot shall be in substantially the following form:

**Official Ballot**
**Run-Off Election**
**November 21, 2023**
**Miami, Florida**

(e)      A run-off election will be held on Tuesday, November 21, 2023, from 7:00 A.M. until 7:00 P.M. in the City at the polling places set forth herein. The precinct clerks and inspectors at said general municipal election shall be those designated by the Supervisor for such purpose. The registration books and records for the registration of persons qualified to vote in said general municipal election shall be those maintained by the Supervisor.

Section 10. Todd B. Hannon, the City Clerk of the City, or his duly appointed successor, is designated and appointed as the official representative of the City Commission in all transactions with the Supervisor in relation to matters pertaining to the use of the registration books for the holding of the herein general municipal election and the herein run-off election.

Section 11. The City Clerk shall cause to be prepared Vote-by-Mail ballots for the use of electors who are unable or unwilling to go to the polls to vote and entitled to cast such ballots in said elections.

Section 12. All qualified electors of the City shall be permitted to vote in said general municipal election and the Supervisor is requested, authorized, and directed to furnish, at the cost and expense of the City, a list of all qualified electors residing in the City as shown by the registration books and records of the Supervisor and duly certify the same for delivery to and for use by the election officials designated to serve at the respective polling places in said election precincts.

Section 13. The City Clerk is directed, upon the adoption of this Resolution, to transmit a certified copy of this Resolution to the Supervisor.

Section 14. If any section, part of a section, paragraph, clause, phrase, or word of this Resolution is declared invalid, the remaining provisions of this Resolution shall not be affected.

Section 15. This Resolution shall become effective immediately upon its adoption.[1]

APPROVED AS TO FORM AND CORRECTNESS:


Victoria Mendez, City Attorney         3/30/2023

---

[1] This is an administrative act that is not subject to Mayoral veto.