

# City of Miami

## Master Report

City Hall
3500 Pan American Drive
Miami, FL 33133
www.miamigov.com

### Enactment Number: R-22-0131

| | | |
|---|---|---|
| **File Number:** 11751 | **File Type:** Resolution | **Status:** ADOPTED |
| **Revision:** | | **Controlling Body:** City Commission |
| **File Name:** Redistricting - Adoption of New City Commission District Boundaries | | **Introduced:** 3/25/2022 |
| **Requesting Dept:** City Commission | | **Final Action Date:** 3/24/2022 |

**Title:** A RESOLUTION OF THE MIAMI CITY COMMISSION, WITH ATTACHMENT(S), PROVIDING THE NEW JURISDICTIONAL BOUNDARIES OF THE CITY COMMISSION DISTRICTS FOLLOWING THE RESULTS OF THE 2020 UNITED STATES CENSUS; OFFICIALLY DELINEATING THE BOUNDARIES OF EACH DISTRICT AS SET FORTH IN "EXHIBIT 1," ATTACHED AND INCORPORATED; MAKING FINDINGS; AND PROVIDING AN EFFECTIVE DATE.

**Notes:**

**Links:**

**Attachments:** 11751 Exhibit 1   (PDF)

**History of Legislative File:**

| Revision: | Acting Body: | Date: | Action: | Result: |
|---|---|---|---|---|
| | City Commission | 3/24/2022 | Meeting | Completed |
| | City Commission | 3/24/2022 | ADOPTED | Passed |
| | Mayor's Office | 4/3/2022 | Unsigned by the Mayor | Completed |
| | City Clerk's Office | 4/3/2022 | Signed and Attested by the City Clerk | Completed |
| | Victoria Méndez | 4/19/2022 | Approved Form and Correctness | Completed |
| | City Clerk's Office | 4/19/2022 | Rendered | Completed |