# 11/18/21 Slide Presentation

**Miguel De Grandy,** *Redistricting the City of Miami,*
**Nov. 18, 2021**

Submitted into the public record for item(s) DI.1 on 11/18/21. City Clerk



10978 Submittal - Miguel De Grandy - PowerPoint Presentation

Submitted into the public record for item(s) DI.7 on 11/18/21. City Clerk

# Census data

- 2010 total population was 399,489
- 2020 population is 442,241
- Increase of 42,752 residents or 10.7% increase in population.

Submitted into the public record for item(s) PH-1 on 11/3/2024. City Clerk

442,241 ÷ 5 = 88,448.2

*POPULATION*    *DISTRICTS*    *IDEAL POPULATION*



Submitted into the public record for item(s) PZ.1 on 11/18/21 City Clerk

# Deviation from the ideal in each District

City of Miami Commission Districts

- Keon Hardemon: −5,202
- Alex Diaz de la Portilla: −7,515
- Ken Russell: +28,364
- Joe Carollo: −9,069
- Manolo Reyes: −6,578

Submitted into the public record for item(s) DI.2 on 11/18/21. City Clerk



Submitted into the public record for item(s) DI.1 on 11/18/21. City Clerk

# TOTAL DEVIATION OF THE CURRENT PLAN

32.09% Over – District 2

+ 10.26% Under – District 3

42.35% Total Deviation

Submitted into the public record for item(s) PZ.2 on 11/18/20. City Clerk



FEDERAL COURTS
HAVE LIMITED
TOTAL DEVIATION
OF A LOCAL PLAN
TO 10%

Submitted into the public record for item(s) DI.1 on 11/8/24. City Clerk



FEDERAL COURTS HAVE LIMITED TOTAL DEVIATION OF A LOCAL PLAN TO 10%

PRESENT PLAN WITH 42.35% DEVIATION WOULD BE STRUCK DOWN

Submitted into the public record for item(s) DI.1 on 11/18/21. City Clerk

# TASK: CHANGE EXISTING BOUNDARIES IN ORDER TO RE-BALANCE POPULATION

City of Miami Commission Districts

- Ken Russell: -9,069
- Ken Hardemon: +28,364
- Alex Diaz de la Portilla: -5,202
- Joe Carollo: -7,515
- Manolo Reyes: -6,578

Submitted into the public record for item(s) PH-1 on 11/18/20. City Clerk

# THE VOTING RIGHTS ACT OF 1965

- Section 2 of the Voting Rights Act of 1965 prohibits voting practices or procedures that discriminate on the basis of race, color, or membership in one of the language minority groups

- This can include the use of redistricting to pack protected minorities into fewer districts than they could form the majority in (PACKING)

- Or splitting compact minority population between districts to lessen the number they could form a majority in (CRACKING)

Submitted into the public record for item(s) DI.1 on 11/18/21. City Clerk

## VOTING RIGHTS ACT THRESHOLD

- A protected minority group must be large enough and compact enough to comprise a majority in a single-member district

- Minority voters must be politically cohesive

- The majority must usually vote as a bloc to thwart the election of the minority preferred candidate

Submitted into the public record for item(s) OI.2 on 11/18/21. City Clerk

## 2020 REDISTRICTING ANALYSIS

- The black population in the District 5 area is relatively compact.

- Voting analysis shows that Black voters are still politically cohesive

- Voting analysis also shows that Non-Black voters still prefer different candidates than Black voters.

Submitted into the public record for item(s) ___ on ___. City Clerk

## PRIME DIRECTIVES

- Comply with the requirements of the U.S. Constitution to achieve substantial population equality among districts.

- Comply with the Federal Voting Rights Act.

- Comply with the 14th Amendment (race conscious, but not race driven)

Submitted into the public record for item(s) PZ.2 on 11/3/22. City Clerk

# TRADITIONAL REDISTRICTING CRITERIA

- Compactness (a measure of a district's geometric shape)

- Contiguity (all parts of the district must be connected)

- Preserving communities of interest (single-family residential, high-density residential areas, traditional neighborhoods, business districts, coastal or environmentally sensitive areas, etc.)

- Preserving the cores of prior districts (to provide continuity of representation and avoid voter confusion)

- Use of man made or natural boundaries when feasible (a river, a major expressway, major roads such as section lines, roads, or the boundaries of traditional neighborhoods)

- Any other non racial or ethnic rational or important city interest.

Submitted into the public record for item(s) DI.7 on 11/19/21. \_\_\_\_\_ City Clerk

## COMMISSION'S POLICY DIRECTION

- Mathematical equality or "substantial equality"?

- Determine what Traditional Redistricting principles to employ

- Provide guidance on how it wishes the these Traditional Redistricting Criteria to be balanced.

- For instance, emphasizing compactness could mean the creation of districts that may not respect the core of existing districts.

Submitted into the public record for item(s) DI-1 on 11/18/21. City Clerk

# COMMISSION'S POLICY DIRECTION

- Policy direction regarding public hearings.

- **Before the plan is developed, or when the draft plan is presented for the Commission's consideration in a public meeting?**

- Delay in release of Census data has impacted the timeline.

- Division of Elections needs to re-precinct for County's 2022 election. Requested completion of plan by end of February 2022.