# 2/25/22 Slide Presentation

**Miguel De Grandy & Stephen Cody,**
*Revised Redistricting Plan for the City of Miami*
*Commission Single Member Districts*,
**Feb. 25, 2022**

Submitted into the public record for item(s) SP.1 on 2/25/2022 – City Clerk

# Revised Redistricting Plan for the City of Miami Commission Single Member Districts

Presentation by Miguel A. DeGrandy, Esq., Holland & Knight, and Stephen Cody, J.D.

February 25, 2022

11493 Submittal - Miguel DeGrandy - Presentation to City Commission - Revised Plan 2-25-22

**February 7th Meeting Recap:**

- **Third publicly noticed redistricting meeting**

- **Overall deviation reduced from current 42+% to 3.8%**

- **Preliminary plan developed using commission directed criteria**

**Additional direction provided on February 7, 2022:**

- ## Consider south of US 1 to balance population

- ## Move MRC back into D5

- ## Restore some D1 and D4 areas

**Revised Plan highlights:**

- **Reduced Grove resident movement to other districts from 6,384 to 2,989.**

- **Reduced black Grove resident movement to other districts from 497. to 114**

- **Bay Heights is back in D2.**

**Revised Plan Highlights:**

- **MRC back into D5**

- **Slight increase in D5 black population**

- **Slight increase in black voting age population**

**Revised plan deviations:**

- **D2 deviation increased from approximately 0 % to 5.46%**

- **Other district's deviation range -.41 to -2.14%**

- **Overall deviation in preliminary plan increased from 3.8% to 7.6%**

Traditional Redistricting Criteria Employed as a

# Factor in

# voter

# cohesion

**Traditional Redistricting Criteria Employed**

# Achieve substantial equality of population as opposed to mathematical equality

# Population and Voting Age Population

| District No. | Pop | SR W Pop | % | Black Pop | % | Hisp Pop | % | VAP | SR W VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 88,108 | 4,011 | 4.55% | 9,762 | 11.08% | 77,604 | 88.08% | 72,844 | 2,523 | 3.46% | 8,037 | 11.03% | 65,206 | 89.51% |
| D2 | 93,300 | 34,530 | 37.01% | 6,968 | 7.47% | 45,415 | 48.68% | 81,454 | 30,444 | 37.38% | 5,902 | 7.25% | 39,562 | 48.57% |
| D3 | 87,658 | 7,438 | 8.49% | 4,700 | 5.36% | 76,485 | 87.25% | 72,466 | 5,611 | 7.74% | 3,897 | 5.38% | 63,965 | 88.27% |
| D4 | 86,694 | 7,553 | 8.71% | 2,774 | 3.20% | 76,478 | 88.22% | 73,781 | 5,618 | 7.61% | 2,267 | 3.07% | 66,055 | 89.53% |
| D5 | 86,578 | 8,310 | 9.60% | 45,182 | 52.19% | 34,571 | 39.93% | 68,734 | 7,243 | 10.54% | 34,551 | 50.27% | 27,929 | 40.63% |

# Population and Voting Age Population

| District No. | Pop | SR W Pop | % | Black Pop | % | Hisp Pop | % | VAP | SR W VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 88,108 | 4,011 | 4.55% | 9,762 | 11.08% | 77,604 | 88.08% | 72,844 | 2,523 | 3.46% | 8,037 | 11.03% | 65,206 | 89.51% |
| D2 | 93,300 | 34,530 | 37.01% | 6,968 | 7.47% | 45,415 | 48.68% | 81,454 | 30,444 | 37.38% | 5,902 | 7.25% | 39,562 | 48.57% |
| D3 | 87,658 | 7,438 | 8.49% | 4,700 | 5.36% | 76,485 | 87.25% | 72,466 | 5,611 | 7.74% | 3,897 | 5.38% | 63,965 | 88.27% |
| D4 | 86,694 | 7,553 | 8.71% | 2,774 | 3.20% | 76,478 | 88.22% | 73,781 | 5,618 | 7.61% | 2,267 | 3.07% | 66,055 | 89.53% |
| D5 | 86,578 | 8,310 | 9.60% | 45,182 | 52.19% | 34,571 | 39.93% | 68,734 | 7,243 | 10.54% | 34,551 | 50.27% | 27,929 | 40.63% |

5

## Population and Voting Age Population

| District No. | Pop | SR W Pop | % | Black Pop | % | Hisp Pop | % | VAP | SR W VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 88,108 | 4,011 | 4.55% | 9,762 | 11.08% | 77,604 | 88.08% | 72,844 | 2,523 | 3.46% | 8,037 | 11.03% | 65,206 | 89.51% |
| D2 | 93,300 | 34,530 | 37.01% | 6,968 | 7.47% | 45,415 | 48.68% | 81,454 | 30,444 | 37.38% | 5,902 | 7.25% | 39,562 | 48.57% |
| D3 | 87,658 | 7,438 | 8.49% | 4,700 | 5.36% | 76,485 | 87.25% | 72,466 | 5,611 | 7.74% | 3,897 | 5.38% | 63,965 | 88.27% |
| D4 | 86,694 | 7,553 | 8.71% | 2,774 | 3.20% | 76,478 | 88.22% | 73,781 | 5,618 | 7.61% | 2,267 | 3.07% | 66,055 | 89.53% |
| D5 | 86,578 | 8,310 | 9.60% | 45,182 | 52.19% | 34,571 | 39.93% | 68,734 | 7,243 | 10.54% | 34,551 | 50.27% | 27,929 | 40.63% |

