

Figure 1: Areas moved between 2013 Plan and 2022 Enacted Plan

Pl. Ex. 121
ECF 24-31 p.8



**2022 Precincts** *with the 2022 Enacted Plan*

Pl. Ex. 74
ECF 24-90



**2022 Precincts** *with the 2022 Enacted Plan*

Pl. Exs. 74 & 121