User: glevesque
Plan: 2023 Plan V12_D3
Date: Mon Jan 29 2024 20:00:06 GMT-0500 (Eastern Standard Time)
Plan No.: e4e8b33cc26d401bbbcb95dbcadc7685

# District Statistical Report

| District No. | TOTAL Population | Target Population | Target Deviation | Target Deviation (%) | 2018 General Election Votes for Governor TOTAL | 2018 General Election Votes for Democrat Governor Andrew Gillum | 2018 General Election Votes for Republican Governor Ron DeSantis | 2018 Primary Election Votes for Democrat Governor TOTAL | 2018 Primary Election Votes for Democrat Governor Andrew Gillum | 2018 Primary Election Votes for Democrat Governor Gwen Graham | 2018 Primary Election Votes for Democrat Governor Philip Levine |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | 87,455 | 88,448 | -993 | -1.12 | 16,940 | 9,670 | 6,940 | 2,363 | 649 | 231 | 879 |
| | | | | | 15.55% | 57.08% | 40.97% | 11.05% | 27.47% | 9.78% | 37.20% |
| D2 | 89,593 | 88,448 | 1,145 | 1.29 | 25,831 | 18,235 | 7,387 | 5,627 | 1,719 | 1,251 | 2,208 |
| | | | | | 23.70% | 70.59% | 28.60% | 26.31% | 30.55% | 22.23% | 39.24% |
| D3 | 89,194 | 88,448 | 746 | 0.84 | 18,310 | 10,618 | 7,410 | 2,689 | 653 | 483 | 1,037 |
| | | | | | 16.80% | 57.99% | 40.47% | 12.57% | 24.28% | 17.96% | 38.56% |
| D4 | 89,555 | 88,448 | 1,107 | 1.25 | 24,792 | 11,593 | 12,828 | 2,897 | 577 | 523 | 1,146 |
| | | | | | 22.75% | 46.76% | 51.74% | 13.55% | 19.92% | 18.05% | 39.56% |
| D5 | 86,444 | 88,448 | -2,004 | -2.27 | 23,100 | 20,930 | 1,975 | 7,809 | 4,163 | 728 | 1,799 |
| | | | | | 21.20% | 90.61% | 8.55% | 36.52% | 53.31% | 9.32% | 23.04% |