IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/

## PLAINTIFFS' NOTICE OF FILING ADMITTED TRIAL EXHIBITS (VOLUME II of III)

Pursuant to Local Rule 5.3(b)(2) and the Court's Paperless Order Scheduling Trial (ECF 32), Plaintiffs file the attached exhibits admitted into evidence at trial:

| Plfs.' Tr. Ex. | Description |
|---|---|
| 29 | Jun. 14, 2023 De Grandy Slides |
| 30 | Jun. 14, 2023 De Grandy Draft Maps |
| 31 | Jun. 14, 2023 Redistricting Meeting Agenda |
| 32 | Resolution 23-271 |
| 33 | May 23, 2023 Plaintiffs' Letter with P1 and P2 |
| 34 | Jun. 9, 2023 Plaintiffs' Information on Ability to Elect in District Under P1 and P2 |
| 35 | Jun. 12, 2023 Dr. Moy's Analysis re P1 and P2 |
| 36 | Jun. 13, 2023 ACLU Email to City's Counsel Sharing Maps |
| 37 | Jun. 17, 2023 Plaintiffs' Letter to Mayor Suarez Urging Veto |
| 38 | May 26, 2023 Commissioner King Instagram Post |
| 39 | Jun. 14, 2023 Commissioner King Facebook Post |
| 41 | Jun. 30, 2023 City Attorney Mendez Email re Passage of New Map |
| 42 | City to County Email re City Map Pending Appeal |
| 43 | GRACE, Inc. Bylaws |
| 44 | GRACE, Inc. Member Organizations |
| 45 | Feb. 6, 2022 HOTA Letter to City |
| 47 | NAACP Unit Bylaws |
| 48 | NAACP Constitution |
| 49 | NAACP Redistricting Letter |

| 50 | Mar. 11, 2022 NAACP Letter to City |
|----|------------------------------------|
| 51 | Mar. 23, 2022 NAACP Statement |
| 52 | Mar. 28, 2022 Pierre Letter to Mayor Suarez |
| 53 | Mar. 30, 2022 Pierre Follow-up to Mayor Suarez |
| 54 | Feb. 25, 2022 NAACP Joint Letter to City |
| 55 | Engage Miami, Inc. Bylaws |
| 57 | Overtown Community Meeting Flyer |
| 58 | Coconut Grove Community Meeting Flyer |
| 59 | Clarice Cooper State ID and Voter Card |

Respectfully submitted February 2, 2024,

 /s/ *Caroline A. McNamara*

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
1809 Art Museum Drive, Suite 203
Jacksonville, FL 32207
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Gregory P. Luib*
**Dechert LLP**
1900 K Street NW
Washington, DC 20006
(202) 261-3413
gregory.luib@dechert.com

Neil A. Steiner*
Julia Markham-Cameron*
**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
neil.steiner@dechert.com
julia.markham-cameron@dechert.com

Christopher J. Merken*
**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2380
christopher.merken@dechert.com

*\* Admitted pro hac vice*

*Counsel for Plaintiffs*