# Miami City Commission Redistricting

Presentation by Miguel A. De Grandy, Esq.

June 14, 2023

14148-Submittal-Miguel DeGrandy-PowerPoint Presentation 1




PLAINTIFFS' TRIAL EXHIBIT
P29
1:22-cv-24066-KMM

COM24066-045805

# The Draft Plan Proposal

Submitted into the public record for item(s) __SP.1__ , __ on 6/14/2023 .    City Clerk



COM24066-045806



## District 4

Submitted into the public record for item(s) SP.1 , on 6/14/2023 .  City Clerk

Plaintiffs' ALT. 1
Hispanic VAP
95.05

Plaintiffs' ALT. 2
Hispanic VAP
95.55%



COM24066-045808

## District 5: Overtown

Plaintiffs' ALT. 1

Plaintiffs' ALT. 2

Submitted into the public record for item(s) SP.1 , on 6/14/2023 .     City Clerk




COM24066-045809

# Performance of D1 in Plaintiff's Alt 1 vs. Draft Proposal

Submitted into the public record for item(s) __SP.1__, on __6/14/2023__.   City Clerk

- *Republican registered voters drop by 9%*

- *13.8% increase in presidential election vote for Biden.*

- *DeSantis 15% lower in 2018 Gubernatorial election.*

- *Republican candidate in Atty Gen. race also 15%* lower

COM24066-045810

# Performance of D1 in Plaintiff's Alt 2 vs. Draft Proposal

Submitted into the public record for item(s) SP.1, on 6/14/2023.   City Clerk

- **Republican registered voters drop by 6%**

- **7.5% increase in presidential election vote for Biden.**

- **DeSantis 9% lower in 2018 Gubernatorial election.**

- **Republican candidate in Atty Gen. race also 9% lower**

COM24066-045811



Submitted into the public record for item(s) SP.1 , on 6/14/2023 .    City Clerk

## Proposal District 5

*Historic Overtown In Proposed Plan*

COM24066-045812

Submitted into the public record for item(s) __SP.1__, on __6/14/2023__.   City Clerk

## Draft Proposal



## Plaintiffs' ALT. 2



COM24066-045813



Submitted into the public
record for item(s) __SP.1__ ,
on __6/14/2023__ .   City Clerk

# District 5

# The Voting Rights Act District

COM24066-045814

# District 1

Submitted into the public record for item(s) SP.1 , on 6/14/2023 .    City Clerk



COM24066-045815

# District 2: The Coastal District



Submitted into the public record for item(s) __SP.1__, on __6/14/2023__.   City Clerk

COM24066-045816

# District 2
## Compared to Prior Reyes Plan

Submitted into the public record for item(s) SP.1 , on 6/14/2023 .   City Clerk



Proposal | Reyes Plan

COM24066-045817



Submitted into the public record for item(s) __SP.1__,
on _6/14/2023_ .    City Clerk

## District 2

## The Coastal District

COM24066-045818

## Plaintiffs' District 3

Submitted into the public record for item(s) SP.1, on 6/14/2023.   City Clerk

Plaintiffs' ALT. 1
Hispanic VAP 90.83%

Plaintiffs' ALT. 2
Hispanic VAP 84.81%



## Plaintiffs' District 4

Submitted into the public record for item(s) SP.1 , on 6/14/2023 .    City Clerk

Plaintiffs' ALT. 1
Hispanic VAP
95.03%

Plaintiffs' ALT. 2
Hispanic VAP
95.55%



COM24066-045820

# District 4



Submitted into the public record for item(s) SP.1, on 6/14/2023.   City Clerk

COM24066-045821



Submitted into the public record for item(s) SP.1 , on 6/14/2023 .    City Clerk

# District 3

COM24066-045822

## Proposal overall Deviation: 2.6%

Submitted into the public record for item(s) __SP.1__ , __ on _6/14/2023_ .    City Clerk



COM24066-045823