

# The Draft Plan Proposal

Submitted into the public record for item(s) __SP.1__, on __6/14/2023__.    City Clerk

COM24066-045824



## D1 alt. Map

Dev. 2.3%

Submitted into the public record for item(s) __SP.1__, on __6/14/2023__.   City Clerk



PLAINTIFFS' TRIAL EXHIBIT

P30

1:22-cv-24066-KMM

COM24066-045825



# D5 alt. Map

## Dev. 3.4%

Submitted into the public record for item(s) __SP.1__ , on __6/14/2023__ .     City Clerk

COM24066-045826



# D3 alt. Map

## Dev. 3.5%

Submitted into the public record for item(s) __SP.1__ , on __6/14/2023__ .    City Clerk

COM24066-045827



# D3 alt. Map v.2

### Dev. 3.3%

Submitted into the public record for item(s) __SP.1__ , __ on 6/14/2023 .    City Clerk

COM24066-045828



COM24066-045829



# D2 alt. Map

Dev. 4.2%

Submitted into the public record for item(s) SP.1 , on 6/14/2023 .    City Clerk

COM24066-045830