# Supplemental Information on Plaintiffs' Maps 1 and 2 from Dr. Bryant Moy
June 9, 2023

Dr Moy analyzed the performance of the Black-preferred candidate in six recent contests from 2022 (Senate, Governor, County Judge Group 5, Chief Financial Officer, Commissioner of Agriculture, and Attorney General), within the boundaries of the current District 5 and the Plaintiffs' two proposed maps.

Next, he re-analyzed five contests from 2020 where he previously showed evidence of racial polarization, in his initial report.

### Black-Preferred Candidate Performance in 2022 Elections

| Race | Map | Vote Total[2] | Black-Pref. # | Black-Pref. % | Non-Black-Pref. # | Non-Black-Pref. % |
|---|---|---|---|---|---|---|
| County Judge | Current | 6473 | 5046 | 77.95% | 1427 | 22% |
| County Judge | 1 | 6567 | 5124 | 78% | 1443 | 22% |
| County Judge | 2 | 6698 | 5220 | 78% | 1478 | 22% |
| US Senate | Current | 14370 | 11741 | 81.7% | 2629 | 18.3% |
| US Senate | 1 | 14483 | 11784 | 81.36% | 2699 | 18.6% |
| US Senate | 2 | 14859 | 12047 | 81% | 2812 | 18.9% |
| Governor | Current | 14392 | 11523 | 80% | 2869 | 20% |
| Governor | 1 | 14500 | 11555 | 80% | 2945 | 20% |
| Governor | 2 | 14875 | 11812 | 79.4% | 3063 | 20.5% |
| Attorney General | Current | 14300 | 11424 | 80% | 2876 | 20% |
| Attorney General | 1 | 14418 | 11462 | 79.5% | 2956 | 20.5% |
| Attorney General | 2 | 14793 | 11730 | 79.3% | 3063 | 20.7% |
| CFO | Current | 14200 | 11470 | 80.8% | 2730 | 19.2% |
| CFO | 1 | 14324 | 11505 | 80.3% | 2819 | 19.7% |
| CFO | 2 | 14696 | 11764 | 80% | 2932 | 20% |
| Comm. of Agriculture | Current | 14273 | 11689 | 81.9% | 2584 | 22.1% |
| Comm. of Agriculture | 1 | 14396 | 11724 | 81.4% | 2672 | 18.6% |
| Comm. of Agriculture | 2 | 14766 | 11986 | 81.2% | 2780 | 18.8% |

### Black-Preferred Candidate Performance in Previous RPV Elections

| Race | Map | Vote # | Black-Pref. # | Black-Pref. % | Non-Black-Pref. # | Non-Black-Pref. % |
|---|---|---|---|---|---|---|
| President | Current | 30418 | 25648 | 84.3% | 4770 | 15.7% |
| President | 1 | 34422 | 28462 | 82.7% | 5960 | 17.3% |
| President | 2 | 35032 | 28935 | 82.6% | 6097 | 17.4% |
| County Mayor | Current | 26889 | 22159 | 82.4% | 4730 | 17.6% |
| County Mayor | 1 | 30509 | 24845 | 81.4% | 5664 | 18.6% |
| County Mayor | 2 | 31059 | 25262 | 81.3% | 5797 | 18.6% |
| County Judge 9 | Current | 10335 | 6933 | 67% | 3402 | 32.9% |
| County Judge 9 | 1 | 11686 | 7631 | 65.3% | 4055 | 34.7% |
| County Judge 9 | 2 | 11867 | 7744 | 65.2% | 4123 | 34.7% |
| Circuit Judge Group 57 | Current | 10654 | 7380 | 69% | 3274 | 30.7% |
| Circuit Judge Group 57 | 1 | 12016 | 8103 | 67.4% | 3913 | 32.6% |
| Circuit Judge Group 57 | 2 | 12200 | 8227 | 67.4% | 3973 | 32.6% |
| Circuit Judge Group 67 | Current | 10407 | 6079 | 58.4% | 4328 | 41.6% |
| Circuit Judge Group 67 | 1 | 11779 | 6646 | 56.4% | 5133 | 43.6% |
| Circuit Judge Group 67 | 2 | 11958 | 6751 | 56.4% | 5207 | 43.5% |



PLAINTIFFS' TRIAL EXHIBIT

P34

1:22-cv-24066-KMM