

**3680 Thomas Ave.**
**Miami, FL 33133**

**Christopher Hudson**
*Board Secretary*



**863 NE 79th St.**
**Miami, FL 33138**

**Rebecca Pelham**
*Executive Director*



**P.O. Box 971515**
**Miami, FL 33197**

**Harold Ford**
*President*

**Miami-Dade Branch**

**P.O. Box 315**
**Opa-Locka, FL 33054**

**Daniella Pierre**
*President*

June 17, 2023

Mayor Francis X. Suarez
Miami City Hall
3500 Pan American Drive
Miami, FL 33133

Copies to: Chief of Staff Wolfe, Clerk Hannon, Attorney Méndez

**Re: Veto of City Commission's Proposed "Remedial" Map**

Dear Mayor Suarez,

On Wednesday, at the end of a rushed meeting that was noticed for discussion only, the City Commission passed a proposed "remedial" map for its districts. We urge you to veto it.

After finding we are substantially likely to win our case challenging last year's Commission map as an unconstitutional racial gerrymander, the federal district court gave the City an opportunity to pass a new, fair map. Rather than taking the opportunity the Court gave it, the Commission squandered it. This new map does nothing to cure the constitutional violations the Court identified.

We emphatically urge you to veto the Commission's unconstitutional map.

We invite you to meet with us if you would like to discuss further.

Sincerely,

**Christopher Hudson**
*Secretary, GRACE*
gracegrove@gmail.com
(786) 337-1703

**Rebecca Pelham**
*Executive Director, Engage Miami*
rebecca@engage.miami
(802) 522-4266

**Harold Ford**
*President, South Dade NAACP*
president@southdadenaacp.org
(786) 253-9400

**Daniella Pierre**
*President, Miami-Dade NAACP*
presidentofmiamidadenaacp@gmail.com
(877) NAACP-09



PLAINTIFFS' TRIAL EXHIBIT
P37
1:22-cv-24066-KMM