| | |
|---|---|
| **Date:** | Mon, 3 Jul 2023 3:14:42 PM (UTC) |
| **Sent:** | Mon, 3 Jul 2023 3:12:53 PM (UTC) |
| **Subject:** | Fw: Redistricting Update- Adopted Maps fs119exempt |
| **From:** | Christina Crespi <crespi@miamidda.com> |
| **To:** | Alicia Parrish <parrish@miamidda.com>; Bardo Lazo <intern@miamidda.com>; Brandon Lazo <lazo@miamidda.com>; Carlos Garcia <garcia@miamidda.com>; Cassandra Strozier <strozier@miamidda.com>; Christina Crespi <crespi@miamidda.com>; Elvira Manon <manon@miamidda.com>; Emerson Calderon <calderon@miamidda.com>; Eugene Gordon <gordon@miamidda.com>; Giovanni Gigi Huings <Huings@miamidda.com>; Henry Burse <burse@miamidda.com>; Isaac Pineira <pineira@miamidda.com>; Ivonne Berrios <IBerrios@miamidda.com>; Ivonne de la Vega <delavega@miamidda.com>; Juan A Portela <Portela@miamidda.com>; Kenia Silva <silva@miamidda.com>; Kevin Garrett <garrett@miamidda.com>; Kim Hills <hills@miamidda.com>; Lewis Pinzon <Pinzon@miamidda.com>; Liliana Collazo <collazo@miamidda.com>; Michelle Lewis <lewis@miamidda.com>; Myrna T. Ace <ace@miamidda.com>; Neal Schafers <schafers@miamidda.com>; Paulina Pineira <Lpineira@miamidda.com>; Wanda Mendez <mendez@miamidda.com>; Yami Roa <roa@miamidda.com>; |
| **Attachments:** | image003.png; image017.jpg; Outlook-tgchy4l4.dat; DE 77 Defendant's Notice of Passage of Redistricting Plan.pdf |

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello Miami DDA Board members and staff,

Please see the below and attached proposed redistricting map provided by the City of Miami, which shows the Miami DDA district currently falls within City Commission Districts 5, 2 and 3. Will advise once officially adopted per the process described below.

Happy Fourth of July!

Thanks,

**Christina Crespi**
Chief Executive Officer and Executive Director
www.miamidda.com
200 S. Biscayne Blvd. | Suite 2929 | Miami, FL 33131



---

**From:** Mendez, Victoria <VMendez@miamigov.com>
**Sent:** Friday, June 30, 2023 4:38 PM
**Subject:** Redistricting Update- Adopted Maps fs119exempt

**[EXTERNAL EMAIL]** CAUTION: This email originated from outside of the Miami DDA. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Honorable Mayor and City Commissioners,

Attached is the filing of the map and plan required by the Court's scheduling order, filed today. We will file a motion to dismiss this case next week as moot as well. Per the scheduling order, Plaintiffs have two days to indicate if they have no objection to



PLAINTIFFS' TRIAL EXHIBIT
P41
1:22-cv-24066-KMM

COM24066-003822

our map. If they object to it, they have seven days to file their memorandum with their objections. We then have five days to respond to their memorandum.

In the meantime, we hope this filing moots out the case entirely since we passed a new map and not an interim map. Moreover, the Court could *sua sponte* dismiss the case based on the filing or we will argue for the dismissal in our motion to dismiss next week. Plaintiffs can contest that position, but we will be placing it before the court.

Thank you!

Victoria


**Victoria Méndez, City Attorney**



Board Certified, City, County and
Local Government
City of Miami
Office of the City Attorney
Telephone: 305-416-1832
Facsimile: 305-400-5071
vmendez@miamigov.com