Date:        Tue, 1 Aug 2023 7:42:54 PM (UTC)

Subject:     RE: City of Miami - Redistricting Map (June 2023)

From:        Ewan, Nicole <newan@miamigov.com>

To:          Innocent, Vanessa (Elections) <Vanessa.Innocent@miamidade.gov>;

Attachments: image002.jpg; image003.jpg

You're welcome, Vanessa! Thanks for your help today 🙏🙏🙏🙏



**Nicole Ewan, MPA, CMC**
**Assistant City Clerk**
**City of Miami**
**City Clerk's Office**
**3500 Pan American Drive**
**Miami, FL 33133**
**Ph: (305) 250-5347**
**Fax: (305) 858-1610**
**Website: www.miamigov.com/cityclerk**
**Boards & Committees: www.miamigov.com/boards**
**Search City Commission and CRA Documents (1983 to Present)**

---

**From:** Innocent, Vanessa (Elections) <Vanessa.Innocent@miamidade.gov>
**Sent:** Tuesday, August 1, 2023 3:42 PM
**To:** Ewan, Nicole <newan@miamigov.com>
**Subject:** RE: City of Miami - Redistricting Map (June 2023)

> **CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you Nicole.

Sincerely,

**Vanessa Innocent**
**Elections Department**
(305) 499-8342
www.miamidade.gov
*"Delivering Excellence Every Day"*

---

**From:** Ewan, Nicole <newan@miamigov.com>
**Sent:** Tuesday, August 1, 2023 3:25 PM
**To:** White, Christina (Elections) <Christina.White@miamidade.gov>
**Cc:** Innocent, Vanessa (Elections) <Vanessa.Innocent@miamidade.gov>; Rodriguez, Roberto (Elections) <Roberto.Rodriguez@miamidade.gov>; Bonzon-Keenan, Geri (CAO) <gbk@miamidade.gov>; Valdes, Michael B. (CAO) <Michael.Valdes@miamidade.gov>; Sanchez, Gerald (CAO) <Gerald.Sanchez@miamidade.gov>; Mendez, Victoria <VMendez@miamigov.com>; Greco, John A. <jagreco@miamigov.com>; McNulty, Kerri L. <klmcnulty@miamigov.com>; Wysong, George K. <GWysong@miamigov.com>; Jones, Kevin R. <krjones@miamigov.com>; Gomez, Marta <martagomez@miamigov.com>; Santos, Christina <CSantos@miamigov.com>; Hannon, Todd <thannon@miamigov.com>; Forges, Sandra <sforges@miamigov.com>; ben.kuehne@kuehnelaw.com; CMcNamara@aclufl.org; dtilley@aclufl.org; christopher.merken@dechert.com; andy.bardos@gray-robinson.com; neil.steiner@dechert.com; Christopher.Johnson@gray-robinson.com; George.Levesque@gray-robinson.com; jason.unger@gray-robinson.com; Marlene.Quintana@gray-robinson.com
**Subject:** City of Miami - Redistricting Map (June 2023)
**Importance:** High



PLAINTIFFS' TRIAL EXHIBIT

P42

1:22-cv-24066-KMM

exhibitsticker.com

COM24066-003283

EMAIL RECEIVED FROM EXTERNAL SOURCE

Christina White, Supervisor of Elections,

I am the Assistant City Clerk of the City of Miami, and I am acting on behalf of the City Clerk, Todd Hannon. Pursuant to the City's discussions with the Miami-Dade County Department of Elections and in response to an email request from Vanessa Innocent at the County Department of Elections, attached, please find the current City of Miami district map that was approved by the City Commission on June 14, 2023, and rendered by the City on June 29, 2023 (see attached, City of Miami Resolution 23-271). In light of the August 1, 2023 deadline for submitting voting maps for the November 7, 2023 election, the City requests that you implement this approved and rendered map. Your office had previously mentioned that you required a finalized map for implementation by today, August 1, 2023.

The previous City of Miami district map on file with the Miami-Dade County Department of Elections is not valid. That map had been enacted and rendered in City of Miami Resolution 22-131. That map was enjoined by the U.S. District Court for the Southern District of Florida and replaced by the City with the map from the referenced City of Miami Resolution 23-271 that is attached.

The district map is the subject of litigation in *Grace, Inc., et al. v. City of Miami* (S.D. Fla., Case No. 1:22-cv-24066-KMM). The District Judge entered an order on Sunday, July 30, 2023, invalidating the attached map and instead adopted an alternative map. The City appealed that order and requested a stay from the Eleventh Circuit. (*Grace, Inc., et al. v. City of Miami*, 11th Cir., Case No. 23-12472). Last night (July 31, 2023), the Eleventh Circuit issued an order staying the district court's order until the Eleventh Circuit fully considers the City's motion to stay (see attached July 31, 2023 Order (DE8)). The Eleventh Circuit ordered the Plaintiffs in the litigation to respond to the Motion to Stay by 9:00 a.m. on August 2, 2023. Accordingly, the district court order is stayed. Therefore, in order to comply with the Elections Department's August 1, 2023 deadline, the City submits the map rendered in June 2023 by the City Commission as the currently applicable map.

The old map on file with the County is no longer valid and cannot be used for the November election. The City Clerk will bring to your attention any further developments.

Please do not hesitate to contact our office with any questions or concerns concerning this matter, or if you need anything further from us to implement the attached map.

Thank you,



**Nicole Ewan, MPA, CMC**
**Assistant City Clerk**
**City of Miami**
**City Clerk's Office**
**3500 Pan American Drive**
**Miami, FL 33133**
**Ph: (305) 250-5347**
**Fax: (305) 858-1610**
**Website: www.miamigov.com/cityclerk**
**Boards & Committees: www.miamigov.com/boards**

COM24066-003284