| Organization | Signed application | Date voted in |
|---|---|---|
| Believers of Authority, Inc. | Yes/ | 9-Jul-20 |
| Bulah Baptist Church | Yes/ | |
| Carver Alumni Association | ???? | |
| Coconut Grove Ministerial Alliance, Inc. | Yes/ | 9-Jul-20 |
| Collective Empowerment Group | Yes/ | |
| Greater Faith Temple | Yes/ | 27-Jun-21 |
| Homeowner & Tenants Assoc. | NO (voted against joining) | |
| Macedonia Missionary Baptist Church | Yes/ | 9-Jul-20 |
| Negro Women's Club | Yes/ | |
| St. James Baptist Church | Yes/ | |
| St. Matthew CMB Church | Yes/ | 9-Jul-20 |
| St. Paul A.M.E. Church | Yes/ | |
| St. Paul CDC | Yes/ | 9-Jul-20 |
| St. Stephens Episcopal Church Coconut Grove | Yes/ | |
| Thelma Gibson Iniative | ?? | |
| United Church of God, Inc. | | |
| Carve School Alumni Assoc. | Pending | |
| Charles Avenue Group | Pending | |



PLAINTIFFS' TRIAL EXHIBIT
P44
1:22-cv-24066-KMM