

**Coconut Grove Homeowners and Tenants Association — Village West**

**Executive Board**

*Clarice Cooper*
President

*Linda Williams*
1st Vice President

*Reynold Martin*
2nd Vice President

*Carolyn Curry*
Treasurer

*Miles Jennings*
Assistant Treasurer

*Mary Colzie Tarver*
Secretary

*Gentle Hamilton*
Financial Secretary

*Harvette Chapman*
Parliamentarian

*Rev. Portia Jacobs*
Chaplain

*J.S. Rashid*
President Emeritus

City of Miami Commissioners
3500 Pan American Drive
Coconut Grove, Fl 33133

February 6, 2022

Dear Commissioners:

The Executive Board of the Coconut Grove Village West Homeowners and Tenants Association (HOATA) hereby declares its disapproval of the rumored/speculated truncation of Coconut Grove to satisfy the district boundary adjustments that the Miami City Commission is charged to resolve regarding District 2.

HOATA was established in 1954 to serve and protect the concerns and interests of its overwhelmingly African American residents, who descended from the original Bahamian settlers and migrants from North and Central Florida, Georgia, Alabama and South Carolina. They were hardworking, law abiding and spirit- and pride-filled individuals, many of whose heirs are current Coconut Grove residents and who share those same qualities. HOATA's mission prevails today and is extended to all new and incoming residents.

Removal of all or any part(s) of Coconut Grove Village West from District 2 to be annexed to an adjoining district would place in jeopardy the painstaking strides for improvements and revitalization made thus far regarding the West Grove Community Redevelopment Agency (CRA), and proposed revisions to the Neighborhood Conservation District (NCD-2) of the City of Miami Zoning Code. The CRA is entering its final and crucial phase of formation with the upcoming vote of approval by the Miami-Dade County Board of Commissioners. NCD-2 was designed to preserve the character and architectural integrity of Village West, with a particular focus on historically designated Charles Avenue. Also, the looming threat of gentrification has led us to make a more concerted effort to gain more City-sanctioned assurances.

An agenda item as important as this, should be addressed more critically because of its nature with Coconut Grove being the City's oldest neighborhood. Cursory treatment of this item would be to the detriment of the Village West community, Coconut Grove at large, District 2 and the City of Miami.

Finally, we are hereby requesting that the Miami City Commission withhold all deliberations on this topic until Coconut Grove residents have been fully apprised of its details and how the outcome will affect all concerned parties.

Thank you for your attention to this matter.

*Clarice Cooper*
Clarice Cooper
President

*Linda Williams*
Linda Williams
1st Vice President

*Reynold Martin*
Reynold Martin
2nd Vice President

---

3523 Charles Avenue • Coconut Grove, Florida 33133


PLAINTIFFS' TRIAL EXHIBIT
P45
1:22-cv-24066-KMM

COM24066-063033