*Bylaws for Units of the NAACP*

**BYLAWS FOR UNITS**
**NATIONAL ASSOCIATION FOR THE**
**ADVANCEMENT OF COLORED PEOPLE**

**TABLE OF CONTENTS**

Page

ARTICLE I      NAME AND JURISDICTION ........................................................1

     1.    (Name of Units) ..........................................................1
     2.    (Jurisdiction) ...............................................................2

ARTICLE II      OBJECTIVES .........................................................................2

     1.    (Purpose of Units) .......................................................2
     2.    (Methods) ....................................................................7
     3.    (Coalition/Affiliation with other Organizations) .............9

ARTICLE III      ORGANIZATIONAL STRUCTURE ...........................................10

     1.    (Unit Status)................................................................10
     2.    (Units of the Association) .............................................10
     3.    (Charter).....................................................................10
     4.    (Assessments) .............................................................13
     5.    (Per Capita Assessment for State/State-Area Conferences) ..........14
     6.    (Real Property)............................................................14
     7.    (Intellectual Property; NAACP Trademarks) .................15

ARTICLE IV      MEMBERSHIP.......................................................................15

     1.    (Membership Prerequisites)..........................................15
     2.    (Effective Date of Membership in the Branches, Youth Units and Authorized Committees) ...............................15
     3.    (Membership in the State/State-Area Conference).........16
     4.    (Membership in the Branch) .........................................16
     5.    (Membership in the Prison Branch)...............................17
     6.    (College Chapter Membership)......................................17
     7.    (Youth Council Membership)........................................18
     8.    (High School Chapters)................................................18

[Adopted Effective March 2019]      i


PLAINTIFFS' TRIAL EXHIBIT
P47
1:22-cv-24066-KMM

GRACEPLFS0000919

*Bylaws for Units of the NAACP*

| | 9. | (Junior Youth Councils).................................................................19 |
|---|---|---|

| | 10. | (Dues)..........................................................................................19 |
|---|---|---|
| | 11. | (Division of Regular Membership Dues).......................................19 |
| | 12. | (Annual Corporate Membership)...................................................20 |
| | 13. | (Division of Life Membership Dues)............................................20 |

**ARTICLE V**   GOVERNANCE ........................................................21

| | 1. | (Meetings of Units).......................................................................21 |
|---|---|---|
| | 2. | (Meetings of the State/State-Area Conference) ............................21 |
| | 3. | (Annual Meeting of Units)............................................................22 |
| | 4. | (Notice of Annual Meeting)..........................................................23 |
| | 5. | (Special Meetings of Branches, Youth Units and Authorized Committees).................................................................................23 |
| | 6. | (Meetings of the Executive Committee of Branches, Prison Branches and Youth Units)........................................................24 |
| | 7. | (Meetings of Standing Committees) .............................................24 |
| | 8. | (Quorum)......................................................................................24 |
| | 9. | (Order of Business).......................................................................24 |
| | 10. | (Faculty Advisor)..........................................................................25 |
| | 11. | (Selection of a Youth Council Advisor) .......................................25 |
| | 12. | (High School Chapter Advisors)....................................................26 |
| | 13. | (Junior Youth Council Advisors)...................................................27 |
| | 14. | (Controversies Between Branch and Youth Units)........................27 |
| | 15. | (Indebtedness for State/State-Area Conferences, Branches, Prison Branches and Authorized Committees)..............................27 |
| | 16. | (Indebtedness for Youth Units)......................................................27 |
| | 17. | (Fiscal Business Year) ..................................................................28 |
| | 18. | (Unit Bookkeeping System)...........................................................28 |
| | 19. | (Audits) ........................................................................................28 |

**ARTICLE VI**   OFFICERS OF UNITS AND STAFF ..........................................28

| | 1. | (Officers and Staff) ......................................................................28 |
|---|---|---|
| | 2. | (Qualifications) ............................................................................29 |
| | 3. | (Term of Office)............................................................................31 |

**ARTICLE VII**   DUTIES OF OFFICERS OF UNITS...........................................33
| | 1. | (President)....................................................................................33 |
|---|---|---|
| | 2. | (Vice President) ...........................................................................34 |
| | 3. | (Secretary)....................................................................................34 |

GRACEPLFS0000920

*Bylaws for Units of the NAACP*

|      |     |                                                                          |     |
|------|-----|--------------------------------------------------------------------------|-----|
|      | 4.  | (Treasurer)                                                              | 36  |
|      | 5.  | (Assistant Secretary)                                                    | 37  |
|      | 6.  | (Assistant Treasurer)                                                    | 37  |
|      | 7.  | (Executive Director)                                                     | 37  |

ARTICLE VIII     COMMITTEES OF UNITS .................................................38

|     |                                                                          |     |
|-----|--------------------------------------------------------------------------|-----|
| 1.  | (Executive Committee)                                                    | 38  |
| 2.  | (Duties of the Executive Committee)                                      | 40  |
| 3.  | (Quorum)                                                                 | 41  |
| 4.  | (Standing Committees and Special Committees of Units)                    | 41  |
| 5.  | (Duties of the Standing Committees)                                      | 43  |
| 6.  | (Distinctive Duties of Prison Branch Standing Committees)                | 48  |
| 7.  | (Distinctive Duties of College Chapter Standing Committees)              | 49  |
| 8.  | (Distinctive Duties of Youth Council Standing Committees)                | 52  |
| 9.  | (Tenure)                                                                 | 54  |
| 10. | (Removal Procedure)                                                      | 54  |

ARTICLE IX     ELECTION OF OFFICERS AND EXECUTIVE COMMITTEE AND DELEGATES ...........................................55

|     |                                                                          |     |
|-----|--------------------------------------------------------------------------|-----|
| 1.  | (Procedure for State/State-Area Conference Elections)                    | 55  |
| 2.  | (Election of Officers and Executive Committees for Branches)             | 61  |
| 3.  | (Procedure for Prison Branch Elections)                                  | 67  |
| 4.  | (Procedure for College Chapter Elections)                                | 72  |
| 5.  | (Procedure for Youth Council, High School Chapter and Junior Youth Council Elections) | 75  |
| 6.  | (Voting for Members of the Board of Directors at Large)                  | 79  |

ARTICLE X     EXPULSION, SUSPENSION OR REMOVAL OF OFFICERS AND MEMBERS ........................................79

|     |                                                                          |     |
|-----|--------------------------------------------------------------------------|-----|
| 1.  | (Units Failing to Report)                                                | 79  |
| 2.  | (Grounds for Suspension or Other Disciplinary Action)                    | 79  |
| 3.  | (Complaints)                                                             | 80  |
| 4.  | (Authority of National President and CEO)                                | 80  |
| 5.  | (Notice of Complaint and Right to Answer)                                | 80  |
| 6.  | (National Office Review and Investigation)                               | 80  |
| 7.  | (Hearing Procedure)                                                      | 81  |
| 8.  | (Notice of Findings and Action of the Board)                             | 81  |

GRACEPLFS0000921

*Bylaws for Units of the NAACP*

ARTICLE XI          SUSPENSION AND REVOCATION OF CHARTER.................82

ARTICLE XII         INDEMNIFICATION......................................................................82

                1.   (Persons Covered)...........................................................................82
                2.   (Limitation; Notice) ......................................................................82

ARTICLE XIII        AMENDMENTS TO LOCAL BYLAWS.....................................83

ARTICLE XIV         RATIFICATION OF BYLAWS....................................................83


ADDENDUM           YOUTH AND COLLEGE DIVISION GUIDELINES (see tab)

[Adopted Effective March 2019]                    iv

GRACEPLFS0000922

*Bylaws for Units of the NAACP*

## BYLAWS FOR UNITS

These Bylaws for Units pertain to all Units of the National Association for the Advancement of Colored People and should be read in conjunction with the Constitution of the National Association for the Advancement of Colored People.

## ARTICLE I
## NAME AND JURISDICTION

1. **(Name of Units)**

    a. *State/State-Area Conference.* The name of this organization shall be the _____ State or _____ State-Area Conference of the National Association for the Advancement of Colored People. Each State/State-Area Conference shall have a Youth and College Division.

    b. *Branch.* The name of this organization shall be the _____ Branch of the National Association for the Advancement of Colored People.

    c. *Prison Branch.* The name of this organization shall be the _____ Prison Branch of the National Association for the Advancement of Colored People.

    d. *College Chapter.* The name of this organization shall be the _____ College Chapter of the National Association for the Advancement of Colored People.

    e. *Youth Council.* The name of this organization shall be the _____ Youth Council of the National Association for the Advancement of Colored People.

    f. *Junior Youth Council.* The name of this organization shall be the _____ Junior Youth Council of the National Association for the Advancement of Colored People.

GRACEPLFS0000923

*Bylaws for Units of the NAACP*

g.   *High School Chapter.*   The name of this organization shall be the _____ High School Chapter of the National Association for the Advancement of Colored People.

h.   *Authorized Committee.*   The name of this organization shall be the _____ Authorized Committee of the National Association for the Advancement of Colored People.

**2.   *(Jurisdiction)***

a.   The State/State-Area Conference, Branch, Prison Branch, College Chapter, High School Chapter, Youth Council, Junior Youth Council and Authorized Committee shall be a constituent and subordinate unit of the Association subject to the general authority and jurisdiction of the Board of Directors.

b.   *Coordination of College Chapters.*   Whenever a College Chapter is located in a city or county containing another unit of the NAACP, the off-campus activity of the College Chapter shall be by mutual exchange of information.

c.   *Relationship Between Youth Units and Branches.* Youth Units and Branches have coordinate status within the Association's framework. While each affiliate has an independent status from the other, it is expected that their programs will be coordinated and the Youth Units and Branch in the same area will work in full cooperation to accomplish the aims and objectives of the Association subject to the general authority of the Board of Directors.

d.   All NAACP Units located within the geographic boundaries of a State/State-Area Conference shall be a member of the State/State-Area Conference and are subject to the State/State-Area Conference's efforts to coordinate NAACP activities and policies within its jurisdiction.

## ARTICLE II
## OBJECTIVES

*1*   *(Purpose of Units)*

a.   *Units.*   The purpose of the Units shall be to support the policies of the Association as described in Article II of the Constitution and to support the National Office by, among other means, sharing fundraising dollars and providing financial support.

GRACEPLFS0000924

*Bylaws for Units of the NAACP*

b.  *Objectives of State/State-Area Conferences.*  The purpose and aims of State/State-Area Conferences of the National Association for the Advancement of Colored People shall be to improve the political, educational, social, and economic status of African-Americans and other racial and ethnic minorities; to eliminate racial prejudice; to keep the public aware of the adverse effects of discrimination; to take lawful action to secure the elimination of racial discrimination; to seek legislation and policies at the state level, or at other levels if requested by the National Office, which advance the programs and policies of the Association; and to oppose legislation and policies which are adverse to the programs and policies of the Association consistent with the efforts of the national organization and in conformity with the Articles of Incorporation of the Association, its Constitution and Bylaws, and as directed by the Board of Directors.

In addition, its objectives shall be to: stimulate the Branches, Prison Branches, Youth Councils, High School Chapters, College Chapters, Authorized Committees and any and all Units of the Association in its jurisdiction to greater activity in the fight for freedom; to revive dormant Units in the State/State-Area Conference; to organize new Units; to assist the Association in the conduct of the work of the NAACP by increasing support for the Association by the various Units; to coordinate the activities and secure the cooperation of Units within the State/State-Area Conference; to eliminate discrimination and injustice against minority people in the area; to seek the enactment of laws in the state legislature which will advance the programs and policies of the Association.  With respect to the Youth Units, these objectives should be carried out through the Youth and College Division of the State/State-Area Conference.

c.  *Objectives of Branches.*  The purpose and aims of Branches of the National Association for the Advancement of Colored People shall be to improve the political, educational, social, and economic status of African-Americans and other racial and ethnic minorities; to eliminate racial prejudice; to keep the public aware of the adverse effects of discrimination; and to take lawful action to secure the elimination of racial discrimination, to seek legislation and policies at the local level, or at other levels if requested by the State/State-Area Conference or National Office, which advance the programs and policies of the Association; and to oppose legislation and policies which are adverse to the programs and policies of the Association consistent with the efforts of the national organization and in conformity with the Articles of Incorporation of the Association, its Constitution and Bylaws, and as directed by the Board of Directors.

GRACEPLFS0000925

*Bylaws for Units of the NAACP*

d.  *Objectives of Prison Branches.*  The purpose and aims of Prison Branches of the National Association for the Advancement of Colored People shall be to improve the political, educational, social, and economic status of African-Americans and other racial and ethnic minorities; to eliminate racial prejudice; to keep the public aware of the adverse effects of discrimination; and to take lawful action to secure the elimination of racial discrimination; to seek legislation and policies at the local level, or at other levels if requested by the State/State-Area Conference or National Office, which advance the programs and policies of the Association; and to oppose legislation and policies which are adverse to the programs and policies of the Association consistent with the efforts of the national organization and in conformity with the Articles of Incorporation of the Association, its Constitution and Bylaws, and as directed by the Board of Directors.

In addition Prison Branches shall work to improve the educational status of incarcerated persons and to provide constructive rehabilitative leadership training programs that would enable released prisoners to return to society as assets rather than liabilities. Such training and experiences shall come from active participation in committees and general unit work.

Additional objectives of the Prison Branch shall be to disseminate comprehensive knowledge of the goals and objectives of the Association as they pertain to people of all races, colors and creeds; to inform prisoners of the problems affecting African-Americans and other ethnic minority groups; to acquire knowledge concerning community pride, civic awareness, responsibility, and brotherhood; to develop a more honorably rehabilitated citizen who is able to identify and help solve the problems of our society and world; and to advance the educational and social status of African-American prisoners and other racial and ethnic minorities.

e.  *Objectives of College Chapters.*  The purpose and aims of College Chapters of the National Association for the Advancement of Colored People shall be to improve the political, educational, social, and economic status of African-Americans and other racial and ethnic minorities; to eliminate racial prejudice; to keep the public aware of the adverse effects of discrimination; to take lawful action to secure the elimination of racial discrimination; and, to seek legislation and policies at the local level or at other levels if requested by the State/State-Area Conference or National Office, which advance the programs and policies of the Association; and to oppose legislation and policies which are adverse to the programs and policies of the Association consistent with the efforts of the national organization and in conformity with the

GRACEPLFS0000926

*Bylaws for Units of the NAACP*

Articles of Incorporation of the Association, its Constitution and Bylaws, and as directed by the Board of Directors.

In addition, its objectives shall be to inform students of the problems affecting African-Americans and other racial and ethnic minorities; to advance the economic, education, social and political status of African-Americans and other racial and ethnic minorities and their harmonious cooperation with other peoples; to stimulate an appreciation of the African Diaspora and other people of color's contribution to civilization; and to develop an intelligent, militant, effective leadership.  These objectives shall be pursued in accordance with the policies of the Association within the framework of university regulations.

f.    *Objectives of Youth Councils*.  The purpose and aims of Youth Councils of the National Association for the Advancement of Colored People shall be to improve the political, educational, social, and economic status of African-Americans and other racial and ethnic minorities; to eliminate racial prejudice; to keep the public aware of the adverse effects of discrimination; to take lawful action to secure the elimination of racial discrimination; and, to seek legislation and policies at the local level or at other levels if requested by the State/State-Area Conference or national organization, which advance the programs and policies of the Association; and to oppose legislation and policies which are adverse to the programs and policies of the Association consistent with the efforts of the national organization and in conformity with the Articles of Incorporation of the Association, its Constitution and Bylaws, and as directed by the Board of Directors.

In addition, the purposes of the Youth Council shall be to inform youth of the problems affecting African-Americans and other racial and ethnic minorities, to advance the economic, educational, social and political status of African-Americans and other racial and ethnic minorities and their harmonious cooperation with other peoples, to stimulate an appreciation of the African Diaspora and other people of color's contribution to civilization; and to develop an intelligent and militant youth leadership.  These objectives shall be pursued in accordance with the policies of the Association.

g.    *Objectives of High School Chapters*.  The purpose and aims of High School Chapters of the National Association for the Advancement of Colored People shall be to improve the political, educational, social, and economic status of African-Americans and other racial and ethnic minorities; to eliminate racial prejudice; to keep the public aware of the

GRACEPLFS0000927

*Bylaws for Units of the NAACP*

adverse effects of discrimination; and to take lawful action to secure the elimination of racial discrimination; and, to seek legislation and policies at the local level, or at other levels if requested by the State/State-Area Conference or National Office, which advance the programs and policies of the Association; and to oppose legislation and policies which are adverse to the programs and policies of the Association consistent with the efforts of the national organization and in conformity with the Articles of Incorporation of the Association, its Constitution and Bylaws, and as directed by the Board of Directors.

In addition, the purposes of the High School Chapter shall be to inform youth of the problems affecting African-Americans and other racial and ethnic minorities, to advance the economic, educational, social and political status of African-Americans and other racial and ethnic minorities and their harmonious cooperation with other peoples; to stimulate an appreciation of the African-American Diaspora and other people of color's contribution to civilization; and to develop an intelligent and militant youth leadership by devising, working out and pursuing local programs. These objectives shall be pursued in accordance with the policies of the Association within the framework of high school regulations.

h.   *Objectives of Junior Youth Councils.* The purpose and aims of Junior Youth Councils of the National Association for the Advancement of Colored People shall be to improve the political, educational, social, and economic status of African-Americans and other racial and ethnic minorities; to eliminate racial prejudice; to keep the public aware of the adverse effects of discrimination; and to take lawful action to secure the elimination of racial discrimination; to seek legislation and policies at the local level, or at other levels if requested by the State/State-Area Conference or National Office, which advance the programs and policies of the Association; and to oppose legislation and policies which are adverse to the programs and policies of the Association consistent with the efforts of the national organization and in conformity with the Articles of Incorporation of the Association, its Constitution and Bylaws, and as directed by the Board of Directors.

In addition, the purposes of the Junior Youth Council shall be to inform youth of the problems affecting African-Americans and other racial and ethnic minorities, to advance the economic, educational, social and political status of African-Americans and other racial and ethnic minorities and their harmonious cooperation with other peoples, to stimulate an appreciation of the African Diaspora and other people of

GRACEPLFS0000928

color's contribution to civilization; and to develop an intelligent and militant youth leadership. These objectives shall be pursued in accordance with the policies of the Association.

i.   *Objectives of Authorized Committees.*   The purpose and aims of Authorized Committees of the National Association for the Advancement of Colored People shall be to improve the political, educational, social, and economic status of African-Americans and other racial and ethnic minorities; to eliminate racial prejudice; to keep the public aware of the adverse effects of discrimination; and to take lawful action to secure the elimination of racial discrimination; to seek legislation and policies at the local level or at other levels if requested by the State/State-Area Conference or National Office  which advance the programs and policies of the Association; and to oppose legislation and policies which are adverse to the programs and policies of the Association consistent with the efforts of the national organization and in conformity with the Articles of Incorporation of the Association, its Constitution and Bylaws, and as directed by the Board of Directors.

