

**National Association For The Advancement of Colored People**

P.O. Box 971515 -, Florida 33197
Dwight Bullard President
WWW.SouthDadeNAACP.org.
https://www.facebook.com/SouthDadeNAACP

Ms. Christine King
Chair Miami City Commission

Dear Chair King:

The NAACP holds the right of Black communities to vote in conditions that result in its voice being heard as the greatest right this democracy offers. Therefor the South Dade Branch of the NAACP is concerned about redistricting of the West Grove which has been part of Coconut Grove since before there was a City of Miami. We will be closely following the redistricting of the City of Miami's Commission Districts.

Sincerely,

Sen. Dwight Bullard President
Bradford E. Brown PhD Secretary (jabaribrad@aol.com, 786 205 1634)
Carolyn Donaldson Member Executive Committee

CC Commissioners City of Miami: Alex Diaz de la Portilla (district 1), Ken Russell (District 2), Joe Corollo (district 3), Manolo Reyes(district 4)

Attorney David Honig General Council Florida State Conference of NAACP

Professor Anthony Alfieri

PLAINTIFFS' TRIAL EXHIBIT P49 1:22-cv-24066-KMM

GRACEPLFS0001056