| Date: | Fri, 11 Mar 2022 3:13:40 AM (UTC) |
|---|---|
| Sent: | Fri, 11 Mar 2022 3:12:22 AM (UTC) |
| Subject: | Dilution of the Black residents of the Grove votes |
| From: | s <jabaribrad@aol.com> |
| To: | adiazdelaportilla@miamigov.com;  krussell@miamigov.com;  jcarollo@miamigov.com; mreyes@miamigov.com;  yharrell@miamigov.com; |
| CC: | fsuarez@miamigov.com;  legal@naacpnet.org; |
| Attachments: | NAACP  letterhead march 8 2022 Grove redistricting.docx |

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

# NAACP

South Dade Branch
P.O. Box 971515 -Miami, Florida 33197
Dwight Bullard President South Dade
WWW.SouthDadeNAACP.org .
https://www.facebook.com/SouthDadeNAACP

## Statement on City of Miami Redistricting

When the efforts to redistrict the City of Miami became public The South Dade Branch of the NAACP contacted the City Commission to say we would be following this effort closely and were very concerned about possible dilution of the ability of the Black Residents of the Grove to politically influence their future.   Last week along with the Miami Dade NAACP we stated that we opposed any solution to having one Grove that endangered the ability of the Black residents of District 5 to be able to elect a commissioner of their choice.

During this process we learned that the concern about redistricting is limited to those is Districts 2 and 5.  The other districts obviously see that given the population shifts they may gain small amounts of area but not enough to impact their influence as voters. District 5's concerns appear to be recognized and are met by numerous proposals.  We also learned that it is possible to keep District 5 a majority Black voter District while keeping one Grove. and meeting the tolerance requirement for equality among districts. There is no requirement to rush this effort and there is time for a more deliberative process.   Since redistricting can be challenged in court with the possibility of a judicial rather than legislative decision on boundaries it seems prudent to take the time to seek a local collaborative process.

While we recognize that the latest Commission proposal does not split the Black voter population, splitting is not the only way to dilute the impact of the Black community.   The integrity of the CRA is also important and the loss of area for business development in the area inside of US 1 can impact the viability of a community already under attack from gentrification.  One of the avenues for the Black Residents of the Grove to influence its destiny is the Village Council.  The Village Council now has significance within District 2 and then the city as a whole.  Redistricting that reduces its influence is also of concern. The Black Residents of the Grove has been an influential part of the area of the City of Miami since before incorporation and throughout its history.  Although decreased in numbers it still should be able to thrive and continue to be part of the yeast that shapes the



PLAINTIFFS' TRIAL EXHIBIT

P50

1:22-cv-24066-KMM

COM24066-059114