| | |
|---|---|
| Date: | Thu, 24 Mar 2022 12:44:37 AM (UTC) |
| Sent: | Thu, 24 Mar 2022 12:43:19 AM (UTC) |
| Subject: | Miami Redistricting |
| From: | s <jabaribrad@aol.com> |
| To: | yharrell@miamigov.com; mreyes@miamigov.com; jcarollo@miamigov.com; krussell@miamigov.com; adiazdelaportilla@miamigov.com; |
| CC: | fsuarez@miamigov.com; |
| Attachments: | NAACP joint l letterhead redistrictig Mar 24.docx |

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.

NAACP
Statement
3/23/2022
City of Miami Redistricting

Last week at the conclusion of the City of Miami's Commission meeting, all signs indicated that a resolution that is fair and would meet the concerns expressed by residents and commissioners, would be possible. Maps were shown that moved the persons in West Grove back into District 2. The remaining area in the triangle reference does not have significant number of voters so moving it back would not impact the numbers, but would give the West Grove access to an area with economic develop potential which is one of the goals of the new CRA.

Likewise moving District 5 was maintained in the various proposals and restoring it to its previous boundary near the Miami River does not at this time involve significant voters. If District 5 grows in the future it is on the low side of the average number of voters and as a District has the greatest need for economic develop. Commissioner Manolo Reyes offered to consider compromises that might impact his District. Commissioner Carollo emphatically removed any consideration of his property presently in District 2 as a factor withdrawing even withdrawing his participation from the decision.

The attendance at the various meeting held by the Commissioners as well as the Commission meetings indicates that the residents of Districts 1, 3 and 4 are expecting that whatever changes occur their districts will continue to provide the services they now receive. District 5 concerns should be able to be met without impacting the numbers or services. The numbers needed to be changed to keep One Grove (definitely a community of common interests), with US 1 as a boundary should be able to be obtained.

The South Dade NAACP with support from the Miami-Dade NAACP urges the Commission to meet the concerns that have been expressed by residents feeling impacted by the initial proposals as well as Commissioner's concerns that have been expressed.

Fighting forward


PLAINTIFFS' TRIAL EXHIBIT
P51
1:22-cv-24066-KMM

COM24066-060646