| | |
|---|---|
| **Date:** | Mon, 28 Mar 2022 6:07:25 PM (UTC) |
| **Sent:** | Mon, 28 Mar 2022 6:07:20 PM (UTC) |
| **Subject:** | Use your veto power |
| **From:** | Daniella Pierre <daniellapierre@live.com> |
| **To:** | fsuarez@miamigov.com; |
| **CC:** | npascual@miamigov.com; Oboudet@miamigov.com; ELeal@miamigov.com; clerks@miamigov.com; jflechas@miamiherald.com; Dr. Brown <jabaribrad@aol.com>; |
| **Attachments:** | Use your veto power.pdf |

**CAUTION:** This is an email from an external source. Do not click links or open attachments unless you recognize the sender and know the content is safe.



**Miami-Dade Branch of the NAACP**
P.O. Box 315 Opa-Locka, Florida 33054

March 28, 2022

Dear Mayor Francis Suarez:

As a civil rights organization, we have a duty to protect our democracy and prevent unfair redistricting plans that pose a threat to equal representation under the law.

In our collective effort to do so, we challenge state, statues, policies and local procedures that go against traditional redistricting principles and obligations under the Voting Rights Act.

Therefore, the Miami Branches of the NAACP urge you to veto the districts established on March 24, 2022, and work to achieve an equitable and fair redistricting solution for all.

*Fighting forward,*

**Daniella Pierre**
Branch President
Silver Life Member
Miami-Dade Branch of the NAACP | Unit #5116
Website: miamidadenaacp.com



PLAINTIFFS' TRIAL EXHIBIT

**P52**

1:22-cv-24066-KMM

COM24066-060875

Branch hotline: 1-877-NAACP-09
Stay connected! Sign-up for our mailing list here:
https://lp.constantcontactpages.com/su/PooNvWb/MiamiDadeNAACPNews

COM24066-060876