

Submitted into the public record for item(s) SP.1 on 2/25/2022  City Clerk

South Dade and Miami-Dade Branches
P.O. Box 971515 -Miami, Florida 33197
P.O. Box 315 Opa-Locka, Florida 33054
Dwight Bullard – President, South Dade Branch
Daniella Pierre – President Miami-Dade Branch
www.SouthDadeNAACP.org.
https://www.facebook.com/SouthDadeNAACP

Ms. Christine King
Chairwoman, Miami City Commission

Dear Chairwoman King:

The NAACP holds the right of Black communities to vote in conditions that result in its voice being heard as the greatest right this democracy offers. As such, the South Dade and Miami-Dade Branches of the NAACP are greatly concerned by efforts to redistrict the West Grove. Since prior to the incorporation of the City of Miami back in 1896, West Grove has always been a part of Coconut Grove. We support keeping Coconut Grove together.

Therefore, we oppose any effort that would dilute the Black vote within District 2 and the advantage of being able to help shape one Coconut Grove with broad Mayoral and commission support. Furthermore, both branches of the NAACP also oppose any dismantling of the Black vote in District 5 and their ability to elect a commissioner of their choice.

Always Fighting Forward,

/ss/

Sen. Dwight Bullard, President, South Dade NAACP
Daniella Pierre, President, Miami-Dade Branch NAACP
Bradford E. Brown, PhD, Secretary South Dade NAACP (secretary@southdadenaacp.org, 786/205-1634)
Carolyn Donaldson, Executive Committee Member, South Dade Branch

cc: City of Miami Commissioners:
Alex Diaz de la Portilla (District 1),
Ken Russell (District 2),
Joe Carollo (District 3),
Manolo Reyes (District 4)
Attorney David Honig, General Counsel, Florida State Conference of the NAACP
Anthony V. Alfieri, Professor, University of Miami School of Law
Adora Obi Nweze, President, Florida State Conference NAACP
Derrick Johnson, President NAACP
Leon Russell, Chairman of the Board, NAACP

11493 Submittal - Carol Jackson - NAACP Letter



PLAINTIFFS' TRIAL EXHIBIT
P54
1:22-cv-24066-KMM

COM24066-045212