# June 14th Overtown Redistricting Forum

COMMUNITY EVENT

**Wednesday, June 14, 2023 6:30 PM - 7:30 PM ET**

Overtown Performing Arts Center, 1074 NW 3rd Ave, Miami, FL 33136

Following the Census every 10 years, federal, state, and municipal governments are tasked with redrawing district lines to account for population changes and growth.

The City of Miami failed to draw fair maps or include the community meaningfully in our redistricting process. Grove Rights and Community Equity (GRACE), the South Dade NAACP, and Miami-Dade NAACP, five individual residents, and Engage Miami sued the City of Miami over the proposed district map they created in 2022 because Miami residents deserve fair representation. On May 23, 2023, the courts rejected the map diminishing the voting power of Black and Latinx Miamians.

This victory holds our local government accountable in redrawing fair maps and brings us closer to true democracy. This is your chance to get involved in the redrawing of fair maps for the City of Miami! Come to our community forum to learn more about our proposed community maps and how we can continue to fight for fair representation for all.

View the proposed community maps here.

RSVP below!

## Community Forum

Grove Rights and Community Equity (GRACE), South Dade NAACP, Miami-Dade NAACP, ACLU of Florida, and Engage Miami are hosting a community forum to share our proposed City of Miami district maps and inform the community about how to get involved in the redistricting process.

Wednesday, June 14 at 6:30 p.m.

Overtown Performing Arts Center
1074 NW 3rd Ave,
Miami, FL 33136

RSVP bit.ly/miamicitymap

PLAINTIFFS' TRIAL EXHIBIT
P57
1:22-cv-24066-KMM

GRACEPLFS0000024