# City of Miami Community Forum on Redistricting

COMMUNITY EVENT

**Monday, June 5, 2023 6:30 PM - 8:00 PM ET**

Greater St. Paul A.M.E. Church, Paul 3680, Miami, FL 33133

Following the Census every 10 years, federal, state, and municipal governments are tasked with redrawing district lines to account for population changes and growth.

The City of Miami failed to draw fair maps or include the community meaningfully in our redistricting process. Grove Rights and Community Equity (GRACE), the South Dade NAACP, and Miami-Dade NAACP, five individual residents, and Engage Miami sued the City of Miami over the proposed district map they created in 2022 because Miami residents deserve fair representation. On May 23, 2023, the courts rejected the map diminishing the voting power of Black and Latinx Miamians.

This victory holds our local government accountable in redrawing fair maps and brings us closer to true democracy. This is your chance to get involved in the redrawing of fair maps for the City of Miami! Come to our community forum to learn more about our proposed community maps and how we can continue to fight for fair representation for all.

View the proposed community maps here.

## Community Forum

We're having a community forum with GRACE and the South Dade and Miami-Dade NAACP branches to share our proposed maps and inform the community about how to get involved.

Monday, June 5 at 6:30 p.m.

Greater St Paul A.M.E. Church
3680 Thomas Avenue
Miami, FL 33133

RSVP bit.ly/miami-map



PLAINTIFFS' TRIAL EXHIBIT
**P58**
1:22-cv-24066-KMM

GRACEPLFS0000025