



GRACEPLFS0001278