**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

      *Plaintiffs*,

v.

CITY OF MIAMI,

      *Defendant*.

                           /

**PLAINTIFFS' NOTICE OF FILING ADMITTED TRIAL EXHIBITS**
**(VOLUME III of III)**

Pursuant to Local Rule 5.3(b)(2) and the Court's Paperless Order Scheduling Trial (ECF

32), Plaintiffs file the attached exhibits admitted into evidence at trial:s

| Plfs.' Tr. Ex. | Description |
|---|---|
| 60 | Yanelis Valdes State ID |
| 61 | Jared Johnson State ID |
| 62 | Alexandra Contreras Voter Card |
| 63 | Steven Miro Voter Card |
| 64 | 1997 Plan |
| 65 | 2003 Plan |
| 66 | 2013 Plan |
| 67 | 2022 Plan |
| 68 | Feb. 7, 2022 Draft |
| 69 | Feb. 22, 2022 Draft/Base Plan |
| 70 | Russell Sketch |
| 71 | Initial Russell Plan |
| 72 | Revised Russell Plan |
| 73 | Reyes Plan |
| 76 | 2023 Plan |
| 77 | Version 12 |
| 78 | D1 Alt Map (Version 14) |
| 79 | D2 Alt Map |
| 80 | D3 Alt Map v1 |

| 81 | D3 Alt Map v2 |
|----|---------------|
| 82 | D5 Alt Map |
| 83 | Areas Moved from 2022 Plan to 2023 Plan |
| 84 | Map Comparing Version 12 to 2023 Plan |
| 119 | Report of Dr. Bryant Moy |
| 120 | Dr. Bryant Moy's CV |
| 121 | Report of Dr. Carolyn Abott |
| 122 | Report of Dr. Cory McCartan |
| 123 | March 29, 2023 Preliminary Injunction Hearing Transcript Excerpt |

Respectfully submitted February 2, 2024,

*/s/ Caroline A. McNamara*

Nicholas L.V. Warren (FBN 1019018)
**ACLU Foundation of Florida**
1809 Art Museum Drive, Suite 203
Jacksonville, FL 32207
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara (FBN 1038312)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Gregory P. Luib*
**Dechert LLP**
1900 K Street NW
Washington, DC 20006
(202) 261-3413
gregory.luib@dechert.com

Neil A. Steiner*
Julia Markham-Cameron*
**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3822
neil.steiner@dechert.com
julia.markham-cameron@dechert.com

Christopher J. Merken*
**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2380
christopher.merken@dechert.com

*\* Admitted pro hac vice*

*Counsel for Plaintiffs*