

PLAINTIFFS' TRIAL EXHIBIT
P63
1:22-cv-24066-KMM

GRACEPLFS0001285