

PLAINTIFFS' TRIAL EXHIBIT
P64
1:22-cv-24066-KMM