

2003 Plan

PLAINTIFFS' TRIAL
EXHIBIT

P65

1:22-cv-24066-KMM