

## 2022 Enjoined Plan

**Districts**
1
2
3
4
5

PLAINTIFFS' TRIAL EXHIBIT

P67

1:22-cv-24066-KMM