

Feb. 7 Draft

PLAINTIFFS' TRIAL
EXHIBIT

P68

1:22-cv-24066-KMM



**Feb. 7 Draft**
*2013 Plan overlaid in blue lines*



**Feb. 7 Draft: Changes to District 5**
*Hatching indicates areas of focus. 2013 Plan overlaid in blue lines.*

Moved into
D5 from D2

Moved into
D1 from D5

**Feb. 7 Draft: Riverside Area Moved into District 1**
*Hatching indicates areas of focus. 2013 Plan overlaid in blue lines.*

Moved into D1 from D5
70.4% HVAP
20.0% BVAP



**Feb. 7 Draft: Areas Moved from District 2 into 3 and 4**
*Hatching indicates areas of focus. 2013 Plan overlaid in blue lines.*