

Feb. 22 Draft (Base Plan)

PLAINTIFFS' TRIAL EXHIBIT

P69

1:22-cv-24066-KMM

exhibitsticker.com



**Feb. 22 Draft (Base Plan)**
*Feb. 7 Draft overlaid in blue lines*



**Feb. 22 Draft (Base Plan)**
*2013 Plan overlaid in blue lines*



**Base Plan: Downtown Changes to District 5**

*Hatching indicates areas of focus. Feb. 7 Draft overlaid in blue lines.*



**Base/Enacted Plan: Allapattah Changes**

**Base/Enacted Plan: Areas Moved from District 2 into 3 and 4**
*Hatching indicates areas of focus. 2013 Plan overlaid in blue lines.*

Brickell

Coconut Grove Neighborhood Conservation Districts (NCD-2 & NCD-3)

I-95

The Roads

Brickell Hammock

③

②

Latin Quarter

Alatka St

Natoma Manors

SW 30th Rd

S Bayshore Dr

SW 22nd Ave

S Dixie Hwy/US 1

LITTLE HAVANA

Shenandoah

SW 27th Ave

Silver Bluff Estates

④

The Pines

Bird Ave

Silver Court Trailer Park

SW 32nd Ave

Douglas Park

Woodlawn Park Cemetery

**Base/Enacted Plan: Borders of Districts 1, 3, and 4**

*Hatching indicates areas of focus. 2013 Plan overlaid in blue lines.*

