

Russell Sketch
(*blue line over 2013 Plan*)

PLAINTIFFS' TRIAL EXHIBIT
P70
1:22-cv-24066-KMM