



**Initial Russell Plan: Areas Moved from District 2 into Districts 3 and 4**
*Hatching indicates areas of focus. 2013 Plan overlaid in blue lines.*