

Areas Moved between Enjoined Plan and Res. 23-271


PLAINTIFFS' TRIAL EXHIBIT
P83
1:22-cv-24066-KMM