





PLAINTIFFS' TRIAL EXHIBIT P84 1:22-cv-24066-KMM