# Bryant J. Moy

| | | |
|---|---|---|
| CONTACT INFORMATION | Wilf Family Department of Politics<br>19 W. 4th Street (Room 223)<br>New York, NY, 10012 | 501-952-8756<br>bryant.moy@nyu.edu<br>www.bryantjmoy.com |

EMPLOYMENT   **New York University**, New York City, NY

   Assistant Professor, **Department of Politics**, Starting September 2024

   Data Science Faculty Fellow, **Center for Data Science**, July 2022 -

   Visiting Assistant Professor, **Department of Politics**, July 2022 -

EDUCATION   **Washington University in St. Louis**, St. Louis, MO

   Ph.D., Political Science, 2022
   - Chair: Jacob Montgomery
   - *Three Essays on Local Government: Responsiveness, Transparency, and Discriminatory Ordinances*

   M.A., Political Science, 2018

   **Arkansas State University**, Jonesboro, AR

   M.A., Political Science, 2016
   - Thesis: *Economic Freedom's Clash with Participatory Democracy*
   - Committee: (Chair) Rollin Tusalem, Jacob Ausderan, and Hans Hacker

   B.A., Political Science, May 2014
   - *Cum Laude*

RESEARCH INTERESTS
**Substantive:** American Politics, Local/Urban Politics, Race & Ethnic Politics
**Methodological:** Causal Inference, Experimental Design, Computational Methods

PUBLICATIONS

3. **Moy, Bryant J.** 2021. "Can Social Pressure Induce Responsiveness? An Open Records Field Experiment with Mayoral Offices." *Journal of Experimental Political Science,* 8(2), 117-127. doi: 10.1017/XPS.2020.22

2. Gimpel, Jim, Nathan Lovin, **Bryant Moy**, and Andrew Reeves. 2020. "The Urban-Rural Gulf in American Political Behavior" *Political Behavior,* 42, 1343-1368. doi: 10.1007/s11109-020-09601-w

1. Reeves, Andrew, David Miller, and **Bryant J. Moy**. 2018. "U.S. Presidential Campaigns and Their Impact." *Oxford Bibliographies in Political Science*, ed. by L. S. Maisel. Oxford University Press. doi: 10.1093/OBO/9780199756223-0156

OTHER PUBLICATIONS

1. O'Brochta, William and **Bryant J. Moy**. 2021. "Department-Level Graduate Student Peer Teaching Workshops." *The Political Science Educator.* 25(1) 6-8.



WORKING PAPERS

3. **Moy, Bryant J.** "Responsiveness in the Patchwork of Local Government"
   - Won Best Poster Award (Applications). PolMeth XXXVIII. July 2021.

2. **Moy, Bryant J.** "Racial Threat and Policy Adoption in Local Government: The Emergence of Criminal Activity Nuisance Ordinances in Ohio Municipalities"

1. Ornstein Joseph T., Amanda J. Heideman, **Bryant J. Moy**, Kaylyn Jackson Schiff. "What Do Voters Want in Their Mayor? Evidence from a Survey Experiment"

IN PREPARATION

2. Dasanaike, Noah, Jacob Montgomery, **Bryant J. Moy**, and Santiago Olivella. "Small-area estimation using Gaussian Process grouped IRT regression and post-stratification"

1. **Bryant J. Moy** and Jiaxu Ren. "Improving Confidence in RDDs: Discontinuity Detection through Bayesian Change Point Analysis"

INVITED TALKS

3. "Racial Threat and the Emergence of Discriminatory Ordinances." NYU Wagner Research Seminar, Oct 20, 2022

2. "Responsiveness in the Patchwork of Local Government." Junior Americanist Workshop Series (JAWS), December 2021

1. "Responsiveness in the Patchwork of Local Government." The George Rabinowitz Seminar Series, American Politics Research Group. University of North Carolina - Chapel Hill. Oct. 29, 2021.

CONFERENCE PRESENTATION

15. Ornstein Joseph T., Amanda J. Heideman, **Bryant J. Moy**, Kaylyn Jackson Schiff. "What Do Voters Want in Their Mayor? Evidence from a Survey Experiment" Midwest Political Science Association, April 2023

14. **Moy, Bryant J.** "Racial Threat and the Emergence of Criminal Activity Nuisance Ordinances" Southern Political Science Association (SPSA), January 2023

13. **Moy, Bryant J.** "Racial Threat and the Emergence of Criminal Activity Nuisance Ordinances" Local Political Economy Pre-Conference (LPEC), September 2022

12. **Moy, Bryant J.** "Racial Threat and the Emergence of Criminal Activity Nuisance Ordinances" American Political Science Association, September 2022

11. **Moy, Bryant J.** "Racial Threat and the Emergence of Criminal Activity Nuisance Ordinances" PolMeth XXXIX, July 2022 (Poster)

10. **Moy, Bryant J.** "Racial Threat and the Emergence of Criminal Activity Nuisance Ordinances" Midwest Political Science Association, April 2022

9. **Moy, Bryant J.** "Responsiveness in the Patchwork of Local Government" Southern Political Science Association, January 14, 2022.

8. **Moy, Bryant J.** "The Dynamic City: Responsiveness in Local Government?" American Political Science Association, Oct 1, 2021. (iPoster)

7. **Moy, Bryant J.**. "Responsiveness in a Fragmented Local Politics" PolMeth XXXVIII. July 13-16, 2021. (Poster)

6. Dasanaike, Noah, Jacob Montgomery, **Bryant J. Moy**, and Santiago Olivella. "Small-area estimation using Gaussian Process grouped IRT regression and post-stratification" St. Louis Area Methods Meeting (SLAMM) May 7, 2021.

