IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24660-KMM

GRACE, Inc., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/



FILED BY _____ D.C.
FEB 05 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF FILING DEFENDANT'S EXHIBITS ADMITTED AT TRIAL

Pursuant to Local Rule 5.3(b)(2), Defendant hereby files this Notice of Filing Defendant's Exhibits Admitted at Trial during January 29-30, 2024. The following is a list of all Exhibits admitted, with each Exhibit attached hereto.[1]

| D's Exhibit No. | Description |
|---|---|
| 1 | City of Miami Resolution R-21-0485 |
| 2 | City of Miami Resolution R-22-0030 |
| 3 | City of Miami Resolution R-22-0031 |
| 4 | City of Miami Resolution R-22-0032 |
| 5 | City of Miami Resolution R-22-0033 |
| 6 | City of Miami Resolution R-22-0070 |
| 7 | City of Miami Resolution R-22-0085 |
| 8 | City of Miami Resolution R-22-0114 |
| 9 | City of Miami Resolution R-22-0117 |
| 10 | City of Miami Resolution R-23-0171 |
| 12 | City of Miami Resolution R-22-131 adopting Enacted Plan, with exhibit |
| 13 | City of Miami Master Report on Resolution R-22-131 |
| 22 | Consultant Presentations made to the Miami City Commission on November 18, 2021 |

---

[1] Defendant's Exhibit 30 contains gigabytes of voluminous information regarding census data. This Exhibit will instead be physically filed with the Court via a thumb drive.

| 23 | Consultant Presentations made to the Miami City Commission on February 7, 2022 |
|---|---|
| 24 | Consultant Presentations made to the Miami City Commission on February 25, 2022 |
| 29 | P.L. 94-171 Redistricting Data for City of Miami |
| 30 | Data utilized and relied on by City of Miami Consultants in drawing Enacted Plan, including current and historic demographic data, and current and historic elections data |
| 34 | Redistricting Miami 2022, Revised Districting Plan Report by Miguel A. De Grandy, Esq. and Stephen M. Cody, J.D. dated February 22, 2022 |
| 55 | Expert Report – John Alford, Ph.D. |
| 58 | Documents produced by Plaintiffs and their experts, including Plaintiffs' expert reports, Plaintiffs' Plans 1 through 4, and the associated demographic data |
| 61 | All demonstrative exhibits |
| 62 | John Alford, Ph.D. Updated Curriculum Vitae |
| 63 | Summary of 2018 Voting Data |

Respectfully submitted on February 2, 2024.

By: /s/ Christopher N. Johnson

GRAYROBINSON, P.A.
Jason L. Unger
Florida Bar No. 991562
Jason.unger@gray-robinson.com
George T. Levesque
Florida Bar No. 55551
George.levesque@gray-robinson.com
Andy Bardos
Florida Bar No. 822671
Andy.bardos@gray-robinson.com
301 S. Bronough Street, Suite 600
Tallahassee, Florida 32301
Telephone: (850) 577-9090
Facsimile: (850) 577-3311

Christopher N. Johnson
Florida Bar No. 69329
Christopher.Johnson@gray-robinson.com
Marlene Quintana, B.C.S.
Florida Bar No. 88358
Marlene.Quintana@gray-robinson.com
Fabian A. Ruiz
Florida Bar No. 117928
Fabian.ruiz@gray-robinson.com

Jessica D. Santos
Florida Bar No. 1038776
Jessica.santos@gray-robinson.com
Sydney M. Feldman
Florida Bar No. 1017798
Sydney.feldman@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

CITY OF MIAMI
Victoria Méndez, City Attorney
Florida Bar No. 194931
John A. Greco, Chief Deputy City Attorney
Florida Bar No. 991236
Kevin R. Jones, Deputy City Attorney
Florida Bar No. 119067
Eric J. Eves, Assistant City Attorney
Florida Bar No. 91053
Office of the City Attorney
444 SW 2nd Avenue
Miami, Florida 33130
Telephone: (305) 416-1800
Facsimile: (305) 416-1801

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd of February 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve this document on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Christopher N. Johnson*