United States District Court
Southern District of Florida

Case Number: 22CV24660

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: __Miami__

These Documents/Exhibits must **not** be placed in the "temp chron file".

---

**Documents/Exhibits Retained in Supplemental Files (Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

**Documents/Exhibits Retained in Supplemental Files (Not Scanned)**

_X_ • CD, DVD, USB drive. (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 2/5/24

Revised: 2/20/2019

