IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    *Plaintiffs*,

v.

CITY OF MIAMI,

    *Defendant*.

_____/

### **PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Rule 7.8, Plaintiffs give notice of the following supplemental authority: *Common Cause, Fla. v. Byrd*, No. 4:22-cv-109-AW-MAF, 2024 WL 1308119, at *39–42, 45–47 (N.D. Fla. Mar. 27, 2024) (three-judge court) (per curiam).

The decision is the district court's findings of fact and conclusions of law in a challenge to Florida's congressional map under a different Fourteenth Amendment theory. But pertinent to this case, the decision (1) applies the one plaintiff standing rule in a decision on the merits and (2) finds that a membership organization can establish standing to challenge electoral districts with similar evidence as in this case, including when the organization keeps confidential the details of its membership information.

The decision supports Plaintiffs' Proposed Findings of Fact and Conclusions of Law (ECF No. 181) ¶¶ 7, 26–28.

Respectfully submitted March 29, 2024,

 /s/ Nicholas L.V. Warren

Nicholas L.V. Warren (FBN 1019018)    Neil A. Steiner*
**ACLU Foundation of Florida**    Julia Markham-Cameron*
1809 Art Museum Drive, Suite 203    **Dechert LLP**
Jacksonville, FL 32207    Three Bryant Park

(786) 363-1769  
nwarren@aclufl.org  

Daniel B. Tilley (FBN 102882)  
Caroline A. McNamara (FBN 1038312)  
**ACLU Foundation of Florida**  
4343 West Flagler Street, Suite 400  
Miami, FL 33134  
(786) 363-2714  
dtilley@aclufl.org  
cmcnamara@aclufl.org  

Gregory P. Luib*  
**Dechert LLP**  
1900 K Street NW  
Washington, DC 20006  
(202) 261-3413  
gregory.luib@dechert.com  

1095 Avenue of the Americas  
New York, NY 10036  
(212) 698-3822  
neil.steiner@dechert.com  
julia.markham-cameron@dechert.com  

Christopher J. Merken*  
**Dechert LLP**  
Cira Centre  
2929 Arch Street  
Philadelphia, PA 19104  
(215) 994-2380  
christopher.merken@dechert.com  

*\* Admitted pro hac vice*

*Counsel for Plaintiffs*