UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    Plaintiffs,

v.

CITY OF MIAMI,

    Defendant.

_____/

**JOINT MOTION FOR STAY AND CONTINUANCE**

    Plaintiffs, GRACE, Inc., Engage Miami, Inc., South Dade Branch of the NAACP, Miami-Dade Branch of the NAACP, Clarice Cooper, Yanelis Valdes, Jared Johnson, Alexandra Contreras and Steven Miro, and Defendant, City of Miami, (collectively, the "Parties"), and by and through the Parties' undersigned counsel, hereby move for a stay and continuance in this matter and state as follows:

    1.    The Parties have been negotiating in good faith toward a mutually agreeable resolution to this case and related litigation and believe they may have reached that resolution, but require more time to finalize the details and bring the matter for consideration to the City Commission.

    2.    Based upon the current procedural requirements for notice and hearing, the Parties believe that the matter may be submitted to the City Commission for consideration at its May 9, 2024 meeting.

    3.    The Parties anticipate being able to provide the court with a status report following the May 9, 2024 Commission meeting.

1

4. To avoid further expenditure of time and resources of the Court and the Parties and to afford the ability to focus on finalizing the mutually agreeable resolution, the Parties jointly request this Court stay and continue the deadlines and hearing set in its recent order (ECF No. 186) until after the May 9, 2024 Commission Meeting.

WHEREFORE, the Parties, Plaintiffs, GRACE, Inc., Engage Miami, Inc., South Dade Branch of the NAACP, Miami-Dade Branch of the NAACP, Clarice Cooper, Yanelis Valdes, Jared Johnson, Alexandra Contreras and Steven Miro, and Defendant, City of Miami, respectfully request that this Court enter an Order granting this Joint Motion for Stay and Continuance in this action and continue all deadlines and hearings set forth in ECF No. 186 until sometime after May 9, 2024.

Respectfully submitted this 17th day of April 2024.

| | |
|---|---|
| /s/ Caroline A. McNamara | /s/ George T. Levesque |
| Nicholas L.V. Warren (FBN 1019018) | Jason L. Unger, Esquire |
| **ACLU Foundation of Florida, Inc**. | Florida Bar No. 991562 |
| 336 East College Avenue, Suite 203 | Jason.Unger@gray-robinson.com |
| Tallahassee, FL 32301 | George T. Levesque |
| (786) 363-1769 | Florida Bar No. 55551 |
| nwarren@aclufl.org | George.Levesque@gray-robinson.com |
| | Andy Bardos |
| Daniel B. Tilley (FBN 102882) | Florida Bar No. 822671 |
| Caroline A. McNamara (FBN 1038312) | Andy.Bardos@gray-robinson.com |
| **ACLU Foundation of Florida, Inc**. | **GRAYROBINSON, P.A.** |
| 4343 West Flagler Street, Suite 400 | 301 S. Bronough Street |
| Miami, FL 33134 | Suite 600 |
| (786) 363-2714 | Tallahassee, Florida 32301 |
| dtilley@aclufl.org | Telephone: (850) 577-9090 |
| cmcnamara@aclufl.org | Facsimile: (850) 577-3311 |
| | |
| Neil A. Steiner* | Christopher N. Johnson |
| Julia Markham-Cameron* | Florida Bar No. 69329 |
| **Dechert LLP** | Christopher.Johnson@gray-robinson.com |
| Three Bryant Park | Marlene Quintana, B.C.S. |
| 1095 Avenue of the Americas | Florida Bar No. 88358 |
| New York, NY 10036 | Marlene.Quintana@gray-robinson.com |
| (212) 698-3822 | Fabian A. Ruiz |

2

neil.steiner@dechert.com

Christopher J. Merken*
**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-2380
christopher.merken@dechert.com

Gregory P. Luib*
**Dechert LLP**
1900 K Street NW
Washington, DC 20006
(202) 261-3413
Gregory.luib@dechert.com

*\* Admitted pro hac vice*

*Counsel for Plaintiffs*

Florida Bar No. 117928
Fabian.Ruiz@gray-robinson.com
Jessica D. Santos
Florida Bar No. 1038776
Jessica.Santos@gray-robinson.com
**GRAYROBINSON, P.A.**
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887

CITY OF MIAMI
VICTORIA MÉNDEZ, City Attorney
Florida Bar No. 194931
JOHN A. GRECO, Chief Deputy City Attorney
Florida Bar No. 991236
KEVIN R. JONES, Deputy City Attorney
Florida Bar No. 119067
Office of the City Attorney
444 S.W. 2nd Avenue
Miami, FL 33130
*Telephone: (305) 416-1800*
*Facsimile:  (305) 416-1801*
*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of April, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will serve this document on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

 */s/ George T. Levesque*
George T. Levesque