UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22-cv-24066-KMM

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRACH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; and ALEXANDER
CONTRERAS,

        Plaintiffs,

v.

CITY OF MIAMI,

        Defendant.
_____/

## NOTICE OF APPEAL TO THE ELEVENTH CIRCUIT COURT OF APPEALS

NOTICE IS HEREBY GIVEN that Defendant, CITY OF MIAMI, hereby appeals to the United States Court of Appeal for the Eleventh Circuit the Findings of Fact and Conclusions of Law [ECF 185] entered on April 10, 2024, and the Order (ECF 94) entered on July 30, 2023 sustaining objections to the CITY OF MIAMI's Notice of Passage of Redistricting Plan. ("Notice")(ECF 77) that had been adopted pursuant to the Court Order (ECF 60) entered on May 23, 2023, adopting the Report and Recommendation (ECF 52) and issuing a preliminary injunction, by the United States District Court for the Southern District of Florida, the Honorable Kevin Michael Moore presiding.

        Respectfully submitted,

        By:    */s/ Christopher N. Johnson*
        GRAYROBINSON, P.A.
        Jason L. Unger, Esquire
        Florida Bar No. 991562
        George T. Levesque

Florida Bar No. 55551
Andy Bardos
Florida Bar No. 822671
301 S. Bronough Street
Suite 600
Tallahassee, Florida 32301
Telephone: (850) 577-9090
Facsimile:  (850) 577-3311

GRAYROBINSON, P.A.
Christopher N. Johnson
Florida Bar No. 69329
Email: Christopher.Johnson@gray-robinson.com
Marlene Quintana, B.C.S.
Florida Bar No. 88358
Email: Marlene.Quintana@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida  33131
Telephone: (305) 416-6880
Facsimile:  (305) 416-6887


CITY OF MIAMI
GEORGE K. WYSONG, III, City Attorney
Florida Bar No. 989010
JOHN A. GRECO, Chief Deputy City Attorney
Florida Bar No. 991236
KEVIN R. JONES, Deputy City Attorney
Florida Bar No. 119067
Office of the City Attorney
444 S.W. 2nd Avenue
Miami, FL 33130
Telephone: (305) 416-1800
Facsimile:  (305) 416-1801
*Attorneys for Defendant*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/ Christopher N. Johnson*
Christopher N. Johnson, Esq.