## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:22-cv-24066-KMM

GRACE, INC., *et al.*,

    Plaintiffs,

v.

CITY OF MIAMI,

    Defendant.

_____/

## **CONSENT JUDGMENT**

THIS CAUSE came before the Court upon the Parties' Joint Motion to Approve Consent Judgment and Settlement Agreement. (ECF No. 196). Therein, Plaintiffs GRACE, Inc., Engage Miami, Inc., South Dade Branch of the NAACP, Miami-Dade Branch of the NAACP, Clarice Cooper, Yanelis Valdes, Jared Johnson, Alexandra Contreras and Steven Miro, and Defendant City of Miami (collectively, the "Parties") request that the Court approve the Settlement Agreement between the Parties and enter a consent judgment embodying the Parties' agreed-upon settlement terms. *See id.* at 1; ("Settlement Agreement") (ECF No. 196-1). For the reasons set forth in the Order granting the Parties' Motion to Approve Consent Judgment and Settlement Agreement, (ECF No. 197), entered separately, it is hereby ORDERED AND ADJUDGED that:

1.     the Settlement Agreement (ECF No. 196-1) is APPROVED;

2.     it is hereby ORDERED that (a) the City shall implement "P5" as its redistricting plan as provided by Section 3 of the Settlement Agreement; (b) no special election shall be required due to the change in district boundaries caused by the implementation of "P5"; (c) the City shall not redistrict until after the 2030 Census

   data is released, unless the number of commission districts changes or subject to a subsequent court order; and (d) no change in district boundaries caused by the implementation of "P5" shall affect the qualifications of any incumbent commissioner under Section 4(c) of the City Charter or Chapter 16 of the City Code that would disqualify such incumbent commissioner during the remainder of the incumbent commissioner's current term to which they were elected;

3. it is hereby ORDERED that the City shall place a charter amendment on the November 2025 ballot as provided by Section 4 of the Settlement Agreement;

4. it is hereby ORDERED that the City shall pay Plaintiffs' damages as provided by Section 5 of the Settlement Agreement;

5. it is hereby ORDERED that the City shall pay Plaintiffs' attorneys fees and costs as provided by Section 6 of the Settlement Agreement, with each party to bear its own attorneys' fees and costs except as expressly provided in that Section;

6. pursuant to Federal Rule of Civil Procedure 41(a)(2), this action is DISMISSED WITH PREJUDICE;

7. the Court retains jurisdiction to enforce the provisions of the Settlement Agreement;

8. the Clerk of Court is INSTRUCTED to CLOSE this case; and

9. all pending motions, if any, are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _1st_ day of July, 2024.

              *K. M. Moore*
              K. MICHAEL MOORE
              UNITED STATES DISTRICT JUDGE

c: All counsel of record