# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 01, 2024

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY_____ JG _____ D.C.

Aug 1, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number:  23-12472-CC
Case Style:  GRACE, Inc., et al v. City of Miami
District Court Docket No:  1:22-cv-24066-KMM

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See
11th Cir. R. 41-4. Counsel is advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider,
vacate, or modify an order must be filed within 21 days of the entry of such order. No additional
time shall be allowed for mailing."

Clerk's Office Phone Numbers

General Information:     404-335-6100     Attorney Admissions:           404-335-6122
Case Administration:    404-335-6135     Capital Cases:                 404-335-6200
CM/ECF Help Desk:       404-335-6125     Cases Set for Oral Argument:   404-335-6141

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12472

_____

GRACE, INC.,

ENGAGE MIAMI, INC.,

SOUTH DADE BRANCH OF THE NAACP,

MIAMI-DADE BRANCH OF THE NAACP,

CLARICE COOPER, et al.,

                              Plaintiffs-Appellees,

*versus*

CITY OF MIAMI,

                              Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

2                          Order of the Court                    23-12472

D.C. Docket No. 1:22-cv-24066-KMM

_____

Before ROSENBAUM and NEWSOM, Circuit Judges.

BY THE COURT:

Appellant's unopposed "Motion for Dismissal," requesting that the appeal be voluntarily dismissed, with the parties to bear their own costs, is GRANTED.  This appeal is DISMISSED.