# Population and Voting Age Population

| District No. | Pop | SR W Pop | % | Black Pop | % | Hisp Pop | % | VAP | SR W VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 88,108 | 4,011 | 4.55% | 9,762 | 11.08% | 77,604 | 88.08% | 72,844 | 2,523 | 3.46% | 8,037 | 11.03% | 65,206 | 89.51% |
| D2 | 93,300 | 34,530 | 37.01% | 6,968 | 7.47% | 45,415 | 48.68% | 81,454 | 30,444 | 37.38% | 5,902 | 7.25% | 39,562 | 48.57% |
| D3 | 87,658 | 7,438 | 8.49% | 4,700 | 5.36% | 76,485 | 87.25% | 72,466 | 5,611 | 7.74% | 3,897 | 5.38% | 63,965 | 88.27% |
| D4 | 86,694 | 7,553 | 8.71% | 2,774 | 3.20% | 76,478 | 88.22% | 73,781 | 5,618 | 7.61% | 2,267 | 3.07% | 66,055 | 89.53% |
| D5 | 86,578 | 8,310 | 9.60% | 45,182 | 52.19% | 34,571 | 39.93% | 68,734 | 7,243 | 10.54% | 34,551 | 50.27% | 27,929 | 40.63% |

## Population and Voting Age Population

| District No. | Pop | SR W Pop | % | Black Pop | % | Hisp Pop | % | VAP | SR W VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 88,108 | 4,011 | 4.55% | 9,762 | 11.08% | 77,604 | 88.08% | 72,844 | 2,523 | 3.46% | 8,037 | 11.03% | 65,206 | 89.51% |
| D2 | 93,300 | 34,530 | 37.01% | 6,968 | 7.47% | 45,415 | 48.68% | 81,454 | 30,444 | 37.38% | 5,902 | 7.25% | 39,562 | 48.57% |
| D3 | 87,658 | 7,438 | 8.49% | 4,700 | 5.36% | 76,485 | 87.25% | 72,466 | 5,611 | 7.74% | 3,897 | 5.38% | 63,965 | 88.27% |
| D4 | 86,694 | 7,553 | 8.71% | 2,774 | 3.20% | 76,478 | 88.22% | 73,781 | 5,618 | 7.61% | 2,267 | 3.07% | 66,055 | 89.53% |
| D5 | 86,578 | 8,310 | 9.60% | 45,182 | 52.19% | 34,571 | 39.93% | 68,734 | 7,243 | 10.54% | 34,551 | 50.27% | 27,929 | 40.63% |

5

## Population and Voting Age Population

| District No. | Pop | SR W Pop | % | Black Pop | % | Hisp Pop | % | VAP | SR W VAP | % | Black VAP | % | Hisp VAP | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 88,108 | 4,011 | 4.55% | 9,762 | 11.08% | 77,604 | 88.08% | 72,844 | 2,523 | 3.46% | 8,037 | 11.03% | 65,206 | 89.51% |
| D2 | 93,300 | 34,530 | 37.01% | 6,968 | 7.47% | 45,415 | 48.68% | 81,454 | 30,444 | 37.38% | 5,902 | 7.25% | 39,562 | 48.57% |
| D3 | 87,658 | 7,438 | 8.49% | 4,700 | 5.36% | 76,485 | 87.25% | 72,466 | 5,611 | 7.74% | 3,897 | 5.38% | 63,965 | 88.27% |
| D4 | 86,694 | 7,553 | 8.71% | 2,774 | 3.20% | 76,478 | 88.22% | 73,781 | 5,618 | 7.61% | 2,267 | 3.07% | 66,055 | 89.53% |
| D5 | 86,578 | 8,310 | 9.60% | 45,182 | 52.19% | 34,571 | 39.93% | 68,734 | 7,243 | 10.54% | 34,551 | 50.27% | 27,929 | 40.63% |





# Area 6



7

# District 5



# Areas 10 and 11



9

# Area 12



# District 3





Areas 14
and 15

# Area 13





# Area 16





# District 2



# District 2

Movements from D2 to other districts:

- Approximately 10,500 people into D5
- Approximately 12,000 people into D4
- Approximately 1,400 people into D3



District 2

# District 2

Movements from D2 to other districts:

- Approximately 10,500 people into D5

- Approximately 12,000 people into D4

- Approximately 1,400 people into D3



District 2

**Deviations:**

- # Highest: D2 at 5.46%

- # Lowest: D5 at -2.14%

- # Overall deviation of Revised Plan: 7.6%

# The
# Revised Plan