2.   **(Methods)**

The methods used to obtain the Association's objectives shall be direct action, litigation, legislation and political action.

a.   *Direct Action*

*Examples.*   Direct action includes agitation, demonstrations, marches, picketing, boycotts, economic sanctions and other appropriate action.

*Authority.*   In accepting the mantle of leadership bestowed by virtue of their charter which requires the aggressive pursuit of the Association's mission, Units are encouraged to follow an independent course of action set out by the Unit's membership as long as it is consistent with the Association's policies and objectives.  However, no Unit shall initiate, endorse or participate in direct action on behalf of the Association, or any Unit of the Association, without the express written authorization of the President and CEO and General Counsel.

*Direct Action Approval Procedure.*   Any Unit of the Association seeking to initiate, endorse or participate in direct action as described above shall seek prior, timely authorization in writing from the President and CEO and General Counsel.   Units must submit requests for approval within 10 business days before the date of proposed action. The subject line of the e-

GRACEPLFS0000929

*Bylaws for Units of the NAACP*

mail sent by the unit seeking authorization should read "Direct Action." The President and CEO shall respond in a timely manner after receipt of said request. The President and CEO and General Counsel, at their discretion and in accordance with the objectives of the Association, shall communicate approval, or disapproval of said proposed direct action in writing to the Unit. If the 10 business days make the direct action irrelevant due to the pressure to respond immediately, the unit shall receive approval by email to ensure that the response to the unit is timely.

b.   *Litigation*

*Litigation Authority.* No Unit of the Association shall have authority to initiate, endorse or participate in legal action, including, but not limited to, pre-suit discussions, negotiations, court litigation, or post-suit matters on behalf of or in the name of the Association, or any Unit of the Association, without the express written authorization of the President and CEO and General Counsel.

*Litigation Approval Procedure.* Any Unit of the Association seeking to initiate, endorse or participate in legal action as described above shall seek prior, timely authorization in writing from the President and CEO and General Counsel. After reasonable opportunity to evaluate said proposed legal action, the President and CEO and General Counsel, at his or her discretion and in accordance with the objectives of the Association, shall communicate their approval, or disapproval of said proposed legal action in writing to the Unit.

c.   *Legislation*

No Unit of the Association shall support any legislation or policy that is contrary to the official position of the Association adopted by the Board of Directors.

*Authority.* No Unit of the Association shall initiate, endorse or participate in the passage of federal legislation, including, but not limited to, bills, statutes, regulations or resolutions on behalf of the Association, or any Unit of the Association, without the express written authorization of the President and CEO.

*Legislation Approval Procedure.* Any Unit of the Association seeking to initiate, endorse or participate in the passage of federal legislation as described above shall seek prior, timely authorization in writing from the President and CEO. After reasonable opportunity to evaluate said

GRACEPLFS0000930

*Bylaws for Units of the NAACP*

proposed federal legislation, the President and CEO, at his or her discretion and in accordance with the objectives of the Association, shall communicate their approval, or disapproval of said proposed federal legislation in writing to the Unit.

d.   *Political Action*

All Units of the Association at the appropriate jurisdictional level are expected to: increase registration and voting; work for the enactment of municipal (local units), state (state conference) and federal (national office) legislation designed to improve the educational, political and economic status of minority groups; work to repeal racially discriminatory legislation; improve the administration of justice; secure equal enforcement of the law; and keep the National Office and the Branch informed of all proposed legislation which affects minority groups. All political action shall be non-partisan and shall not endorse candidates for public office. Statewide ballot measures proposed by a unit must first obtain the approval of the National legal staff before filing with the local balloting authority.

3.   *(Coalition/Affiliation with other Organizations)*

a.   *Authority.* Units of the NAACP may affiliate and cooperate with other groups, organizations or coalitions when there is an incentive and purpose of affiliation and/or cooperation on specific issues, which are in accord with the program and policies of the Association. Prior written permission for such affiliation and/or cooperation by Units must be granted by the President and CEO.

b.   *Approval Procedure for Joining Coalitions.* Any Unit of the Association seeking to join a coalition shall seek prior, timely authorization in writing from the President and CEO. Units must submit requests for approval within 15 business days before joining the proposed coalition. The President and CEO shall respond within 10 business days after receipt of said request. The President and CEO, at his or her discretion and in accordance with the objectives of the Association, shall communicate approval or disapproval of said proposed coalition in writing to the Unit.

GRACEPLFS0000931

*Bylaws for Units of the NAACP*

## ARTICLE III
## ORGANIZATIONAL STRUCTURE

1.　　*(Unit Status)*

　　a.　　All Units shall be 501(c)(4) entities.　No Units shall be authorized to create or form any 501(c)(3) entity unless expressly approved in writing by the Board of Directors.

　　b.　　No Unit shall be authorized to incorporate itself or to organize itself in the form of a corporation under state law unless expressly approved to do so, in writing, by the President and CEO and the General Counsel upon a showing of legal or business necessity.

2.　　*(Units of the Association)*

　　The Units of the Association are those Units described in Article I, Section 1 of these Bylaws.

3.　　***(Charter)***

　　*Charter Authority.*　The Board of Directors shall establish Units, including State/State-Area Conferences, Branches, Prison Branches, - College Chapters, Youth Councils, High School Chapters, Junior Youth Councils, Authorized Committees, and such other subsidiaries of the Association in such places and under such conditions as it sees fit.　Each of the above shall be administered under a charter granted to it by the Board of Directors and in accordance with the Constitution and Bylaws for Units authorized by said Board of Directors.

　　*a.*　　*Charter Eligibility Criteria for State/State-Area Conferences.*　In any area where there exist Branches, Prison Branches, College Chapters, Youth Councils, High School Chapters, Junior Youth Councils and Authorized Committees, but where there is no existing State/State-Area Conference, application shall be made to the National Office for a State/State-Area Conference Charter in conjunction with procedures established by the Board of Directors.

　　　　1.　　*Maintaining a State/State-Area Conference Charter.*　State/State-Area Conferences must be comprised of no less than six (6) branches and six (6) Youth Units in good standing; pay all annual assessments; and, file all annual year-end reports as required by the Association.

GRACEPLFS0000932

b. *Charter Eligibility Criteria for Branches.* In any jurisdiction where there is no existing Branch, application shall be made to the National Office for a Branch charter in conjunction with procedures established by the Board of Directors. Prospective Branches must be comprised of no fewer than one hundred (100) adult members. The jurisdictional boundaries of a prospective Branch shall not conflict with the boundaries of any existing Branch.

    1. *Maintaining a Branch Charter.* A Branch shall maintain no fewer than 50 adult members; shall pay all annual assessments; and, shall file all year-end reports as required by the Constitution and Bylaws of the Association in order to maintain its charter.

    2. A Branch must also maintain good standing with its State/State-Area Conference by filing annual year-end reports and paying all State/State-Area Conference assessments.

c. *Charter Eligibility Criteria for Prison Branches.* In any prison/correctional facility where there is no existing Prison Branch, application shall be made to the National Office for Prison Branch charter in conjunction with procedures established by the Board of Directors. Prospective Prison Branches must be comprised of no fewer than 25 members.

    1. *Maintaining a Prison Branch Charter.* A Prison Branch shall maintain no fewer than 25 members; shall pay all annual assessments; and, shall file all annual year-end reports as required by the Association.

    2. A Prison Branch must also maintain good standing with its State/State-Area Conference by filing annual year-end reports and paying all State/State-Area Conference assessments.

d. *Charter Eligibility Criteria for College Chapters.* College Chapters shall contain at least 25 members under age 25 and/or be currently enrolled as a student in a college or university.

    1. *Maintaining a College Chapter Charter.* College Chapters shall maintain no fewer than 25 student memberships for two consecutive years; shall pay all annual assessments; and, shall file all annual year-end reports as required by the Association.

GRACEPLFS0000933

*Bylaws for Units of the NAACP*

2.    A College Chapter must also maintain good standing with its State/State-Area Conference by filing annual year-end reports and paying all State/State-Area Conference assessments.

e.    *Charter Eligibility Criteria for Youth Councils.* Youth Councils shall contain at least 25 members who must be under 25 years of age. In the absence of a Young Adult Council in the jurisdiction, the Youth Council membership may include members between the ages of 19-25.

1.    *Maintaining a Youth Council Charter.* Youth Councils shall have 25 members, pay all annual assessments; and, file all annual year-end reports as required by the Association.

2.    A Youth Council must also maintain good standing with its State/State-Area Conference by filing annual year-end reports and paying all State/State-Area Conference assessments.

f.    *Chapter Eligibility Criteria for High School Chapters.* High School Chapters shall contain at least 25 members who are currently enrolled in a high school or comparable secondary school.

1.    *Maintaining a High School Chapter Charter.* High School Chapters shall have 25 members enrolled in the high school; pay all annual assessments; and, file all annual year-end reports as required by the Association.

2.    A High School Chapter must also maintain good standing with its State/State-Area Conference by filing annual year-end reports and paying all State/State-Area Conference assessments.

g.    *Chapter Eligibility Criteria for Junior Youth Councils.* Junior Youth Councils may be organized separately from Youth Councils where there are at least 25 youth members under 13 years of age.

1.    Maintaining a Junior Youth Council. Junior Youth Councils shall contain 25 members, pay all annual assessments; and, file all annual year-end reports as required by the Association.

2.    A Junior Youth Council must also maintain good standing with its State/State-Area Conference by filing annual year-end reports and paying all State/State-Area Conference assessments.

h.    *Charter Eligibility Criteria for Authorized Committees.* Authorized Committees may be organized in areas where there are an insufficient

GRACEPLFS0000934

*Bylaws for Units of the NAACP*

number of members to maintain a Branch. Authorized Committees must contain at least seven (7) members and shall report to the State/State-Area Conference in their jurisdiction, subject to such rules and regulations as the Board of Directors may enact.   It shall receive a Certificate of Authority from the National Office.

1.   *Maintaining an Authorized Committee Charter*.   Authorized Committees shall have seven (7) members, pay all annual assessments; and, shall file all annual year-end reports as required by the Association.

2.   An Authorized Committee must also maintain good standing with its State/State-Area Conference by filing annual year-end reports and paying all State/State-Area Conference assessments.

4.   *(Assessments)*

a.   *National Assessments*

1.   Unit Freedom Fund and other assessments for the support of the Association, as established by the Board of Directors, shall be paid to the National Office within 90 calendar days before the Annual National Convention.   The above-mentioned assessments refer to the previous calendar year's assessments and must be paid in order for Unit delegates to be eligible to vote at the National Convention.

2.   *Fundraising Assessments*.  The net proceeds of each contribution, entertainment or fundraising effort by a Unit, excluding ACT-SO and Back-To-School/Stay-In-School and other approved programs, except for College Chapters subject to college and/or university fundraising requirements, shall be divided as follows:  25% to the National Office, 75% to the Unit; unless, in any case, written permission is obtained from the National Office for some different division, provided that the entire net proceeds of any fundraising effort for exclusively national purposes shall be transmitted to the National Office.

Notwithstanding the foregoing obligation, a Unit shall be exempt from disbursing 25% of its net proceeds of each contribution, fundraising or entertainment effort to the National Office if, and when, it increases its membership, as recorded by the National Office, by 35% from the previous calendar year. When the Branch increases its membership level by 35% from January 1 of a year to

GRACEPLFS0000935

*Bylaws for Units of the NAACP*

December 31 of that same year, the Unit shall be required to submit only 15% of its net proceeds of each fundraising or entertainment effort for the succeeding year to the National Office. The assessment reduction is earned on a year to year basis, based on the membership increase of the previous year.

3.  A financial report of all such entertainment, contributions and fundraising activities shall be rendered to the Unit, the National Office and the public. The Unit must submit the report to the National Office, with the National Office's share within 45 days following the date of the event.

b.  *State/State-Area Conference Assessments.* Whenever the Unit comes within the jurisdiction of a State/State-Area Conference, the Unit assessment for support of the State/State-Area Conference shall be paid into the treasury of the State/State-Area Conference within sixty (60) calendar days of the annual State/State-Area Conference Convention. The amount of said assessment shall be determined by the State/State-Area Conference with the approval of the Board of Directors. Youth Unit assessments shall be paid into the State/State-Area Conference Youth and College Division Treasury.

**5.    *(Per Capita Assessment for State/State-Area Conferences)***

The National Office will provide a per capita membership match for State/State-Area Conferences at the rate of 25¢ per member of each Unit thereof.

**6.    *(Real Property)***

Units may not own real property. No unit, entity or affiliate may own or maintain or acquire any equitable interest in real property. Notwithstanding the foregoing, the NAACP, Inc., may, at the discretion of the Board of Directors and in accordance with the principles, aims and purposes of the Association, hold and/or own real property for the use and benefit of a particular unit. Any real property shall be owned in the name of NAACP, Inc., and in appropriate instances be held under circumstances approved by the Board of Directors.

GRACEPLFS0000936

*Bylaws for Units of the NAACP*

**7.    (Intellectual Property; NAACP Trademarks)**

    *a.*   *NAACP Trademarks.* Personal use of the NAACP Trademark is prohibited. No Unit or member may use the NAACP name or any of its trademarks in conjunction with any person or entity on any product, without the express written authorization of the President and CEO.

    *b.*   *NAACP Logo and Letterhead.* Personal use of the NAACP logo and letterhead is prohibited. No member shall use the NAACP logo or letterhead in conjunction with any entity; on any product, without express written authorization of the President and CEO.

**ARTICLE IV**
**MEMBERSHIP**

***1.    (Membership Prerequisites)***

    Any person who is in accordance with the principles and policies of the Association may become a member of this Association with consent of the Board of Directors, by accepting the terms of the Constitution of the National Association for the Advancement of Colored People and the Bylaws for Units, and by paying annually in advance the requisite membership fees as prescribed by the Board of Directors. Membership in the Units shall include membership in the National Association. Members of NAACP Units are encouraged to support the Association and cooperate to conserve resources in pursuit of the NAACP's mission and goals.

***2.    (Effective Date of Membership in the Branches, Youth Units and Authorized Committees)***

    a.   The effective date of Membership in a Branch, Youth Unit or Authorized Committee is the date membership payment is received by the aforementioned Unit either at a meeting of the General Membership or of the Executive Committee of the Unit; by the Unit Secretary; or by the Unit office, if there is one.   In the event the National Office receives a membership fee from an individual who has indicated a desire to affiliate with a specific Unit, the National Office will notify said Unit that the membership fee has been received and, at the same time, transmit the Unit's share of the membership fee to the Unit.   In such a case, such membership shall be effective upon receipt by the Unit of its share of the membership fee from the National Office.

    b.   The minimum voting age for any member in good standing in Branch Elections shall be seventeen (17) years of age.   Said member may vote in

GRACEPLFS0000937

*Bylaws for Units of the NAACP*

the Branch Election if he/she has paid the Regular Adult membership fee to the Branch

3.  *(Membership in the State/State-Area Conference)*

   a.  All Units in the State/State-Area Conference's jurisdiction are automatically members of the State/State-Area Conference, and are required to pay annually the prescribed assessment fee established by the Legislative Session of the State/State-Area Conference and approved by the Board of Directors. In order to be a Unit in good standing of the State/State-Area Conference, a Unit shall have paid its yearly assessment fee to the State/State-Area Conference and the per capita tax on each membership sent to the Association, and shall have at least fifty adult (50) adult members in good standing of a Branch; at least twenty-five (25) members of a Prison Branch; and at least twenty-five (25) of a College Chapter, Youth Council, High School Chapter, Junior Youth Council; and at least seven members of an Authorized Committee, at least sixty (60) days prior to any meeting of said Conference. All Units must be in good standing; pay all annual assessments; and, file all annual year-end reports as required by the Association to participate in meetings of the Conference. Only members of Units in good standing as defined above are members of the State/State-Area Conference.

   b.  *Youth Units.* There shall be a Youth and College Division of the State/State-Area Conference. It shall be comprised of the Youth Units and they shall be governed by the Constitution and these bylaws.

4.  *(Membership in the Branch)*

   a.  Any person who is a permanent resident or who works within a Branch's jurisdiction may become a member of said Branch, providing they have paid the annual requisite Regular Adult Membership fee.

   b.  Members of the Association in good standing where Branches are being formed, or who establish permanent residence within the jurisdiction of an existing branch, or who work within the jurisdiction of an existing Branch, may affiliate with the local Branch and be entitled to vote upon presenting satisfactory evidence of their membership. They shall not be assessed annual membership fees by the Branch until the expiration of the annual membership for which they have paid.

   c.  Members of the Association shall affiliate and vote with only one Unit at a time.

[Adopted Effective March 2019]          16

GRACEPLFS0000938

*Bylaws for Units of the NAACP*

**5.**   *(Membership in the Prison Branch*)

a.   Any person incarcerated in a prison or correctional facility who is in accordance with the principles and policies of the Association, may become a member of Prison Branch, with consent of the Board of Directors, by accepting the terms of the Constitution of the National Association for the Advancement of Colored People, and by paying an annual membership fee in accordance with Article IV, Section 12 d, of these bylaws.

b.   Members of the Association in good standing, where Prison Branches are being formed, or who are incarcerated in a prison and/or correctional facility where a Prison Branch is in existence, may affiliate with the local Prison Branch and be entitled to vote in the Prison Branch election, upon presenting satisfactory evidence of their membership.  They shall not be assessed annual membership fees by the Prison Branch until the expiration of the annual membership for which they have paid.

c.   Members of a Prison Branch shall affiliate and vote with only one Unit at a time.

**6.**   **(College Chapter Membership)**

a.   Any person under the age of twenty-five (25) and/or currently enrolled as a student at a college or university who is in accordance with the principles and policies of the Association, may become a member of a College Chapter, with consent of the Board of Directors, by accepting the terms of the Constitution of the National Association for the Advancement of Colored People, and by paying an annual membership fee in accordance with Article IV, Section 12, a through c of these Bylaws.

b.   Members of the Association in good standing, who are qualified for membership in the College Chapter, may affiliate with the new College Chapter, where the same is being formed in the locality, and be entitled to vote upon presenting satisfactory evidence of Association membership. They shall not be assessed annual membership fees by the College Chapter until the expiration of the annual membership for which they have paid.

c.   Members of a College Chapter shall affiliate and vote with only one Unit at a time.

GRACEPLFS0000939

*Bylaws for Units of the NAACP*

7.   **(Youth Council Membership)**

　　a.　Any person under age twenty-five (25) who is in accordance with the principles and policies of the Association, may become a member of a Youth Council, with the consent of the Board of Directors, by accepting the terms of the Constitution of the National Association for the Advancement of Colored People, and by paying annually the requisite fee. By his/her 25th birthday, the Youth Council member must transfer his/her membership to the Branch or College Chapter if currently enrolled as a student at said college or university.

　　b.　Members of the Association in good standing, where Youth Councils are being formed, or who establish residence in a community where a Youth Council is in existence may affiliate with the local Youth Council and be entitled to vote upon presenting satisfactory evidence of their membership. They shall not be assessed annual membership fees by the Youth Council until the expiration of the annual membership for which they have paid.

　　c.　Members of a Youth Council shall affiliate and vote with only one Unit at a time.