5. **Moy, Bryant J.** "The Limited City: Does Dynamic Responsiveness Exist in Local Government?" Midwest Political Science Association, April 17, 2021.

4. **Moy, Bryant J.** "Can Social Pressure Induce Responsiveness? An Open Records Field Experiment with Mayoral Offices." (Cancelled - COVID) Midwest Political Science Association, 2020.

3. Rickert, Patrick, Nicholas Waterbury, and **Bryant J. Moy**. "Changing Principals: Committee Chair Effectiveness in a Partisan Congress" American Political Science Association. Washington, DC. August 29 - September 1, 2019 (Poster)

2. Gimpel, Jim, Nathan Lovin, **Bryant J. Moy**, and Andrew Reeves. "The Urban-Rural Gulf in American Political Behavior" Midwest Political Science Association, Chicago, IL. April 5 - 8, 2018

1. Hacker, Hans J., Lisa Bohn, and **Bryant J. Moy**. "A Grave Responsibility: Teaching Social Justice through an Interdisciplinary, Curricular/Extra-Curricular, Collaborative Experience." Southwestern Social Science Association. April 2015.

## Grants

**Internal**
- Institute for Human Development and Social Change (IHDSC), New York University. *Proposal Title:* Criminal Activity Nuisance Ordinances: A National Assessment. *Summary:* A seed grant to build a national database of Criminal Activity Nuisance Ordinances. **2023-2024**

## Awards and Fellowships

Award — American Political Science Association (Urban and Local Politics Section)
- Susan Clarke Young Scholars Award — 2022

Award — Society for Political Methodology
- Best Poster Award (Applications) — July 2021

Fellowship — Washington University in St. Louis
- Graduate Fellowship — Fall 2016 - 2022
- The Otto E. Gansow Memorial Scholarship — Fall 2017

Fellowship — Institute for Humane Studies
- Junior Fellowship $6,000 — Summer 2023
- Summer Graduate Research Fellow $6,000 — Summer 2022
- Summer Graduate Research Fellow $5,000 — Summer 2021

Fellowship — Mercatus Center
- Bastiat Fellowship $5,000 — 2021-2022
- Don Lavoie Fellowship $1,250 — Spring 2021

Travel Awards — Washington University in St. Louis
- Travel Grant, Department of Political Science $200 — Spring 2017

Awards/Grants — Arkansas State University
- Travel Grant, Department of Political Science $500 — Spring 2015
- Travel Assistance Award, Graduate School, $400 — Spring 2015
- Outstanding M.A. Student Award — May 2016

## Teaching Experience

Data Science Faculty Fellow — Fall 2022, Fall 2023
  DS-UA 201: Causal Inference
  New York University

Data Science Faculty Fellow — Summer 2023
  DS-GA 1009 Practical Training for Data Science
  New York University

|  |  |  |
|---|---|---|
|  | Trainer | Fall 2019 - Fall 2020 |
|  | SQL, Relational Databases, and Voter Files |  |
|  | Washington University in St. Louis |  |

        Trainer      Fall 2019 - Fall 2020
           SQL, Relational Databases, and Voter Files
           Washington University in St. Louis

        Instructor      Summer 2019
           Introduction to American Politics
           Student Evaluation Mean 4.83 (out of 5)
           Washington University in St. Louis

        Instructor      Spring 2015
           POSC 2103 - Introduction to United States Government
           Student Evaluation Mean 3.56 (out of 4)
           Arkansas State University

**TEACHING ASSISTANT**

*Teaching Assistant*
- *Causal Inference: Panel Data - Short Course* (Instructor: Yiqing Xu) Summer 2021
- Business of Elections (Instructor: Andrew Reeves and Steve Malter)   Fall 2020
- Privacy in the Digital Age (Instructor: Sunita Parikh)   Spring 2020
- Research Design (Instructor: Matthew Gabel)   Fall 2019
- Health Politics (Instructor: Darl Lewis)   Spring 2019
- Introduction to American Politics (Instructor: Andrew Reeves)   Fall 2017, 2018

**PROFESSIONAL EXPERIENCE**

*Data Analyst*
- Jon Ossoff for U.S. Senate   2020-2021

*Expert Report/Witness*
- Expert report commissioned by the ACLU of Florida analyzing racially polarized voting in the City of Miami. *GRACE, Inc. v. City of Miami*   2022-2023

*Advisor – Key Votes Team*
- Review bill selection and summaries for the Key Votes team at *Vote Smart*.   2023

**SERVICE**

- Reviewer: *American Political Science Review*, *American Journal of Political Science*, *American Politics Research*, *Journal of Politics*, *Political Behavior*, *Political Research Quarterly*, *Politics & Policy*

- Dean's Student Advisory (Infrastructure) Committee,   Fall 2015
  College of Humanities and Social Science, Arkansas State University

- *Assistant Coach* to the Arkansas State Moot Court Team   Fall 2014 - Spring 2016

- *Organizer* Political Science Department Film Series.   Spring 2014
  "*Trading Places*: In a socioeconomic and race perspective"

**TECHNICAL SKILLS**   R, SQL, Stata, LaTeX, Qualtrics, Python

Updated: August 25, 2023