8.   **(High School Chapters)**

　　a.　Any person who is enrolled as a student in a high school or comparable secondary school who is in accordance with the principles and policies of the Association, may become a member of a High School Chapter, with the consent of the Board of Directors, by accepting the terms of the Constitution of the National Association for the Advancement of Colored People, and by paying annually the requisite fee. On his/her 21st birthday, the High School Chapter member must transfer his/her membership to the Young Adult Council.

　　b.　Members of the Association in good standing, where High School Chapters are being formed, or who establish residence in a community where a High School Chapter is in existence, may affiliate with the local High School Chapter and be entitled to vote upon presenting satisfactory evidence of their membership. They shall not be assessed annual membership fees by the High School Chapter until the expiration of the annual membership for which they have paid.

　　c.　Members of a High School Chapter shall affiliate and vote with only one Unit at a time.

[Adopted Effective March 2019]　　　　18

GRACEPLFS0000940

*Bylaws for Units of the NAACP*

**9.** *(Junior Youth Councils)*

    a.    Any person under age 13, who is in accordance with the principles and policies of the Association, may become a member of a Junior Youth Council, with the consent of the Board of Directors, by accepting the terms of the Constitution of the National Association for the Advancement of Colored People, and by paying annually the requisite fee. On his/her 13th birthday, the Junior Youth Council member must transfer his/her membership to the Youth Council.

    b.    Members of the Association in good standing, where Junior Youth Councils are being formed, or who establish residence in a community where a Junior Youth Council is in existence, may affiliate with the local Junior Youth Council and be entitled to vote upon presenting satisfactory evidence of their membership. They shall not be assessed annual membership fees by the Junior Youth Council until the expiration of the annual membership for which they have paid.

    c.    Members of a Junior Youth Council shall affiliate and vote with only one Unit at a time.

**10.** *(Dues)*

The National Office and Units of the Association shall share in all membership dues as hereinafter provided.

**11.** *(Division of Regular Membership Dues)*

The Unit shall remit to the treasury of the National Association, the National Office's share of all membership fees within 15 calendar days of their receipt, in the following proportions, and may retain the balance in its treasury for local purposes:

    a.    REGULAR ADULT MEMBERSHIP. For persons twenty-one (21) years of age and over - thirty dollars ($30.00): to NAACP National Office eighteen dollars and ten cents ($18.10) (includes State/State-Area Conference tax); and to local treasury eleven dollars and ninety cents ($11.90).

    b.    YOUTH MEMBERSHIP WITH *CRISIS*. For persons twenty (20) years of age and under - fifteen dollars ($15.00): to National Office ten dollars and twenty cents ($10.20) (includes State/State-Area Conference tax); and to local treasury four dollars and eighty cents ($4.80).

[Adopted Effective March 2019]    19

GRACEPLFS0000941

*Bylaws for Units of the NAACP*

c. YOUTH MEMBERSHIP WITHOUT *CRISIS* - For persons seventeen (17) years of age and under - ten dollars ($10.00): to National Office seven dollars ($7.00) (includes State/State-Area Conference tax); and to local treasury three dollars ($3.00).

d. PRISON MEMBERSHIP WITH *CRISIS* - For persons who are incarcerated - twelve dollars ($12.00): to National Office seven dollars and twenty cents ($7.20) (includes State/State-Area Conference tax); and to local treasury four dollars and eighty cents ($4.80).

e. WOMEN IN THE NAACP (WIN) - For women who are paid members of the NAACP - ten dollars ($10.00): to National Office five dollars ($5.00) (includes State/State-Area Conference tax); and to local treasury five dollars ($5.00).

## 12. *(Annual Corporate Membership)*

*Annual Corporate Memberships* of $5,000.00 shall be divided as follows: three-fifths (3/5) or ($3,000.00) to the National Office; two-fifths (2/5) or ($2,000.00) to the State/State Area Conference, Branch or other Unit, provided the Annual Corporate Membership is solicited through the State/State Area Conference, Branch or other Unit. This membership level would not have voting privileges in State/State Area Conference and other units.

## 13. *(Division of Life Membership Dues)*

a. *Junior Life Membership* – one hundred dollars ($100.00), for children thirteen (13) years of age and under, shall be divided as follows: three-fifths (3/5) or ($60.00) to the National Office; two-fifths (2/5) or ($40.00) to the Branch, provided the Junior Life Membership is solicited through the Branch or other Unit.

b. *Bronze Life Membership* – four hundred dollars ($400.00), for youth fourteen (14) to twenty (20) years of ages shall be divided as follows: three-fifths (3/5) or ($240.00) to the National Office, two-fifths (2/5) or ($160.00) to the Branch, provided the Bronze Life Membership is solicited through the Branch or other Unit.

c. *Silver Life Membership* – seven hundred fifty dollars ($750.00) shall be divided as follows: three-fifths (3/5) or $450 to the National Office, two-fifths (2/5) or $300 to the Branch provided the Silver Life Membership is solicited through the Branch or other Unit.

GRACEPLFS0000942

*Bylaws for Units of the NAACP*

d.   *Gold Life Membership* - one thousand-five hundred dollars ($1,500.00) shall be divided as follows: three-fifths (3/5) or ($900.00) to the National Office; two-fifths (2/5) or ($600.00) to the Branch, provided the Gold Life Membership is solicited through the Branch or other Unit. Gold Life Membership shall be available only to holders of fully paid Silver Life Memberships of the NAACP.

e.   *Diamond Life Membership* – two thousand-five hundred dollars ($2,500.00) shall be divided as follows: three-fifths (3/5) or ($1,500.00) to the National Office; two-fifths ($1,000) to the Branch, provided the Diamond Life Membership is solicited through the Branch or other Unit. Diamond Life Membership shall be available only to holders of fully paid Gold Life Memberships of the NAACP.

f.   *Subscribing Life Membership* – shall be divided by the three-fifths/two-fifths formula stated above. Annual minimum payments shall be 10% over a period of ten years.

## ARTICLE V
## GOVERNANCE

**1.   (Meetings of Units)**

*Regular Meetings.*   Regular membership meetings of Branches and Youth Units shall be held at least once a month, and there may be such other public or special meetings as may be required. Regular meetings shall be held on a fixed day or date of each month.

**2.   (Meetings of the State/State-Area Conference)**

a.   Regular meetings of the State/State-Area Conference shall be held on a fixed day or date of each year;

b.   *Executive Committee of the State/State-Area Conference.*  The Executive Committee shall meet at least once every quarter or as established in the approved Bylaws of the State/State-Area Conference. ***Special Committee meetings may be called by the President, Secretary or by three members of the Committee on three days written notice.*** The notice must state the purpose for which the meeting is called.

GRACEPLFS0000943

*Bylaws for Units of the NAACP*

3. **(Annual Meeting of Units)**

    a.   *State/State-Area Conferences.* Each State/State-Area Conference shall have an Annual Convention at a time and place selected by delegates at the previous Annual Convention. At the Convention, the Conference is to act upon Annual reports from the Officers and Standing Committees. Each Conference shall conduct biennial elections pursuant to Article IX, Section b of these Bylaws.

    b.   *Branches.* Each Branch shall hold an Annual Meeting in the month of December to receive and act upon Annual reports from the Officers/Chairpersons of Standing Committees and to vote for members of the Board of Directors and may install those Officers and Executive Committee Members elected at the Biennial Election.

    c.   *Prison Branches.* Each Prison Branch shall hold an Annual Meeting in the month of December, or as soon thereafter as correctional facility regulations allow, to receive and act upon Annual reports from the Officers/Chairpersons of Standing Committees; to vote for members of the Board of Directors; and, may install those Officers and Executive Committee Members, including the Prison Branch Coordinator/Prison Director elected at the Biennial Election.

    d.   *College Chapters.* Each College Chapter shall hold an Annual Meeting for the election of officers between March 1 and April 15 of each year, unless the date(s) of the meeting is changed with the written approval of the National Office.

    e.   *Youth Councils.* Each Youth Council shall hold an Annual Election Meeting which may coincide with the regular meeting of the Youth Council and shall be held between March 1 and April 15, unless the date of the meeting is changed with the written approval of the National Office.

    f.   *High School Chapters.* Each High School Chapter shall hold an Annual Election Meeting which may coincide with the regular meeting of the High School Chapter and shall be held between March 1 and April 15, unless the date of the meeting is changed with the written approval of the National Office.

    g.   *Junior Youth Councils.* Each Junior Youth Council shall hold an Annual Election Meeting which may coincide with the regular meeting of the Junior Youth Council and shall be held between March 1 and April 15,

GRACEPLFS0000944

*Bylaws for Units of the NAACP*

___

unless the date of the meeting is changed with the written approval of the National Office.

h.   *Authorized Committees.*   Each Authorized Committee shall hold an Annual Meeting in the month of December to receive and act upon Annual reports from the Officers/Chairmen of Standing Committees and to vote for members of the Board of Directors and may install those Officers and Executive Committee Members elected at the Biennial Election.

4.   **(Notice of Annual Meeting)**

a.   *State/State-Area Conferences.*   Written notice shall be provided a minimum of 30 days prior to the time and place of the Annual State/State-Area Conference Convention to each member Unit in good standing.

b.   *Branches, Youth Councils, High School Chapters, Junior Youth Councils and Authorized Committees.* Written notice shall be provided a minimum of 30 days prior to the time and place of the Annual Meeting to each member in good standing in writing, or published in some local newspaper of general circulation.

c.   *Prison Branches.* Written notice shall be provided a minimum of 30 days prior of the time and place of the Annual Meeting to each member in good standing in writing, or published in the newspaper or newsletter of the prison or correctional facility as facility regulations allow.

d.   *College Chapters.* Written notice of the time and place of the Annual Meeting shall be sent by the Secretary to each member of the Chapter, at least seven (7) days in advance of the date of the Annual Meeting. Notice of the regular monthly or special meetings shall be published in the campus publication.

5.   **(Special Meetings of Branches, Youth Units and Authorized Committees)**

Special Meetings may be called at any time and place and on three days written notice to all members by the President, or by any three members of the Executive Committee; or by any ten members of the Unit by signed declaration to the Secretary, who in turn must call the meeting. The notice must state the purpose for which the meeting is called. If the meeting is to be held via teleconference or electronic meeting, the conference call number or sign in code must be provided

GRACEPLFS0000945

*Bylaws for Units of the NAACP*

**6.    *(Meetings of the Executive Committee of Branches, Prison Branches and Youth Units)***

The Executive Committee shall meet at least once a month at such times and places as it may determine.  Special Committee meetings may be called by the President, Secretary or by two members of the Committee on two days written notice. The notice must state the purpose for which the meeting is called.

**7.    *(Meetings of Standing Committees)***

The Standing Committees shall meet regularly once a month at places they may determine.  They shall inform the President of the time and place of each meeting. Special meetings may be called by the Chairperson or by two members on two days written notice. If the meeting is to be held via teleconference or electronic meeting, the conference call number or sign in code must be provided.

**8.    *(Quorum)***

a.    State/State-Area Conferences, Branches, Prison Branches and Authorized Committees.  The number of members necessary to constitute a quorum at all meetings shall be decided upon by a resolution adopted by the Unit which shall be incorporated into the Unit Bylaws.

b.    College Chapters, Youth Councils, High School Chapters and Junior Youth Councils.  The number of members necessary to constitute a quorum at all meetings shall be decided upon by a resolution adopted by the Youth Council.

**9.    *(Order of Business)***

Any NAACP Unit, unless altered or suspended at any meeting by a majority vote of the members present, shall follow the order of business at meetings of any NAACP Unit:

(1)    Ascertainment of members present;

(2)    Reading of minutes of previous meeting;

(3)    Reports of Officers;

(4)    Reports of Committees;

GRACEPLFS0000946

*Bylaws for Units of the NAACP*

    (5)    Unfinished Business; and

    (6)    New Business.

**In the event that the provisions herein do not address a specific procedural question, the latest edition of Robert's Rules of Order shall apply.** Nonetheless, mere good faith failure to adhere to such rules may not constitute grounds for removal or suspension pursuant to Article X.

**10.**     *(Faculty Advisor)*

    a.    There shall be a Faculty Advisor for a College Chapter or a Faculty Advisory Committee (not to exceed three members), in accordance with the rules of the college and/or student government regulations relating thereto.

    b.    The Faculty Advisor to the College Chapter must be an employee of the College and meet the requirements as set forth by the College and/or Student Government regulations relating to serving as advisor to a bona fide College or group. In addition, the Faculty Advisor must be a member of the NAACP. The Advisor shall serve as an ex-officio member of the College Chapter without voting rights.

**11.**     *(Selection of a Youth Council Advisor)*

    a.    There shall be an Advisor for Youth Councils in conformity with the rules of the Association. The Advisor must be a member in good standing of the Association, be at least twenty-five (25) years of age or at least twenty-two (22) years of age if the person is a member of the branch; reside or work within the jurisdiction in which the Youth Council operates and shall be in accord with the aims and objectives of the Association. The Advisor shall serve as an ex-officio member of the Youth Council Executive Committee without voting rights.

    b.    In jurisdictions where there is a Branch and a Youth Council, the Youth Council shall submit in writing the names of the elected Advisor to the Branch Executive Committee at the Branch Executive Committee meeting immediately following the Annual Meeting of the Youth Council. The Branch Executive Committee must accept or reject the submitted name within fifteen (15) days after the submission in writing to the Youth Council President. Should the Branch Executive Committee fail to act on the submitted name within fifteen (15) days after the submission, the submitted named adult shall become the Advisor.

GRACEPLFS0000947

*Bylaws for Units of the NAACP*

    c.    If the submitted name is rejected, a written explanation as to the justification for a denial must accompany the response forwarded to the Youth Council President. The Youth Council Executive Committee then has the option of electing and submitting another name to the Branch Executive Committee or to utilize the controversy process as outlined in Article V, Section 14.

    d.    The Youth Council and Advisor may select the Co-Advisors as they see fit.

**12.**    ***(High School Chapter Advisors)***

    a.    There shall be an Advisor for High School Chapters in conformity with the rules of the Association. The Advisor must be a member in good standing of the Association, be at least twenty-five (25) years of age; and be an employee of the high school in which the High School Chapter operated, and shall be in accord with the aims and objectives of the Association. The Advisor shall serve as an ex-officio member of the High School Chapter Executive Committee without voting rights.

    b.    The High School Chapter shall submit in writing the names of the elected Advisor to the Branch Executive Committee at the Branch Executive Committee meeting immediately following the Annual Meeting of the High School Chapter. The Branch Executive Committee must accept or reject the submitted name within fifteen (15) days after the submission in writing to the High School Chapter President. Should the Branch Executive Committee fail to act on the submitted name within fifteen (15) days after the submission, the submitted named adult shall become the Advisor.

    c.    If the submitted name is rejected, a written explanation as to the justification for a denial must accompany the response forwarded to the High School Chapter President. The High School Chapter Executive Committee then has the option of electing and submitting another name to the Branch Executive Committee or to utilize the controversy process as outlined in these Bylaws.

GRACEPLFS0000948

*Bylaws for Units of the NAACP*

### 13.   *(Junior Youth Council Advisors)*

The Branch Executive Committee shall appoint the Advisor for the Junior Youth Council. The Advisor must be a member of the Branch. The Advisor shall serve as an ex-officio member of the Junior Youth Council Executive Committee without voting rights.

### 14.   *(Controversies Between Branch and Youth Units)*

Within fifteen (15) days after a controversy arises between a Youth Unit and a Branch, the Advisor, the Presidents and Secretaries of both Units shall prepare and forward signed report(s) to the President and CEO of the Association for mediation, arbitration, decision or referral to the appropriate Regional Office or State/State-Area Conference for investigation and other action. Respective parties shall send copies of all reports submitted by them to State/State-Area Conference and Field Operations and Membership Department and to the other party to the controversy. The original report to the President and CEO shall contain a statement that copies have been forwarded as provided above.

### 15.   *(Indebtedness for State/State-Area Conferences, Branches, Prison Branches and Authorized Committees)*

a.   No indebtedness or obligation shall be incurred by the State/State-Area Conference, Branch, Prison Branch or Authorized Committee or any of its officers or agents in the name of National Association for the Advancement of Colored People, and the National Office shall not be responsible for any indebtedness or obligation incurred by the State/State-Area Conference, Branch, Prison Branch, Authorized Committee or any of its officers or agents.

b.   Indebtedness exceeding $300.00 per month in the aggregate shall not be incurred in the name of, or on behalf of the State/State-Area Conference or Branch unless by vote of the Executive Committee.

### 16.   *(Indebtedness for Youth Units)*

a.   No indebtedness or obligation shall be incurred by the Youth Unit or any of its officers or agents in the name or behalf of the Association or of the Unit, and the Association shall not be responsible for any indebtedness or obligation incurred by the Youth Unit or by any of its officers or agents.

b.   No indebtedness or obligation of more than $25.00 shall be incurred in the name or on behalf of the College Chapter, Youth Council, High School

GRACEPLFS0000949

*Bylaws for Units of the NAACP*

Chapter or Junior Youth Council unless by vote of the Branch Youth Work Committee.

c.     College Chapters shall additionally be governed by applicable college or university policies.

## 17.     *(Fiscal Business Year)*

a.     The fiscal and business year of all Units shall begin on January 1 and end December 31.

b.     The installation of officers can take place following elections or at a time and place designated by the body.

## 18.     *(Unit Bookkeeping System)*

The Unit must use the uniform bookkeeping system provided by the National Office.

## 19.     *(Audits)*

The books of the Unit shall be audited annually by an auditing system acceptable to the National Office.

**ARTICLE VI**
**OFFICERS OF UNITS AND STAFF**

## 1.     *(Officers and Staff)*

a.     The elective officers of the NAACP Units shall be:  President, First Vice President, Second Vice President, Secretary, Assistant Secretary, Treasurer, Assistant Treasurer and additional officers as the NAACP Unit may prescribe pursuant to local Bylaws.

b.     *Staff and Executive Directors.*  Units may employ Staff and/or Executive Directors where budgets of Units warrant such employment, upon terms and conditions approved by the President and CEO.

c.     *Restrictions.*  Executive Directors or other staff shall not be members of the Executive Committee of the Unit.

[Adopted Effective March 2019]                    28

*Bylaws for Units of the NAACP*

2.  *(Qualifications)*

    *a.*   *State/State-Area Conferences.* Only members in good standing of Units in good standing within the jurisdiction of the State/State-Area Conference shall be eligible to run for office in the State/State-Area Conference. For the purpose of running for office, a member in good standing is one whose name appears on the roll of a Unit in good standing within the jurisdiction of the State/State-Area Conference by December 15 of the year prior to the State/State-Area Conference election. For the purpose of running for office, a person must be a member of Unit in good standing within the State/State-Area Conference as defined in Article IV, Section 3 of these Bylaws.

    *b.*   *Branch.* Only members in good standing shall be eligible to run for office or vote in a Branch election. For the purpose of running for office, a member in good standing is one whose name appears on the roll of the Branch as a bona fide member of the Branch by April 1 of the election year and remains a continuous member of the branch through the election process; and who lives and/or works within the Branch jurisdiction. For the purpose of being elected to the Nominating Committee or the Election Supervisory Committee, signing a nominating petition or voting in Branch elections, a member in good standing is one who has been a bona fide member of the Branch for at least 30 calendar days prior to the date the election is held or the nominating petition is filed. For all other purposes, a member in good standing is one who has paid the requisite minimum membership fee to the Branch.

    *c.*   *Prison Branch.* Only members in good standing shall be eligible to run for office of the Prison Branch Coordinator/Program director. For the purpose of running for office, a member in good standing is one whose name appears on the roll of the National Office as a bona fide member at least one hundred eighty (180) calendar days prior to the date nominations are made and is a resident of the prison or correctional facility. For the purpose of being elected, the position of State Prison Branch Coordinator/Program Director shall be directly elected by members of the Prison Branch.

    d.   *College Chapter.* Only members in good standing shall be eligible to run for office or to vote in a College Chapter election. For the purpose of running for office, a member in good standing is one who has paid the prescribed membership fee no later than thirty (30) calendar days prior to the date of elections. For the purpose of being nominated by the Nominating Committee, a member in good standing is one who has been

GRACEPLFS0000951

*Bylaws for Units of the NAACP*

a bona fide member of the College Chapter and one who has paid the prescribed membership fee by twelve noon the day of the meeting that precedes the Annual Meeting. In order to run for College Chapter office or vote in a College Chapter election, Life Members and Members-at-Large must be actively affiliated with the College Chapter at least thirty (30) calendar days prior to any meeting at which they are nominated for office or seek to vote.

e.    *Youth Council.* Only members in good standing shall be eligible to run for office or to vote in a Youth Council election. For the purpose of running for office, a member in good standing is one who has paid the prescribed membership fee no later than thirty (30) calendar days prior to the date of elections. For the purpose of being nominated by the Nominating Committee, a member in good standing is one who has been a bona fide member of the Youth Council and one who has paid the prescribed membership fee by twelve noon on the day of the meeting that precedes the Annual Meeting. In order to run for Youth Council office or vote in a Youth Council election, Junior Life Members, Life Members, and Members-at-Large must be actively affiliated with the Youth Council at least thirty (30) calendar days prior to any meeting at which they are nominated for office or seek to vote.

f.    *High School Chapter.* Only members in good standing shall be eligible to run for office or to vote in a High School Chapter election. For the purpose of running for office, a member in good standing is one who has paid the prescribed membership fee no later than thirty (30) calendar days prior to the date of elections. For the purpose of being nominated by the Nominating Committee, a member in good standing is one who has been a bona fide member of the High School Chapter and one who has paid the prescribed membership fee by twelve noon on the day of the meeting that precedes the Annual Meeting. In order to run for High School Chapter office or vote in a High School Chapter election, Junior Life Members, Life Members, and Members-at-Large must be actively affiliated with the High School Chapter at least thirty (30) calendar days prior to any meeting at which they are nominated for office or seek to vote.

g.    *Junior Youth Council.* Only members in good standing shall be eligible to run for office or to vote in a Junior Youth Council election. For the purpose of running for office, a member in good standing is one who has paid the prescribed membership fee no later than thirty (30) calendar days prior to the date of elections. For the purpose of being nominated by the Nominating Committee, a member in good standing is one who has been a bona fide member of the Junior Youth Council and one who has paid

GRACEPLFS0000952

*Bylaws for Units of the NAACP*

the prescribed membership fee by twelve noon on the day of the meeting that precedes the Annual Meeting. In order to run for Junior Youth Council office or vote in a Junior Youth Council election, Junior Life Members, Life Members, and Members-at-Large must be actively affiliated with the Junior Youth Council at least thirty (30) calendar days prior to any meeting at which they are nominated for office or seek to vote.

h.   *Authorized Committee.* Members in good standing shall be eligible to run for office or vote in an Authorized Committee election. For the purpose of running for office, a member in good standing is one whose name appears on the roll of the Authorized Committee as a bona fide member of the Authorized Committee at least one hundred and eighty (180) calendar days prior to the date nominations are made and who lives and/or works within the Authorized Committee's jurisdiction. For the purpose of being elected to the Nominating Committee or the Election Supervisory Committee, signing a nominating petition or voting in Authorized Committee elections, a member in good standing is one who has been a bona fide member of the Authorized Committee for at least (30) calendar days prior to the date the election is held or the nominating petition is filed. For all other purposes, a member in good standing is one who has paid the requisite minimum membership fee to the Authorized Committee.

**3.   (Term of Office)**

a.   *State/State-Area Conference.* All officers and elected members of the Executive Committee shall be elected by secret ballot for a two-year term, in each odd-numbered year and shall serve until their successor is elected and qualified. In no case shall Youth and College Division Officers serve beyond their 25th birthday. The term for officers shall begin on the date of the election and shall end on the date that their successors are elected and qualify.

b.   *Branch.* All officers and elected members of the Executive Committee shall be elected by secret ballot for a two-year term and shall serve until their successor is elected and qualified. The term for officers shall begin on January 1 following the election. All minutes and other official records are the property of the Branch and shall be promptly transferred to the newly elected and qualified officers within 30 days after the election. Non-compliance with terms herein shall be considered conduct that is inimical to the best interests of the NAACP, meriting disciplinary action pursuant to Article X.

[Adopted Effective March 2019]                    31

GRACEPLFS0000953

*Bylaws for Units of the NAACP*

c.   *Prison Branch.* All officers and elected members of the Executive Committee shall be elected by secret ballot for a two-year term until their successor is elected and qualified. The term for officers shall begin on January 1 following the election. All official records shall be transferred to the newly elected and qualified officers within 30 days after the election.

e.   *College Chapter.* All officers and elected members of the Executive Committee shall be elected by secret ballot and shall hold office for one year or until their successors are elected and qualified. The term for officers shall begin on the date of their election. All minutes and other official records are the property of the Youth Unit and shall be promptly transferred to the newly elected and qualified officers within 30 days after the election. Non-compliance with terms herein shall be considered conduct that is inimical to the best interests of the NAACP, meriting disciplinary action pursuant to Article X.

f.   *Youth Council.* All officers and elected members of the Executive Committee shall be elected by secret ballot and shall hold office for one year or until their successors are elected and qualified. The term for officers shall begin on the date of their election. All minutes and other official records are the property of the Youth Unit and shall be promptly transferred to the newly elected and qualified officers within 30 days after the election. Non-compliance with terms herein shall be considered conduct that is inimical to the best interests of the NAACP, meriting disciplinary action pursuant to Article X.

g.   *Junior Council.* All officers and elected members of the Executive Committee shall be elected by secret ballot and shall hold office for one year or until their successors are elected and qualified. The term for officers shall begin on the date of their election. All minutes and other official records are the property of the Youth Unit and shall be promptly transferred to the newly elected and qualified officers within 30 days after the election. Non-compliance with terms herein shall be considered conduct that is inimical to the best interests of the NAACP, meriting disciplinary action pursuant to Article X.

h.   *Authorized Committee.* All officers and elected members of the Executive Committee shall be elected by secret ballot and shall hold office for two years or until their successors are elected and qualified. The term for officers shall begin on the date of their election. All official records shall be transferred to the newly elected and qualified officers within 30 days.

GRACEPLFS0000954

*Bylaws for Units of the NAACP*

## ARTICLE VII
### DUTIES OF OFFICERS OF UNITS

### 1.   *(President)*

The duties of the President shall be:

a     To preside at meetings of the NAACP Unit and act as Chair of the Executive Committee.

b.    To appoint the Chair and members of all Committees not otherwise elected by the General Membership or the Executive Committee of the NAACP Unit; except the Chair of the Youth Work Committee of a Branch or State/State Area Conference.

c.    Between meetings of the Executive Committee and the NAACP Unit, to exercise general executive authority on behalf of the NAACP Unit, subject to ratification by the Executive Committee.

d.    To countersign all checks and properly supported requisitions for disbursements from the NAACP Unit Treasury.

e.    To perform such other functions and exercise such further duties as may be voted from time to time by the NAACP Unit or the Executive Committee.

f.    To be an ex-officio member of all committees except, in the case of State/State-Area Conferences, Branches and Prison Branches, the Nominating Committee and Election Supervisory Committee, and in the case of the State Youth and College Division, the Youth Nominating Committee.

g.    To encourage and assist all Committees in the development of their programs and the performance of their duties.

h.    To recommend, to the Executive Committee, the removal of any Chairperson of a Standing or Special Committees.

i.    *Additional Duties for Prison Branch Presidents.*  In addition to the previous duties, Prison Branch Presidents shall perform the duties through the appropriate procedures applicable to their respective prison or correctional facility.

GRACEPLFS0000955

*Bylaws for Units of the NAACP*

  j.  *Additional Duties for Youth Council Presidents*. In addition to the previous duties, Youth Unit Presidents shall represent the Youth Unit on the Executive Committee of the Branch.

**2. *(Vice President)***

The duties of the Vice President shall be:

  a.  To perform all the duties of the President in his/her absence or disability.  In case of more than one Vice President, the Vice Presidents shall be designated as first, second, third and so forth and shall perform their duties according to their numerical rank.

  b.  In the event of the resignation, removal or death of the President, the Vice President(s) shall automatically ascend to the position of President, according to their numerical rank, for the remainder of the term of the presidency.  Any other Vice President(s) shall ascend in the same manner.

**3. *(Secretary)***

The duties of the Secretary shall be:

  a..  To act as Secretary of the NAACP Unit and the Executive Committee; to give members notice of regular meetings and three (3) calendar days notice of special meetings of the NAACP Unit and Executive Committee; to keep full and accurate records of the proceedings of the NAACP Unit and of the Executive Committee and record the same in a minute book or minute books, provided that, in NAACP Units employing paid staff, the responsibility of giving the membership required notice of meetings shall be discharged by said staff under the  oversight of the Secretary.

  b.  To keep a record of all NAACP Unit members and their dues, provided that wherever paid staff is employed such duties shall be discharged by said staff under the oversight of the Secretary.

  c.  To give receipts for all membership fees received and to transmit such fees to the NAACP Unit Treasurer; to send promptly to the Association lists of all membership fees received; and to secure from the Treasurer and forward to the Association that portion of membership fees due to the Association.

GRACEPLFS0000956

*Bylaws for Units of the NAACP*

d. To aid, coordinate and integrate the work of the several committees and divisions of the NAACP Unit, provided that wherever an Executive Director is employed such duties shall be discharged by said Executive Director.

e. To submit reports to the NAACP Unit and the Executive Committee at all regular meetings, or whenever required by either body, covering the status of the NAACP Unit and its activities since the date of the last report; to submit to the NAACP Unit at its annual meeting an annual report of the status and activities of the NAACP Unit, provided that, where an Executive Director is employed, such duties shall be discharged by said Executive Director.  The Director shall forward a copy of all reports, when adopted by the NAACP Unit, to the Association.

f. To keep the President and CEO of the Association informed of all events affecting the interests of minority groups in the vicinity of the NAACP Unit, and to submit to the Association, whenever required by the Association, a report on NAACP Unit activities, provided that, wherever an Executive Director is employed, such duties shall be discharged by said Executive Director.

g. In conjunction with the President, to sign requisitions for disbursements from the NAACP Unit Treasury and to maintain a file of receipts and disbursements.

h. The Secretary shall be an ex-officio member of all committees except the Nominating Committee and the Election Supervisory Committee.

i. *Additional Duties for State/State-Area Conference Secretaries.* The State/State-Area Conference Secretary shall keep a record of all Conference Units and Assessments, provided that whenever paid staff is employed, such duties shall be discharged by said staff under supervision of the Secretary.

j. *Additional Duties of College Chapter, Youth Council, High School Chapter and Junior Youth Council Secretaries.*  College Chapter, Young Adult and Youth Secretaries shall:

    (a) Submit to the Youth Unit at its Annual Meeting, an Annual Report on the status and activities of the College Chapter, and Youth Council.  A copy of all reports by the Secretary,

GRACEPLFS0000957

*Bylaws for Units of the NAACP*

> when adopted by the Youth Unit, shall be forwarded to President and CEO.
>
> (b)   Keep the President and CEO informed of all events affecting the interests of the Youth in the vicinity of the Youth Unit.

**4.   *(Treasurer)***

The duties of the Treasurer shall be:

> a.   To receive all monies of the NAACP Unit and promptly deposit the same in the name of the NAACP Unit in a separate account or accounts in a responsible bank or trust company. No money shall be withdrawn from any account except by check signed by the Treasurer and countersigned by the President.
>
> b.   To act as chief financial officer of the NAACP Unit and chair of the Finance Committee.
>
> c.   To make authorized disbursements upon requisition signed by the Secretary and countersigned by the President. Each requisition shall recite the amount and purpose of the payment requested. Any requisition exceeding one hundred dollars or more in the case of Branches, or twenty-five dollars or more in the case of College Chapters and Youth Councils, must be approved by the Executive Committee before a check therefore is issued. The NAACP Unit bylaws may require that requisitions in smaller amounts be approved by the Executive Committee.
>
> d.   To remit through the Secretary to the Association the proportion of membership fees to which the Association is entitled, as hereinafter provided, within fifteen calendar days after their receipt.
>
> e.   To submit reports to the NAACP Unit and the Executive Committee at all regular meetings, or whenever required by either body, covering the financial condition of the NAACP Unit showing receipts and disbursements and outstanding accounts unpaid since the last report; to submit an Annual Report to the business of his/her office at the Annual Meeting of the NAACP Unit, to which shall be appended a statement signed by the President and Secretary that all funds by the NAACP Unit have

GRACEPLFS0000958

been listed in the Treasurer's report. A copy of all reports by the Treasurer, when adopted by the NAACP Unit, shall be forwarded to the National Office.

f.   All NAACP Units shall require the Treasurer to be bonded at the expense of said Unit.

g.   Submit year-end financial reports to the National Office on or before March 1st.

**5.   *(Assistant Secretary)***

The duties of the Assistant Secretary shall be: To perform the duties of the Secretary in his/her absence, unavailability or disability. The Assistant Secretary may perform specific duties of the Secretary under the supervision of the Secretary.

**6.   *(Assistant Treasurer)***

The duties of the Assistant Treasurer shall be to perform the duties of the Treasurer in his/her absence, unavailability or disability. The Assistant Treasurer may perform specific duties of the Treasurer under the supervision of the Treasurer.

**7.   *(Executive Director)***

The duties of the Executive Director shall be:

a.   To give due notice of all meetings of the Branch as provided in Section 3 of this Article.

b.   To keep a record of all Branch members and their dues as provided in Section 3 of this Article.

c.   To send promptly to the National Office lists of all memberships received and to secure from the Treasurer and forward to the National Office that portion of the membership fees belonging to the National Office as provided in Article IV.

d.   To aid, coordinate and integrate the work of the several committees and divisions of the Branch as provided in Section 3 of this Article. All the aforesaid duties listed in herein are to be preformed in cooperation with the Secretary.

GRACEPLFS0000959

*Bylaws for Units of the NAACP*

e.   To manage the Branch office and paid staff; and to supervise the annual membership campaign.

f.   To interview complaints; to act in the name of the Branch on behalf of complainants with valid grievances; to investigate in the name of the Branch any reported, alleged or suspected discrimination practices in any place of community life; to represent the Branch at meetings of other organizations approved by the Executive Committee; to lend Branch support in active cooperation with such other organizations as may be approved by the Executive Committee; to discharge such other duties as may arise in the execution of the office, or as may be assigned by the Executive Committee.

g.   To submit reports of the activities of the General Membership and the Executive Committee at all regular meetings or whenever required by either body; to submit to the Branch at its annual meeting an annual report covering activities.  A copy of all reports where adopted by the Branch shall be forwarded to the National Office.

h.   To keep the President and CEO of the Association informed of all events affecting the interests of African-Americans and other racial and ethnic minorities in the vicinity of the Branch.

i.   The Executive Director shall be responsible to the General Membership, to the Executive Committee; and between meetings of the General Membership and the Executive Committee to the President.

**ARTICLE VIII**
**COMMITTEES OF UNITS**

1.   *(Executive Committee)*

a.   The Executive Committee of each State/State-Area Conference shall consist of all Officers of the State/State-Area Conference, all Standing Committee Chairpersons, State/State-Area Conference Youth President, State/State-Area Conference Youth Advisor, and such other persons as the approved State Conference Bylaws provide.

b.   The Executive Committee of each Branch shall consist of the President, Vice Presidents (not to exceed three Vice Presidents) Secretary, Assistant

GRACEPLFS0000960

*Bylaws for Units of the NAACP*

Secretary, Treasurer, Assistant Treasurer, and the Chairman of the Standing Committees of the Branch, President of the Youth Units in the same community, the Branch Advisors in the High School Chapters, Youth and Junior Youth Councils and such other members at large not to exceed twenty-four to be elected at the regular election of the Branch, provided that the total membership of the Executive Committee shall not exceed 45 except by written authorization of the Board of Directors. If there is no local youth group recognized by the National Office, the Branch must, upon receipt of 25 youth memberships, apply to the National Office for a Youth Charter and organize the appropriate youth group.

c.     The Executive Committee of the Prison Branch shall consist of the Prison Branch Coordinator/Program Director, Vice Presidents (not to exceed three Vice Presidents), Secretary, Assistant Secretary, Treasurer, Assistant Treasurer, and the Chairman of the Standing Committees of the Prison Branch, and such other members at large not to exceed twenty-four to be elected at the regular election of the Prison Branch, provided that the total membership of the Executive Committee shall not exceed forty-five (45) except by written authorization of the Board of Directors.

d.     The Executive Committee of each College Chapter shall consist of the President, Vice Presidents, Secretary, Assistant Secretary, Treasurer, Assistant Treasurer, and the Chairmen of the Standing Committees of the College Chapter, and such other members to be elected at the Annual Meeting of the College Chapter as the College Chapter bylaws may decide, provided that the total membership of the Executive Committee shall not exceed eighteen (18) except by written authorization of the Board of Directors. The Faculty Advisor shall serve as an ex-officio member of the Executive Committee of the College Chapter.

e.     The Executive Committee of each Youth Council shall consist of the President, Vice Presidents, Secretary, Assistant Secretary, Treasurer, Assistant Treasurer, and the Chairmen of the Standing Committees of the Youth Council, and such other members to be elected at the Annual Meeting of the Youth Council as the Youth Council bylaws may decide, provided that the total membership of the Executive Committee shall not exceed eighteen (18) except by written authorization of the Board of Directors. The Youth Council Advisor shall serve as an ex-officio member of the Executive Committee of the Youth Council.

f.     The Executive Committee of each High School Chapter shall consist of the President, Vice Presidents, Secretary Assistant Secretary, Treasurer, Assistant Treasurer, the Chairmen of the Standing Committees of the High

GRACEPLFS0000961

School Chapter, and such other members to be elected at the Annual Meeting of the High School Chapter as the High School Chapter bylaws may decide, provided that the total membership of the Executive Committee shall not exceed eighteen (18) except by written authorization of the Board of Directors. The High School Council Advisor shall serve as an *ex officio* member of the Executive Committee of the High School Chapter.

g.  The Executive Committee of each Junior Youth Council shall consist of the President, Vice President, Secretary, Assistant Secretary, Treasurer, Assistant Treasurer, the Chairmen of the Standing Committees of the Junior Youth Council, and such other members to be elected at the Annual Meeting of the Junior Youth Council as the Junior Youth Council bylaws may decide, provided that the total membership of the Executive Committee shall not exceed eighteen (18) except by written authorization of the Board of Directors. The Junior Youth Council Advisor shall serve as an ex-officio member of the Executive Committee of the Junior Youth Council.

h.  The Executive Committee of each Authorized Committee shall consist of the President, Vice President, Secretary, Assistant Secretary, Treasurer, Assistant Treasurer, the Chairmen of the Standing Committees of the Authorized Committee, and such other members to be elected at the Annual Meeting of the Authorized Committee as the Authorized Committee bylaws may decide, provided that the total membership of the Executive Committee shall not exceed five (5) except by written authorization of the Board of Directors.

2.  *(Duties of the Executive Committee)*

a.  The Executive Committee shall have general control of the affairs and program of the Unit, subject to the authority of the Unit and the provisions of the Constitution and approved bylaws.

b.  The Executive Committee shall render a report, containing the reports of all standing and special committees, at the regular meetings of the Unit and whenever otherwise required.

c.  At its first meeting following the election, and at any time during the term of office, the Executive Committee shall approve the Unit President's appointments of Chairpersons of the various Standing Committees as presented by the President.

GRACEPLFS0000962

*Bylaws for Units of the NAACP*

    d.    To create special committees as needs arise.

    e.    To fill all vacancies in Unit offices and on the Executive Committee.

    f.    To decide matters of Unit policy subject to endorsement by the Unit and in accordance with national policy.

    g.    In the case of Branches, Executive Committees shall appoint, employ and enter into employment arrangements with employees of the Unit subject only to employment procedures and qualifications approved by the National Office.

    h.    In the case of State/State-Area Conferences, an Executive Director and/or staff person may be employed by the State/State-Area Conference where its budget warrants such employment, upon terms and conditions approved by the Board of Directors.  Such persons shall be selected by the Executive Committee of the Conference, subject to approval by the National Office.

**3.**    **(Quorum)**

    The quorum of the Executive Committee shall be determined by approved Unit bylaws, but shall not be less than one-third of the committee's total membership.

**4.**    **(Standing Committees and Special Committees of Units)**

    *a.*    *Standing Committees of State/State-Area Conferences.*  The Standing Committees of the State/State Area Conference shall be: ACT-SO, Armed Services & Veteran Affair's; Communications, Press & Publicity; Community Coordination; Criminal Justice; Economic Development; Education; Environmental and Climate Justice; Finance; Freedom Fund; Health; Housing; Labor & Industry; Legal Redress; Membership and Life Membership; Political Action; Prison Branch; Religious Affairs; Young Adult; Youth Works; and WIN

    *b.*    *State/State-Area Conference Standing Committee Reporting Requirements:*

        1.    State/State-Area Conference Standing Committees shall gather facts of their respective subject, disseminate the same to the Units through the State Conference office and make written reports at the following Annual Conference.

GRACEPLFS0000963

*Bylaws for Units of the NAACP*

    2.    State/State-Area Conference Standing Committees shall be appointed within thirty (30) days following the last session of each Conference, by the President. The President shall designate the Chairperson of each of the Standing Committees, and make a report at the next regular meeting of the State/State-Area Conference.

c.    *Standing Committees of Branches.*  The Standing Committees of the Branch shall be: ACT-SO, Armed Services & Veteran Affair's; Communications, Press & Publicity; Community Coordination; Criminal Justice; Economic Development; Education; Environmental and Climate Justice; Finance; Freedom Fund; Health; Housing; Labor & Industry; Legal Redress; Membership and Life Membership; Political Action; Prison Branch; Religious Affairs; Young Adult; Youth Works; and WIN

d.    *Standing Committees of Prison Branches.*  The Standing Committees of the Prison Branch shall be: ACT-SO, Armed Services & Veteran Affair's; Communications, Press & Publicity; Community Coordination; Criminal Justice; Economic Development; Education; Environmental and Climate Justice; Finance; Freedom Fund; Health; Housing; Labor & Industry; Legal Redress; Membership and Life Membership; Political Action; Prison Branch; Religious Affairs; Young Adult; Youth Works; and WIN

e.    *Standing Committees of College Chapters.*  The Standing Committees of the College Chapters shall be: Membership; Finance; Press and Publicity; Programs and Research; Education; Environmental and Climate Justice; Employment; Political Action; Juvenile Justice; and Health.

f.    *Standing Committees of Youth Councils.*  The Standing Committees of the Youth Councils shall be: Membership; Finance; Press and Publicity; Political Action; Youth Employment; Education; Environmental and Climate Justice; Programs and Research; Entertainment; Juvenile Justice; and Community Coordination.

g.    *Standing Committees of High School Chapters.*  The Standing Committees of High School Chapters shall be: Membership; Finance; Press and Publicity; Political Action; Youth Employment; Education; Environmental and Climate Justice; Programs and Research; Entertainment; Juvenile Justice; and Community Coordination

h.    *Standing Committees of Junior Youth Councils.*  The Standing Committees of the Junior Youth Councils shall be: Membership; Finance; Press and Publicity; Political Action; Youth Employment; Education; Environmental

GRACEPLFS0000964

and Climate Justice; Programs and Research; Entertainment; Juvenile Justice; and Community Coordination.

i.    The President, in consultation with the Committee Chair, shall appoint the members of the Standing and Special Committees, except the Nominating Committee. All committees shall consist of not less than three members.

5.   *(Duties of the Standing Committees)*

The duties of the Standing Committees shall be:

a.   ***Afro-Academic, Cultural, Technological and Scientific Olympics (ACT-SO):*** The Committee on ACT-SO shall follow these rules: (1) must be properly registered annually with the National Office and follow all directives outlined by the National ACT-SO Program; (2) understand that it is a major project of the NAACP. With ACT-SO, the NAACP is providing an instrument through which African-American youth are encouraged and inspired toward excellence in academic and cultural pursuits while benefiting from the maximum support of their communities; (3) uphold its goal of ACT-SO that affords the same respect for African-American Scholastic and cultural achievement that is given to heroes; and (4) recognizing that ACT-SO conducts annual academic competitions for students in grades nine (9) through twelve (12) in NAACP Branches throughout the country in accordance with the published guidelines of the National Office and oversight of the National Director of ACT-SO Program.

b.   ***Armed Services and Veterans' Affairs.*** The Committee on Armed Services and Veterans' Affairs shall: (1) seek to establish a working relationship with those agencies in government, national, state and local, having the responsibility in the affairs of members of the various Armed Services and Veterans and to see that the programs to which they are responsible are administered fairly and justly to members of the minority community; (2) study conditions pertaining to veterans and members of the Military Service and their dependents and/or survivors in the community; (3) serve as a center of information on matters affecting the members of the Active Military, Reserves, State National Guard and Veterans; (4) maintain a repository of materials, information and forms to be used in assisting veterans and/or dependents of veterans and military personnel with their problems; (5) receive and act on all complaints relative to acts of discrimination on account of race, color, creed, or denial of benefits to which they are entitled because of discrimination; (6)

GRACEPLFS0000965

prepare a quarterly report on committee activities to be submitted to the Executive Committee of the Unit and the National Director of Armed Services and Veterans Affairs.

c.   ***Communications, Press and Publicity.***   The Committee on Communications, Press and Publicity shall: (1) seek to promote media content consistent with fundamental NAACP goals which include the elimination of racial isolation and fear and the furtherance of multiracial and cultural understanding; (2) work to eliminate employment segregation and discrimination in those industries, [comprising the communications arts and sciences] (radio, telephone, television, motion pictures, newspapers, books, related computer communications, business, cable television); (3) seek to ensure Black minority ownership and control of print and electronic media — both hardware and software; (4) monitor local and national media, especially advertising performance; (5) provide the National Office with research and data on those local businesses engaged in communications arts and sciences; (6) seek to ensure that all people have a meaningful right to choose from and have access to a variety of high quality telecommunications goods and services at reasonable cost; (7) endeavor to secure publicity for the work of the Unit and the Association in the local press and on radio, television and other media; (8) attempt to interest persons in charge of local news media on conditions affecting minority groups; (9) seek to counteract derogatory and erroneous statements in local news media about Blacks and other minority groups; (10) be responsible for forwarding to THE CRISIS items covering Unit activities and important local affairs; and (11) act as far as possible as an agency for the promotion and sale of THE CRISIS. No publicity shall be released without first being approved by the President of the Unit.

d.   ***Community Coordination.***   The Committee on Community Coordination shall enlist the support of other community organizations on issues affecting the interests of African Americans and other communities of color.

e.   ***Criminal Justice.***   The Committee on Criminal Justice shall: (1) seek to eliminate harsh and unfair sentencing practices that are responsible for mass incarceration and racial disparities in the prison system, (2) support and seek to increase trust and public safety by advancing effective law enforcement practices, (3) fight for the restoration of the voting rights of formerly incarcerated people and the removal of barriers to employment, (4) elevate the voices of crime victim survivors in order to identify and advance systemic breakdowns existing in the criminal justice system that

GRACEPLFS0000966

*Bylaws for Units of the NAACP*

perpetuate crime, (5) resolve to end the war on drugs for its disproportionate collateral consequences harm communities of color, (6) seek the institution and availability of alternatives to incarceration including education, employment, and mental health services, (7) eliminate zero tolerance policies implemented in our schools which are keeping kids out of the classroom and putting them on a path from the schoolhouse to the jailhouse, (8) investigate programs implemented in our local law enforcement agencies which derail from their main purpose of safety and order to conduct the work of federal agencies for which they do not have the capacity, and (9) seek budget modifications in states where incarceration receives more funding than education.

f.    ***Economic Development.***   The Committee on Economic Development shall implement local efforts and support national programs to preserve and expand economic empowerment among African-Americans and other communities of color by: (1) researching and establishing relationships with private and public entities; (2) supporting the work of the National Office in monitoring the progress and activity of private and public entities designated by national programs; and (3) implementing local efforts to promote the growth of business ownership; (4) increasing employment and job creation; and (5) encouraging business development and home ownership.

g.    ***Education.***   The Committee on Education shall: (1) seek to eliminate segregation and other discriminatory practices in public education; (2) study local educational conditions affecting minority groups; (3) investigate the public school system and school zoning; (4) familiarize itself with textbook material there from which is racially derogatory; (5) seek to stimulate school attendance; (6) keep informed of school conditions and strive to correct abuses where found; (7) investigate the effects of standardized and high stakes testing practices; (8) teacher certification; (9) promote parental involvement in education; and (10) aim to be a center of popular education on the race question and on the work of the Association.

h.    ***Environmental and Climate Justice.*** The Environmental and Climate Justice Committee shall: (1) seek to address environmental inequities at the local level and advocate for civil rights issues (2) develop a comprehensive and holistic agenda to reduce pollution (3) advance energy efficiency and clean energy (4) build disaster resilient infrastructure policies and practices.

[Adopted Effective March 2019]          45

GRACEPLFS0000967

*Bylaws for Units of the NAACP*

i.   **Finance.**   The Finance Committee shall consist of the President, Treasurer, and at least one other member.  It shall study the financial needs of the Unit and shall be responsible for drafting an adequate annual budget.

i.   **Freedom Fund.** The Freedom Fund Committee shall plan and conduct fund-raising activities, entertainment and other projects, for local and national purposes within the scope of the Association's program.  It shall work closely with the Finance Committee.

j.   **Health.**   The Health Committee shall:  (1) work to promote, protect and maintain the health of African Americans; (2) assess the health needs of the community; (3) advocate for equal access to health education, care, treatment and research for all Americans; (4) sponsor health-related activities such as health forums, fairs and workshops highlighting issues of importance to people of color; and (5) support health initiatives of the Association.

k.   **Housing.**   The Committee on Housing shall:   (1) study housing conditions in the local community; (2) receive and seek to address complaints of discrimination; (3) oppose all restrictive practices whether public or private; and (4) disseminate information and render such other assistance which may eliminate discrimination in housing.

l.   **Labor and Industry.**  The Labor and Industry Committee shall seek ways to improve the economic status of minority groups by:  (1) working to eliminate discriminatory employment practices in industry and government, wage differentials based on race, unequal opportunities for training, promotion and unfair dismissals; (2) encouraging greater participation in the trade union movement; (3) working to end discriminatory practices in labor unions; (4) securing the enactment of state and federal fair employment practices legislation; and (5) working for improved opportunities in vocational and apprenticeship training.

m.   **Legal Redress.**  The Legal Redress Committee shall:  (1) investigate all cases reported to it; (2) supervise all litigation in which the Unit is interested; and (3) keep the National Office and the Branch informed on the progress of every case.  It shall not give general legal advice.

n.   **Membership and Life Membership.** The Membership Committee shall: (1) work throughout the year to maintain and increase the membership of the Association; (2) be responsible for planning and organizing the annual membership campaign; (3) be responsible on a continuous basis

GRACEPLFS0000968

*Bylaws for Units of the NAACP*

for soliciting new members and for securing renewals; and (4) initiate all possible means to obtain Life Members and sponsor a continuing program towards this end.

o.    **Political Action.** The Political Action Committee shall: (1) seek to increase registration and voting; (2) work for the enactment of municipal, state and federal legislation designed to improve the educational, political and economic status of minority groups; (3) seek the repeal of racially discriminatory legislation; (4) work to improve the administration of justice; (5) work to secure equal enforcement of the law; and (6) keep the National Office and the Unit informed of all proposed legislation which affects minority groups. The Committee shall be nonpartisan and shall not endorse candidates for public office.

p.    **Prison Branch.** The Prison Branch Support Committee shall support the work of the Prison Branch in accordance with Article VIII, Section 6 (1-11) by (1) working closely and directly with the members of their respective Prison Branch and the Regional Prison Coordinator; (2) maintain contacts with, and report regularly to the Regional Coordinators; (3) build, cultivate and maintain positive relationships between prison officials, Prison Branch members and members within the local Branch; and (4) solicit community organizations and business to establish a volunteer bank (teachers, writers, poets, businessmen, ministers, lawyers, policemen, judges, government officials, politicians and media personnel) to assist the Prison Branch in carrying out its programs.

q.    **Religious Affairs.** The Religious Affairs Committee shall include ministerial and lay religious leaders who are members of the Unit. It shall: (1) promote an educational program designed to give moral and ethical interpretation to the civil rights struggle; (2) interpret the work of the Association to organized religious groups of all faiths; (3) enlist the support of such organized religious groups for membership, fundraising, and the struggle for equality and full civil rights; and (4) provide resource assistance for religious education and social action activities, associated with the improvement of race relations.

r.    **Young Adult.** The Committee on Young Adult shall consist of Branch members twenty-one (21) – forty (40) years of age. It shall be the function of the Committee to: (1) support all branch activities; (2) stimulate interest through advocacy training and solicit membership of twenty-one (21) – forty (40) years of age; (3) create a mentorship program (Branch to Young Adults and Young Adults to Youth Units) to serve as a support bridge from Youth and College to Branch

GRACEPLFS0000969

*Bylaws for Units of the NAACP*

participation; (4) provide networking and social opportunities for young adults in the local community; and (5) encourage the participation of young adults in all activities and leadership within the Branch.

s.   ***Youth Works.***   The Committee on Youth Work for State/State-Area Conferences shall consist of all Youth Unit Advisors and Youth Unit Presidents in the state, and five (5) persons appointed by the State/State-Area Conference President.   The Committee on Youth Work for Branches shall consist of the Youth Unit Advisor(s), and Youth Unit President(s) in the same community, and five (5) persons appointed by the Branch President.   The Youth Unit Advisors and the Youth Unit Presidents shall choose the chair of the Committee.   The Youth Work Committee shall develop and coordinate the programs of the Branch(es) and Youth Units.

The Branch Committee on Youth Work shall turn the names, addresses and membership dues of youth solicited by the Branch over to the appropriate National Office recognized youth group, if any, in their community.   The Youth Work Committee shall monitor the youth membership in the Branch.  If there is no local youth unit recognized by the National Office, the Committee shall recommend the Branch apply to the National Office for a Youth Charter and organize the appropriate youth group.

t.   ***Women in the NAACP (WIN).***  State/State-Area Conferences, Branches, Prison Branches of the Association may organize Women in NAACP (WIN) committees subject to the control of the Executive Committee and to such rules and regulations as the Board of Directors may enact. WIN committees shall consist of a Chairperson and/or Co-Chairperson and at least three (3) other members.  WIN shall address within the framework of the NAACP, civil rights issues affecting women and children and shall carry out other civil and cultural activities to enhance membership and provide financial support to the Branch.  The purpose WIN is (1) to enhance the leadership role of women; (2) to serve as an advocacy vehicle to address the social, economic, political, educational, health and welfare issues affecting women; (3) to advocate for the emotional, mental, physical and spiritual development of children and (4) to support the policies as well as the on-going mission and vision of the NAACP.

u.   All Standing Committees must have at least three (3) appointed members. They shall report in writing each month to the Executive Committee at its regular meetings.

GRACEPLFS0000970

*Bylaws for Units of the NAACP*

6.     **(Distinctive Duties of Prison Branch Support Committees)**

*Prison Branch Support Committee.*  The Prison Branch Support Committee shall:

a.     Work closely and directly with the members of their respective Prison Branch and the Regional Prison Coordinator.

b.     Maintain contacts with, and report regularly to the Regional Coordinators.

c.     Build, cultivate and maintain positive relationships between prison officials, Prison Branch members and members within the local Branch.

d.     Solicit community organizations and businesses to establish a volunteer bank (teachers, writers, poets, businessmen, ministers, lawyers, policemen, judges, government officials, politicians, media personnel) to assist the Prison Branch in carrying out its programs.

e.     Aid the Prison Branch in organizing and planning parliamentary procedure workshops, leadership training sessions and other seminars.

f.     Aid the Prison Branch in establishing and securing instructors for ongoing certification and remedial classes and General Equivalency Diploma (GED) preparatory work.

g.     Aid the Prison Branch in planning and scheduling its annual awards banquet by contacting prospective guest speakers and making sure items needed for the ceremony are made available in a timely fashion.

h.     Meet with local businessmen, companies and corporations to discuss Targeted Job Tax Credit Programs and to persuade prospective employers to consider the advantages of hiring ex-offenders.  Employers will be encouraged to interview the inmate while still incarcerated; if they agree, efforts will be made to gain clearance into the facility where there is an obvious reluctance to entering the prison.  The Prison Branch Support Committee would provide the employer with pertinent information on the inmate under consideration.

i.     Interview all Prison Branch members when they are within 90-180 days of their parole hearings to assess what types of offender re-entry programs may be most beneficial to them upon their release.

j.     Maintain for two years a careful and accurate "follow up" file on those ex-offenders placed in jobs secured through the assistance of the NAACP. The purpose of these records will be to compare the NAACP recidivism rate to

GRACEPLFS0000971

*Bylaws for Units of the NAACP*

the national average (70%) and thus compute the yearly savings in public tax dollars.

k.    Perform any and all duties consistent with the Prison Project.

7.    *(Distinctive Duties of College Chapter Standing Committees)*

a.    ***College Chapter Armed Services Committee.***  The Committee on Armed Services shall:

1.    Study conditions pertaining to students of color serving in the branches of the armed services on both the campus and in the community.

2.    Receive and act on all these students' complaints relative to discrimination because of race, color or creed or denials of benefits in local areas because of discrimination.

b.    ***College Chapter Education Committee.***  The College Chapter Committee on Education shall study educational conditions affecting Black people and other minority groups.  It shall be the policy of the College Chapter Education Committee to:

1.    Concern itself with the educational practices on its own campus as well as other campuses.

2.    Be a center of popular education on the problems of Black Students and the work of the NAACP.

3.    To work for the integration of students, faculty and non-teaching personnel and the elimination of quota systems, particularly in medical, dental, and engineering schools, and to give attention to upgrading and granting tenure to professors.

4.    Seek to secure unprejudiced presentation in teaching materials pertaining to African-Americans and other ethnic minority groups.

5.    Work to establish deadlines by which time student organizations must have removed racial or religious discriminatory clauses from their Constitutions or face non-recognition by the university.

6.    Conduct joint programs with students from other colleges in the community, particularly colleges having few, if any Black students.

GRACEPLFS0000972

*Bylaws for Units of the NAACP*

c.   **College Chapter Employment and Economic Empowerment Committee.**
The Committee on Chapter Employment and Economic Empowerment
shall seek ways to empower youth economically by:

1.   Encouraging the development of job readiness training and
placement programs for youth and young adults.

2.   Studying levels of unemployment and underemployment of
working age youth and the causes of each.

3.   Working for improved opportunities in vocation and
apprenticeship training.

4.   Working to eliminate discriminatory employment practices.

5.   Studying levels of youth and young adult credit and debt creating
programs to decrease debt.

6.   Creating training programs in entrepreneurship, savings,
investment and home ownership.

d.   **College Chapter Housing and Community Planning Committee.**   The
Committee on Housing and Community Planning shall study the housing
patterns and conditions of Blacks and other minority people both on and
off campus.   Specifically, it shall:

1.   Seek to guarantee the rights of students and staff to live in any
campus controlled housing without regard to race or color.

2.   Oppose segregation and discrimination in off-campus housing for
both students and staff.

3.   Demand the enforcement of community housing and sanitation
codes.

4.   Where necessary, with the approval of the Association, sponsor
direct action programs as a means of publicizing and correcting
intolerable housing conditions.

5.   Seek to eliminate segregation and discrimination and to improve
the general housing conditions for Blacks and other minorities in
the community at large.

e.   **College Chapter Juvenile Justice Committee.**   The Committee shall:

GRACEPLFS0000973

*Bylaws for Units of the NAACP*

1. Seek to eliminate discriminatory practices in the Juvenile and Adult Justice systems.

2. Research and monitor local and state incarceration, sentencing, arrest and probation rates of African-American and other youth of color.

3. Investigate disproportionate incarceration and sentencing of African-Americans and other youth of color.

4. Investigate living conditions and treatment within youth detention centers.

5. Mobilize Units to correct abuses where found.

f. ***College Chapter Press and Publicity Committee.*** The Committee shall:

1. Secure publicity in the local press for the Chapter.

2. Publicize by means of posters, etc., the meetings and activities of the Chapter.

3. Promote the sale of the CRISIS and other Association literature.

4. College Chapters shall not issue press releases without the consent of the Chapter President.

g. ***College Chapter Program and Research Committee.*** The Committee shall:

1. Study local and national issues affecting Black youth and other minority groups and recommend certain of these issues for discussion and action by the unit.

2. Operate a speakers' bureau for the benefit of the Units and for the benefit of organization on the campus and in the community desiring to make use of it.

3. To have charge of such entertainment as shall be approved by the Executive Committee.

4. Formulate and present to the Executive Committee, at the regular monthly meeting following the annual Meeting of the Unit, a program of activity for the ensuing year.

[Adopted Effective March 2019]                    52

GRACEPLFS0000974

*Bylaws for Units of the NAACP*

8.  **(Distinctive Duties of Youth Council Standing Committees)**

   a.  **Youth Employment and Economic Empowerment Committee.** The Committee shall seek to empower youth economically by:

      1.  Encouraging the development of job readiness training and placement programs for youth and young adults.

      2.  Studying levels of unemployment and underemployment of working age youth and the causes of each.

      3.  Working for improved opportunities in vocation and apprenticeship training.

      4.  Working to eliminate discriminatory employment practices.

      5.  Studying levels of youth and young adult credit debt and creating programs to decrease debt.

      6.  Creating training programs in entrepreneurship, savings, investment and home ownership.

   b.  **Youth Council Entertainment Committee.** The Committee on Entertainment shall have charge of entertainment of such kind as shall be approved by the Executive Committee of the Youth Council.

   c.  *Youth Council Juvenile Justice Committee.* The Committee shall:

      1.  Seek to eliminate discriminatory practices in the juvenile and adult justice systems.

      2.  Investigate living conditions and treatment with in youth detention centers.

      3.  Mobilize units to correct abuses where found.

   d.  **Press and Publicity Committee.** The Press and Publicity Committee shall:

      1.  Seek to secure favorable publicity in local, state and national media for the Youth Council.

      2.  No press releases shall be issued without the consent of the President and Youth Council Advisor.

GRACEPLFS0000975

*Bylaws for Units of the NAACP*

    *e.*    **Youth Council Program and Research Committee.**  The Program and Research Committee shall:

        1.    Study local and national issues affecting Black youth and other minority groups and recommend certain of these issues for discussion and action by the Council.

        2.    Operate a speakers' bureau for the benefit of the Council and the community.

        3.    Formulate and present to the Executive Committee at the regular monthly meeting following the Annual Meeting of the Council a program of activity for the ensuing year.

**9.**    **(Tenure)**

Members of the Executive Committee and of the several standing committees of Branches and Prison Branches shall hold office for two years and until their successors are elected and qualify. Members of the Executive Committee of Youth Units shall hold office for one year.

**10.**    **(Removal Procedure)**

    a.    Non-functioning committees shall be discharged promptly by the Executive Committee.

    b.    Any member of the Executive Committee, except officers or of any standing or special committee who shall be absent from three (3) consecutive meetings without notice to the Secretary or President or who shall not perform the required duties for three (3) consecutive months, or who shall be absent from any six (6) meetings with or without notice in a twelve month period shall be removed by the Executive Committee by written notification to the delinquent member and replaced in accordance with Article VIII, Section 2(e). A member of any standing or special committee may be directly removed by the chairperson for dereliction of duty. If the Executive Committee fails to act, the President, Secretary, and one member may sign the removal letter.

    c.    For any officers who shall be absent from three (3) consecutive meetings without notice or explanation to the Secretary or President, or who shall not perform the required duties for three (3) consecutive months, or who shall be absent from any six (6) meetings with or without notice in a twelve month period except in cases when the General Meeting and the Executive Committee meeting are held on the same day those occurrences

GRACEPLFS0000976

*Bylaws for Units of the NAACP*

shall be counted as one missed meeting, the National Office is to be notified by the Secretary by way of a petition signed by the Secretary, the President and one (1) other member of the Executive Committee. If the President or Secretary is in violation, then any three members of the Executive Committee shall sign the petition. The National Office shall recommend the removal of said officer by the Board of Directors at the next meeting of the Board of Directors following receipt of the petition.

### ARTICLE IX
### ELECTION OF OFFICERS AND EXECUTIVE
### COMMITTEE AND DELEGATES

1.  *(Procedure for State/State-Area Conference Elections)*

    a.  *Election of Delegates*

        1.  All delegates elected to the Annual Convention of a State/State-Area Conference must be members in good standing of Units in good standing within the State/State-Area Conference. All such delegates must be elected at a regular meeting of their general membership. Elected delegates must present official credential forms as provided by the State/State-Area Conference at the time of registering to the Credentials Committee of the Convention.

        2.  The election shall be by secret ballot of delegates both youth and adults at the Annual Convention of the State/State-Area Conference held in odd numbered years and those elected shall hold office for two (2) year terms and/or until their successors are elected and qualify.

        3.  *Representation.* Representation of Units at the Annual Convention of the State/State-Area Conference shall be on the following basis:

            | 25 - 49 | (Youth) 2 delegates |
            |---|---|
            | 50 - 100 | 4 delegates |
            | 101 - 500 | 6 delegates |
            | 501 - 1,000 | 8 delegates |
            | 1,001 - 2,500 | 10 delegates |
            | 2,501 - 5,000 | 12 delegates |
            | 5,001 - 10,000 | 14 delegates |
            | 10,001 - 20,000 | 16 delegates |
            | 20,001 - 25,000 | 18 delegates |

[Adopted Effective March 2019]                    55

GRACEPLFS0000977

*Bylaws for Units of the NAACP*

Over 25,000 - 1 additional vote for every 2,500 members.

(a) Representation shall be on the basis of membership as recorded in the National Office, sixty (60) days prior to the opening date of each Annual Convention.

(b) Each Unit is entitled to the number of alternate delegates equal to the number of voting delegates. Alternate delegates shall be permitted to vote in place of absent delegates.

4. *Organization of State/State-Area Conference.* At the first session of the Annual Convention, the delegates shall elect delegates to serve on the Committee on Time and Place, Committee on Resolutions and Committee on Credentials.

(a) *Committee on Time and Place.* Shall be charged with the responsibility of investigating possible cities for future Annual Conventions, and recommending same to the Convention.

(b) *Committee on Resolutions.* Shall be responsible for determining for each proposed resolution whether it meets the criteria of newness or material modification of existing resolutions.

(c) *Committee on Credentials.* Shall examine and report upon the credentials of all delegates to the Convention as the first order of business of each Business Session. The Committee on Credentials shall be the arbitrator of all disputes and will report the resolution of same to the Convention.

5. *Quorum of State/State-Area Conference Meetings.* The number of members necessary to constitute a quorum at all meetings shall be decided upon by a resolution adopted by the State/State-Area Conference which shall be incorporated in the approved State/State-Area Conference Bylaws.

b. *Election Procedure*

1. All State/State-Area Conferences shall hold an election for officers in odd numbered years in accordance with the Constitution, these Bylaws and the Manual on State/State-Area Conference Election

GRACEPLFS0000978

*Bylaws for Units of the NAACP*

Procedure.    All State/State Area Conferences shall utilize the following election procedure.

(a)    In each even numbered year, the delegates at the Annual Convention of each State/State-Area Conference shall elect seven delegates to the Election Procedures Committee which shall be responsible for the election process leading up to the State/State-Area Conference election in the odd numbered years.  No more than two (2) State/State-Area Conference officers or Executive Committee members shall be elected to the Election Procedures Committee.  The Committee shall conduct an organizing meeting during the Convention at which time they shall elect a chairperson and secretary. Members of the Election Procedures Committee are not prohibited from filing a nominating petition.

(b)    Written notice of the date, time, location and procedure for the conduct of the biennial State/State-Area Conference election shall be sent by the State/State-Area Conference Secretary by certified mail to all Units in good standing within the State/State-Area Conference by no later than February 1 of the odd numbered year. The notice shall include the positions to be filled by election and the official nominating petition.

(c)    Persons wishing to run for elective office must be members in good standing and return the petition bearing their signature by certified mail signed by three (3) or more members in good standing of Units in good standing within the State/State-Area Conference by no later than June 15 of the election year.  The nominating petitions must be mailed to the official mailing address of the State/State-Area Conference to the attention of the Election Procedures Committee which shall follow the procedures set forth in the Manual on State/State-Area Conference Election Procedure. An individual may seek only one elective office at a time.

(d)    For the purpose of running for office, a member in good standing is one whose name appears on the roll of a Unit in good standing within the State/State Area Conference no later than December 15 of the even numbered year prior to the State/State-Area Conference election.  For the purpose

GRACEPLFS0000979

of signing a nominating petition, a member in good standing is one whose name appears on the roll of a Unit in good standing within the State/State-Area Conference at least thirty (30) days prior to the date the nominating petition is filed.

(e)   The Election Procedures Committee shall review all nominating petitions, validate the eligibility of candidates and file its report with the State-State/Area Conference Secretary by no later than June 30 of the election year.

(f)   Upon receipt of the Committee's report, the State/State-Area Conference Secretary shall mail the listing of all eligible candidates for each office to all Units in good standing within the State/State-Area Conference by no later than July 15 of the election year.

(g)   Thirty (30) days prior to the election the Election Procedures Committee shall file a report with the State/State-Area Conference Secretary verifying that all eligible candidates for office will be members in good standing as of the date of the election.

(h)   An eligible candidate may withdraw from contention by forwarding a letter requesting that his/her name be removed from the ballot. The letter must be sent to the Chairperson of the Election Procedures Committee thirty (30) days prior to the election.

All voting at the Annual Convention must be by delegates present who were duly elected by their respective Unit in good standing within the State/State-Area Conference. Proxy voting, absentee voting and write-in voting are prohibited in NAACP elections. State/State-Area Conference Officers and Executive Committee members only have voting privileges if they have been duly elected by their respective Unit in good standing within the State/State-Area Conference.

(i)   Prison Units in good-standing, only, shall be allowed to participate in State/State Area Conference Elections. Prison Units that meet all prerequisites as defined in Article III, Section 3(c) and Article IV, Section 3(a) will receive a

GRACEPLFS0000980

ballot. The State/State Area Conference on June 30th when sending out report of the Election Procedures Committee to all units, will also forward the prerequisite ballots to Prison Units that are in good-standing. Ballots will be prepared in accordance with guidelines established by the Association. The Prison Unit will elect delegates at its General Membership meeting, after which the delegates will vote. When returning the ballots to the address of the State/State Area Conference mailing address, a copy of the minutes of the meeting when delegates were elected must be included. Ballots must be received by the State/State Area Conference 10 business days prior to the first day the Annual State/State Area Convention convening. The State Conference Secretary shall provide the Chair of the Election Procedures a report as to when ballots were received. The State/State Area Conference Secretary shall, upon the election of the Election Supervisory Committee immediately turn over the sealed ballots to the Election Supervisory Committee. Ballots are to remain sealed and not be counted until the polls close.

(j)  At the first session of the Annual Convention, the delegates shall elect five (5) delegates to the Election Supervisory Committee which will conduct the election in accordance with the Constitution, these Bylaws and the Manual on State/State-Area Conference Election Procedure. In addition, if there is more than one presidential candidate, each presidential candidate is entitled to appoint a representative to the Election Supervisory Committee. In the event the total number of presidential candidates exceeds four (4), the delegates must elect additional members to the Election Supervisory Committee so that the total number of elected members is one more than the appointed members of the Committee. No candidate for office shall serve on the Election Supervisory Committee.

(k)  On Saturday during the Convention at 8:00 a.m. on Election Day, the Election Supervisory Committee shall convene a special session of the Convention for the sole purpose of hearing from the candidates seeking office. Candidates shall be heard in the following order:

Assistant Secretary

GRACEPLFS0000981

*Bylaws for Units of the NAACP*

> Secretary
> Assistant Treasurer
> Treasurer
> Vice Presidents
> President

Immediately following the special session, but no later than 11:00 a.m., the polls shall open, remaining open until 3:00 p.m. Following tabulation, the results of the election shall be announced by the Election Supervisory Committee by posting on the tabulation room door and by announcement on Saturday evening.

2. *State/State-Area Conference Election Controversy*

   (a) In the event of election controversy, all parties thereto shall submit complaints to the National Office. Said complaints must be postmarked not later than ten (10) days following the date of the election in question. The complaints must be signed by at least twenty-five (25) voting delegates who were in attendance at the Convention. Said delegates must represent at least five (5) units registered at the Convention.

   (b) The National Office will institute an investigation into the matter, and should a determination be made that the complaint is frivolous or completely devoid of merit, or that the election result could not have been otherwise even if the allegations alleged are assumed to be true, then the National Office shall within thirty (30) days, or as soon thereafter as possible, dismiss the complaint and inform all parties forthwith that the installation of officers might be held.

   (c) Should the National Office be unable to dismiss the complaint because the charges appear to have merit and as such, the results of the election might have been otherwise had the alleged violations not occurred, then the matter will be referred to the Chairperson of the Committee on Membership and Units of the Board of Directors, who will designate a Hearing Panel.

   (d) Pending resolution of the dispute, the officers whose terms were to have expired with the new election, will continue to function.

[Adopted Effective March 2019]                    60

GRACEPLFS0000982

*Bylaws for Units of the NAACP*

    (e)    *Authority of the National Office.* The National Office shall have authority to intervene at any time during the period leading up to the State Conference election. Such authority includes suspending the process and instituting corrective action to assure that the rights of all members are protected.

**2.   *(Election of Officers and Executive Committees for Branches)***

    *a.   Organizing Meeting (New Branch)*

        1.   The officers and members of the Executive Committee elected at the organizing meeting of the Branch shall hold office until their successors are elected and qualify.

        2.   Following the chartering of a new Branch by the Board of Directors, the National Office shall cause an election to be held of the members of the new Branch. Should the election take place during an even numbered year, the officers and members of the Executive Committee elected at this time shall not be required to stand for election again until the next Branch election year.

    *b.   Eligible Voters at Organizing Meeting.* All persons who endorse the aims and purposes of the National Association for the Advancement of Colored People who have paid the prescribed fees shall be entitled to vote at the organizing meeting and to be elected to office.

    *c.   Biennial Elections.* Thereafter, all officers and elected members of the Executive Committee shall be elected by ballot at a Branch election held in even numbered years as hereinafter provided, and shall hold office for two (2) years and until their successors are elected and qualify.

    *d.   Nominating Committee Election.*

        1.   In even numbered years there shall be elected at a **September** membership meeting of the Branch a Nominating Committee composed of not less than five (5) nor more than fifteen (15) members of the Branch in good standing, provided that not more than two (2) shall be officers of the Branch or members of the Executive Committee.

        *2.   Duties of the Nominating Committee.* The Branch Secretary shall call the organizing meeting of the Nominating Committee. The first meeting of the Nominating Committee shall be held no later

GRACEPLFS0000983

*Bylaws for Units of the NAACP*

than ten (10) days after its election. The Nominating Committee shall:

(a) Elect its Chairperson and Secretary as its first order of business.

(b) Nominate any member of the Branch who is in good standing. For purposes of running for office, the term "member in Good Standing" shall mean that the person must be a bona fide member of the Branch by April 1 of the election year and must live and/or work within the branch's jurisdiction.

(c) The Nominating Committee may nominate a member thereof as a candidate for office or as an at large member of the Executive Committee.

(d) The Nominating Committee shall have itself available to interview members interested in being considered for office or as at-large members of the executive Committee.

(e) The Nominating Committee shall nominate only those persons who have given written consent to be nominated. The secretary shall verify that each nominee has given written consent after the Nominating Committee has given its report at the October meeting and before the Branch accepts this report.

(f) The Committee shall nominate a member for only one (1) position during the election.

3. *Reporting of the Nominating Committee.* The Nominating Committee shall submit a report in writing at the **October** General Membership Meeting of the Branch. This report shall consist of the names of those persons qualified to fill existing Branch offices (one name for each office) and to be members of the Executive Committee (at least ten (10) names and up to twenty-four (24) names).

4. *Nominations by Petition.* At said **October** Membership Meeting of the Branch, additional nominations may be made for all officers and elected members of the Executive Committee by written petition signed by three or more members of the Branch in good

GRACEPLFS0000984

*Bylaws for Units of the NAACP*

standing as of the time of the meeting. No one shall be nominated by the Nominating Committee or by petition without having first obtained his/her written consent. The Branch Secretary shall certify that at least three (3) of the members who signed the petition are members in good standing and that the member being nominated is a member in good standing and that a consent form has been signed by the nominee.

5. *Withdrawal of Nominations.* A member properly nominated for a position may withdraw from contention by forwarding a letter requesting that his/her name be removed from the ballot. The letter must be sent to the Chairperson of the Election Supervisory Committee in sufficient time prior to the election.

6. *Eligibility Determinations.* All questions regarding the eligibility of candidates must be resolved prior to the conclusion of the October meeting.

e. After all nominations have been made, the Branch at said October meeting shall elect an Election Supervisory Committee consisting of five (5) members of the Branch in good standing. In addition, each candidate for the presidency is entitled to appoint a representative to the Election Supervisory Committee. However, in the event the total number of candidates for the presidency is more than four (4), the Branch must elect additional members to the Election Supervisory Committee so that the total number of elected members is one more than the appointed members of the Committee. No candidate may serve on the Election Supervisory Committee.

f. It shall be the duty of the Election Supervisory Committee to:

1. Supervise the Branch election.

2. Supervise the establishment of appropriate machinery, provisions, and procedures for conducting the election in accordance with this Constitution and the Manual for Branch Election Procedure, whether at an election meeting or at polling booths, in order to protect the right of each member of the Branch to cast his ballot properly and have it counted.

3. Have printed ballots containing in alphabetical order by last name, the names of all persons nominated for office and executive

GRACEPLFS0000985

committee that were properly received at the October General Membership meeting for each office to be elected.

4. Prepare the ballot in sufficient numbers for use at the election, and this ballot shall be the only ballot used at the election. Unless the Branch decides to use voting machines in addition to, or in place of, the ballot.

g. *Notice of September, October Meeting and November Election.* Each Branch shall send notice to each member in good standing at least ten (10) days prior to the September meeting, listing the time, place, date and purpose of the September and October meetings and time, place and date of the November election. Notices shall be sent via regular and electronic mail to members. The Secretary shall maintain a list of those members to whom a notice was sent and shall secure and maintain all electronic delivery receipts for the notice. In addition to this notice, each Branch shall place the announcements of such meetings and election in one or more local newspapers of general circulation at least ten (10) days before the date of the November election. Should a run-off election be necessary, that election shall occur on the following date at time certain (at least 1 hour) at this location run-off elections shall be conducted not less than ten (10) days after the original election.

h. *Term of Office.*

1. All officers and elected members of the Executive Committee shall be elected by secret ballot for a two year term ending December 31. The term of each elected officer shall begin on January 1, of each odd numbered year.

2. *Election Meeting.* No officer of the Branch or any candidate for office shall occupy their chair at election meetings. The names of the various candidates for the office shall be clearly announced or posted in a place visible to all present at the election meeting. Tellers to count the ballot shall be appointed in equal numbers by the candidates for office of the President. No officer of the Branch or candidate for office shall serve as teller.

i. *Eligible Voters.* The number of eligible voting members of the Branch shall be established before the voting begins. Upon proof of qualification, all eligible voters shall receive and sign for one ballot each and thereupon immediately proceed to vote secretly. The right to vote is personal and shall not be exercised by proxy. No absentee ballots may be cast.

GRACEPLFS0000986

*Bylaws for Units of the NAACP*

j.   *Polling Booths of Branches of 1,000 or More Members.*  Polling booths must be used and must be setup as prescribed by the Branch Election Manual in a centralized place staffed by the Election Supervisory Committee, and with an equal number of watchers and observers for each of the candidates for President.  The Branch's bylaws will determine the number of hours the booths shall be open. The minimum number of hours for polling shall be four (4) hours unless otherwise determined by the Branch's bylaws. Provisions for determining eligibility and challenging the right of persons to vote shall be established in accordance with the Branch Election Manual, which has been adopted by the Board of Directors and is appended hereto.

k.   *Members in Good Standing.*  Members in good standing shall be eligible to run for office or vote in a Branch election.  For the purpose of running for office, a member in good standing is one whose name appears on the roll of the Branch as a bona fide member of the Branch by April 1 of the election year and who lives and/or works within the Branch jurisdiction. For the purpose of being elected to the Nominating Committee or the Election Supervisory Committee, signing a nominating petition or voting in Branch elections, a member in good standing is one who has been a bona fide member of the Branch for at least (30) thirty days prior to the date the election is held or the nominating petition is filed.  For all other purposes, a member in good standing is one who has paid the requisite minimum membership fee to the Branch at least (30) thirty days prior to the date the election is held or the nominating petition is filed. For all other purposes, a member in good standing is one who has paid the requisite minimum membership fee to the Branch.

l.   *Youth Voting in Branch Elections.*  The minimum voting age for any member in good standing in Branch elections shall be seventeen (17) years of age.  Should a member of the Branch be seventeen (17) years of age, but under twenty-one (21) years of age, that member may vote in the Branch election if he/she has paid the minimum adult membership fee to the Branch.

m.   *Life Members, Subscribing Life Members and Members-At-Large.*  In order to run for Branch office unaffiliated Life Members and Members-At-Large must be actively affiliated with the Branch by April 1 of the election year. In order to run for State/State-Area Conference office unaffiliated Life Members and Members-At-Large must be actively affiliated with a Unit in good standing within the Conference by December 15 of the year prior to the election year.  In order to vote in a Branch or Conference election, unaffiliated Life Members and Members-

GRACEPLFS0000987

*Bylaws for Units of the NAACP*

At-Large must be actively affiliated with a Unit in good standing within the Conference at least thirty (30) days prior to any meeting at which they are nominated for office or seek to vote. *The term "affiliated" means that the individual must have requested, in writing, that his membership be transferred to the Branch. The request may be made through the Branch or directly to the National Office. The National Office must notify the Branch in writing within thirty (30) days of receiving notification.*

*n.*    *Tellers.*   Presidential candidates shall have the right to appoint an equal number of tellers.  The tellers thus appointed, shall elect a chief teller, who shall organize the tabulating of the ballots.

*o.*    *Election Controversy.*   In the event of election controversy, all parties thereto shall submit any written complaint(s) to the National Office through the President and CEO.  Said complaint(s) must be postmarked no later than five (5) calendar days following the date of the election in question. *In Branches with memberships up to 1000, such complaints must be signed by at least twenty-five (25) members of the Branch in good standing.* In Branches with memberships exceeding 1000, such complaints must be signed by at least fifty (50) members of the Branch in good standing.

    (a)    The National Office will institute an investigation into the matter, and should a determination be made that the complaint is frivolous or completely devoid of merit, or that the election result could not have been otherwise even if the allegations alleged are assumed to be true, then the National Office shall within thirty (30) days, or as soon thereafter as possible, dismiss the complaint and inform all parties forthwith that the installation of officers might be held.

    (b)    Should the National Office be unable to dismiss the Complaint because the charges appear to have merit and as such, the results of the election might have been otherwise had the alleged violations not occurred, then the matter will be referred to the Chairman of the Committee on Membership and Units of the Board of Directors, who will designate a Hearing Panel.

    (c)    Pending resolution of the dispute, the officers whose terms were to have expired with the new election, will continue to function.

[Adopted Effective March 2019]         66

GRACEPLFS0000988

*Bylaws for Units of the NAACP*

p.   *Authority of the National Office.*  The National Office shall have authority to intervene at any time during the three-month period leading up to the Branch election. Such authority includes suspending the process and instituting corrective action to ensure that the rights of all members are protected.

**3.**   **(Procedure for Prison Branch Elections)**

a.   *Organizing Meeting (New Prison Branch)*

1.   The officers and members of the Executive Committee elected at the organizing meeting of the Prison Branch shall hold office until their successors are elected and qualify.

2.   Following the chartering of a new Prison Branch by the Board of Directors, the National Office shall cause an election to be held of the members of the new Prison Branch. Should the election take place during an even numbered year, the officers and members of the Executive Committee elected at this time shall not be required to stand for election again until the next Prison Branch election year.

b.   *Eligible Voters at Organizing Meeting.*  All persons who endorse the aims and purposes of the National Association for the Advancement of Colored People who have paid the prescribed fees shall be entitled to vote at the organizing meeting and to be elected to office.

c.   *Biennial Elections.*  Thereafter, all officers and elected members of the Executive Committee shall be elected by ballot at a Prison Branch election held in even numbered years as hereinafter provided, and shall hold office for two (2) years and until their successors are elected and qualify.

d.   *Nominating Committee Election.*

1.   In even numbered years there shall be elected at a **September** membership meeting of the Prison Branch a Nominating Committee composed of not less than five (5) nor more than fifteen (15) members of the Prison Branch in good standing, provided that not more than two (2) shall be officers of the Prison Branch or members of the Executive Committee.

2.   *Duties of the Nominating Committee.*  The Prison Branch Secretary shall call the organizing meeting of the Nominating Committee. The first meeting of the Nominating Committee shall be held no

GRACEPLFS0000989

later than ten (10) days after its election. The Nominating Committee shall:

(a) Elect its Chairperson and Secretary as its first order of business.

(b) Nominate any member of the Prison Branch who is in good standing. For purposes of running for office, the term "member in good standing" shall mean that the person must be a bona fide member of the Prison Branch at least one hundred and eighty (180) days prior to the date nominations are made and must live and/or work within the Prison Branch's jurisdiction.

(c) The Nominating Committee may nominate member thereof as a candidate for office or as an at large member of the Executive Committee.

(d) The Nominating Committee shall have itself available to interview members interested in being considered for office or as at-large members of the Executive Committee.

(e) The Nominating Committee shall nominate only those persons who have given written consent to be nominated. The Secretary shall verify that each nominee has given written consent after the Nominating committee has given its report at the October meeting and before the Prison Branch accepts this report.

(f) The Committee shall nominate a member for only one (1) position during the election.

3. *Reporting of the Nominating Committee.* The Nominating Committee shall submit a report in writing at the **October** General Membership Meeting of the Prison Branch. This report shall consist of the names of those persons qualified to fill existing Branch offices (one name for each office) and to be members of the Executive Committee (at least ten (10) names and up to twenty-four (24) names).

4. *Nominations by Petition.* At said **October** Membership Meeting of the Prison Branch, additional nominations may be made for all officers and elected members of the Executive Committee by

GRACEPLFS0000990

*Bylaws for Units of the NAACP*

written petition signed by three or more members of the Branch in good standing as of the time of the meeting. No one shall be nominated by the Nominating Committee or by petition without having first obtained his/her written consent. The Unit Secretary shall certify that at least three (3) of the members who signed the petition are members in good standing and that the member being nominated is a member in good standing and that a consent form has been signed by the nominee.

5.   *Withdrawal of Nominations.*   A member properly nominated for a position may withdraw from contention by forwarding a letter requesting that his/her name be removed from the ballot. The letter must be sent to the Chairperson of the Election Supervisory Committee in sufficient time prior to the election.

6.   *Eligibility Determinations.*   All questions regarding the eligibility of candidates must be resolved prior to the conclusion of the October meeting.

e.   After all nominations have been made, the Prison Branch at said October meeting shall elect an Election Supervisory Committee consisting of five (5) members of the Prison Branch in good standing. In addition, each candidate for the presidency is entitled to appoint a representative to the Election Supervisory Committee. However, in the event the total number of candidates for the presidency is more than four (4), the Prison Branch must elect additional members to the Election Supervisory Committee so that the total number of elected members is one more than the appointed members of the Committee. No candidate may serve on the Election Supervisory Committee.

f.   It shall be the duty of the Election Supervisory Committee to:

1.   Supervise the Prison Branch election.

2.   Supervise the establishment of appropriate machinery, provisions, and procedures for conducting the election in accordance with the Constitution and the Manual for Branch Election Procedure, whether at an election meeting or at polling booths, in order to protect the right of each member of the Prison Branch to cast his ballot properly and have it counted.

GRACEPLFS0000991

*Bylaws for Units of the NAACP*

3.    Have printed, copied, or typewritten, one complete ballot containing in alphabetical order, for each office and Executive Committee, the names of all persons nominated for office.

4.    Prepare the ballot in sufficient numbers for use at the election, and this ballot shall be the only ballot used at the election. Unless the Branch decides to use voting machines in addition to, or in place of, the ballot.

g.    *Notice of September, October Meeting and November Election.* Each Prison Branch shall notify each member in good standing, at least ten (10) days prior to the September meeting, listing the time, place, date and purpose of the September and October meetings and time, place and date of the November election. In addition, to this notice, each Branch shall place the announcements of such meetings and election in one or more newspapers or newsletters of general circulation at the prison or correctional facility least ten (10) days before the date of the November election. Should a run-off election be necessary that election shall occur on the following date at time certain (at least 1 hour) at this location, run-off elections shall be conducted not less than ten (10) after the original election.

h.    *Term of Office.*

1.    All officers and elected members of the Executive Committee shall be elected by secret ballot for a two year term ending December 31. The term of each elected officer shall begin on January 1, of each odd numbered year.

2.    *Election Meeting.* No officer of the Prison Branch or any candidate for office shall occupy their chair at election meetings. The names of the various candidates for the office shall be clearly announced or posted in a place visible to all present at the election meeting. Tellers to count the ballot shall be appointed in equal numbers by the candidates for office of the President. No officer of the Prison Branch or candidate for office shall serve as teller.

i.    *Eligible Voters.* The number of eligible voting members of the Prison Branch shall be established before the voting begins. Upon proof of qualification, all eligible voters shall receive and sign for one ballot each and thereupon immediately proceed to vote secretly. The right to vote is personal and shall not be exercised by proxy. No absentee ballots may be cast.

GRACEPLFS0000992

j.    *Members in Good Standing.* Members in good standing shall be eligible to run for office or vote in a Prison Branch election. For the purpose of running for office, a member in good standing is one whose name appears on the roll of the Prison Branch as a bona fide member of the Prison Branch at least one hundred and eighty (180) days prior to the date nominations are made and who lives and/or works within the Prison Branch jurisdiction. For the purpose of being elected to the Nominating Committee or the Election Supervisory Committee, signing a nominating petition or voting in Prison Branch elections, a member in good standing is one who has been a bona fide member of the Prison Branch for at least (30) thirty days prior to the date the election is held or the nominating petition is filed. For all other purposes, a member in good standing is one who has paid the requisite minimum membership fee to the Prison Branch at least (30) thirty days prior to the date the election is held or the nominating petition is filed. For all other purposes, a member in good standing is one who has paid the requisite minimum membership fee to the Prison Branch.

k.    *Youth Voting in Prison Branch Elections.* The minimum voting age for any member in good standing in Prison Branch elections shall be seventeen (17) years of age. Should a member of the Prison Branch be seventeen (17) years of age, but under twenty-one (21) years of age, that member may vote in the Prison Branch election if he/she has paid the minimum adult membership fee to the Prison Branch.

l.    *Life Members, Subscribing Life Members and Members-At-Large.* In order to run for Prison Branch office or vote in Prison Branch or State Conference election, unaffiliated Life Members and Members-At-Large must be actively affiliated with the Prison Branch at least thirty (30) days prior to any meeting at which they are nominated for office or seek to vote. *The term "actively affiliated" means that the individual must have requested, in writing, that his membership be transferred to the Prison Branch. The request may be made through the Prison Branch or directly to the National Office. The National Office must notify the Prison Branch in writing within thirty (30) days of receiving notification.*

m.    *Tellers.* Presidential candidates shall have the right to appoint an equal number of tellers. The tellers thus appointed, shall elect a chief teller, who shall organize the tabulating of the ballots.

n.    *Election Controversy.* In the event of election controversy, all parties thereto shall submit any written complaint(s) to the National Office through the President and CEO. Said complaint(s) must be postmarked

GRACEPLFS0000993

*Bylaws for Units of the NAACP*

no later than five (5) calendar days following the date of the election in question. *In Prison Branches with memberships up to 1000, such complaints must be signed by at least twenty-five (25) members of the Branch in good standing.* In Prison Branches with memberships exceeding 1000, such complaints must be signed by at least twenty-five (25) members of the Prison Branch in good standing.

    (a)    The National Office will institute an investigation into the matter, and should a determination be made that the Complaint is frivolous or completely devoid of merit, or that the election result could not have been otherwise even if the allegations alleged are assumed to be true, then the National Office shall within thirty (30) days, or as soon thereafter as possible, dismiss the Complaint and inform all parties forthwith that the installation of officers might be held.

    (b)    Should the National Office be unable to dismiss the Complaint because the charges appear to have merit and as such, the results of the election might have been otherwise had the alleged violations not occurred, then the matter will be referred to the Chairman of the Committee on Membership and Units of the Board of Directors, who will designate a Hearing Panel.

    (c)    Pending resolution of the dispute, the officers whose terms were to have expired with the new election, will continue to function.

  *o.*    *Authority of the National Office.*    The National Office shall have authority to intervene at any time during the three-month period leading up to the Prison Branch election. Such authority includes suspending the process and instituting corrective action to assure that the rights of all members are protected.

**4.**    **(Procedure for College Chapter Elections)**

  a.    The officers and members of the Executive Committee elected at the organizing meeting shall hold office until their successors are elected and qualify, unless removed.

  b.    *Annual Meeting.*  Thereafter, all officers and members, not otherwise appointed, shall be elected by ballot at each Annual Meeting of the

GRACEPLFS0000994

College Chapter and shall hold office for one year and until their successors are elected and qualify.

c.   *Elections.*  All persons qualified as provided by Article IV, Section 7, who signify their intention of becoming charter members of the College Chapter and their endorsement of the aims and purposes of the National Association for the Advancement of Colored People and who have paid the prescribed fees, shall be entitled to vote at the organizing meeting and to be elected to office. Thereafter, all members who are in good standing by noon of the day of my meeting of the College Chapter shall be entitled to vote at the meeting.

d.   *Nominating Committee.*

   1.   At the regular meeting of the College Chapter next preceding the Annual Meeting, the College Chapter shall elect a Nominating Committee, composed of not less than five (5) and no more than nine (9) members of the College Chapter in good standing, provided not more than two shall be officers of the College Chapter or members of the Executive Committee, to present nominations at the Annual Meeting for all officers and the Executive Committee, provided, that additional nomination may he made at the Annual Meeting by written petition signed by three or more members of the College Chapter.

   2.   *Duties of Nominating Committee.*  The Nominating Committee shall meet promptly to elect a Chairman and interview persons qualified as candidates for office.

   3   *Report of Nominating Committee.*  The Nominating Committee shall submit a report in writing to the College Chapter during the Annual Meeting. In case the Nominating Committee is not elected and neglects or refuses to render a report, nominations shall be made at the Annual Meeting by written petition signed by three or more members of the College Chapter.

e.   *Notice of Annual Meeting and the Meeting That Precedes the Annual Meeting.*  At least seven days prior to the Annual Meeting and the meeting that precedes the Annual Meeting, written notice shall be sent to each member of the College Chapter in good standing of the date, place, and purpose of said meetings and election. Notices may sent via electronic mail to members for whom the College Chapter has a valid address. The Secretary shall maintain a list of those members to whom a

GRACEPLFS0000995

notice was sent and shall secure and maintain all electronic delivery receipts for the notice. Should a run-off election be necessary email that election shall occur on the following date at a time certain (at least 1 hour) at this location run-off elections shall be conducted not less than ten (10) days after the original election.

f.    *Tenure in Office.* All officers and elected members of the Executive Committee shall be elected by secret ballot and shall hold office for one year or until their successors are elected and qualified.

g.    *Election Meeting.* The College Chapter election of officers meetings and the College Chapter Annual Meeting shall be the same. No candidate for office shall occupy the chair at the election meeting. The names of the various candidates for office shall be clearly announced or posted in a place visible to all present at the election meeting. Tellers to count the ballots shall be appointed in equal number by the candidates for office of President. Should a run-off election be necessary that election shall occur on the following date at time certain (at least 1 hour) at this location, run-off elections shall be conducted not less than ten (10) days after the original election.

h.    *Eligible Voters.* The number of the eligible voting members of the College Chapter shall be established before the voting begins. Upon proof of qualification eligible voters shall receive and sign for one ballot each and thereupon immediately proceed to vote secretly. The right to vote is personal and shall not be exercised by proxy.

i.    *Site of Election.* The site of the College Chapter election shall be that place where the College Chapter held the majority of its regular meetings, unless otherwise voted by a majority of the College Chapter members present at the meeting preceding the Annual Meeting.

j.    *Member in Good Standing.* Only members in good standing shall be eligible to run for office or to vote in a College Chapter election. For the purpose of running for office, a member in good standing is one who has paid the prescribed membership fee no later than thirty (30) days prior to the date of elections. For the purpose of being nominated by the Nominating Committee, a member in good standing is one who has been a bona fide member of the College Chapter and one who has paid the prescribed membership fee by twelve noon the day of the meeting that precedes the Annual Meeting.

GRACEPLFS0000996

*Bylaws for Units of the NAACP*

k.  *Life Members and Members-At-Large.*  In order to run for College Chapter office or vote in a College Chapter election, Life Members and Members-at-Large must be affiliated with the College Chapter at least thirty (30) days prior to any meeting at which they me nominated for office or seek to vote.

l.  *Election Controversy.*  In the event of an election controversy, all parties thereto shall submit complaints to the National Office through the President and CEO for resolution. Said complaints must be postmarked no later than five (5) days following the date of the election in question. The complaint must be signed by at least seven (7) members of the College Chapter in good standing, and each signer must list his or her address.  A copy of the complaint shall be forwarded by mail to the officer or member against whom the complaint has been filed at the officer's or member's address on record by the National Office.

(a)  The National Office will institute an investigation into the matter, and should a determination be made that the Complaint is frivolous or completely devoid of merit, or that the election result could not have been otherwise even if the allegations alleged are assumed to be true, then the National Office shall within thirty (30) days, or as soon thereafter as possible, dismiss the Complaint and inform all parties forthwith that the installation of officers might be held.

(b)  Should the National Office be unable to dismiss the Complaint because the charges appear to have merit and as such, the results of the election might have been otherwise had the alleged violations not occurred, then the matter will be referred to the Chairman of the Committee on Membership and Units of the Board of Directors, who will designate a Hearing Panel.

(c)  Pending resolution of the dispute, the officers whose terms were to have expired with the new election, will continue to function.

m.  *Authority of the National Office.*  The National Office shall have authority to intervene at any time during the three-month period leading up to the College Chapter election. Such authority includes suspending the process and instituting corrective action to assure that the rights of all members are protected.

[Adopted Effective March 2019]                75

GRACEPLFS0000997

*Bylaws for Units of the NAACP*

**5.** **(Procedure for Youth Council, High School Chapter and Junior Youth Council Elections)**

    *a.*    *Organization Meeting.* The officers and members of the Executive Committee elected at the organizing meeting of the Youth Council shall hold office until their successors are elected and qualified.

    *b.*    *Annual Meeting.* Thereafter, all officers and Executive Committee members shall be elected by ballot at each Annual Meeting of the Youth Council, High School Chapter and Junior Youth Council and shall hold office for one year and until their successors are elected and qualified.

    *c.*    *Elections.* All persons qualified as provided by Article IV, who signify their intention of becoming charter members of the High School Chapter, Youth Council, Junior Youth Council and their endorsement of the aims and purposes of the National Association for the Advancement of Colored People and who have paid the prescribed fees, shall be entitled to vote at the organizing meeting and to be elected to office. Thereafter, all members who are in good standing by noon of the day of any meeting of the Youth Council shall be entitled to vote at the meeting.

    *d.*    *Nominating Committee.*

        1.    At the regular meeting next preceding the Annual Meeting, the Youth Council, High School Chapter and Junior Youth Council shall elect a Nominating Committee composed of not less than five (5) and no more than nine (9) members of the Unit in good standing, provided not more than two shall be officers of the Unit or members of the Unit's Executive Committee, to present nominations at the Annual Meeting for all officers and the Executive Committee, provided that additional nomination may be made at the Annual Meeting by written petition signed by three or more members of the Youth Council, High School Chapter and Junior Youth Council.

        2.    *Duties of Nominating Committee.* The Nominating Committee shall meet promptly to elect a Chairman and interview persons qualified as candidates for office.

        3.    *Report of Nominating Committee.* The Nominating Committee shall submit a report in writing to the Youth Council, High School Chapter or Junior Youth Council during the Annual Meeting. In case the Nominating Committee is not elected and neglects or

GRACEPLFS0000998

refuses to render a report, nominations shall be made at the Annual Meeting by written petition signed by three or more members of the Youth Council, High School Chapter or Junior Youth Council.

e.  *Notice of Annual Meeting and the Meeting that Precedes the Annual Meeting.* At least seven days prior to the Annual Meeting and the meeting that precedes the Annual Meeting, written notice shall be sent to each member of the Youth Council, High School Chapter and Junior Youth Council, in good standing, of the date, place and purpose of said meetings of the Youth Council, High School Chapter and Junior Youth Council. Notices may be sent via electronic mail to members for whom the Youth Council, High School Chapter and Junior Youth Council has a valid email address. The Secretary shall maintain a list of those members to whom a notice was sent and shall secure and maintain all electronic delivery receipts for the notice.

f.  *Tenure in Office.* All officers and elected members of the Executive Committee shall be elected by secret ballot and shall hold office for one year or until their successors are elected and qualified.

g.  *Election Meeting.* The Youth Council, High School Chapter and Junior Youth Council election of officers meetings and the Unit's Annual Meeting shall be the same. No candidate for office shall occupy the chair at the election meeting. The names of the various candidates for office shall be clearly announced or posted in a place visible to all present at the election meeting. Tellers to count the ballots shall be appointed in equal number by the candidates for office of President. Should a run-off election be necessary that election shall occur on the following date at time certain (at least 1 hour) at this location, run-off elections shall be conducted not less than ten (10) days after the original election.

h.  *Eligible Voters.* The number of the eligible voting members of the Youth Council, High School Chapter and Junior Youth Council shall be established before the voting begins. Upon proof of qualification, eligible voters shall receive and sign for one ballot each and thereupon immediately proceed to vote secretly. The right to vote is personal and shall not be exercised by proxy.

i.  *Site of Election.* The site of the Youth Council, High School Chapter and Junior Youth Council election shall be that place where the Unit Council held the majority of its regular meetings, unless otherwise voted by a majority of the Unit's members present at the meeting preceding the Annual Meeting.

GRACEPLFS0000999

*Bylaws for Units of the NAACP*

j.    *Member in Good Standing.*   Only members in good standing shall be eligible to run for office or to vote in a Youth Council, High School Chapter and Junior Youth Council election. For the purpose of running for office, a member in good standing is one who has paid the prescribed membership fee no later than thirty (30) days prior to the date of elections. For the purpose of being nominated by the Nominating Committee, a member in good standing is one who has been a bona fide member of the Youth Council and one who has paid the prescribed membership fee by twelve noon on the day of the meeting that precedes the Annual Meeting.

k.    Youth Council, High School Chapter and Junior Youth Council.  In order to run for Youth Council, High School Chapter and Junior Youth Council or vote in a Youth Council, High School Chapter and Junior Youth Council election, Junior Life Members, Life Members, and Members-at-Large must be affiliated with the Youth Council at least thirty (30) days prior to any meeting at which they are nominated for office or seek to vote.

l.    *Election Controversy.*   In the event of election controversy, all parties thereto shall submit complaints to the National Office through the President and CEO. Said complaints must be postmarked no later than five (5) days following the date of the election in question. The complaint must be signed by at least seven (7) members of the Unit in good standing, and each signer must list his or her address. A copy of the complaint shall be forwarded by mail to the officer or member against whom the complaint has been filed at the officer's or member's address on record by the National Office.

(a)    The National Office will institute an investigation into the matter, and should a determination be made that the complaint is frivolous or completely devoid of merit, or that the election result could not have been otherwise even if the allegations alleged are assumed to be true, then the National Office shall within thirty (30) days, or as soon thereafter as possible, dismiss the complaint and inform all parties forthwith that the installation of officers might be held.

(b)    Should the National Office be unable to dismiss the complaint because the charges appear to have merit and as such, the results of the election might have been otherwise had the alleged violations not occurred, then the matter will be referred to the Chairman of the Committee on

GRACEPLFS0001000

*Bylaws for Units of the NAACP*

Membership and Units of the Board of Directors, who will designate a Hearing Panel.

    (c)    Pending resolution of the dispute, the officers whose terms were to have expired with the new election, will continue to function.

    *m.*    *Authority of the National Office.* The National Office shall have authority to intervene at any time during the three-month period leading up to the Youth Council, High School Chapter or Junior Youth Council election. Such authority includes suspending the process and instituting corrective action to assure that the rights of all members are protected.

**6.**    **(Voting for Members of the Board of Directors at Large)**

The list of candidates for the Board of Directors is mailed out to the Units of the Association by not later than November 1st of each year in accordance with procedures established by the Board of Directors in the NAACP Annual Elections Procedure Manual. The names of the Board of Directors Candidates shall be placed on an election ballot to be voted upon by members of the Unit at the Annual Meeting of the Unit.

**ARTICLE X**
**EXPULSION, SUSPENSION OR REMOVAL OF OFFICERS AND MEMBERS**

[Adopted Effective March 2019]    79

GRACEPLFS0001001

*Bylaws for Units of the NAACP*

1.      *(Units Failing to Report)*

If a Unit fails to inform the Association in writing of its activities or shall fail to maintain a minimum of fifty (50) adult members; twenty-five (25) Prison Branch members; or twenty-five (25) Youth Unit members; for a period of four (4) consecutive months, the Board of Directors shall declare any or all of the offices of the Unit vacant and order a new election.  Notice of removal shall be sent to the President, Secretary and Treasurer of the Unit and the State/State-Area Conference by registered mail at their last addresses on file in the Association and shall be published in the official communication organ of the National Association.  Immediately upon the service of notice by the Association, the Officers shall perform no official acts and shall hold all records and monies of the Branch, subject to the disposition of the Association.

2.      **(Grounds for Suspension or Other Disciplinary Action)**

When an individual becomes a member of the NAACP, that individual pledges to abide by the rules and policies of the Association and the decisions of the Board of Directors.  The Board of Directors, upon satisfactory evidence that an officer or member of the Association, or of a subsidiary Unit of the Association is guilty of conduct not in accord with the principles, aims and purposes of the National Association for the Advancement of Colored People, as set forth in its Constitution, and as defined by the Board or Convention, or guilty of conduct inimical to the best interests of the National Association for the Advancement of Colored People, may order suspension, expulsion or other disciplinary action against such officer or member, after a full hearing if requested by the respondent in accord with the provisions of this Constitution.  Any member of the Association who files litigation against the National NAACP or against any of its units without having pursued the remedies within the framework of the Association, shall be deemed as exhibiting behavior not in accord with the principles, aims and purposes of the National Association for the Advancement of Colored People, meriting suspension, expulsion, or other disciplinary actions.

3.      *(Complaints)*

A complaint against an officer or member of a Branch of the NAACP may be initiated by any 20 members of the affected Branch and must be signed by such members and forwarded to the National Office and to the attention of the President and CEO as well as State/State-Area Conference. The National Office may seek input from said State/State-Area Conference on the complaint. The complaint must include the officer or member's mailing address.

4.      *(Authority of National President and CEO)*

[Adopted Effective March 2019]                 80

GRACEPLFS0001002

*Bylaws for Units of the NAACP*

Where the President and CEO of the National Office is satisfied that there is danger of irreparable harm to the Association or Unit involved and that immediate action is necessary, he may order an officer or member suspended pending a full hearing if requested by the respondent.

### 5.   *(Notice of Complaint and Right to Answer)*

Upon receipt of the complaint by certified or regular mail, the National Office shall forward a copy of the complaint by mail to the officer or member against whom it has been filed at the officer or member's correct address of record within ten (10) calendar days of receipt of the complaint. The respondent officer or member shall have fifteen (15) calendar days from the date of the receipt of the complaint to file a written response by certified and regular mail, sent to the attention of the Vice President of Field Operations and Membership Department. The 15-day period shall commence to run from the time service of the complaint is complete. Service of the complaint upon the officer or member shall be deemed complete five (5) days after the complaint was mailed by the Vice President of Field Operations and Membership Department.

### 6.   *(National Office Review and Investigation)*

The National Staff, upon receipt of the complaint, and the respondent's written response, shall conduct an investigation, render determinations and make recommendations and findings regarding the complaint, when no hearing is requested by the respondent, to the Committee on Membership and Units within ninety (90) calendar days of the respondent's written response. The National Staff shall prepare a record which includes all documentary matters submitted to it. Where a hearing is requested by the respondent, the National Office through the President and CEO or his designee, shall cause a hearing to be held by a panel of three members of the Board of Directors. The panel shall be appointed by the Chairperson of the Board's Committee on Membership and Units. The hearing panel shall convene within sixty (60) calendar days, of the receipt of the complaint or a soon as possible thereafter, and conduct a hearing according to the hearing procedure.

After receipt of the National Staff or hearing panel's decision, the complainant and respondent shall have fifteen (15) calendar days within which to appeal. Notice of Appeal shall be filed with the National Office, by certified and regular mail, to the attention of the Vice President of Field Operations and Membership Department, 4805 Mt. Hope Drive, Baltimore, MD 21215. If an appeal is filed, the National Office shall notify the Committee on Membership and Units within fifteen (15) days. The Committee on Membership and Units will review the findings and conclusions of the National Staff or hearing panel. Upon failure to appeal within a fifteen (15) day period, the complainant/respondent's opportunity to appeal is waived.

[Adopted Effective March 2019]                    81

GRACEPLFS0001003

*Bylaws for Units of the NAACP*

Should either party file an appeal to the National Office, the President and CEO or his designee shall cause an appellate hearing to be held by the Board of Directors. The panel shall be appointed by the Chairperson of the Board's Committee on Membership and Units. The hearing panel shall convene within sixty (60) calendar days, of the receipt of the appeal, or a soon as possible thereafter, and conduct an appellate hearing according to procedures.

7.        *(Hearing Procedure)*

The hearing panel shall review the written record and may allow oral argument by the parties or their spokesperson. Based on its review of the record, and oral argument, if any, the panel shall render findings and recommendations in the matter to the Board of Directors.      The Board of Directors shall affirm, reverse, modify the panel's recommendation, or deny a rehearing. The decision of the Board of Directors shall be final.

Appeals shall be based only on the written record. Appeal hearings will be conducted by a hearing panel which shall be appointed by the Chairperson of the Board's Committee on Membership and Units. The General Counsel or his/her designee shall serve as counsel for the panel. The appellants may be represented by oral argument by counsel or another person of their choosing. The parties may not present documentary evidence or testimony, but rather they may speak only from the written record before the panel.

8.        *(Notice of Findings and Action of the Board)*

Notice of the findings and action of the Board shall be sent to the officer or member by registered mail at his/her address on file in the National Office and, in the discretion of the Board of Directors, published in the official organ of the National Association.     Decisions affecting membership shall be forwarded to the National Membership Director.

## ARTICLE XI
## SUSPENSION AND REVOCATION OF CHARTER

The Charter of Authority received by a Unit upon its admission to the Association may be suspended or revoked by the Board of Directors of the Association, whenever the Board of Directors shall deem it in the best interest of the Association; provided, however, that a hearing consistent with Article X, Section 7 on such changes be held. Such charter suspension or revocation shall not invalidate the membership of any member of the Unit in the Association. Notice of the findings and action of the Board of Directors shall be sent by the President and CEO, by registered mail, to the President and

GRACEPLFS0001004

*Bylaws for Units of the NAACP*

Secretary of the Unit, and shall be published in the official organ of the National Association and in a newspaper of general circulation in the jurisdiction where the Unit is located.  Upon receipt of the notice by the President or Secretary by mail, publication or otherwise of charter suspension or revocation, the Unit shall cease to function and the officers shall forthwith forward all records, property and monies of the Unit to the Association where the same may be applied in its discretion for the benefit of the community wherein the Unit was located.

Notice of intent to revoke or suspend a charter shall be mailed to officers of the Unit on such terms and conditions as determined by the Board of Directors.

### ARTICLE XII
### INDEMNIFICATION

*1.      (Persons Covered)*

The Association shall furnish all duly elected directors or officers or staff of the Association or its subsidiaries and duly elected or Executive Committee members, of Units a legal defense and indemnification against judgments incurred as a result of specifically authorized actions on behalf of the NAACP and its programs.

**2.      (Limitation; Notice)**

This Article shall have no force or effect unless the person(s) affected forwards legal process to the General Counsel or his/her designee within a reasonable time to allow a defense to be made.

### ARTICLE XIII
### AMENDMENTS TO LOCAL BYLAWS

The Bylaws for Units of the Association, except for State/State-Area Conferences, may be amended by a two-thirds (2/3) vote of any Annual Convention of the Association provided the proposed amendment be submitted to the Resolutions Committee by the May 1st deadline.  The President and CEO shall provide copies of the proposed amendment(s) to all Units at least 30 days prior to the Annual Convention.

### ARTICLE XIV
### RATIFICATION OF BYLAWS

The Bylaws for Units of the National Association for the Advancement of Colored People becomes effective at Noon, on January 1, 2005, Eastern Standard Time. It supersedes any previous document outlining the policy and procedures of the

[Adopted Effective March 2019]                    83

GRACEPLFS0001005

*Bylaws for Units of the NAACP*

Association and its subordinate Units and the Bylaws, manuals and other documents duly adopted by the Board of Directors and subordinate to these Bylaws.

\*\*\*\*\*\*

GRACEPLFS0001006